MOTION GRANTED.  The Initial Case Management Conference is hereby reset to April 8, 2022 at 9:00 a.m. via telephone.  All parties shall call 1-877-336-1831, and when prompted for the access code, enter 7039387# to participate.  If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| G. MARIE NEWBY, individually, and as )<br>Administratrix of THE ESTATE OF )<br>TERRY CHILDRESS, )<br>  )<br>   Plaintiffs, )<br>  )<br>v. )<br>  )<br>CORECIVIC OF TENNESSEE, LLC, )<br>as owner and operator of TROUSDALE )<br>TURNER CORRECTIONAL CENTER, )<br>DAMON HININGER, STEVE CONRY, )<br>RAYMOND BYRD, and SHAWNA )<br>CURTIS, )<br>  )<br>   Defendants. ) | Civil Action Number 3:22-cv-00093<br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Jeffery S. Frensely |

### MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE

Defendants CoreCivic of Tennessee, LLC, Damon Hininger, Steve Conry, Raymond Byrd, and Shawna Curtis respectfully move the Court to continue the Initial Case Management Conference, which presently is scheduled for April 7, 2022, at 10:00 a.m.  (Docket Entry 5).  Joe Welborn is lead counsel in this matter and is scheduled to attend a mediation on April 7, 2022.

Pursuant to Local Rule 7.01(a)(1), the undersigned counsel consulted with counsel for Plaintiff G. Marie Newby, and they do not oppose the requested relief.  It appears that all counsel currently are available for a rescheduled Initial Case Management Conference on April 8, April 11 (with the exception of from 2:30 to 3:00), April 12, or April 13, 2022.

For these reasons, Defendants respectfully move the Court to continue the Initial Case Management Conference, which presently is scheduled for April 7, 2022, at 10:00 a.m.

312010361.1

Respectfully submitted,

/s/ Joseph F. Welborn, III
Joseph F. Welborn, III (#15076)
joe.welborn@klgates.com
Erin Palmer Polly (#22221)
erin.polly@klgates.com
Terrence M. McKelvey (#36531)
terrence.mckelvey@klgates.com
K&L Gates LLP
222 Second Avenue South, Suite 1700
Nashville, Tennessee 37201
(615) 780-6700
(615) 780-6799

*Counsel for Defendants CoreCivic of Tennessee, LLC, Damon Hininger, Steven Conry, Raymond Byrd, and Shawna Curtis*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel via U. S. Mail, first-class postage prepaid, this March 22, 2022, on the following:

Daniel A. Horwitz
Lindsay E. Smith
Horwitz Law, PLLC
4016 Westlawn Drive
Nashville, Tennessee 37209

Brice M. Timmons
Craig A. Edgington
Donati Law, PLLC
1545 Union Avenue
Memphis, Tennessee 38104

/s/ Joseph F. Welborn, III

2

312010361.1