**Daniel Horwitz <daniel.a.horwitz@gmail.com>**

---

# Newby, et al., v. CoreCivic of Tennessee, LLC, et al, - No. 3:22-cv-00093

**Nicole Vandewalker** <nicolev@bsjfirm.com>                                    Wed, May 4, 2022 at 4:49 PM
To: "daniel@horwitz.law" <daniel@horwitz.law>, "Erin.Polly@klgates.com" <Erin.Polly@klgates.com>
Cc: Tricia Herzfeld <triciah@bsjfirm.com>, Amber Szuch <ambers@bsjfirm.com>

Counsel,

Per the attached subpoena, we are providing all non-confidential discovery documents produced by
CoreCivic in Case No. 3:19-cv-00486, Pleasant-Bey v. State of Tennessee, et al via the sharefile link below.
Please let me know if you have any issues downloading the documents.

https://bsjfirm.sharefile.com/d-sf7366dffeaaf4a3e8cd142ae1e8ab38d

Thanks,
Nicole

IMPORTANT: This communication from the law firm of Branstetter, Stranch & Jennings, PLLC is covered by the Electronic Communications Privacy Act, 18
U.S.C. §§ 2510-2521, and contains information that may be confidential and privileged. Be advised that if you are not the intended recipient(s), any
dissemination, distribution or copying of this communication is prohibited. Please notify the undersigned immediately by telephone or return e-mail.

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS and other taxing authorities, we inform you that any tax advice
contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding
penalties that may be imposed on any taxpayer or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have
received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the
message and any attachments. Thank you.

---

 **22-04-12 - Newby v. CoreCivic Subpoena to TH re Records from CoreCivic Discovery.pdf**
675K