1    They report to him, directly to him.

2         Q.    And facility support services doesn't work

3    for Chuck Keaton; is that right?

4         A.    No, ma'am.  Well, let me stop.  There's some

5    departments up there that, they work for him, but they,

6    I mean, if he has a to-do list, he could pass it on to

7    them.  So yeah.

8              MS. MAPLES:  I'm going to show you another

9    document.

10             (Exhibit 3 was marked.)

11   BY MS. MAPLES:

12        Q.    Do you see that this document is also from

13   Jon Walton?

14        A.    I see that.

15        Q.    Do you see that it's dated February 25th of

16   2021?

17        A.    Yes, ma'am.

18        Q.    Do you see that the first sentence in this

19   document states:  A review of drug testing and substance

20   abuse treatment for July 1st, 2020 to December 31st,

21   2020 identified noncompliance Items 3D, comma, 3G?

22        A.    Yes, ma'am.

23        Q.    And do you see that Noncompliance Item 1

24   seems to be that inmates given a positive lab test were

25   not then given a disciplinary report?

1          A.    I see that.

2          Q.    Why is it important for inmates who have

3     positive drug screens to get a disciplinary report?

4          A.    To basically hold them accountable.

5          Q.    Did CoreCivic struggle with drugs being

6     brought into the facility at Trousdale?

7          A.    I don't know, respectfully, what you mean by

8     struggle.  We found drugs.  We had attempted throw-

9     overs.  Staff coming through check point.  Coming

10    through the mail.  We had our challenges with it, like a

11    lot of prisons I've worked at.

12         Q.    That's all I mean when I say struggle, I mean

13    challenges.

14         A.    I like the word challenge, but I'll go with

15    struggle.

16         Q.    Okay.  Do you think that some of the

17    challenges related to the level of drugs or the

18    availability of drugs within Trousdale related to the

19    staffing levels of Trousdale?

20         A.    There's only -- well, actually, there's two

21    ways to get into the prison.  And those posts are always

22    manned.  Always.  Check point.  And when we have traffic

23    at the sally port.  So on that aspect to your question,

24    those posts were manned.

25         Q.    Well, when you say get into the prison, I

1    mean, drugs are getting into the prison, right?

2         A.    Yes, they are getting into the prison.

3         Q.    And those two entries into the prison are not

4    the only ways in which Trousdale employees could monitor

5    or discover drugs inside the prison, right?

6         A.    Those two, I'm not sure if I -- and that's my

7    fault.  I don't totally understand your question.

8    That's my fault.

9         Q.    That's fine.  I mean, you're telling me that

10   the two means of entering the prison were always

11   staffed.

12        A.    Right.

13        Q.    And I guess my question still is, might the

14   availability of drugs within Trousdale be related to

15   understaffing at Trousdale?

16        A.    We've intercepted drugs being thrown over the

17   fence.  We've intercepted drugs coming through the mail

18   room.  Of course, staff coming through.  I am not acting

19   like staff didn't get it in there, because I know they

20   did.  Someone did.  We caught him.  Vendors, we have

21   vendors -- we did, for a short period of time before

22   COVID hit, coming in.  We always have food coming in.

23   And that stuff is fully searched.  It wasn't -- so I

24   mean, there's a lot of ways of trying.  And sometimes

25   the bad guys themselves were getting it in.  I'm not

1   going to just tie that to being short.  Throwing it over

2   has nothing to do with being short.  I am not being

3   argumentative.  That one, people get very creative how

4   to get that stuff in there.

5        Q.   Well, I mean, is a fully staffed prison

6   better able to detect drugs that are already in the

7   prison?  I mean, you're talking to me about ways it gets

8   in.  I am talking about once it's in.

9        A.   No, no, no.  In my experience, the answer to

10  that question is no.

11       Q.   Well, is one of the ways that you detect

12  drugs once they've entered the prison in doing cell

13  searches?

14       A.   It is one of the ways.  But I will tell you

15  -- it is one of the ways, yes.  But inmates -- all of

16  them are not bad guys.  You get your best intel from the

17  inmates.  They live there.  You get your best -- that's

18  your best resource to get some intel is from the inmate

19  population.

20       Q.   Is one way that one might get intel from the

21  inmate population by drug testing them as required?

22       A.   That's going to tell you if a guy's got some

23  dope in his system.  He has dope in his system.  That's

24  all that is going to tell you.  Where did you get it

25  from?  Must have been something I ate.  That's the games

1    they play.

2         Q.    So you're saying that drug testing tells you

3    absolutely nothing about the level, availability or

4    source of the drugs in the prison?

5         A.    Did I say -- is that on record?  Can you

6    repeat that back?  Did I ever say that?  I don't think I

7    did.

8         Q.    Well, I am asking?

9         A.    No, I didn't say that.

10        Q.    Can you get intel from drug testing prisoners

11   about the source and availability of drugs within

12   Trousdale?

13        A.    You'll get that the guy is -- I'll just use

14   high on meth.  You'll get that.  But again, you ask him,

15   guy, you know, where did you get this from?  Oh, it was

16   something you all sold me out of commissary.  You will

17   get that the guy is high -- I mean, not necessarily

18   high, but that he has drugs in his system by the drug

19   testing.  You get very little intel about where it came

20   from.

21        Q.    So you get the intel about where the drugs

22   came from the people you don't drug test?

23        A.    Not always.  Not always, but a lot of times.

24   Not always.

25        Q.    So sometimes you get the intel from the

1    people you actually drug test?

2         A.    Occasionally.

3         Q.    Okay.  Now, if we go down in this document to

4    noncompliant Item 2, it indicates that inmates who test

5    positive on a drug screen are supposed to be retested

6    for a period of three consecutive months.  Do you see

7    that?

8         A.    I do.

9         Q.    Now do you see that CoreCivic didn't do that?

10             MR. WELBORN:  Object to the form.

11             THE WITNESS:  I see that, yes.  I read what

12    he wrote on the paper, yes.  I do see that.

13    BY MS. MAPLES:

14        Q.    Do you think that CoreCivic's failure to

15    retest inmates as required by policy could be related to

16    the level of staffing going on at Trousdale?

17        A.    What I think about this time frame is COVID.

18    COVID.  COVID had a direct effect on this, the whole

19    operation of the prison.  COVID.

20        Q.    Was it related to staff?

21        A.    Staff catching COVID?  Yes, we had staff

22    catch COVID.  Yes.  COVID.

23        Q.    If you had a greater number of staff members,

24    do you think you would have been better able to retest

25    inmates who tested positive on a drug screen for a

Page 79

 1   period of three consecutive months following the

 2   positive test?

 3        A.    I didn't have the luxury of finding that out,

 4   ma'am.

 5        Q.    Well, what do you think?

 6        A.    I don't have a thought on it.  I do not.

 7              MS. MAPLES:  Okay, the next exhibit, this is

 8   Exhibit 4 to the deposition.

 9              (Exhibit 4 was marked.)

10   BY MS. MAPLES:

11        Q.    Do you see that this is dated February first

12   of 2021?

13        A.    Yes, ma'am.

14        Q.    Do you see that it's also from Jon Walton?

15        A.    Jon Walton, yes, ma'am.

16        Q.    Do you see that it's concerning searches?

17        A.    (Reading to self.)  Yes, ma'am.  I see that.

18        Q.    Do you see that under noncompliance issue, it

19   states:  On November 9th, 2020, Turner Trousdale was

20   audited and discovered daily cell inspections were not

21   being completed as required by this standard.  The

22   contract monitor notified the facility of this

23   requirement and requested that all new unit managers

24   were made aware of the daily cell inspection mandates?

25        A.    Yes, ma'am.

                                                                Page 80

1        Q.    Do you think that the inability to conduct

2   cell inspections as required was related to the level of

3   staffing at Trousdale?

4              MR. WELBORN:  Object to the form.

5              THE WITNESS:  This time frame was from

6   October to December?

7   BY MS. MAPLES:

8        Q.    Let's see.  October 1st, 2020 to December

9   31st of 2020.  Do you see that?

10       A.    I do, yeah.

11       Q.    Okay.

12       A.    Staffing very well could have played a role

13  with this one.  Caveat, again, with COVID.  People out

14  with COVID.  And we had them.  It was rough.  So yeah.

15       Q.    Do you see that the second paragraph under

16  noncompliance issues states:  An e-mail was sent by the

17  contract monitor to the facility requesting a time to

18  review these inspections and to ensure -- strike that.

19  Do you see the second paragraph under noncompliance

20  issues states:  An e-mail was sent by the contract

21  monitor to the facility requesting a time to review

22  these inspections to ensure they occurred daily.  As of

23  December 18th, 2020, daily cell inspections were not

24  observed and documentation has been provided to the

25  contract monitors to determine if this requirement is

```
 1   being performed?

 2        A.    I see that.

 3        Q.    Do you see that action taken by the TDOC

 4   contract monitor indicates that you were notified by

 5   e-mail?

 6        A.    I see that.

 7        Q.    Do you remember this?

 8        A.    No, ma'am, I don't.  But I do see where he

 9   sent it to me, but I don't remember reading this.  I

10   don't.

11        Q.    Does it concern you that cell inspections

12   were not being performed at Trousdale?

13              MR. WELBORN:  Object to the form.

14              THE WITNESS:  They should have been

15   performed.

16   BY MS. MAPLES:

17        Q.    Does it concern you that they were not being

18   performed?

19        A.    To a degree, it does.

20        Q.    Are cell inspections one way of monitoring

21   the level of contraband inside the prison?

22        A.    It could be, yes.

23        Q.    And by contraband, does that include illegal

24   drugs and homemade weapons?

25        A.    Those two items are considered contraband.
```

1        Q.    Do the presence of illegal drugs make a

2    facility more dangerous for inmates?

3        A.    It could, yes, ma'am.

4        Q.    Well, I think it's fair to say that a

5    facility with illegal drugs available versus a facility

6    with no illegal drugs available, your facility with

7    illegal drugs would be more dangerous, right?

8        A.    Ma'am, with all due respect, 37 years in this

9    business, I've never worked at a prison that there was

10   not any illegal drugs in it.

11       Q.    I understand that, I'm just trying to

12   understand the impact that illegal drugs have on the

13   safety of a prison.

14       A.    Just like in the free world, right?  It's the

15   same.  So I'm not arguing with you.  I'm not arguing

16   with you, I'm not.  It's the same thing.  It has an

17   effect on our society right now.  And all of that comes

18   into the prison.  Eventually, it makes its way into the

19   prison when the guys get caught.  So yeah, I agree with

20   you.  Yes.

21              (Exhibit 5 was marked.)

22   BY MS. MAPLES:

23       Q.    In this document, do you see there is a

24   document in front of you that is going to be Exhibit 5

25   to your deposition?

```
 1        A.     002376?

 2        Q.     Yes, thank you.

 3        A.     Yes, ma'am.

 4        Q.     Do you see that it's dated February 1st,

 5   2021?

 6        A.     Yes, ma'am, I do.

 7        Q.     And do you see that the audit scope listed

 8   here is July to December of 2020?

 9        A.     Yes, ma'am.

10        Q.     Do you see that this one concerns records and

11   reports?

12        A.     Yes, ma'am, I see it.

13        Q.     I think we might have touched on this

14   earlier, but can you explain why, in your opinion, it's

15   important to have complete and accurate reports of

16   violent incidents within the prison?

17        A.     The purpose of this, this is simply notifying

18   the CCC.  Again, I don't know what the CCC stands for.

19   That's what it's about, notifying them within that time

20   frame.  I see that.  What is the next incident, the

21   death of offender.  There's another death.  Okay.  Are

22   there more on there than those three?

23        Q.     Uh-huh.

24        A.     Okay, November.  (Mumbling.)  Was 19 minutes

25   late, okay.  The next one says chemical agent on
```

1   offender, 20 minutes late -- 27 minutes late.  This was

2   another use of force.  This was -- it doesn't say the

3   time frame on that one.  The next one here talks about

4   December -- a weapon -- what is that for, assault.

5   Assault.  Offender was without a weapon.  Okay.

6   Chemical agents used on the offender.  Okay.  Are there

7   more?

8        Q.   I believe that's all for -- this is all for

9   Contract Monitoring Instrument 1A.  So can you explain

10  why it's important for incidents to be reported

11  according to this contract monitoring incident?

