
EXHIBIT
R. Washburn 8-23-21
1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **BOAZ PLEASANT-BEY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:19-cv-00486 |
| | ) | **Judge Trauger** |
| **STATE OF TENNESSEE, et al.** | ) | |
| | ) | **JURY DEMAND** |
| Defendants. | ) | |

## RE-NOTICE OF DEPOSITION PURSUANT TO RULE 30(B)(6) AND DOCUMENT REQUESTS PURSUANT TO RULE 34 TO DEFENDANT CORECIVIC

Please take notice that the Plaintiff, pursuant to Fed. R. Civ. P. 30(b)(6), will begin the deposition of the designee(s) of Defendant Corrections Corporation of America D/B/A CoreCivic ("CoreCivic") on **August 23rd** at **9:00 a.m. CST** by way of Zoom and continuing day to day until complete. Under Rule 30(b)(6), CoreCivic shall designate one or more employees, agents, or representatives to testify as to the matters set forth in **Attachment A**. The deposition shall be recorded by video and stenographic means.

Pursuant to Fed. R. Civ. P. 34, CoreCivic shall produce all documents identified in **Attachment B**, for the purposes of inspection and/or photocopying at least seven (7) days prior to the deposition.

Dated: August 18, 2021			Respectfully submitted,

			*/s/ Tricia Herzfeld*
			Tricia Herzfeld (BPR #26014)
			**Branstetter, Stranch & Jennings, PLLC**
			223 Rosa L. Parks Ave., Suite 200
			Nashville, TN 37203
			Ph: 615-254-8801
			Fax: 615-255-5419
			triciah@bsjfirm.com

			*Attorney for Plaintiff*

# ATTACHMENT A

## Definitions

1. "CoreCivic" means the Defendant Corrections Corporation of America D/B/A CoreCivic including all officials, employees, agents, departments, divisions, counsel, and any other entity or person affiliated therewith.

2. "Cost Savings" refers to the difference between (1) what CoreCivic would have spent on employees if a facility was staffed with the number of employees required by regulation or contract, versus (2) what it actually spent on guards as a result of reduced staffing.

3. "TDOC" refers to the Tennessee Department of Corrections.

4. "Trousdale" means the Turner Trousdale Correctional Facility operated by CoreCivic.

5. Unless otherwise stated, the applicable time period for the Noticed Topics below is from 2016 to the present.

## Noticed Topics

### A. Staffing

1. CoreCivic's staffing for all critical and noncritical posts at Trousdale, including but not limited to, the following:

    a. The staffing requirements set forth in any operations plan concerning Trousdale,

    b. CoreCivic's staffing rosters, the length of the shifts worked at Trousdale by employees, and the amount of overtime worked at Trousdale by CoreCivic employees,

    c. CoreCivic's policies, procedures, and practices concerning staffing at Trousdale.

    d. Any occasion during which the number of employees at Trousdale was below the amount required by pattern staffing guidelines or any government regulation or government contract; any investigation into staffing levels; any reports of noncompliance concerning staffing

from a government entity, and any resulting oversight, monitoring or auditing by a government agency; any critical positions that were left unstaffed; and the Tennessee Comptroller's Audit Report findings.

e. Written complaints or complaints received via CoreCivic's Ethics and Compliance hotline concerning staffing levels at Trousdale,

2. CoreCivic's documentation of staffing levels at Trousdale, including the accuracy of CoreCivic reporting concerning staffing at Trousdale, errors or discrepancies found in CoreCivic Trousdale staffing reporting.

3. All fines paid by CoreCivic in connection with Trousdale or any other institution managed in whole or in part by CoreCivic, the basis for said fines and the identity and contents of any documents generated in connection with said fines.

4. All actions taken or discussions held by the CoreCivic board of directors to address staffing issues at Trousdale or concerning staffing issues at CoreCivic institutions more broadly.

5. All actions taken or discussions held by CoreCivic management to address staffing issues at Trousdale or concerning staffing issues at CoreCivic institutions more broadly.

