

TROUSDALE TURNER CORRECTIONAL CENTER

# M E M O R A N D U M              #18-043

**TO:** ALL Inmate Population

**FROM:** Russell Washburn, Warden

**DATE:** April 12, 2018

**SUBJECT:** UNION SUPPLY CATALOG

The following is a list of items not allowed at TTCC as designated through TDOC of our in-house policy:

- Page 5     Item # 1055013     Shower Sandal
- Page 5     Item # 1055009     Shower Slippers
- Page 6     All Insoles
- Page 14     Item # 5040001     Wristband
- Page 15     Item # 2506005     Handkerchief
- Page 19     Item # 4001123     Clear Tunes Antenna
- Page 24     Item # 7520063     Wide Tooth Comb
- Page 24     Item # 7520083     9" Comb
- Page 24     Item # 7505004     Vented Brush
- Page 24     Item # 7099025     Body Puff
- Page 24     Item # 7515110     Toe Nail Clipper (No File)
- Page 26     Item # 6070070     Abalone Shell
- Page 26     Item # 6070169     Turkey Feather
- Page 26     Item # 6070126     Drum Kit
- Page 27     Item # 6070039     Modern Tallit w/Matching Kipa, Tallit Bag
- Page 28     Item # 6070210     Brass Cauldron 3'

Nothing from the Women's section pages 29-33. Allowable items on page 33 are as follows:

- Page 33     Item # 7520205     Jumbo Ouchless Ponytail Holders
- Page 33     Item # 7520201     Ouchless Ponytail Holder
- Page 33     Item # 7520067     Super Stretch Rubber Band

The following items cannot be ordered, although you may check them out of the library:

- Page 27     Item # 6599942     Torah
- Page 27     Item # 6599938     The Prose Edda-The Tale from Norse Mythology
- Page 27     Item # 6599943     Bhagavad Gita
- Page 27     Item # 6599939     The Poetic Edda-The Mythological Poems
- Page 28     Item # 6070010     The Qur'an Translation

CC: TDOC

140 Macon Way · Hartsville, TN 37074     Phone (615) 808-0400 · Fax (615) 808-0499     www.corecivic.com

**EXHIBIT**
Shonebarger 5-6-21
**2**



# MEMO

To: Institutional Wardens, Chaplains, and Food Services Supervisors
From: Ed Welch, Assistant Commissioner of Rehabilitative Services
Date: 01 March 2019
Re: Ramadan 2019 Guidelines

---

The observance of Ramadan 2019 should begin at sunset on Monday, 06 May and should end at sunset on Monday, 03 June. An institutionally-provided Eid Al-Fitr meal should be served after sunset 04 June 2019.

Approved Ramadan participants will be served a pre-dawn sack breakfast tray daily beginning 06 May and a post-sunset dinner meal daily, concluding at sunset on 03 June 2019.

For the observance of Ramadan and the Eid Al-Fitr feast, the following guidelines will apply:

1. Only individuals that are designated in TOMIS as "Islamic," "Mohammedan," "Black Muslim," "Muslim-Nation of Islam," "Muslim-Sunni," or "Muslim-not NOI or Sunni" will be approved to participate in Ramadan. Any individuals that are classified into TDOC and designated accordingly in TOMIS after the beginning of Ramadan need only to fast from the date they are classified into TDOC in order to participate in Ramadan.

2. All food items will be prepared through Food Services supervisors/ Food Services vendors at each institution. No outside food items will be allowed from certified volunteers.

3. In order to secure sufficient quantities of menu items through Food Services, the deadline to sign-up and to notify the Chaplain's office of the desire to participate in Ramadan is Friday, 15 March 2019. Feast food items are to be eaten at the feast and may not be taken back to any housing unit.

4. Individuals housed in segregation units and/or under maximum security supervision should receive their meals and feast items individually in their assigned cells. No one is to be denied religious meals or feast items due to disciplinary write-ups.

