UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BOAZ PLEASANT-BEY,           )
                                     )
                    Plaintiff,  )
    vs.                       )No. 3:19-CV-00486
                                     )
STATE OF TENNESSEE, et al.,    )
                                     )
                    Defendants. )
_____)

**DEPOSITION OF MARTIN LEE FRINK**,

Taken on Behalf of the Plaintiff, 1:00 p.m.,
Tuesday, November 16, 2021, via Zoom, before:

**BRIGGS & ASSOCIATES**
**222 Second Avenue North, Suite 340M**
**Nashville, Tennessee 37201**
**(615) 482-0037**
**MARTA G. HARRA**
*Licensed Court Reporter # 468*
*Certified Court Reporter #0317*

**APPEARANCES**

For the Plaintiff:
      **BRANSTETTER, STRANCH & JENNINGS, PLLC**
      *Tricia Herzfeld and Matthew Jacobs*
      223 Rosa L. Parks Avenue, Suite 200
      Nashville, Tennessee 37203
      triciah@bsjfirm.com

For the Defendant State of Tennessee:
      **OFFICE OF STATE ATTORNEY GENERAL**
      **CIVIL JUSTICE SECTION**
      *Nikki N. Hashemian*
      315 Deaderick Street, 20th Floor
      Nashville, Tennessee 37243
      nikki.hashemian@ag.tn.gov

## APPEARANCES CONTINUED:

For the Defendant CoreCivic:
**K&L GATES, LLP**
*Joseph F. Welborn, III*
222 Second Avenue South, Suite 1700
Nashville, Tennessee 37201
Joe.Welborn@butlersnow.com


## I N D E X

**MARTIN LEE FRINK**                                    **PAGE**

    Direct Examination by Ms. Herzfeld          4

# S T I P U L A T I O N S

1

2

3

4       The deposition of **MARTIN LEE FRINK**, taken on

5      behalf of the Plaintiff on Tuesday, November 16,

6      2021, in the **via Zoom**, for all purposes under the

7      Tennessee Rules of Civil Procedure.

8      The formalities as to notice, caption,

9      certificate, et cetera, are waived.  All

10     objections, except as to the form of the questions,

11     are reserved to the hearing.

12     It is agreed that ***MARTA G. HARRA***, being a

13     Licensed Court Reporter and Certified Court

14     Reporter for the State of Tennessee, may swear the

15     witness, and that the reading and signing of the

16     completed deposition by the witness are waived.

17

18

19

20

21

22

23

24

25

Marta G. Harra, LCR, CCR  (931) 626-4952

<u>**MARTIN LEE FRINK,**</u>

1   was called as a witness, and after having been

2   first duly sworn, testified as follows:

3   <u>**DIRECT EXAMINATION BY MS. HERZFELD:**</u>

4   Q.  Okay.  Mr. Fink -- is it Frink, F-R-I-N-K?

6   **A.  Frink, F-R-I-N-K.**

7   Q.  Great.  My name is Tricia Herzfeld and I represent

8   the plaintiff, Mr. Pleasant-Bey, in this case.

9       How are you doing this afternoon?

10  **A.  I'm well, thank you.**

11  Q.  Good.

12      And where are you currently located?

13  **A.  I am in Trousdale Turner Correctional Center**

14  **outside of Hartsville, Tennessee.**

15  Q.  Okay.  And what is your full name?

16  **A.  Martin Lee Frink, F-R-I-N-K.**

17  Q.  Okay.  And what's your date of birth?

18  **A.  11/11/1964.**

19  Q.  Okay.  And what is your job title at Trousdale

20  Turner?

21  **A.  Warden.**

22  Q.  Okay.  And how long have you been in that position?

23  **A.  At this facility or as a warden?**

24  Q.  At that facility.

25  **A.  Since July.**

1  Q.  July of 2021?

2  **A.  That's correct.**

3  Q.  Okay.  And had you worked at Trousdale prior to

4     July of 2021?

5  **A.  So I was named as the warden in May of 2021, but I**

6     **was not officially assigned here -- I didn't get**

7     **here until July of 2021.**

8  Q.  Okay.

9  **A.  So prior to May, no.**

10  Q.  And where were you before you were warden at

11     Trousdale Turner?

12  **A.  I was at the Tallahatchie Correctional Center in**

13     **Tutwiler, Mississippi.**

14  Q.  Okay.  And what -- that's in Mississippi?

15  **A.  That's correct.**

16  Q.  Okay.  And is that a CoreCivic facility?

17  **A.  Yes, ma'am.**

18  Q.  Have you been with CoreCivic your entire

19     corrections career?

20  **A.  No, ma'am.**

21  Q.  Okay.  And where else have you worked in a

22     corrections capacity?

23  **A.  I was in Iraq and I was in the state of Texas.**

24  Q.  Okay.  And in Iraq it was with the military?

25  **A.  No.  I was a contractor.**

1   Q.  And who were you a contractor for?

2   **A.  That's a good question.  It was a private company**

3       **that was contracted with the government.  I think**

4       **it was 3M, I think, was the name of them.  We did**

5       **corrections.**

6   Q.  I'm sorry, I didn't hear you.  You did what?

7   **A.  We did corrections in Iraq.**

8   Q.  Okay.  And what do you mean by "corrections"?

9   **A.  Prisons.**

10  Q.  You ran prisons?

11  **A.  Yes.  I was a correctional counselor with the**

12      **Iraqui wardens that was assigned to the prisons I**

13      **was assigned to.**

14  Q.  Okay.  And what years was that?

15  **A.  2010 to 2011.**

16  Q.  Okay.  And when were you in Texas?

17  **A.  From 1983 until 2000.**

18  Q.  And what was your position in Texas?

19  **A.  Correctional officer, sergeant, lieutenant,**

20      **captain, major.**

21  Q.  Worked your way up?

22  **A.  I did.**

23  Q.  Were you ever warden at a facility in Texas?

24  **A.  No, ma'am.**

25  Q.  Okay.  Have you ever given a deposition before?

1  **A.   I think so.  I'm pretty sure I have.**

2  Q.   Okay.  In what type of case?

3  **A.   I know it was a divorce that I had to give a**

4  **deposition in one time, and I think there was a**

5  **correctional -- there was a lawsuit in Montana**

6  **where I was also deposed.**

7  Q.   Okay.  And what was the nature of your testimony in

8  the divorce?

9  **A.   A witness.**

10  Q.   What were you a witness to?

11  **A.   I'm sorry?**

12  Q.   What were you a witness about?

13  **A.   I had knowledge of a situation that was involving**

14  **two people that were getting divorced.  They were**

15  **getting divorced.**

16  Q.   Okay.  And I understand that.  I think that kind of

17  is the same thing as being a witness.  I mean what

18  do you mean?  Was it in a corrections capacity, was

19  it in a personal capacity?  Like what did you know?

20  **A.   Personal.  It was personal.**

21  Q.   Okay.

22  **A.   It had nothing to do with corrections.**

23  Q.   Okay.  And did you testify in court or you just

24  gave a deposition?

25  **A.   Just a deposition.**

1   Q.   Okay.  And how long ago was that?

2   **A.   Oh, probably 25 years ago or so.**

3   Q.   Okay.  And what about the other lawsuit in Montana?

4   **A.   That would have been around 2014, 2015.**

5   Q.   Okay.  And what was that about?

6   **A.   It was an inmate that was suing the prison that I**

7   **was a warden at.**

8   Q.   And who was suing the prison?

9   **A.   I don't remember his name.**

10  Q.   Was it a prisoner?

11  **A.   Yes, ma'am.  I said inmate.**

12  Q.   Inmate?  Okay.  I'm having kind of a little bit of

13       a hard time hearing you.  I think maybe the

14       connection's not super great.  Should we bring the

15       phone maybe closer to you?

16  **A.   There's no place to sit it.**

17  Q.   Ah, I know that makes it kind of complicated.  I'm

18       sorry about that.

19            And what was that prisoner suing the facility

20       that you were warden at about?

21  **A.   Medical.  Hearing aids.**

22  Q.   Hearing aids.  And do you know how that case

23       resolved?

24  **A.   I think it was dismissed.**

25  Q.   Okay.  And did you have to testify at trial or you

| | |
|---|---|
| 1 | just gave a deposition? |
| 2 | **A.   Just a deposition.** |
| 3 | Q.   Okay.  And so you know the rules about giving |
| 4 | testimony in a deposition, that you've sworn to |
| 5 | tell the truth; is that right? |
| 6 | **A.   Yes.  Ms. Harra did that just a minute ago.** |
| 7 | Q.   Okay, very good. |
| 8 | And if you need to take a break, you'll let me |
| 9 | know if you need to take a break? |
| 10 | **A.   Sure.** |
| 11 | Q.   Okay.  And if you need to take a break I just ask |
| 12 | that you answer the question that I have pending |
| 13 | before we take that break.  Okay? |
| 14 | **A.   Yes, ma'am.** |
| 15 | Q.   Okay.  And who did you meet with or speak with |
| 16 | about your deposition today? |
| 17 | **A.   Joe.  Mr. Welborn.** |
| 18 | Q.   Mr. Welborn.  And did you meet with him in person |
| 19 | or over the phone or Zoom? |
| 20 | **A.   Telephonically.** |
| 21 | Q.   Okay.  And when was that? |
| 22 | **A.   Yesterday.** |
| 23 | Q.   Okay.  And for how long did you speak? |
| 24 | **A.   Oh, I don't know.  I think it was over an hour --** |
| 25 | **or around an hour.** |

```
 1    Q.   Okay.  And was there anybody else on the telephone

 2         call?

 3    A.   Erin.

 4    Q.   Okay.  Anybody else?

 5    A.   Not to my knowledge.

 6    Q.   And did you review any documents in advance of your

 7         deposition today?

 8    A.   No, ma'am.

 9    Q.   I'm sorry, could you repeat it?  I didn't hear you.

10    A.   No, ma'am.

11    Q.   Okay.  And other than that roughly one-hour

12         conversation with Mr. Welborn and Ms. Polly, have

13         you done anything else to prepare for your

14         deposition today?

15    A.   No, not really.

16    Q.   Okay.  Does anybody else know you're being deposed

17         today?

18    A.   Yeah, I think my staff.  I told them not to mess

19         with me which, of course, we got a phone call right

20         in the middle of it, so that didn't work well.

21    Q.   Oh, that doesn't really work well for me either

22         because I also got a phone call the minute we

23         started this deposition.  So I think you and I

24         might be in the same boat.

25              What is your understanding of the lawsuit and
```

```
 1        why it is that you're testifying today?
 2   A.   My understanding is that Inmate Pleasant-Bey is
 3        wanting something to do with religious -- religious
 4        services, and something about his safety.
 5   Q.   Uh-huh.  And do you know Inmate Pleasant-Bey?
 6   A.   I know who he is.
 7   Q.   Okay.  And what do you know about him?
 8   A.   I know he's an inmate assigned here until -- and
 9        he's got a lawsuit against us.
10   Q.   Do you know anything else about him?
11   A.   No, not really.
12   Q.   Okay.  Have you been told anything else about him?
13   A.   Just that he had a lawsuit.
14   Q.   Okay.  And what is your understanding of the nature
15        of his religious claims?
16   A.   That he felt like he was not being treated as he
17        felt that he should be.
18   Q.   Okay.  Do you know anything more specific than
19        that?
20   A.   I don't think so.
21   Q.   Do you know what his religion is?
22   A.   Muslim.
23   Q.   Okay.  Do you know what his specific complaints are
24        about not being treated fairly?
25   A.   It's something about a pair of socks that he felt
```

| | |
|---|---|
| 1 | like he needed, and then it was something about |
| 2 | some food for the feast. |
| 3 | Q. Okay. And it says in the disclosure that we were |
| 4 | given about your testimony today that, "Martin |
| 5 | Frink has knowledge regarding Pleasant-Bey's |
| 6 | incarceration at Trousdale, the customs, policies, |
| 7 | education, and training at Trousdale, and the |
| 8 | allegations in this lawsuit, so I'm here to find |
| 9 | out what you know about those things. |
| 10 | So let's start with: What do you know about |
| 11 | Pleasant-Bey's allegations and lawsuit, other than |
| 12 | what we've just discussed? |
| 13 | A. My understanding, he feels like he is entitled to |
| 14 | some other -- like I said, some food items that -- |
| 15 | in completion of the Ramadan -- |
| 16 | Q. Uh-huh. |
| 17 | A. -- and that there's some religious artifacts, like |
| 18 | a pair of socks and some headgear, that he feels he |
| 19 | needs. |
| 20 | And then -- of course, I can tell you that he |
| 21 | feels like he is not safe, and something about acts |
| 22 | of violence. |
| 23 | Q. Okay. Let's put the safety and acts of violence |
| 24 | off to the side for a second and just talk about |
| 25 | the religious stuff. |

```
 1          Do you know if he's permitted to have the
 2      socks that he says that he wants?
 3   A.  No, ma'am.
 4   Q.  No, you don't know or, no, he's not permitted?
 5   A.  He's not permitted.
 6   Q.  Okay.  And do you know why not?
 7   A.  They present a safety risk.
 8   Q.  Okay.  And did you make that determination or did
 9      someone else?
10   A.  No, that was made prior to me being here.
11   Q.  Okay.  Have you evaluated that safety risk and that
12      request, since you've been warden at the facility,
13      independently?
14   A.  I've been made aware of it and I have evaluated it.
15   Q.  Okay.  And so you yourself have also determined
16      that those socks are inappropriate from a safety
17      perspective?
18   A.  Yes, ma'am, that's correct.
19   Q.  Who, if anybody, did you discuss that with when you
20      were making that determination?
21   A.  The assistant warden that oversees the religious
22      programs and the assistant warden over security.
23   Q.  Okay.  And who are those two people?
24   A.  A.W. McCloud, who's over security, and A.W. Watwood
25      is over the religious.
```

```
 1    Q.   Okay.  And when did you have those conversations
 2         with them about reevaluating this request for the
 3         socks?
 4    A.   It was recently.  I don't know the exact date, but
 5         it was probably in the last -- probably the last
 6         few weeks, a month maybe, at the most.  I think it
 7         was just probably the last few weeks.
 8    Q.   Before or after you were notified you would be a
 9         witness in this case?
10    A.   It was brought up before I was notified.
11    Q.   Okay.  And did you decide to reevaluate the policy
12         on your own and make your own determination after
13         discussing that with counsel or somebody at
14         CoreCivic, or what prompted that?
15    A.   No, ma'am.  When I was instructed that he had a
16         lawsuit against us, one of the things that was
17         brought up was the socks.  And I asked, you know,
18         "What's going on with that?"  And we had a
19         conversation about the fact that they are leather
20         socks.  We consider leather gloves to be --
21         consider them to be a security risk because it can
22         deter the effects of an electronic shock that we
23         have on the fences, and the socks would be
24         classified as the same item like the gloves.
25    Q.   Okay.  And when were you made aware that he had
```

1    this lawsuit?

2  **A.   Around the same time.  Because that was one of the**

3       **questions that I had was about, you know, what was**

4       **the lawsuit about?**

5  Q.   And how were you made aware of the lawsuit?

6  **A.   I don't remember.  As a matter of fact, I don't**

7       **remember that.**

8  Q.   Were you made aware of other lawsuits?

9  **A.   Throughout my career I have, yes, ma'am.**

10 Q.   But at the Trousdale Turner facility were you made

11      aware of other lawsuits or were you only made aware

12      of Mr. Pleasant-Bey's lawsuit?

13 **A.   I don't know that there are any others at this**

14      **particular time.**

15 Q.   Oh, I know that there -- I believe that there are.

16 **A.   Okay.**

17 Q.   But the only one that you know is

18      Mr. Pleasant-Bey's?

19 **A.   I would say.**

20            MR WELBORN, III:  Object to form.

21 Q.   (BY MS. HERZFELD)  And you don't know how you were

22      made aware of Mr. Pleasant-Bey's lawsuit?

23 **A.   It had to have been in a conversation.  I just**

24      **don't remember it for sure.**

25 Q.   Do you know who it was in a conversation with?

1   **A.   No, ma'am, I just told you I didn't -- I didn't**

2   **quite remember.**

3   Q.   Okay.  And when you had this conversation would it

4   have been memorialized anywhere in an email or

5   writing?

6   **A.   No.**

7   Q.   Okay.  And would there be any forms or

8   documentation that talks about the fact that you

9   re-reviewed this decision and made the decision

10  independently on your own that the socks were not

11  appropriate?

12             MR WELBORN, III:  Object to the form.

13  **A.   No, ma'am.**

14  Q.   (BY MS. HERZFELD)  I'm sorry, sir?  I didn't hear

15  your answer.

16  **A.   No, ma'am.**

17  Q.   There wouldn't be any paperwork?

18  **A.   No.**

19  Q.   Okay.  Did you have a meeting with the two

20  assistant wardens about that decision or how did

21  you have that conversation?