12       A.   CCC, Central Communication Center, there it

13  is.  That's what it stands for.  The top two, I think,

14  were deaths.  I think they were deaths.  Being

15  realistic, when you got a death, that supervisor is

16  running from -- they missed it.  They missed the 60

17  minutes.  I am not too terribly upset with them for

18  that.  They have a lot going on.  These chemical agents,

19  they should have been reported on time.  There's not

20  that much to that.  They should have been reported on

21  time.

22       Q.   Do you think the failure to report adequately

23  as described in this report could have been related to

24  the understaffing at Trousdale?

25       A.   I don't know that.  I'm just reading that the

Page 85

```
 1    incident happened.  I don't know that.  I can't marry

 2    them two together at this time.

 3         Q.    Okay.

 4               MR. WELBORN:  Can we take a break?

 5               MS. MAPLES:  Sure.

 6               (Recess observed.)

 7    BY MS. MAPLES:

 8         Q.    Mr. Byrd, do you recall that before the

 9    break, we were discussing this document that is Exhibit

10    5 to your deposition, dated February 1st, 2021?

11         A.    Yes, ma'am.

12         Q.    Do you remember that it concerns incident

13    reporting?

14         A.    Yes, ma'am.

15         Q.    And we have just gone through Noncompliance

16    Item 1, so I'm going to control down to Noncompliance

17    Item 2.  Do you see that under Noncompliance Item 2, the

18    noncompliance issue is described as Trousdale Turner not

19    being able to produce the required forms concerning

20    seven inmates sent to an off-site hospital, which

21    resulted in death?

22         A.    I see it.  I see it, yes.

23         Q.    Do you see noncompliance Item 3?

24         A.    Yes, I see it.

25         Q.    And do you see that it states that an
```

Case 3:22-cv-00093   Document 33-3   Filed 05/04/22   Page 13 of 52 PageID #: 758

Page 86

1    incident report is entered within eight hours of the

2    incident?

3        A.    Yes.

4        Q.    And do you see that the contract monitor

5    identified certain instances in which that didn't

6    happen?

7        A.    May I read this, please?

8        Q.    Sure.

9        A.    Okay, I'm good.

10       Q.    Do you see that the contract monitor had

11   certain instances in which CoreCivic employees at

12   Trousdale did not comply with the requirement that

13   incidents be entered into TOMIS within hours?

14       A.    I don't see that on the screen.  Are you

15   telling me that, or is that on the screen somewhere?

16       Q.    Well --

17       A.    Okay, yeah.

18       Q.    So that's accurate, then?

19       A.    This is my first time actually reading this.

20   I'm reading it, I see it.  What was the response to

21   this?

22       Q.    There you go.  Do you see that I've scrolled

23   down and given you --

24       A.    I see it, yes.  Thank you.  Okay, I see it.

25       Q.    And do you remember this occurring?

Page 87

 1        A.    I do not.

 2        Q.    Okay.  Do you see that you were notified by

 3   e-mail?

 4        A.    I see that.

 5        Q.    Do you see that, at the bottom of the page,

 6   there is a heading, response of contractor and plan of

 7   corrective action taken?

 8        A.    I see that.

 9        Q.    Do you see in the paragraphs below it, there

10   is a description of the action taken?

11        A.    I see it, yes.

12        Q.    Is that something you would have been

13   involved in formulating, I guess?

14        A.    It would have been one of my AWs.  Probably

15   both of them, since one of them was a medical issue and

16   the other one was like an operations issue.  The two

17   AWs, along with the (inaudible) department.

18        Q.    So along with somebody at headquarters, then?

19        A.    Yes, ma'am.

20        Q.    Do you see there is another noncompliance

21   Item No. --

22        A.    Four?  Yes, I see it.

23        Q.    Can you describe the noncompliance issue

24   that's been found here?

25        A.    I can read to you what he wrote.

Page 88

 1      Q.    Well, do you see that at the bottom of the

 2   page, he's written that the Trousdale warden slash

 3   designee did not send the August, September, October,

 4   November and December 2020 monthly reports?

 5      A.    I see that.

 6      Q.    Were you responsible for sending these

 7   reports, or did you have a designee?

 8      A.    I had a designee.

 9      Q.    And when we're referring to the reports, are

10   these reports related to what?

11      A.    It says PREA.  PREA.

12      Q.    Well, let's see, it says here:  Determine if

13   TDOC central office directors have reported delays on

14   any instances of required slash requested reports or

15   information that has not been provided in a timely

16   manner as requested.  Do you see that?

17      A.    I do.

18      Q.    So it seems like the PREA inspection reports

19   are the ones that were not sent for a period of five

20   months?

21      A.    Yes.

22      Q.    Why is it important to submit PREA reports?

23      A.    It's in the contract.

24      Q.    Does it impact the safety of the prison, do

25   you think?

1        A.      Very little.

2        Q.      Do you think it impacts TDOC's ability to

3    oversee the prison?

4        A.      It could, but you have two contract monitors

5    on site.  So they let it go on that long without

6    bringing it to somebody's attention.  Five months before

7    they brought it to somebody's attention.

8        Q.      Do you see you were advised of this non-

9    compliance via e-mail?

10       A.      Yes, ma'am.

11       Q.      Under what situations are correctional

12   officers permitted to use force at Trousdale?

13       A.      To prevent escape.  To defend themselves.  To

14   defend inmates.  To prevent property damage.

15       Q.      Are those the only ones?

16       A.      That's the only ones I can think of right

17   now.

18       Q.      When I say use of force, can you tell me

19   specifically what that means?

20       A.      Use of force.  Physical handling.  It can be

21   physical handling.  Chemical agents.  Deadly force.

22   Escapes, of course.  Chemical agents.  Stop inmates from

23   harming themselves.  Use of force for that.

24       Q.      By chemical agents, what are you referring

25   to?

1        A.      I think we carry something that's called OC

2    spray.  The OC has got a big old long name to it.  OC,

3    it's spray.  Again, physical handling or deadly force.

4        Q.      What are the reporting requirements for use

5    of force?

6        A.      Contract monitor has to be notified on the

7    state's side.

8        Q.      Is there a form or something that has to be

9    filled out?

10       A.      There are reports, forms, yes.  Report forms

11   you have to fill out.

12       Q.      Are you involved in all use of force

13   incidents?

14       A.      No.

15       Q.      When do you --

16       A.      When you say involved, what do you mean by

17   involved?  Help me out.

18       Q.      I mean, are you notified every time there is

19   a use of force incident?

20       A.      I get an e-mail or a phone call.

21       Q.      Do you review all of the documentation

22   concerning use of force incidents?

23       A.      I'll sign off on it or my two AWs -- three

24   AWs, they can also sign off on it.

25       Q.      When you say sign off on it, do you mean --

Case 3:22-cv-00093   Document 33-3   Filed 03/04/22   Page 18 of 52 PageID #: 763

1       A.      Review the documents and sign off on the

2    packet.  It's called a packet.

3       Q.      What does it mean to sign off on a use-of-

4    force incident?

5       A.      You review the documents and sign off on it.

6       Q.      Does it mean that you are offering an opinion

7    about the use of force, the reasonableness of it, or

8    does it just mean that you're signing off that you read

9    it?

10      A.      It could be, yeah.  If the use of force was

11   not authorized, if it was excessive, sign off on the

12   document.  Yes.

13      Q.      Did you ever determine that there was an

14   excessive use of force while you were warden at

15   Trousdale?

16      A.      I don't know if it was excessive, but there

17   was one that -- or maybe two that was unnecessary,

18   maybe.

19      Q.      Okay.  When you say unnecessary, what do you

20   mean?

21      A.      I mean, the officer probably should have done

22   something a little different instead of actually using

23   -- and it probably was going to be spraying the guy.

24   Using their OC.  I remember maybe one, maybe, that I

25   signed off on.  Generally, your chief of security is

Page 92

1    going to catch that and what they will do is generate a,

2    what we call a problem solving notice and write it up

3    for disciplinary.  Yeah.

4         Q.    While you were warden of Trousdale, did you

5    ever give employees directives about when the use of

6    force might be appropriate?

7         A.    Yes, I have.

8         Q.    Okay.  And can you describe your directives,

9    generally?

10        A.    If you have to use force, use it.  When the

11   resistance stops, you stop.

12        Q.    Is that it?

13        A.    Pretty much, yes.

14        Q.    When you were giving correctional officers

15   directives about using force, did you give any more

16   information about when a correctional officer might need

17   to use force?

18        A.    I possibly could have.

19        Q.    You just don't remember?

20        A.    Yeah, I just don't recall.  I don't recall.

21        Q.    Were use-of-force incidents things that you

22   might discuss with (inaudible)?

23        A.    You broke up on me.  I'm sorry, say it one

24   more time, please.

25        Q.    Were use of force incidents something you

Page 93

1    might discuss with Chuck Keaton?

2         A.    Yes.

3         Q.    How many times did you discuss use of force

4    incidents with Chuck Keaton?

5         A.    I can't -- respectfully, I don't know how

6    many times we talked about use of force, I don't know.

7         Q.    How might unnecessary or excessive use of

8    force issues be related to understaffing at a facility?

9         A.    I don't understand the question, I don't.

10        Q.    Well, we talked about how officers who work a

11   great deal of overtime can experience exhaustion or

12   stress, right?

13        A.    We talked about that.

14        Q.    And I mean, can an officer experiencing a lot

15   of stress and exhaustion perhaps react badly when

16   presented with an inmate who's refusing to comply with a

17   directive?

18        A.    What -- I don't know the answer to your

19   question.  I don't understand your question.  That's my

20   fault.  I just don't understand what you're trying to

21   ask.  Respectfully, I just don't understand what you're

22   asking.

23        Q.    What are some of the reasons that a

24   correctional officer might use unnecessary or excessive

25   force?

Page 94

```
 1        A.    They might lose their composure.  I mean,
 2    that's what I've seen more than anything, they lose
 3    their composure.  They let the inmate get the best of
 4    them.
 5        Q.    And do you think correctional officers are
 6    more likely to lose their composure if they're suffering
 7    from mental or physical exhaustion or extreme stress?
 8              MR. WELBORN:  Object to the form.
 9              THE WITNESS:  I've not had one tell me that.
10    BY MS. MAPLES:
11        Q.    Could correctional officers use of
12    unnecessary or excessive force be related to a lack of
13    training or the need for additional training?
14        A.    Could be.
15        Q.    When a prison is understaffed, is it more
16    difficult to do ongoing training?
17        A.    Can be.
18              MS. MAPLES:  I'm going to show you another
19    document.
20              (Exhibit 6 was marked.)
21    BY MS. MAPLES:
22        Q.    Do you see that there is a document on your
23    screen that is going to be Exhibit 6, I think, to your
24    deposition with Bates stamp TDOC 002605 in the top
25    left-hand corner?
```

 1      A.    Yes, ma'am.

 2      Q.    Do you see that it's from Jon Walton and

 3   dated February 25th, 2021?

 4      A.    Yes, ma'am.

 5      Q.    Do you see that the first sentence states:  A

 6   review of the use of force standard for July 1st, 2020

 7   to December 31st, 2020 identified noncompliance Items

 8   2C, 2D, 2E, four?

 9      A.    I see that.

10      Q.    Do you recall receiving a copy of this

11   report?

12      A.    No, I do not.

13      Q.    Do you recall e-mail correspondence about

14   compliance found concerning use of force standard?

15      A.    I don't recall reading this report.  In fact,

16   I did not read this report.  I can tell you that.

17      Q.    Do you see that Noncompliance Item 1 is

18   concerning monitoring instrument use of force Item 2C?

19      A.    Your phone broke up on me again.

20      Q.    This time I'm on my computer.

21      A.    Okay, well, your computer broke up on me.

22      Q.    Let's try again.

23            (Whereupon the court reporter informs about

24            some words cutting out, in case that's reason

25            for any confusion.  Ms. Maples rejoins via

1            Cell phone.)

2    BY MS. MAPLES:

3        Q.    Mr. Byrd, do you see that Noncompliance Item

4    1 is concerning monitoring instrument use of force Item

5    2C?

6        A.    Yes, ma'am.

7        Q.    And do you see that under noncompliance

8    issue, the contract monitor determined that certain use

9    of force incidents occurred, but the reporting of that

10   incident is not available?

11       A.    Yes, ma'am.

12       Q.    Do you see that at the bottom of the page, it

13   indicates that you were notified?

14       A.    It says I was notified by Chris Brun.  It

15   doesn't say how, but yes, I see that.  Yes.