6. CoreCivic's budget for Trousdale and any Cost Savings that CoreCivic derived from staffing levels at Trousdale.

7. All deficiencies or findings identified at Trousdale in any report issued by the office of the Tennessee Comptroller, and all actions taken by CoreCivic in connection with those deficiencies or findings.

8. CoreCivic's policies, procedures, and practices concerning its informal and formal grievance process.

**B. <u>Violence</u>**

9. CoreCivic's knowledge of and response to incidents of violence, as well as activity leading to or related to violence, at Trousdale and CoreCivic's response to such incidents or activity. This Topic includes the following incidents: homicide, suicide, contraband in the form of weapons or illegal drugs, gang-related activity, sexual assault, inmate-on-inmate assault; inmate-on-guard assault; threats made against inmates; extortion, and lockdowns.

10. CoreCivic's policies, procedures, and practices concerning handling reporting of violent incidents and the training and supervision of CoreCivic personnel with respect to prevention of and response to violence.

11. All reports or statements or other documents, including all documents generated by investigators, whether or not employed by CoreCivic, in connection any violent incident (including any homicide, suicide, contraband in the form of weapons or illegal drugs, gang-related activity, sexual assault, inmate-on-inmate assault; inmate-on-guard assault; threats made against inmates; extortion, and/or lockdown) committed or alleged to have been committed at Trousdale.

12. CoreCivic's documentation and/or reporting of violent incidents, as well as activity leading to or related to violence, at Trousdale, including CoreCivic's policies, procedures, and practices concerning reporting, the accuracy of CoreCivic reporting concerning violence at Trousdale; errors, discrepancies, or misrepresentations found in CoreCivic Trousdale reporting of violence; investigations into CoreCivic's documentation and/or reporting of violence; and reports of violence made to CoreCivic's Ethics and Compliance hotline.

**C. <u>Religious Accommodations</u>**

13. CoreCivic's receipt of and responses to grievances concerning religious accommodation and violence.

14. CoreCivic's policies, practices, and procedures concerning religious accommodation at Trousdale and/or in all other institutions operated, in whole or in part, by CoreCivic and any instances in which CoreCivic has been found to have violated its own policies, practices, and procedures concerning religious accommodation.

15. All donations or offers to donate from religious organizations that have been accepted or rejected by CoreCivic at Trousdale.

16. All religious programming that has existed at Trousdale related to the Muslim or Christian faith.

17. The scope of CoreCivic's religious accommodations at Trousdale for Muslim inmates during Ramadan, Id Ul Fitr, and Id Ul Adha feasts and all accommodations at Trousdale for Christian inmates during Christmas or Easter.

18. CoreCivic's rationale for refusing to permit Trousdale inmates from purchasing Halal prayer oil from an Islamic vendor and preventing Trousdale inmates from purchasing, wearing, and/or owning Khufain prayer socks, Kifiya, and Agal.

## ATTACHMENT B

All documents deponent has consulted, reviewed, or plans to consult in preparation for his or her deposition and has relied upon or will rely upon for testimony on the above deposition topics.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 18, 2021 a true and correct copy of the foregoing document was served by way of electronic mail upon the following:

Thomas J. Aumann
Nikki N. Hashemian
Tennessee Attorney General's Office
P O Box 20207
Nashville, TN 37202-0207
(615) 532-2551
Fax: (615) 532-2541
Email: thomas.aumann@ag.tn.gov
Email: nikki.hashemian@ag.tn.gov

Erin Palmer Polly
Joseph F. Welborn, III
K&L Gates LLP (Nashville)
222 Second Avenue South
Suite 1700
Nashville, TN 37201
(615) 780-6733
Fax: (615) 780-6799
Email: Erin.Polly@klgates.com
Email: Joe.Welborn@butlersnow.com


Terrence M. McKelvey
Butler Snow LLP (Nashville)
The Pinnacle at Symphony Place
150 Third Avenue South
Suite 1600
Nashville, TN 37201
(615) 651-6700
Email: terrence.mckelvey@butlersnow.com

                                                              */s/ Tricia Herzfeld*
                                                              Tricia Herzfeld

8

Case 3:22-cv-00093   Document 33-6   Filed 05/04/22   Page 8 of 8 PageID #: 1096