The goal of these guidelines is to balance the religious rights of the incarcerated with the safety and security of each institution.

Cc: Assistant Commissioner, Bobby Straughter
Assistant Commissioner, Lee Dotson
Correctional Administrators
Director of Food Services
Legal Department

---

• Sixth Floor Rachel Jackson Building • 320 Sixth Avenue North • Nashville, TN 37243
• Tel: 615-253-8144 • Fax: 615-532-8281 • tn.gov/correction



# MEMO

| | |
|---|---|
| To: | Institutional Wardens, Chaplains, and Food Services Supervisors |
| From: | Ed Welch, Assistant Commissioner of Rehabilitation Services |
| | Bobby Straughter, Assistant Commissioner of Operational Support |
| Date: | 19 March 2018 |
| Re: | Ramadan 2018 Guidelines |

The observance of Ramadan 2018 begins at sunset on Wednesday, 16 May and ends at sunset on Thursday, 14 June. An institutionally-provided Eid Al-Fitr meal should be served at sunset on 15 June or at sunset within three days of 15 June 2018. The chaplains shall be responsible for coordinating Ramadan to ensure all guidelines are properly followed.

Approved Ramadan participants will be served a pre-dawn sack breakfast tray daily beginning Thursday, 17 May and a post-sunset dinner meal daily, concluding at sunset on Friday, 15 June.

For the observance of Ramadan and the Eid Al-Fitr feast, the following guidelines will apply:

1. Only offenders that are designated in TOMIS as "Islamic," "Mohammedan," "Black Muslim," "Muslim-Nation of Islam," "Muslim-Sunni," or "Muslim-not NOI or Sunni" will be approved to participate in Ramadan. Offenders that are classified into TDOC and designated accordingly in TOMIS after the beginning of Ramadan need only to fast from the date they are classified into TDOC in order to participate in Ramadan.

2. All food items will be prepared through the Food Services vendors (e.g. Aramark/Trinity) at each institution. No outside food items will be allowed from certified volunteers.

3. In order to secure sufficient quantities of menu items through Food Services, the deadline to sign-up and to notify the Chaplain's office of the desire to participate in Ramadan is Friday, 27 April 2018. Food items are to be eaten at the feast and may not be taken back to any housing unit.

4. Offenders in segregation units and/or under maximum security supervision should receive their meals and feast items individually in their assigned cells. Offenders should not be denied religious meals or feast items due to disciplinary write-ups.

The goal of these guidelines is to balance offenders' religious rights with safety and security at each institution.

Cc: Correctional Administrators
Associate Wardens
Director of Food Services
Legal Department

• Sixth Floor Rachel Jackson Building • 320 Sixth Avenue North • Nashville, TN 37243
• Tel: 615-253-8144 • Fax: 615-532-8281 • tn.gov/correction



# MEMO

| | |
|---|---|
| To: | Institutional Wardens, Chaplains, and Food Services Supervisors |
| From: | Vicki Freeman, Acting Assistant Commissioner of Rehabilitative Services |
| Date: | March 19, 2020 |
| Re: | **Ramadan 2019 Guidelines** |

The observance of Ramadan 2020 should begin at sunset on Thursday, April 23, 2020 and should end at sunset on Saturday, May 23, 2020. An institutionally provided Eid Al-Fitr meal shall be served after sunset May 24, 2020.

Approved Ramadan participants will be served a pre-down sack breakfast tray daily beginning Thursday, April 23, 2020 and a post-sunset dinner meal daily, concluding at sunset on May 24, 2020.

For the observance of Ramadan and the Eid Al-Fitr feast, the following guidelines will apply:

1. Only individuals that are designated in TOMIS as "Islamic", "Mohammedan", "Black Muslim", "Muslim-Nation of Islam", "Muslim-Sunni", or "Muslim-not NOI or Sunni" will be approved to participate in Ramadan. Any individuals that are classified into TDOC and designated accordingly in TOMIS after the beginning of Ramadan need only to fast from the date they are classified into TDOC in order to participate in Ramadan.