22  **A.   Yeah, I spoke to them and asked what it was about.**

23  **And I don't remember if it was together or**

24  **separately, but I know I talked to -- I know I**

25  **talked to Watwood because he was over -- he's over**

| | |
|---|---|
| 1 | the religious -- or religion, and then I talked to |
| 2 | McCloud because he's over security.  And it may |
| 3 | have been together or it may not have been, I don't |
| 4 | recall. |
| 5 | Q.   And you don't know if it was in person or over the |
| 6 | phone or over email? |
| 7 | A.   Oh, no, it would have been in person. |
| 8 | Q.   Okay. |
| 9 | A.   I'm thinking that -- No, I don't remember. |
| 10 | Q.   What were you thinking?  You can try. |
| 11 | A.   No, I don't want to tell anything that's not true. |
| 12 | I've been sworn to tell the truth so I don't want |
| 13 | to say something that's not true, so... |
| 14 | Q.   I understand.  But if you think you might know |
| 15 | where you might have, you know, written something |
| 16 | down, I'd want to know that so I can find it. |
| 17 | A.   Oh, no, no, it wasn't -- no, it wasn't written |
| 18 | down. |
| 19 | Q.   Okay.  And do you keep paperwork as part of your |
| 20 | job as warden? |
| 21 | A.   Yes, ma'am. |
| 22 | Q.   And you know there's litigation involving this |
| 23 | issue with the socks with Mr. Pleasant-Bey; right? |
| 24 | A.   I do. |
| 25 | Q.   And do you think, as warden, it would be a good |

```
1        practice to document decisions that you're making
2        regarding a particular prisoner, especially when
3        they are in litigation?
4   A.   Now, that --
5             MR WELBORN, III:  Object to the form.
6   A.   The decision was already made.
7   Q.   (BY MS. HERZFELD)  You said the decision was
8        already made before you got there, but then you
9        affirmed the decision, when you got there,
10       independently.  That was your testimony earlier;
11       isn't that right?
12  A.   That is correct.
13            MR WELBORN, III:  Object to the form.
14  Q.   (BY MS. HERZFELD)  Okay.  So -- But you didn't
15       write that down anywhere?
16  A.   No, ma'am.
17  Q.   Okay.  And the socks, I understand, you're saying
18       are like leather gloves.
19            But what about if someone was given the socks
20       when they were attending their religious services,
21       you know, for the half an hour that they are doing
22       prayer?  The ten minutes that they are doing prayer
23       they are being observed by guards at that time; are
24       they not?
25  A.   Not always.  Not correctional staff.  Sometimes
```

```
 1        it's the religious service chaplains who are --

 2   Q.   Okay.  But somebody is looking at them?  You're not

 3        leaving people in a room -- prisoners in a room

 4        together without having somebody having eyes on

 5        them; right?

 6   A.   Typically speaking, that's correct.

 7   Q.   Okay.  Because that would be safe practice, I would

 8        hope.

 9             So what if someone took those socks and wanted

10        to put them on while they prayed for ten minutes

11        and then took the socks off and handed them back to

12        the person.  What is the safety concern with that?

13   A.   Safety concern?  Not sure how that piece would play

14        into being a safety concern.  Typically I could see

15        where it would be possibly a sanitized -- or a

16        sanitary concern if, you know, you're handing your

17        socks to somebody quite frequently.  I would have a

18        problem with that, but --

19   Q.   Okay.  And you said the other issue you were made

20        aware of with Mr. Pleasant-Bey had to do with his

21        Muslim feast.  What was your understanding of that

22        concern?

23   A.   My understanding was that he felt the need for

24        additional food items.

25   Q.   Do you know what they are?
```

```
 1   A.   I was told like some dates or raisins or something,
 2        fruit.
 3   Q.   Okay.  And did you re-review that decision --
 4   A.   No, ma'am.
 5   Q.   -- as warden?
 6   A.   I did not.
 7   Q.   Okay.  So that warden -- that decision was made by
 8        a previous warden, to your knowledge?
 9   A.   Yes, ma'am.
10   Q.   Okay.  And do you know any concerns with dates?
11   A.   I have concerns with fruit, particularly because
12        the inmates have been known to make wine or alcohol
13        out of fruits, and so we limit the fruits that are
14        given to the inmates and how they are given to
15        them.  Usually it's in a cup or some type of
16        chopped up fruits that is through the kitchen area.
17   Q.   Okay.  And do they sometimes call that hooch?  The
18        prisons I grew up in, they called that hooch.
19   A.   There's different names in different systems.  I've
20        heard, you know, a lot of different ways it's
21        described.
22   Q.   Okay.  And is there not an availability to put
23        dates in a cup and hand them like other fruits?
24   A.   Has it been discussed?  Not to my knowledge.
25   Q.   Okay.  But do you know if there's any reason that
```

```
1        you can't put dates in a cup and hand it out like

2        other fruits if the concern is making the alcohol

3        like you had said?

4   A.   I know that we give the food items that are

5        specifically allowed to have them participate or go

6        through their religious services.

7   Q.   I guess I'm trying to figure out what the concern

8        is with dates.

9   A.   The only thing I can tell you is, you know, inmates

10       make wine and hooch, as you said, alcohol, and so

11       that is a major concern with dates or raisins or

12       whatever other fruit that may have been requested.

13  Q.   Okay.  But I just want to make sure I understood

14       your testimony, that other fruits are given to

15       inmates.  They are not denied fruit in prison at

16       Trousdale; is that right?

17  A.   Well, they do have a fruit cup.  So it's not a date

18       or a raisin, you know, it's typically like the

19       mixed pear or peach cup.

20  Q.   Okay.  And so is your testimony that your

21       understanding is there's a difference in some sort

22       of a safety or security concern between a fruit cup

23       and a date?

24  A.   Yes, ma'am, that's correct.

25  Q.   Okay.  And where did you get that information from,
```

| | |
|---|---|
| 1 | that understanding? |
| 2 | **A.** **Oh, no, you asked my opinion. That's my opinion of** |
| 3 | **it.** |
| 4 | Q. Okay. Do you know if others at CoreCivic share |
| 5 | that opinion? |
| 6 | **A.** **I do not know.** |
| 7 | Q. Okay. What about others at Trousdale Turner? |
| 8 | **A.** **Again, I don't know.** |
| 9 | Q. Okay. And in preparation for your deposition today |
| 10 | did you learn about any other concerns with food, |
| 11 | other than the dates for the feast? |
| 12 | **A.** **I don't remember it.** |
| 13 | Q. Okay. So I just want to make sure, because we've |
| 14 | got this topic area that you were -- that you were |
| 15 | designated to discuss, and I want to make sure I |
| 16 | understand all of your knowledge. |
| 17 | **A.** **Well, it may have been. I'm not saying that it** |
| 18 | **wasn't, but I don't remember if there was anything** |
| 19 | **in particular.** |
| 20 | Q. Okay. And in that knowledge you had said that |
| 21 | there was the safety concerns and the religious |
| 22 | concerns. And you had said the pair of socks and |
| 23 | then there was some issue with food for the feast. |
| 24 | And then you also said that you thought that there |
| 25 | was an issue, maybe, with some headgear. |

```
 1              Do you know what the concern is with that?
 2    A.    You're cutting out.  Ma'am, you're cutting out
 3          really badly.  I'm not sure what you were saying.
 4    Q.    Oh, okay, I'll start over.  Can you hear me now?
 5    A.    Yeah.  You're freezing up and it's scattered or
 6          broken up.  Am I the same?
 7    Q.    No.  We can see you fine, I think.
 8    A.    Well, not so much seeing, but you're kind of
 9          breaking up.
10    Q.    I'll try to take off my audio and put it back on.
11          Okay?
12              (A discussion was held off the record.)
13    Q.    (BY MS. HERZFELD)  Can you hear me better now?
14    A.    Yes, apparently I can.
15    Q.    Okay.  Wonderful.
16              MS. HERZFELD:  Are we still on the
17          record?
18              THE REPORTER:  Yes, ma'am.
19              MS. HERZFELD:  Okay, very good.
20    Q.    (BY MS. HERZFELD)  Okay.  So when we had talked
21          about your knowledge of the lawsuit, you talked
22          about the safety issues and then you talked about
23          religious issues and you had said concerns about a
24          pair of socks.
25              Have we talked about everything you know about
```

1 the concerns about the pair of socks?

2 **A.** **Oh, was that a question?**

3 Q. Yes.

4   Have we talked about everything you know about

5 the concerns about the pair of socks?

6 **A.** **Yes, ma'am, I believe so.**

7 Q. Okay.  And the food, we talked about the food and

8 the feast, and we just had a conversation about

9 dates.

10   Do you have any other information about

11 concerns about the food or the feast?

12 **A.** **Okay.  You said something about -- you're cutting**

13 **out again -- something about the food.**

14 Q. Do you know anything else about concerns about the

15 food or the feast?

16 **A.** **No, ma'am.**

17 Q. Okay.  And then the third thing you had talked

18 about was religious headgear?

19 **A.** **Correct.**

20 Q. Okay.  What do you know about the concerns for

21 religious headgear?

22 **A.** **There's something about particular headgear that is**

23 **wrapped around the head and -- instead of the**

24 **normal approved kufi.**

25 Q. Okay.  And your understanding is that is something

```
 1        that Mr. Pleasant-Bey has requested?
 2   A.   That's my understanding, yes.
 3   Q.   Okay.  And do you know how you came to that
 4        understanding?
 5   A.   I believe Joe informed me of that.
 6   Q.   Okay.  And I don't want you to tell me anything
 7        that you and Joe have talked about or you and Erin.
 8             Have you read the lawsuit in this case?
 9   A.   No, ma'am.
10   Q.   Okay.  And what is your understanding of where
11        things stand with the request for the headgear?
12   A.   It was denied, from my understanding.
13   Q.   Okay.  And do you know why it was denied?
14   A.   Because it presents a safety risk.
15   Q.   Okay.  And is that a decision that you made or a
16        decision that predated you?
17   A.   It predated me, but I agree with it.
18   Q.   Okay.  And did you have a meeting with someone to
19        discuss it?
20   A.   Just with Joe.
21   Q.   Okay.  And did you memorialize your agreement of
22        that position in writing anywhere?
23   A.   No, ma'am.
24   Q.   Okay.  Did you have any discussions with anyone at
25        the Tennessee Department of Corrections about any
```

1    of these religious issues with Mr. Pleasant-Bey?

2  **A.   I have not.**

3  Q.   Okay.  Have you talked to anybody at CoreCivic

4       that's higher in the food chain, so to speak, than

5       you are about any of these concerns with

6       Mr. Pleasant-Bey's lawsuit?

7  **A.   No, ma'am.**

8  Q.   All right.  Okay, and so is that your understanding

9       of everything -- is that your understanding, in the

10      lawsuit, about religious issues with

11      Mr. Pleasant-Bey?

12 **A.   I would say, yes, that's correct.**

13 Q.   Okay.  Do you know anything about volunteers?

14 **A.   Oh, yes, something about not being allowed**

15      **volunteers to come in.**

16 Q.   Okay.  And what is your understanding of where that

17      stands?

18 **A.   I would allow it if they were volunteer.  I've just**

19      **not been made aware of any volunteers that wanted**

20      **to come in.**

21 Q.   And who is the current chaplain at Trousdale?

22 **A.   We have two of them.**

23 Q.   Okay.  Who are they?

24 **A.   Sean Burger and Fletcher.**

25 Q.   Okay.  And who is it that deals with accommodations

| | |
|---|---|
| 1 | for Muslim inmates, is that both of them or just |
| 2 | one? |
| 3 | **A.** **That's a good question.  I think that -- I don't** |
| 4 | **know.  I don't want to tell a story.** |
| 5 | Q. You don't want to speculate? |
| 6 | **A.** **No, ma'am.** |
| 7 | Q. Okay, very good. |
| 8 | Have you ever heard of the Quran being banned |
| 9 | at Trousdale Turner? |
| 10 | **A.** **Quran was all I got out of that.** |
| 11 | Q. Have you ever heard of the Quran being banned as a |
| 12 | book to be purchased at Trousdale Turner? |
| 13 | **A.** **I think that was discussed with Joe and I.** |
| 14 | Q. Okay.  What is your understanding of whether or not |
| 15 | the Quran is banned from purchase at Trousdale |
| 16 | Turner. |
| 17 | MR WELBORN, III:  Object to the form, to |
| 18 | the extent it's getting into attorney/client |
| 19 | communication. |
| 20 | Q. (BY MS. HERZFELD)  Yeah, definitely don't tell me |
| 21 | what you and Joe talked about.  I just want to know |
| 22 | your understanding of whether the Quran is able to |
| 23 | purchased by an inmate currently at Trousdale |
| 24 | Turner? |
| 25 | **A.** **My understanding was that it's -- you know, I don't** |

1       **even know.  I didn't even look at that.**

2   Q.   Okay.  So you don't know if currently the Quran can

3       be purchased by an inmate?

4   **A.   No, I'm not sure.**

5   Q.   Okay.  Do you think it's --

6   **A.   Normally the -- normally --**

7   Q.   You can go ahead and finish.

8   **A.   Normally the chaplain would handle the part about**

9       **the religious --**

10   Q.   Okay.  And do you think it would be appropriate for

11       the Quran to be banned from purchase at Trousdale

12       Turner?

13   **A.   I would have to spend a little bit of time figuring**

14       **out what all transpired with that before I made an**

15       **assessment.**

16   Q.   You mean in the past?

17   **A.   Yes, ma'am.**

18   Q.   All right.  But, as the warden today, would you

19       approve if they wanted to ban the Quran from

20       purchase for the prisoners?

21   **A.   Again, I would have to look at all the components**

22       **of it based on what's been said or what was**

23       **evaluated in the past before I made that decision.**

24   Q.   Okay.  And what training have you had in the First

25       Amendment, sir?

1    A.   Well, just whatever I've been given throughout my

2         career.

3    Q.   Have you taken classes in the First Amendment?

4    A.   I took classes in history where they talked about

5         the constitution and the amendments, yes.

6    Q.   Okay.  And do you have an understanding of, you

7         know, what religions, if any, can be discriminated

8         against in a public setting?

9    A.   I would say none.

10   Q.   Okay.  And do you think singling out the Quran to

11        be banned, as the fundamental Islamic text, could

12        be considered a First Amendment violation?

13   A.   You cut out.  Something about text.

14   Q.   Yeah.  So you understand that the Quran is one of

15        the quint essential texts of the Muslim faith; is

16        that right?

17   A.   Yes, ma'am.

18   Q.   Okay.  And does it -- would it concern you that

19        there might be a constitutional violation if that

20        text was banned from purchase by inmates at a

21        public facility?

22   A.   You're cutting out again, ma'am.  You started

23        something with a "P," and I'm not sure what you

24        said with that.

25   Q.   Okay.  Maybe we need to go off the record for a

1      second in order to be able to get this back on.

2            Can you call in over the telephone or

3      something because I'm -- I don't want to waste my

4      precious time with you not being able to hear me,

5      and I know your time is precious, too.

6  **A.**  **That's up to you-all.**

7  Q.  Is there a way -- Do you have a telephone there you

8      can dial in?

9  **A.**  **Yeah.  I'm on the telephone right here.**

10  Q.  Do you have a landline?

11  **A.**  **I do.**

12  Q.  Do you think you could hear me better on the

13      landline instead of on the cell phone?

14  **A.**  **I'm not listening to you on a cell phone.  I don't**

15      **have the audio on.  It's on the computer.**

16  Q.  It's on the computer?  Okay.

17          MS. HERZFELD:  Does anybody else have a

18      suggestion in how we can make this work?

19          (A recess was taken from 1:40 a.m. to

20      1:45 p.m.)

21  Q.  (BY MS. HERZFELD)  Okay, Mr. Frink, before we had

22      that technical difficulty I think we were talking

23      about if you think it's appropriate that one

24      religious text be banned from prisoners at a

25      facility when others are not.

1    **A.    You know, depending on what the context of the --**

2    **you have to take safety and security into account**

3    **for any type of situation that could put people in**

4    **danger or jeopardy.**

5    Q.    Uh-huh.

6          And what do you think are some safety and

7    security concerns that could put people into

8    jeopardy with the text of the Quran?

9    **A.    I don't know.**

10    Q.    Have you read the Quran?

11    **A.    Have I read the Quran?**

12    Q.    Yes, sir.

13    **A.    No, ma'am.**

14    Q.    Okay.  And I think I cut you off.  You were going

15    to say something else.

16    **A.    Well, I don't -- I don't remember.**

17    Q.    Okay.  Okay, so we discussed the Quran, volunteers,

18    food, headgear, and socks.

19          Can you think of any other religious issues

20    that you've been made aware that Mr. Pleasant-Bey

21    is having at Trousdale Turner?