16       Q.    Do you remember being notified about the

17   video issue?

18       A.    No, ma'am, I do not.

19       Q.    Do you see that under noncompliance Item 2 --

20       A.    Yes.

21       Q.    -- there is an issue with use of force

22   reports being provided to the liaison's office within

23   five working days?

24       A.    I see it, yes.

25       Q.    Do you see that in some cases, use of force

Page 97

```
 1    reports were submitted late and in one case there was no

 2    use of force report available at all?

 3         A.    I see that.

 4         Q.    Do you see that you were notified?

 5         A.    I see where it says I was notified via

 6    e-mail, yes.

 7         Q.    Do you remember being notified about those?

 8         A.    I do not.

 9         Q.    Does it concern you that we just looked at

10    two noncompliance issues concerning use of force

11    reporting?

12         A.    Does it concern me?

13         Q.    Yes.

14         A.    It does.  It does, yeah.  It's concerning.

15         Q.    Do you see noncompliance Item 3?

16         A.    I do, I see it.

17         Q.    Do you see that the requirement is described

18    as:  In cases in which prior approval of the use of

19    force by the CD is not possible, notification of the use

20    of force is made within one hour?

21         A.    Yes, I see that.

22         Q.    Do you see that the contract monitor found

23    the incident involving use of force that the contract

24    monitor was never notified of?

25         A.    I'm trying to see where it says they were not
```

Page 98

```
 1   notified.  Where is that?

 2        Q.    Right here.

 3        A.    Okay, I read that.  Yes, I see that.

 4        Q.    And do you see that you were notified by

 5   Chris Brun?

 6        A.    Yes, I see that.  Can I read some of this

 7   stuff that we're going through, please?

 8        Q.    Sure.  Do you want to be able to scroll

 9   through it yourself?  Here, I am going to give you

10   control, okay?

11        A.    I might do something bad, I'm telling you

12   now.  Bad meaning, I might -- I don't know what I'm

13   doing.

14        Q.    You're fine.  You can just try and scroll

15   through it now.

16        A.    I can't get my mouse to...

17        Q.    Do you want me to scroll it?

18        A.    I think I'm getting over there.

19        Q.    There you go.

20        A.    Yeah.  Okay.  Come up just a little bit,

21   please.  Did we go up or down?

22        Q.    We went up.  I was just giving you the first

23   part of that sentence there.

24        A.    That's good, right there.  Perfect.  Perfect,

25   thank you.  Okay, I'm good.  Thank you.
```

1       Q.    Do you see that Noncompliant No. 4 --

2       A.    I see it.

3       Q.    -- involves a review of all of the staff

4   involved in use-of-force incidents and whether they

5   received the appropriate level of training?

6       A.    I see that, yes.

7       Q.    And do you see that it says:  Upon review of

8   the facility training record, it has been determined

9   that senior correction officer Justin Dickey's chemical

10  agent certification expired May 6th, 2020 and the staff

11  member certification was not renewed until September

12  12th, 2020.  Between this time frame, SCO Dickey was

13  involved in five chemical uses of force events detailed

14  below?

15      A.    I see that.

16      Q.    Do you see that you were notified?

17      A.    I see that.

18      Q.    How much time did you spend preparing for

19  today's deposition?

20      A.    I don't know.

21      Q.    Did you meet with or speak to by phone or

22  Zoom any attorneys to prepare for today's deposition?

23      A.    Yes.

24      Q.    Did you speak to the attorney who is

25  defending your deposition today, Joe Welborn?

```
1        A.    Yes.

2        Q.    And how long did you all talk for?

3        A.    Maybe an hour.

4        Q.    And when did you all prepare for the

5   deposition?

6        A.    During the phone call.

7        Q.    I mean what day?

8        A.    I don't know.

9        Q.    Was it this week?

10       A.    We spoke, yes, once this week.

11       Q.    And we talked this morning about the fact

12  that you're no longer at Trousdale, but you've not yet

13  been reassigned to another facility; is that correct?

14       A.    Correct.

15       Q.    And you cited the time frame that you were at

16  Trousdale as warden as April of 2020 until March of

17  2021, right?

18       A.    That's what I'm thinking.  I think I said my

19  exact date is probably not going to be right.

20       Q.    You did, you absolutely did.

21       A.    It's going to be some period into that time

22  frame, yes.  For exact dates, I don't --

23       Q.    During that time period, were you placed on

24  administrative leave at any time?

25       A.    You know, I'm on leave.  I don't know what
```

 1   kind of -- I'm on paid leave.  I'm just waiting to find

 2   another facility.

 3        Q.    Were you present at the facility from January

 4   of 2021 through the completion of your tenure as warden

 5   of Trousdale in March of 2021?

 6        A.    Was I at the facility during that time frame,

 7   January to March?

 8        Q.    Physically at the facility?

 9        A.    Yes.

10        Q.    Every day?

11        A.    Not every day, no, ma'am.  I took a day off

12   every once in a while.  No, I wasn't there every day.

13        Q.    When did you stop being present physically at

14   the facility?

15        A.    I can't -- I don't know.  I cannot answer

16   that question because I don't know the exact date.  I

17   stated that already, I don't know the exact date.

18        Q.    Why were you relieved from your duties

19   as warden at Trousdale?

20        A.    There is an incident that took place that the

21   commissioner -- I think it was commissioner or assistant

22   commissioner -- didn't agree with the action that I

23   took.  So therefore, I was relieved as a warden at

24   Trousdale and waiting on reassignment somewhere else.

25        Q.    When was the incident that you're referring

1    to?

2         A.    I don't know the exact date.  I do not.  I

3    don't even know the month.  I'm not sure.

4         Q.    Was it in 2021?

5         A.    I'm not sure.  I'm just not sure of the date.

6    I'm not sure.

7         Q.    Well, I mean, you got relieved of your duties

8    around March of 2021.  Do you think the incident was in

9    the calendar year of 2021?

10        A.    I wish I had that date so I could answer your

11   question as matter of fact.  I just don't have the date.

12   I do not and I apologize.  Respectfully, I just don't

13   have the date.

14        Q.    Can you describe the incident that occurred?

15        A.    Sure.  There was a staff assault that

16   occurred.  Inmate assaulted an officer.  We was going to

17   block the inmate up in segregation.  He ran -- when the

18   staff got down there, he ran into his cell.  They told

19   him to come out.  He displayed a -- about a nine-inch

20   homemade weapon sharpened to a point and made a

21   statement multiple times, somebody is going to die

22   tonight.

23             At the time, I was in my office.  And I

24   walked down to the pod it happened in.  When I got down

25   there, the chief of security advised me of what I just

1    said, the guy showed us a knife and said somebody is

2    going to die tonight.  Multiple times.  I said okay.  I

3    walked out of the building and got my thoughts together.

4    And I came up with a plan, because the inmate was in the

5    cell with a cell-mate.  The staff had tried to spray

6    some chemical agents under his door and they was talking

7    to him about giving up the weapon.

8              Not knowing how much time we had before this

9    guy acted out or whatever, or if he carried out his

10   threat that somebody was going to die, I told assistant

11   chief to go around -- go and get me a sledge hammer.  We

12   was going to go around to the back of that cell, break

13   the window out and take control of the situation.  And

14   that's what happened.

15             Now, how we took control of the situation was

16   we had a shotgun with four bean bags in it.  Bean bags

17   is about the size of a 12-gauge bullet, but it's

18   nonlethal.  Bean bags, nonlethal.  So we went around.

19   We hit the glass, the inmate turns around.  We told him

20   to drop the weapon, drop the weapon, show us your hands.

21   He didn't do any of that.  So we used some chemical

22   agent on him, that didn't have an effect on him.  So I

23   told the sergeant, hit with the bean bags.  Sergeant did

24   it four times.  The inmate laid on the floor.  We saw

25   his hands, he put them behind his back.  We got him,

1      took him to segregation.

2              During the debriefing of the situation, I was

3      advised by chief of security that, warden, the guy had

4      threw the weapon out.  I don't know if that was after

5      the first one shot, two shots, before we shot.  I didn't

6      know.  So I didn't know we had the weapon.  If I knew we

7      had the weapon, of course, we wouldn't have shot -- we

8      wouldn't have hit him with the bean bags.

9              And the commissioner thought that we didn't

10     handle the situation -- I didn't handle the situation

11     right.  Thought we had more time, I guess.  But nobody

12     got hurt.  Nobody died.  And the inmate had no injuries.

13     So that's what happened.

14          Q.   You said during the debriefing.  Who was

15     present for the debriefing?

16          A.   Chief Randy -- Rodney McCloud.  Chief.

17     Myself.  AW Vinnie Vantell.  AW Brandon Wattwood.  That

18     may have been -- Assistant Chief Warren may have been in

19     there, too.  Assistant Chief Warren.

20          Q.   Did you ever discuss this incident with Tony

21     Parker at TDOC?

22          A.   I don't know Tony Parker.  I never met him.

23          Q.   Who communicated to you that TDOC didn't

24     think you handled this situation adequately?

25          A.   Charles Keaton.  Charles Keaton and Jason

1    Medlin both talked to me.

2         Q.    What was their opinion about the situation?

3         A.    Their opinion was that it is what it is and

4    the commissioner didn't agree with it.

5         Q.    Is it your understanding that you being

6    relieved of your duties was entirely related to this

7    single incident?

8         A.    That is my understanding, from what I've been

9    told, yes.

10        Q.    So they didn't mention the other homicides

11   that have occurred in the prison while you were warden?

12        A.    No, ma'am.  Not to me, no, ma'am.

13        Q.    You stated that an inmate assaulted an

14   officer and then ran to his cell, right?

15        A.    Correct.

16        Q.    And I think you said something about that

17   inmate was being taken to segregation; is that right?

18        A.    Correct.

19        Q.    Why was that inmate being taken to

20   segregation?

21        A.    Because of assault on an officer.

22        Q.    What was the -- what led to or was going on

23   when this officer was assaulted?

24        A.    The inmate had his cell door rigged.  When I

25   say rigged, so he could open it when he got it ready.

1    The officers removed like a big chip, potato chip

2    plastic bag out of it and closed it.  And his cell mate,

3    who was out at the time, asked the officer to open the

4    door so he could go in the cell.  And when he did, the

5    inmate came out and assaulted the officer.  So she was

6    just doing her job.

7         Q.    How long had the cell door been rigged?

8         A.    I don't know.

9         Q.    Can you describe the homemade weapon or the

10   homemade knife, I think you described it as?

11        A.    Made out of metal.  Seemed like maybe a piece

12   that -- I don't know, like a piece that come off the

13   bunk.  Nice weapon, sharpened to a real sharp point.

14        Q.    About how big was it?

15        A.    Nine inches long.

16        Q.    Did anybody see where he had been storing it

17   in his cell?

18        A.    No, ma'am.

19        Q.    Is that something that you think had been

20   missed during one of the daily cell inspections?

21        A.    I don't know.

22              MS. MAPLES:  Okay, Joe, I think that's all I

23   have.

24              MR. WELBORN:  I don't have any questions.

25              MS. HASHEMIAN:  I don't have any questions.

Page 107

1            MS. MAPLES:  Mr. Byrd, thank you so much for

2   your time.

3            THE WITNESS:  You're welcome.  My pleasure.

4            MR. WELBORN:  Thanks warden, good to see you.

5            THE WITNESS:  Good to see you all as well.

6   Have a great weekend.

7            MS. MAPLES:  You, too.

8            FURTHER DEPONENT SAITH NOT.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 108

1                            CERTIFICATE

2

    STATE OF TENNESSEE        )
3                             )    SS.
    COUNTY OF DAVIDSON        )
4

5              I, CAROLE K. BRIGGS, Licensed Court Reporter

6     within and for the State of Tennessee, do hereby certify

7     that the above deposition was reported by me and that

8     the foregoing pages of the transcript is a true and

9     accurate record to the best of my knowledge, skills, and

10    ability.

11             I further certify that I am not a relative,

12    counsel or attorney of either party nor employed by any

13    of the parties in this case or otherwise interested in

14    the event of this action.

15             IN WITNESS WHEREOF, I have hereunto affixed my

16    official hand on this 18th day of May 2021.