2. All food items will be prepared through Food Services supervisors/Food Service vendors at each institution. No outside food items will be allowed from certified volunteers.

3. In order to secure sufficient quantities of menu items through Food Services, the deadline to sign-up and notify the Chaplain's office of the desire to participate in the Ramadan is Tuesday, March 31, 2020.

4. The General Population Eid Al-Fitr meal provided by the institution may not be taken back to any housing unit.

5. Individuals housed in segregation units and/or under maximum security supervision should receive their meals individually in their assigned cells. No one is to be denied religious meals due to disciplinary write-ups.

The goal of these guidelines is to balance the religious rights of individuals with the safety and security at each institution.

Thank you!

Cc: Assistant Commissioner, Bobby Straughter
Assistant Commissioner, Lee Dotson
Correctional Administrators
Director of Food Services
Legal Department

Department of Correction • Fifth Floor Rachel Jackson Building • 320 Sixth Avenue North • Nashville, TN 37243 • Tel: 615-253-8196 • Fax: 615-741-1055 • tn.gov/correction



1) Ramadan is scheduled to begin at sunset **Wednesday, May 16, 2018** and ends at sunset on **Thursday, June 14, 2018**.
2) Requests to observe the Ramadan fast must be <u>received</u>, in writing to the Chaplain, by **Friday, April 27th**.
3) <u>**It is the inmate's responsibility to insure they are on the Ramadan list before April 27th.**</u> There are no "automatic" signups by the Chaplain for Islamic inmates. New Islamic inmate arrivals into the facility may be added to the list upon their written request.
4) Inmates whose religious preference listed in TOMIS in one of the **six TDOC Islamic religions**, and chooses to participate in the fast (dawn to sunset), may participate. Other religious groups will not participate or observe.
5) A **"Hot Pink" Religious Pass** will be made by the Chaplain's office for participants and must be presented to Unit Corrections Officers and Food Service Staff, to participate. Passes will be <u>distributed in the Chapel</u> during scheduled program times, beginning April 30th. **It is the inmate's responsibility to receive his own pass**. Segregation inmates will be given their pass, to be used <u>**if released,**</u> during Ramadan.
6) Ramadan participants will awaken at approximately **3:00 am** by the Pod Officer and will be allowed to shower and dress. They will assemble in their POD, **with their pass**, and then move to the Chow Hall at **3:45 am** where they will be put on out count and given a sack breakfast. They will be released back to their housing units after communal prayer, when morning count has cleared.
7) There will be no mid-day meeting except regularly scheduled religious programs. (NOI & Sunni).
8) At **7:45 pm**, Ramadan participants, **with a pass**, will be released to the chow hall for the evening gathering.
9) At **8:40 pm**, all Ramadan participants will return to their housing units.
10) Inmates who are participating in the fast shall not enter the Chow Hall for lunch or receive a tray during remote feeding. Anyone seen by staff breaking the fast during the day or receiving a lunch tray will be removed from the Ramadan 2018 list.
11) The Eid al-Fitr will be observed on **Friday, June 15, 2018**, noon meal. Segregation inmates will receive a tray.
12) Ramadan participants will be called to the Main Chapel for Morning Prayer at the morning program movement (8:00am).
13) A list of participants will be provided by the Chaplain's Office and will be updated daily by email.