22    **A.    No, ma'am, not at this time.**

23    Q.    Do you know how many efforts are being made to try

24    to accommodate him in a way -- to accommodate his

25    religious needs in a way that does comply with

1      security and safety?

2                MR WELBORN, III:  Object to the form.

3  **A.   No, not that I'm aware of.**

4  Q.   (BY MS. HERZFELD)  Do you know if there's any

5       ongoing meetings or if you've had any meetings with

6       either of the chaplains about, you know, discussing

7       with Muslim inmates better ways to accommodate

8       their concerns?

9  **A.   I've not heard of -- when you say "they're," I've**

10     **not heard of anyone else that has any complaints.**

11  Q.   Oh, okay.

12          Well, what about Mr. Pleasant-Bey's

13       complaints, have you had any meetings with anyone

14       to see if there's a way to address those concerns

15       in a different way?

16  **A.   No, ma'am.**

17  Q.   Okay.  And have you discussed with TDOC any ways to

18       address those concerns within their policies?

19  **A.   No, ma'am.**

20  Q.   Okay.  Have we now covered the entirety of your

21       knowledge on Mr. Pleasant-Bey's concerns about

22       religious issues at Trousdale Turner?

23  **A.   Yes, I guess.  You know, the thing that -- I see**

24     **him from time to time, out on the walkway or during**

25     **the rounds, and I've not had him to approach me**

```
 1        with any concerns or any issues other than what
 2        you're bringing up at this time.  There are several
 3        avenues to which he can address his concerns at the
 4        facility level and he has never expressed any
 5        issues with me.
 6   Q.   You've been there since July?
 7   A.   Correct.
 8   Q.   And this lawsuit was already filed before you got
 9        there?
10   A.   Yes, ma'am.
11   Q.   Okay.  And so this lawsuit's been around longer
12        than you have been; right?
13   A.   Yeah.  But you were asking me questions like -- so
14        I thought maybe that you thought I had been here
15        longer.
16   Q.   No, I know you've just been there since July,
17        because I think we've deposed the former wardens as
18        well, and I think there's been a couple.  I just
19        wanted to be sure I understood all of your
20        knowledge about that.
21             Okay.  And then the next thing you had talked
22        about were the safety concerns.  And what is your
23        understanding of the safety concerns that are at
24        issue in Mr. Pleasant-Bey's lawsuit?
25   A.   Said he did not feel safe.
```

```
1   Q.   Okay.  And do you know why?

2   A.   No.  He said that there was a lot of violence.

3   Q.   Okay.  What else?

4   A.   I think that's about it.

5   Q.   Okay.  And do you think there's a lot of violence

6        at the facility?

7   A.   Oh, no, ma'am.

8   Q.   Okay.  Why do you say that?  What do you measure it

9        on?

10  A.   My experience in the 38 years of -- 38-plus years

11       of corrections.

12  Q.   Uh, okay.  And so how do you measure that?

13  A.   Ma'am, I've been in a lot of different prisons

14       where there's, what I would consider to be,

15       violence, and this doesn't rank with them.

16  Q.   Oh, okay.  And what types of facilities have

17       violence that you think ranks with them?

18  A.   Ranks with what?

19  Q.   The others.  Like you said some are violent and

20       some -- and this one does not rank that way.  So

21       give me some examples of how you could describe a

22       violent facility versus Trousdale Turner, which

23       your testimony is is not violent.

24  A.   Well, you asked me --

25                MR WELBORN, III:  Object to the form.
```

Q.   (BY MS. HERZFELD)  I'm sorry, I'm going to stop and
     ask the question again.

          Is your testimony that you don't think that
     Trousdale Turner is a violent facility?

A.   **I would say, based on your question, do I think**
     **Trousdale Turner is a violent facility?  No, ma'am,**
     **I do not.**

Q.   Okay.  So then backing up and asking my question
     again, what -- what is the difference between
     Trousdale Turner, which you're saying is not a
     violent facility, and other facilities in your
     38 years of experience that you would classify as
     violent facilities?

A.   **Yes, ma'am.  I've been assigned to other prisons**
     **where they had a lot more gang activity, there was**
     **a lot more stabbings, and this one would not, in my**
     **opinion, classify the same as those.**

Q.   Okay.  You've been at this facility since July?

A.   **Correct.**

Q.   Okay.  And you understand that there is a contract
     for minimum staffing requirements; is that right?

A.   **Yes.**

Q.   Okay.  How many days since you've been present as
     the warden at the Trousdale Turner facility has it
     been in compliance with the contract for minimum

```
1        staffing requirements?
2   A.   It has not.
3   Q.   It has not when, sir?
4   A.   I'm sorry?
5   Q.   I think you cut out.  You said it has not?
6   A.   That's correct.
7   Q.   Okay.  I'm going to ask the question again just
8        because I want to make sure I have it clear.
9             Since you've been warden at Trousdale Turner
10       how many days has Trousdale Turner been in
11       compliance with the staffing requirements under the
12       contract?
13  A.   Yes, ma'am, that's the answer I gave you.
14  Q.   Which is, it's not?  It's never -- you've never
15       been in compliance with the staffing requirements
16       since you've been warden; do I understand you
17       correctly?
18  A.   That is correct.  We have -- That is correct.
19  Q.   Okay.  And how many days have you been in
20       compliance by 75 percent since you've been warden?
21  A.   Oh, I don't know, I don't track it at that.  I've
22       not tracked it at that.
23  Q.   Okay.  Do you know what a liquidated damages
24       payment is?
25  A.   Do I know what -- what?
```

```
1   Q.   A liquidated damages payment.
2   A.   Yes, I've heard of it.
3   Q.   Okay.  And what do you know that to be?
4   A.   Where the contractor assesses a fine or a
5        liquidated damage based on whatever compliance or
6        contract requirement that they are addressing at
7        that time.
8   Q.   Okay.  And do you know if, based on Trousdale
9        Turner's noncompliance with the minimum staffing
10       requirements, if CoreCivic has had to pay TDOC
11       liquidated damages since you have been the warden
12       at Trousdale Turner?
13  A.   No, we've not since I've been the warden here.
14  Q.   Okay.  And do you know why not?
15  A.   No, ma'am.
16  Q.   Has it come up at all?
17  A.   No, ma'am.  Huh-uh.
18  Q.   Do you know if it's because it happens quarterly or
19       monthly and you haven't been there long enough?
20  A.   I don't know.
21  Q.   Have you had any meetings with anyone at CoreCivic
22       about the staffing levels at Trousdale Turner?
23  A.   Yes, ma'am.
24  Q.   Who with?
25  A.   Oh, there's been numbers of people from human
```

1      resources, recruiters, my supervisor, my managing

2      director.

3  Q.  Who's your managing director?

4  A.  Vance Laughley (ph) -- Laughlin.

5  Q.  And how often have you met with Mr. Laughlin about

6      the staffing issues at Trousdale?

7  A.  Oh, I don't know the exact number, ma'am.

8  Q.  Can you give me an estimate, like half a dozen, 50?

9  A.  Well, I'd hate to guess and then be wrong about it

10     since I was sworn to tell the truth.  I would say

11     that it's been a few times.

12         We're doing a lot of recruiting, we're having

13     hiring events.  So, you know, there's a lot of ways

14     that that question has been communicated with

15     different people.

16 Q.  When you've had your meetings with your managing

17     director about the staffing at Trousdale, what have

18     you discussed?

19 A.  I just told you.  Typically ways to hire or what

20     we're doing in hiring.

21 Q.  Has he expressed any concerns about the staffing

22     levels at Trousdale Turner?

23 A.  Yeah.  I'd hate to put words into his mouth.  I

24     don't know if it would be, you know, prudent for me

25     to say his concerns or not.

```
1   Q.   It would be because he told you and you're under

2        oath and I get to ask you questions about

3        conversations you've had with other people.

4             So what concerns, if any, has he expressed to

5        you about staffing levels at Trousdale Turner?

6                  MR WELBORN, III:  Object to the form.
```

7   **A.   That we need to continue working on hiring staff.**

```
8   Q.   (BY MS. HERZFELD)  Okay.  And why is it important

9        to continue working on hiring staff?  Has he told

10       you that?
```

11  **A.   It's like any other job.  I mean you have to have**

12      **staff.  You know, I think it's a problem throughout**

13      **the United States in a lot of different**

14      **correctional systems.  And, you know, even going to**

15      **different restaurants I see that there's people**

16      **hiring, so you have to have employees.**

```
17  Q.   Why is it important to have employees at a

18       correctional facility?
```

19  **A.   It's important to have employees at a correctional**

20      **facility to assure the safety and security of the**

21      **institution.**

```
22  Q.   Okay.  When you talk about the "institution," you

23       mean the staff; right?
```

24  **A.   No, ma'am, the facility --**

```
25  Q.   Okay.
```

1   **A.**   **-- which encompasses the staff and the inmates and**

2        **everything in it.**

3   Q.   Okay.  And so you have to have staff in order to

4        keep that facility secure, because it's a secure

5        facility and you don't want people breaking out;

6        right?

7   **A.**   **Correct.**

8   Q.   Okay.  And Trousdale Turner houses what type of

9        inmates, what level, security level?

10   **A.**   **Minimum and medium.**

11   Q.   Okay.  And sometimes are those prisoners violent?

12   **A.**   **Any inmate can be violent or any prisoner, as you**

13        **said, can be violent.**

14   Q.   Uh-huh.

15           And are there potential gang issues and

16        security threat group issues at Trousdale Turner?

17   **A.**   **When you say "issues," I mean that's -- there are**

18        **some gang inmates at Trousdale Turner, as there are**

19        **in a lot of correctional institutions around the**

20        **United States.**

21   Q.   Right.

22           So I mean it's important to have people that

23        can keep an aye on those situations for everyone's

24        safety is what I'm getting at; is that right?

25   **A.**   **Yes, ma'am.**

1    Q.   Okay.  So what happens when you don't have enough

2         staff?

3    **A.   We have -- Well, when you say "enough staff," we**

4    **      have staff that are assigned to the housing areas.**

5    **      And if we need to secure the pod and control or**

6    **      modify the movement, then we do that.  We'll place**

7    **      the inmates in their cells for a specific amount of**

8    **      time to monitor and maintain security.**

9    Q.   Uh-huh.  So I want to make sure that I understood

10        that answer correctly.

11            So if you're short on staff, you'll make sure

12        that the inmates aren't moving as much?

13   **A.   That's correct.**

14                MR WELBORN, III:  Object to the form.

15   Q.   (BY MS. HERZFELD)  So they're spending more time in

16        their cells when they would be out doing recreation

17        or other things; is that right?

18                MR WELBORN, III:  Object to the form.

19   **A.   Yes, ma'am.**

20   Q.   (BY MS. HERZFELD)  Okay.  And what is the purpose

21        of having recreation and free movement for

22        prisoners within a facility?

23                MR WELBORN, III:  Object to the form.

24   **A.   The inmates -- Repeat the question.**

25   Q.   (BY MS. HERZFELD)  Sure.

```
 1              I mean you've been doing this for 38 years, so
 2         I mean what is the purpose of allowing prisoners to
 3         come out of their cell and have some rec time and,
 4         you know, a little bit more freedom of movement?
 5    A.   Yes, ma'am.  That way we can keep the inmates
 6         occupied and have a setting to which they can also
 7         have an interaction or social time as well.
 8    Q.   Do you find that helps you to be able to keep
 9         people under control a bit better, from a safety
10         and security aspect, when folks have a little bit
11         more freedom and they are not on lockdown all the
12         time?
13    A.   No, ma'am.  No, I would not say that.  And if you
14         look at locking an inmate behind a cell is probably
15         the most safety and security part of it, as you can
16         imagine, because then he's not moving around or
17         causing the violence that you spoke of earlier.  So
18         that wouldn't necessarily be true the way you
19         worded that.
20    Q.   Okay.  So let's talk about if someone is in
21         lockdown.  So lockdown is going to be in their cell
22         23 hours a day?
23    A.   It depends.  Not necessarily.  Again, if he's in a
24         restrictive housing unit then that could very well
25         be the case.
```

         But if we're looking at a situation where the
    staffing level may not be what we would like it to
    be and we place them under a type of lockdown, it's
    modified movement, so it wouldn't necessarily be
    the 23 hours you spoke of.

         What we try to do is have it in blocks to
    where they might be closed down from 8:00 a.m. to
    12:00 p.m. and then let them up in the afternoon
    time and then secure another housing area.  So we
    alternate back and forth.

Q.  Okay.  And how many days has the facility not been
    on some form of lockdown since you've been warden?

A.  Oh, I don't know the exact number, but I would say
    quite a bit.  And, again, I don't know the exact
    number.

Q.  Okay.  Would you say you're on some sort of
    lockdown more often than not or not?

A.  I would say, no.  I mean we do have pieces of it
    that -- you know, particular housing areas that we
    might place under lockdown.  But as a facility, no,
    ma'am.

Q.  Okay.  And those particular housing areas, what are
    they?

A.  Oh, we rotate it to be fair.

Q.  Okay.  So the facility itself, does it generally

```
 1        have some portion of it under some form of
 2        lockdown?
 3   A.   Other than the restrictive housing?
 4   Q.   Yes, sir.
 5   A.   What kind of -- Again, repeat the question because
 6        I'm not sure that that's -- Repeat that question,
 7        please.
 8   Q.   Sure.
 9             So other than protective housing, right --
10        which we've already talked about because we know
11        that that's different -- if I understand your
12        testimony correctly, you said you kind of do what
13        we'll just kind of call roving lockdowns, right --
14        this pod for this period of time and then this pod
15        for this period of time -- as you shift staff from
16        one pod to another?  Did I understand that right?
17   A.   Yes, when we need to.  Now, it's not -- And what
18        you were asking earlier about more often than
19        not -- I don't remember exactly how you worded
20        it -- but I would say that's not correct.  But
21        occasionally we do do that to maintain the safety
22        and security.
23   Q.   Okay.  And how often would you say that you do
24        that, that kind of, I'm going to call it, roving
25        lockdown?
```

```
1    A.   How often?

2    Q.   Yes, sir.

3    A.   Not very.

4    Q.   Okay.

5    A.   I mean it's kind of subjective in the time frame,

6         so I'd have to say not very often.

7    Q.   Okay.  Is there a document somewhere that would let

8         me know the specific dates and how many?

9    A.   That I'm not going to say for sure.

10   Q.   Is it documented somewhere when there's some form

11        of lockdown or modified lockdown in a facility?

12   A.   Normally, yes.

13   Q.   Okay.  And so do you have some concerns that normal

14        process hasn't been followed lately?

15   A.   No, ma'am, I don't have that concern.

16   Q.   So there should be documentation somewhere that

17        tells me how often somebody's been on -- you know,

18        a particular pod or if anybody's been on lockdown

19        for the past six months, for example?

20   A.   There could very well be, yes.

21   Q.   And you had said before that you-all hadn't been --

22        Trousdale Turner hadn't been in full compliance

23        with its staffing -- contractual staffing pattern

24        since you've worked there.  You didn't really know

25        how much it had been deficient.
```

```
 1              Is it your position that if those positions
 2         aren't filled on a particular day, that they are
 3         just not necessary?
 4    A.    Is that my position?
 5    Q.    Yes, sir.
 6    A.    No, ma'am.
 7    Q.    Okay.  So if there's a position that's in the
 8         contract for the facility, is it your position that
 9         that's a necessary position?
10              That was a horrible question.  I said position
11         like 15 times, so that was not a very good
12         question.  I'm going to back up and start over
13         again.
14              So is it your position that you don't need all
15         of the -- all of the available jobs, all of the
16         jobs that are provided for in the contract, in
17         order to safely and securely run Trousdale?
18    A.    No, ma'am, that is not my position.
19    Q.    Okay.  What is your position?
20    A.    To follow the contract and to maintain a safe and
21         secure correctional institution.
22    Q.    Okay.  And what happens in a facility -- because
23         you've been doing this for so many years -- what
24         happens in a facility when it doesn't have
25         sufficient staffing?  Can that create additional
```

|      |      |                                                              |
|------|------|--------------------------------------------------------------|
| 1    |      | instances of violence?                                       |
| 2    | A.   | When we do not -- or when the institution does not           |
| 3    |      | have the adequate number of staffing, usually the            |
| 4    |      | facility has to take measures to insure that safety          |
| 5    |      | and security is still maintained, and sometimes              |
| 6    |      | that includes locking the inmates in their cell for          |
| 7    |      | a period of time to make sure that they are safe,            |
| 8    |      | as well as the staff.                                        |
| 9    | Q.   | Okay. Because when you have less people, it's                |
| 10   |      | harder to keep an aye on violent prisoners?                  |
| 11   | A.   | When you say "violent prisoners," you know -- I              |
| 12   |      | mean as we discussed earlier, any inmate can be              |
| 13   |      | violent, but not all inmates are violent.                    |
| 14   | Q.   | Right.                                                        |
| 15   | A.   | So we have to have staff that are watching inmates.          |
| 16   | Q.   | Okay. And if you don't have as much staff does               |
| 17   |      | that give more opportunity for violence?                     |
| 18   | A.   | Not if you take the measures that we discussed a             |
| 19   |      | minute ago. There are ways that you can still                |
| 20   |      | maintain a safe and security institution. We do              |
| 21   |      | offer -- We do have some overtime that the staff             |
| 22   |      | work, but we also have some TDY opportunities where          |
| 23   |      | staff are brought in from other facilities to help           |
| 24   |      | out.                                                         |
| 25   | Q.   | And you have had to do that at Trousdale Turner?             |

1  A.   It has been done.

2  Q.   Okay.  And have you done that since you've been

3       warden?