17    _____

18    CAROLE K. BRIGGS

19    Shorthand Reporter

20    Tennessee License No. 345

21

22

23

24

25

## Exhibits

**Exhibit 2** 62:3,4 63:9

**Exhibit 3** 73:10

**Exhibit 4** 79:8,9

**Exhibit 5** 82:21,24 85:9,10

**Exhibit 6** 94:20,23

## $

**$1** 19:1

**$3** 20:3,9

## 0

**002376** 83:1

**002502** 71:22

**002605** 94:24

## 1

**1** 33:10 62:19 73:23 85:16 95:17 96:4

**10** 12:13

**12** 50:11,24 51:1

**12-gauge** 103:17

**12-hour** 50:3,5,8,17

**12th** 99:12

**1300** 39:23

**133** 69:11

**15** 12:13 36:15 55:16

**15th** 68:13

**16** 50:4,25 51:8

**16.50** 18:25 19:11,20 20:22 21:2

**160** 51:13

**164** 46:10,23 47:4

**16th** 68:1,20

**17** 20:24

**18th** 80:23

**19** 83:24

**1A** 84:9

**1B** 62:21

**1st** 62:14,15 73:20 80:8 83:4 85:10 95:6

## 2

**2** 62:3,4 63:9 78:4 85:17 96:19

**20** 84:1

**2020** 6:7 33:14 62:14,15,16 64:21 68:13 73:20,21 79:19 80:8,9,23 83:8 88:4 95:6,7 99:10,12 100:16

**2021** 5:3 6:7 62:11 68:1 73:16 79:12 83:5 85:10 95:3 100:17 101:4,5 102:4,8,9

**25** 52:16

**2500** 53:12,13

**2500-bed** 52:3

**25th** 62:10 73:15 95:3

**27** 84:1

**2C** 95:8,18 96:5

**2D** 95:8

**2E** 95:8

## 3

**3** 63:22 64:8,11 73:10 85:23 97:15

**30** 24:10

**31** 64:15

**31st** 62:15,16 73:20 80:9 95:7

**37** 82:8

**37-year-career** 41:12

**3D** 73:21

**3G** 73:21

## 4

**4** 79:8,9 99:1

**40** 45:17

## 5

**5** 33:20 82:21,24 85:10

**50** 29:16 51:21

## 6

**6** 33:24 94:20,23

**60** 84:16

**600** 69:12

**6th** 99:10

## 7

**7** 5:3

**733** 64:16,22,25 67:17 68:18,25 70:25 71:5

## 8

**8** 35:13 36:5

**80** 45:4,8,9,11,16 46:3,6,21 51:16, 24

**80-hour** 49:9

**84** 45:21,24 46:20

## 9

**9:02** 5:2,4

**9th** 79:19

## A

**a.m.** 5:2,4

**Aaron** 26:15

**ability** 30:18 34:6 41:22 42:6 44:14 89:2

**absolutely** 16:24 77:3 100:20

**abuse** 73:20

**acceptable** 70:2

**accepted** 8:3,8

**access** 42:2

accountable 74:4

accuracy 33:4 70:11,12

accurate 30:14,18,21 32:4,21 34:5,20 65:10,11 69:2,9,15 70:13 71:6,9 83:15 86:18

acted 103:9

acting 75:18

action 39:11 66:16,20 68:4 71:16 72:2 81:3 87:7,10 101:22

activities 39:4 41:3,4

actual 27:9

Adams 26:13,15

add 21:10 22:3

adding 22:6 46:25

additional 31:2,4,7,23 32:8 46:7, 20 51:2 67:20 94:13

address 11:21,22,24 12:1 18:6

adequate 41:22

adequately 40:22 41:14 42:4 84:22 104:24

adhere 39:12,15

adhering 39:6

administrative 100:24

admit 29:20

advance 14:13

advertisements 19:2

advertising 21:18 22:1

advice 39:21

advised 89:8 102:25 104:3

affected 23:6 37:8

Afraid 57:7

agenda 14:4 22:15

agent 83:25 99:10 103:22

agents 84:6,18 89:21,22,24 103:6

agree 5:5,8,10,12 34:20 36:7 41:20,25 42:4,5,11,14,17 44:17 49:15 55:22 82:19 101:22 105:4

agreeing 43:11

ahead 10:16 13:6

allowed 46:6,24 54:22

amount 20:10 42:22 48:14 49:8

amounts 21:7

answers 14:14

apologize 102:12

appears 62:6

applicable 63:23

applied 12:16

approach 6:13

approached 6:14,20,24

approval 97:18

approved 21:20

April 6:6,7 22:24 23:13 35:10,22 66:25 100:16

arguing 82:15

argumentative 76:3

arise 12:21

army 50:19,20

arrived 23:13 33:1 34:24 39:19 49:22

arrives 49:23

aspect 74:23

assault 16:19 84:4,5 102:15 105:21

assaulted 54:14 56:19 57:13 102:16 105:13,23 106:5

assigned 5:23 6:1,8 50:15,19,20, 22 61:7

assignments 53:18 60:4,8

assistant 101:21 103:10 104:18, 19

assume 20:22

assumed 20:21

assurance 72:8,9

ate 76:25

attacked 57:13

attempt 18:18

attempted 74:8

attention 31:23 49:13 89:6,7

attentive 48:17

attorney 5:4 99:24

attorneys 99:22

audit 9:1,11,25 10:1,3,5 33:13 62:13,17 83:7

audited 79:20

auditing 63:2,19

audits 8:23 9:4,24 17:19

August 88:3

authored 62:7

authority 21:6

authorized 91:11

availability 74:18 75:14 77:3,11

AW 31:19 104:17

aware 7:4,7 8:21 9:1,4 31:18 35:4 79:24

AWS 87:14,17 90:23,24

---

**B**

B-Y-R-D 5:20

back 25:15 55:9 59:1,3,15 66:8 67:3 70:21 77:6 103:12,25

bad 70:15 75:25 76:16 98:11,12

badly 93:15

bag 106:2

bags 103:16,18,22 104:8

ballpark 29:7

based 34:19 35:17 37:21 45:20, 22 46:4 52:23 63:5 66:17

basically 6:25 8:1 9:22 10:8 25:6 74:4

basis 13:3

Bates 71:21 94:24

bean 103:16,18,22 104:8

beds 52:1,12,13,23,24 53:10,12, 17

before-raymond-byrd 37:18

began 5:2 8:12

**bell** 26:13,20

**big** 23:5 58:14 90:2 106:1,14

**bit** 6:19 35:12 40:6 58:5 98:20

**black** 71:24

**Blake** 26:15

**block** 102:17

**blue** 71:23

**bonus** 18:22 19:18

**bonuses** 18:23 19:14 21:14

**boss** 16:9 22:21 72:12,25

**bottom** 87:5 88:1 96:12

**branch** 9:8,22

**Brandon** 104:17

**Branstetter** 5:7

**break** 17:5 40:14 85:4,9 103:12

**bring** 31:22

**bringing** 39:22 67:6 89:6

**broad** 45:2

**broke** 92:23 95:19,21

**brought** 14:1 49:13 74:6 89:7

**Brun** 17:8 35:6 96:14 98:5

**Brun's** 9:10

**budget** 21:18,19,22,23,25

**budgets** 21:24

**building** 11:24,25 60:7 103:3

**built** 11:23 67:12

**bullet** 103:17

**bunk** 106:13

**burned** 49:16

**business** 31:20 82:9

**Byrd** 5:14,20 22:22 23:18 33:12
40:21,23 48:10 53:8 85:8 96:3
107:1

**Byrd's** 53:14

——————————

**C**

——————————

**C's** 28:3

**calculate** 48:3

**calendar** 102:9

**call** 13:17,19 14:13,15 16:9,11,
14,19 17:3,5,20 27:9,24 31:5 49:4
72:10 90:20 92:2 100:6

**called** 9:23,24 19:14 24:21 28:2
48:8 60:16 90:1 91:2

**calls** 13:9,13 14:20,24 15:5
22:13,14,16 24:16

**Campbell** 19:3

**cancel** 14:24

**canceled** 13:9 14:20,21

**cap** 53:21

**capacity** 52:7,9,11,16,22,23
53:11,13

**care** 31:20

**career** 57:11

**carried** 56:5 103:9

**carry** 90:1

**case** 49:12,13,14,25 50:2 55:2
65:12 95:24 97:1

**cases** 39:23 57:18 96:25 97:18

**catch** 58:25 59:2 78:22 92:1

**catching** 78:21

**categories** 50:7

**Cathy** 11:4,5

**caught** 61:25 67:8 75:20 82:19

**caused** 25:16,20 54:22

**Caveat** 80:13

**CCC** 28:2,3,5 83:18 84:12

**CD** 97:19

**cell** 41:23 56:5,11,16 57:9,19
76:12 79:20,24 80:2,23 81:11,20
96:1 102:18 103:5,12 105:14,24
106:2,4,7,17,20

**cell-mate** 103:5

**cells** 27:1

**center** 36:22 65:5,16,19 66:1,15
84:12

**central** 84:12 88:13

**CEO** 11:6

**certificates** 13:24

**certification** 99:10,11

**challenge** 74:14

**challenges** 53:18 74:10,13,17

**change** 25:17 32:25 38:9,15,17,
18,20,22 39:4,9

**changed** 39:1,3

**Charles** 104:25

**check** 24:24 63:23 74:9,22

**checking** 56:1

**chemical** 83:25 84:6,18 89:21,
22,24 99:9,13 103:6,21

**chief** 10:24 91:25 102:25 103:11
104:3,16,18,19

**Childreth** 26:19

**chip** 106:1

**chow** 43:21,23

**Chris** 9:9,18,20 10:2,4 35:6 96:14
98:5

**Christopher** 17:8

**Chuck** 10:9 12:14 24:4,17 73:3
93:1,4

**chucked** 57:10

**Cimarron** 6:10

**circular** 43:1

**cited** 100:15

**clarity** 30:25 54:1

**clean** 47:19

**close** 7:2 31:21 55:9

**closed** 106:2

**closely** 12:15

**cohort** 39:24

**cohorted** 37:10

**collected** 34:4

**combination** 72:7

**comma** 73:21

**comment** 65:9

commissary 77:16

commissioner 101:21,22 104:9
105:4

common 61:19,21

communicated 104:23

Communication 84:12

communications 25:23

company 7:15,20 19:16 20:12,
14,17 21:1

company's 18:21

compiled 8:23

complacent 56:22,23,24

complete 30:13,18,21 32:4,21
34:5,20 83:15

completed 79:21

completely 15:19 39:10

completeness 33:5

completing 37:23

completion 101:4

compliance 62:8 72:10,20 89:9
95:14

comply 86:12 93:16

complying 31:12

composure 94:1,3,6

compromise 55:3

comptroller 8:22 9:2,5,12 17:7,
13,15,25 33:17

comptroller's 10:3

computer 95:20,21

concern 35:18 65:1 67:22 81:11,
17 97:9,12

concerned 60:19 67:17

concerns 7:14,20 37:1 83:10
85:12

conclusion 33:21

conclusions 10:5 17:9,13

condition 7:9

conditions 6:16,19 7:7

conduct 36:23 41:22 44:14 80:1

conducted 9:4

conducting 37:4 38:9

conducts 17:19 55:25

confusion 95:25

connection 53:9

consecutive 78:6 79:1

consequences 40:21 41:14
43:16 48:13,15

considered 29:25 45:15 81:25

contact 10:10,12 12:5

context 17:24

continue 36:24

Continuously 51:10,11

contraband 42:2 81:21,23,25

contract 8:7 9:7,9 27:25 28:7
31:20 32:12 62:7 63:6,16 66:6,7,9
68:13 71:9 79:22 80:17,20,25
81:4 84:9,11 86:4,10 88:23 89:4
90:6 96:8 97:22,23

contractor 68:4 71:16 72:1 87:6

control 21:19 40:5 85:16 98:10
103:13,15

conversation 7:23

copy 95:10

Corecivic 5:10,22 6:11,13,14,20
7:4,13,15,19 8:12 10:9,19 11:12
12:5 17:16 18:5,18 20:20 21:7,16
27:16 28:12 30:21 31:8,11 32:4
34:4 36:10 37:5 39:2,5,11,14
44:23 46:5,9 47:5,8,24 48:1 49:9
51:15 65:17,23 66:18 68:17 69:4
71:18 72:5,21 74:5 78:9 86:11

Corecivic's 30:13 45:3 78:14

corner 94:25

corporate 11:17 21:20

correct 18:3 28:9 31:10,25 39:13
60:14 64:5 100:13,14 105:15,18

corrected 68:12

correction 55:12,15,16,18 57:20
61:7 72:1 99:9

correctional 6:2,10 10:25 23:19
35:14 36:22 50:12,13,16,18 55:13
60:12 89:11 92:14,16 93:24 94:5,