**Warden's Approved MEMO on file in the Chaplain's Office**

EXHIBIT
Shonebarger 5-6-21
4

<u>Affidavit</u>

I, <u>Boaz Pleasant-Bey # 473110</u>, affirm and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 under the laws of the United States of America that the following is true and correct:

1.) I am a Muslim who was housed at Trousdale Turner Correctional Center [T.T.C.C.] for the Ramaḍān Fast of 2018, the Id Ul Fitr and Id Ul Adha Feasts of 2018. In Islām, eating is an act of worship after the Bismillah [Name of Allāh] is said over the food. During the holy month of Ramaḍān I believe in eating the foods that were eaten by Prophet Muḥammad, his Companions the 4 Rightly Guided Khaliphs, and the 3rd Generation of Muslims that were upon Guidance from Allāh. Those two feasts are believed by Muslims to be an act of worship and of following the Sunnah of Prophet Muḥammad. صلى الله عليه و السلم There were no traditional Ḥalal Foods served during the Ramaḍān Fast of 2018. Prophet Muḥammad صلى الله عليه و السلم ate dates, drank whole milk, ate honey, Ḥalal meats [Lamb, Chicken, Beef, and Fish] with vegetables and natural fruits [not processed foods] both before and after he fasted every day during the Holy Month of Ramaḍān, and none of this was served to any of the Muslims who fasted during the Holy Month of Ramaḍān of 2018 and 2019,.

2.) TDOC, Commissioner Tony Parker, The Director of Religious Services Rev. B. Darnell, Core Civic America, Russell Washburn and Chaplain Jon Shonebarger all totally banned traditional Ḥalal Foods from entering T.T.C.C. for the Id Ul Fitr and Id Ul Adha Feasts of 2018. They would not allow any of those foods to be donated by any Masjids, Islamic Centers, or Ḥalal Vendors in America. They allow Men of Valor and Kiros to donate food and religious items to Christian inmates every year. Both the Id Ul Fitr and Id Ul Adha Ṣalah, Khutbah and Feasts were all denied for the year 2018 with no reason as though they were privileges, not rights.

3.) In place of the feasts of Id Ul Fitr and Id Ul Adha of 2018, I was fed non-traditional Ḥarām hot dogs that was made of meat not slaughtered In the Name of Allāh and not in accordance with Qur'ānic tenants. I am forbidden to eat this according to Qur'ān 5:3. I spoke to Chaplain Shonebarger requesting to have traditional Ḥalal Foods at the Id Ul Fitr and Id Ul Adha Feast of 2018 and 2019, and he said: "I spoke to the legal counsel for Core Civic America, and they said absent a Court Order demanding that we have to give you traditional Ḥalal Foods at the Id Ul Fitr and Id Ul Adha Feast, we're not going to give it to you because it's not important to the Courts." Currently, we are scheduled to have the Id Ul Fitr and Id Ul Adha Feasts without traditional Ḥalal Foods, and Ḥarām meats not slaughtered in the Name of Allāh are scheduled to be served there for 2019 as they were served for 2018. For the Id Ul Fitr and Id Ul Adha Feasts of 2018

4.) I believe in following the Sunnah of Prophet Muḥammad صلى الله عليه و السلم who wore Khufain socks during Ṣalah. I believe that my religious exercise is substantially burdened by not being able to wear the Khufain during Ṣalah because Khufain are a part of the Sunnah [Way; Example] of Prophet Muḥammad صلى الله عليه و السلم. I have been prohibited from being able to wear Khufain socks during Ṣalah. Before wearing the Khufain , the person who makes Ṣalah whipes his feet

during Wuḍu [Ablution] and he puts on Khufain. He wears Khufain even when he breaks Wuḍu by using the bathroom or breaking wind. However, before every Ṣalah, Wuḍu must be performed again. However, when wearing Khufain, he only needs to whipe over his Khufain one time with water when making ablution as long as he has whipped his bare feet within 24 hours of putting on the Khufain. Thus, the Prophet wore Khufain in and out of Ṣalah.