4  A.   Yes, ma'am.

5  Q.   How many times?

6  A.   I don't know an exact number.

7  Q.   Would there be records somewhere that include that?

8  A.   Of how many TDY staff that are here?

9  Q.   Yes, sir.

10 A.   Yes.

11 Q.   And how much is the starting pay for your

12      corrections officers?

13 A.   16.50.

14 Q.   Do you know that Target is starting people at $15

15      an hour?

16 A.   I'm sorry?

17 Q.   Did you know that Target -- You know the store,

18      Target?

19 A.   I do know Target.

20 Q.   Do you know Target is starting people at $15 an

21      hour?

22 A.   No, ma'am, I didn't know that.

23 Q.   My kid works there.  It's interesting.

24      Okay.  So you were talking about overtime.

25      Does Trousdale Turner have a mandatory overtime

```
 1       policy?
 2   A.  Yes, ma'am.
 3   Q.  Okay.  And what is the mandatory overtime policy?
 4   A.  We offer the overtime to staff that are on their
 5       days off -- or offered time for staff that are on
 6       their days off to come in and work and they can
 7       then work the posts that weren't necessarily filled
 8       for that day.
 9   Q.  Okay.  And it's called "mandatory," so do they have
10       a choice?
11   A.  They do.
12   Q.  Okay.  So why is it called "mandatory"?
13   A.  You said it.
14   Q.  You've never heard it called mandatory overtime?
15   A.  Typically in a mandatory overtime we have some
16       staff that would be mandated to stay past their
17       normal hours.
18   Q.  Okay.  And have you had that happen at Trousdale
19       Turner since you've been warden?
20   A.  Yes, ma'am.
21   Q.  How often?
22   A.  I don't know.  It could be -- I don't know.  I'm
23       not sure.
24   Q.  Is it a pretty routine occurrence?
25   A.  You know, "routine," I hate to use that word, but
```

```
1          it has happened.
2    Q.    Are there documents somewhere reflecting how often
3          mandatory overtime has been in place since you've
4          been warden?
5    A.    Yes, in the staffing patterns -- I mean the shift
6          rosters.  Excuse me, shift rosters.
7    Q.    In the shift rosters?
8    A.    Uh-huh.
9    Q.    I think for a period of time before you started it
10         was mandatory overtime pretty much all the time,
11         consecutively for a while.  Is that how it's been
12         since you've been there?
13               MR WELBORN, III:  Object to the form.
14   A.    I can't talk about before I was here.
15   Q.    (BY MS. HERZFELD)  I'm asking about since you've
16         been there.
17   A.    No, I don't -- Not necessarily, no, ma'am.  I
18         wouldn't say that it's all the time.
19   Q.    More than four days a week?
20   A.    It varies.  You know, some weeks are different than
21         other weeks; some days are different than other
22         days.
23   Q.    Okay.
24               MS. HERZFELD:  Joe, I'll get with you
25         after we're done with this deposition, but I'm
```

```
1        going to have to ask to have a bunch of our stuff
2        supplemented because he can't seem to answer the
3        questions on it, so I'm going to have to get those
4        documents.  We can talk about it afterwards.
5                  MR WELBORN, III:  Can't seem to answer
6        what?
7                  MS. HERZFELD:  Specific questions about
8        the overtime and how many times they've been locked
9        down and, you know, those specific things since
10       he's been there in July, so I'm just going to have
11       to update those docs.
12                 MR WELBORN, III:  We'll consider it once
13       we talk about it.
14                 MS. HERZFELD:  Okay, great.  Thank you.
15  Q.   (BY MS. HERZFELD)  Mr. Frink, we were talking about
16       the overtime.
17            Is there a maximum cap on how much overtime
18       someone can work, to your knowledge?
19  A.   Not to my knowledge, no, ma'am.
20  Q.   Okay.  And do you know how much overtime people
21       work, on average?
22  A.   Again, it varies.  You know, some people work very
23       little overtime; some people work more overtime.
24       If I had to average the numbers out, no, ma'am, I
25       don't know what that average is.
```

1    Q.    Okay.  Do you feel you have enough staff at

2          Trousdale Turner as the warden, sir?

3    **A.    We have some vacancies that I would like to not**

4    **have.  If we were in a perfect world, 100 percent,**

5    **then that would be what I would consider to be**

6    **enough.**

7    **So based on your question, I would like to**

8    **have a few more staff, yes.**

9    Q.    Okay.  A "few more" meaning how many more?  How

10         many more do you think you need?

11   **A.    I could certainly use about 15 or 20, for sure.**

12   Q.    Okay.  Do you know what the average starting salary

13         is for someone in your area in a job outside of

14         Trousdale?

15   **A.    I do not, no, ma'am.  I just know what we start at.**

16   Q.    Okay.

17   **A.    I know what the state of Tennessee starts at.**

18   Q.    What do they start at?

19   **A.    Well, I say I know that.  I know it's less than**

20   **what we start at.  I think it's 15-something an**

21   **hour, and we're at 16.50.  If I'm not mistaken it**

22   **could be 15.25, but, again, I could be wrong about**

23   **that, but I know it's 15-something.**

24   Q.    Okay.  And have you had any discussions with

25         Mr. Pleasant-Bey one-on-one?

**A.    No, ma'am.**

Q.    Have you ever spoken to him directly that you know
      of?

**A.    Yeah.  As I walk by him I say, "Good day" or "Good
      morning."**

Q.    Okay.  Are you familiar at all with any of the
      grievances that Mr. Pleasant-Bey has filed in the
      past?

**A.    No.**

Q.    Okay.  And are you familiar with the grievance
      policy in place at Trousdale Turner right now?

**A.    I'm familiar.**

Q.    Okay.  And what happens if someone is told that
      their grievance is nongrievable, are they given
      options for appeal?

**A.    Yes, ma'am, to my knowledge they are.**

Q.    Okay.  And what is -- what is that information that
      they are given about appeal of a grievance that's
      been determined to be nongrievable?

**A.    From my understanding they can grieve it to the
      TDOC facility or the TDOC supervisors.**

Q.    Okay.  And do you know how it is that they are
      informed of that information?

**A.    No, ma'am.**

Q.    Okay.  Do you know if it's in writing?

```
1   A.   I just said, no, ma'am, I don't.

2   Q.   Okay.  So that's your understanding of what can

3        happen, but you don't if they are informed of that

4        in writing?

5   A.   Correct.

6   Q.   Okay.

7             MS. HERZFELD:  If you will hold on for

8        just one second for me.  We can go off the record.

9             (A discussion was held off the record.)

10            MS. HERZFELD:  Okay.  We're back on the

11       record.

12  Q.   (BY MS. HERZFELD)  Mr. Frink, can you hear me okay?

13  A.   Yes, ma'am.

14  Q.   Okay.  I just want to make sure that we've talked

15       about today everything you know regarding

16       Mr. Pleasant-Bey's incarceration at Trousdale.

17          Is there anything you know about his

18       incarceration at Trousdale that we've not discussed

19       today?

20  A.   I would say, no, ma'am.

21            MR WELBORN, III:  Object to the form.

22  Q.   (BY MS. HERZFELD)  Okay.  And it also says here

23       that you know about the customs, policies,

24       education, and training at Trousdale.  We haven't

25       really discussed that today.
```

```
1            What do you know about the customs, policy,
2      education, and training at Trousdale regarding
3      religious freedom rights of prisoners?
4   A. The training that is given to the staff, is that
5      what you're asking?
6   Q. I suppose.  It says that you know about the
7      customs, policy, education, and training at the
8      facility.  So I'm sorry to have to ask you, but I
9      don't know what that means.
10  A. I gotcha.
11           The only thing I can tell you, based on what
12      you're asking me, is that we offer a comprehensive
13      in-service -- pre-service training to all the staff
14      at the time of the hiring, and then there's a
15      yearly in-service that's given where we go over a
16      lot of different topics, of which security and, you
17      know, education is all given.
18           But if you're asking about just the education
19      of the staff, then I wouldn't.
20  Q. Okay.  Have we talked at all -- we talked about all
21      the religious policies that you know regarding
22      Muslim inmates.
23           Is there anything else that I'm not aware of
24      that we haven't discussed today?
25  A. No, ma'am, not that I know of that you're not aware
```

```
 1        of.
 2   Q.   Okay.  And what about specific customs, policies,
 3        education or training about insufficient staff at
 4        Trousdale?  Is there any education, custom or
 5        policy about what to do with the lack of staff?
 6   A.   No.  We have safety and security procedures where
 7        we discuss being safe and secure, but nothing that
 8        specifically says lack of staff, no.
 9   Q.   Okay.  And have we discussed everything you know
10        today about the allegations in this lawsuit?
11             Is there anything you know at all about the
12        allegations in this lawsuit that we haven't talked
13        about today?
14   A.   No, ma'am, I don't think so.
15   Q.   Okay.  Then I don't think I have any more questions
16        for you.  Thank you so much, Warden.
17   A.   Thank you, ma'am.
18                  MR WELBORN, III:  No questions.
19                  MS. HASHEMIAN:  No questions.  Thank you.
20                  MR WELBORN, III:  Thanks, Warden.
21                  MS. HERZFELD:  Okay.  Thanks so much.
22                  Joe, I'll follow up with you.
23                  MR WELBORN, III:  All right.
24             (The signature of the witness was waived
25        and the deposition was adjourned at 2:21 p.m.)
```

## REPORTER'S CERTIFICATE

STATE OF TENNESSEE  )
COUNTY OF MAURY      )


        I, **MARTA G. HARRA, LCR #468 and CCR #0317**,
a licensed court reporter in and for the State
of Tennessee, do hereby certify that I recorded
to the best of my skill and ability by machine
shorthand all the proceedings in the foregoing
transcript, and that said transcript is a true,
accurate, and complete transcript of my
shorthand notes.


        I further certify that I am not related to
nor an employee of counsel or any of the
parties connected with the action, nor am I in
any way financially interested in the outcome
of this case.


        I further certify that I am duly licensed by
the Tennessee Board of Court Reporting as a
Licensed Court Reporter as evidenced by the LCR
number and expiration date following my name below.


        SIGNED this 7th day of NOVEMBER 2021.




                    _Marta G Harra, LCR, CCR_
                    **MARTA G. HARRA**
                    _Licensed Court Reporter #468_
                    _Certified Court Reporter #0317_
                    Expiration Date: 6/30/2022

**MR WELBORN, III:**
**[18]** 15/19 16/11 18/4
18/12 27/16 32/1 34/24
39/5 41/13 41/17 41/22
50/12 51/4 51/11 54/20
56/17 56/19 56/22
**MS. HASHEMIAN: [1]**
56/18
**MS. HERZFELD: [9]**
23/15 23/18 30/16
50/23 51/6 51/13 54/6
54/9 56/20
**THE REPORTER: [1]**
23/17

**$**

**$15 [2]** 48/14 48/20

**0**

**0037 [1]** 1/13
**00486 [1]** 1/4
**0317 [1]** 1/15 57/5
57/21

**1**

**100 percent [1]** 52/4
**11/11/1964 [1]** 4/18
**12:00 p.m [1]** 43/8
**15 [2]** 46/11 52/11
**15-something [2]**
52/20 52/23
**15.25 [1]** 52/22
**16 [1]** 1/11 3/5
**16.50 [2]** 48/13 52/21
**1700 [1]** 2/4
**1964 [1]** 4/18
**1983 [1]** 6/17
**1:00 [1]** 1/10
**1:40 [1]** 30/19
**1:45 [1]** 30/20

**2**

**20 [1]** 52/11
**200 [1]** 1/19
**2000 [1]** 6/17
**2010 [1]** 6/15
**2011 [1]** 6/15
**2014 [1]** 8/4
**2015 [1]** 8/4
**2021 [7]** 1/11 3/6 5/1
5/4 5/5 5/7 57/17
**2022 [1]** 57/22
**20th [1]** 1/23
**222 [2]** 1/12 2/4
**223 [1]** 1/19
**23 [2]** 42/22 43/5
**25 [1]** 8/2
**2:21 [1]** 56/25

**3**

**315 [1]** 1/23
**340M [1]** 1/12
**37201 [2]** 1/13 2/4

**37203 [1]** 1/20
**37243 [1]** 1/24
**38 [3]** 34/10 35/12 42/1
**38-plus [1]** 34/10
**3:19-CV-00486 [1]** 1/4
**3M [1]** 6/4

**4**

**468 [3]** 1/14 57/5 57/21
**482-0037 [1]** 1/13

**5**

**50 [1]** 38/8

**6**

**6/30/2022 [1]** 57/22
**615 [1]** 1/13

**7**

**75 percent [1]** 36/20
**7th [1]** 57/17

**8**

**8:00 a.m [1]** 43/7

**A**

**a.m [2]** 30/19 43/7
**A.W [2]** 13/24 13/24
**ability [1]** 57/7
**able [4]** 27/22 30/1
30/4 42/8
**about [101]**
**accommodate [3]**
31/24 31/24 32/7
**accommodations [1]**
26/25
**account [1]** 31/2
**accurate [1]** 57/8
**action [1]** 57/11
**activity [1]** 35/15
**acts [2]** 12/21 12/23
**additional [1]** 19/24
46/25
**address [3]** 32/14
32/18 33/3
**addressing [1]** 37/6
**adequate [1]** 47/3
**adjourned [1]** 56/25
**advance [1]** 10/6
**affirmed [1]** 18/9
**after [4]** 4/2 14/8 14/12
50/25
**afternoon [2]** 4/9 43/8
**afterwards [1]** 51/4
**ag.tn.gov [1]** 1/24
**again [13]** 22/8 24/13
28/21 29/22 35/2 35/9
36/7 42/23 43/14 44/5
46/13 51/22 52/22
**against [3]** 11/9 14/16
29/8
**ago [4]** 8/1 8/2 9/6
47/19
**agree [1]** 25/17
**agreed [1]** 3/12

**agreement [1]** 25/21
**Ah [1]** 8/17
**ahead [1]** 28/7
**aids [2]** 8/21 8/22
**al [1]** 1/5
**alcohol [3]** 20/12 21/2
21/10
**all [27]** 3/6 3/9 22/16
26/8 27/10 28/14 28/18
28/21 30/6 33/19 37/16
42/11 45/21 46/14
46/15 46/15 47/13
50/10 50/18 53/6 55/13
55/17 55/20 55/20
56/11 56/23 57/7
**allegations [4]** 12/8
12/11 56/10 56/12
**allow [1]** 26/18
**allowed [2]** 21/5 26/14
**allowing [1]** 42/2
**already [4]** 18/6 18/8
33/8 44/10
**also [7]** 7/6 10/22
13/15 22/24 42/6 47/22
54/22
**alternate [1]** 43/10
**always [1]** 18/20
**am [5]** 4/13 23/6 57/10
57/11 57/14
**Amendment [3]** 28/25
29/3 29/12
**amendments [1]** 29/5
**amount [1]** 41/7
**another [2]** 43/9 44/16
**answer [6]** 9/12 16/15
36/13 41/10 51/2 51/5
**any [36]** 10/6 15/13
16/7 16/17 20/10 20/25
22/10 24/10 25/24
25/25 26/5 26/19 29/7
31/3 31/19 32/4 32/5
32/10 32/13 32/17 33/1
33/1 33/4 37/21 38/21
39/4 39/11 40/12 40/12
47/12 52/24 53/6 56/4
56/15 57/11 57/12
**anybody [6]** 10/1 10/4
10/16 13/19 26/3 30/17
**anybody's [1]** 45/18
**anyone [4]** 25/24 32/10
32/13 37/21
**anything [12]** 10/13
11/10 11/12 11/18
17/11 22/18 24/14 25/6
26/13 54/17 55/23
56/11
**anywhere [1]** 16/4
18/15 25/22
**apparently [1]** 23/14
**appeal [2]** 53/15 53/18
**APPEARANCES [2]**
1/17 2/1
**approach [1]** 32/25
**appropriate [1]** 16/11