11

corrective 68:4 71:16 87:7

correlating 55:8

Correspond 10:20

corresponded 24:18

correspondence 95:13

counsel 39:2

Counselor 72:25

count 13:24 14:10

counting 68:6

Counts 13:22

couple 19:4

court 5:3 59:2,14,17 60:1 95:23

cover 49:6

covered 64:14 65:6

COVID 22:25 23:3,8 30:11 37:8,
13 38:4 40:2,4,7,9,10,11,12 52:9,
10 67:6,9 72:17 75:22 78:17,18,
19,21,22 80:13,14

create 42:25

creative 55:2 76:3

critical 63:25 64:12,13,16,22,25
66:20 67:17 69:17 70:1,25

crossed 20:7

cry 41:9

cuffs 57:1

Cushing 6:11

cuss 57:9

custody 56:20 57:6,14,15

customer 25:7 30:23 31:15 32:7
35:9

cutting 95:24

## D

daily 63:24 79:20,24 80:22,23
106:20

damage 89:14

Damon 11:8,9,11

dangerous 82:2,7

**data** 34:6

**date** 68:19 100:19 101:16,17 102:2,5,10,11,13

**dated** 33:13 34:15 62:10 73:15 79:11 83:4 85:10 95:3

**dates** 6:3,6 68:11 100:22

**day** 48:11,12 100:7 101:10,11,12

**day-to-day** 6:22

**days** 12:8 64:15 96:23

**deadly** 89:21 90:3

**deal** 53:22 69:21 93:11

**dealing** 7:25 40:7 72:17

**dealt** 38:4 53:20,21

**death** 17:1,2 83:21 84:15 85:21

**deaths** 33:24 84:14

**debriefing** 104:2,14,15

**December** 62:14,15,16,17 63:18 64:15,20,21 73:20 80:6,8,23 83:8 84:4 88:4 95:7

**decide** 20:14

**decided** 20:19

**decision** 19:25

**decrease** 42:21

**deem** 27:7

**defend** 89:13,14

**defending** 99:25

**define** 52:21

**degree** 81:19

**delay** 59:9

**delayed** 58:5,20

**delays** 88:13

**demote** 11:2

**department** 35:15 47:23,24 87:17

**departments** 73:5

**depended** 49:1

**depending** 14:23 44:19 46:19

**depends** 49:1,7

**DEPONENT** 107:8

**deposed** 5:15

**deposition** 5:1,6 62:3 79:8 82:25 85:10 94:24 99:19,22,25 100:5

**describe** 26:24 87:23 92:8 102:14 106:9

**description** 87:10

**descriptor** 61:18

**Deshawn** 26:19

**Design** 59:24

**designed** 36:11 58:17

**designee** 88:3,7,8

**detailed** 99:13

**details** 17:21

**detect** 76:6,11

**determine** 49:5 52:22,23 54:22 80:25 88:12 91:13

**determined** 19:21 20:17 96:8 99:8

**Dickey** 99:12

**Dickey's** 99:9

**die** 102:21 103:2,10

**died** 104:12

**difficult** 15:23 94:16

**difficulties** 31:11 53:6

**direct** 12:18 60:16,17,20 61:3 78:18

**directive** 93:17

**directives** 92:5,8,15

**directly** 73:1

**director** 7:24 12:7,15

**directors** 88:13

**disciplinary** 73:25 74:3 92:3

**discover** 75:5

**discovered** 79:20

**discrepancies** 68:6,18

**discuss** 17:15,23 28:12 66:11 92:22 93:1,3 104:20

**discussed** 8:11 13:18 17:7

**discussing** 85:9

**discussion** 59:4

**discussions** 25:2

**displayed** 102:19

**division** 13:9,13,19 15:5 22:14 24:16

**doctors** 39:21

**document** 9:19 13:25 14:4,11 15:9 33:9,21 62:6 63:8 64:24 73:9,12,19 78:3 82:23,24 85:9 91:12 94:19,22

**documentation** 80:24 90:21

**documents** 54:19 91:1,5

**dollar** 19:11,24 21:4

**dollars** 20:7

**dominated** 40:4,10

**dont** 52:5

**door** 55:8,9,11,12,14,19 56:15 103:6 105:24 106:4,7

**doors** 55:1,5 56:1 58:16,19

**dope** 76:23

**dormitory** 60:7

**drafted** 71:17 72:5,6

**drop** 103:20

**drug** 36:24 37:1,5,24 38:10,23 39:17 73:19 74:3 76:21 77:2,10, 18,22 78:1,5,25

**drugs** 16:15 42:2 74:5,8,17,18 75:1,5,14,16,17 76:6,12 77:4,11, 18,21 81:24 82:1,5,6,7,10,12

**due** 41:10 44:21,23 58:20 59:10 82:8

**duly** 5:15

**duties** 66:10 101:18 102:7 105:6

---

**E**

**e-mail** 10:20 24:19 80:16,20 81:5 87:3 89:9 90:20 95:13 97:6

**e-mails** 15:11,12

**earlier** 35:8,21 83:14

effect 43:1 59:9 78:18 82:17
103:22

effective 56:11

employed 5:21 20:16

employee 16:18 18:22 45:4,20
49:8,21,22 50:3,22,24 51:3,8,12

employee's 48:19

employees 20:15 22:3 39:5,11,
15 42:15,18,22 44:24 45:1,14,17
46:10 47:7 48:14 49:15,16 50:7
57:5 75:4 86:11 92:5

employment 6:3 9:3

enable 39:11

enhanced 18:12

ensure 34:3 36:10 80:18,22

ensuring 30:12 32:20

entered 76:12 86:1,13

entering 75:10

entire 28:15,21,22 51:23

entries 75:3

equal 52:11

Erin 5:9

escape 54:9,11 89:13

Escapes 89:22

essentially 11:4

events 13:25 19:1 23:14 99:13

Eventually 82:18

everyday 28:25

exact 6:3,5 11:21,22,23 12:1
14:22,24 15:15 28:24 29:3,6 52:2,
4 53:16 100:19,22 101:16,17
102:2

EXAMINATION 5:17

examined 5:15

examples 13:21 41:13,16,19
43:17 44:2

excessive 91:11,14,16 93:7,24
94:12

excuse 6:6 44:4

executives 10:10,19 12:6 20:19

exhausted 55:16

exhaustion 93:11,15 94:7

exhibit 33:10 62:3,4 63:9 73:10
79:7,8,9 82:21,24 85:9 94:20,23

expect 48:9,11

expected 55:13

expenses 19:17

experience 31:11 76:9 93:11

experiencing 93:14

expired 99:10

explain 83:14 84:9

extreme 94:7

## F

face-to-face 9:9

facilities 8:25 13:10 36:10

facility 5:23,25 6:2,4,10,17,23
7:5,16,18,21 8:9 13:24 14:10
20:16 21:18,22 24:8,18 25:1 34:4
52:3 53:10,12,13,17 65:5,16,19
66:1,15,21,25 72:23 73:2 74:6
79:22 80:17,21 82:2,5,6 93:8 99:8
100:13 101:2,3,6,8,14

fact 19:3 39:23 95:15 100:11
102:11

factly 61:24

factors 43:7

facts 65:12 69:21

factual 65:2 69:22,24

failed 32:4

failure 78:14 84:22

fair 15:1 23:8 82:4

fairs 19:16 21:15

fall 41:3 50:9

familiar 62:23

family 7:2 67:7

fatigue 48:16

fault 75:7,8 93:20

February 62:10 66:10 73:15
79:11 83:4 85:10 95:3

feces 57:10

fed 43:21,23

feedback 25:4,6

felt 15:20

fence 75:17

fights 30:9

figure 12:2 25:22 30:10 32:2,16
43:15 53:11 59:11 68:16

fill 14:13 22:8 28:6 49:23 66:20
90:11

filled 64:17,22 65:1 68:11 71:1
90:9

find 67:13 101:1

finding 36:15 79:3

findings 10:5 17:9,13

finds 50:1

fine 41:20 75:9 98:14

five-day-a-week 50:21

floor 103:24

Flyers 19:5

focus 40:3,6

folks 19:16,18

follow-up 31:4,6

food 75:22

fooled 47:3

force 84:2 89:12,18,20,21,23
90:3,5,12,19,22 91:4,7,10,14
92:6,10,15,17,25 93:3,6,8,25
94:12 95:6,14,18 96:4,9,21,25
97:2,10,19,20,23 99:13

foregoing 5:1

forgot 9:23

form 13:5 22:7 23:10 28:10
34:22,23 35:19 37:16,17,25 38:16
43:19 44:6 46:12 54:24 55:21
59:13 69:7 70:3,4,17,19 71:3,4,
11,12 78:10 80:4 81:13 90:8 94:8

formal 12:19,21

format 14:6,11,12

forms 85:19 90:10

formulating 87:13

Fort 19:3

forward 35:10 72:12

found 55:3 74:8 87:24 95:14
97:22

frame 78:17 80:5 83:20 84:3
99:12 100:15,22 101:6

free 82:14

frequently 16:2 29:24 47:16

friends 24:14,15

front 82:24

frozen 49:23

FSC 65:5,13,14,15

fully 23:18,20 24:11 41:12 75:23
76:5

**G**

game 61:25

games 76:25

gas 19:6

gates 58:15,18,19

gave 9:18,20 15:10 25:25 26:3

GEDS 13:23

general 15:20 39:1 54:5,8 57:16
58:13 60:6

generally 17:3 25:23 39:1 42:12
43:4 91:25 92:9

generate 92:1

Georgia 7:1 13:16

give 7:22 12:23 13:21 15:15,24
16:11 17:8,12 19:17 28:23 36:18
41:16,18 44:2 49:3 61:14,16,17
63:14 92:5,15 98:9

giving 17:10 47:18 92:14 98:22
103:7

glass 103:19

good 5:18 19:8,9,17 24:14,15
36:19 46:21 47:1,3 86:9 98:24,25
107:4,5

Graduation 13:22

graduations 13:23 14:9

great 40:17 93:11 107:6

greater 42:1 78:23

grip 57:20,21

group 19:14,16

guaranteed 70:13

guess 21:4,19 22:16 32:2 75:13
87:13 104:11

guy 77:13,15,17 91:23 103:1,9
104:3

guy's 76:22

guys 75:25 76:16 82:19

**H**

hammer 103:11

handcuffs 56:25 57:5

handle 66:19 104:10

handled 21:16 104:24

handling 89:20,21 90:3

hands 103:20,25

happen 40:5 41:10 47:13 48:18
49:24 54:23 58:7 61:19,20 86:6

happened 15:20 16:4 22:19
25:16,21 26:6 27:11 30:11 47:13,
16,17,19 61:9,18 85:1 102:24
103:14 104:13

happening 66:24

happy 68:23

hard 23:1 48:3

harming 89:23

Harold 11:3

Hashemian 5:11 34:23 37:17
53:5 70:4,19 71:4,12 106:25

hat 50:1

head 30:2

header 72:1

heading 33:21,24 36:4 87:6

headquarters 11:13 21:16 71:18
72:6 87:18

hear 40:23,24 53:4,5

heard 9:6,7 56:7 62:25

hey 8:19 32:11 52:17

high 28:25 77:14,17,18

higher 30:5 43:1

highest 70:25 71:8

Hininger 11:9

hired 19:15

hiring 13:25 19:1 23:20,21,22

hit 22:25 23:1,8 37:8 39:19,23
75:22 103:19,23 104:8

hold 74:4

holler 57:9

home 67:7

homemade 42:2 81:24 102:20
106:9,10

homicide 16:23 25:14 26:1

homicides 25:1,10,24 26:8
105:10

honest 20:8 40:1

hope 27:20

hospital 67:12,14 85:20

hour 19:20 20:3,7,10 97:20 100:3

hourly 20:14

hours 45:4,8,9,11,14,17,21,24
46:3,7,10,18,19,20,21,23 47:4
50:4,11,24,25 51:1,2,4,8,13,16,21
55:16 86:1,13

housing 53:18

HR 11:4 48:5

huh-uh 16:17

human 47:23,24

hundred 32:23

hungry 43:22,23

hurt 104:12

husband 67:8

hypothetical 69:19

## I

**identified** 73:21 86:5 95:7

**illegal** 81:23 82:1,5,6,7,10,12

**impact** 39:5 42:6 44:14 48:19 56:4 82:12 88:24

**impacted** 23:3

**impacts** 89:2

**important** 44:18 57:24 60:15,18 61:1,2 74:2 83:15 84:10 88:22

**inability** 80:1

**inaccurate** 69:5

**inadequately** 41:25 42:6

**inaudible** 87:17 92:22

**inches** 106:15

**incident** 8:19 16:8 24:23 25:16, 19 26:5 27:4,7,22,23 42:19 48:20 58:6 59:10 83:20 84:11 85:1,12 86:1,2 90:19 91:4 96:10 97:23 101:20,25 102:8,14 104:20 105:7