5.) In Islām, marriage is an act of worship. Prophet Muḥammad صلى الله عليه و السلم said that: "Marriage is half your Deen [Religion; Way of Life]." He صلى الله عليه و السلم also said: "There is no celibacy in Islām." In fact, marriage is considered to be one of the most sacred forms of 'Ibadah [Worship] in Islām. I accordance with that, I believe that marriage is half of my Deen [Religion, Way of Life] despite my incarceration. I believe that having conjugal relations with his wife is an act of worship as well, a right in my faith for both me and my wife. Denying conjugal relations with my wife places a substantial burden upon my religious exercise.

6.) I have been married to Dianne Mbeo Pleasant-Bey for over 12 years now and my incarceration has placed great oppression upon my marriage, causing me and my wife to be separated because we cannot have conjugal relations to sustain our marriage. In Islam, being sexually intimate and physically intimate with my wife is an act of worship and a right of ours. My inability to perform these essential acts deprives me and my wife of our marital rights. My wife told me that she will come where ever I am in the world to be with me because she loves me just that much, but the fact that I am incarcerated and she cannot be sexually, and physically intimate with me as part of our marital worship in Islām places too much pressure upon her while she is free and I am incarcerated. Without conjugal relations, I am unable to sustain my marriage in Islām as it is required.

7.) Islamic traditions of Prayer Oil have been practiced for over 1,400 years by Muslims around the world. Muslims have a tradition of making their own prayer oil, packaging it, selling it to Muslims and non-Muslims alike. Muslims do not purchase Prayer Oil from non-Muslims. Nor do they purchase Prayer Oil from Christians Companies or other religions. It substantially burdens my religious exercise if I have to purchase prayer oil from Christian or nonislamic companies.

8.) TDOC, Commissioner Tony Parker, Rev. B. Darnell, C.C.A., Warden Russell Washburn, and Chaplain Jon Sonebarger have all placed a substantial burden upon the Plaintiff's religious exercise by totally banning Islamic attire worn in Ṣalah designed to cover the arms and other body parts that are created from materials that are in accordance with Islamic requirements for dress while in Ṣalah. Dressing in full Islamic attire while praying allows me to receive the blessings from Allāh for being properly dressed in Ṣalah. Without proper dress and Islamic attire in my Ṣalah, I do not receive the blessings I would receive from Allāh had I been dressed according to the Sunnah. This substantial burden extends to them denying me my request for purchasing a Kifiya [Towel-like Head-dress] and Agal [Designed to hold it in place] which was also worn by Prophet Muḥammad صلى الله عليه و السلم as well. The kifiya is a traditional headdress designed to give me my Islamic identity which distinguishes me from other religious people. Wearing the Kifiya is part of the Sunnah of Prophet Muḥammad صلى الله عليه و السلم, and none of

the Defendants have provided any reason for denying me such religious exercise and traditional clothing and is part of the Sunnah that I believe in following. It substantially burdens my religious exercise by depriving me of Islamic attire that defines my Islamic identity.

9.) I submitted a religious accommodations request form to Chaplain Jon Shonebarger for him to send to the religious activities committee in the middle of 2018 for an approval of the Qur'anic Arabic Studies Group, and to equally have a pod for Muslims as T.T.C.C. has for the Christians have in W-Unit through Men of Valor [A Christian Organization]. I designed a program to help the Muslims to be able to rehabilitate themselves using Islamic teachings and Islamic college correspondence courses. Over 10 months have passed with no response from the religious activities committee in Nashville where the Rev. B. Darnell is the Religious Director. I asked Chaplain Shonebarger about the status of the submissions in Janurary of 2019 and he told me that he did not receive any emails concerning it, but it was probably denied. I asked Chaplain Simic the same question, and he told me that the Qur'anic Arabic Class was denied. T.T.C.C. has a Hebrew Greek Bible Study Group for Christians, but my requests for a Qur'anic Arabic Studies Group was denied by the Defendants in this case. Every time I make an effort to practice my religion through requests, they are always denied. Chaplain Shonebarger told me that he recommended that I do not be allowed to have a separate class for the Qur'anic Arabic Studies Group as the Christians have for the Hebrew/Greek Bible Study Group. He said that I should bunch the Arabic Class in with the Taleem Service, but the Taleem Service teaches Ṣalah and other aspects of the Deen of Al Islām. Hardships are always placed on Islamic requests that I make, but Christian requests are always granted and given space to accommodate their beliefs in separate classes.