**28/10 30/23**
**approve [1]** 28/19
**approved [1]** 24/24
**are [61]**
**area [4]** 20/16 22/14
43/9 52/13
**areas [1]** 41/4 43/19
43/22
**aren't [2]** 41/12 46/2
**around [7]** 8/4 9/25
15/2 24/23 33/11 40/19
42/16
**artifacts [1]** 12/17
**as [37]** 3/8 3/10 4/2 4/3
4/23 5/5 7/17 11/16
14/24 15/6 17/19 17/20
17/25 20/5 21/10 27/11
28/18 29/11 33/17
35/12 35/17 35/23
40/12 40/18 41/12 42/7
42/15 43/20 44/15 47/8
47/8 47/12 47/16 52/2
53/4 57/14 57/15
**ask [1]** 9/11 35/2 36/7
39/2 51/1 55/8
**asked [4]** 14/17 16/22
22/2 34/24
**asking [7]** 33/13 35/8
44/18 50/15 55/5 55/12
55/18
**aspect [1]** 42/10
**assesses [1]** 37/4
**assessment [2]** 28/15
29/3 29/12
**assigned [6]** 5/6 6/12
6/13 11/8 35/14 41/4
**assistant [3]** 13/21
13/22 16/20
**ASSOCIATES [1]** 1/12
**assure [1]** 39/20
**attending [1]** 18/20
**attorney [2]** 1/22 27/18
**attorney/client [1]**
27/18
**audio [2]** 23/10 30/15
**availability [1]** 20/22
**available [1]** 46/15
**Avenue [1]** 1/12 1/19
2/4
**avenues [1]** 33/3
**average [4]** 51/21
51/24 51/25 52/12
**aware [3]** 13/14 14/25
15/5 15/8 15/11 15/11
15/22 19/20 26/19
31/20 32/3 55/23 55/25
**aye [2]** 40/23 47/10

**B**

**back [6]** 19/11 23/10
30/1 43/10 46/12 54/10
**backing [1]** 35/8
**badly [1]** 23/3
**ban [1]** 28/19
**banned [7]** 27/8 27/11

**27/15 28/11 29/11
29/20 30/24
**based [6]** 28/22 35/5
37/5 37/8 52/7 55/11
**be [50]** 10/24 11/17
14/8 14/20 14/21 14/23
16/7 16/17 17/25 19/7
19/15 27/12 28/3 28/10
28/11 29/7 29/11 29/12
29/19 30/1 30/24 33/19
34/14 37/3 38/9 38/24
39/1 40/12 40/13 41/16
42/8 42/18 42/21 42/25
43/2 43/3 43/4 43/7
43/24 45/16 45/20
47/12 48/7 49/16 49/22
52/5 52/5 52/22 52/22
53/19
**because [21]** 10/22
14/21 15/2 16/25 17/2
19/7 20/11 22/13 25/14
30/3 33/17 36/8 37/18
39/1 40/4 42/16 44/5
44/10 46/22 47/9 51/13
**been [65]**
**before [14]** 1/11 5/10
6/25 9/13 14/8 14/10
18/8 28/14 28/23 30/21
33/8 45/21 50/9 50/14
**behalf [2]** 1/10 3/5
**behind [1]** 42/14
**being [4]** 3/12 7/17
10/16 11/16 11/24
13/10 18/23 19/14
26/14 27/8 27/11 30/4
31/23 56/7
**believe [3]** 15/15 24/6
25/5
**below [1]** 57/15
**best [1]** 57/7
**better [4]** 23/13 30/12
32/7 42/9
**between [2]** 21/22 35/9
**BEY [12]** 1/3 4/8 11/2
11/5 17/23 19/20 25/1
26/1 26/11 31/20 52/25
53/7
**Bey's [10]** 12/5 12/11
15/12 15/18 15/22 26/6
32/12 32/21 33/24
54/16
**birth [1]** 4/17
**bit [6]** 8/12 28/13 42/4
42/9 42/10 43/14
**blocks [1]** 43/16
**Board [1]** 57/14
**boat [1]** 10/24
**BOAZ [1]** 1/3
**book [1]** 27/12
**both [1]** 27/7
**BRANSTETTER [1]**
1/18
**break [4]** 9/8 9/9 9/11
9/13

**B**

**breaking [2]** 23/9 40/5
**BRIGGS [1]** 1/12
**bring [1]** 8/14
**bringing [1]** 33/2
**broken [3]** 23/6
**brought [3]** 14/10
14/17 47/23
**bsjfirm.com [1]** 1/20
**bunch [1]** 51/1
**Burger [1]** 26/24
**butlersnow.com [1]**
2/5

**C**

**call [7]** 10/2 10/19
10/22 20/17 30/2 44/13
44/24
**called [5]** 4/2 20/18
49/9 49/12 49/14
**came [5]** 25/3
**can [35]** 12/20 14/21
17/10 17/16 21/9 23/4
23/7 23/13 23/14 28/2
28/7 29/7 30/2 30/8
30/18 31/19 33/3 38/8
40/12 40/13 40/23 42/5
42/6 42/15 46/25 47/12
47/19 49/6 51/4 51/18
53/20 54/2 54/8 54/12
55/11
**can't [4]** 21/1 50/14
51/2 51/5
**cap [1]** 51/17
**capacity [3]** 5/22 7/18
7/19
**captain [1]** 6/20
**caption [1]** 5/12
**career [3]** 5/19 15/9
29/2
**case [7]** 4/8 7/2 8/22
14/9 25/8 42/25 57/12
**causing [1]** 42/17
**CCR [1]** 57/5
**cell [6]** 30/13 30/14
42/3 42/14 42/21 47/6
**cells [2]** 41/7 41/16
**Center [2]** 4/13 5/12
**certainly [1]** 52/11
**certificate [2]** 3/9 57/21
**Certified [3]** 1/15 3/13
57/21
**certify [3]** 57/6 57/10
57/14
**cetera [1]** 3/9
**chain [1]** 26/4
**chaplain [2]** 26/21 28/8
**chaplains [2]** 19/1 32/6
**choice [1]** 49/10
**chopped [1]** 23/6
**CIVIL [2]** 1/22 3/7
**claims [1]** 11/15
**classes [2]** 29/3 29/4
**classified [1]** 14/24

**classify [2]** 35/12
35/17
**clear [1]** 36/8
**client [1]** 27/18
**closed [1]** 43/7
**closer [1]** 8/15
**come [5]** 26/15 26/20
37/16 42/3 49/6
**communicated [1]**
38/14
**communication [1]**
27/19
**company [1]** 6/2
**complaints [3]** 11/23
32/10 32/13
**complete [1]** 57/8
**completed [1]** 3/16
**completion [1]** 12/15
**compliance [6]** 35/25
36/11 36/15 36/20 37/5
45/22
**complicated [1]** 8/17
**comply [1]** 31/25
**components [1]** 28/21
**comprehensive [1]**
55/12
**computer [2]** 30/15
30/16
**concern [12]** 19/12
19/13 19/14 19/16
19/22 21/2 21/7 21/11
21/22 23/1 29/18 45/15
**concerns [25]** 20/10
20/11 22/10 22/21
22/22 23/23 24/1 24/5
24/11 24/14 24/20 26/5
31/7 32/8 32/14 32/18
32/21 33/1 33/3 33/22
33/23 38/21 38/25 39/4
45/13
**connected [1]** 57/11
**connection's [1]** 8/14
**consecutively [1]**
50/11
**consider [5]** 14/20
14/21 34/14 51/12 52/5
**considered [1]** 29/12
**constitution [1]** 29/5
**constitutional [1]**
29/19
**context [1]** 31/1
**continue [2]** 39/7 39/9
**CONTINUED [1]** 2/1
**contract [7]** 35/20
35/25 36/12 37/6 46/8
46/16 46/20
**contracted [1]** 6/3
**contractor [2]** 5/25 6/1
37/4
**contractual [1]** 45/23
**control [2]** 41/5 42/9
**conversation [7]** 10/12
14/19 15/23 15/25 16/3
16/21 24/8

**conversations [2]** 14/1
39/3
**CoreCivic [8]** 2/2 5/16
5/18 14/14 22/4 26/3
37/10 37/21
**correct [17]** 5/2 5/15
13/18 18/12 19/6 21/24
24/19 26/12 33/7 35/19
36/6 36/18 36/18 40/7
41/13 44/20 54/5
**correctional [11]** 4/13
5/12 6/11 6/19 7/5
18/25 39/14 39/18
39/19 40/19 46/21
**corrections [10]** 5/19
5/22 6/5 6/7 6/8 7/18
7/22 25/25 34/11 48/12
**correctly [3]** 36/17
41/10 44/12
**could [13]** 10/9 19/14
29/11 30/12 31/3 31/7
34/21 42/24 45/20
49/22 52/11 52/22
52/22
**counsel [2]** 14/13
57/11
**counselor [1]** 6/11
**COUNTY [1]** 57/3
**couple [2]** 33/18
**course [2]** 10/19 12/20
**court [11]** 1/1 1/14
1/15 3/13 3/13 7/23
57/6 57/14 57/15 57/21
57/21
**covered [1]** 32/20
**create [1]** 46/25
**cup [6]** 20/15 20/23
21/1 21/17 21/19 21/22
**current [1]** 26/21
**currently [3]** 4/12
27/23 28/2
**custom [1]** 56/4
**customs [5]** 12/6 54/23
55/1 55/7 56/2
**cut [2]** 29/13 31/14
36/5
**cutting [4]** 23/2 23/2
24/12 29/22
**CV [1]** 1/4

**D**

**damage [1]** 37/5
**damages [3]** 36/23
37/1 37/11
**danger [1]** 31/4
**date [6]** 4/17 14/4
21/17 21/23 57/15
57/22
**dates [9]** 20/1 20/10
20/23 21/1 21/8 21/11
22/11 24/9 45/8
**day [5]** 42/22 46/2 49/8
53/4 57/17
**days [9]** 35/23 36/10

36/19 43/11 49/5 49/6
50/19 50/21 50/22
**Deaderick [1]** 1/23
**deals [5]** 26/25
**decide [1]** 14/11
**decision [11]** 16/9 16/9
16/20 18/6 18/7 18/9
20/3 20/7 25/15 25/16
28/23
**decisions [1]** 18/1
**Defendant [2]** 1/21 2/2
**Defendants [1]** 1/6
**deficient [1]** 45/25
**definitely [1]** 27/20
**denied [3]** 21/15 25/12
25/13
**Department [1]** 25/25
**depending [1]** 31/1
**depends [1]** 42/23
**deposed [2]** 7/6 10/16
33/17
**deposition [17]** 1/9 3/4
3/16 6/25 7/4 7/24 7/25
9/1 9/2 9/4 9/16 10/7
10/14 10/23 22/9 50/25
56/25
**describe [1]** 34/21
**described [1]** 20/21
**designated [2]** 22/15
**deter [1]** 14/22
**determination [3]** 13/8
13/20 14/12
**determined [2]** 13/15
53/19
**dial [1]** 30/8
**did [29]** 6/4 6/6 6/7
6/22 7/19 7/23 8/25 9/6
9/15 9/18 9/23 10/6
13/8 13/8 13/19 14/1
14/11 16/19 16/20 20/3
20/6 21/25 22/10 25/18
25/21 25/24 33/25
44/16 48/17
**didn't [11]** 5/6 6/6 10/9
10/20 16/1 16/1 16/14
18/14 28/1 45/24 48/22
**difference [2]** 21/21
35/9
**different [12]** 20/19
20/19 20/20 32/15
34/13 38/15 39/13
39/15 44/11 50/20
50/21 55/16
**difficulty [1]** 30/22
**Direct [2]** 2/11 4/4
**directly [1]** 53/2
**director [3]** 38/2 38/3
38/17
**disclosure [1]** 12/3
**discriminated [1]** 29/7
**discuss [4]** 13/19
22/15 25/19 56/7
**discussed [12]** 12/12
20/24 27/13 31/17

**discussing [2]** 14/13
32/6
**discussion [2]** 23/12
54/9
**discussions [2]** 25/24
52/24
**dismissed [1]** 8/24
**DISTRICT [2]** 1/1 1/1
**DIVISION [1]** 1/2
**divorce [2]** 7/3 7/8
**divorced [2]** 7/14 7/15
**do [87]**
**docs [1]** 51/11
**document [2]** 18/1
45/7
**documentation [2]**
16/8 45/16
**documented [1]** 45/10
**documents [3]** 10/6
50/2 51/4
**does [9]** 10/16 29/18
30/17 31/25 34/20
43/25 47/2 47/16 48/25
**doesn't [3]** 10/21 34/15
46/24
**doing [8]** 4/9 18/21
18/22 38/12 38/20
41/16 42/1 46/23
**don't [55]** 8/9 9/24
11/20 13/4 14/4 15/6
15/6 15/13 15/21 15/24
16/23 17/3 17/5 17/9
17/11 17/12 22/8 22/12
22/18 25/6 27/3 27/4
27/5 27/20 27/25 28/2
30/3 30/14 31/9 31/16
31/16 35/3 36/21 36/21
37/20 38/7 38/24 40/5
41/1 43/13 43/14 44/19
45/15 46/14 47/16 48/6
49/22 49/22 50/17
51/25 54/1 54/3 55/9
56/14 56/15
**done [4]** 10/13 48/1
48/2 50/25
**down [5]** 17/16 17/18
18/15 43/7 51/9
**dozen [1]** 38/8
**duly [2]** 4/3 57/14
**during [1]** 32/24

**E**

**earlier [4]** 18/10 42/17
44/18 47/12
**education [8]** 12/7
54/24 55/2 55/7 55/17
55/18 56/3 56/4
**effects [1]** 14/22
**efforts [1]** 31/23
**either [2]** 10/21 32/6
**electronic [1]** 14/22

**E**

else **[14]** 5/21 10/1 10/4 10/13 10/16 11/10 11/12 13/9 24/14 30/17 31/15 32/10 34/3 55/23
email **[2]** 16/4 17/6
employee **[1]** 57/11
employees **[3]** 39/16 39/17 39/19
encompasses **[1]** 40/1
enough **[5]** 37/19 41/1 41/3 52/1 52/6
entire **[1]** 5/18
entirety **[1]** 32/20
entitled **[1]** 12/13
Erin **[2]** 10/3 25/7
especially **[1]** 18/2
essential **[2]** 29/15
estimate **[1]** 38/8
et **[2]** 1/5 3/9
evaluated **[3]** 13/11 13/14 28/23
even **[3]** 28/1 28/1 39/14
events **[1]** 38/13
ever **[5]** 6/23 6/25 27/8 27/11 53/2
everyone's **[1]** 40/23
everything **[6]** 23/25 24/4 26/9 40/2 54/15 56/9
evidenced **[1]** 57/15
exact **[5]** 14/4 38/7 43/13 43/14 48/6
exactly **[1]** 44/19
Examination **[2]** 2/11 4/4
example **[1]** 45/19
examples **[1]** 34/21
except **[1]** 3/10
Excuse **[1]** 50/6
experience **[2]** 34/10 35/12
expiration **[1]** 57/15 57/22
expressed **[3]** 33/4 38/21 39/4
extent **[1]** 27/18
eyes **[1]** 19/4