**incident-related** 27:13

**incidents** 8:15 13:22 14:10 16:7 24:20,21 30:8 33:25 35:8 57:25 58:9 83:16 84:10 86:13 90:13,22 92:21,25 93:4 96:9 99:4

**include** 81:23

**included** 72:23

**including** 15:4

**incorrect** 68:11

**increase** 18:19

**increased** 67:1

**increasing** 21:8

**individually** 24:25

**individuals** 20:16 44:20 50:20

**influence** 43:7

**information** 16:6 31:3,7,24 32:8 34:5 48:9 67:19,20 68:25 88:15 92:16

**informed** 23:25

**informs** 95:23

**injuries** 104:12

**inmate** 16:18,23 33:24 36:5,24 37:1,5,24 38:10 39:17 44:3,14,17 53:24 54:1,2,4,13,15 57:6,7,8,21 76:18,21 93:16 94:3 102:16,17 103:4,19,24 104:12 105:13,17,19, 24 106:5

**inmates** 7:25 8:5 26:11 36:12 37:9 42:1,12 53:13,17 54:5,7,13 55:2 56:19,24 57:13,18 60:22 67:14 73:24 74:2 76:15,17 78:4, 15,25 82:2 85:20 89:14,22

**inside** 44:18 60:21 75:5 81:21

**inspection** 56:5,16 79:24 88:18

**inspections** 56:1,2,11 79:20 80:2,18,22,23 81:11,20 106:20

**instances** 86:5,11 88:14

**institution** 27:8,9 28:4,15,21,22 29:2,13,21 30:3,6

**institutional** 29:24

**instrument** 62:20 63:2 84:9 95:18 96:4

**instruments** 62:24 63:5,23

**intel** 76:16,18,20 77:10,19,21,25

**interacted** 12:12

**intercepted** 75:16,17

**intervene** 42:18

**introduce** 5:5

**involved** 72:8,14 87:13 90:12,16, 17 99:4,13

**involves** 99:3

**involving** 97:23

**issue** 8:9 10:1 32:15,17 33:5 34:20 55:7 59:18,20 64:11 79:18 85:18 87:15,16,23 96:8,17,21

**issues** 7:14,20 17:23 18:7 40:9 53:24 58:20,24 59:10 66:11 67:11 80:16,20 93:8 97:10

**item** 21:25 62:21 64:8,11 73:23 78:4 85:16,17,23 87:21 95:17,18 96:3,4,19 97:15

**items** 22:15 62:15 63:20 71:15 73:21 81:25 95:7

## J

**Janna** 5:7 53:5

**January** 33:13 34:17 101:3,7

**Jason** 11:1 12:11 104:25

**JDE** 68:12

**Jennings** 5:8

**job** 6:24 7:3,24 8:3,8,11,12 19:16 21:14 35:7 42:23 106:6

**Joe** 5:9 59:21 99:25 106:22

**John** 65:7

**Jon** 62:7 73:13 79:14,15 95:2

**July** 73:20 83:8 95:6

**Justin** 33:18 99:9

## K

**Keaton** 7:23 8:11 10:9 12:7,14 13:10,15,20 14:5,23 15:4,8,12,14 16:6,8,14 17:16,18 21:11 22:8,12 24:4,17 25:2,5,24 72:25 73:3 93:1,4 104:25

**key** 33:21 66:24 67:2

**kicking** 57:22

**kids** 67:8

**kin** 25:8

**kind** 12:19 13:18 14:4,9 15:7,22 18:5 19:1,7 25:2,4 26:3 42:25 43:17 47:11 49:22 59:10 61:17 101:1

**kinds** 25:23 41:18

**knew** 40:9 65:2 104:6

**knife** 103:1 106:10

**knowing** 58:22 103:8

**knowledge** 30:19

## L

**lab** 73:24

**lack** 94:12

**laid** 103:24

**late** 83:25 84:1 97:1

**laughing** 24:13

**lead** 42:21 43:24 49:16

**leads** 43:1 49:19

**leave** 58:18,19 100:24,25 101:1

**led** 26:1 57:12 105:22

**left** 64:17,22 65:1 70:1 71:1

**left-hand** 94:25

**legal** 39:2

**legitimate** 66:22

**level** 8:13 66:21 67:21 74:17 77:3 78:16 80:2 81:21 99:5

**levels** 18:19 21:8 23:4,7 74:19

**liaison's** 96:22

**light** 40:11

**limit** 49:10

**list** 41:4 73:6

**listed** 62:14 83:7

**live** 76:17

**lived** 24:9,10

**lock** 27:8 28:18 29:2,13,21 30:2, 10

**lockdown** 26:24 27:2,3,9,10,13, 14,15,17 28:4,14

**lockdowns** 27:19 28:12,20 29:23,24 30:7

**locks** 55:3

**long** 48:16 89:5 90:2 100:2 106:7, 15

**longer** 100:12

**looked** 7:18 8:2,3 63:1 97:9

**lose** 94:1,2,6

**lost** 40:11 53:9

**lot** 19:7,18 25:10 39:20,21 40:8 41:3 49:16 67:10 72:18 74:11 75:24 77:23 84:18 93:14

**low** 28:24

**luxury** 79:3

**M**

**made** 21:2 31:17 55:1 67:11 79:24 97:20 102:20 106:11

**mail** 74:10 75:17

**maintain** 66:1

**make** 7:4,7 24:11 25:7 32:17 41:8,10 42:7 44:21,23 55:13,18 57:1 65:9 82:1

**makes** 32:18 39:9 49:5 82:18

**making** 40:11 50:23 56:20 60:24, 25

**man** 24:22

**management** 34:3,9 35:23,24, 25 36:8,9

**manager** 12:7

**managers** 79:23

**managing** 7:24 12:15

**mandates** 79:24

**mandatory** 36:11 48:22,25

**manned** 74:22,24

**manner** 88:16

**Maples** 5:7,17 13:12 23:23 28:11 33:8,11 35:2 36:1 37:20 38:7,19 40:13,17,20 44:1,9 46:15 53:7 55:4,24 59:2,5,7,21,25 60:2,3 62:2,5 69:10 70:9,24 71:7,14 73:8,11 78:13 79:7,10 80:7 81:16 82:22 85:5,7 94:10,18,21 95:25 96:2 106:22 107:1,7

**March** 6:6,7 68:1,20 100:16 101:5,7 102:8

**mark** 49:9

**marked** 33:10 62:4 73:10 79:9 82:21 94:20

**marry** 85:1

**master** 49:4

**mate** 106:2

**math** 46:17 47:1

**matter** 19:3 61:24 102:11

**Mccloud** 104:16

**meaning** 98:12

**means** 7:10,11 45:17 46:9 75:10 89:19

**meant** 60:12

**measures** 25:12

**medical** 39:21 87:15

**Medlin** 11:1 12:9,12 105:1

**meet** 99:21

**meeting** 66:8

**meetings** 10:19 66:10

**member** 99:11

**members** 67:7 78:23

**memos** 15:7,10

**mental** 94:7

**mention** 8:13,15 17:18 105:10

**mentioned** 9:8,23 18:9 26:4 43:12 44:7,21 56:18

**met** 66:13 104:22

**metal** 106:11

**meth** 77:14

**miles** 24:10

**mind** 13:25 14:4 20:7 39:25 40:12 56:8

**minimally** 36:23 37:4,23 38:10 39:16

**minute** 7:22

**minutes** 83:24 84:1,17

**missed** 84:16 106:20

**misspeak** 53:2

**misstating** 27:20

**mistake** 55:19

**mistakes** 55:1 56:20,23

**misunderstood** 52:18

**monitor** 27:25 28:7 55:17 62:7 66:6 68:13 71:9 75:4 79:22 80:17, 21 81:4 86:4,10 90:6 96:8 97:22, 24

**monitoring** 62:20,23 63:5,23 64:14 81:20 84:9,11 95:18 96:4

**monitors** 9:7 31:21 32:12 63:6 66:8,9 80:25 89:4

**month** 15:22 48:10 64:14,15,21 102:3

**monthly** 13:3 62:14 63:15,17,18, 19 88:4

**months** 18:25 19:1,13,25 20:23 21:3 40:7 63:25 78:6 79:1 88:20 89:6

**morning** 5:18 100:11

**mouse** 98:16

**moved** 57:19

**Moving** 19:17

**multiple** 15:21 64:13 102:21 103:2

**Mumbling** 83:24

**N**

**names** 26:11

**narrow** 41:15,17

**Nashville** 65:5 66:13,14,18

**necessarily** 77:17

**needed** 31:2

**Negatives** 37:10

**Nice** 106:13

**nighttime** 26:25

**Nikki** 5:11

**nine-inch** 102:19

**non-** 89:8

**non-overtime** 45:18,24

**noncompliance** 62:19 63:4,10, 12,22 64:8,11 66:4 67:10 73:21, 23 79:18 80:16,19 85:15,16,17, 18,23 87:20,23 95:7,17 96:3,7,19 97:10,15

**noncompliant** 78:4 99:1

**nonlethal** 103:18

**notice** 56:15 92:2

**notification** 97:19

**notified** 17:6 25:7 35:9 64:20 79:22 81:4 87:2 90:6,18 96:13,14,

16 97:4,5,7,24 98:1,4 99:16

**notifying** 83:17,19

**November** 79:19 83:24 88:4

**number** 14:23,25 15:16 28:24 29:3,14,17 30:5 36:23 37:4,24 38:10 39:16 41:21,22 42:7 43:17 49:3 52:2,5,12,13,22,23,24 53:10, 16 58:15 61:14 63:14 64:25 65:2 67:18 68:18,25 69:2,9,12,16 70:1, 13,25 71:8 78:23

**numbers** 29:5 32:10 52:19 61:16 65:13 68:11 69:15 70:11,12

**O**

**Object** 13:5 23:10 28:10 34:22,23 35:19 37:16,17,25 38:16 43:19 44:6 46:12 54:24 55:21 59:13 69:7 70:3,4,17,19 71:3,4,11,12 78:10 80:4 81:13 94:8

**observed** 40:19 80:24 85:6

**OC** 90:1,2 91:24

**Occasionally** 15:15 78:2

**occur** 29:23

**occurred** 24:20 58:9 80:22 96:9 102:14,16 105:11

**occurring** 57:25 86:25

**October** 62:15,17 68:13 80:6,8 88:3

**off-site** 67:12 85:20

**off-the-record** 53:6 59:4

**offender** 83:21 84:1,5,6

**offering** 91:6

**office** 11:17 21:21 72:9 88:13 96:22 102:23

**officer** 10:25 23:19 55:12,13,15, 17,18 57:20 60:9,12,22,23 61:7 91:21 92:16 93:14,24 99:9 102:16 105:14,21,23 106:3,5

**officers** 50:12,13,16,18 60:21 67:13,15 89:12 92:14 93:10 94:5, 11 106:1

**Oklahoma** 6:11 27:21

**one-month** 69:17 70:2 71:2

**ongoing** 42:22 94:16

**open** 55:8,11 58:19 105:25 106:3

**opened** 55:12

**opens** 55:12

**operating** 25:18

**operation** 37:9 78:19

**operations** 23:6 87:16

**opinion** 17:8,11,12 19:19 32:3 34:25 58:5 69:18,25 83:14 91:6 105:2,3

**opportunity** 47:18 66:5 69:4

**order** 38:25

**ordinary** 7:8

**out-of-the-norm** 27:23

**overdose** 16:11,13

**overdoses** 26:21

**overs** 74:9

**oversee** 89:3

**oversight** 42:12

**overtime** 44:24 45:1,9,12,15,22 46:3,7,19,25 48:14,22,25 49:9,16 51:17 93:11

**P**

**packet** 91:2

**paid** 20:22 101:1

**pandemic** 39:19,23

**paper** 78:12

**paragraph** 36:21 68:3 71:25 80:15,19

**paragraphs** 87:9

**Parker** 104:21,22

**part** 23:5 34:11 37:1 56:1 98:25

**partial** 29:23,25 30:7

**pass** 73:6

**Patrick** 10:24 12:9

**pattern** 21:10 22:3

**pay** 18:25 19:10,17 20:14 45:5,6, 9

**paying** 20:6

**PDF** 33:20,23 35:13 36:5

**people** 11:4 18:23 19:8 39:24 43:21 48:5 76:3 77:22 78:1 80:13

**percent** 32:23

**Perfect** 98:24

**performance** 33:13

**performed** 8:24 36:10 81:1,12, 15,18

**period** 45:5,6,9,12,15,20 46:2,11, 24 47:4 51:16,21 62:13,17 63:19 64:14 69:17 70:2 71:2 75:21 78:6 79:1 88:19 100:21,23