_____
Declarant/Affiant

Boaz Pleasant-Bey #473110

T.T.C.C.

140 Macon Way

Hartsville, Tenn. 37074

Date: 5/30/19



June 29, 2017

Edwin Lee Steakley, Jr. #312255
TTCC
140 Mason Way
Hartsville TN 37074

Dear Mr. Steakley, Jr.

We received your group accommodation request, however, you need to submit this request to the Chaplain and Warden for their recommendations per policy. The Chaplain will submit to us. Thank you and if you have any further questions, feel free to contact our office.

Sincerely,

Deborah Thompson
Director of Religious, Volunteer & Victim Services

Cc: TP-17-294
Chaplain Jon Shonebarger
√ Warden Russell Washburn

Department of Correction • 6th Floor Rachel Jackson Building • 320 Sixth Avenue North • Nashville, TN 37243 • Tel: 615-253-8261 • Fax: 615-741-1055 • tn.gov/Correction




**Correction**

June 29, 2017

Edwin Lee Steakley, Jr. #312255
TTCC
140 Mason Way
Hartsville TN 37074

Dear Mr. Steakley, Jr.

We received your group accommodation request, however, you need to submit this request to the Chaplain and Warden for their recommendations per policy. The Chaplain will submit to us. Thank you and if you have any further questions, feel free to contact our office.

Sincerely,

Deborah Thompson
Director of Religious, Volunteer & Victim Services

Cc: TP-17-294
Chaplain Jon Shonebarger
Warden Russell Washburn

Department of Correction • 6th Floor Rachel Jackson Building • 320 Sixth Avenue North • Nashville, TN 37243 • Tel: 615-253-8261 • Fax: 615-741-1055 • tn.gov/Correction

# Shonebarger Jr, Jon

| | |
|---|---|
| **From:** | Shonebarger Jr, Jon |
| **Sent:** | Tuesday, November 28, 2017 12:48 PM |
| **To:** | 'Christopher Brun'; Washburn, Russell; Pittman, Yolanda |
| **Cc:** | 'Deborah D. Thompson' |
| **Subject:** | RE: Chris Brun Inquiry |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Chris,

I have reviewed the attachments from inmate Steakley. There was an approval from TDOC on a "Group Accommodation". However, there is no group (any other inmates) seeking to have an organized program. Inmate Steakley is alone. We will respect his faith and assist in his independent worship and faith practice. His faith is not being denied. In addition, we have acquired donated books for his, and other inmates spiritual studies.

Be aware that when I spoke to Director Thompson about the lack of a group of inmates, she directed me to NOT QUERY the TTCC population for interested inmates. She stated that is each inmate's personal responsibility. Be aware I was out on 6 weeks FMLA, but Chaplain Simic did not receive any request from any other Jewish inmate. It is apparent to me that inmate Steakley is pressing to merge other faith groups in hopes of gaining time and space in the Chapel for whoever shows up. This is not acceptable.

Please advise if you need additional information.

Chaplain Shonebarger

**From:** Christopher Brun [mailto:Christopher.Brun@tn.gov]
**Sent:** Tuesday, November 28, 2017 12:12 PM
**To:** Washburn, Russell <Russell.Washburn@corecivic.com>; Pittman, Yolanda <Yolanda.Pittman@corecivic.com>; Shonebarger Jr, Jon <Jon.ShonebargerJr@corecivic.com>
**Subject:** FW: Attached Image

*** This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. ***

Attached is documentation along with a grievance inmate Steakley gave me in f unit today. He keeps copies of Director Thompsons letter on him at all times and he will probably attempt to stop any of our visitors tomorrow as well with his ongoing religious issues. I want as all to be on the same page with his issue.