**F**

F-R-I-N-K **[3]** 4/5 4/6 4/16
facilities **[4]** 34/16 35/11 35/13 47/23
facility **[33]** 4/23 4/24 5/16 6/23 8/19 13/12 15/10 29/21 30/25 33/4 34/6 34/22 35/4 35/6 35/11 35/18 35/24 39/18 39/20 39/24 40/4 40/5 41/22 43/11 43/20 43/25 45/11 46/8 46/22 46/24 47/4 53/21 55/8

fact **[3]** 14/19 15/6 16/8
fair **[1]** 43/24
fairly **[1]** 11/24
faith **[1]** 29/15
familiar **[3]** 53/6 53/10 53/12
feast **[7]** 12/2 19/21 22/11 22/23 24/8 24/11 24/15
feel **[2]** 33/25 52/1
feels **[3]** 12/13 12/18 12/21
felt **[4]** 11/16 11/17 11/25 19/23
fences **[1]** 14/23
few **[5]** 14/6 14/7 38/11 52/8 52/9
figure **[1]** 21/7
figuring **[1]** 28/13
filed **[2]** 33/8 53/7
filled **[2]** 46/2 49/7
financially **[1]** 57/12
find **[3]** 12/8 17/16 42/8
fine **[2]** 23/7 37/4
finish **[1]** 28/7
Fink **[1]** 4/5
first **[4]** 4/3 28/24 29/3 29/12
Fletcher **[1]** 26/24
Floor **[1]** 1/23
folks **[1]** 42/10
follow **[2]** 46/20 56/22
followed **[1]** 45/14
following **[1]** 57/15
follows **[1]** 4/3
food **[13]** 12/2 12/14 19/24 21/4 22/10 22/23 24/7 24/7 24/11 24/13 24/15 26/4 31/18
foregoing **[1]** 57/7
form **[17]** 3/10 15/20 16/12 18/5 18/13 27/17 32/2 34/25 39/6 41/14 41/18 41/23 43/12 44/1 45/10 50/13 54/21
formalities **[1]** 3/8
former **[1]** 33/17
forms **[1]** 16/7
forth **[1]** 43/10
four **[1]** 50/19
frame **[1]** 45/5
free **[1]** 41/21
freedom **[3]** 42/4 42/11 55/3
freezing **[1]** 23/5
frequently **[1]** 19/17
FRINK **[11]** 1/9 2/10 3/4 4/1 4/5 4/6 4/16 12/5 30/21 51/15 54/12
fruit **[6]** 20/2 20/11 21/12 21/15 21/17 21/22
fruits **[6]** 20/13 20/13 20/16 20/23 21/2 21/14

full **[2]** 4/15 45/22
fundamental **[1]** 29/11
further **[2]** 57/10 57/14

**G**

gang **[3]** 35/15 40/15 40/18
GATES **[1]** 2/3
gave **[3]** 7/24 9/1 36/13
GENERAL **[1]** 1/22
generally **[1]** 43/25
get **[6]** 5/6 21/25 30/1 39/2 50/24 51/3
getting **[4]** 7/14 7/15 27/18 40/24
give **[5]** 7/3 21/4 34/21 38/8 47/17
given **[12]** 6/25 12/4 18/19 20/14 20/14 21/14 29/1 53/14 53/18 55/4 55/15 55/17
giving **[1]** 9/3
gloves **[3]** 14/20 14/24 18/18
go **[5]** 21/5 28/7 29/25 54/8 55/15
going **[12]** 14/18 31/14 35/1 36/7 39/14 42/21 44/24 45/9 46/12 51/1 51/3 51/10
good **[10]** 4/11 6/2 9/7 17/25 23/19 27/3 27/7 46/11 53/4 53/4
got **[8]** 10/19 10/22 11/9 18/8 18/9 22/14 27/10 33/8
gotcha **[1]** 55/10
government **[1]** 6/3
great **[3]** 4/7 8/14 51/14
grew **[1]** 20/18
grievance **[3]** 53/10 53/14 53/18
grievances **[1]** 53/7
grieve **[1]** 53/20
group **[1]** 40/16
guards **[1]** 18/23
guess **[3]** 21/7 32/23 38/9

**H**

had **[37]** 5/3 7/3 7/13 7/22 11/13 14/15 14/18 14/25 15/3 15/23 16/3 19/20 21/3 22/20 22/22 23/20 23/23 24/8 24/17 28/24 30/21 32/5 32/13 32/25 33/14 33/21 35/15 37/10 37/21 38/16 39/3 45/21 45/25 47/25 49/18 51/24 52/24
hadn't **[2]** 45/21 45/22
half **[2]** 18/21 38/8
hand **[2]** 20/23 21/1

handed **[1]** 19/11
handing **[1]** 19/16
handle **[1]** 28/8
happen **[2]** 49/18 54/3
happened **[1]** 50/1
happens **[7]** 37/18 41/1 46/22 46/24 53/13
hard **[1]** 8/13
harder **[1]** 47/10
HARRA **[5]** 1/14 3/12 9/6 57/5 57/20
Hartsville **[1]** 4/14
has **[22]** 12/5 20/24 25/1 32/10 33/4 35/24 36/2 36/3 36/5 36/10 37/10 37/16 38/14 38/21 39/4 39/9 43/11 47/4 48/1 50/1 50/3 53/7
Hashemian **[1]** 1/23
hasn't **[1]** 45/14
hate **[3]** 38/9 38/23 49/25
have **[119]**
haven't **[4]** 37/19 54/24 55/24 56/12
having **[7]** 4/2 8/12 19/4 19/4 31/21 38/12 41/21
he **[29]** 11/6 11/13 11/16 11/16 11/16 11/17 11/25 12/12 12/13 12/13 12/18 12/18 12/20 12/21 13/2 13/2 14/15 14/25 16/25 19/23 33/3 33/4 33/25 34/2 38/21 39/1 39/4 39/9 51/2
he's **[10]** 11/8 11/9 13/1 13/4 13/5 16/25 17/2 42/16 42/23 51/10
head **[1]** 24/23
headgear **[7]** 12/18 22/25 24/18 24/21 24/22 25/11 31/18
hear **[8]** 6/6 10/9 16/14 23/4 23/13 30/4 30/12 54/12
heard **[7]** 20/20 27/8 27/11 32/9 32/10 37/2 49/14
hearing **[4]** 3/11 8/13 8/21 8/22
held **[2]** 23/12 54/9
help **[1]** 47/23
helps **[1]** 42/8
here **[11]** 5/6 5/7 11/8 12/8 13/10 30/9 33/14 37/13 48/8 50/14 54/22
hereby **[1]** 57/6
Herzfeld **[4]** 1/19 2/11 4/4 4/7
higher **[1]** 26/4
him **[9]** 9/18 11/7 11/10

11/12 31/24 32/24 32/25 53/2 53/4
hire **[1]** 38/19
hiring **[6]** 38/13 38/20 39/7 39/9 39/16 55/14
his **[11]** 8/9 11/4 11/15 11/21 11/23 19/20 31/24 33/3 38/23 38/25 54/17
history **[1]** 29/4
hold **[1]** 54/7
hooch **[3]** 20/17 20/18 21/10
hope **[1]** 19/8
horrible **[1]** 46/10
hour **[7]** 9/24 9/25 10/11 18/21 48/15 48/21 52/21
hours **[3]** 42/22 43/5 49/17
houses **[1]** 40/8
housing **[7]** 41/4 42/24 43/9 43/19 43/22 44/3 44/9
how **[38]** 4/9 4/22 8/1 8/22 9/23 15/5 15/21 16/20 19/13 20/14 25/3 30/18 31/23 34/12 34/21 35/23 36/10 36/19 38/5 43/11 44/9 44/23 45/1 45/8 45/17 45/25 48/5 48/8 48/11 49/21 50/2 50/11 51/8 51/17 51/20 52/9 52/9 53/22
huh **[7]** 11/5 12/16 31/5 37/17 40/14 41/9 50/8
Huh-uh **[1]** 37/17
human **[1]** 37/25

**I**

I'd **[4]** 17/16 38/9 38/23 45/6
I'll **[4]** 23/4 23/10 50/24 56/22
I'm **[38]** 4/10 6/6 7/1 7/11 8/12 8/17 10/9 12/8 16/14 17/9 21/7 22/17 23/3 28/4 29/23 30/3 30/9 30/14 32/3 35/1 35/1 36/4 36/7 40/24 44/6 44/24 45/9 46/12 48/16 49/22 50/15 50/25 51/3 51/10 52/21 53/12 55/8 55/23 I've **[13]** 13/14 17/12 20/19 26/18 29/1 32/9 32/9 32/25 34/13 35/14 36/21 37/2 37/13
ill **[1]** 2/3
imagine **[1]** 42/16
important **[4]** 39/8 39/17 39/19 40/22
in-service **[2]** 55/13

**I**

in-service... [1] 55/15
inappropriate [1]
 13/16
incarceration [3] 12/6
 54/16 54/18
include [1] 48/7
includes [1] 47/6
independently [3]
 13/13 16/10 18/10
information [4] 21/25
 24/10 53/17 53/23
informed [3] 25/5
 53/23 54/3
inmate [11] 8/6 8/11
 8/12 11/2 11/5 11/8
 27/23 28/3 40/12 42/14
 47/12
inmates [18] 20/12
 20/14 21/9 21/15 27/1
 29/20 32/7 40/1 40/9
 40/18 41/7 41/12 41/24
 42/5 47/6 47/13 47/15
 55/22
instances [1] 47/1
instead [2] 24/23 30/13
institution [5] 39/21
 39/22 46/21 47/2 47/20
institutions [1] 40/19
instructed [1] 14/15
insufficient [1] 56/3
insure [1] 47/4
interaction [1] 42/7
interested [1] 57/12
interesting [1] 48/23
involving [2] 7/13
 17/22
Iraq [3] 5/23 5/24 6/7
Iraqui [1] 6/12
is [109]
Islamic [1] 29/11
isn't [1] 18/11
issue [5] 17/23 19/19
 22/23 22/25 33/24
issues [12] 23/22
 23/23 26/1 26/10 31/19
 32/22 33/1 33/5 38/6
 40/15 40/16 40/17
it [116]
it's [34] 11/25 19/1
 20/15 20/20 21/17
 21/18 23/5 27/18 27/25
 28/5 30/15 30/16 30/23
 36/14 36/14 37/18
 38/11 39/11 39/12
 39/19 40/4 40/22 43/3
 44/17 45/5 47/9 48/23
 49/9 50/11 50/18 52/19
 52/20 52/23 53/25
item [1] 14/24
items [3] 12/14 19/24
 21/4
its [1] 45/23
itself [1] 43/25

**J**

Jacobs [1] 1/19
JENNINGS [1] 1/18
jeopardy [2] 31/4 31/8
job [4] 4/19 17/20
 39/11 52/13
jobs [2] 46/15 46/16
Joe [8] 9/17 25/5 25/7
 25/20 27/13 27/21
 50/24 56/22
Joe.Welborn [1] 2/5
Joseph [1] 2/3
July [8] 4/25 5/1 5/4
 5/7 33/6 33/16 35/18
 51/10
just [32] 7/23 7/25 9/1
 9/2 9/6 9/11 11/13
 12/12 12/24 14/7 15/23
 16/1 21/13 22/13 24/8
 25/20 26/18 27/1 27/21
 29/1 33/16 33/18 36/7
 38/19 44/13 46/3 51/10
 52/15 54/1 54/8 54/14
 55/18
JUSTICE [1] 1/22

**K**

keep [6] 17/19 40/4
 40/23 42/5 42/8 47/10
kid [1] 48/23
kind [9] 7/16 8/12 8/17
 23/8 44/5 44/12 44/13
 44/24 45/5
kitchen [1] 20/16
know [129]
knowledge [13] 7/13
 10/5 12/5 20/8 20/24
 22/16 22/20 23/21
 32/21 33/20 51/18
 51/19 53/16
known [1] 20/12
kufi [1] 24/24

**L**

lack [2] 56/5 56/8
landline [2] 30/10
 30/13
last [3] 14/5 14/5 14/7
lately [1] 45/14
Laughley [1] 38/4
Laughlin [2] 38/4 38/5
lawsuit [21] 7/5 8/3
 10/25 11/9 11/13 12/8
 12/11 14/16 15/1 15/4
 15/5 15/12 15/22 23/21
 25/8 26/6 26/10 33/8
 33/24 56/10 56/12
lawsuit's [1] 33/11
lawsuits [2] 15/8 15/11
LCR [2] 57/5 57/15
learn [2] 12/10
leather [3] 14/19 14/20
 18/18
leaving [1] 19/3

**LEE [5]** 1/9 2/10 3/4
 4/1 4/16
less [2] 47/9 52/19
let [3] 9/8 43/8 45/7
let's [3] 12/10 12/23
 42/20
level [4] 33/4 40/9 40/9
 43/2
levels [3] 37/22 38/22
 39/5
licensed [1] 1/14 3/13
 57/6 57/14 57/15 57/21
lieutenant [1] 6/19
like [22] 7/19 11/16
 12/1 12/13 12/14 12/17
 12/21 14/24 18/18 20/1
 20/23 21/1 21/3 21/24
 33/13 34/19 38/8 39/11
 43/2 46/11 52/3 52/7
limit [1] 20/13
liquidated [4] 36/23
 37/1 37/5 37/11
listening [1] 30/14
litigation [2] 17/22
 18/3
little [5] 8/12 28/13
 42/4 42/10 51/23
LLP [1] 2/3
located [1] 4/12
lockdown [12] 42/11
 42/21 42/21 43/3 43/12
 43/17 43/20 44/2 44/25
 45/11 45/11 45/18
lockdowns [1] 44/13
locked [1] 51/8
locking [2] 42/14 47/6
long [4] 4/22 8/1 9/23
 37/19
longer [2] 33/11 33/15
look [3] 28/1 28/21
 42/14
looking [2] 19/2 43/1
lot [11] 20/20 34/2 34/5
 34/13 35/15 35/16
 38/12 38/13 39/13
 40/19 55/16

**M**

ma'am [70]
machine [1] 57/7
made [19] 13/10 13/14
 14/25 15/5 15/8 15/10
 15/11 15/22 16/9 18/6
 18/8 19/19 20/7 25/15
 26/19 28/14 28/23
 31/20 31/23
maintain [4] 41/8 44/21
 46/20 47/20
maintained [1] 47/5
major [2] 6/20 21/11
make [13] 13/8 14/12
 20/12 21/10 21/13
 22/13 22/15 30/18 36/8
 41/9 41/11 47/7 54/14

makes [1] 8/17
making [3] 13/20 18/1
 21/2
managing [3] 38/1
 38/3 38/16
mandated [1] 49/16
mandatory [8] 48/25
 49/3 49/9 49/12 49/14
 49/15 50/3 50/10
many [12] 31/23 35/23
 36/10 36/19 43/11 45/8
 46/23 48/5 48/8 51/8
 52/9 52/10
MARTA [4] 1/14 3/12
 57/5 57/20
MARTIN [6] 1/9 2/10
 3/4 4/1 4/16 12/4
matter [1] 15/6
Matthew [1] 1/19
MAURY [1] 57/3
maximum [1] 51/17
may [8] 3/14 5/5 5/9
 17/2 17/3 21/12 22/17
 43/2
maybe [6] 8/13 8/15
 14/6 22/25 29/25 33/14
McCloud [2] 13/24
 17/2
me [25] 9/8 10/19
 10/21 13/10 23/4 23/13
 25/5 25/6 25/17 27/20
 30/4 30/12 32/25 33/5
 33/13 34/21 34/24 38/8
 38/24 45/8 45/17 50/6
 54/8 54/12 55/12
mean [14] 6/8 7/17
 7/18 28/16 39/11 39/23
 40/17 40/22 42/1 42/2
 43/18 45/5 47/12 50/5
meaning [1] 52/9
means [1] 55/9
measure [2] 34/8 34/12
measures [2] 47/4
 47/18
Medical [1] 8/21
medium [4] 40/10
meet [2] 9/15 9/18
meeting [2] 16/19
 25/18
meetings [5] 32/5 32/5
 32/13 37/21 38/16
memorialize [1] 25/21
memorialized [1] 16/4
mess [1] 10/18
met [1] 38/5
middle [2] 1/1 10/20
might [6] 10/24 17/14
 17/15 29/19 43/7 43/20
military [1] 5/24
minimum [4] 35/21
 35/25 37/9 40/10
minute [3] 9/6 10/22
 47/19
minutes [2] 18/22

19/10
Mississippi [2] 5/13
 5/14
mistaken [1] 52/21
mixed [1] 21/19
modified [2] 43/8
 45/11
modify [1] 41/6
monitor [1] 41/8
Montana [2] 7/5 8/3
month [1] 14/6
monthly [1] 37/19
months [1] 45/19
more [16] 11/18 35/15
 35/16 41/15 42/4 42/11
 43/17 44/18 47/17
 50/19 51/23 52/8 52/9
 52/9 52/10 56/15
morning [1] 53/5
most [2] 14/6 42/15
mouth [1] 38/23
movement [4] 41/6
 41/21 42/4 43/4
moving [2] 41/12 42/16
Mr [1] 30/21
Mr. [24] 4/5 4/8 9/17
 9/18 10/12 15/12 15/18
 15/22 19/13 19/20 25/1
 26/1 26/6 26/11 31/20
 32/12 32/21 33/24 38/5
 51/15 52/25 53/7 54/12
 54/16
Mr. Fink [1] 4/5
Mr. Frink [2] 51/15
 54/12
Mr. Laughlin [1] 38/5
Mr. Pleasant-Bey [9]
 4/8 17/23 19/20 25/1
 26/1 26/11 31/20 52/25
 53/7
Mr. Pleasant-Bey's [8]
 15/12 15/18 15/22 26/6
 32/12 32/21 33/24
 54/16
Mr. Welborn [3] 9/17
 9/18 10/12
Ms [3] 2/11 4/4 10/12
Ms. [1] 9/6
Ms. Harra [1] 9/6
much [10] 23/8 41/12
 45/25 47/16 48/11
 50/10 51/17 51/20
 56/16 56/21
Muslim [6] 11/22 19/21
 27/1 29/15 32/7 50/6
my [30] 4/7 10/5 10/18
 11/2 12/13 15/9 19/23
 20/24 22/2 22/2 23/10
 25/2 25/12 27/25 29/1
 30/3 34/10 35/8 35/16
 38/1 38/1 46/4 46/18
 48/23 51/19 53/16
 53/20 57/7 57/8 57/15