**permissible** 36:16

**permitted** 46:10 89:12

**person** 18:22 48:4

**phone** 10:21 24:19 90:20 95:19 96:1 99:21 100:6

**physical** 58:20 59:23,24,25 89:20,21 90:3 94:7

**physically** 24:7 101:8,13

**piece** 37:8 106:11,12

**pipeline** 19:8,9

**place** 8:2 18:8,10,15 19:21,23 20:1,12,19 21:1,4 32:25 40:8 49:23 58:14,17 101:20

**places** 58:16 60:19

**plaintiff** 5:8

**plan** 18:6 67:13 68:4 71:16 72:1 87:6 103:4

**planning** 58:24 59:10,17

**plant** 58:20 59:19,22,23,24,25

**plastic** 106:2

**play** 77:1

**played** 80:12

**pleasure** 107:3

**plethora** 43:24

**pod** 27:10 28:21 29:25 30:2,10 60:5,9,12,22 61:6 102:24

**pods** 27:10 30:1 55:17 60:8

**point** 51:20 74:9,22 102:20 106:13

**pointed** 32:15

**policies** 32:25 38:9 39:15

**policy** 38:17,18,20,21,22,24,25 39:3,6,9,12 45:3 46:6,10 47:5,8 51:15,19 78:15

**Polly** 5:9

**population** 54:6,8 60:6 76:19,21

**port** 74:23

**position** 6:13 21:10 22:6

**positions** 50:14 68:9,10

**positive** 37:9,10 73:24 74:3 78:5, 25 79:2

**possibly** 92:18

**post** 49:23 66:20 67:12,14,17

**posts** 63:25 64:12,13,16,22,25 65:6 69:17 70:1,25 74:21,24

**potato** 106:1

**potentially** 6:21

**powerless** 39:10

**pre-covid** 24:1

**PREA** 88:11,18,22

**prepare** 99:22 100:4

**preparing** 99:18

**presence** 82:1

**present** 53:18 101:3,13 104:15

**presented** 93:16

**pretty** 19:8,9 47:3 92:13

**prevent** 89:13,14

**previous** 63:24

**prior** 97:18

**priority** 24:3 32:21

**prison** 7:8 8:13,16,24 22:20,22 23:6,16,19 24:2 28:18 39:20 40:22 41:11,14 42:1,6,9,11,14,17 43:4,16 44:18 56:10 66:17,25 70:15 74:21,25 75:1,2,3,5,10 76:5,7,12 77:4 78:19 81:21 82:9, 13,18,19 83:16 88:24 89:3 94:15 105:11

**prison's** 44:14

**prisoners** 77:10

**prisons** 9:25 57:3 58:17 74:11

**problem** 8:4 23:7 24:1 31:4,5,17, 22 37:5,15,23 38:14 41:2 92:2

**problematic** 34:6

**problems** 7:4,6

**procedure** 25:19,20

**procedures** 36:11

**produce** 85:19

**programming** 44:15,17

**promote** 11:2

**properly** 55:1,19 57:1

**property** 89:14

**protect** 36:11

**protection** 54:10,11,14,15

**protective** 56:20 57:6,13,15

**provide** 14:14 31:3,7 34:6

**provided** 67:24 80:24 88:15 96:22

**public** 33:24

**pull** 48:2

**pulled** 68:11

**pulls** 49:25 57:21

**pumps** 19:6

**purpose** 83:17

**put** 18:5 19:6 20:19 21:1,4 52:4 56:24 57:1,5 66:24 103:25

---

**Q**

**quality** 72:8,9

**quarterly** 62:15,17 63:18,20

**question** 30:24 32:7 37:19 45:2 46:13 49:3 60:23 69:23 70:6,7 71:19 72:4 74:23 75:7,13 76:10 93:9,19 101:16 102:11

**questions** 29:5 31:4,6 106:24,25

**quick** 40:13

**quicker** 30:2 41:18

---

## R

**rabbit** 49:25

**Rack** 27:2

**Radio** 19:2

**raise** 20:2 21:4

**raised** 20:24

**ran** 102:17,18 105:14

**random** 36:23 37:1,5,24 38:10
  39:16

**Randy** 104:16

**rapid** 57:24

**rare** 61:19,22

**Raymond** 5:14,20 22:22 23:18
  24:24 25:6,9 53:14

**reached** 49:9

**react** 93:15

**read** 9:19 34:7,14 36:13,21 37:22
  59:1,3,15 78:11 86:7 87:25 91:8
  95:16 98:3,6

**reading** 35:24 68:8 79:17 81:9
  84:25 86:19,20 95:15

**ready** 14:14 105:25

**real** 31:21 106:13

**realistic** 84:15

**reason** 9:17 66:22 95:24

**reasonable** 48:12 69:16

**reasonableness** 91:7

**reasons** 30:4 41:7 67:10 93:23

**reassigned** 100:13

**reassignment** 101:24

**recall** 6:25 10:2 11:5 17:10,14,17
  22:6,9,10 49:11,12 51:20 64:24
  85:8 92:20 95:10,13,15

**receive** 42:22

**received** 99:5

**receiving** 95:10

**recently** 5:25

**recess** 40:19 85:6

**recollection** 26:16 32:3

**record** 5:19 40:18 77:5 99:8

**records** 66:2 83:10

**recruit** 19:4,16

**recruiting** 21:18 22:1 23:14

**rectify** 31:23

**red** 34:3

**reducing** 44:18

**refer** 18:22

**referrals** 18:21 21:14

**referred** 64:3

**referring** 10:14 18:23 27:5 31:15
  36:8 62:20 64:6 88:9 89:24
  101:25

**reflected** 64:16

**refresh** 26:15

**refusing** 93:16

**regard** 10:22 18:12 38:9 60:4

**regular** 13:3 45:18 61:18

**regularly** 27:4,13 28:19 61:19

**rejoins** 95:25

**related** 16:7 27:4 30:7 43:13 44:2
  55:6 74:17,18 75:14 78:15,20
  80:2 84:23 88:10 93:8 94:12
  105:6

**relationship** 41:21 43:3 53:9

**reliable** 34:6

**relieved** 66:9 101:18,23 102:7
  105:6

**relocation** 19:13 21:14

**rely** 48:5

**remedial** 25:12

**remedies** 26:3

**remedy** 26:1

**remember** 15:18 64:20 81:7,9
  85:12 86:25 91:24 92:19 96:16
  97:7

**removed** 106:1

**renewed** 99:11

**repeat** 56:8 71:19 77:6

**replacement** 49:22

**report** 12:17,18 13:1,3 17:7,13,
  22,25 27:16,19,23 28:1,5,6 31:22
  32:6,8,12,16,17 33:13 34:15 35:1,
  7,17 47:11,20 51:6 62:14 63:4,10
  66:4 67:19,25 68:24 73:1,25 74:3
  84:22,23 86:1 90:10 95:11,15,16
  97:2

**reported** 34:4 71:9 84:10,19,20
  88:13

**reporter** 5:3 59:2,14,17 60:1
  95:23

**reporting** 30:13,23 31:8,12 33:1,
  4,5,24 34:20 85:13 90:4 96:9
  97:11

**reports** 8:23 9:11 12:19 13:2
  17:9,15,19 30:17,22 31:25 32:4,
  20 63:13 65:4 66:17 70:14 83:11,
  15 88:4,7,9,10,14,18,22 90:10
  96:22 97:1

**represent** 5:5,10,11

**request** 21:11 31:24 32:9

**requested** 15:9 22:2 79:23
  88:14,16

**requesting** 80:17,21

**requests** 32:10

**required** 13:2 36:23 37:4,23
  38:10 39:16 42:7 49:8 50:10,11
  64:1,13 76:21 78:15 79:21 80:2
  85:19 88:14

**requirement** 63:22 79:23 80:25
  86:12 97:17

**requirements** 31:9,12 90:4

**resistance** 92:11

**resource** 76:18

**resources** 47:23,24

**respect** 82:8

**respectfully** 7:9,10 10:13 15:24,
  25 28:17 29:11,14,17,19 30:25
  31:14 32:6,9 35:1,6,11 37:19
  38:2,3 39:18 41:15,19 43:9 44:5
  45:2 46:18 53:22 54:3 56:7 61:10,
  23 63:14,16 69:3,8,14,15,23 70:5,
  8,20,23 71:6,13 72:17 74:7 93:5,
  21 102:12

**respond** 69:5

**responded** 32:9

**response** 48:19 57:24 58:3,21 59:9 67:3,24 68:3,17,19 71:15 72:1 86:20 87:6

**responsibility** 21:6

**responsible** 21:15 88:6

**rest** 36:25

**result** 16:25 17:2 25:13 34:5 42:1

**resulted** 85:21

**results** 42:15

**retention** 18:23 21:14 22:1

**retest** 78:15,24

**retested** 78:5

**retired** 11:5

**review** 9:11 72:11 73:19 80:18,21 90:21 91:1,5 95:6 99:3,7

**rigged** 105:24,25 106:7

**ring** 26:13,20

**risk** 54:9,12

**Rodney** 104:16

**role** 12:16 30:12,15 44:18 80:12

**room** 75:18

**roster** 63:24 64:6

**rosters** 49:5 61:10,23,24 62:1 64:4,16

**rough** 80:14

**rounds** 42:7 44:8 55:25 60:25

**rundown** 9:18,20

**running** 84:16

**Rusty** 7:1 20:24 35:10

———————————

**S**

**safety** 43:4,13 44:3 61:2 82:13 88:24

**SAITH** 107:8

**salary** 19:20 20:2,17

**sally** 74:23

**schedular** 49:4

**schedule** 45:19,21,22 46:4,18 49:2

**scheduled** 27:4,13 28:20

**school** 67:8

**SCO** 99:12

**scope** 83:7

**scream** 57:9

**screen** 33:12 78:5,25 86:14,15 94:23

**screening** 37:2 38:23

**screenings** 36:24 37:5,24 38:11 39:17

**screens** 74:3

**scroll** 33:19,23 63:21 68:23 98:8, 14,17

**scrolled** 86:22

**search** 56:5,16

**searched** 75:23

**searches** 41:23 56:11 76:13 79:16

**seating** 43:21

**section** 35:14

**secure** 27:7 57:8

**secured** 55:14 56:15 57:2

**securing** 55:1,5,19

**security** 54:12 64:18 91:25 102:25 104:3

**Segregate** 54:6

**segregated** 54:7

**segregation** 53:24 54:1,2,4,14, 15 56:25 57:6,15,16 102:17 104:1 105:17,20

**send** 13:2 63:17 88:3

**sending** 88:6

**senior** 99:9

**sense** 15:20 16:1 29:6 32:17,18 39:9 48:7 50:23

**sentence** 36:21,25 68:8,9 73:18 95:5 98:23

**separate** 54:5 72:24

**September** 88:3 99:11

**sergeant** 103:23

**series** 21:23 68:10

**serve** 36:11

**services** 36:5 72:24 73:2

**set** 19:15 63:1

**sets** 48:16 49:10

**setting** 60:8

**shakedown** 30:4

**Shannon** 11:3

**shape** 70:15

**sharp** 106:13

**sharpened** 102:20 106:13

**shift** 49:21 50:5,8,10,15,17,19,21, 22 51:1 63:24 64:16,18

**shifts** 49:7 50:3,12,13 63:24

**shoot** 28:24,25

**short** 41:3 75:21 76:1,2

**short-staffed** 56:4

**shortly** 10:25 39:18

**shot** 104:5,7

**shotgun** 103:16

**shots** 104:5

**show** 33:8 73:8 94:18 103:20

**showed** 103:1

**shower** 57:19

**shut** 21:2

**sick** 66:23

**side** 90:7

**sign** 90:23,24,25 91:1,3,5,11

**signed** 91:25

**signing** 91:8

**simple** 53:14 55:9

**simply** 83:17

**single** 105:7

**sit** 32:10 72:11

**site**  31:21 32:13 89:5

**sitting**  22:9,10 26:2 29:11

**situation**  12:21 103:13,15 104:2, 10,24 105:2

**situationally**  13:1

**situations**  26:1 38:4 50:2 51:3 58:3 61:17 89:11

**size**  103:17

**skin**  17:5

**slash**  88:2,14

**sledge**  103:11

**slow**  21:2

**society**  82:17

**sold**  77:16

**solving**  92:2

**somebody's**  89:6,7

**sooner**  58:7,14,22

**SOP**  25:18

**sort**  48:20

**sounds**  12:25 29:15 34:19 59:8

**source**  77:4,11

**speak**  52:14 99:21,24

**speaking**  39:1

**specialists**  72:11,20

**specific**  9:17 17:21 25:25 56:21 60:5

**specifically**  89:19

**spelled**  5:20

**spelling**  31:25

**spend**  72:18 99:18

**spent**  21:7

**spoke**  100:10

**spoken**  11:11 62:25

**spot**  66:12

**spray**  90:2,3 103:5

**spraying**  91:23

**stabbing**  16:25 17:2

**staff**  19:5 34:4 40:11 41:5,7,21

44:22 54:25 55:25 56:20 58:7,10, 13 65:16 66:22 74:9 75:18,19 78:20,21,23 99:3,10 102:15,18 103:5