 Correction

CHRIS BRUN
TDOC LIAISON TROUSDALE TURNER CORRECTIONAL CENTER

1



Monday, December 11, 2017

Dear Mr. Edwin Steakley (312255),

We are responding to your inquiry with Tennessee Department of Correction concerning a kosher diet and the Religious Group Accommodations Request for the Jewish Faith Group.

As Trousdale Turner Correctional Center administration has previously advised you, CoreCivic TDOC prisons are not regulated by TDOC policy 116.08 and do not provide kosher diets. Any inmate may request an "Alternative" diet if they do not want to consume a "Regular" diet. In addition, the Religious Services Department does not prescribe diets based on medical needs. You must consult with our Medical Department for health concerns.

In addition, the Religious Activities Committee Reply #17-011 for your **Group** Accommodations Request (CR-3735), was approved on August 8, 2017. However, as previously conveyed to you, you are the only inmate seeking to participate in group activities. There is no "group" here at Trousdale Turner Correctional Center. It is the responsibility of every inmate to communicate with the Chaplaincy Department on matters of their faith and practice. There has been no interest by the Jewish inmate population to start group religious programs. As a result, we will continue to assist you in your personal faith and practice until a group can be formed. Finally, TDOC recognizes 90 different religions; not all of those religions have formed into groups.

The religious rights of every inmate continues to be our commitment. Please come to the Chaplain's Office to further discuss your questions of faith and practice.

Sincerely,

Chaplain Jon Shonebarger
CoreCivic/TTCC

# Shonebarger Jr, Jon

| | |
|---|---|
| **From:** | Patricia Aldridge <Patricia.Aldridge@tn.gov> |
| **Sent:** | Tuesday, December 12, 2017 6:24 AM |
| **To:** | Shonebarger Jr, Jon |
| **Subject:** | Edwin Steakley #312255 response letter approved |
| **Attachments:** | Edwin Steakley #312255 response letter approved.docx |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. \*\*\*

Good morning,

The attached response letter has been approved. I have removed my name from the response. Please forward a copy of the attached response letter to the inmate. Thank you for your response.

1



Better the public good.

## MEMORANDUM

TO: Warden Russell Washburn
FM: Chaplain Jon Shonebarger; Chaplain Tom Simic
THRU: AWT Yolanda Pittman
RE: Tennessee Department of Correction Group Religious Accommodations Request (CR-3735),
    Nation of Islam

Wednesday, September 13, 2017

**The attached CR-3735 is submitted for your action.**

The Nation of Islam faith group is requesting three accommodations in their faith practice here at Trousdale-Turner Correctional Center that we need to address, then submit to the Religious Activities Committee at TDOC. Items **7a. and 7c.** are already being observed and in place here at TTCC (see attachment). I recommend we approve those; they are in compliance with their faith tenets.

**Item 7b.** requests the group be authorized to receive and purchase DVDs, CDs and text from *"Final Call,"* the official media arm of the Nation of Islam. Our issue as a facility is that inmates are prohibited from purchasing *"Video cassette tapes, microcassettes, compact discs (CDs) and DVDs..."* (TDOC 507.02. VI.E).
The policy is attached.

In addition, CoreCivic facilities have had difficulties with *Final Call* publications. Materials, both printed and electronic, often contain language that incites violence based on race, religion, sex, creed or nationality. This is forbidden (TDOC 507.02.C.3.). As a facility, RLUIPA states we would have a compelling governmental reason to deny media for institutional safety and security.