Case 3:22-cv-00093   Document 33-11   Filed 05/04/22   Page 61 of 65 PageID #: 1576
Marta G. Harra, LCR, CCR  (931) 626-4952
(4) in-service... - name

**N**

named [1] 5/5
names [1] 20/19
NASHVILLE [5] 1/2 1/13 1/20 1/24 2/4
nature [2] 7/7 11/14
necessarily [5] 42/18 42/23 43/4 49/7 50/17
necessary [2] 46/3 46/9
need [10] 9/8 9/9 9/11 19/23 29/25 39/7 41/5 44/17 46/14 52/10
needed [1] 12/1
needs [2] 12/19 31/25
never [4] 33/4 36/14 36/14 49/14
next [1] 33/21
Nikki [1] 1/23
nikki.hashemian [1] 1/24
no [73]
noncompliance [1] 37/9
none [1] 29/9
nongrievable [2] 53/14 53/19
normal [3] 24/24 45/13 49/17
normally [4] 28/6 28/6 28/8 45/12
North [1] 1/12
not [91]
notes [1] 57/9
nothing [2] 7/22 56/7
notice [1] 3/8
notified [2] 14/8 14/10
November [3] 1/11 3/5 57/17
now [6] 18/4 23/4 23/13 32/20 44/17 53/11
number [6] 38/7 43/13 43/15 47/3 48/6 57/15
numbers [2] 37/25 51/24

**O**

oath [1] 39/2
Object [13] 15/20 16/12 18/5 18/13 27/17 32/2 34/25 39/6 41/14 41/18 41/23 50/13 54/21
objections [1] 3/10
observed [1] 18/23
occasionally [1] 44/21
occupied [1] 42/6
occurrence [1] 49/24
off [10] 12/24 19/11 23/10 23/12 29/25 31/14 49/5 49/6 54/8 54/9
offer [3] 47/21 49/4

55/12
offered [1] 49/5
OFFICE [1] 1/22
officer [1] 6/19
officers [1] 48/12
officially [1] 5/6
often [9] 38/5 43/17 44/18 44/23 45/1 45/6 45/17 49/21 50/2
Oh [18] 8/2 9/24 10/21 15/15 17/7 17/17 22/2 23/4 24/2 26/14 32/11 34/7 34/16 36/21 37/25 38/7 43/13 43/24
okay [189]
once [1] 51/12
one [14] 7/4 10/11 14/16 15/2 15/17 27/2 29/14 30/23 34/20 35/16 44/16 52/25 52/25 54/8
one-hour [1] 10/11
one-on-one [1] 52/25
ongoing [1] 32/5
only [4] 15/11 15/17 21/9 55/11
opinion [4] 22/2 22/2 22/5 35/17
opportunities [1] 47/22
opportunity [1] 47/17
options [1] 53/15
order [3] 30/1 40/3 46/17
other [26] 8/3 10/11 12/11 12/14 15/8 15/11 19/19 20/23 21/2 21/12 21/14 22/10 22/11 24/10 31/19 33/1 35/11 35/14 39/3 39/11 41/17 44/3 44/9 47/23 50/21 50/21
others [5] 15/13 22/4 22/7 30/25 34/19
our [1] 51/1
out [19] 12/9 20/13 21/1 21/7 23/2 23/2 24/13 27/10 28/14 29/10 29/13 29/22 32/24 36/5 40/5 41/16 42/3 47/24 51/24
outcome [1] 57/12
outside [2] 4/14 52/13
over [14] 9/19 9/24 13/22 13/24 13/25 16/25 16/25 17/2 17/5 17/6 23/4 30/2 46/12 55/15
oversees [1] 13/21
overtime [15] 47/21 48/24 48/25 49/3 49/4 49/14 49/15 50/3 50/10 51/8 51/16 51/17 51/20 51/23 51/23

own [3] 14/12 14/12 16/10

**P**

p.m [4] 1/10 30/20 43/8 56/25
PAGE [1] 2/10
pair [6] 11/25 12/18 22/22 23/24 24/1 24/5
paperwork [2] 16/17 17/19
Parks [1] 1/19
part [3] 17/19 28/8 42/15
participate [1] 21/5
particular [8] 15/14 18/2 22/19 24/22 43/19 43/22 45/18 46/2
particularly [1] 20/11
parties [1] 57/11
past [5] 28/16 28/23 45/19 49/16 53/8
pattern [1] 45/23
patterns [1] 52/5
pay [2] 37/10 48/11
payment [2] 36/24 37/1
peach [1] 21/19
pear [1] 21/19
pending [1] 9/12
people [18] 7/14 13/23 19/3 31/3 31/7 37/25 38/15 39/3 39/15 40/5 40/22 42/9 47/9 48/14 48/20 51/20 51/22 51/23
percent [2] 36/20 52/4
perfect [1] 52/4
period [4] 44/14 44/15 47/7 50/9
permitted [3] 13/1 13/4 13/5
person [4] 9/18 17/5 17/7 19/12
personal [3] 7/19 7/20 7/20
perspective [1] 13/17
ph [1] 38/4
phone [7] 8/15 9/19 10/19 10/22 17/6 30/13 30/14
piece [1] 19/13
pieces [1] 19/13
place [6] 8/16 41/6 43/3 43/20 50/3 53/11
plaintiff [5] 1/4 1/10 1/18 3/5 4/8
play [1] 19/13
PLEASANT [22] 1/3 4/8 11/2 11/5 12/5 12/11 15/12 15/18 15/22 17/23 19/20 25/1 26/1 26/6 26/11 31/20 32/12 32/21 33/24 52/25 53/7 54/16

PLEASANT-BEY [3] 1/3 11/2 11/5
Pleasant-Bey's [2] 12/5 12/11
please [1] 44/7
PLLC [1] 1/18
plus [1] 34/10
pod [5] 41/5 44/14 44/14 44/16 45/18
policies [5] 12/6 32/18 54/23 55/21 56/2
policy [7] 14/11 49/1 49/3 53/11 55/1 55/7 56/5
Polly [1] 10/12
portion [1] 44/1
position [12] 4/22 6/18 25/22 46/1 46/4 46/7 46/8 46/9 46/10 46/14 46/18 46/19
positions [1] 46/1
possibly [1] 19/15
posts [1] 49/7
potential [1] 40/15
practice [2] 18/1 19/7
prayed [1] 19/10
prayer [2] 18/22 18/22
pre [1] 55/13
pre-service [1] 55/13
precious [2] 30/4 30/5
predated [2] 25/16 25/17
preparation [1] 22/9
prepare [1] 10/13
present [3] 13/7 35/23
presents [1] 25/14
pretty [3] 7/1 49/24 50/10
previous [1] 20/8
prior [3] 5/3 5/9 13/10
prison [3] 8/6 8/8 21/15
prisoner [4] 8/10 8/19 18/2 40/12
prisoners [9] 19/3 28/20 30/24 40/11 41/22 42/2 47/10 47/11 55/3
prisons [6] 6/9 6/10 6/12 20/18 34/13 35/14
private [1] 6/2
probably [5] 8/2 14/5 14/5 14/7 42/14
problem [2] 19/18 39/12
Procedure [1] 3/7
procedures [1] 56/6
proceedings [1] 57/7
process [1] 45/14
programs [1] 13/22
prompted [1] 14/14
protective [1] 44/9
provided [1] 46/16
prudent [1] 38/24

public [2] 29/8 29/21
purchase [4] 27/15 28/11 28/20 29/20
purchased [3] 27/12 27/23 28/3
purpose [2] 41/20 42/2
purposes [1] 3/6
put [8] 12/23 19/10 20/22 21/1 23/10 31/3 31/7 38/23

**Q**

quarterly [1] 37/18
question [15] 6/2 9/12 24/2 27/3 35/2 35/5 35/8 36/7 38/14 41/24 44/5 44/6 46/10 46/12 52/7
questions [9] 3/10 5/13 33/13 39/2 51/3 51/7 56/15 56/18 56/19
quint [1] 29/15
quite [3] 16/2 19/17 43/14
Quran [14] 27/8 27/10 27/11 27/15 27/22 28/2 28/11 28/19 29/10 29/14 31/8 31/10 31/11 31/17

**R**

raisin [1] 21/18
raisins [2] 20/1 21/11
Ramadan [2] 12/15
ran [1] 6/10
rank [2] 34/15 34/20
ranks [2] 34/17 34/18
re [2] 16/9 20/3
re-review [1] 20/3
re-reviewed [1] 16/9
read [3] 25/8 31/10 31/11
reading [1] 3/15
really [6] 10/15 10/21 11/11 23/3 45/24 54/25
reason [1] 20/25
rec [1] 42/3
recall [1] 17/4
recently [1] 14/4
recess [1] 30/19
record [6] 23/12 23/17 29/25 54/8 54/9 54/11
recorded [1] 57/6
records [1] 48/7
recreation [2] 41/16 41/21
recruiters [1] 38/1
recruiting [1] 38/12
reevaluate [1] 14/11
reevaluating [1] 14/2
reflecting [1] 50/2
regarding [2] 12/5 18/2 54/15 55/2 55/21
related [1] 57/10

**R**

**religion [2]** 11/21 17/1
**religions [1]** 29/7
**religious [24]** 11/3
11/3 11/15 12/17 12/25
13/21 13/25 17/1 18/20
19/1 21/6 22/21 23/23
24/18 24/21 26/1 26/10
28/9 30/24 31/19 31/25
32/22 55/3 55/21
**remember [11]** 8/9
15/6 15/7 15/24 16/2
16/23 17/9 22/12 22/18
31/16 44/19
**repeat [4]** 10/9 41/24
44/5 44/6
**reporter [8]** 1/14 1/15
3/13 3/14 57/6 57/15
57/21 57/21
**REPORTER'S [1]** 57/1
**Reporting [1]** 57/14
**represent [1]** 4/7
**request [3]** 13/12 14/2
25/11
**requested [2]** 21/12
25/1
**requirement [1]** 37/6
**requirements [5]** 35/21
36/1 36/11 36/15 37/21
**reserved [1]** 3/11
**resolved [1]** 8/23
**resources [1]** 38/1
**restaurants [1]** 39/15
**restrictive [2]** 42/24
44/3
**review [2]** 10/6 20/3
**reviewed [1]** 16/9
**right [23]** 9/5 10/19
17/23 18/11 19/5 21/16
26/8 28/18 29/16 30/9
33/12 35/21 39/23 40/6
40/21 40/24 41/17 44/9
44/13 44/16 47/14
53/11 56/23
**rights [1]** 55/3
**risk [4]** 13/7 13/11
14/21 25/14
**room [2]** 19/3 19/3
**Rosa [1]** 1/19
**rosters [3]** 50/6 50/6
50/7
**rotate [1]** 43/24
**roughly [1]** 10/11
**rounds [1]** 32/25
**routine [2]** 49/24 49/25
**roving [2]** 44/13 44/24
**rules [2]** 3/7 9/3
**run [1]** 46/17

**S**

**safe [7]** 12/21 19/7
33/25 46/20 47/7 47/20
56/7
**safely [1]** 46/17

**safety [24]** 11/4 12/23
13/7 13/11 13/16 19/12
19/13 19/14 21/22
22/21 23/22 25/14 31/2
31/6 32/1 33/22 33/23
39/20 40/24 42/9 42/15
44/21 47/4 56/6
**said [24]** 8/11 12/14
18/7 19/19 21/3 21/10
22/20 22/22 22/24
23/23 24/12 28/22
29/24 33/25 34/2 34/19
36/5 40/13 44/12 45/21
46/10 49/13 54/1 57/8
**salary [1]** 52/12
**same [6]** 7/17 10/24
14/24 15/2 23/6 35/17
**sanitary [1]** 19/16
**sanitized [1]** 19/15
**say [25]** 15/19 17/13
26/12 29/9 31/15 32/9
34/8 35/5 38/10 38/25
40/17 41/3 42/13 43/13
43/16 43/18 44/20
44/23 45/6 45/9 47/11
50/18 52/19 53/4 54/20
**saying [4]** 18/17 22/17
23/3 35/10
**says [5]** 12/3 13/2
54/22 55/6 56/8
**scattered [1]** 23/5
**Sean [1]** 26/24
**second [5]** 1/12 2/4
12/24 30/1 54/8
**SECTION [1]** 1/22
**secure [6]** 40/4 40/4
41/5 43/9 46/21 56/7
**securely [1]** 46/17
**security [19]** 13/12
13/24 14/21 17/2 21/22
31/2 31/7 32/1 39/20
40/9 40/16 41/8 42/10
42/15 44/22 47/5 47/20
55/16 56/6
**see [5]** 19/14 23/7
32/14 32/23 39/15
**seeing [1]** 23/8
**seem [2]** 51/2 51/5
**separately [1]** 16/24
**sergeant [1]** 6/19
**service [4]** 19/1 55/13
55/13 55/15
**services [3]** 11/4 18/20
21/6
**setting [2]** 29/8 42/6
**several [1]** 33/2
**share [1]** 22/4
**shift [4]** 44/15 50/5
50/6 50/7
**shock [1]** 14/22
**short [1]** 41/11
**shorthand [2]** 57/7
57/9
**should [2]** 8/14 11/7

45/16
**side [1]** 12/24
**signature [1]** 56/24
**SIGNED [1]** 57/17
**signing [1]** 3/15
**since [20]** 4/25 13/12
33/6 33/16 35/18 35/23
36/9 36/16 36/20 37/11
37/13 38/10 43/12
45/24 48/2 49/19 50/3
50/12 50/15 51/9
**singling [1]** 29/10
**sir [9]** 16/14 28/25
31/12 36/3 44/4 45/2
46/5 48/9 52/2
**sit [1]** 8/16
**situation [3]** 7/13 31/3
43/1
**situations [1]** 40/23
**six [1]** 45/19
**skill [1]** 57/7
**so [71]**
**social [1]** 42/7
**socks [20]** 11/25 12/18
13/2 13/16 14/3 14/17
14/20 14/23 16/10
17/23 18/17 18/19 19/9
19/11 19/17 22/22
23/24 24/1 24/5 31/18
**some [30]** 12/2 12/14
12/14 12/17 12/18 20/1
20/15 21/21 22/23
22/25 31/6 34/19 34/20
34/21 40/18 42/3 43/12
43/16 44/1 44/1 45/10
45/13 47/21 47/22
49/15 50/20 50/21
51/22 51/23 52/3
**somebody [4]** 14/13
19/2 19/4 19/17
**somebody's [1]** 45/17
**someone [8]** 13/9
18/19 19/9 25/18 42/20
51/18 52/13 53/13
**something [19]** 11/3
11/4 11/25 12/1 12/21
17/13 17/15 20/1 24/12
24/13 24/22 24/25
26/14 29/13 29/23 30/3
31/15 52/20 52/23
**sometimes [1]** 18/25
20/17 40/11 47/5
**somewhere [5]** 45/7
45/10 45/16 48/7 50/2
**sorry [9]** 6/6 7/11 8/18
10/9 16/14 35/1 36/4
48/16 55/8
**sort [2]** 21/21 43/16
**South [1]** 2/4
**speak [3]** 9/15 9/23
26/4
**speaking [1]** 19/6
**specific [7]** 11/18
11/23 41/7 45/8 51/7

51/9 56/2
**specifically [2]** 21/5
56/8
**speculate [1]** 27/5
**spend [1]** 28/13
**spending [1]** 41/15
**spoke [3]** 16/22 42/17
43/5
**spoken [1]** 53/2
**stabbings [1]** 35/16
**staff [30]** 10/18 18/25
39/7 39/9 39/12 39/23
40/1 40/3 41/2 41/3
41/4 41/11 44/15 47/8
47/15 47/16 47/21
47/23 48/8 49/4 49/5
49/16 52/1 52/8 55/4
55/13 55/19 56/3 56/5
56/8
**staffing [16]** 35/21
36/1 36/11 36/15 37/9
37/22 38/6 38/17 38/21
39/5 43/2 45/23 45/23
46/25 47/3 50/5
**stand [1]** 25/11
**stands [1]** 26/17
**start [6]** 12/10 23/4
46/12 52/15 52/18
52/20
**started [3]** 10/23 29/22
50/9
**starting [4]** 48/11
48/14 48/20 52/12
**starts [1]** 52/17
**state [8]** 1/5 1/21 1/22
3/14 5/23 52/17 57/3
57/6
**STATES [3]** 1/1 39/13
40/20
**stay [1]** 49/16
**still [3]** 23/16 47/5
47/19
**stop [1]** 35/1
**store [1]** 48/17
**story [1]** 57/1
**STRANCH [1]** 1/18
**Street [1]** 1/23
**stuff [2]** 12/25 51/1
**subjective [1]** 45/5
**sufficient [1]** 46/25
**suggestion [1]** 30/18
**suing [3]** 8/6 8/8 8/19
**Suite [3]** 1/12 1/19 2/4
**super [1]** 8/14
**supervisor [1]** 38/1
**supervisors [1]** 53/21
**supplemented [1]** 51/2
**suppose [1]** 55/6
**sure [22]** 7/1 9/10
15/24 19/13 21/13
22/13 22/15 23/3 28/4
29/23 33/19 36/8 41/9
41/11 41/25 44/6 44/8
45/9 47/7 49/23 52/11