**staffed**  23:18,20 40:22 41:12,14 42:1,5,6 63:25 64:12 75:11 76:5

**staffing**  7:25 8:9 9:25 10:1,7,8 17:23 18:6,12,19,21 19:18 21:8, 10 22:3,12,21 23:3,7,15 24:1,3 35:13,14,17,22 44:13 55:5 60:4,8 62:14,21 63:13,17 67:1,13 74:19 78:16 80:3,12

**stamp**  94:24

**stamped**  71:22

**stand**  28:3

**standard**  25:18,19,21 26:4,7 79:21 95:6,14

**stands**  83:18 84:13

**started**  6:15 8:21 18:4 19:11 66:7,8

**starting**  18:25

**state**  5:12,18 17:18 34:3 35:24 36:3,10 40:8

**state's**  90:7

**stated**  22:2 35:7,21 101:17 105:13

**statement**  102:21

**states**  34:3 36:9,20 63:22 73:19 79:19 80:16,20 85:25 95:5

**stating**  68:5

**stay**  50:4,25 51:2 67:7

**stayed**  51:4

**stepped**  31:19

**stop**  73:4 89:22 92:11 101:13

**stops**  92:11

**storing**  106:16

**Stranch**  5:8

**strategy**  18:6

**stress**  42:15 93:12,15 94:7

**strike**  42:5 80:18

**struggle**  74:5,8,12,15

**stuff**  26:7 30:4 32:1 39:24 41:6 48:5 57:10,23 75:23 76:4 98:7

**submit**  12:19 13:1 15:7 32:4 88:22

**submitted**  14:5 32:6,20 65:4 68:12 97:1

**submitting**  30:21

**substance**  73:19

**substantial**  48:14

**suffering**  94:6

**suggest**  20:2,6

**suggestions**  25:25

**supervision**  60:16,17,20 61:3

**supervisor**  49:25 84:15

**support**  36:5 65:5,16,19 66:1,15 72:23 73:2

**supposed**  57:20 58:19 60:25 78:5

**Surprise**  30:4

**Swindall**  10:24

**sworn**  5:15

**system**  17:6 76:23 77:18

---

**T**

**taking**  22:6

**talk**  10:20 13:20 14:2 15:3 22:17 35:10 100:2

**talked**  22:11 23:25 24:19,22 35:6,12,21 43:25 67:2 93:6,10,13 100:11 105:1

**talking**  7:13 10:2 22:24 34:11 35:23 60:8,21 64:7 68:9 76:7,8 103:6

**talks**  22:21 63:19 84:3

**TDOC**  27:16,20 30:24 31:1,15 32:5 36:9 39:22 62:7,23 71:22 72:10,20 81:3 88:13 94:24 104:21,23

**TDOC's**  89:2

**team**  72:9

**technical**  53:6

**technically** 50:15

**telling** 32:14 67:18 70:22 75:9 86:15 98:11

**tells** 77:2

**ten** 29:9

**Tennessee** 5:12 7:24 8:5,7,22, 24 9:5,12 11:18,22 13:10,14,15, 16,17 28:3 33:16

**tenure** 18:18 101:4

**term** 27:12 52:21 55:22

**terms** 44:22

**terribly** 84:17

**Terry** 26:19

**test** 73:24 77:22 78:1,4 79:2

**tested** 78:25

**testing** 73:19 76:21 77:2,10,19

**text** 10:20 71:22

**thing** 15:22 29:1 34:10 38:5 61:19,21,22 67:3,16 70:23 82:16

**things** 13:18 15:14 18:9,17,20 19:5 21:13 35:22 39:20 40:8 41:4 43:7,12,25 44:7 48:18 57:12 63:15 66:13,25 92:21

**thinking** 58:13,21 100:18

**thought** 20:25 58:10 79:6 104:9, 11

**thoughts** 103:3

**threat** 103:10

**threw** 104:4

**throw** 29:17 61:14

**throw-** 74:8

**Throwing** 76:1

**thrown** 75:16

**tie** 55:14 76:1

**time** 5:4,24 10:11 14:23 15:18 16:10,12 18:20 21:9 23:5 26:5 27:6,17,18 28:13 29:1,2,12,20 30:10 35:20 38:3,6 39:7,24,25 40:4,6,10 43:21 45:23 48:19 50:3 51:23 52:8 56:9 57:24 58:3 59:9 64:17,22 65:1 69:17 70:2 71:1,2 72:16,18 75:21 78:17 80:5,17,21

83:19 84:3,19,21 85:2 86:19 90:18 92:24 95:20 99:12,18 100:15,21,23,24 101:6 102:23 103:8 104:11 106:3 107:2

**timely** 35:9 88:15

**times** 11:25 12:11,13 14:25 15:21 19:4 28:17 29:9,12 54:17,19,25 58:6 61:6,25 77:23 93:3,6 102:21 103:2,24

**titled** 35:14 63:11 68:3

**to-do** 73:6

**today** 5:3 22:9,10 26:2 29:12 32:19 61:13 99:25

**today's** 99:19,22

**told** 6:25 7:3,14 8:3 20:23 21:3 22:18 24:14 58:10,12 70:10 102:18 103:10,19,23 105:9

**TOMIS** 86:13

**tonight** 102:22 103:2

**Tony** 104:20,22

**top** 69:6 84:13 94:24

**total** 29:24

**totally** 39:25 40:4 75:7

**touch** 57:7

**touched** 83:13

**toured** 7:18

**town** 19:5 24:9

**traffic** 74:22

**training** 42:22 94:13,16 99:5,8

**transferred** 6:12,21 7:1,17

**transportation** 50:14

**treasury** 8:22 9:5,12 33:17

**treatment** 73:20

**trouble** 30:21,23 31:12 54:2

**Trousdale** 6:2,4,9,13,15,21 7:5, 13,15 8:9,21,24 9:4,25 10:11,18, 22 12:6 16:7 17:24 18:4,7,18 20:15 21:8 22:24 23:21,24 24:4 25:10,13 26:9,22 27:10 30:13,20 31:9,13 32:22,24 33:5 34:21 35:5 36:22 37:1,6,9,23 38:8 39:6,15,19 40:4,6,10 44:24 47:9,25 48:1,23 49:6 51:24 52:1,6 53:25 54:13

55:25 56:25 57:3,4 58:2,14 60:7, 20 61:2,5 63:3 67:25 69:25 70:1 72:16 74:6,18,19 75:4,14,15 77:12 78:16 79:19 80:3 81:12 84:24 85:18 86:12 88:2 89:12 91:15 92:4 100:12,16 101:5,19,24

**truthful** 61:11

**Turner** 6:2 36:22 37:1 79:19 85:18

**turnover** 35:15 43:1 49:19

**turns** 103:19

**two-week** 45:12,15,20 46:2,11, 24 47:4 51:16,21

**type** 47:20 48:18

**typically** 15:3 50:21

---

### U

**Uh-huh** 30:16 68:21 83:23

**unacceptable** 70:15

**understaffed** 42:11,14,18 43:16, 24 55:6 56:10,14 61:5 94:15

**understaffing** 42:21,25 43:4 75:15 84:24 93:8

**understand** 15:17,19 24:12 25:22 29:5,15 37:21 39:8 43:10 61:16 63:8 75:7 82:11,12 93:9,19, 20,21

**understanding** 6:16 33:3 53:14, 15 105:5,8

**understood** 8:8 58:23 63:4

**unfilled** 69:17

**unit** 79:23

**unnecessary** 91:17,19 93:7,24 94:12

**unnumbered** 33:20

**unrelated** 28:19

**unstaffed** 70:2

**untruthful** 61:12

**upset** 84:17

**use-of-** 91:3

**use-of-force** 92:21 99:4

## V

**Vacancies** 14:1,10

**vacant** 64:17,23 65:1 71:1

**valid** 34:5

**Vantell** 104:17

**variety** 30:3 41:7

**vendors** 75:20,21

**verify** 63:25

**versus** 27:13 82:5

**vet** 66:11

**vet all** 65:6

**vetted** 65:8,13 66:15

**video** 96:17

**Vinnie** 104:17

**violation** 47:8

**violence** 8:13 44:3,18

**violent** 8:15 30:8 42:19 48:20 57:25 59:9 83:16

**virtually** 5:6

**visible** 61:1

**visit** 22:17 24:4

**visited** 24:7

**Vo-tech** 13:23

**VP** 11:2

## W

**W-A-L-L-S** 19:15

**waiting** 101:1,24

**walk** 22:17 57:9

**walked** 11:1 102:24 103:3

**Walls** 19:14,16

**Walton** 62:7 64:12 73:13 79:14, 15 95:2

**wanted** 13:20 14:2,6 21:10 31:18 32:7

**wanting** 67:16

**warden** 6:25 12:6 20:18 22:21,23 26:9 30:15,20 32:22,24 33:6 35:4 38:8 48:9 69:25 88:2 91:14 92:4 100:16 101:4,19,23 104:3 105:11 107:4

**wardens** 13:16

**Warren** 104:18,19

**Washburn** 7:1 20:18

**Wattwood** 104:17

**ways** 19:7 44:22 74:21 75:4,24 76:7,11,14,15

**weapon** 84:4,5 102:20 103:7,20 104:4,6,7 106:9,13

**weapons** 42:2 81:24

**weeds** 17:21

**week** 12:8,9 15:4,21 24:5,17 29:1 45:7,8,10,18 100:9,10

**weekend** 107:6

**weekly** 13:3,4,7,8,19 15:4 24:16

**weeks** 45:7,10 51:13

**Welborn** 5:9 13:5 23:10,12 28:10 34:22 35:19 37:16,25 38:16 43:19 44:6 46:12 54:24 55:21 59:13,19, 22 69:7 70:3,17 71:3,11 78:10 80:4 81:13 85:4 94:8 99:25 106:24 107:4

**white** 71:24

**wholeheartedly** 29:20

**wife** 67:9

**Wilson** 33:18

**window** 103:13

**word** 18:14 56:22 74:14

**words** 95:24

**work** 18:5 31:21 44:24 45:1,4,8, 11,14,17 46:6,10,19,20 47:5,7 48:14 49:15 50:5,10,11,13 51:16 66:5 67:9 72:25 73:2,5 93:10

**worked** 12:15 22:21,23 23:16,18 24:3 41:11 45:20 50:7 57:3 58:17 74:11 82:9

**working** 6:15 18:4 45:22 51:12 55:16 66:7 96:23

**world** 23:1 82:14

**worries** 59:5

**wow** 25:9 70:14

**write** 92:2

**written** 64:12 88:2

**wrong** 18:24 28:24 29:18 48:4 52:17 65:7

**wrote** 78:12 87:25

## Y

**year** 15:19 102:9

**years** 82:8

## Z

**Zoom** 5:6 99:22