To answer **7b.** I recommend we submit this reply to the TDOC/RAC: <u>Approval, with modifications</u>. *"The Nation of Islam faith group may request religious program materials, in writing, to the Religious Services Department at Trousdale-Turner Correctional Center. Upon review and approval, procurement of group faith material will be acquired from vendors at the discretion of the facility. The Assistant Warden of Treatment approves all purchases. Inmates are prohibited by TDOC policy 507.02.VI.E. to purchase electronic media themselves."*

AWT and Warden agreement/approval of my recommendations only requires your signature on this MEMO; I will submit our reply to TDOC/RAC. If you do not concur, please advise. Possibly a meeting is in order. --JS

<u>Affidavit</u>

I, <u>Aaron Williams</u>, do hereby affirm under the penalty of perjury under the laws of the United States of America that the following is true and correct to the best of my knowledge and understanding:

1.) I am a Sunni Muslim who has been housed at Trousdale Turner Correctional Center since 2016.
2.) I have been a Chaplains' Aide since 2016 through December 2019.
3.) I have worked with several Chaplains here at TTCC since I have been housed here including Chaplain Jon Shonebarger.
4.) One of my co-workers who worked for the Chaplains' office was an inmate Edwin Steakley #312255 (Chaplains' Aide), a Jewish inmate. Mr. Steakley was a Chaplains' aide for the TTCC Chaplains' office in 2017.
5.) I have witnessed Mr. Shonebarger bang his hand on his chest and strike his hand in the air like a Hitler strike several times yelling, "Brother! Brother! Brother!"
6.) Mr. Shonebarger would do this Hitler Strike at religious services while giving sermons.
7.) Mr. Steakley filed a grievance against Mr. Shonebarger for his Hitler Strikes arguing that it was racially offensive. Mr. Steakley then filed a lawsuit against him for it.
8.) Since the lawsuit was filed against Mr. Shonebarger, he simply bangs his hand on his chest in religious services while giving religious sermons leaving out the strike while he yells: "Brother! Brother! Brother! Brother!" It looks like it's the same Hitler Strike without the actual "Strike"!
9.) As it relates to the Islamic Community here at TTCC. I have been the Secretary for the Islamic Community, and I am an Inmate Muslim Coordinator for the International Open University. I have been submitting religious requests to Mr. Shonebarger for years, and every time I have submitted a religious request (i.e. request for religious meals [traditional Halal Foods] for our Islamic Feasts, requests to have outside sponsors enter the prison [before COVID-19], requests for Islamic donors to deliver Islamic materials [Quran's, Books, CD's, brochures, and prayer rugs, Kufis, etc.]) to him, he would either deny the request, or postpone it indefinitely and I would never receive a response from him for any request.
10.) There are several Islamic sponsors who would accompany me at every prison I am transferred to who would ["mysteriously"] never be able to come [to TTCC at anytime] when Mr. Shonebarger called them to schedule time for them to come to TTCC for the Islamic Community to give speeches.
11.) Mr. Shonebarger would type Memorandums about Islam, send them to Warden Rusty ("Russell") Washburn who would sign off and approve them, no matter how religiously bias those Memorandums were.
12.) There was one Memorandum drafted by Mr. Shonebarger submitted to Mr. Washburn for approval that banned every religious book except the Holy Bible from being ordered from Union Supply [the approved vendor for TTCC inmates], and banned religious items [i.e. miswak (Islamic tooth stick)]. There was no reason for the Memorandum's request.
13.) Another Memorandum drafted by Mr. Shonebarger submitted to Mr. Washburn for approval feminized Islamic religious passes as being "Hot Pink" passes with quotation marks around the words "Hot Pink" emphasizing it's degradation for the Islamic Community to understand what was being implied by those words. He also has insidious ways to sneak around his degradation by placing quotation marks around other words on the paper, but it's clear what he is implying and intending by drafting those documents.

As of Aug. 2020 the Chaplain Shonebarger did approve more than several Religious Request letters done by myself and endorsed with his signature and Business Card. After the suit had been filed even though I offered the same service when I was his inmate Aide.

Aaron Williams #373133

Date: 12-8-2020