54/14
**swear [1]** 3/14
**sworn [4]** 4/3 9/4 17/12
38/10
**systems [2]** 20/19
39/14

**T**

**take [8]** 9/8 9/9 9/11
9/13 23/10 31/2 47/4
47/18
**taken [4]** 1/10 3/4 29/3
30/19
**talk [6]** 12/24 39/22
42/20 50/14 51/4 51/13
**talked [20]** 16/24 16/25
17/1 23/20 23/21 23/22
23/25 24/4 24/7 24/17
25/7 26/3 27/21 29/4
33/21 44/10 54/14
55/20 55/20 56/12
**talking [3]** 30/22 48/24
51/15
**talks [1]** 16/8
**Tallahatchie [1]** 5/12
**Target [5]** 48/14 48/17
48/18 48/19 48/20
**TDOC [2]** 32/17 37/10
53/21 53/21
**TDY [2]** 47/22 48/8
**technical [1]** 30/22
**telephone [4]** 10/1
30/2 30/7 30/9
**Telephonically [1]**
9/20
**tell [10]** 9/5 12/20
17/11 17/12 21/9 25/6
27/4 27/20 38/10 55/11
**tells [1]** 45/17
**ten [2]** 18/22 19/10
**TENNESSEE [15]** 1/1
1/5 1/13 1/20 1/21 1/24
2/4 3/7 3/14 4/14 25/25
52/17 57/3 57/6 57/14
**testified [1]** 4/3
**testify [2]** 7/23 8/25
**testifying [1]** 11/1
**testimony [9]** 7/7 9/4
12/4 18/10 21/14 21/20
34/23 35/3 44/12
**Texas [4]** 5/23 6/16
6/18 6/23
**text [5]** 29/11 29/13
29/20 30/24 31/8
**texts [1]** 29/15
**than [15]** 10/11 11/18
12/11 22/11 26/4 33/1
33/12 43/17 44/3 44/9
44/18 50/19 50/20
50/21 52/19
**thank [5]** 4/10 51/14
56/16 56/17 56/19
**Thanks [1]** 56/20 56/21
**that [284]**

**T**

**that there [1]** 15/15

**that's [28]** 5/2 5/14
5/15 6/2 13/18 17/11
17/13 19/6 21/24 22/2
25/2 26/4 26/12 27/3
30/6 34/4 36/6 36/13
40/17 41/13 44/6 44/11
44/20 46/7 46/9 53/18
54/2 55/15

**their [13]** 18/20 21/6
32/8 32/18 41/7 41/16
42/3 42/21 47/6 49/4
49/6 49/16 53/14

**them [18]** 6/4 10/18
14/2 14/21 16/22 19/2
19/5 19/10 19/11 20/15
20/23 21/5 26/22 27/1
34/15 34/17 43/3 43/8

**then [23]** 12/1 12/20
17/1 18/8 19/11 22/23
22/24 23/22 24/17
33/21 35/8 38/9 41/6
42/16 42/24 43/8 43/9
44/14 49/7 52/5 55/14
55/19 56/15

**there [45]** 7/4 7/5 10/1
15/13 15/15 15/16 16/7
16/17 18/8 18/9 20/22
22/18 22/21 22/23
22/24 29/19 30/7 30/7
33/2 33/6 33/9 33/16
34/2 35/15 35/20 37/19
40/15 40/17 40/18 45/7
45/16 45/20 45/24
47/19 48/7 48/23 50/2
50/12 50/16 51/10
51/17 54/17 55/23 56/4
56/11

**there's [18]** 8/16 12/17
17/22 20/19 20/25
21/21 24/22 32/4 32/14
33/18 34/5 34/14 37/25
38/13 39/15 45/10 46/7
55/14

**these [2]** 26/1 26/5

**they [39]** 7/14 13/7
14/19 18/3 18/20 18/21
18/22 18/23 18/24
19/10 19/25 20/14
20/17 20/18 21/15
21/17 26/18 26/23
28/19 29/4 35/15 37/6
41/16 42/6 42/11 43/7
43/23 46/2 47/7 49/6
49/9 49/11 52/18 53/14
53/16 53/18 53/20
53/22 54/3

**they're [2]** 32/9 41/15

**they've [1]** 51/8

**thing [6]** 7/17 21/9
24/17 32/23 33/21
55/11

**things [5]** 12/9 14/16

25/11 41/17 51/9

**think [40]** 6/3 6/4 7/1
7/4 7/16 8/13 8/24 9/24
10/18 10/23 11/20 14/6
17/14 17/25 23/7 27/3
27/13 28/5 28/10 29/10
30/12 30/22 30/23 31/6
31/14 31/19 33/17
33/18 34/4 34/5 34/17
35/3 35/5 36/5 39/12
50/9 52/10 52/20 56/14
56/15

**thinking [2]** 17/9 17/10

**third [1]** 24/17

**this [35]** 4/8 4/9 4/23
10/23 12/8 14/2 14/9
15/1 15/13 16/3 16/9
17/22 22/14 25/8 30/1
30/18 31/22 33/2 33/8
33/11 34/15 34/20
35/16 35/18 42/1 44/14
44/14 44/14 44/15
46/23 50/25 56/10
56/12 57/12 57/17

**those [15]** 12/9 13/16
13/23 14/1 19/9 32/14
32/18 35/17 40/11
40/23 43/22 46/1 51/3
51/9 51/11

**thought [3]** 22/24
33/14 33/14

**threat [1]** 40/16

**through [2]** 20/16 21/6

**throughout [3]** 15/9
29/1 39/12

**time [28]** 7/4 8/13 15/2
15/14 18/23 28/13 30/4
30/5 31/22 32/24 32/24
33/2 37/7 41/8 41/15
42/3 42/7 42/12 43/9
44/14 44/15 45/5 47/7
45/5 50/9 50/10 50/18
55/14

**times [4]** 38/11 46/11
48/5 51/8

**title [1]** 4/19

**today [14]** 9/16 10/7
10/14 10/17 11/1 12/4
22/9 28/18 54/15 54/19
54/25 55/24 56/10
56/13

**together [3]** 16/23 17/3
19/4

**told [8]** 10/18 11/12
16/1 20/1 38/19 39/1
39/9 53/13

**too [1]** 30/5

**took [3]** 19/9 19/11
29/4

**topic [1]** 22/14

**topics [1]** 55/16

**track [1]** 36/21

**tracked [1]** 36/22

**training [8]** 12/7 28/24

54/24 55/2 55/4 55/7
55/13 56/3

**transcript [3]** 57/8 57/8
57/8

**transpired [1]** 28/14

**treated [2]** 11/16 11/24

**trial [1]** 8/25

**Tricia [2]** 1/19 4/7

**triciah [1]** 1/20

**Trousdale [47]** 4/13
4/19 5/3 5/11 12/6 12/7
15/10 21/16 22/7 26/21
27/9 27/12 27/15 27/23
28/11 31/21 32/22
34/22 35/4 35/6 35/10
35/24 36/9 36/10 37/8
37/12 37/22 38/8 38/17
38/22 39/5 40/8 40/16
40/18 45/22 46/17
47/25 48/25 49/18 52/2
52/14 53/11 54/16
54/18 54/24 55/2 56/4

**true [4]** 17/11 17/13
42/18 57/8

**truth [3]** 9/5 17/12
38/10

**try [4]** 17/10 23/10
31/23 43/6

**trying [1]** 21/7

**Tuesday [2]** 1/11 3/5

**Turner [32]** 4/13 4/20
5/11 15/10 22/7 27/9
27/12 27/16 27/24
28/12 31/21 32/22
34/22 35/4 35/6 35/10
35/24 36/9 36/10 37/12
37/22 38/22 39/5 40/8
40/16 40/18 45/22
47/25 48/25 49/19 52/2
53/11

**Turner's [1]** 37/9

**Tutwiler [1]** 5/13

**two [4]** 7/14 13/23
16/19 26/22

**type [5]** 7/2 20/15 31/3
40/8 43/3

**types [1]** 34/16

**typically [1]** 19/6 19/14
21/18 38/19 49/15

**U**

**uh [8]** 11/5 12/16 31/5
34/12 37/17 40/14 41/9
50/8

**Uh-huh [6]** 11/5 12/16
31/5 40/14 41/9 50/8

**under [7]** 3/6 36/11
39/1 42/9 43/3 43/20
44/1

**understand [9]** 7/16
17/14 18/17 22/16
29/14 35/20 36/16
44/11 44/16

**understanding [23]**

10/25 11/2 11/14 12/13
19/21 19/23 21/21 22/1
24/25 25/2 25/4 25/10
25/12 26/8 26/9 26/16
27/14 27/22 27/25 29/6
33/23 53/20 54/2

**understood [3]** 21/13
33/19 41/9

**unit [1]** 42/24

**UNITED [2]** 1/1 39/13
40/20

**until [3]** 5/7 6/17 11/8

**up [15]** 6/21 14/10
14/17 20/16 20/18 23/5
23/6 23/9 30/6 33/2
35/8 37/16 43/8 46/12
56/22

**update [1]** 51/11

**us [2]** 11/9 14/16

**use [2]** 49/25 52/11

**usually [2]** 20/15 47/3

**V**

**vacancies [1]** 52/3

**Vance [1]** 38/4

**varies [2]** 50/20 51/22

**versus [1]** 34/22

**very [9]** 9/7 23/19 27/7
42/24 45/3 45/6 45/20
46/11 51/22

**via [2]** 1/11 3/6

**violation [2]** 29/12
29/19

**violence [9]** 12/22
12/23 34/2 34/5 34/15
34/17 42/17 47/1 47/17

**violent [14]** 34/19
34/22 34/23 35/4 35/6
35/11 35/13 40/11
40/12 40/13 47/10
47/11 47/13 47/13

**volunteer [1]** 26/18

**volunteers [4]** 26/13
26/15 26/19 31/17

**W**

**waived [3]** 3/9 3/16
56/24

**walk [1]** 53/4

**walkway [1]** 32/24

**want [15]** 17/11 17/12
17/16 21/13 22/13
22/15 25/6 27/4 27/5
27/21 30/3 36/8 40/5
41/9 54/14

**wanted [4]** 19/9 26/19
28/19 33/19

**wanting [1]** 11/3

**wants [1]** 13/2

**warden [29]** 4/21 4/23
5/5 5/10 6/23 8/7 8/20
13/12 13/21 13/22
17/20 17/25 20/5 20/7
20/8 28/18 35/24 36/9

36/16 36/20 37/11
37/13 43/12 48/3 49/19
50/4 52/2 56/16 56/20
53/17

**wardens [3]** 6/12 16/20
33/17

**was [91]**

**was an [1]** 8/6

**wasn't [3]** 17/17 17/17
22/18

**waste [1]** 30/3

**watching [1]** 47/15

**Watwood [2]** 13/24
16/25

**way [10]** 6/21 30/7
31/24 31/25 32/14
32/15 34/20 42/5 42/18
57/12

**ways [6]** 20/20 32/7
32/17 38/13 38/19
47/19

**we [70]**

**we'll [3]** 41/6 44/13
51/12

**we're [7]** 38/12 38/12
38/20 43/1 50/25 52/21
54/10

**we've [7]** 12/12 22/13
33/17 37/13 44/10
54/14 54/18

**week [1]** 50/19

**weeks [4]** 14/6 14/7
50/20 50/21

**Welborn [2]** 2/3 9/17
9/18 10/12

**well [18]** 4/10 10/20
10/21 21/17 22/17 23/8
29/1 31/16 32/12 33/18
34/24 38/9 41/3 42/7
42/24 45/20 47/8 52/19

**were [35]** 5/10 5/10 6/1
6/16 6/23 7/10 7/12
7/14 7/14 8/20 12/3
13/20 14/8 14/25 15/5
15/8 15/10 15/11 15/21
16/10 17/10 18/20
19/19 22/14 22/14 23/3
26/18 30/22 31/14
33/13 33/22 44/18
48/24 51/15 52/4

**weren't [1]** 49/7

**what [100]**

**what's [3]** 4/17 14/18
28/22

**whatever [3]** 21/12
29/1 37/5

**when [28]** 6/16 9/21
13/19 14/1 14/15 14/25
16/3 18/2 18/9 18/20
23/20 30/25 32/9 36/3
38/16 39/22 40/17 41/1
41/3 41/16 42/10 44/17
45/10 46/24 47/2 47/2
47/9 47/11

**where [18]** 4/12 5/10

---

## W

**where... [16]** 5/21 7/6 17/15 19/15 21/25 25/10 26/16 29/4 34/14 35/15 37/4 43/1 43/7 47/22 55/15 56/6
**whether [2]** 27/14 27/22
**which [9]** 10/19 33/3 34/22 35/10 36/14 40/1 42/6 44/10 55/16
**while [2]** 19/10 50/11
**who [12]** 6/1 8/8 9/15 11/6 13/19 13/23 15/25 19/1 26/21 26/23 26/25 37/24
**who's [2]** 13/24 38/3
**why [9]** 11/1 13/6 25/13 34/1 34/8 37/14 39/8 39/17 49/12
**will [1]** 54/7
**wine [2]** 20/12 21/10
**within [2]** 32/18 41/22
**without [1]** 19/4
**witness [9]** 3/15 3/16 4/2 7/9 7/10 7/12 7/17 14/9 56/24
**Wonderful [1]** 23/15
**word [1]** 49/25
**worded [2]** 42/19 44/19
**words [1]** 38/23
**work [10]** 10/20 10/21 30/18 47/22 49/6 49/7 51/18 51/21 51/22 51/23
**worked [4]** 5/3 5/21 6/21 45/24
**working [2]** 39/7 39/9
**works [1]** 48/23
**world [1]** 52/4
**would [45]** 8/4 14/8 14/23 15/19 16/3 16/7 17/7 17/25 19/7 19/7 19/13 19/15 19/17 26/12 26/18 28/8 28/10 28/13 28/18 28/21 29/9 29/18 34/14 35/5 35/12 35/16 38/10 38/24 39/1 41/16 42/13 43/2 43/13 43/16 43/18 44/20 44/23 45/7 48/7 49/16 52/3 52/5 52/5 52/7 54/20
**wouldn't [5]** 16/17 42/18 43/4 50/18 55/19
**wrapped [1]** 24/23
**write [1]** 18/15
**writing [4]** 16/5 25/22 53/25 54/4
**written [2]** 17/15 17/17
**wrong [2]** 38/9 52/22

## Y

**Yeah [9]** 10/18 16/22 23/5 27/20 29/14 30/9 33/13 38/23 53/4
**yearly [1]** 55/15
**years [7]** 6/14 8/2 34/10 34/10 35/12 42/1 46/23
**years of [1]** 34/10
**yes [46]** 5/17 6/11 8/11 9/6 9/14 13/18 15/9 17/21 20/9 21/24 23/14 23/18 24/3 24/6 25/2 26/12 26/14 28/17 29/5 29/17 31/12 32/23 33/10 35/14 35/22 36/13 37/2 37/23 40/25 41/19 42/5 44/4 44/17 45/2 45/12 45/20 46/5 48/4 48/9 48/10 49/2 49/20 50/5 52/8 53/16 54/13
**Yesterday [1]** 9/22
**you [324]**
**you'll [2]** 9/8 41/11
**you're [21]** 10/16 11/1 18/1 18/17 19/2 19/16 23/2 23/2 23/5 23/8 24/12 29/22 33/2 35/10 39/1 41/11 43/16 55/5 55/12 55/18 55/25
**you've [24]** 9/4 13/12 31/20 32/5 33/6 33/16 35/18 35/23 36/9 36/14 36/16 36/20 38/16 39/3 42/1 43/12 45/24 46/23 48/2 49/14 49/19 50/3 50/12 50/15
**you-all [2]** 30/6 45/21
**your [57]** 4/15 4/17 4/19 5/18 6/18 6/21 7/7 9/16 10/6 10/13 10/25 11/14 12/4 14/12 14/12 16/10 16/15 17/19 18/10 19/16 19/21 20/8 21/14 21/20 21/20 22/9 22/16 23/21 24/25 25/10 25/21 26/8 26/9 26/16 27/14 27/22 30/5 32/20 33/19 33/22 34/23 35/3 35/5 35/11 38/3 38/16 38/16 44/11 46/1 46/8 46/14 46/19 48/11 51/18 52/7 52/13 54/2
**yourself [1]** 13/15

## Z

**Zoom [3]** 1/11 3/6 9/19