

**TDOC 473110**

FRONTAL IMAGE
(submitted 01/16/2015)



**TDOC 473110**

PROFILE IMAGE
(submitted 01/16/2015)

CR-1391 (Rev. 2/04)

| Detail | Offenses | Images | Release | Maint |
|--------|----------|--------|---------|-------|

## Tennessee Offender FaceSheet

### TOMIS ID: 00473110   Name: PLEASANT-BEY , BOAZ

**(Multiple Supervision Levels)** Lifetime Supervision

| Height: 05'07" | Weight: 170 lbs | Sex: MALE | Eye Color: BROWN |
|---|---|---|---|
| Hair Color: BLACK | | Race: BLACK | |
| Complexion: MEDIUM | Birth Date: 06/18/1983 | Age: 31 | |
| Citizenship: | | Incompatible Inmates: N | |

| Sex Offender: Y | Escape History: N | Detainers: Y | Pending Charges: N |
|---|---|---|---|

| Sentence Effective: 02/08/2007 | Current Location: NECX |
|---|---|
| Sentence Expires: 08/08/2030 | Custody Level: MEDIUM |
| Release Eligibility: | Number of Convictions: 1 |
| Safety Valve Date: | Max Sentence: 23 YRS 6 MTHS 0 D. |

Offenses: RAPE OF A CHILD
*(For more details, click on the "Offenses" tab above)*

| State ID#: 02449051 | FBI #: 569160PC5 |
|---|---|

Social Security Number *(Provided by offender - not verified)*: 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
Alias: BOAZ PLESANT-BEY

Emergency Notification:

ELIHU PLEASANT-BEY
542 EAST 5TH AVENUE

KENBRIDGE VA   23944

Relationship: FATHER

Case 3:22-cv-00093   Document 33-14   Filed 05/04/22   Page 1 of 200   PageID #: 6001



| Detail | Offenses | Images | Release | Maint | Search | List |

**Tennessee Offender FaceSheet**

**TOMIS ID: 00473110  Name: PLEASANT-BEY , BOAZ**

**(Multiple Supervision Levels)** Lifetime Supervision

| Height: 05'07" | Weight: 170 lbs | Sex: MALE | Eye Color: BROWN |
| Hair Color: BLACK | | Race: BLACK | |
| Complexion: MEDIUM | Birth Date: 06/18/1983 | Age: 27 | |
| Citizenship: | | Incompatible Inmates: N | |
| Sex Offender: Y | Escape History: N | Detainers: Y | Pending Charges: N |

| Sentence Effective: | Current Location: WTSP |
| Sentence Expires: | Custody Level: |
| Release Eligibility: | Number of Convictions : 1 |
| Safety Valve Date: | Max Sentence: 23 YRS 6 MTHS 0 DAYS |
| Offenses: RAPE OF A CHILD | |
| *(For more details, click on the "Offenses" tab above)* | |

| State ID#: 02449051 | FBI #: 569160PC5 | NCIC #: |
| Social Security Number *(Provided by offender - not verified):* 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 | | |
| Alias: BOAZ PLESANT-BEY | | |

Emergency Notification:

JOSHUALANEL PLEASANT-BEY

627 WEST BATTLE ST
TALLADEGA TN  35160
**Relationship:** SISTER

FRONTAL IMAGE
(submitted 02/18/2011)

TDOC
473110

PROFILE IMAGE
(submitted 02/18/2011)

TDOC
473110

CR-1391 (Rev. 2/04)

 

# TENNESSEE DEPARTMENT OF CORRECTIONS

## CONTACT VISITATION WITH MINORS AGREEMENT

___HCCF___

INSTITUTION

I, ___Pleasant-Dey, Greg___ TDOC# ___473110___ agree to the
     Offender Name

following rules of conduct during visits with children under the age of 18:

(1) Absolutely no visitation with the victim(s) or alleged victim(s) of my crimes of conviction without documented approval by the institution's mental health authority, and Warden

(2) Physical contact with a child is limited to an appropriate initial greeting and parting goodbye gesture. For example, an appropriate hug or kiss on the cheek.

(3) No prolonged handling or touching of the child is allowed.

(4) No kissing of the child on the mouth.

(5) No sitting of the child on the lap.

(6) No contact with a child of other visitors.

(7) No whispering, passing notes, swearing, spanking, hitting, or threatening is allowed.

(8) All child visitors must be in direct sight of visitation security staff at all times.

(9) No changing diapers or other assistance in personal hygiene or intimate dressing activity.

(10) The parent/guardian is responsible for managing the behavior of the child.

(11) All directions given by visitation security staff, and the rules of this agreement, must be followed by inmate visitor without disagreement at the time of visitation or in the presence of the child.

(12) Any specific visit, as well as my privilege to have contact visits with a child under the age of 18, may be terminated if any of the above guidelines are violated; or if the visiting child, or caretaker is unduly distressed from the visit.

_____
Offender Signature

_____
Custodial Parent or Legal Guardian
of Visitor Under 18 Years of Age

_____
Witness & Job Title

___30 March '11___
Date

CR-3619 (Rev. 12-03)

Original-Inmate Intitutional Record    Canary-Visitation File
Pink-Custodial Parent or Legal Guardian of Visitor Under 18 Years of Age.

RDA 1167



# TENNESSEE DEPARTMENT OF CORRECTIONS

# CONTACT VISITATION WITH MINORS AGREEMENT

_HCCF_
INSTITUTION

I, _BoAz Pleasant Bey_ TDOC# _473110_ agree to the
Offender Name

following rules of conduct during visits with children under the age of 18:

(1) Absolutely no visitation with the victim(s) or alleged victim(s) of my crimes of conviction without documented approval by the institution's mental health authority, and Warden

(2) Physical contact with a child is limited to an appropriate initial greeting and parting goodbye gesture. For example, an appropriate hug or kiss on the cheek.

(3) No prolonged handling or touching of the child is allowed.

(4) No kissing of the child on the mouth.

(5) No sitting of the child on the lap.

(6) No contact with a child of other visitors.

(7) No whispering, passing notes, swearing, spanking, hitting, or threatening, or use of foreign language or other words unfamiliar to visitation security staff.

(8) All child visitors must be in direct sight of visitation security staff at all times.

(9) No changing diapers or other assistance in personal hygiene or intimate dressing activity.

(10) The parent/guardian is responsible for managing the behavior of the child.

(11) All directions given by visitation security staff, and the rules of this agreement, must be followed by inmate visitor without disagreement at the time of visitation or in the presence of the child.

(12) Any specific visit, as well as my privilege to have contact visits with a child under the age of 18, may be terminated if any of the above guidelines are violated; or if the visiting child, or caretaker is unduly distressed from the visit.

_____
Offender Signature

_____
Custodial Parent or Legal Guardian
of Visitor Under 18 Years of Age

_C/m Janella Walker_
Witness & Job Title

_3-22-11_
Date

CR-3619 (Rev. 12-03)

RDA 1167

Original-Inmate Intitutional Record    Canary-Visitation File
Pink-Custodial Parent or Legal Guardian of Visitor Under 18 Years of Age.

TOMIS ID:        00473110
Offender Name:    PLEASANT-BEY, BOAZ
Institution Name: WEST TENNESSEE STATE PENITENTIARY

Classification Type: CLASSIFICATION                CAF Date: 02/24/2011

Status at time of Hearing: Gen.Pop. __  AS___  PC___  Other _Initial_

Incompatibles: Yes__ No__  Inmate agrees to waive 48 hr. hearing notice: ____

Scored CAF Range: MEDIUM        Current Custody Level:

Panel's Majority Recommendation:

    Facility Assignment: HCCF        Transfer: Yes ✓ No___ Explain Below:

    Custody Level: _MED_

    Override Type: _____

    Justification, Program Recommendations, and Summary:

_Recommend_

_Class A Medical_

Updated Photo Needed: Yes ___  No ___

Offender Signature: _____    Appeal: Yes ___  No ✓
                          If Yes, provide appeal & copy to Inmate

Panel Member Signatures:    Date: 2/28/11

_____    _____    _____
Chairperson            Security Member          Treatment Member

If panel member disagrees with majority recommend, state specific reasons

_____
_____

Approving Authority:

_____ aaa    3/1/11    Approve ✓  Deny ___
Signature              Date

If denied, reasons include: _____
_____

CCI 000005

```
KELLSH02              TENNESSEE DE  TMENT OF CORRECTION   DATE: 02/  2011
                      CLASSIFICATION CUSTODY ASSESSMENT FORM   TIME: 16:2.29
                                                          PAGE:    1

 TOMIS ID:  00473110   PLEASANT-BEY, BOAZ
 SITE NAME:  WEST TENNESSEE STATE PENITENTIARY
 COUNSELOR:  KELLEY, SHAKERA
 CAF DATE: 02/24/2011

 HISTORY OF INSTITUTIONAL VIOLENCE                            0
      ASSAULT. NO WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) .....   3  -----
      ASSAULT. WITH WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) ...   5  SCORE
      ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH   7
        (LAST 42 MONTHS) .........................................
      ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH   5
        (43 THROUGH 60 MONTHS) ...................................

 ASSAULT OCCUR WITHIN LAST SIX MONTHS                         0
      NO .....................................................   0  -----
      YES ....................................................   3  SCORE

 SEVERITY OF CURRENT OFFENSE                                  4
      LOW ....................................................   0  -----
      MODERATE ...............................................   1  SCORE
      HIGH ...................................................   3
      HIGHEST ................................................   4

 PRIOR ASSAULTIVE OFFENSE HISTORY                             0
      LOW ....................................................   0  -----
      MODERATE ...............................................   1  SCORE
      HIGH ...................................................   3
      HIGHEST ................................................   4

 SCHEDULE A SCALE (SUM OF ITEMS 1 THROUGH 4)                  4
      CLOSE  . . . . . 10-14.
      MAXIMUM  . . . . 15 OR MORE.


 ESCAPE HISTORY                                             - 2
      NO ESCAPES OR ATTEMPTS .................................. - 2  -----
      ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR      0  SCORE
        THREATENED VIOLENCE: OVER 1 YEAR AGO ....................
      ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR       1
        THREATENED VIOLENCE: WITHIN THE LAST YEAR ................
      ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN   5
        CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: OVER 1 YEAR AGO
      ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN   7
        CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: WITHIN LAST YR
```

TOMIS ID:    00473110    PLEASANT-BEY, BOAZ
SITE NAME:   WEST TENNESSEE STATE PENITENTIARY
COUNSELOR:   KELLEY, SHAKERA
CAF DATE:    02/24/2011

DISCIPLINARY REPORTS - GUILTY                                             0
    NONE IN LAST 18 MONTHS ..................................... - 4  -----
    NONE IN LAST 12 MONTHS ..................................... - 2  SCORE
    NONE IN LAST 6 MONTHS ...................................... - 1
    NEW ADMISSION/PAROLE VIOLATOR..............................    0
    ONE IN LAST 6 MONTHS .......................................    1
    TWO OR MORE IN LAST 6 MONTHS ..............................     4

MOST SEVERE DISCIPLINARY RECEIVED                                         0
    CLASS C ....................................................    2  -----
    CLASS B ....................................................    5  SCORE
    CLASS A ....................................................    7

DETAINER/NOTIFICATION/CHARGE PENDING                                      5
    MISDEMEANOR .........  *Rape of child = caut 3/9/11*           3  SCORE
    FELONY .............                                           5  SCORE

PRIOR FELONY CONVICTIONS                                                  0
    ONE ........................................................    2  -----
    TWO OR MORE ................................................    4  SCORE

SCHEDULE B SCALE (SUM OF ITEMS 5 THROUGH 9)                               3


CUSTODY LEVEL SCALE FOR TOTAL A + B (CAF SCORE)                           7
    CLOSE  . . . . . 17 OR MORE.                                       -----
    MEDIUM . . . . . 7-16.                                             -----
    MINIUMUM . . . . 6 OR LESS.

    CAF CUSTODY LEVEL: MEDIUM

*Rape of a Child*

TOMIS ID:  00473110   PLEASANT-BEY, BOAZ
CAF Date:  02/24/2011


This is to inform you that your classification hearing will be held
on 02/28/2011 at WEST TENNESSEE STATE PENITENTIARY

X ~~[signature]~~

Classification Date:
Classification Type:  CL   CLASSIFICATION

CCC-000008



TENNESSEE DEPARTMENT OF CORRECTION
**INMATE ADMISSION ASSESSMENT**

COUNTY: **SHELBY COUNTY**      DATE OF ADMISSION: 2/17/2011

INMATE NAME: **BOAZ PLESANT-BEY**     TOMIS ID: 473110    DOB: 06/18/1983

**SECTION A (TO BE COMPLETED BY JAIL PERSONNEL)**

1. This inmate was housed at this facility from 02/08/2007 to **PRESENT**

2. While at this facility, this inmate was housed in a: Single cell ☐    Double cell ☒
   Other (Explain):

3. While at this facility, was this inmate a perpetrator or victim of violence/**Rape**, or did he/she pose a threat to self or others? Yes ☐ No ☐ If yes, please explain and attach any Incident/Disciplinary reports:
   **SEE PAPERWORK**

4. Does this inmate have inmates with whom he/she is incompatible or testified against?
   Yes ☐ No ☐ If yes, please provide name(s): **SEE PAPERWORK**

5. Did this inmate escape or attempt to escape? Yes ☐ No ☐ If yes, please explain and attach any Incident/Disciplinary reports: **SEE PAPERWORK**

6. While at this facility, was this inmate suspected of drug use/**Trafficking**? Yes ☐ No ☐ If yes, please provide details:
   **SEE PAPERWORK**

7. Does this inmate have any violent charges on record/**Pending**? Yes ☐ No ☐ If Yes please list them:
   **SEE PAPERWORK**

8. Please list any known medical or mental health problems: **N/A**

9. Does this inmate smoke? Yes ☐ No ☒

10. Is this inmate suspected of or confirmed to be a member of any gang/STG? Yes ☐ No ☐ If yes, please list the name of the gang/STG: **SEE PAPERWORK**

11. Please list any reason this inmate should not be placed in a double cell: **N/A**

NAME OF COUNTY JAIL PERSONNEL PROVIDING INFORMATION:

---

**SECTION B (TO BE COMPLETED BY TDOC PERSONNEL)**
**THE FOLLOWING HAVE BEEN COMPLETED/RECEIVED**

CUSTODY ASSESSMENT FORM ☑      NCIC REPORT ☑
PRIOR TDOC FILE ☐      PSI ☐
LOCAL ARREST RECORD ☐      FBI RECORD ☐

THIS INMATE WILL BE HOUSED IN A (*check one*): SINGLE CELL ☐   DOUBLE CELL ☑

_____      2/17/11
**WARDEN'S DESIGNEE**            **DATE**

*THIS FORM IS TO ACCOMPANY EACH INMATE ADMITTED FROM TENNESSEE COUNTY JAILS*

CR-2574 (Rev. 5-05)          *Duplicate as Needed*          RDA 1167

CCA 000109

```
FR.TNCHR0000
06:16 02/17/11 03988
06:16 02/17/11 00008 TN049035C
TXT
********************** CRIMINAL HISTORY RECORD **********************

DATA AS OF               2011-02-17

************************* INTRODUCTION *************************

THIS RAP SHEET WAS PRODUCED IN RESPONSE TO THE FOLLOWING REQUEST:

STATE ID NUMBER          TN2449051 (TBI)
PURPOSE CODE             C
ATTENTION                RHONDA MCCONNELL

THE INFORMATION IN THIS RAP SHEET IS SUBJECT TO THE FOLLOWING CAVEATS:

THIS RECORD IS BASED ONLY ON THE SID OR FBI NUMBER IN YOUR REQUEST (
TN2449051 ) BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A
NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE. USE OF THE
FOLLOWING RECORD IS REGULATED BY LAW. IT IS FURNISHED FOR OFFICIAL USE
ONLY AND SHOULD ONLY BE USED FOR THE PURPOSE REQUESTED. WHEN
EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY
WITH THE AGENCY THAT CONTRIBUTED THE FINGERPRINTS. (TBI; 2005-06-28)

************************* IDENTIFICATION *************************

SUBJECT NAME(S)

PLESANT-BEY, BOAZ


SUBJECT DESCRIPTION

FBI NUMBER               STATE ID NUMBER
569160PC5                2449051 (TN)


SEX                      RACE                     SKIN TONE
MALE                     BLACK                    UNKNOWN

HEIGHT                   WEIGHT                   DATE OF BIRTH
5'07"                    170                      1983-06-18

HAIR COLOR               EYE COLOR
BLACK                    BROWN


PLACE OF BIRTH
TN


************************* CRIMINAL HISTORY *************************

============================= CYCLE 001 =============================
TRACKING NUMBER          790007104623
EARLIEST EVENT DATE      2007-02-08 INCIDENT DATE           2007-02-08
---------------------------------------------------------------------
ARREST DATE              2007-02-08
ARRESTING AGENCY         TN0790000 SHELBY COUNTY SO
SUBJECT'S NAME           BOAZ PLESANT-BEY
OFFENDER ID NUMBER       2449051
CHARGE NUMBER            103616303
CHARGE TRACKING NUMBER   790007104623
CHARGE LITERAL           RAPE OF A CHILD
COUNTS                   1
SEVERITY                 UNKNOWN
---------------------------------------------------------------------
COURT DISPOSITION        (CYCLE 001)
COURT CASE NUMBER        0710462301
COURT AGENCY             TN0790000 SHELBY COUNTY SO
SUBJECT'S NAME           BOAZ PLESANT-BEY
CHARGE                   1
CHARGE NUMBER            07104623
CHARGE TRACKING NUMBER   790007104623
CHARGE LITERAL           INDECENT EXPOSURE
CHARGE DESCRIPTION       MISDEMEANOR
COUNTS                   1
                         Page 1
```

CCI 000011

SEVERITY   MISDEMEANOR
DISPOSITION              (NOLLE PROSEQUI 2011-02-04; NOLLE PROSEQUI,
                         RECEIVED 00 MTHS, 000 DAYS, SUSPENDED 00 MTHS,
                         000 DAYS, FINE $000000, COST $000000, PAID
                         $000000)
*************************  INDEX OF AGENCIES  *************************

AGENCY                   SHELBY COUNTY SO; TN0790000;


   * * * END OF RECORD * * *

```
QWI.TNNCIC000
06:17 02/17/11 07459
06:17 02/17/11 00011 TN049035C
TXT

TN049035C

NO NCIC WANT NAM/PLEASANT-BEY,B0AZ D0B/19830618 RAC/B SEX/M
***MESSAGE KEY QWI SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
```

Page 1

parameter not applicable



FRONTAL IMAGE
(submitted 01/16/2015)



PROFILE IMAGE
(submitted 01/16/2015)

CR-1391 (Rev. 2/04)

| Detail | Offenses | Images | Release | Maint |
|---|---|---|---|---|

**Tennessee Offender FaceSheet**

**TOMIS ID: 00473110  Name: PLEASANT-BEY , BOAZ**

**(Multiple Supervision Levels)** Lifetime Supervision

| Height: 05'07" | Weight: 170 lbs | Sex: MALE | Eye Color: BROWN |
|---|---|---|---|

| Hair Color: BLACK | | Race: BLACK | |

| Complexion: MEDIUM | Birth Date: 06/18/1983 | Age: 31 |

| Citizenship: | | Incompatible Inmates: N | |

| Sex Offender: Y | Escape History: N | Detainers: Y | Pending Charges: N |

| Sentence Effective: 02/08/2007 | Current Location: NECX |
|---|---|
| Sentence Expires: 08/08/2030 | Custody Level: MEDIUM |
| Release Eligibility: | Number of Convictions: 1 |
| Safety Valve Date: | Max Sentence: 23 YRS 6 MTHS 0 D |
| Offenses: RAPE OF A CHILD | |

*(For more details, click on the "Offenses" tab above)*

| State ID#: 02449051 | FBI #: 569160PC5 |
|---|---|

**Social Security Number** *(Provided by offender - not verified)*: 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
**Alias:** BOAZ PLESANT-BEY

Emergency Notification:

ELIHU PLEASANT-BEY
542 EAST 5TH AVENUE

KENBRIDGE VA  23944

**Relationship:** FATHER

CCI 000014

LEAVE BLANK    CRIMINAL    (STAPLE HERE)
490350029808

STATE USAGE

NFF SECOND

SUBMISSION    APPROXIMATE CLASS    AMPUTATI

ATE USAGE    LAST NAME, FIRST NAME, M

BEY, BOAZ

GNATURE OF PERSON FINGERPRINTED    SO    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    LEAVE BLANK

IASES/MAIDEN
ST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

BI NO. 569160PC5    STATE IDENTIFICATION NO.    DATE OF BIRTH    MM    DD    YY    SEX
    10/18/1983    M

R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING

THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING

PT 50X50G4 3000N # 13:49:33    LXMRK

T    L. THUMB    THUMB    RIGHT FOUR FIN

CCI 000015

PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FE    AL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE    A
SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE M

| JUVENILE FINGERPRINT | DATE OF ARREST | ORI |
|---|---|---|
| SUBMISSION          YES ☐ | MM  DD  YY | TN049035C |
| | | CONTRIBUTOR  TN0490 5C |
| | | ADDRESS  WEST  W  TN S |
| TREAT AS ADULT     YES ☐  X | 02/17/2011 | HENNING, TN |
| | | REPLY    YES ☐ |
| | | DESIRED?   ☐ X |

| SEND COPY TO: (ENTER ORI) | DATE OF OFFENSE | PLACE OF BIRTH (STATE OR COU |
|---|---|---|
| | MM  DD  YY | |
| | 07/16/2005 | MD |

| MISCELLANEOUS NUMBERS | SCARS, MARKS, TATTOOS, AND AMPUTATIONS |
|---|---|
| | |
| | RESIDENCE/COMPLETE ADDRESS |

| OFFICIAL TAKING FINGERPRINTS (NAME OR NUMBER) | LOCAL IDENTIFICATION/REFERENCE |
|---|---|
| EDWARDS | 473110 |

| EMPLOYER      IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY  IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO. | OCCUP |
|---|---|

| CHARGE/CITATION | DISPO: 1. |
|---|---|
| RAPE OF CHILD | 23 |
| | 2 |
| | 3 |

| ADDITIONAL | ADDITI |
|---|---|

| ADDITIONAL INFORMATION/BASIS FOR CAUTION | STATE B |
|---|---|

249 (Rev 5-11-99) GPO  U.S. GOVERNMENT PRINTING OFFICE:04/13/2010 13:09:43



Tennessee Offender FaceSheet

TOMIS ID: 00473110  Name: PLEASANT-BEY , BOAZ

| (Multiple Supervision Levels) Lifetime Supervision | | | |
|---|---|---|---|
| Height: 05'07" | Weight: 170 lbs | Sex: MALE | Eye Color: BROWN |
| Hair Color: BLACK | | Race: BLACK | |
| Complexion: MEDIUM | Birth Date: 06/18/1983 | Age: 27 | |
| Citizenship: | | Incompatible Inmates: N | |
| Sex Offender: Y | Escape History: N | Detainers: Y | Pending Charges: N |

| | |
|---|---|
| Sentence Effective: | Current Location: WTSP |
| Sentence Expires: | Custody Level: |
| Release Eligibility: | Number of Convictions: 1 |
| Safety Valve Date: | Max Sentence: 23 YRS 6 MTHS 0 DAYS |
| Offenses: RAPE OF A CHILD | |

*(For more details, click on the "Offenses" tab above)*

| | | |
|---|---|---|
| State ID#: 02449051 | FBI #: 569160PC5 | NCIC #: |

Social Security Number *(Provided by offender - not verified):* 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
Alias: BOAZ PLESANT-BEY

Emergency Notification:
JOSHUALANEL PLEASANT-BEY

627 WEST BATTLE ST
TALLADEGA TN  35160
Relationship: SISTER

FRONTAL IMAGE
(submitted 02/18/2011)

PROFILE IMAGE
(submitted 02/18/2011)

CR-1391 (Rev. 2/04)

INCOMPATIBLE INMATE NOTICE

SCANNED

OFFENDER PLEASANT-BEY, BOAZ     TDOC NO. 473110

DATE 3-1-2018     FACILITY NECX

THIS INMATE IS (CHECK ONE): VICTIM _____ PREDATOR X

THE ABOVE NAMED INMATE IS TO REMAIN SEPARATED FROM:

NAME STOUT, LIZ     TOMIS ID OSBOSAØ1

PERSON TYPE: OFFENDER _____     INCOMPATIBLE TYPE: ASSOCIATE _____     SITE X
             STAFF X                                CELLMATE _____     PROGRAM _____

INCOMPATIBLE REASON: CODEFENDANT _____     THREAT _____
                     DEBT _____             VIOLENCE _____
                     HOMOSEXUALITY _____    WITNESS _____
                     RELATIVE _____

JUSTIFICATION FOR THIS SEPARATION: DUE TO THE SOLICITATION
OF STAFF BY INMATE PLEASANT-BEY TOWARDS
SGT. STOUT, INC# 1318088

SOURCE(S) OF INFORMATION: INMATE AND STAFF INTERVIEWS

INVESTIGATED BY: SGT S. McCracken

SIGNATURE OF WARDEN/DESIGNEE     3-1-18
                                 DATE

INCOMPATIBLE INMATE NOTICE ~~SCANNED~~ TC# X

OFFENDER PLEASANT-BEY, BOAZ    TDOC NO. 473110

DATE 3-1-2018    FACILITY NECX

THIS INMATE IS (CHECK ONE): VICTIM _____    PREDATOR X

THE ABOVE NAMED INMATE IS TO REMAIN SEPARATED FROM:

NAME STOUT, LIZ    TOMIS ID 0SB0SA01

PERSON TYPE: OFFENDER _____    INCOMPATIBLE TYPE: ASSOCIATE _____    SITE X
STAFF X                                      CELLMATE _____    PROGRAM _____

INCOMPATIBLE REASON: CODEFENDANT _____    THREAT _____
DEBT _____    VIOLENCE _____
HOMOSEXUALITY _____    WITNESS _____
RELATIVE _____

JUSTIFICATION FOR THIS SEPARATION: DUE TO THE SOLICITATION
OF STAFF BY INMATE PLEASANT-BEY TOWARDS
SGT. STOUT, INC# 1318088

SOURCE(S) OF INFORMATION: INMATE AND STAFF INTERVIEWS

INVESTIGATED BY: SGT S. McCracken

SIGNATURE OF WARDEN/DESIGNEE    3-1-18
DATE

5/21

E211



# TENNESSEE DEPARTMENT OF CORRECTION
## PROTECTIVE CUSTODY REVIEW REPORT

TO: Donahue _____ Warden    INSTITUTION: HCCF
FROM: Protective Services Panel    DATE: 4/23/13
RE: Inmate Pleasant, Ricky    TDOC #: 473110

The panel has reviewed this inmate's protective custody status and makes the following recommendation:

( ) Release from protective custody due to _____

_____

_____

_____

_____

_____

( X ) Continuance in protective custody; no less restrictive option available because there has been
no change in P.C. status at this time. Will review
within 30 days.

_____

_____

_____

_____

X Broyles, SLB

Cyn K Wood _____ | _____ | Tim Martin
Treatment Member | Security Member | Chairperson

WARDEN'S ACTION(S)
(X) Approve recommendation
( ) Disapprove recommendation; modify as follows: _____

_____

_____

_____        NB
Warden                          4-30-13
                                Date

*Contract facilities only:* Approved (X) Denied ( )
_____        4/30/13
Commissioner's Designee          Date

CR-3239 (Rev. 7-01)    White: Inmate Institutional file    Canary: Institutional Classification Coordinator    RDA 1167



seg
14

# TENNESSEE DEPARTMENT OF CORRECTION
## PROTECTIVE CUSTODY REVIEW REPORT

TO: _Donahue_ Warden          INSTITUTION: _HCCF_
FROM: Protective Services Panel          DATE: _3/28/13_
RE: Inmate _Pleasant, Bey_          TDOC #: _473110_

The panel has reviewed this inmate's protective custody status and makes the following recommendation:

( ) Release from protective custody due to _____

_____

_____

_____

_____

_____

( ✓ ) Continuance in protective custody; no less restrictive option available because _there has been_
_no change in P.C. status at this time. Will review_
_within 30 days._

_____

_____

X _I/m refused to sign_

_C/m Jam_              _Sgt Smith_              _A/m/c Warden_
Treatment Member          Security Member          Chairperson

.................................................................................

WARDEN'S ACTION
( ✓ ) Approve recommendation
( ) Disapprove recommendation; modify as follows: _____

_____

_____

_Jennie Duke_, _Acting Warden_          _3-29-13_
          Warden                              Date

Contract facilities only: Approved ( ✓ ) Denied ( )    _____    _4-2-13_
                              Commissioner's Designee          Date

CR-3239 (Rev. 7-01)    White: Inmate Institutional file    Canary: Institutional Classification Coordinator    RDA 1167



ME
107

# TENNESSEE DEPARTMENT OF CORRECTION
## PROTECTIVE CUSTODY REVIEW REPORT

TO: Donahue_____ Warden          INSTITUTION: HCCF_____
FROM: Protective Services Panel               DATE: 2/25/13_____
RE: Inmate Pleasant-Bey                    TDOC #: 473110_____

The panel has reviewed this inmate's protective custody status and makes the following recommendation:

( ) Release from protective custody due to _____

_____

_____

_____

_____

_____

_____

(X) Continuance in protective custody; no less restrictive option available because there has been
no changes in P.C. status at this time. Will review
within 30 days.

_____

_____

_____

L. Bory Pleasant - Bey_____

C/m J. Laney_____      SCO Love_____      A/m K Wood_____
Treatment Member              Security Member              Chairperson

WARDEN'S ACTION:
(X) Approve recommendation
( ) Disapprove recommendation; modify as follows: _____

_____

_____          3-1-13
            Warden                              Date

_Contract facilities only:_ Approved (X) Denied ( )   _____   3-4-13
                                        Commissioner's Designee       Date

CR-3239 (Rev. 7-01)    White: Inmate Institutional file   Canary: Institutional Classification Coordinator   RDA 1167

4/26


ME
107



TENNESSEE DEPARTMENT OF CORRECTION
PROTECTIVE CUSTODY REVIEW REPORT

TO: Donahue                    Warden       INSTITUTION: HCCF
FROM: Protective Services Panel              DATE: 1-29-13
RE: Inmate Pleasant-Bey                      TDOC #: 473110

The panel has reviewed this inmate's protective custody status and makes the following recommendation:

( ) Release from protective custody due to _____

_____

_____

_____

_____

_____

( ✓ ) Continuance in protective custody; no less restrictive option available because there has been
no changes in P.C. status at this time. Will review within
30 days.

_____

_____

X Tony Pleasant-Bey

_____      _____      _____
Treatment Member              Security Member              Chairperson

.............................................................................

WARDEN'S ACTION:
( ✓ ) Approve recommendation
( ) Disapprove recommendation; modify as follows: _____

_____

_____                          2-6-13
Warden                                          Date

Contract facilities only:  Approved ( ✓ )  Denied ( )   _____  2-6-13
                                          Commissioner's Designee        Date

CR-3239 (Rev. 7-01)    White: Inmate Institutional file    Canary: Institutional Classification Coordinator    RDA 1167

424



TENNESSEE DEPARTMENT OF CORRECTION
PROTECTIVE CUSTODY REVIEW REPORT

TO: _Donahue_ Warden          INSTITUTION: _HCCF_
FROM: Protective Services Panel     DATE: _1/1/2013_
RE: Inmate _Pleasant-Bey_        TDOC #: _473110_

The panel has reviewed this inmate's protective custody status and makes the following recommendation:

(   ) Release from protective custody due to _____
_____
_____
_____
_____
_____

( ✓ ) Continuance in protective custody; no less restrictive option available because _No change_
_in PC status at this time. Will review_
_within 30 days._
_____
_____
_____

_X Tony Pleasant-Bey_

_Jim Marshall_              _SCO Lowe_            _A. V/m Lane_
Treatment Member           Security Member         Chairperson

WARDEN'S ACTION
( ✓ ) Approve recommendation
(   ) Disapprove recommendation; modify as follows: _____
_____
_____

_____          _1-8-13_
Warden                                  Date

_Contract facilities only:_ Approved ( ✓ ) Denied (   ) _____  _1-8-13_
Commissioner's Designee                    Date

CR-3239 (Rev. 7-01)    White: Inmate Institutional file    Canary: Institutional Classification Coordinator    RDA 1167



**TENNESSEE DEPARTMENT OF CORRECTION**

**PROTECTIVE SERVICES HEARING**

TO: *Easterling* , Warden    INSTITUTION: *HCCF*

FROM: Protective Services Panel    DATE: *3-2-12*

RE: Inmate *Pleasant-Bey, Booz*    TDOC #: *473110*

Following review of the protective services routing sheet and the completed inquiry, the panel makes the following recommendation:

( ) PROTECTIVE CUSTODY PLACEMENT NOT INDICATED AT THIS TIME.

     ( ) No further action; return to housing unit.

     ( ) Return to housing unit with increased staff monitoring.

     ( ) Remain at facility and change housing assignment.

     ( ) Transfer to general population at another facility.

JUSTIFICATION: _____

_____

_____

(✓) PROTECTIVE CUSTODY; NO LESS RESTRICTIVE OPTION AVAILABLE.

     (✓) Place in protective custody at current facility.

     ( ) Place in protective custody and transfer to another facility.

JUSTIFICATION: Due to the investigation and conversation with I/m panel feels that I/m's saftey would be in jeopardy if he returns to general population.

_C/m Widner_    _Sga. NS Hammond_    _A C/m Vani_

Treatment Member      Security Member      Chairperson

..............................................................................................................

WARDEN'S ACTION:

     (✓) Approve panel's recommendation

     ( ) Modify panel's recommendation as follows: _____

_____

_Teresa Dickerson, Acting Warden_      _3-2-12_

Warden                   Date

***Contract facilities only:*** Approved (✓) Denied ( ) _Buttus_    _3-2-12_

Commissioner's Designee      Date

CR-3240 (Rev. 7-01)        Original: Inmate Institutional File        RDA 1167

**TENNESSEE DEPARTMENT OF CORRECTION**
**PROTECTIVE SERVICES ROUTING**

*CONFIDENTIAL*

TO: _A/W Dickerson_ , AWO / Shift Commander / Chief of Security
FROM: _W M Mullins_ , Reporting Staff Member
RE: INMATE _Boaz Pleasant-Bey_     TDOC # _473110_
INSTITUTION: _HCCF_     DATE: _2-24-12_

The following information has been provided by _____ and such indicates that
the above inmate may require protective services: _I/m's life may be in_
_danger if returned to compound._
_from incident that occurred in_
_HA pod on 2-18-12._

_TDOC Butler 1:51_

--------------------------------------------------------------------
---
TO: _W M Mullins_ , Staff Assigned to Perform Inquiry
FROM: _J Dickerson_ , Reporting Staff Member, AWO / Shift Commander / (Assistant Warden)

Please complete your formal inquiry and submit on or before
_____

The following action has been taken pending inquiry:
( ) Inmate is restricted to cell and/or unit.
( ) Inmate's housing assignment is changed from _____ to _____.
(✓) Inmate is separated from general population pending a hearing.
*Contract facilities only:*  Approved     Yes (✓) No ( ) _Butler_     _2-27-12_
                                          Commissioner's Designee         Date
--------------------------------------------------------------------
---
TO: _____ , Chairperson, Protective Services Panel
FROM: _____ , Staff Assigned to Perform Inquiry
DATE: _____

Findings of inquiry are attached for review by protective services panel.

Original: Inmate Institutional File

CR-3241 (Rev. 7/01)                                          RDA-1167

LEAVE BLANK    CRIMINAL

490350029808

(STAPLE HERE)    LEAVE

STATE USAGE

NFF SECOND

| SUBMISSION | APPROXIMATE CLASS | AMPUTATION | SCAR |
|---|---|---|---|
| | | | |

STATE USAGE

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

BEY, BOAZ

SIGNATURE OF PERSON FINGERPRINTED

SOCIAL SECURITY NO. 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

LEAVE BLANK

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. 569160PC5 | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY 10/18/1983 | SEX M | RACE B | HEIGHT 507 | WE 17 |
|---|---|---|---|---|---|---|



1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. L

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L.

PT 50X50G4 3000N # 13:49:33    LXMRK  # 20110217-

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB  R. THUMB  RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

# FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
## CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV 263

PRIVACY ACT OF 1974 (PL. 93-579) REQUIRES THAT FEL.   AL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE S     L SECURITY NUMBER IS
SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| JUVENILE FINGERPRINT | DATE OF ARREST | ORI |
|---|---|---|
| SUBMISSION          YES ☐ | MM  DD  YY | CONTRIBUTOR   TN0980035C |
| TREAT AS ADULT      YES ☐X | 02/17/2011 | ADDRESS   DOC-W TN ST PEN WTSP LIEANING, TN HENNING, TN 38041 |
| | | REPLY   YES ☐X<br>DESIRED? |

| SEND COPY TO:<br>(ENTER ORI) | DATE OF OFFENSE<br>MM  DD  YY | PLACE OF BIRTH (STATE OR COUNTRY) |
|---|---|---|
| | 07/16/2005 | MD |

| MISCELLANEOUS NUMBERS | SCARS, MARKS, TATTOOS, AND AMPUTATIONS | |
|---|---|---|
| | RESIDENCE/COMPLETE ADDRESS | CI |

| OFFICIAL TAKING FINGERPRINTS<br>(NAME OR NUMBER) | LOCAL IDENTIFICATION/REFERENCE | PH |
|---|---|---|
| EDWARDS | 473110 | PA |

| EMPLOYER   IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.<br>IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO. | OCCUPATION |
|---|---|

| CHARGE/CITATION<br>1. | DISPOSITION<br>1. |
|---|---|
| RAPE OF CHILD | 23 YRS 6 MON |
| 2. | 2. |
| 3 | 3 |
| ADDITIONAL | ADDITIONAL |
| ADDITIONAL INFORMATION/BASIS FOR CAUTION | STATE BUREAU STAMP |

FD-249 (Rev. 5-11-99) G☆O  U.S. GOVERNMENT PRINTING OFFICE:04/13/2010 13:09:43

| IDENTIFICATION NO. | LAST NAME | FIRST NAME | | MIDDLE NAME | SID NUMBER |
| --- | --- | --- | --- | --- | --- |
| 490350029808 | BEY | Z | | | |
| DATE PRINTED | SIGNATURE OF OFFICIAL TAK | NTS | ID NUMBER | CONTRIBU | II) |
| 20110217 | | | | TN049035C | WTSP |
| WRITER'S PLAM IMPRESSION | | | | | INDEX FINGER |



FD-884 (10-28-99) G(?) U.S. GOVERNMENT PRINTING OFFICE: 06/11/2010 09:18:05

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
1000 CUSTER HOLLOW ROAD, CLARKSBURG, WEST VIRGINIA 26306



| THUMB | INDEX | MIDDLE | RING |

FD-884 (10-28-99) GPO U.S. GOVERNMENT PRINTING OFFICE:06/11/2010 09:18:05

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
1000 CUSTER HOLLOW ROAD, CLARKSBURG, WEST VIRGINIA 26306



| THUMB | INDEX | MIDDLE | RING |

| IDENTIFICATION NO. | LAST NAME | FIRST NAME | MIDDLE NAME | SID NUMBER |
|---|---|---|---|---|
| 490350029808 | BEY, Z | | | |

| DATE PRINTED | SIGNATURE OF OFFICIAL TAK | NTS | ID NUMBER | CONTRIBU | (I) |
|---|---|---|---|---|---|
| 20110217 | | | | TN049035C | W |

WRITER'S PLAM IMPRESSION

L

FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
1000 CUSTER HOLLOW ROAD, CLARKSBURG, WEST VIRGINIA 26306



| IDENTIFICATION NO | LAST NAME | FIRST NAME | MIDDLE NAME | SID NUMBER | | FBI NUMBER |
|---|---|---|---|---|---|---|
| 490350029808 | BEY,B | | | | | 569160J |

| DATE PRINTED | SIGNATURE OF OFFICIAL TAKIN | TS | | ID NUMBER | CONTRIBUTO | |
|---|---|---|---|---|---|---|
| 20110217 | | | | | TN049035C | WTSP |

WRITER'S PLAM IMPRESSION



FD-884 (10-28-99) GPO U.S. GOVERNMENT PRINTING OFFICE: 06/11/2010 09:18:05

FEDERAL BURE    OF INVESTIGATION, UNITED STATES    PARTMENT OF JUSTICE
1000 CUSTER HOLLOW ROAD, CLARKSBURG, WEST VIRGINIA 26306



| THUMB | INDEX | MIDDLE | RING |

| IDENTIFICATION NO | LAST NAME | FIRST NAME | MIDDLE NAME | SIO NUMBER |
|---|---|---|---|---|
| 490350029808 | BEY, P | | | |

| DATE PRINTED | SIGNATURE OF OFFICIAL TAKI | TS | ID NUMBER | CONTRIBUTI |
|---|---|---|---|---|
| 20110217 | | | | TN049035C    WTSP |

WRITER'S PALM IMPRESSION

INDEX FINGER



FD-884 (10-28-99) GPO  U.S. GOVERNMENT PRINTING OFFICE:06/11/2010 09:18:05

FEDERAL BURE      OF INVESTIGATION, UNITED STATES      ARTMENT OF JU
1000 CUSTER HOLLOW ROAD, CLARKSBURG, WEST VIRGINIA 26306



# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| BOAZ PLEASANT-BEY, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-cv-2502-SHL-dkv |
| SHELBY COUNTY GOVERNMENT, ET AL., | ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION TO WITHDRAW $400.00 FILING FEE AND DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS*

On July 17, 2017, Plaintiff Boaz Pleasant-Bey, Tennessee Department of Correction prisoner registration number 473110, who is incarcerated at the Northeast Correctional Complex ("NECX") in Mountain City, Tennessee, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1.) Plaintiff did not submit a motion to proceed *in forma pauperis* or include his trust account statement for the last six months as required by 28 U.S.C. 1914(a)-(b). However, Plaintiff did submit a Motion to Withdraw $350.00 filing fee from his trust fund account. (ECF No. 2.) Without Plaintiff's trust account statement to verify his indigency, the Court was unable to determine whether he was liable for the additional administration fee of $50 prescribed by the Judicial Conference of the United States.[1] The Court granted an extension of 30 days for the Plaintiff to provide the Court with his inmate trust fund statement. (ECF No. 4.)

On August 10, 2017, Plaintiff complied with Court's order by filing a new Motion to Withdraw $400.00 accompanied by his trust fund statement. (ECF No. 5.) Plaintiff's trust

---

[1] Twenty-eight U.S.C. § 1914(a) requires a civil filing fee of $350. In addition, § 1914(b) requires the clerk to "collect from the parties such additional fees...as are prescribed by the Judicial Conference of the United States." The Judicial Conference has prescribed an additional administrative fee of $50 for filing any civil case, except for cases seeking habeas corpus and cases in which the plaintiff is granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915. The Court is denying leave to proceed *in forma pauperis*; therefore, Plaintiff is liable for the additional $50 fee.

account statement shows that, as of July 26, 2017, the balance in the account was $1,750.30 which is sufficient to pay the filing fee as required by 28 U.S.C. § 1914(a). Therefore, motion to withdraw $400.00 is **GRANTED** and leave to proceed in forma pauperis is **DENIED**.

It is **ORDERED** that Plaintiff cooperate fully with prison officials in carrying out this order. It is further **ORDERED** that the trust fund officer at Plaintiff's prison shall withdraw from Plaintiff's trust fund account the sum of $400 and forward that amount to the Clerk of this Court.

Payment shall be sent to:

Clerk, United States District Court, Western District Tennessee,
167 North Main, Rm. 242, Memphis, TN 38103

and shall clearly identify Plaintiff's name and the case number as it appears on the first page of this order. If Plaintiff is transferred to a different prison or released, he is **ORDERED** to notify the Court immediately of his change of address. If still confined, he shall provide the officials at the new prison with a copy of this order. If Plaintiff fails to abide by these or any other requirements of this order, the Court may impose appropriate sanctions, including a monetary fine or restrictions on Plaintiff's ability to file future lawsuits in this Court, without additional notice or hearing.

The Clerk is **ORDERED** to mail a copy of this order to the prison official in charge of prison trust fund accounts at the Plaintiff's prison. The Clerk is further **ORDERED** to forward a copy of this order to the warden of NECX to ensure that the custodian of Plaintiff's inmate trust account complies with that portion of the PLRA pertaining to the payment of filing fees.

**IT IS SO ORDERED,** this 16th day of August, 2017.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

2

TTCC
FEE PAYMENT

| GARNISHMENT | 25% |
|---|---|
| CHILD SUPPORT | 50% |
| FILING FEES | 20% xx |

FEE CODE      FFF

INMATE #      473110          NAME      Boaz-Pleasant Bey

CASE # 's                      17-cv-2502-SHL-dkv

Payable to     Clerk, USDC
ADDRESS        167 North Main, Room 242
               Memphis, TN  38103

FEE AMOUNT                                      $400.00

901/ 495/ 1200
out # 5

COMMENTS:  20% of all deposits
           All Deposits Monthly Over OVER $10

| DATE | CK # | PAD/PMO | PMT | Balance | Comments |
|---|---|---|---|---|---|
| | | | | $143.29 | |
| 5/14/18 | | Po | 0 | 143.29 | |
| 6/18/18 | | Po | 0 | 143.29 | |
| 7/12/18 | 11 | Pd 13.26 | 2.65 | 140.64 | |
| 8/14/18 | 1197929 | PD 17.34 | 3.47 | 137.17 | |
| 9/13/18 | 1200900 | Pd 14.28 | 2.86 | 134.31 | |
| 10/11/18 | 1203933 | Pd 13.26 | 2.65 | 131.66 | |
| 11/8/18 | | Pd 6.12 | 0 | 131.66 | |
| 12/10/18 | 1209941 | 20.43 | 4.03 | 127.58 | |
| 1/4/18 | 1212230 | | 26 — | 101.58 | |
| 1/14/19 | | 3.10 | 0 | 101.58 | |
| 2/14/19 | | 4.03 | 0 | 101.58 | |
| 3/14/19 | 1218936 | 24.48 | 4.90 | 96.68 | |
| 4-11-19 | 1221747 | 33.04 | 6.55 | 90.15 | |
| 5-9-19 | 1224988 | 28.53 | 5.71 | 81.35 | |
| 6-11-19 | 1227811 | 28.56 | 5.71 | 79.14 | |
| 7-11-19 | 1230378 | 22.44 | 4.49 | 74.65 | |
| 3-7-19 | 1233262 | | 20.00 | 54.65 | ✓ 100.00 |
| 8/14/19 | 1233534 | 22.44 | 4.49 | 50.16 | |
| 9/12/19 | 12 (5241) | 26.52 | 5.30 | 44.86 | |
| 10/12/19 | 1239056 | 26.52 | 5.30 | 39.56 | |
| 11/7/19 | 1241596 | 26.52 | 11.30 | 28.56 | ✓ 30.00 |
| 11/25/19 | 1243456 | | 80.00 | 8.26 | ✓ 100.00 |
| 12/10/19 | 1245158 | 24.48 | 4.90 | 3.36 | |
| 1/14/25 | 1240765 | 33.44 | 3.36 | | |

# COLLECTION OF FEDERAL FILLING FEES _____ Memphis

Braaz- Pleasant Bey _____ 473110
**INMATE NAME** _____ **TDOC NUMBER**

17-CV-2502-SHL-dKV
**CASE NUMBER**

$ 400.00
**FEE AMOUNT**

**COMMENTS**

| DATE PAID | AMOUNT PAID | BALANCE OWED | COMMENTS ON PAYROLL OR MONEY CREDITED TO ACCOUNT |
|---|---|---|---|
| 10-12-17 | { 57.64 } | 342.36 | Net pay (288.19) |
| 11-8-17 | { 33.15 } | 309.21 | Net pay (165.76) |
| 12-7-17 | { 64.18 } | 245.03 | Net (320.91) |
| 1-11-18 | { 70.05 } | 174.98 | Net (370.23) |
| 2-13-18 | { 23.95 } | 151.03 | Net (119.74) |
| 4-12-18 | { 7.74 } | 143.29 | |
| | { } | | |
| | { } | | |
| | { } | | |
| | { } | | |
| | { } | | |
| | { } | | |
| | { } | | |
| | { } | | |
| | { } | | |
| | { } | | |
| | { } | | |
| | { } | | |

# Anderson, Sanquesha

| | |
|---|---|
| **From:** | Shanta Johnson <Shanta.Johnson@tn.gov> |
| **Sent:** | Tuesday, February 11, 2020 7:51 AM |
| **To:** | David W. Sutton; Monica Washington; Bergonzi, Abigail; Hensley, Jammie; Fleming, Jennifer; Harper, Kristi; Anderson, Sanquesha; Amy M. Berry; Amy M. Hall; Gayle Gaines; Latonya S. Ray; Mark F. McKinney; Shakera E. Kelley; Shandetra A. Simmons; Toye L. Mason; Wendy D. Smith |
| **Subject:** | COURT FOR PLEASANT-BEY #473110 |
| **Attachments:** | 02-21-20 00473110.pdf |

\*\*\* This is an EXTERNAL email. Please exercise caution. DO NOT open attachments or click links from unknown senders or unexpected email. \*\*\*

THE FOLLOWING ORDER HAS BEEN RECEIVED:
# 473110 BOAZ PLEASANT-BEY        MIR
DUE IN US WESTERN DISTRICT CRT @ MEMPHIS
ON FEBRUARY 21,2020 AT 1:30 PM
FOR CASE # 2:11-CV-2138-TLP
TRANSFER FROM TTCC TO WTSP ON 2/19/2020
WTSP TO TRANSPORT TO COURT

 Correction

**Shanta Johnson, Correctional Program Manager**
Rachel Jackson Building
Nashville, TN 37243
Office: 615-253-8183
Shanta.Johnson@tn.gov
tn.gov/correction
www.facebook.com/TNDepartmentofCorrection
https://twitter.com/TNTDOC1
https://www.youtube.com/TNTDOC1

1

CCI 000042

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

BOAZ PLEASANT-BEY,                                )
          Plaintiff,    TDOC # 473110             )
                                                  )
v.                                                )          2:11-cv-2138-TLP
                                                  )
MARK H. LUTTRELL, JR.,                            )
          Defendant.                              )

RECEIVED
By SJ at 2:27 pm, Jan 17, 2020

ORDER DIRECTING CLERK TO ISSUE
WRIT FOR HABEAS CORPUS AD TESTIFICANDUM
AND DIRECTING CLERK TO MODIFY THE DOCKET

The Clerk of the Court is HEREBY ORDERED to issue a Writ of Habeas Corpus ad Testificandum to the Warden/Superintendent of the Trousdale Turner Correctional Center (TTCC), 140 Macon Way, Hartsville, TN 37074[1] compelling him/her to produce **Boaz Pleasant-Bey, TOMIS ID: 00473110**, in Courtroom No. 2, 11th floor of the Clifford Davis/Ordell Horton Federal Building, 167 North Main Street, Memphis, Tennessee, 38103 for a **STATUS CONFERENCE** on **FRIDAY, FEBRUARY 21, 2020** at 1:30 P.M.

IT IS SO ORDERED, this 14th day of JANUARY, 2020.

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

---

[1] A check of the Tennessee Felony Offender Information website (https://apps.tn.gov/foil-app/search.jsp) indicates the Plaintiff is presently incarcerated at the Trousdale Turner Correctional Center, 140 Macon Way, Hartsville, TN 37074. The Clerk is directed to update the Plaintiff's current address on the docket.

```
BI01MDF            T   ESSEE DEPARTMENT OF CORRE   ON      DATE: 07/02/2019
                              DETAINER NOTICE


     TOMIS ID:        00473110
     OFFENDER NAME:   PLEASANT-BEY, BOAZ
     ASSIGNED SITE:   TROUSDALE TURNER CORRECTIONAL CENTER      UNIT:  EA2
     ACTUAL SITE:     TROUSDALE TURNER CORRECTIONAL CENTER      UNIT:  EA2



     THIS IS TO NOTIFY YOU THAT EFFECTIVE 02/18/2011, A TENNESSEE
     DETAINER WAS PLACED BY MEMPHIS, TN.


     THIS ACTION IS BASED ON WARRANT NO:          INDICTMENT NO: 070047
     FOR THE OFFENSE OF: RAPE OF CHILD-COURT DATE 3/9/2011.
     PRESENT STATUS OF THIS CHARGE: LIFTED       AS OF 07/02/2019.


     FOR FURTHER INFORMATION REGARDING THE ABOVE ACTION, YOU MAY CONTACT THE
     ISSUING AGENCY AS FOLLOWS:

        SHELBY COUNTY SHERIFF'S OFFICE
        201 POPLAR AVENUE
        FUGITIVE DIVISION
        MEMPHIS, TN  38103
        PHONE: (901)545-2416   FAX NUMBER: (901)545-2470


     THE ISSUING AGENCY SHOULD ADDRESS ANY QUESTIONS CONCERNING THIS ACTION
     TO THE MANAGER OF SENTENCE COMPUTATION SERVICES.  IF THE ISSUING AGENCY
     IS IN TENNESSEE, ARRANGEMENTS SHOULD BE MADE FOR THE IMMEDIATE
     DISPOSITION OF UNTRIED CHARGES.


     SINCERELY,
```

_(signature)_

```
     MANAGER, SENTENCE COMPUTATION SERVICES

     320 SIXTH AVENUE NORTH
     RACHEL JACKSON BUILDING
     SECOND FLOOR
     NASHVILLE, TN  37243-0465


     CC:  OFFENDER
          ISSUING AGENCY
          OSS/INSTITUTIONAL FILE
```



# *Shelby County Sheriff's Office*
## *FUGITIVE BUREAU*
*Floyd Bonner Jr., Sheriff  201 Poplar Av. Memphis, TN 38103*
*(901) 222-5627  Fax# (901)222-5626*

**TO:** TROUSDALE COREECTIONAL CENTER    **Date:** 07/01/2019

**WARRANTS/EXTRADITIONS/RECORDS**
**ATTN:** RECORDS

**FROM:  SHELBY COUNTY SHERIFF OFFICE EXTRADITION**

    Shelby County Sheriff's Office
    Fugitive Division
    201 Poplar Avenue, Annex  Rm 1024
    Memphis, TN 38103
    Phone:  Extradition Unit: 222-4872, 222-4937, 222-4933
    Fax:  (901)222-5010 and (901)222-5625
    ORI# TN0790000 (24 Hrs)

Regarding:  BOAZ PLEASANT-BEY M/B 06/18/1983  TOMIS#473110

☐ Urgent               ☐ Routine

☒ Warrant, Capias with Indictment, and/or Mittimus

☐ Fingerprint Identification Card

☐ Photo
PLEASE REMOVE ALL DETAINERS FOR OUR COUNTY ON THIS SUBJECT. HE HAS
BEEN IN OUR COURTS AND WE NOLONGER NEED HIM . THANK YOU FOR YOUR
HELP.  BOBBY PHILLIPS 901-222-4937

Number of Pages Faxed:

RECEIVED SCANNED
By Dispatch (CB) at 12:42 pm, May 04, 2017

IN THE CRIMINAL COURT OF TENNESSEE
FOR THE 30TH JUDICIAL DISTRICT AT MEMPHIS
DIVISION 8

STATE OF TENNESSEE
VS. NO: (S) 07 00471

CHARGE(S) Rape of a child

Boaz Plesant-Bey,
DEFENDANT
473110

**ORDER TRANSFERRING DEFENDANT FROM THE DEPARTMENT OF CORRECTION AT** TDOC **TO THE SHELBY COUNTY JAIL**

This cause came to be heard upon motion of counsel for the Defendant to transfer Boaz Plesant-Bey from the Department of Correction at TDOC to the Shelby County Jail and;

IT APPEARING TO THE COURT that the presence of Boaz Plesant-Bey is needed in the Criminal Court of Shelby County in the above styled cause that is presently set on the 30 day of June, 20 17,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Boaz Plesant-Bey be transferred by the Department of Correction to the Shelby County Jail at Memphis, Tennessee on or before 6-30-17.

Entered this 4 day of May, 20 16.

_____
Judge

Sex: M   Race: B
Date of Birth: 6-18-1993
R & I #: 366627

Filed: 5-4-17
Richard L. DeSaussure, III, Clerk

By: _____ D.C.

CC7-53

RECEIVED
By Dispatch at 6:33 am, Aug 15, 2016

IN THE CRIMINAL COURT OF TENNESSEE
FOR THE 30TH JUDICIAL DISTRICT AT MEMPHIS
DIVISION 4

SCANNED

STATE OF TENNESSEE

VS. NO: (S) 07 00471                                      CHARGE(S) RAPE OF A CHILD

BOAZ PLESANT-BEY                    ,
DEFENDANT          473110

## ORDER TRANSFERRING DEFENDANT FROM THE DEPARTMENT OF CORRECTION AT
TDOC _____ TO THE SHELBY COUNTY JAIL

This cause came to be heard upon motion of counsel for the Defendant to transfer BOAZ PLESANT-BEY
_____ from the Department of Correction at TDOC _____
to the Shelby County Jail and;

IT APPEARING TO THE COURT that the presence of BOAZ PLESANT-BEY _____

is needed in the Criminal Court of Shelby County in the above styled cause that is presently set on the 21 day
of _Septemken_, 20 16 ,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that

BOAZ PLESANT-BEY _____ be transferred by the Department of Correction to the Shelby County Jail at
Memphis, Tennessee on or before 9-21-16 _____.

Entered this 12 day of AUGUST _____, 20 16 .

_____
Judge

Sex: M     Race: B

Date of Birth: 06/18/1983

R & I #: 000366627

Filed: _____
Richard DeSaussure

By: _____ D.C.

CC7-53

RECEIVED

APR 1 4 2016

DEPARTMENT OF CORRECTION

SCANNED

IN THE CRIMINAL COURT OF TENNESSEE
FOR THE 30TH JUDICIAL DISTRICT AT MEMPHIS
DIVISION 8

STATE OF TENNESSEE
VS. NO: (S) 07 00471

CHARGE(S) RAPE OF A CHILD

BOAZ PLESANT-BEY
DEFENDANT
                    473110

ORDER TRANSFERRING DEFENDANT FROM THE DEPARTMENT OF CORRECTION AT

_NECX_

TO THE SHELBY COUNTY JAIL

This cause came to be heard upon motion of counsel for the Defendant to transfer _Boaz Pleasant-Bey_ from the Department of Correction at _NECX_ to the Shelby County Jail and;

IT APPEARING TO THE COURT that the presence of _Boaz Pleasant-Bey_ _2nd_ is needed in the Criminal Court of Shelby County in the above styled cause that is presently set on the ~~2~~ day of ~~~~ _June_, 20 _16_,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that _Boaz Pleasant-Bey_ be transferred by the Department of Correction to the Shelby County Jail at Memphis, Tennessee on or before ~~~~ 6/2/16

Entered this 14th day of April, 20 16.

_____
Judge

Sex: M    Race: B
Date of Birth: 08/18/1983
R & I #: 000366627
TOMIS ID 473110

Filed: 4-14-16
Richard L. DeSaussure, III, Clerk

By: _____ D.C.

CC7-53

RECEIVED
APR 14 2016
SCANNED
DEPARTMENT OF CORRECTION

IN THE CRIMINAL COURT OF TENNESSEE
FOR THE 30TH JUDICIAL DISTRICT AT MEMPHIS
DIVISION 8

STATE OF TENNESSEE

VS. NO: (S) 07 00471

CHARGE(S) RAPE OF A CHILD

BOAZ PLESANT-BEY
DEFENDANT

473110

## ORDER TRANSFERRING DEFENDANT FROM THE DEPARTMENT OF CORRECTION AT

NECX

### TO THE SHELBY COUNTY JAIL

This cause came to be heard upon motion of counsel for the Defendant to transfer Boaz Pleasant - Bey from the Department of Correction at NECX to the Shelby County Jail and;

IT APPEARING TO THE COURT that the presence of Boaz Pleasant - Bey 2nd is needed in the Criminal Court of Shelby County in the above styled cause that is presently set on the 2nd day of June, 20 16.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Boaz Pleasant - Bey be transferred by the Department of Correction to the Shelby County Jail at Memphis, Tennessee on or before 6/2/16

Entered this 14th day of April , 20 16 .

_____
Judge

Sex M Race: B

Date of Birth: 08/18/1983

R & I # 000366627

TOMIS ID 473110

Filed: 4-14-16

Richard L. DeSaussure, III, Clerk

By: _____ D.C.

CC7-53

RECEIVED
OCT 05 2015
SCANNED
DEPARTMENT OF CORRECTION

IN THE CRIMINAL COURT OF TENNESSEE
FOR THE 30TH JUDICIAL DISTRICT AT MEMPHIS
DIVISION _8_

STATE OF TENNESSEE

VS. NO: (S) ___07 - 00471___

CHARGE(S) _Petition_

_Boaz Plesant - ~~Bear~~ Bey_
DEFENDANT #473110

_NECX / MR_

## ORDER TRANSFERRING DEFENDANT FROM THE DEPARTMENT OF CORRECTION AT

_NECX - Bledsoe County_ _____ TO THE SHELBY COUNTY JAIL

This cause came to be heard upon motion of counsel for the Defendant to transfer _Boaz_ _Plesant - Bey_ from the Department of Correction at _NECX - Bledsoe County_ to the Shelby County Jail and;

IT APPEARING TO THE COURT that the presence of _Boaz Plesant - Bey_ is needed in the Criminal Court of Shelby County in the above styled cause that is presently set on the _13th_ day of _Nov._, 20 _15_,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that _Boaz Plesant - Bey_ be transferred by the Department of Correction to the Shelby County Jail at Memphis, Tennessee on or before _11 - 13 - 15_.

Entered this _5th_ day of _October_, 20 _15_

_____
Judge

Sex: _M_ Race: _B_
Date of Birth: _6.8.13_
R & I #: _366627_
Tomis # 00473110

Filed: _10-5-15_
Richard L. DeSaussure, III, Clerk

By: _____ D.C.

CC7-53

RECEIVED

IN THE CRIMINAL COURT OF TENNESSEE          JAN 25 2012
FOR THE 30TH JUDICIAL DISTRICT AT MEMPHIS
DIVISION _8_

DEPARTMENT OF CORRECTION

STATE OF TENNESSEE

VS. NO: (S) _07 - 00471_          CHARGE(S) _Rape of a Child_

_Boaz Plesant-Bey_
DEFENDANT          _HCCF/med_
_TOMIS # 473110_

ORDER TRANSFERRING DEFENDANT FROM THE DEPARTMENT OF CORRECTION AT
_Hardeman County Corr. Facility_ TO THE SHELBY COUNTY JAIL

This cause came to be heard upon motion of counsel for the Defendant to transfer _____
_Boaz Plesant-bey_ from the Department of Correction at _HCCF_
to the Shelby County Jail and;

IT APPEARING TO THE COURT that the presence of _HCCF_          _2nd_
is needed in the Criminal Court of Shelby County in the above styled cause that is presently set on the ___ day
of _February_, 20 _12_

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that
_Boaz Plesant-Bey_ be transferred by the Department of Correction to the Shelby County Jail at
Memphis, Tennessee on or before _2/28/12_

Entered this _25_ day of _January_, 20 _12_

_____
Judge

Sex: _M_  Race: _B_
Date of Birth: _6/18/83_
R & I #: _366627_
_TOMIS # 473110_

Filed: _1-25-12_
Kevin P. Key, Clerk

By: _P. Oakley_          D.C.

CC7-53

11120048

# IN THE CRIMINAL/CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE

Case Number: 07 00471     Count # 1     Attorney for the State: M. Bell/A. Wallace

Judicial District: 30th    Judicial Division: # 3    Counsel for Defendant: Pro Se

**State of Tennessee**    JAN -3    ☐ Retained ☐ Appointed ☐ Public Defender
vs.      ☐ Counsel Waived ☒ Pro Se

Defendant: BOAZ PLESANT-BEY      Alias: _____

Date of Birth: 06/18/1983   Sex: M   Race: B   SSN: _____

Indictment Filing Date: 01/30/2007   TDOC # _____   State Control # 790007605421

State ID # _____    County Offender ID # 000366627

## JUDGMENT

☒ Original   ☐ Amended   ☐ Corrected

Comes the District Attorney General for the State and the defendant with counsel of record for entry of judgment.

On the 19th day of July, 2010, the defendant:

| | |
|---|---|
| ☐ Pled Guilty   ☐ Dismissed/Nolle Prosequi | Indictment: Class (circle one) 1" **X** B C D E   ☒ Felony ☐ Misdemeanor |
| ☐ Nolo Contendere   ☐ Retired/Unapprehended Defendant | Offense: 39-13-522 RAPE OF A CHILD |
| ☐ Guilty Plea – Pursuant to 40-35-313 | Amended Charge: _____ |
| | Offense Date: 7/16/2005-10/13/2005    County: SHELBY |
| Is found:   ☒ Guilty   ☐ Not Guilty | Conviction Offense: Rape of a Child |
| ☒ Jury Verdict   ☐ Not Guilty by Reason of Insanity | Is this conviction offense methamphetamine related? ☐ Yes ☒ No |
| ☐ Bench Trial | TCA #: 39-13-522    Sentence Imposed Date: 7-19-2010 |
| | Conviction Class (circle one) 1" **X** B C D E   ☒ Felony ☐ Misdemeanor |

After considering the evidence, the entire record, & all factors in T.C.A. Title 40 Chapter 35, all of which are incorporated by reference herein, the Court's findings & rulings are

| Sentence Reform Act of 1989 | | Concurrent with: | Pretrial Jail Credit Period(s): |
|---|---|---|---|
| Offender Status (Check One) | Release Eligibility (Check One) | | From 2/8/07 to 12/21/11 |
| ☐ Mitigated | ☐ Mitigated 20%   ☐ Multiple Rapist 100% | | From ____ to ____ |
| ☒ Standard | ☐ Mitigated 30%   ☒ Child Rapist 100% | | From ____ to ____ |
| ☐ Multiple | ☐ Standard 30%   ☐ Repeat Violent 100% | Consecutive to: | From ____ to ____ |
| ☐ Persistent | ☐ Multiple 35%   ☐ Child Predator 100% | | |
| ☐ Career | ☐ Persistent 45%   ☐ 1° Degree Murder | | |
| ☐ Repeat Violent | ☐ Career 60%   ☐ Drug Free Zone | | |
| | ☐ Violent 100%   ☐ Gang Related | | |

| | |
|---|---|
| Sentenced To: ☒ TDOC   ☐ County Jail   ☐ Workhouse | |
| Sentence Length: 23 Years 6 Months ____ Days ____ Hours ____ Weekends ☐Life ☐Life w/out Parole ☐Death | |

Mandatory Minimum Sentence Length: ____ 39-17-417, 39-13-513, 39-13-514 in Drug Free Zone or ____ 55-10-401 DUI 4th Offense
or ____ 39-17-1324 Possession/Employment of Firearm
Period of incarceration to be served prior to release on probation ____ Months ____ Days ____ Hours ____ Weekends
Minimum service time to eligibility for work release, furlough, trusty status and rehabilitative programs ____% (Misdemeanor Only)
Alternative Sentence: ☐ Probation ☐ Diversion ☐ Drug Court ☐ Community Based Alternative - Specify ____
____ Years ____ Months ____ Days   Effective ____

| Court Ordered Fees and Fines:   Cost to be Paid by | Restitution: Victim Name _____ |
|---|---|
| $ ____ Court Costs ☒ Defendant ☐ State | Address _____ |
| $ -0- Fine Assessed | _____ |
| $ ____ Traumatic Brain Injury Fund (Drag Racing) | |
| $ ____ Drug Testing Fund (TN Drug Control Act) | Total Amount $ ____   Per Month $ ____ |
| $ ____ CICF   $ ____ Sex Offender Tax | |
| $ ____ Other | ☐ Unpaid Community Service ____ Hours ____ Days ____ Weeks ____ Months |

☒ The Defendant having been found guilty is rendered infamous and ordered to provide a biological specimen for the purpose of DNA analysis
☒ Pursuant to 39-13-521 the defendant is ordered to provide a biological specimen for the purpose of HIV testing
☒ Pursuant to 39-13-524 the defendant is sentenced to community supervision for life following sentence expiration

**Special Conditions**

_Judgment Exec. 12/21/11  MNT Heard + denied 12/21/11_

| Chris Craft | | 7/19/10 |
|---|---|---|
| Judge's Name | Judge's Signature | Date of Entry of Judgment |

| | | CC7-11 |
|---|---|---|
| Attorney for State/Signature (optional) | Defendant/Defendant's Attorney Signature | CR-3419 (Rev.1/08)   RDA 1167 |

1(2)

No. __07  C0471__

## STATE OF TENNESSEE

### V.

### BOAZ PLESANT-BEY

Indictment for

## RAPE OF A CHILD

T.C.A. 39-13-522                                         SCATS CODE - 21871

Witnesses:

Summon for the State

| | |
|---|---|
| P, PRITT          MPD, SEX CRIMES BUREAU | |
| S.ROBINSON | MPD - SEX CRIMES |
| G.LAWSON | MPD |
| TIERRA MITCHELL | |
| K.ROGERS | MPD |
| GLORIA EDGE | 4845 APPLESTONE MEMPHIS, |

<u>S. ROBINSON</u>
Prosecutor

**A True Bill** ✓

*Mary F. Thomas*
Foreperson of the Grand Jury

Date Indictment Returned: __1-30-07__

STATE OF TENNESSEE   )    CRIMINAL COURT OF SHELBY COUNTY

                      )

SHELBY COUNTY       )    JANUARY TERM, 2007


Count 1


      THE GRAND JURORS of the State of Tennessee, duly selected, empaneled, sworn and charged to inquire for the body of the county of Shelby, Tennessee, upon their oath, present that:


BOAZ PLESANT-BEY


between March 16, 2004 and October 24, 2006 in Shelby County, Tennessee, and before the finding of this indictment, did unlawfully and intentionally sexually penetrate TIERRA MITCHELL, a person less than thirteen (13) years of age, in violation of T.C.A. 39-13-522, against the peace and dignity of the State of Tennessee.


                         _____
                         William L. Gibbons
                         District Attorney General
                         30th Judicial District

Kevin P. Key
-01 Poplar, Suite 4-01
Memphis, TN 38103
(901) 545-5005

## Notice of Intent to Collect on Criminal Court Judgment

Name: _____    Phone: _____

Address: _____    Apt: _____

City: _____ State: _____    Zip: _____

SN: _____ D.O.B. _____

### Relative or Friend

Name: _____ Relationship: _____

# ESCROW/COLLECTION NOTICE

_____ Zip: _____

NAME *Boaz-Plesant Bey*    DATE *12-28-11*

DOCKET (S) # *07-00471*    DIV. *8*

_____

### TAKE THIS CARD
### IMMEDIATELY TO:

CRIMINAL JUSTICE COMPLEX
CRIMINAL COURT CLERK'S OFFICE
4th FLOOR (SUITE 4-01)
201 POPLAR AVENUE @ THIRD ST.
MEMPHIS, TN. 38103
PHONE 545-3640 or 545-5005

_ Phone _____

_ Zip: _____

se Date: _____

**NOTICE:** FAILURE TO REPORT CAN RESULT IN A SUMMONS
TO COURT AND/OR **WARRANT** ISSUED FOR YOUR **ARREST!**

ED AGAINST ME IN THE ABOVE
COUNTY TENNESSEE INCLUDES
ASSESSMENT OF COST AND/OR FINE(S). I HAVE BEEN ADVISED TO REPORT TO THE CRIMINAL
COURT CLERK'S OFFICE WITHIN FIVE (5) DAYS OF MY RELEASE DATE.

## FAILURE TO COMPLY WITH THIS JUDGMENT
## MAY RESULT IN CONTEMPT OF COURT

Inmate Signature: _____    Date: _____

Witness Signature: _____    Date: _____

CC8-1

# RECEIVED

IN THE CRIMINAL COURT OF TENNESSEE
FOR THE 30TH JUDICIAL DISTRICT AT MEMPHIS
DIVISION _8_

JAN 0 6 2012

DEPARTMENT OF CORRECTION

STATE OF TENNESSEE
VS. NO: (S) _07-00471_                              CHARGE(S) _Rape of a Child_

_Boaz Plesant-Bey_
DEFENDANT                                          _HCCF_
         _TOMIS # 473110_                              _med_

ORDER TRANSFERRING DEFENDANT FROM THE SHELBY COUNTY JAIL TO THE
DEPARTMENT OF CORRECTION AT _Hardeman County Correctional Facility_

This cause came to be heard upon motion of counsel for the Defendant to transfer _Boaz_
_Plesant-Bey_ from the Shelby County Jail to the Department of Correction at _HCCF_
_____ ; AND

IT APPEARING TO THE COURT that the presence of _Boaz Plesant-Bey_ is no
longer needed in the Criminal Court of Shelby County, Tennessee.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above named Defendant
be transferred to the Department of Correction at _HCCF_ , as soon as
possible.

Entered this _4th_ day of _January_ , 20 _12_ .

_____
Judge

Sex: _M_  Race: _B_
Date of Birth: _6-18-83_
R & I _366687_
_TOMIS # 473110_

Filed: _1-4-12_
Kevin P. Key, Clerk

By: _P. Cathey_ _____ D.C.

CC7-54

DEC 1 4 2011

DEPARTMENT OF CORRECTION

# IN THE CRIMINAL COURT OF TENNESSEE
## FOR THE 30TH JUDICIAL DISTRICT AT MEMPHIS
### DIVISION _8_

STATE OF TENNESSEE _07-00471_

VS. NO: (S) _07-00471_

CHARGE(S) _Rape of Child_

_Boaz Plesant-Bey_
DEFENDANT
_Tomis # 473110_

_HCCF / med_

## ORDER TRANSFERRING DEFENDANT FROM THE DEPARTMENT OF CORRECTION AT
_HCCF_ TO THE SHELBY COUNTY JAIL

This cause came to be heard upon motion of counsel for the Defendant to transfer _Boaz_
_Plesant-Bey_ from the Department of Correction at _HCCF_
to the Shelby County Jail and;

IT APPEARING TO THE COURT that the presence of _Boaz Plesant-Bey_
is needed in the Criminal Court of Shelby County in the above styled cause that is presently set on the _21_ day
of _December_, 20 _11_,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that
_Boaz Plesant-Bey_ be transferred by the Department of Correction to the Shelby County Jail at
Memphis, Tennessee on or before _12/21/11_.

Entered this _12_ day of _December_, 20 _11_.

_____
Judge

Sex: _M_ Race: _B_

Date of Birth: _____

R&TW: _____

_Tomis # 473110_

Filed: _12/12/11_
Kevin P. Key, Clerk

By: _P. Catleen_ _____ D.C.

CC7-53

Q7104623

## IN THE CRIMINAL/CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE

Case Number: __07 00471__    Count # ____1____    Attorney for the State: M. Bell/ A. Wallace

Judicial District: __30th__   Judicial Division: __# 8__   Counsel for Defendant: Pro Se

State of Tennessee
vs.

Defendant: __BOAZ PLESANT-BEY__

☐ Retained  ☐ Appointed  ☐ Public Defender
☐ Counsel Waived   ☒ Pro Se

Date of Birth: __08/18/1983__  Sex: __M__  Race: __B__  Alias: _____

Indictment Filing Date: __01/30/2007__   TDOC # __473110__   SSN: _____

State ID # _____    State Control # 790007805421

County Offender ID # 000366627

3SH 473110

### JUDGMENT

☒ Original   ☐ Amended   ☐ Corrected

Comes the District Attorney General for the State and the defendant with counsel of record for entry of judgment.

On the __19th__ day of __July__ , __2010__ , the defendant:

☐ Pled Guilty          ☐ Dismissed/Nolle Prosequi
☐ Nolo Contendere   ☐ Retired/Unapprehended Defendant
☐ Guilty Plea - Pursuant to 40-35-313

Indictment: Class (circle one)  1*  X  B  C  D  E

Offense: 39-13-522 RAPE OF A CHILD                      ☒ Felony ☐ Misdemeanor

Amended Charge: _____

Offense Date: 7/16/2005-10/13/2005

Conviction Offense: Rape of a Child            County: SHELBY

Is found:
☒ Jury Verdict   ☒ Guilty       ☐ Not Guilty
☐ Bench Trial    ☐ Not Guilty by Reason of Insanity

Is this conviction offense methamphetamine related?  ☐ Yes  ☒ No

TCA #: 39-13-522             Sentence Imposed Date: 7/19/2010

Conviction: Class (circle one)  1*  X  B  C  D  E            ☒ Felony ☐ Misdemeanor

After considering the evidence, the entire record, & all factors in T.C.A. Title 40 Chapter 35, all of which are incorporated by reference herein, the Court's findings & rulings are:

### Sentence Reform Act of 1989

Offender Status (Check One)

☐ Mitigated
☒ Standard
☐ Multiple
☐ Persistent
☐ Career
☐ Repeat Violent

Release Eligibility (Check One)

☐ Mitigated 20%
☐ Mitigated 30%
☐ Standard 30%
☐ Multiple 35%
☐ Persistent 45%
☐ Career 60%
☐ Violent 100%

☐ Multiple Rapist 100%
☒ Child Rapist 100%
☐ Repeat Violent 100%
☐ Child Predator 100%

☐ 1* Degree Murder
☐ Drug Free Zone
☐ Gang Related

Concurrent with: _____

Consecutive to: _____

Pretrial Jail Credit Period(s):
From 2-8-7 to 2-11-11
From ____ to ____
From ____ to ____
From ____ to ____

Sentenced To:  ☒ TDOC   ☐ County Jail   ☐ Workhouse

Sentence Length: __23__ Years __6__ Months ____ Days ____ Hours ____ Weekends   ☐Life   ☐Life w/out Parole  ☐Death

Mandatory Minimum Sentence Length: ____ 39-17-417, 39-13-513, 39-13-514 in Drug Free Zone or ____ 55-10-401 DUI 4th Offense
or ____ 39-17-1324 Possession/Employment of Firearm

Period of incarceration to be served prior to release on probation: ____ Months ____ Days ____ Hours ____ Weekends

Minimum service prior to eligibility for work release, furlough, trusty status and rehabilitation programs: ____% (Misdemeanor Only)

Alternative Sentence:  ☐ Probation  ☐ Diversion  ☐ Drug Court   ☐ Community Based Alternative - Specify _____

____ Years ____ Months ____ Days  Effective: _____

Court Ordered Fees and Fines:       Cost to be Paid by
$ ____ Court Costs        ☒ Defendant  ☐ State
$ ____ Fine Assessed
$ ____ Traumatic Brain Injury Fund (Drag Racing)
$ ____ Drug Testing Fund (TN Drug Control Act)
$ ____ CICF               ____ Sex Offender Tax
$ ____ Other: _____

Restitution: Victim Name _____
Address _____
_____
Total Amount $ ____   Per Month $ ____

☐ Unpaid Community Service: ____ Hours ____ Days ____ Weeks ____ Months

☒ The Defendant having been found guilty is rendered infamous and ordered to provide a biological specimen for the purpose of DNA analysis.
☒ Pursuant to 39-13-521 the defendant is ordered to provide a biological specimen for the purpose of HIV testing.
☒ Pursuant to 39-13-524 the defendant is sentenced to community supervision for life following sentence expiration.

Special Conditions: _____

Chris Craft
Judge's Name

_____ (Judge's Signature)

7/19/10
Date of Entry of Judgment

_____ (Attorney for State/Signature (optional))

_____ (Defendant/Defendant's Attorney/Signature)

CC7-11
CR-3419 (Rev.1/08)  RDA 1167

1(2)

You are hereby commanded to take the body of the defendant, herein named, it to be found in your County Jail of Shelby County, Tennessee, thereafter to execute the Judgment of the Court according to the sentence imposed as shown on the attached Judgment, or until said defendant be otherwise discharged according to the law.

Be it further noted that the defendant has currently pending in the Criminal Courts of Shelby County, Tennessee, the following indictments being still subject to the orders of this Court.

| INDICTMENT | COURT DIVISION | OFFENSE |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

WITNESS, WILLIAM R. KEY, Clerk of the Criminal Court of Shelby County, Tennessee, at office in Memphis, Tennessee.

State of Tennessee
COUNTY OF SHELBY

I, WILLIAM R. KEY, Clerk of the Criminal Court of Shelby County, Tennessee, do hereby certify that the above said and attached Judgment is a true and perfect transcript of Judgment and currently pending indictments in the matter of the State of Tennessee vs. the herein named defendant and indictments as they appear in my office.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court, at office, in the City of Memphis, Tennessee, this the ___ day of ___, 20 ___.

RECORD & IDENTIFICATION NUMBER

WILLIAM R. KEY, CLERK

BY: _____

DOCKET NUMBERS: _____

are over/under conviction (s) to Shelby County Jail/S.C.C.C/Penitentiary for a period of _____

ORDERS ATTACHED TO JUDGMENT:

2(2)

CCI 000059



# WEST TENNESSEE STATE PENITENTIARY

STATE OF TENNESSEE

FAX TRANSMITTAL

| TO: *Lonette Watson* | FROM: LINDA LAMBIRTH |
| | CLERK 3 - RECORDS |
| AGENCY/COMPANY: | DATE: *2-18-71* |
| FAX NUMBER: 615-259-3783 | TOTAL NUMBER OF PAGES INCLUDING COVER: *2* |
| PHONE NUMBER: | SENDER'S PHONE NUMBER: |
| | 731-738-5044 EXT. 2237 |
| SUBJECT: JUDGMENTS | SENDER'S FAX NO.: |
| | 731-738-5947 |

∂ URGENT      ∂ FOR REVIEW      ∂ PLEASE REPLY

MESSAGE:

| REGARDING DETAINERS |
| *# 473110 - Pleasant by, Barry - Shelby Co.* |

The information contained in this message is confidential and is intended solely for the use of the person or entity named above. This message may contain individual identifiable information that must remain confidential and is protected by state and federal law. If the reader of this message is not the intended recipient, the reader is hereby notified that any dissemination, distribution or reproduction of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by telephone and destroy the original message. we regret any inconvenience and appreciate your cooperation.

GS-0894 (Rev. 6-03)

---

** Transmit Conf.Report **

WEST TN STATE PEN    Fax 7317385947    Feb 18 2011 09:44am    P.1

| Fax/Phone Number | Mode | Start | Time | Page Result | Note |
|---|---|---|---|---|---|
| 16152593783 | Normal | 18:09:43am | 0.23" | 2 | # O K |



# *Shelby County Sheriff's Office*

*Sheriff Mark H. Luttrell, Jr., 201 Poplar Avenue, Memphis, Tennessee 38103 (901)545-5500*

DATE: 08/16/2011                                    #473110

## DETAINER

INMATE'S NAME    Booz Report-Bay
D.O.B            08/18/1983
BOOKING NUMBER   07104623
R&I              3666027

DEAR SIR/MADAM;

PLEASE ACKNOWLEDGE THIS DOCUMENT AS A DETAINER ON THE
ABOVE MENTIONED INMATE HOUSED IN YOUR FACILITY. HE/SHE HAVE
PENDING CHARGES IN THE COURTS OF Shelby County
THE FOLLOWING CASE(S) ARE PENDING:

COURT CR          DIV 08
CASE/INDICTMENT # 07-0047
CHARGES Rape of a Child

PLEASE CALL (901) 545-2416 OR FAX (901) 545-2470. IF YOU HAVE ANY
QUESTIONS CONCERNING THIS MATTER.

SINCERELY,                         Court date: 03/09/2011

*James E Coleman*

JAMES E. COLEMAN, CHIEF JAILER
SHELBY COUNTY JAIL

MISSION: We, the Shelby County Criminal Justice Center, will by employing sound correction practices, provide a safe and humane environment
for both staff and inmates in which public safety is emphasized and integrity in words and actions is practiced.

ACA

*1112040*

# IN THE CRIMINAL/CIRCUIT COURT OF SHELBY COUNTY, TENNESSEE

Case Number: **07 00471**     Count # **1**     Attorney for the State: **M Bell/ A. Wallace**

Judicial District: **30th**     Judicial Division: **8 1 6**     Counsel for Defendant: **Pro Se**

**State of Tennessee**     JAN - 3
vs.
   ☐ Retained  ☐ Appointed  ☐ Public Defender
   ☐ Counsel Waived   ☒ Pro Se

Defendant: **BOAZ PLESANT-BEY**     Alias: _____

Date of Birth: **06/18/1983**   Sex: **M**   Race: **B**   SSN: -- 

Indictment Filing Date: **01/30/2007**   TDOC # _____   State Control # **790007605421**

State ID # _____   County Offender ID # **000366627**

## JUDGMENT

☒ Original   ☐ Amended   ☐ Corrected

Comes the District Attorney General for the State and the defendant with counsel of record for entry of judgment.

On the **19th** day of **July**, **2010**, the defendant:

| | |
|---|---|
| ☐ Pled Guilty   ☐ Dismissed/Nolle Prosequi | Indictment: Class (circle one)  1° **X** B C D E   ☒ Felony ☐ Misdemeanor |
| ☐ Nolo Contendere  ☐ Retired/Unapprehended Defendant | Offense: **39-13-522 RAPE OF A CHILD** |
| ☐ Guilty Plea – Pursuant to 40-35-313 | Amended Charge: _____ |
| | Offense Date: **7/16/2005-10/13/2005**   County: **SHELBY** |
| Is found:   ☒ Guilty   ☐ Not Guilty | Conviction Offense: **Rape of a Child** |
| ☒ Jury Verdict   ☐ Not Guilty by Reason of Insanity | Is this conviction offense methamphetamine related?  ☐ Yes  ☒ No |
| ☐ Bench Trial | TCA #: **39-13-522**    Sentence Imposed Date: **7 | 19 | 2010** |
| | Conviction: Class (circle one)  1°  **X** B C D E   ☒ Felony ☐ Misdemeanor |

After considering the evidence, the entire record, & all factors in T.C.A. Title 40 Chapter 35, all of which are incorporated by reference herein, the Court's findings & rulings are

| Sentence Reform Act of 1989 | | Concurrent with: | Pretrial Jail Credit Period(s): |
|---|---|---|---|
| Offender Status (Check One)     Release Eligibility (Check One) | | | From **2/8/07** to **12/21/11** |
| ☐ Mitigated | ☐ Mitigated 20%   ☐ Multiple Rapist 100% | | From _____ to _____ |
| ☒ Standard | ☐ Mitigated 30%   ☒ Child Rapist 100% | | From _____ to _____ |
| ☐ Multiple | ☐ Standard 30%   ☐ Repeat Violent 100% | Consecutive to: | From _____ to _____ |
| ☐ Persistent | ☐ Multiple 35%   ☐ Child Predator 100% | | From _____ to _____ |
| ☐ Career | ☐ Persistent 45%   ☐ 1st Degree Murder | | |
| ☐ Repeat Violent | ☐ Career 60%   ☐ Drug Free Zone | | |
| | ☐ Violent 100%   ☐ Gang Related | | |

Sentenced To:   ☒ TDOC   ☐ County Jail   ☐ Workhouse

Sentence Length:   **23** Years   **6** Months   _____ Days   _____ Hours   _____ Weekends   ☐ Life   ☐ Life w/out Parole  ☐ Death

Mandatory Minimum Sentence Length: _____ 39-17-417, 39-13-513, 39-13-514 in Drug Free Zone *or* _____ 55-10-401 DUI 4th Offense
*or* _____ 39-17-1324 Possession/Employment of Firearm

Period of incarceration to be served prior to release on probation _____ Months _____ Days _____ Hours _____ Weekends

Minimum service time to eligibility for work release, furlough, trusty status and rehabilitative programs _____% (Misdemeanor Only)

Alternative Sentence   ☐ Probation   ☐ Diversion   ☐ Drug Court   ☐ Community Based Alternative - Specify _____

_____ Years _____ Months _____ Days   Effective _____

| Court Ordered Fees and Fines:    Cost to be Paid by | Restitution: Victim Name _____ |
|---|---|
| $ _____ Court Costs   ☒ Defendant ☐ State | Address _____ |
| $ Ø _____ Fine Assessed | _____ |
| $ _____ Traumatic Brain Injury Fund (Drag Racing) | |
| $ _____ Drug Testing Fund (TN Drug Control Act) | Total Amount $ _____ Per Month $ _____ |
| $ _____ CICF   $ _____ Sex Offender Tax | |
| $ _____ Other: _____ | ☐ Unpaid Community Service _____ Hours _____ Days _____ Weeks _____ Months |

☒ The Defendant having been found guilty is rendered infamous and ordered to provide a biological specimen for the purpose of DNA analysis
☐ Pursuant to 39-13-521 the defendant is ordered to provide a biological specimen for the purpose of HIV testing

Special Conditions     ☒ Pursuant to 39-13-524 the defendant is sentenced to community supervision for life following sentence expiration

*Judgment Exec. 12/21/15*    *MNT Heard + Denied 12/21/11*

**Chris Craft**                                 *7/19/10*
Judge's Name                    Judge's Signature                   Date of Entry of Judgment

CC7-11

Attorney for State/Signature (optional)        Defendant/Defendant's Attorney/Signature        CR-3419 (Rev 1/08)  RDA 1167

1(2)

No. __07 00471__

# STATE OF TENNESSEE

V.

## BOAZ PLESANT-BEY

Indictment for

RAPE OF A CHILD

T.C.A. 39-13-522

SCATS CODE - 21871

Witnesses:

Summon for the State

P, PRITT    MPD, SEX CRIMES BUREAU
S.ROBINSON
G.LAWSON                 MPD - SEX CRIMES
TIERRA MITCHELL        MPD
K.ROGERS
GLORIA EDGE            MPD
                           4845 APPLESTONE MEMPHIS,

S. ROBINSON
Prosecutor

**A True Bill** ✓

_Mary F. Thomas_
Foreperson of the Grand Jury

Date Indictment Returned: _1-30-07_

Kevin P. Key
-01 Poplar, Suite 4-01
Memphis, TN 38103
(901) 545-5005

Notice of Intent to Collect on Criminal Court Judgment

Name: _____     Phone: _____

Address: _____     Apt: _____

City: _____ State: _____     Zip: _____

SN: _____ D.O.B. _____

Relative or Friend

Name: _____ Relationship: _____

## ESCROW/COLLECTION NOTICE

NAME _Boaz-Plesant Bey_ DATE _12-28-11_                    _ Zip: _____

DOCKET (S) # _07-00471_ DIV. _8_

**TAKE THIS CARD
IMMEDIATELY TO:**                    _ Phone _____

CRIMINAL JUSTICE COMPLEX                    _ Zip: _____
CRIMINAL COURT CLERK'S OFFICE
<u>4th FLOOR (SUITE 4-01)</u>
201 POPLAR AVENUE @ THIRD ST.                    se Date: _____
MEMPHIS, TN. 38103
PHONE 545-3640 or 545-5005

<u>**NOTICE:**</u> **FAILURE TO REPORT CAN RESULT IN A SUMMONS**     ED AGAINST ME IN THE ABOVE
**TO COURT AND/OR <u>WARRANT</u> ISSUED FOR YOUR <u>ARREST!</u>**     COUNTY TENNESSEE INCLUDES

ASSESSMENT OF COST AND/OR FINE(S). I HAVE BEEN ADVISED TO REPORT TO THE CRIMINAL
COURT CLERK'S OFFICE WITHIN FIVE (5) DAYS OF MY RELEASE DATE.

## FAILURE TO COMPLY WITH THIS JUDGMENT
## MAY RESULT IN CONTEMPT OF COURT

Inmate Signature: _____ Date: _____

Witness Signature: _____ Date: _____

CC8-1

You are hereby commanded to take the bo͟c͟ ͟ ͟ ͟ ͟the defendant, herein named, it to be found in ͟y͟ ͟ ͟ ͟County Jail of Shelby County, Tennessee, thereafter to execute the Judgment of the Court according to the sentence imposed as shown on the attached Judgment, or until said defendant be otherwise discharged according to the law.

Be it further noted that the defendant has currently pending in the Criminal Courts of Shelby County, Tennessee, the following indictments being still subject to the orders of this Court.

| INDICTMENT | COURT DIVISION | OFFENSE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

WITNESS, WILLIAM R. KEY, Clerk of the Criminal Court of Shelby County, Tennessee, at office in Memphis, Tennessee.

State of Tennessee
COUNTY OF SHELBY

I, WILLIAM R. KEY, Clerk of the Criminal Court of Shelby County, Tennessee, do hereby certify that the above said and attached Judgment is a true and perfect transcript of Judgment and currently pending indictments in the matter of the State of Tennessee vs. the herein named defendant and indictments as they appear in my office.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court, at office, in the City of Memphis, Tennessee, this the _20_ day of ____JULY____, 20_11_.

RECORD & IDENTIFICATION NUMBER
310069 7
WILLIAM R. KEY, CLERK

BY: _____

DOCKET NUMBERS: _____
_____
are over/under conviction (s) to Shelby County Jail/S.C.C.C/Penitentiary for a period of _____
_____

ORDERS ATTACHED TO JUDGMENT:
_____
_____
_____
_____

2(2)

**Registration / Reporting Receipt**

**OFFENDER TOMIS #/SO#:**  00473110

**OFFENDER NAME:**  PLEASANT-BEY, BOAZ

**CONTRIBUTING AGENCY:** NORTHEAST CORRECTIONAL COMPLEX

**REGISTERED BY:**  WRIGHT, REBECCA

**REASON FOR REPORTING-**

    INFORMATION UPDATE

**DATE/TIME REGISTERED/REPORTED:** 06/09/2016

**Registration Receipt**

**OFFENDER TOMIS #/SO #:** 00473110

**OFFENDER NAME:** PLEASANT-BEY, BOAZ

**CONTRIBUTING AGENCY:** HARDEMAN COUNTY CORRECTIONAL CENTER

**REGISTERED BY:** BRUMBELOW, TABATHA

**REASON FOR REPORTING-**

INITIAL REGISTRATION

**Registration Date:** 07/14/2011




**TENNESSEE SEXUAL OFFENDER / VIOLENT SEXUAL OFFENDER**
**RE.  TRATION / VERIFICATION / TRACKING FORM**
Tennessee Bureau of Investigation 901 R. S. Gass Boulevard, Nashville, TN 37216

Revision: 6/7/2010

Previously Registered    YES    Initial Registration

Annual Reporting     Quarterly Reporting     Information Update

## Section A - Registration Information     Please Print or Type all Information

Name: PLEASANT-BEY, BOAZ     DOB: 06/18/1983     SSN: 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

Alias: PLESANT-BEY, BOAZ     City of Birth:     State/Country of Birth: MD

Driver License #     State:     Government ID # NA     Photocopy Made:

TOMIS # 00473110    Race: BLACK    Sex: M    Height: 5-7    Weight: 170    Hair: BLACK    Eyes: BROWN

Scars, Marks, Tattoos:

## Section B -- Offender's complete electronic mail address information, any instant message, chat, or other Internet communication name or identity information.

## Section B - Primary Address: P. O. BOX NOT ACCEPTABLE     Secondary Address or Place of Physical Presence

Street: 2520 UNION SPRINGS ROAD    Apt/Lot #      Street:     Apt/Lot #

WHITEVILLE    HARDEMAN    TN    38075     City    County    State    Zip

City    County    State    Zip

Phone # 731 254-6000    Start Date: 07/14/2011     Phone #    Start Date:

Minors residing at residence: NO     Minors residing at residence:    End Date:

Agency to be notified: HARDEMAN COUNTY CORRECTIONAL CENTER     Agency to be notified:

Country: US : UNITED STATES OF AMERICA (USA) (SHOULD BE     Country:

### Mailing Address

Street 2520 UNION SPRINGS ROAD    Apt/Lot #

P. O. Box:

WHITEVILLE    HARDEMAN    TN    38075

City    County    State    Zip

NO    Resident of Nursing Home/Assisted Living    NO    Homeless

Country:

### Closest Living Relative:

Name: PLEASNAT-BEY, JOSHUALANAL

Street 627 WEST BATTLE STREET    Apt/Lot #

TALLADEGA    AL    35160

City    County    State    Zip

Phone #    Relationship: SISTER

Country: US : UNITED STATES OF AMERICA (USA) (SHOULD BE

## Section C - Vehicle, Mobile Home, Trailer or Manufactured Home     Vessel, Live-Aboard Vessel, or Houseboat

VIN:    Registered To:     Hull    Name of

License Tag #    State     Registration #    Registered To:

Description (color/make/model):     Description (color/make/model):

## Section D - Campus Activity    Student    Employee    Volunteer    Start Date    End Date

University/School:    Campus:    Agency to be Notified:

## Section E - Employment

Employed     Self-Employed     Unemployed     Type of Employment _____

Employer 1: _____ Contact: _____ Phone # _____ Start Date: _____

Address: _____ End Date: _____
         Street        City        County        State        Zip

Employer 2: _____ Contact: _____ Phone # _____ Start Date: _____

Address: _____ End Date: _____
         Street        City        County        State        Zip

Agency to be Notified   Employer 1: _____      Employer 2: _____

## Section F - Offense Information

| | Date of Offense | Conviction Offense | Offense Location (County & State): | | | | Victim |
|---|---|---|---|---|---|---|---|
| 1. | 07/16/2005 | RAPE OF A CHILD | SHELBY | TN | Minor Y | Age 7 Sex F | |

Victim 2: Minor _____ Age ___ Sex _____    Victim 3: Minor _____ Age ___ Sex _____    Victim 4: Minor _____ Age ___ Sex _____

2.                                                           Minor _____ Age ___ Sex _____

Victim 2: Minor _____ Age ___ Sex _____    Victim 3: Minor _____ Age ___ Sex _____    Victim 4: Minor _____ Age ___ Sex _____

3.                                                           Minor _____ Age ___ Sex _____

Victim 2: Minor _____ Age ___ Sex _____    Victim 3: Minor _____ Age ___ Sex _____    Victim 4: Minor _____ Age ___ Sex _____

Release Date: _____ Number of Victims: 1    Type of Release: _____

_____ State Probation _____ State Parole _____ What State? _____ Federal Probation _____ Federal Parole

_____ Private Probation _____ County Probation _____ Interstate Compact _____ Expiration of Sentence. No Supervised Release

Released to: _____ Federal Correctional Facility _____ Another State Correctional Facility _____ County Jail

## Section G - Parole/Probation Officer (or Person Responsible for Supervision):

Name/Title: _____ Phone# _____

Parole/Probation Office: _____ State: _____ Office Street Address: _____

City: _____ State: _____ County: _____ Zip: _____ Agency to be Notified: _____

## Section H - Classification    _____ Sexual Offender    X Violent Sexual Offender    Status INACTIVE

## Section I - PLEASE READ CAREFULLY BEFORE SIGNING:

   X    I acknowledge I have read and understand the requirements.

_____ The requirements have been read to me and I understand the requirements.

**Tennessee Code Annotated 39-16-702(b)(3): a person who, with the intent to deceive, makes any false statement on the TBI Registration Form is guilty of the felony offense of perjury**

PLEASANT-BEY, BOAZ
Printed Name of Offender        Signature of Offender        Date & Time Signed

BRUMBELOW, TABATHA
Printed Name of Reporting Officer        Signature of Reporting Officer   9-16-11   Date & Time Signed

## Section J - Contributing Agency Information (Please Print Legibly)

Agency Name: HARDEMAN COUNTY CORRECTIONAL CENTER    Reporting Officer: BRUMBELOW, TABATHA

Agency Address: PO BOX 549      WHITEVILLE      HARDEMAN      TN      38075
            Street Address        City        County        State        Zip

Phone #: 731 254-6000   Fax # 731 254-6060   Criminal History Run: FBI# 569160PC5   SID # TN02449051

Photographed? NO      Fingerprinted? NO      DNA Collected? _____



Tennessee Bureau of Investigation
Sexual Offender / Violent Sexual Offender / Violent Juvenile Sexual Offender
**Instructions Form**

Boaz Pleasant-Bey
_____
Offender's Printed Name

473110
_____
Offender's TOMIS / SO #

09/16/11
_____
Date Form Completed

### Section 1 – Requirements of the Program

The Tennessee Sexual Offender and Violent Sexual Offender Registration, Verification, and Tracking Act 0f 2004 was established in T.C.A., 40-39-201 *et.seq.* and became effective August 1, 2004. All persons who meet the criteria listed below and who live, work, establish a physical presence, attend school, or fit any other criteria set out in the statute in Tennessee must register with Tennessee's Sexual Offender / Violent Sexual Offender / Violent Juvenile Sexual Offender Registration, Verification and Tracking System (SOR).

### Definitions:

*Sexual Offender*- Under 40-39-202, "Sexual Offender" means a person who has been convicted in this state of committing a sexual offense as defined in subdivision (20), or its equivalent in another jurisdiction; or has another qualifying conviction as defined in subdivision (2).

*Violent Sexual Offender*- Under 40-39-202, "Violent Sexual Offender" means a person who has been convicted in this state of committing a "violent sexual offense", as defined in subdivision (28), or its equivalent in another jurisdiction; or has another qualifying conviction, as defined in subdivision (2).

*Violent Juvenile Sexual Offender*- Under 40-39-202, "Violent Juvenile Sexual Offender" means a person fourteen (14) years of age or more but less than eighteen (18) years of age who has been adjudicated delinquent in this state for any act that constitutes a "violent juvenile sexual offense", as defined in subdivision (28), or its equivalent in another jurisdiction; or has another qualifying conviction, as defined in 40-39-203(a)(2).

Any sexual offender, violent sexual offender or violent juvenile sexual offender who meets any of the conditions above in the Definitions section must register or report with the TN SOR as follows:

1. An offender who is incarcerated in a state, federal, or private penal facility shall, both within 48 hours of arrival and 48 hours prior to release, register or report in person with the warden or warden's designee by completing and signing a TBI Registration Form under the penalty of perjury; or

2. An offender who is incarcerated in a local jail shall, both within 48 hours of arrival and 48 hours prior to release, register or report in person with the sheriff or sheriff's designee by completing and signing a TBI Registration Form under the penalty of perjury; or

3. An offender from another state, jurisdiction, or country who has established a primary or secondary residence in TN, or has established a physical presence at a particular location in TN, shall within 48 hours of establishing such residency or presence, register or report in person with the Police Department (PD) if the primary residence is within city limits or with the Sheriff's Office (SO) if the residence is outside city limits, by completing and signing a TBI Registration Form under the penalty of perjury; or

4. An offender from another state, jurisdiction, or country, who is not a resident of TN, shall, within 48 hours of employment, establishing a physical presence at a particular location in TN, or commencing practice of a vocation in TN, register or report in person with the PD if the place of employment is within city limits, or with the SO if the place of employment is outside city limits, by completing and signing a TBI Registration Form under the penalty of perjury; or

5. An offender from another state, jurisdiction, or country, who is not a resident of TN, shall, within 48 hours of becoming a student in TN, register or report in person with the law enforcement agency of the institution of higher education or the designated law enforcement agency with jurisdiction over the campus by completing and signing a TBI Registration Form under the penalty of perjury; or

6. An offender from another state, jurisdiction, or country who becomes a resident of TN pursuant to the Interstate Compact Act shall register or report within 48 hours of entering the state in person with the Board of Probation and Parole (Board) by completing and signing a TBI Registration Form under the penalty of perjury, in addition to the requirements of the Interstate Compact Act and the specialized conditions for sex offenders from the Board; or

7. Offenders who do not maintain either a primary or secondary residence shall be considered homeless. Homeless offenders are subject to the registration requirements for the SOR and shall register or report with the appropriate law enforcement agency or BOPP monthly by completing and signing a TBI Registration Form under the penalty of perjury; or

8. If an offender is released or discharged from a nursing home, assisted living facility, mental health institution or is no longer continuously confined to home or a health care facility due to mental or physical disabilities, the offender shall, within forty-eight (48) hours, register or report in person with the designated law enforcement agency, completing and signing a TBI registration form, under the penalty of perjury, pursuant to 39-16-702(b)(3). If the offender has previously registered prior to such release or discharge, the offender shall, within forty-eight (48) hours, report in person to the designated law enforcement agency and update all information pursuant to this section; or

Offender's Initials B.P.B.
Revision / July 1, 2011

Case 3:22-cv-00093    Document 33-14    Filed 05/04/22    Page 69 of 200    PageID #: 692
Case 000069

**Reporting Requirements for Offenders Who Attend, Work at, or Volunteer at an Institution of Higher Education:**
1.  The offender shall notify the registering agency (PD/SO for offender's primary residence or probation/parole officer) of each institution of higher education in Tennessee at which the offender is employed, volunteers, or is a student; and
2.  The offender shall notify the registering agency of each change in enrollment or employment status at each institution of higher education; and
3.  If the offender does not have a primary residence in Tennessee, the offender's registering agency shall be the law enforcement agency for the institution of higher education or the law enforcement agency with jurisdiction over the campus.

**Sanctions of the Program:**
If an adult offender knowingly does any of the following, the offender may be prosecuted in the appropriate jurisdiction on a Class E felony violation of the registration laws. A violent juvenile sexual offender who knowingly violates this section commits a delinquent act as defined by the juvenile code:
**(1)** Failure of an offender to timely register or report;
**(2)** Falsification of a TBI registration form;
**(3)** Failure to timely disclose required information to the designated law enforcement agency;
**(4)** Failure to sign a TBI registration form;
**(5)** Failure to pay the annual administrative costs, if applicable and financially able;
**(6)** Failure to timely disclose status as a sexual offender, violent sexual offender or violent juvenile sexual offender to the designated law enforcement agency upon reincarceration;
**(7)** Failure to timely report to the designated law enforcement agency upon release after reincarceration;
**(8)** Failure to timely report to the designated law enforcement agency following re-entry in this state after deportation; or
**(9)** Failure to timely report to the offender's designated law enforcement agency when the offender moves to another state.


* Additionally, if the offender is on probation, parole, or any other alternative to incarceration, failure to comply with the program requirements will constitute sufficient grounds for and may result in the revocation of offender's probation, parole, or other alternative to incarceration.

No person committing such offenses shall be eligible for suspension of sentence, diversion or probation until the minimum sentence is served in its entirety.

Section 40-39-211
The restrictions set out in 40-39-211(a)-(d) shall not apply to a violent juvenile sexual offender required to register under this part unless otherwise ordered by a court of competent jurisdiction.

40-39-211(a): While mandated to comply with the requirements of this chapter, no sexual offender or violent sexual offender whose victim was a minor shall knowingly establish a primary or secondary residence or any other living accommodation or knowingly accept employment or knowingly obtain sexual offender treatment or attend a sexual offender treatment program within one thousand feet (1,000') of the property line on which any public school, private or parochial school, licensed day care center, or any other child care facility, public park, playground, recreation center or public athletic field available for use by the general public is located.

40-39-211(d)(1): No sexual offender, as defined in 40-39-202, or violent sexual offender, as defined in 40-39-202, shall knowingly: (A) Be upon or remain on the premises of any building or grounds of any public school, private or parochial school, licensed day care center, other child care facility, public park, playground, recreation center or public athletic field available for use by the general public in this state when the offender has reason to believe children under eighteen (18) years of age are present. (B) Stand, sit idly, whether or not the offender is in a vehicle, or remain within one thousand feet (1000') of the property line of, or any building owned or operated by, any public school, private or parochial school, licensed day care center, other child care facility, public park, playground, recreation center or public athletic field available for use by the general public in this state when children under eighteen (18) years of age are present, while not having a reason or relationship involving custody of or responsibility for a child or any other specific or legitimate reason for being there (C) Be in any conveyance owned, leased or contracted by a school, licensed day care center, other child care facility, or recreation center to transport students to or from school, day care, child care, or a recreation center or any related activity thereof when children under eighteen (18) years of age are present in the conveyance.

40-39-211(d)(2): The provisions in subdivision (d)(1) of this section shall not apply when the offender: (A) Is a student in attendance at the school; (B) Is attending a conference with school, day care, child care, park, playground, or recreation center officials as a parent or legal guardian of a child who is enrolled in the school, day care center, other child care center, or of a child who is a participant at the park, playground or recreation center and has received written permission or a request from the school's principal or the facility's administrator; (C) resides at a state licensed or certified facility for incarceration, health or convalescent care; or (D) is dropping off or picking up a child or children and the person is the child or children's parent or legal guardian who has provided written notice of the parent's offender status to the school's principal or a school administrator upon enrollment. The exemption provided in (d)(2)(B) shall not apply if the victim of the offender's sexual offense or violent sexual offense was a minor at the time of the offense and the victim is enrolled in the school, day care center, recreation center or other child care center that is participating in the conference or other scheduled event.

Offender's Initials _B P.B_                                Revision / July 1, 2011

**Notification of Federal Duty to Register as a Sex Offender:** Under the Sex Offender Registration and Notification Act, a federal law, persons with sex offense convictions must register as a sex offender and keep their registration current in each jurisdiction (state, territory, or tribe) in which they reside, and in each jurisdiction (state, territory, or tribe) where they are employed (including self-employment, non-compensated, and volunteer activities), and in each jurisdiction (state, territory, or tribe) where they are a student. Depending on the type of sex offense for which convicted, offenders must appear in person every three months, every six months, or every year to allow the jurisdiction to take a current photograph and to verify pertinent information. In addition to the requirement for periodic updating of registration, convicted sex offenders are required to notify the jurisdiction where they are required to register not later than three business days (48 hours under Tennessee law), **in person**, after any change of name, residence, or employment, or student status. Convicted sex offenders are required to notify the jurisdiction where they are required to register no later than three business days (48 hours under Tennessee law), of a change of any other information given to the registration agency by the offender that is contained on the registration form. This includes, but is not limited to, changes in the offender's residing address, vehicle descriptions, vehicle information numbers, and license tag numbers (this includes both vehicles used and stored by an offender), the complete listing of the offender's electronic mail address information or any instant message, chat or other internet communication name or identity that the person uses or intends to use, minors residing in the primary or secondary residence, complete name and all aliases, including, but not limited to, any names that the offender may have had or currently has by reason of marriage or otherwise, including pseudonyms and ethnic or tribal names, copies of all passport and immigration documents, professional licensing information that authorizes an offender to engage in an occupation or carry out a trade or business, and any other registration, verification and tracking information contained on the registration form.

Failure to comply with these obligations subjects the convicted offender to prosecution for failure to register or update their registration under federal law, 18 U.S.C. § 2250, punishable by up to 10 years imprisonment, which may be independent of any additional state law violations.

**Acknowledgement:**
I acknowledge that I have read or had read to me the registration, verification, and tracking requirements for both the State of Tennessee and Federal Law, which begins on page one (1) and ends on page five (5) of this document. The requirements have been fully explained, and I understand these requirements.

_BoAx Pleasant-Bey_
Offender's Printed Name

_[signature]_
Offender's Signature

_09/16/11_
Date Signed

_Tabatha Brumbelow_
Officer / Official Printed Name

_[signature]_
Officer / Official Signature

_9-16-11_
Date Signed

Case 3:22-cv-00093   Document 33-14   Filed 05/04/22   Page 71 of 200 PageID #: 754

FIERI FACIAS/WRIT OF EXECUTION (Fi Fa)

# STATE OF TENNESSEE

To the Sheriff of Trousdale County, You are hereby commanded, that of the monies, goods, chattels, lands and tenements of **Boaz Pleasant-Bey, #473110, TTCC 140 MACON WAY, HARTSVILLE, TN 37074 (PLEASE SERVE TRUST FUND DEPARTMENT-INMATE'S ACCOUNT)**, if to be found in your county, that you collect the sum of $92.00, for costs of appeal adjudged against said person(s) in our appellate court, whereof he is convict and liable as it appears of record; and that you have said monies, together with this writ, ready to render before the judges of said Court, at the Supreme Court building in Nashville.

James M. Hivner, Clerk of Court, Issued on: September 20, 2018

*Jamie Gibson* (signature)

By Jamie Gibson, D.C.

## NOTE TO SHERIFF OR OFFICER:

This Fi Fa is a legal order from the Tennessee Supreme Court (or Appellate Court) instructing you to execute and collect the court costs and/or judgment, adjudged in this case and endorsed thereon, from the party or parties indicated therein (litigants and/or sureties) and turn same into the undersigned Clerk. **If said party declines to pay voluntarily, the Sheriff, by statute, may attach or garnish his monies, bank accounts, wages due, automobile, lands and/or other non-exempt assets or properties, or, you may similarly proceed against the sureties who signed the appeal bond. The collection fee allowed the sheriff (officer's commission) is fixed by statute and should be added to the sums shown herein.** When collected, the net amount due to the Court should be made payable to the Appellate Court Clerk and forwarded to the Appellate Court Cost Center, P. O. Box 198781, Arcade Station, Nashville, Tennessee 37219-8781, accompanied by this writ duly endorsed. Thank you for your cooperation.

---

Court Costs (and Attorney Fees, if applicable) ................... $ 92.00

Sheriff Fee ............................................................... $ _____

TOTAL ................................................................... $ _____

Related Invoice(s)  154928 and 157168

Trousdale County, Tennessee

STATE OF TENNESSEE v. BOAZ PLEASANT-BEY

W2014-01807-CCA-MR3-CD

**OFFICER'S RETURN:**

☑  I hereby certify and return that on the date below I executed this Fieri Facias by:

☐    Reason For Return: _____

Date: 10. 9'-18          By: _____
                              Officer, Title



**APPELLATE COURT
COST CENTER**

Arcade Station
P. O. Box 198781
Nashville TN 37219-8781
Telephone: (615)253-5105
Tax ID#: 62-6001445

# STATEMENT

STATEMENT DATE: SEPTEMBER 20. 2018

FOR: Boaz Pleasant-Bey #473110
Trousdale Turner Correctional Facility
140 Macon Way
Hartsville TN 37074

CASE NO.: W2014-01807-CCA-MR3-CD
STYLE: STATE OF TENNESSEE v. BOAZ
PLEASANT-BEY

Trial Court No: 0700471

## Outstanding Invoices

| INVOICE DATE | INVOICE NUMBER | INVOICE TYPE | INVOICE STATUS | INVOICED AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 02/15/2018 | 154928 | Cost Bill | Writ Issued | $76.00 | $76.00 |
| 05/18/2018 | 157168 | Writ | Writ Issued | $16.00 | $16.00 |
| | | | TOTAL | $92.00 | $92.00 |

## Payments on the Above Invoices

| PAYMENT DATE | RECEIPT NUMBER | PAID BY | PAYMENT METHOD | ON INVOICE (S) | PAYMENT AMOUNT |
|---|---|---|---|---|---|
| No records were found. | | | | | |
| | | | | TOTAL PAID | $0.00 |

**Make all checks payable to Appellate Court Cost Center**

FILED
02/13/2018
Clerk of the
Appellate Courts

# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE AT JACKSON

## STATE OF TENNESSEE v. BOAZ PLEASANT-BEY

**Criminal Court for Shelby County
No. 0700471**

---

### No. W2014-01807-CCA-MR3-CD

---

## ORDER

The Appellant has filed a Petition to Rehear, pursuant to Rule 39, Tennessee Rules of Appellate Procedure, to have this Court reconsider its order entered on January 25, 2018, denying the Appellant's motion to appeal as of right under Rule 3(b). The Appellant contends this Court's order overlooks or misapprehends material facts or propositions of law. *See generally* Tenn. R. App. P. 39(a)(3).

It appears from the substance of the petition that the Appellant merely wants this Court to reach an alternate conclusion from that reached in the order. This Court has, again, reviewed the pleadings and concludes that the Appellant's motion to appeal as of right under Rule 3(b) should be denied.

Accordingly, the Appellant's petition to rehear is DENIED. The costs of this motion are taxed to the Appellant.

PER CURIAM

JOHN EVERETT WILLIAMS, JUDGE
ALAN E. GLENN, JUDGE
CAMILLE R. McMULLEN, JUDGE

FIERI FACIAS/WRIT OF EXECUTION (Fi Fa)

# STATE OF TENNESSEE

To the Sheriff of Trousdale County, You are hereby commanded, that of the monies, goods, chattels, lands and tenements of **Boaz Pleasant-Bey, #473110, TTCC 140 MACON WAY, HARTSVILLE, TN 37074 (PLEASE SERVE TRUST FUND DEPARTMENT-INMATE'S ACCOUNT)**, if to be found in your county, that you collect the sum of $92.00, for costs of appeal adjudged against said person(s) in our appellate court, whereof he is convict and liable as it appears of record; and that you have said monies, together with this writ, ready to render before the judges of said Court, at the Supreme Court building in Nashville.

James M. Hivner, Clerk of Court, Issued on: September 20, 2018

*Jamie Gibson*

By Jamie Gibson, D.C.

## NOTE TO SHERIFF OR OFFICER:

This Fi Fa is a legal order from the Tennessee Supreme Court (or Appellate Court) instructing you to execute and collect the court costs and/or judgment, adjudged in this case and endorsed thereon, from the party or parties indicated therein (litigants and/or sureties) and turn same into the undersigned Clerk. **If said party declines to pay voluntarily, the Sheriff, by statute, may attach or garnish his monies, bank accounts, wages due, automobile, lands and/or other non-exempt assets or properties, or, you may similarly proceed against the sureties who signed the appeal bond. The collection fee allowed the sheriff (officer's commission) is fixed by statute and should be added to the sums shown herein.** When collected, the net amount due to the Court should be made payable to the Appellate Court Clerk and forwarded to the Appellate Court Cost Center, P. O. Box 198781, Arcade Station, Nashville, Tennessee 37219-8781, accompanied by this writ duly endorsed. Thank you for your cooperation.

Court Costs (and Attorney Fees, if applicable)......................$  92.00

Sheriff Fee....................................................................................$ _____

TOTAL............................................................................................$ _____

Related Invoice(s)  154928 and 157168

Trousdale County, Tennessee

STATE OF TENNESSEE v. BOAZ PLEASANT-BEY

W2014-01807-CCA-MR3-CD

---

**OFFICER'S RETURN:**

☐   I hereby certify and return that on the date below I executed this Fieri Facias by:

_____

☐   Reason For Return: _____

Date: _____          By: _____

Officer, Title



APPELLATE COURT COST CENTER
Arcade Station
P.O. Box 198781
Nashville, TN 37219-8781
(615) 253-5105

Dear Sheriff:

Enclosed please find fieri facias/writ(s) of execution for service on the party(ies) which owe court costs to the Appellate Court of the State of Tennessee. In order to effectively collect these costs, we anticipate receiving a return of service on each writ we send out, whether funds have been collected or not pursuant to T.C.A.§ 26-1-401 and T.C.A. § 26-1-402. The return should be marked with the result of service (not to be found, incorrect address, deceased, nulla bona, served on inmate accounts, recalled, or other), and signed and dated by the sheriff or deputy who handled the writ of execution(s), in the box in the lower left corner of the writ(s). The service, pursuant to T.C.A. § 26-1-401, is returnable within thirty (30) days after the date of issuance. The writ should then be returned to:

APPELLATE COURT COST CENTER
Arcade Station
P.O. Box 198781
Nashville, TN 37219-8781

You are entitled to a fee pursuant to T.C.A. §§ 8-21-901(2)(A) and (5)(A). In order to receive a fee for service of the Fieri Facias/Writ of Execution, money must be collected for the Appellate Court. Please add your fee to the amount of court costs and collect the total amount due from the party.

If you require additional copies of the writ(s) to be sent to you for the return, please call me at (615) 253-5105 and let me know what exactly your office requires.


Thank you for your assistance in this matter.


Jamie Gibson, Deputy Clerk

_Records_



### TENNESSEE DEPARTMENT OF CORRECTION
### INMATE INQUIRY - INFORMATION REQUEST

_N E C X_
INSTITUTION

_Boaz Pleasant-Bey_                          _473110_
INMATE NAME *(Please Print)*                 INMATE NUMBER

UNIT: _11_      ROOM / BED: _44_      DATE: _8/3/15_

ROUTED TO: ☐ Unit Manager   ☐ Inmate Relations Coordinator (IRC)   ☐ Counselor   ☐ Job Coordinator

1. Inmate Inquiry/Request:

   _Currently, there is a detainer on me for a charge that was dismissed in 2010 and is no longer pending. The charge was in Shelby County Jail in Memphis Tenn. General Sessions Court. The case was dismissed. The detainer should be removed. Please contact Memphis to inquire about the dismissed_

   *(margin, right side, vertical):* _case so the detainer can be lifted. The detainer adds about 6 points to my Security level. I've been staying out of trouble and the detainer needs to be lifted._

2. Action by Counselor/IRC:

   _____
   _____
   _____
   _____

   COUNSELOR / IRC SIGNATURE                     DATE

3. Action by Record Office:

   _Per Shelby Co Court, the case is still pending. Detainer will Remain._

   _Deion Barbes_                     _8-6-15_
   RECORD'S OFFICE STAFF SIGNATURE       DATE

4. Sentence Management Service (SMS) Response:

   _____
   _____
   _____
   _____

   SMS STAFF SIGNATURE                           DATE

CR-3118 (Rev. 1-07)      White - Inmate      Canary - Record Office      Pink - Counselor IRC    RDA 1167

# EMERGENCY NOTIFICATION FORM

INMATE NAME: *Boaz Pleasant-Bey*

INMATE TDOC: *473110*

---

## *Contact in Case of an Emergency*

---

NAME: *Elihu Pleasant-Bey*

RELATIONSHIP: *Father*

ADDRESS: *542 East 5th Avenue*

*Kenbridge, VA 23944*

_____

TELEPHONE NUMBER: *434-676-1555*

COMMENTS: _____

_____

_____

_____

DISTRIBUTION: INMATE INSTITUTIONAL FILE



**TENNESSEE DEPARTMENT OF CORRECTION**
**ORIENTATION ACKNOWLEDGMENT**

_4) C F A_
INSTITUTION

INMATE NAME: _BodX Pleasant-Bey_     TDOC #: _473110_

I have completed the orientation program of this institution. I have been further advised of the programs, activities and privileges available to me.

I have been issued a copy of:

☐   TDOC INMATE RULES AND REGULATIONS

☑   INSTITUTIONAL RULES AND REGULATIONS

☐   SPECIFIC UNIT RULES AND REGULATIONS

☑   PRISON RAPE ELIMINATION ACT (PREA) INFORMATION

I have been issued a **revised** copy of:

☐   TDOC INMATE RULES AND REGULATIONS

☐   INSTITUTIONAL RULES AND REGULATIONS

☐   SPECIFIC UNIT RULES AND REGULATIONS

_Bray Alee (285)_      _6/10/13_
Inmate Signature        Date

_Armandy Gregy_      _6-10-13_
Inmate Representative      Date

_Ce Mintor_      _6/11/2013_
Staff Member Signature      Date

*Pleasant-Bey*

# Emergency Notification

Use this memorandum to update the next of kin and/or person to contact in an emergency. Policy requires that someone be notified in emergency situations. In some cases, you may prefer that a person other than your next of kin be notified.

Next of Kin

Name ~~Christy A. Parker~~ Antionette Brittenum Relationship *Friend of family*

Street *1-123 Elvis Presley Blvd.* Phone *901-771-3001*

Alternate Phone *Same*

City *Memphis* State *Tenn.* Zip *38106*

Notify in Emergency (if different from Next of Kin)

Name *Joshualand Pleasant-Bey* Relationship *Sister*

Street *627 West Battle Street* Phone _____

Alternate Phone _____

City *Talladega* State *Alabama* Zip *35160*

TO: **WTSP Records**

Please add the above information to my institutional records.

_____ (Inmate's Signature)

Inmate's Signature

_____ (Staff Signature)

Staff Signature

**47310**
TDOC Number

**CW**
Job Title

**2/7/11**
Date

**2/7/11**
Date

This information will be kept confidential and will be used only by the chaplain and/or designated staff members.

Revised 8/10
(sas)



**TENNESSEE DEPARTMENT OF CORRECTION**
**NOTICE OF DENIAL OF PROGRAM CREDITS**

INSTITUTION: _TTCC_

INMATE: _Bray Pleasure-bey_          TDOC # _473110_

You have received less than the maximum total program credits for the period of: _10-26-18 TO 11-25-18_

Because: _Absences_

Total Program Credits Awarded for this Period: _3_

Supervisor: _D. Marsh_          Date: _17-3-18_

If you wish to appeal this decision, sign and forward your copy to the warden within five (5) days.

_[signature]_          _473110_          _1/7/19_
Inmate's Signature          Number          Date

Briefly state the reason(s) you believe you should have received more program credits: _I'm a new student who has perfect attendance, I don't miss any class and I shouldn't miss program credits._

Warden's decision:    Affirm ☑    Reversed ☐    Modify ☐

Comments/Reasons: _____

_[signature]_          _1-9-2019_
Warden's Signature          Date

CR-3224 (Rev. 6-01)
White – Inmate    Canary – Supervisor    Pink – Inmate Institutional Record through Job Coordinator          RDA 1100



TENNESSEE DEPARTMENT OF CORRECTION
DISCIPLINARY REPORT HEARING SUMMARY

_104 665_    _975PV5_

INSTITUTION (TOMIS Site ID)    DISCIPLINARY INCIDENT NUMBER

OFFENDER NUMBER: _473110_

INMATE NAME (LAST) (14 characters)    FIRST (10 characters)    MI
_Pleasant-Bey_    _Bedz_    _IM_

ADVISOR NUMBER: _106568_

INMATE ADVISOR NAME (LAST) (14 characters)    FIRST (10 characters)    MI
_Woods_    _Dana_

DATE OF HEARING    PLACE OF HEARING    INMATE'S PLEA
INSTITUTION

| MO | DAY | YEAR | TIME | | | GUILTY – Y | NOT GUILTY - N |
| _8_ | _14_ | _12_ | _12:05_ | _H.C.C.F_ | | | |

COMMITTEE DECISION

GUILTY – Y    NOT GUILTY – N    APPEALED – Y    NOT APPEALED – N

_Y_    _N/A_

DISCIPLINARY ACTION DATE    CLASS OF INFRACTION    PROBATION END DATE
(MONTH, DAY, YEAR)    (A, B, or C)    (MONTH, DAY, YEAR)
_8-14-12_    _C_    _N/A_

ENTERED BY    DATE    VERIFIED BY    DATE

PRELIMINARY INQUIRY

1. WAIVERS
   a. I agree to waive the right to 24-hour notice.    ☑ Yes    ☐ No
      _Bro. Pleasant-Bey_    _473110_    _8-14-12_
      Inmate Signature    Number    Date
   b. I agree to waive the right to have the reporting official present.    ☑ Yes    ☐ No
      _Bro. Pleasant-Bey_    _47310_    _8-14-12_
      Inmate Signature    Number    Date
   c. I agree to waive the right to call witness (es) on my behalf.    ☑ Yes    ☐ No
      _Bro. Pleasant-Bey_    _47310_    _8-14-12_
      Inmate Signature    Number    Date

2. CONTINUANCE:
   a. Was case previously continued?    ☐ Yes    ☑ No
   b. If yes, when and at whose request?    _N/A_

3. CUSTODY PENDING HEARING:
   a. Was inmate held in segregation/more restrictive setting pending hearing?    ☑ Yes    ☐ No
   b. If yes, when was he/she placed in segregation?    _N/A_

4. When was inmate given offense citation?

5. Is inmate represented by inmate advisor?    ☑ Yes    ☐ No    By staff advisor?    ☐ Yes    ☑ No

6. Has inmate or inmate advisor had adequate time to prepare defense?    ☑ Yes    ☐ No

CR-1834 (Rev. 11-10)    White-Institution    Canary- Institution Pink-Inmate    RDA – 1167
Page 1 of 2 Pages

104665

975F45

DISCIPLINARY INCIDENT NUMBER

**OFFENDER NAME:** Batx Pleasant-Bey     **TDOC NUMBER:** 473110

**HEARING**

I fully understand that by entering a plea of guilty to the aforementioned charge(s), I am waiving my right to call witness(es) and present evidence on my behalf, must accept whatever punishment is imposed, and will not be allowed to appeal.

X Batx Pleasant-Bey _____     CS/14/12

Inmate Signature                                                     Date

Attach CR3171  Agreement to Plead Guilty and Waiver of Disciplinary Hearing and Due Process Rights

Witness(es) for Offender                          Witness(es) Against Offender

_____          _____

_____          _____

Written Statement(s) submitted: ☐ Yes ☐ No     Written Statement(s) submitted: ☐ Yes ☐ No
                                                                          Form CR3510 completed: ☐ Yes ☐ No
                                                                          Form CR3510 received by disciplinary board: ☐ Yes ☐ No

**OTHERS PRESENT:**

_____

**STATEMENT OF ACCUSED:** I refused my cell to avoid a major physical alteration. There is a serious issue in all pods in P.C.

I/n plead guilty

DESCRIPTION OF PHYSICAL EVIDENCE INTRODUCED (Attach all test results).
INTERNAL AFFAIRS REPORT AVAILABLE: ☐ Yes ☐ No

FINDINGS OF FACT AND SPECIFIC EVIDENCE RELIED UPON TO SUPPORT THOSE FINDINGS _____

I/n plead guilty

DISPOSITION AND A STATEMENT OF REASONS WHICH SUPPORTS THAT DECISION:  D-14-0
Accept guilty plea Reasmir

5 psg

**RECOMMENDATION OF LOSS OF:**

Good/Honor Time ☐     Good Conduct ☐          (Amount) _____
Incentive Time ☐     Prisoner Performance Sentence Credits (PPSC) ☐   (Amount) _____
Prisoner Sentence Reduction Credits (PSRC) ☐        (Amount) _____

8-14-12

_____          _____
Disciplinary Board Chairperson/Hearing Officer Signature          Date

_____          _____
Member                                                           Date

_____          _____
Member                                                           Date

Battie Hammond

**TENNESSEE DEPARTMENT OF CORRECTION**

AGREEMENT TO PLEAD GUILTY

AND

WAIVER OF DISCIPLINARY HEARING AND DUE PROCESS RIGHTS

Inmate Name: _Botz Pleasant-Bey_     TDOC Number: _473110_

Having been in violation of rules as follows:

Disciplinary Docket Number: _# 104665    # 975FY9_

Offenses and Category _KCA        C_

I admit I violated the above listed rule(s) and agree to plead guilty and accept whatever punishment the disciplinary board may impose. In making this agreement, I understand that I am waiving the following rights:

1. The right to personally appear before the disciplinary board

2. The right to plead not guilty and to have the case against me proven by a preponderance of evidence.

3. The right to present my own version of the facts.

4. The right to call witnesses in my own behalf.

I am signing this agreement of my own free will and under no threat or coercion to do so. I understand that by signing this agreement, I must accept whatever punishment the disciplinary board may impose and will not be allowed to appeal.


_____     _08/14/12_
Inmate Signature                      Date

_____     _8/14/12_
Staff Witness                           Date

_____     _8-14-12_
Disciplinary Board Chairperson        Date


CR-3171 (8-01)                    *Duplicate as Needed*                    RDA – 1167

Menu    Favorites    Tools    Other Applications    Reports    Help

## *Disciplinary*

Suspend☐

TOMIS ID ☐00473110☐    Pleasant-bey, Boaz                    Status  ACTV

Reset key fields

Refresh

| Incident Date | Incident ID | Disc Class | First Infraction Type |
|---|---|---|---|
| 08/13/2012 | 00975849 | | RCA REFUSED CELL ASSIGNMENT |
| 08/01/2012 | 00973710 | | IND INDECENT EXPOSURE |
| 04/09/2011 | 00892435 | | IND INDECENT EXPOSURE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Enter

Search ☐

FastPath
☐        Go

Bottom Of List

OFFENDER NAME: PLEASANT-BEY, BOAZ
TOMIS ID: 00473110
INSTITUTION NAME: HARDEMAN COUNTY CORRECTIONAL FACILITY
UNIT ID: MB2 *Seg*
CELL ID: 04

INCIDENT
    INCIDENT ID: 00975849
        INCIDENT DATE: 08/13/2012          INCIDENT TIME: 13:30:00
        INCIDENT TYPE: REFUSED CELL ASSIGNMENT
        DISCIPLINARY CLASS:
        INFRACTION TYPE: REFUSED CELL ASSIGNMENT
        WEAPON USED:
        VIOLENCE COMMITTED: NO VIOLENCE
        PREPARED BY STAFF ID: HENSJO02
        REPORTED BY STAFF ID: HENSJO02

WITNESSES/VICTIMS/PERSONS INVOLVED
    PERSON ID: HENSJO02
        PERSON TYPE: S
        INJURED (Y/N): N
    PERSON ID: 00473110
        PERSON TYPE: O
        INJURED (Y/N): N

DOCKET #: 104665

SERVER: *SB Glover*

DATE/TIME: 8-17-12    2015

ADVISOR: *Woods*

TOMIS ID: 00473110        INCIDENT ID: 00975849
OFFENDER NAME: PLEASANT-BEY, BOAZ

DESCRIPTION:
ON 8/13/12 AT APPROXIMATELY 1330 HRS. INMATE PLEASANT-BEY, BOAZ
#473110. STATED TO MYSELF, U/M HENSON THAT HE WAS NOT GOING BACK TO
HIS CELL MB204.  THEREFORE I U/M HENSON CHARGE I/M PLEASANT-BEY,
#473110 WITH REFUSAL OF CELL ASSIGNMENT.
BRYANT WILLIAMS NOTIFIED  1400 HRS.

PREPARED BY STAFF ID: HENSJO02  HENSON, JOANNE
REPORTED BY STAFF ID: HENSJO02  HENSON, JOANNE

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.

_____        _____
OFFENDER SIGNATURE                           DATE/TIME
PLEASANT-BEY, BOAZ                                 00473110

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
SIGN REPORT.

_____        _____
EMPLOYEE INITIALS, IF REPORTING              DATE/TIME
EMPLOYEE; OTHERWISE, FULL NAME.

TOMIS ID: 00473110       INCIDENT ID: 00975849
OFFENDER NAME: PLEASANT-BEY, BOAZ

HensJoura _____          8-13-12 _____ 1330
REPORTING OFFICIAL                   DATE/TIME

HensJoura _____          8-13-12 _____ 16:07
PREPARED BY                          DATE/TIME

_____                    8/13/12 _____ 1853
REVIEWING DESIGNATED SUPERVISOR      DATE/TIME

IF PLACED IN SEGREGATION:

WilBron _____            8-13-12 _____ 1402
SENIOR SECURITY OFFICER              DATE/TIME


_____        _____
WARDEN (SEGREGATION PENDING INVESTIGATION)    DATE/TIME

:114



TENNESSEE DEPARTMENT OF CORRECTION
DISCIPLINARY REPORT HEARING SUMMARY

HCCF
INSTITUTION (TOMIS SITE ID)

DISCIPLINARY INCIDENT NUMBER
10110137/110787

OFFENDER NUMBER: 473110

INMATE NAME (LAST) (14 characters): Pleasant-Bey     FIRST (10 characters): Boaz     MI

ADVISOR NUMBER:

INMATE ADVISOR NAME (LAST) (14 characters): Zirkle     FIRST (10 characters): David     MI

| DATE OF HEARING | | | TIME | PLACE OF HEARING INSTITUTION | INMATE'S PLEA | |
|---|---|---|---|---|---|---|
| MO | DAY | YEAR | | | GUILTY – Y | NOT GUILTY (N) |
| 3 | 22 | 13 | 1100 | HCCF | | N |

COMMITTEE DECISION

GUILTY – Y     NOT GUILTY – N     APPEALED – Y     NOT APPEALED – N

DISCIPLINARY ACTION DATE (MONTH, DAY, YEAR): 3-22-13

CLASS OF INFRACTION (A, B or C): B

PROBATION END DATE (MONTH, DAY, YEAR):

ENTERED BY: (M)

VERIFIED BY: _____     DATE

PRELIMINARY INQUIRY

1. WAIVERS
   a. I agree to waive the right to 24-hour notice.     ☒ Yes     ☐ No
   _Boaz Pleasant Bey_     Inmate Signature     Number: 473110     Date: 3-22-13

   b. I agree to waive the right to have the reporting official present.     ☒ Yes     ☐ No
   _Cpt. T. Jarmon_     Inmate Signature     Number: 473110     Date: 3-22-13

   c. I agree to waive the right to call witness (es) on my behalf.     ☒ Yes     ☐ No
   _Boaz Pleasant Bey_     Inmate Signature     Number: 473110     Date: 3-22-13

2. CONTINUANCE
   a. Was case previously continued?     ☒ Yes     ☒ No
   b. If yes, when and at whose request?     MP 3-15-13, DHC

3. CUSTODY PENDING HEARING:
   a. Was inmate held in segregation/more restrictive setting pending hearing?     ☐ Yes     ☐ No
   b. If yes, when was he/she placed in segregation?     N/A

4. When was inmate given offense citation?     3-19-13

5. Is inmate represented by inmate advisor?     ☒ Yes     ☐ No     By staff advisor?     ☐ Yes     ☒ No

6. Has inmate or inmate advisor had adequate time to prepare defense?     ☒ Yes     ☐ No

CR-1834 (Rev. 11-10)     White-Institution     Canary- Institution Pink-Inmate     RDA – 1167
Page 1 of 2 Pages

INSTITUTION (TOMIS SITE ID): HCCF

DISCIPLINARY INCIDENT NUMBER: 1011137|110787

**OFFENDER NAME:** Buaz Pleasant-Bey      **TDOC NUMBER:** 473110

**HEARING**

I fully understand that by entering a plea of guilty to the aforementioned charge(s), I am waiving my right to call witness(es) and present evidence on my behalf, must accept whatever punishment is imposed, and will not be allowed to appeal.

_____          _____
Inmate Signature                                    Date

**Attach CR3171 Agreement to Plead Guilty and Waiver of Disciplinary Hearing and Due Process Rights**

Witness(es) for Offender                          Witness(es) Against Offender

_____          _____
_____          _____

Written Statement(s) submitted: ☐ Yes ☒ No     Written Statement(s) submitted: ☒ Yes ☐ No
                                                Form CR3510 completed: ☐ Yes ☒ No
                                                Form CR3510 received by disciplinary board: ☐ Yes ☒ No

OTHERS PRESENT: _____

STATEMENT OF ACCUSED: Why do you keep constantly harrassing me? DHO advised him to talk about this day only. Im Stated that he wasn't going to win anyway so to do whatever I wanted

DESCRIPTION OF PHYSICAL EVIDENCE INTRODUCED (Attach all test results).
INTERNAL AFFAIRS REPORT AVAILABLE: ☐ Yes ☐ No    1011137|110787

FINDINGS OF FACT AND SPECIFIC EVIDENCE RELIED UPON TO SUPPORT THOSE FINDINGS  Based upon
~~Whatever~~ Write up

DISPOSITION AND A STATEMENT OF REASONS WHICH SUPPORTS THAT DECISION: DHO finds Im Guilty due to body of Write up and reccommends 5pSG and $4.00 Fine

RECOMMENDATION OF LOSS OF:
Good/Honor Time ☐      Good Conduct ☐                    (Amount) _____
Incentive Time ☐       Prisoner Performance Sentence Credits (PPSC) ☐   (Amount) _____
Prisoner Sentence Reduction Credits (PSRC) ☐             (Amount) _____

_S.Co Futrell_____          _3-22-13_____
Disciplinary Board Chairperson/Hearing Officer Signature       Date

_____          _____
Member                                              Date

_____          _____
Member                                              Date

CR-1834 (Rev 11-10)
Page 2 of 2 Pages

White-Institution    Canary-Institution Pink-Inmate          RDA – 1167

Case 000090



**TENNESSEE DEPARTMENT OF CORRECTION**
**D I S C I P L I N A R Y  C O N T I N U A T I O N**

DATE: 3-22-13

DISCIPLINARY NUMBER: 10H9371110787

NAME ( LAST) (14 characters)
Pleasant-Bey

FIRST (10 characters)
Braz

MI

OFFENDER NUMBER: 473110

ATTACH TO: _____ BIO1DO26 _____ CR-1833 _____ CR-1834

Advisor: Can you see directly into the cell R.O.
lies I can you can come + look yourself
Advisor No More questions

_____
Signature of Reporting Employee

3-22-13
Date

_____
Inmate Signature

_____
Date



TENNESSEE DEPARTMENT OF CORRECTION
D I S C I P L I N A R Y   C O N T I N U A T I O N

DATE: _3-15-13_

DISCIPLINARY NUMBER: _101013 - 110787_

NAME ( LAST) (14 characters)
_Pleasant-Bey_

FIRST (10 characters)
_Boaz_

MI

OFFENDER NUMBER: _473110_

ATTACH TO: _____ BIO1DO26 _____ CR-1833 _____ CR-1834

Cont At D.H.Os
Request For No More Than
7 Days. For R/o to be present

Signature of Reporting Employee                    3-15-13
                                                    Date

Inmate Signature                                    3-15-13
                                                    Date

CR-1831 (7-01)          White - Institutional File       Canary & Pink - Inmate          RDA - 1167

CCH-000092

DOCKET #: 110787
SERVER: S/o King
DATE/TIME: 03/09/2013
ADVISOR: self (himself)

TDOC?              TENNESSEE DEPARTMENT OF CORRECTION      DATE: 03/09/2013
TDC                          T D O C I S                  TIME: 14:04
CAPTURE                  DISCIPLINARY REPORT              PAGE: 01

OFFENDER NAME: PITPASAKI-BEY, RUAJ
TOMIS ID: 004/41310
INSTITUTING NAME: HARDEMAN COUNTY CORRECTIONAL FACILITY
REF ID: 421
??? ID: 02

INCIDENT
    INCIDENT TYPE: MARTIAL
        INCIDENT DATE: 03/09/2013        IN INCIDENT TIME: 10:40800
        INCIDENT TYPE: INDECENT EXPOSURE
        DISCIPLINARY CLASS:
        INFRACTION TYPE: INDECENT EXPOSURE
        WEAPON USED: NONE
        VIOLENCE INVOLVED: SEXUAL
        PREPARED BY STAFF ID: RICHARD
        REPORTED BY STAFF ID: CAROLINE

OFFENSES/VICTIMS/PERSONS INVOLVED
    PERSON ID: CAROLINE
        PERSON TYPE: S
        INJURED (Y/N): N
    PERSON ID: 004/41310
        PERSON TYPE: O
        INJURED (Y/N): N

I'm Recieved a copy. S/o King

5 pro 60 & 4ce

CCI 000094

```
RJQ1RG1              TENNESSEE DEPARTMENT OF CORRECTION    DATE: 03/09/2013
HCCF                          T D A C S                   TIME: 14:04
RJCKE101                  DISCIPLINARY REPORT             PAGE:  02
```

```
TDACS ID: 004/3110      INCIDENT ID: 01011013
OFFENDER NAME: PLEASANT-BEY, BOAZ
```

DESCRIPTION:
ON 3-9-2013 AT APPROXIMATELY 1020 HOURS I, CORRECTIONAL OFFICER I.
JARMON, WAS IN A-UBE CONTROL BOOTH MONITORING CORRECTIONAL OFFICER E.
CLEAVES COUNT IN A-E POD. WHEN I, CORRECTIONAL OFFICER I. JARMON,
NOTICED INMATE BOAZ PLEASANT-BEY # 4/3110 SITTING UP WITH HIS BACK AGA
INST THE WALL ON THE TOP BUNK IN AE-107, WHICH IS DIRECTLY IN FRONT
OF A-E CONTROL PANEL, LOOKING DIRECTLY AT ME WITH HIS PENIS IN HIS
HAND STROKING IT IN AN UP AND DOWN MOTION. SO THEREFORE I, CORRECTIONA
L OFFICER I. JARMON, AM CHARGING INMATE PLEASANT-BEY # 4/3110 WITH
INDECENT EXPOSURE.

PREPARED BY STAFF ID:  RICKE101  RICKETTS, ELIZABETH
REPORTED BY STAFF ID:  JARM1101  JARMON, JEFFERY

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.

_Refused to sign_                        03/09/2013-1658
OFFENDER SIGNATURE                       DATE/TIME
PLEASANT-BEY, BOAZ                           004/3110

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
SIGN REPORT.

_S/o Tieng_                              03/09/2013-1658
EMPLOYEE INITIALS, IF REPORTING          DATE/TIME
EMPLOYEE; OTHERWISE, FULL NAME.
```

OBJS ID: 00473110      INCIDENT ID: 01011013
OFFENDER NAME: PLEASANT-BEY, ROAZ

JARmti(D1                    3-9-13    10 $\frac{20}{A}$
REPORTING OFFICIAL          DATE/TIME

Rickch01                    3-9-13    14 $\frac{04}{pm}$
PREPARED BY                 DATE/TIME

Mrs O hay                   3-9-13    15 $\frac{00}{pm}$
REVIEWING DESIGNATED SUPERVISOR   DATE/TIME

· PLACED IN SEGREGATION:

_____    _____
SENIOR SECURITY OFFICER    DATE/TIME


_____    _____
WARDEN (SEGREGATION PENDING INVESTIGATION)   DATE/TIME



TENNESSEE DEPARTMENT OF CORRECTION
DISCIPLINARY REPORT HEARING SUMMARY

_H. C.C.F_
INSTITUTION (TOMIS Site ID)

_112794/ 1922098_
DISCIPLINARY INCIDENT NUMBER

| OFFENDER NUMBER: | _473110_ | | |
|---|---|---|---|
| INMATE NAME (LAST) (14 characters) _Pleasant-Bey_ | | FIRST (10 characters) _Boaz_ | MI |
| ADVISOR NUMBER: _106568_ | | | |
| INMATE ADVISOR NAME (LAST) (14 characters) _Woods_ | | FIRST (10 characters) _Dana_ | MI |

| DATE OF HEARING | | | | PLACE OF HEARING | INMATE'S PLEA | |
|---|---|---|---|---|---|---|
| MO _5_ | DAY _20_ | YEAR _13_ | TIME _9:23 m_ | INSTITUTION _H.CCF_ | GUILTY - (Y) | NOT GUILTY - N |

COMMITTEE DECISION

GUILTY – (Y)    NOT GUILTY – N    APPEALED – Y    NOT APPEALED – (N)

_N/A_

| DISCIPLINARY ACTION DATE (MONTH, DAY, YEAR) _5-20-13_ | CLASS OF INFRACTION (A, B, or C) _B_ | PROBATION END DATE (MONTH, DAY, YEAR) _n/A_ |
|---|---|---|

ENTERED BY _____    _____    VERIFIED BY _____    _____
                                   DATE                                              DATE

PRELIMINARY INQUIRY

1. WAIVERS
   a. I agree to waive the right to 24-hour notice.    ☐ Yes  ☐ No
      _____    _473110_    _5-20-13_
      Inmate Signature                      Number              Date
   b. I agree to waive the right to have the reporting official present.    ☐ Yes  ☐ No
      _____    _473110_    _5-20-13_
      Inmate Signature                      Number              Date
   c. I agree to waive the right to call witness (es) on my behalf.    ☐ Yes  ☐ No
      _____    _473110_    _5-20-13_
      Inmate Signature                      Number              Date

2. CONTINUANCE
   a. Was case previously continued?    ☐ Yes  ☐ No
   b. If yes, when and at whose request?    _5-13-13    I/m_

3. CUSTODY PENDING HEARING:
   a. Was inmate held in segregation/more restrictive setting pending hearing?    ☐ Yes  ☐ No
   b. If yes, when was he/she placed in segregation?    _5-20-13_

4. When was inmate given offense citation?    _____

5. Is inmate represented by inmate advisor?    ☐ Yes  ☐ No    By staff advisor? ☐ Yes  ☐ No

6. Has inmate or inmate advisor had adequate time to prepare defense?    ☐ Yes  ☐ No

CR-1834 (Rev. 11-10)        White-Institution        Canary- Institution Pink-Inmate        RDA – 1167
Page 1 of 2 Pages

_H c c f_
_____
INSTITUTION (TOMIS SITE ID)

_112754/ 1022058_
_____
DISCIPLINARY INCIDENT NUMBER

**OFFENDER NAME:** _Boax Pleasant-Bey_     **TDOC NUMBER:** _473110_

**HEARING**

I fully understand that by entering a plea of guilty to the aforementioned charge(s), I am waiving my right to call witness(es) and present evidence on my behalf, must accept whatever punishment is imposed, and will not be allowed to appeal.

_X_ _____     _5 - 20 -13_
Inmate Signature                                    Date

**Attach CR3171  Agreement to Plead Guilty and Waiver of Disciplinary Hearing and Due Process Rights**

Witness(es) for Offender                    Witness(es) Against Offender

_____ _N/A_ _____          _____ _N/A_ _____

Written Statement(s) submitted: ☐ Yes ☑ No     Written Statement(s) submitted: ☐ Yes ☑ No
Form CR3510 completed: ☐ Yes ☑ No
Form CR3510 received by disciplinary board: ☐ Yes ☑ No

**OTHERS PRESENT:**   _n/a_ _____          _n/a_ _____

**STATEMENT OF ACCUSED:** _____

_____ _I/m plead guilty_ _____

**DESCRIPTION OF PHYSICAL EVIDENCE INTRODUCED** (Attach all test results).
**INTERNAL AFFAIRS REPORT AVAILABLE:**   ☐ Yes ☑ No

_____

**FINDINGS OF FACT AND SPECIFIC EVIDENCE RELIED UPON TO SUPPORT THOSE FINDINGS** _____

_____ _I/m plead guilty_ _____

**DISPOSITION AND A STATEMENT OF REASONS WHICH SUPPORTS THAT DECISION:** _D-H-o_
_Accept guilty plea Recommend_
_5 pjs_

**RECOMMENDATION OF LOSS OF:**

Good/Honor Time ☐        Good Conduct ☐          (Amount) _____
Incentive Time ☐          Prisoner Performance Sentence Credits (PPSC) ☐   (Amount) _____
Prisoner Sentence Reduction Credits (PSRC) ☐    (Amount) _____

_SCo Fettrell_                              _5 - 20 13_
Disciplinary Board Chairperson/Hearing Officer Signature      Date

_____          _____
Member                                              Date

_____          _____
Member                                              Date

CR-1834 (Rev. 11-10)          White-Institution     Canary- Institution  Pink-Inmate     RDA – 1167
Page 2 of 2 Pages

Seg 20



### TENNESSEE DEPARTMENT OF CORRECTION
### D I S C I P L I N A R Y   C O N T I N U A T I O N

Page ____ of ___ Pages

DATE: 5-13-13

DISCIPLINARY NUMBER: 1022098 / 112794

NAME ( LAST) (14 characters)
Pleasant - Bey

FIRST (10 characters)
Boaz

MI

OFFENDER NUMBER: 473110

ATTACH TO: _____ BIO1DO26 _____ CR-1833 _____ CR-1834

---

Cont at Inmate request no more than seven days for more time to prepare.

---

Signature of Reporting Employee

Date: 5-13-13

Inmate Signature        473110

Date: 5/13/13

CR-1831 (7-01)          White - Institutional File          Canary & Pink - Inmate          RDA - 1167

**TENNESSEE DEPARTMENT OF CORRECTION**

AGREEMENT TO PLEAD GUILTY
AND
WAIVER OF DISCIPLINARY HEARING AND DUE PROCESS RIGHTS

Inmate Name: _BOAZ Pleasent-Bey_  TDOC Number: _473110_

Having been in violation of rules as follows:
Disciplinary Docket Number: _102209F / 112794_
Offenses and Category _Class-B /_

I admit I violated the above listed rule(s) and agree to plead guilty and accept whatever punishment the disciplinary board may impose. In making this agreement, I understand that I am waiving the following rights:

1. The right to personally appear before the disciplinary board

2. The right to plead not guilty and to have the case against me proven by a preponderance of evidence.

3. The right to present my own version of the facts.

4. The right to call witnesses in my own behalf.

I am signing this agreement of my own free will and under no threat or coercion to do so. I understand that by signing this agreement, I must accept whatever punishment the disciplinary board may impose and will not be allowed to appeal.

X _[signature]_       _5-20-13_
Inmate Signature       Date

_[signature]_       _5-20-13_
Staff Witness       Date

_SgO Futrell_       _5-20-13_
Disciplinary Board Chairperson       Date

CR-3171 (8-01)       *Duplicate as Needed*       RDA – 1167

CODING!                TENNESSEE DEPARTMENT OF CORRECTION    DATE: 05/11/2013
HCCF                            T O M I S                   TIME: 04:08
IOYILLI01              DISCIPLINARY REPORT                   PAGE:  01


OFFENDER NAME:  PLEASANT-BEY, BOAZ
OMIS ID:  00473110
INSTITUTION NAME:  HARDEMAN COUNTY CORRECTIONAL FACILITY
UNIT ID:  SEG
CELL ID:  20


INCIDENT
   INCIDENT ID:  01622098
      INCIDENT DATE:  05/10/2013            INCIDENT TIME:  21:00:00
      INCIDENT TYPE:  REFUSED CELL ASSIGNMENT
      DISCIPLINARY CLASS:
      INFRACTION TYPE:  REFUSED CELL ASSIGNMENT
      WEAPON USED:  NONE
      VIOLENCE COMMITTED:  NO VIOLENCE
      PREPARED BY STAFF ID:  GIBBWI01
      REPORTED BY STAFF ID:  GIBBWI01


WITNESSES/VICTIMS/PERSONS INVOLVED
   PERSON ID:  GIBBWI01
      PERSON TYPE:  S
      INJURED (Y/N):  N
   PERSON ID:  00473110
      PERSON TYPE:  O
      INJURED (Y/N):  N


SEGREGATION
   SEGREGATED BY:  GIBBWI01
      START DATE:  05/10/2013            TIME:  23:10:00
      SCHEDULED END DATE:  05/13/2013     TIME:  23:10:00
      ACTUAL END DATE:                    TIME:
      SEGREGATION TYPE:  SEGREGATION PEND DISC. HEAR

CCI 000101

```
8101HGL          TENNESSEE DEPARTMENT OF CORRECTION    DATE: 05/11/2013
HCCF                         T O M I S                 TIME: 04:08
80YLLI01             DISCIPLINARY REPORT               PAGE:  02
```

TOMIS ID:  00473110      INCIDENT ID:  01022098
OFFENDER NAME:  PLEASANT-BEY, BOAZ

DESCRIPTION:
ON 5/10/13 AT APPROXIATELY 2100 P.M., INMATE PLEASANT-BEY, BOAZ #
473110 WAS ASKED TO STEP INTO HIS CELL BY CORRECTION OFFICER JENKINS
HE REFUSEDE. CO JENKINS CALLED ON THE RADIO A RCA IN MC POD. I SCO
GIBBS ASKED INMATE PLEASANT-BEY # 473110 TO STEP INTO HIS CELL MC 106
HE STATED IAM RCA, DUE TO INMATE DEVON PARKER ON RB POD SIDE ARE
EMEIES, I WILL DO WHAT I HAVE TO DO. I SCO GIBBS AM CHARGING I/M
PLEASANT-BEY # 473110 WITH REFUSAL OF CELL ASSIGNMENT.

PREPARED BY STAFF ID:  GIBBWI01  GIBBS, WILLIE
REPORTED BY STAFF ID:  GIBBWI01  GIBBS, WILLIE

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.

_Refuse to sign_                    _5-11-13  5.01_
OFFENDER SIGNATURE                  DATE/TIME
PLEASANT-BEY, BOAZ                            00473110

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
SIGN REPORT.

_____            _5-11-13 5.01_
EMPLOYEE INITIALS, IF REPORTING    DATE/TIME
EMPLOYEE; OTHERWISE, FULL NAME.

TOMIS                  TENNESSEE DEPARTMENT OF CORRECTION    DATE: 05/11/2013
CCF                        T O M I S                  TIME: 04:08
DYCLTA1                  DISCIPLINARY REPORT       PAGE: 03

ORIS ID: 00473110    INCIDENT ID: 01022098
OFFENDER NAME: PLEASANT-BEY, BOAZ

_Gibbwial_            _5/10/13 @ 2100_
REPORTING OFFICIAL           DATE/TIME

_Gibbwial_            _5/10/13 @ 2210_
PREPARED BY             DATE/TIME

_____     _5/11/13 @ 0045_
REVIEWING DESIGNATED SUPERVISOR    DATE/TIME

IF PLACED IN SEGREGATION:

_Willbyal_            _5/10/13 @ 2215_
SENIOR SECURITY OFFICER       DATE/TIME

_____      _____
WARDEN (SEGREGATION PENDING INVESTIGATION)     DATE/TIME

WCFA



TENNESSEE DEPARTMENT OF CORRECTION
DISCIPLINARY REPORT HEARING SUMMARY

H·CCF

INSTITUTION (TOMIS SITE ID)

113429 / 102591
DISCIPLINARY INCIDENT NUMBER

| OFFENDER NUMBER: | 473110 | |
|---|---|---|

**INMATE NAME (LAST)** (14 characters)

Pleasant Bey

**FIRST** (10 characters)

Boac

**MI**

**ADVISOR NUMBER:** 106568

**INMATE ADVISOR NAME (LAST)** (14 characters)

Woods

**FIRST** (10 characters)

Dana

**MI**

| DATE OF HEARING | | | | PLACE OF HEARING | INMATE'S PLEA | |
|---|---|---|---|---|---|---|
| MO | DAY | YEAR | TIME | INSTITUTION | GUILTY – Y | NOT GUILTY – N |
| 6 | 3 | 13 | 12:35 PM | H·CCF | (Y) | X |

---

**COMMITTEE DECISION**

GUILTY – Y        NOT GUILTY – N        APPEALED – Y        NOT APPEALED – N

(Y)                                                                          N/A

| DISCIPLINARY ACTION DATE (MONTH, DAY, YEAR) | CLASS OF INFRACTION (A, B, or C) | PROBATION END DATE (MONTH, DAY, YEAR) |
|---|---|---|
| 6 - 3 - 13 | B | N/A |

| ENTERED BY | | VERIFIED BY | |
|---|---|---|---|
| | DATE | | DATE |

**PRELIMINARY INQUIRY**

1. **WAIVERS**
   a. I agree to waive the right to 24-hour notice.  ☑ Yes  ☐ No

      _____ Inmate Signature    473110 Number    6/3/13 Date

   b. I agree to waive the right to have the reporting official present.  ☑ Yes  ☐ No

      _____ Inmate Signature    473110 Number    6/3/13 Date

   c. I agree to waive the right to call witness(es) on my behalf.  ☐ Yes  ☐ No

      _____ Inmate Signature    473110 Number    6/3/13 Date

2. **CONTINUANCE:**
   a. Was case previously continued?  ☐ Yes  ☑ No
   b. If yes, when and at whose request?    N/A

3. **CUSTODY PENDING HEARING:**
   Was inmate held in segregation/more restrictive setting pending hearing?
   a.   ☑ Yes  ☐ No
   b. If yes, when was he/she placed in segregation?    5-31-13

4. When was inmate given offense citation?    5-31-13

5. Is inmate represented by inmate advisor?  ☐ Yes  ☐ No    By staff advisor? ☐ Yes  ☑ No

6. Has inmate or inmate advisor had adequate time to prepare defense?  ☑ Yes  ☐ No

CR-1834 (Rev. 11-10)        White-Institution        Canary- Institution Pink-Inmate        RDA – 1167
Page 1 of 2 Pages





### TENNESSEE DEPARTMENT OF CORRECTION
#### AGREEMENT TO PLEAD GUILTY
#### AND
#### WAIVER OF DISCIPLINARY HEARING AND DUE PROCESS RIGHTS

Inmate Name: _BOAZ  Pleasant Bey_  TDOC Number: _473110_

Having been in violation of rules as follows:
Disciplinary Docket Number: _# 113429   #1025917_
Offenses and Category _RCA          C/AS) - B_

I admit I violated the above listed rule(s) and agree to plead guilty and accept whatever punishment the disciplinary board may impose. In making this agreement, I understand that I am waiving the following rights:

1. The right to personally appear before the disciplinary board

2. The right to plead not guilty and to have the case against me proven by a preponderance of evidence.

3. The right to present my own version of the facts.

4. The right to call witnesses in my own behalf.

I am signing this agreement of my own free will and under no threat or coercion to do so. I understand that by signing this agreement, I must accept whatever punishment the disciplinary board may impose and will not be allowed to appeal.

| | |
|---|---|
| _[signature]_ | _6/3/13_ |
| Inmate Signature | Date |
| _[signature]_ | _6-3-13_ |
| Staff Witness | Date |
| _[signature]_ | _6-3-13_ |
| Disciplinary Board Chairperson | Date |

CR-3171 (8-01)                    *Duplicate as Needed*                    RDA – 1167

DOCKET #: 113429

SERVER: _SS Wilso_

DATE/TIME: _5-31-13/ 2139_

ADVISOR: _Woods_

```
RJ01M61                  TENNESSEE DEPARTMENT OF CORRECTION    DATE: 05/31/2013
HCCF                              T O M I S                    TIME: 16:12
HOSTAN01                     DISCIPLINARY REPORT               PAGE:  01



OFFENDER NAME:  PLEASANT-BEY, BOAZ
TOMIS ID:  00473110
INSTITUTION NAME:  HARDEMAN COUNTY CORRECTIONAL FACILITY
UNIT ID:       Seg
CELL ID:          42

INCIDENT
    INCIDENT ID:  01025917
       INCIDENT DATE:  05/31/2013            INCIDENT TIME:  14:55:00
       INCIDENT TYPE:  REFUSED CELL ASSIGNMENT
       DISCIPLINARY CLASS:
       INFRACTION TYPE:  REFUSED CELL ASSIGNMENT
       WEAPON USED:
       VIOLENCE COMMITTED:  NO VIOLENCE
       PREPARED BY STAFF ID:  HOSTAN01
       REPORTED BY STAFF ID:  HOSTAN01

WITNESSES/VICTIMS/PERSONS INVOLVED
    PERSON ID:  HOSTAN01
       PERSON TYPE:  S
       INJURED (Y/N):  N
    PERSON ID:  00473110
       PERSON TYPE:  O
       INJURED (Y/N):  N
```

CCI 000106

```
B101MGL                    TENNESSEE DEPARTMENT OF CORRECTION     DATE: 05/31/2013
HCCF                              T O M I S                       TIME: 16:12
HOSTAN01                      DISCIPLINARY REPORT                 PAGE:  02
```

TOMIS ID:  00473110       INCIDENT ID:  01025917
OFFENDER NAME:  PLEASANT-BEY, BOAZ

DESCRIPTION:
  ON 05/31/13 AT APPROXIMATELY 02:55 PM INMATE BOAZ PLEASANT-BEY #473110
  EXITED F-D 202 WITH HIS ALL OF HIS PROPERTY AND REFUSED TO TO GO BACK
  INSIDE, THEREFORE I S/C/O HOSTETLER AM CHARGING HIM WITH REFUSAL OF A
  CELL ASSIGNMENT. TDOC MITCHELL WAS NOTIFIED AT 1530 HRS.


  PREPARED BY STAFF ID:  HOSTAN01  HOSTETLER, ANGELA
  REPORTED BY STAFF ID:  HOSTAN01  HOSTETLER, ANGELA

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.

_____        _____
OFFENDER SIGNATURE                      DATE/TIME
PLEASANT-BEY, BOAZ                           00473110

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
SIGN REPORT.

_____        _____
EMPLOYEE INITIALS, IF REPORTING         DATE/TIME
EMPLOYEE; OTHERWISE, FULL NAME.

```
TOMIS ID:  00473110      INCIDENT ID:  01025917
OFFENDER NAME:  PLEASANT-BEY, BOAZ
```

_Hostan01_        5-31-13   2 55
REPORTING OFFICIAL        DATE/TIME

_Hostan01_        5-31-13   1612
PREPARED BY        DATE/TIME

REVIEWING DESIGNATED SUPERVISOR        5-31-13   1612
        DATE/TIME

IF PLACED IN SEGREGATION:

_MitcTA05_        5-31-13   15 30
SENIOR SECURITY OFFICER        DATE/TIME

WARDEN (SEGREGATION PENDING INVESTIGATION)    DATE/TIME



TENNESSEE DEPARTMENT OF CORRECTION
DISCIPLINARY REPORT HEARING SUMMARY

WCFA
INSTITUTION (TOMIS SITE ID)

25841 / 1012788
DISCIPLINARY INCIDENT NUMBER

OFFENDER NUMBER: 473110

INMATE NAME (LAST) (14 characters)    FIRST (10 characters)    MI
Pleasant-Bey                          Boaz

ADVISOR NUMBER: 201720

INMATE ADVISOR NAME (LAST) (14 characters)    FIRST (10 characters)    MI
Green                                         Herbert                   J.

| DATE OF HEARING | | | TIME | PLACE OF HEARING INSTITUTION | INMATE'S PLEA | |
|---|---|---|---|---|---|---|
| MO | DAY | YEAR | | | GUILTY - Y | NOT GUILTY - N |
| 7 | 12 | 13 | 8:00am | WCFA | Y | |

COMMITTEE DECISION

GUILTY - Y    NOT GUILTY – N    APPEALED – Y    NOT APPEALED - N
Y                                                 N

DISCIPLINARY ACTION DATE (MONTH, DAY, YEAR)    CLASS OF INFRACTION (A, B, or C)    PROBATION END DATE (MONTH, DAY, YEAR)
7-12-13                                         C

ENTERED BY  Gu    7-15-13    VERIFIED BY
                   DATE                                DATE

PRELIMINARY INQUIRY

1. WAIVERS
   a. I agree to waive the right to 24-hour notice.  ☐ Yes  ☑ No
      N/A
      _____    Number    Date
      Inmate Signature
   b. I agree to waive the right to have the reporting official present.  ☑ Yes  ☐ No
      X Boaz Pleasant-Bey    473110    7-12-13
      Inmate Signature    Number    Date
   c. I agree to waive the right to call witness (es) on my behalf.  ☑ Yes  ☐ No
      X Boaz Pleasant-Bey    473110    7-12-13
      Inmate Signature    Number    Date

2. CONTINUANCE
   a. Was case previously continued?  ☐ Yes  ☑ No
   b. If yes, when and at whose request? _____

3. CUSTODY PENDING HEARING:
   a. Was inmate held in segregation/more restrictive setting pending hearing?  ☐ Yes  ☑ No
   b. If yes, when was he/she placed in segregation? _____

4. When was inmate given offense citation?  7-8-13  1635

5. Is inmate represented by inmate advisor?  ☑ Yes  ☐ No    By staff advisor? ☐ Yes  ☑ No

6. Has inmate or inmate advisor had adequate time to prepare defense?  ☑ Yes  ☐ No

CR-1834 (Rev. 11-10)    White-Institution    Canary- Institution Pink-Inmate    RDA – 1167
Page 1 of 2 Pages

WCFA
INSTITUTION (TOMIS SITE ID)

75841 / 1022288
DISCIPLINARY INCIDENT NUMBER

OFFENDER NAME: Pleasant-Bey, Boaz

TDOC NUMBER: 473110

**HEARING**

I fully understand that by entering a plea of guilty to the aforementioned charge(s). I am waiving my right to call witness(es) and present evidence on my behalf, must accept whatever punishment is imposed, and will not be allowed to appeal.

X Boaz _____   9/7-R-19
Inmate Signature                              Date

**Attach CR3171 Agreement to Plead Guilty and Waiver of Disciplinary Hearing and Due Process Rights**

Witness(es) for Offender                      Witness(es) Against Offender

_____                      _____

_____                      _____

Written Statement(s) submitted: ☐ Yes ☑ No   Written Statement(s) submitted:  ☐ Yes ☑ No
                                             Form CR3510 completed:           ☐ Yes ☑ No
                                             Form CR3510 received by disciplinary board: ☐ Yes ☑ No

OTHERS PRESENT:

_____

STATEMENT OF ACCUSED: I'm pleading guilty DHO

_____
_____
_____

DESCRIPTION OF PHYSICAL EVIDENCE INTRODUCED (Attach all test results).
INTERNAL AFFAIRS REPORT AVAILABLE:   ☐ Yes ☑ No

_____
_____

FINDINGS OF FACT AND SPECIFIC EVIDENCE RELIED UPON TO SUPPORT THOSE FINDINGS   one arrests
Inmate plead guilty and the report show this is guilty

DISPOSITION AND A STATEMENT OF REASONS WHICH SUPPORTS THAT DECISION:   Dis Imposed
Class "A II written warning

RECOMMENDATION OF LOSS OF:
Good/Honor Time ☐   Good Conduct ☐                (Amount) _____
Incentive Time ☐    Prisoner Performance Sentence Credits (PPSC) ☐   (Amount) _____
Prisoner Sentence Reduction Credits (PSRC) ☐      (Amount) _____

S/O Truman                                       7-19-19
Disciplinary Board Chairperson/Hearing Officer Signature          Date

_____                          _____
Member                                           Date

_____                          _____
Member                                           Date

CR-1834 (Rev. 11-10)        White-Institution      Canary-  Institution Pink-Inmate      RDA – 1167
Page 2 of 2 Pages

```
LIBL                          DISCIPLINARY DECISION           DATE:   07/09/13
EI03B09                              SELECT                    TIME:   08:51 AM

TOMIS ID:   00473110    PLEASANT-BEY, BOAZ
   Status:   ACTV    Sex:  M     Race:  B        Age:     30     Location:   WCFA

                                            Disc
S    Incident Date     Incident ID       Class    First Infraction Type
_    -------------     ------------       -----    -------------------------------------
        07/08/2013       01032788                   INT    OFFICER DUTIES INTERFEREN
        05/31/2013       01025917          B         RCA    REFUSED CELL ASSIGNMENT
        05/10/2013       01022098          B         RCA    REFUSED CELL ASSIGNMENT
        03/09/2013       01011013          B         IND    INDECENT EXPOSURE
        08/13/2012       00975849          C         RCA    REFUSED CELL ASSIGNMENT
        04/09/2011       00892435                    IND    INDECENT EXPOSURE


Search:
NEXT FUNCTION:            DATA:
F1-HELP        F9-QUIT      F11-SUSPEND

BOTTOM OF LIST
```

```
BI01MGL              TENNESSEE DEPARTMENT OF CORRECTION    DATE: 07/08/2013
WCFA                          T O M I S                    TIME: 13:23
WOODNI01                   DISCIPLINARY REPORT             PAGE:  01
```

DOCKET # 75 841
DATE 7/8/13
TIME 1635
SERVER JManns
ADVISOR Mum

```
OFFENDER NAME:  PLEASANT-BEY, BOAZ
TOMIS ID:  00473110
INSTITUTION NAME:  WHITEVILLE CORRECTIONAL FACILITY
UNIT ID:  HD1
CELL ID:  06

INCIDENT
    INCIDENT ID:  01032788
        INCIDENT DATE:  07/08/2013        INCIDENT TIME:  09:00:00
        INCIDENT TYPE:  INTERFERENCE OF OFFICER DUTIE
        DISCIPLINARY CLASS:
        INFRACTION TYPE:  OFFICER DUTIES INTERFERENCE
        WEAPON USED:
        VIOLENCE COMMITTED:  NO VIOLENCE
        PREPARED BY STAFF ID:  WOODNI01
        REPORTED BY STAFF ID:  ECKFMA01

WITNESSES/VICTIMS/PERSONS INVOLVED
    PERSON ID:  ECKFMA01
        PERSON TYPE:  S
        INJURED (Y/N):  N
    PERSON ID:  00129664
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00252741
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00259174
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00299940
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00302161
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00364163
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00401382
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00422736
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00450198
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00458046
        PERSON TYPE:  O
        INJURED (Y/N):  N
```

PERSON ID:  00473110
    PERSON TYPE:  O
    INJURED (Y/N):  N
PERSON ID:  00480248
    PERSON TYPE:  O
    INJURED (Y/N):  N
PERSON ID:  00489267
    PERSON TYPE:  O
    INJURED (Y/N):  N
PERSON ID:  00503547
    PERSON TYPE:  O
    INJURED (Y/N):  N
PERSON ID:  00518339
    PERSON TYPE:  O
    INJURED (Y/N):  N

TOMIS ID:  00473110        INCIDENT ID:  01032788
OFFENDER NAME:  PLEASANT-BEY, BOAZ

DESCRIPTION:
ON 7/8/13 @ APPROX. 9:00AM I C/O ECKFORD PUT H2 ON STANDBY FOR CELL IN
SPECTION @ 8:45AM @ 9:00AM I, U/M POLK BEGAN CELL INSPECTION WHEN I OB
SERVED I/M'S PLEASANT #473110, MOODY #489267, MARTINEZ #503547, BROWN
#480248, PERSON #129664, GRIFFIN #422736, PALMER #458046, JORDAN #2591
74, JACKSON #252741, BELEW #299940, LANIER #302161, ROBERTSON #518339,
PEARSON #401382, HARLAN #450198, LOVEDAY #364163 NOT PREPARED FOR INSP
ECTION THEREFORE I'M CHARGING THEM WITH INT. BY ME HAVING TO STOP WALK
IN THE CELL TO GET THEM PREPARED AND GET THE I/M'S IN COMPLIANCE WHICH
CAUSED ME A DELAY IN ME PERFORMING THE CELL INSPECTION PROCESS.

PREPARED BY STAFF ID:  WOODNI01  COBY, NIKKI
REPORTED BY STAFF ID:  ECKFMA01  ECKFORD, MARQUEZ

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.

X _Refused to sign in H-D pod_          7/8/13    1635
OFFENDER SIGNATURE                      DATE/TIME
PLEASANT-BEY, BOAZ                               00473110

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
SIGN REPORT.

_Jamaka McInnis_                        7/8/13    1635
EMPLOYEE INITIALS, IF REPORTING         DATE/TIME
EMPLOYEE; OTHERWISE, FULL NAME.

TENNESSEE DEPARTMENT OF CORRECTION          DATE: 07/08/2013
                    T O M I S                TIME: 13:23
              DISCIPLINARY REPORT            PAGE:  04


TOMIS ID:  00473110        INCIDENT ID:  01032788
OFFENDER NAME:  PLEASANT-BEY, BOAZ

_Eckfma 01_                          _7-8-13 0900_
REPORTING OFFICIAL                   DATE/TIME

_Woodni 01_                          _7-8-13 1323_
PREPARED BY                          DATE/TIME

_____              _7/8/13 4:13pm_
REVIEWING DESIGNATED SUPERVISOR      DATE/TIME

IF PLACED IN SEGREGATION:


_____              _____
SENIOR SECURITY OFFICER              DATE/TIME


_____              _____
WARDEN (SEGREGATION PENDING INVESTIGATION)   DATE/TIME



TENNESSEE DEPARTMENT OF CORRECTION
DISCIPLINARY REPORT HEARING SUMMARY
_W. C. F. A._
INSTITUTION (TOMIS Site ID)

76724 / 1038226
DISCIPLINARY INCIDENT NUMBER

| OFFENDER NUMBER: | 473110 | |
|---|---|---|

INMATE NAME (LAST) (14 characters): _Pleasant-Bey_   FIRST (10 characters): _Bonz_   MI: ___

ADVISOR NUMBER: _399756_

INMATE ADVISOR NAME (LAST) (14 characters): _Grizling_   FIRST (10 characters): _Jon_   MI: ___

| DATE OF HEARING | | | | PLACE OF HEARING | INMATE'S PLEA |
|---|---|---|---|---|---|
| MO | DAY | YEAR | TIME | INSTITUTION | GUILTY - Y   NOT GUILTY - N |
| 8 | 12 | 13 | 9AM | W.C.F.A. | Y |

**COMMITTEE DECISION**

GUILTY - Y   NOT GUILTY – N   APPEALED – Y   NOT APPEALED - N
Y                                              ✓

| DISCIPLINARY ACTION DATE (MONTH, DAY, YEAR) | CLASS OF INFRACTION (A, B, or C) | PROBATION END DATE (MONTH, DAY, YEAR) |
|---|---|---|
| 8-12-13 | C | |

ENTERED BY _____   8-12-13 VERIFIED BY _____
                      DATE                        DATE

**PRELIMINARY INQUIRY**

1. **WAIVERS**
   a. I agree to waive the right to 24-hour notice.   ☐ Yes   ☑ No
      Inmate Signature   N/A

   b. I agree to waive the right to have the reporting official present.   ☑ Yes   ☐ No
      X _Bonz Pleasant-Bey_       Number _473110_       Date _8-9-13_
      Inmate Signature

   c. I agree to waive the right to call witness (es) on my behalf.   ☑ Yes   ☐ No
      X _Bonz Pleasant-Bey_       Number _473110_       Date _8-9-13_
      Inmate Signature

2. **CONTINUANCE:**
   a. Was case previously continued?   ☐ Yes   ☐ No
   b. If yes, when and at whose request? _____

3. **CUSTODY PENDING HEARING:**
   a. Was inmate held in segregation/more restrictive setting pending hearing?   ☐ Yes   ☑ No
   b. If yes, when was he/she placed in segregation? _____

4. When was inmate given offense citation?   _8-5-13_

5. Is inmate represented by inmate advisor?   ☑ Yes   ☐ No   By staff advisor? ☐ Yes   ☑ No

6. Has inmate or inmate advisor had adequate time to prepare defense?   ☑ Yes   ☐ No

CR-1834 (Rev. 11-10)        White-Institution        Canary- Institution Pink-Inmate        RDA – 1167
Page 1 of 2 Pages

W.C.F.N.

INSTITUTION (TOMIS SITE ID)

DISCIPLINARY INCIDENT NUMBER: 76724/1038326

OFFENDER NAME: Boaz Pleason+-Bey     TDOC NUMBER: 473110

## HEARING

I fully understand that by entering a plea of guilty to the aforementioned charge(s), I am waiving my right to call witness(es) and present evidence on my behalf, must accept whatever punishment is imposed, and will not be allowed to appeal.

X  Boaz Pleasant-Bey                                      8-5-13
Inmate Signature                                          Date

**Attach CR3171  Agreement to Plead Guilty and Waiver of Disciplinary Hearing and Due Process Rights**

Witness(es) for Offender _____        Witness(es) Against Offender

_____        _____

_____        _____

Written Statement(s) submitted: ☐ Yes  ☒ No     Written Statement(s) submitted:  ☐ Yes  ☒ No
                                                 Form CR3510 completed:  ☐ Yes  ☐ No
                                                 Form CR3510 received by disciplinary board: ☐ Yes  ☒ No

OTHERS PRESENT: _____

STATEMENT OF ACCUSED:  Plead guilty to DWC

_____

_____

_____

DESCRIPTION OF PHYSICAL EVIDENCE INTRODUCED (Attach all test results).
INTERNAL AFFAIRS REPORT AVAILABLE:  ☐ Yes  ☒ No

_____

_____

FINDINGS OF FACT AND SPECIFIC EVIDENCE RELIED UPON TO SUPPORT THOSE FINDINGS  ons all/pls
X plead guilty  written report  ons tds In guilty

_____

DISPOSITION AND A STATEMENT OF REASONS WHICH SUPPORTS THAT DECISION:  ons Imposed
Class "C"  written warning

_____

_____

RECOMMENDATION OF LOSS OF:
Good/Honor Time ☐      Good Conduct ☐          (Amount) _____

Incentive Time ☐       Prisoner Performance Sentence Credits (PPSC) ☐   (Amount) _____

Prisoner Sentence Reduction Credits (PSRC) ☐        (Amount) _____

S/a  Tower                                    8-12-13
Disciplinary Board Chairperson/Hearing Officer Signature        Date

_____        _____
Member                                               Date

_____        _____
Member                                               Date

CR-1834 (Rev. 11-10)        White-Institution    Canary-  Institution Pink-Inmate        RDA – 1167
Page 2 of 2 Pages

Bettie Hammond

```
LIBL                      DISCIPLINARY DECISION       DATE:  08/06/13
BI03D17                        SELECT                 TIME:  08:31 AM

TOMIS ID:  00473110   PLEASANT-BEY, BOAZ
   Status:  ACTV    Sex:  M    Race:  B      Age:   30    Location:   WCFA

                                  Disc
S    Incident Date    Incident ID    Class    First Infraction Type
_    -------------    -----------    -----    ----------------------------------
     08/05/2013       01038226                PPV    PERSONAL PROPERTY VIOLATI
     07/08/2013       01032788        C       INT    OFFICER DUTIES INTERFEREN
     05/31/2013       01025917        B       RCA    REFUSED CELL ASSIGNMENT
     05/10/2013       01022098        B       RCA    REFUSED CELL ASSIGNMENT
     03/09/2013       01011013        B       IND    INDECENT EXPOSURE
     08/13/2012       00975849        C       RCA    REFUSED CELL ASSIGNMENT
     04/09/2011       00892435                IND    INDECENT EXPOSURE


Search:
NEXT FUNCTION:         DATA:
F1-HELP      F9-QUIT      F11-SUSPEND

BOTTOM OF LIST
```

DOCKET # 76724
DATE 8/5/13
TIME 2:15pm
SERVER C/o Anderson
ADVISOR Floyd
ANY

OFFENDER NAME:  PLEASANT-BEY, BOAZ
TOMIS ID:  00473110
INSTITUTION NAME:  WHITEVILLE CORRECTIONAL FACILITY
UNIT ID:  HD1
CELL ID:  06

INCIDENT
    INCIDENT ID:  01038226
        INCIDENT DATE:  08/05/2013          INCIDENT TIME:  10:35:00
        INCIDENT TYPE:  PERSONAL PROPERTY VIOLATION
        DISCIPLINARY CLASS:
        INFRACTION TYPE:  PERSONAL PROPERTY VIOLATION
        WEAPON USED:  NONE
        VIOLENCE COMMITTED:  NO VIOLENCE
        PREPARED BY STAFF ID:  MINTER01
        REPORTED BY STAFF ID:  WALTPA01

EVIDENCE
    EVIDENCE ID:  13-538
        EVIDENCE TYPE:  CONTRABAND
        EVIDENCE DATE:  08/05/2013
        FOUND LOCATION:  HD 106
        PRESENT LOCATION:  EVID LOCKER
        DESCRIPTION:  CLEAR TUNES TV
        STATUS:  GOOD CONDITION

WITNESSES/VICTIMS/PERSONS INVOLVED
    PERSON ID:  WALTPA01
        PERSON TYPE:  S
        INJURED (Y/N):  N
    PERSON ID:  00473110
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00519078
        PERSON TYPE:  O
        INJURED (Y/N):  N

TOMIS ID:  00473110        INCIDENT ID:  01038226
OFFENDER NAME:  PLEASANT-BEY, BOAZ

DESCRIPTION:
ON 8/5/2013 AT APPROX 10:35AM I CLERK WALTON WAS CONDUCTING A CELL SEA
RCH IN HD 106 AND FOUND A CLEAR TUNES TV THAT DID'T BELONG TO EITHER I
NMATES GATES,H #519078 AND PLEASANT,B #473110. THEREFORE ARE BEING CHA
RGED WITH PPR.

PREPARED BY STAFF ID:  MINTER01  MINTER, ERICAS
REPORTED BY STAFF ID:  WALTPA01  WALTON, PAULA

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.

_____          _____
OFFENDER SIGNATURE                          DATE/TIME
PLEASANT-BEY, BOAZ                                    00473110

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
SIGN REPORT.

_____          _____
EMPLOYEE INITIALS, IF REPORTING             DATE/TIME
EMPLOYEE; OTHERWISE, FULL NAME.

TOMIS ID:  00473110        INCIDENT ID:  01038226
OFFENDER NAME:  PLEASANT-BEY, BOAZ

_____           _____    8/5/13  10:35
REPORTING OFFICIAL                         DATE/TIME

_____           _____    12:03
PREPARED BY                                DATE/TIME

_____           _____    8/5/13  11:52
REVIEWING DESIGNATED SUPERVISOR            DATE/TIME

IF PLACED IN SEGREGATION:


_____           _____
SENIOR SECURITY OFFICER                    DATE/TIME


_____           _____
WARDEN (SEGREGATION PENDING INVESTIGATION)    DATE/TIME

3

Inmate Name: Pleasant-Bey, Boaz                    #473110

_____

Remainder of form to be completed by warden or commissioner

Disposition of Appeal
Conviction Affirmed          X          Punishment Reduced _____

Case Remanded to Board _____   Charges Dismissed _____

Reason(s) for Disposition    Due to you pleading guilty you have no appeal rights.

Instructions to Board on remand or description of reduced punishment::

4/4/2018
Date                              Signature of Warden or Commissioner

CR-1833 (2-01)                    *Duplicate as Needed*            RDA – 1167
Page 2 of 2 Pages                 Original-Institution



**TENNESSEE DEPARTMENT OF CORRECTION**
D I S C I P L I N A R Y   R E P O R T   A P P E A L

APPEAL TO:     WARDEN ☑          COMMISSIONER ☐

**INMATE**
OFFENDER NUMBER: 473110

NAME (LAST) (14 CHARACTERS)     FIRST (10 characters)     MI

Pleasant-Bey     BOAZ

**INMATE ADVISOR**
ADVISOR NUMBER:

NAME (LAST) (14 characters)     FIRST (10 characters)     MI

DATE OF APPEAL
MO   DAY   YEAR
3 / 16 / 18

(INFORMATION ONLY) - DOCUMENT NUMBER

Institution of Confinement: TURNEY CENTER INDUSTRIAL PRISON

Grounds for Appeal   I was transferred to T.C.I.X. without recieving a copy of the writeup. I didn't want to deal with it, so I plead out to it. It should have been dismissed because I never recieved a copy of the writeup and I was transferred here before the writeup was processed and served. Also, it's been 6 yrs. since my last writeup. I was in the wood plant. I'll behave here, I just want a chance, please.
    Also, the writeup I saw here at T.C.I.X at the D-Board said that I contacted "a staff member", but it didn't say if I solicited a staff member. So, I just want another chance.

(use next page if additional space is needed)

Note:   Use a separate copy of form for appeal to
        warden and to commissioner

_____     _____
          Inmate Name                      Date

CR-1833(1-01)          **Duplicate as Needed**
Page 1 of __ pages      **Original-Institution**          RDA-1167

Case 3:22-cv-00093   Document 33-14   Filed 05/04/22   Page 122 of 200   PageID #: 1225



**TENNESSEE DEPARTMENT OF CORRECTION**
D I S C I P L I N A R Y   C O N T I N U A T I O N

DATE: _____      DISCIPLINARY NUMBER: _____

NAME (LAST) (14 characters)                    FIRST (10 characters)          MI

OFFENDER NUMBER: _____      INC. NO: _____

ATTACH TO: _____ **BIO1DO26**    _X_____ **CR-1833**    _____**CR-1834**

_____
Signature of Reporting Employee                          Date

_____
Inmate Signature                                          Date

CR-1831 (7-01)                    Duplicate as Needed          RDA-1167
                                  Original-Institution

CCJC-000123



### TENNESSEE DEPARTMENT OF CORRECTION
### AGREEMENT TO PLEAD GUILTY
### AND
### WAIVER OF DISCIPLINARY HEARING AND DUE PROCESS RIGHTS

Inmate Name: _Pleasant-Bey, Boaz_    TDOC Number: _473110_

Having been in violation of rules as follows: _SOS_

Disciplinary Docket Number: _013180888_

Offenses and Category _Class B SOS, 4⁰⁰ Fine, 9 mos. pkg. restriction_

_Time Served_

I admit I violated the above listed rule(s) and agree to plead guilty and accept whatever punishment the disciplinary board may impose. In making this agreement, I understand that I am waiving the following rights:

1. The right to personally appear before the disciplinary board

2. The right to plead not guilty and to have the case against me proven by a preponderance of evidence.

3. The right to present my own version of the facts.

4. The right to call witnesses in my own behalf.

I am signing this agreement of my own free will and under no threat or coercion to do so. I understand that by signing this agreement, I must accept whatever punishment the disciplinary board may impose and will not be allowed to appeal.

_____    _3/13/18_
Inmate Signature                     Date

_____    _3-13-18_
Staff Witness                        Date

_____    _3/13/18_
Disciplinary Board Chairperson       Date

CR-3171 (8-01)

Duplicate as Needed

RDA -1167

Ccue 000 1247



TENNESSEE DEPARTMENT OF CORRECTION

## DISCIPLINARY REPORT HEARING SUMMARY

TCIX _____ C1318-??

| INSTITUTION (TOMIS SITE ID) | DISCIPLINARY INCIDENT NUMBER |

**OFFENDER NUMBER:** 473110

**INMATE NAME (LAST)** (14 characters) _Herbert Bey_   **FIRST** (10 characters) _DeAz_   **MI**

**ADVISOR NUMBER:** 496100

**INMATE ADVISOR NAME (LAST)** (14 characters) _Powell_   **FIRST** (10 characters) _Gregory_   **MI** C.

| DATE OF HEARING | | | | PLACE OF HEARING | INMATE'S PLEA |
| MO | DAY | YEAR | TIME | INSTITUTION | GUILTY – Y   NOT GUILTY - N |
| 3 | 13 | 18 | 10:30 AM | TCIX | (Y) |

### COMMITTEE DECISION

GUILTY – (Y)    NOT GUILTY – N    APPEALED – Y    NOT APPEALED – (N)

| DISCIPLINARY ACTION DATE (MONTH, DAY, YEAR) | CLASS OF INFRACTION (A, B, or C) | PROBATION END DATE (MONTH, DAY, YEAR) |
| 3/13/18 | Class B 505 | |

**ENTERED BY** _Elliott QI_ 3/13/18   **DATE**   **VERIFIED BY** _____ **DATE**

## PRELIMINARY INQUIRY

1. **WAIVERS**
   a. I agree to waive the right to 24-hour notice.  ☐ Yes  ☑ No
   _Signed 3171_ Inmate Signature   473110 Number   3/13/18 Date
   b. I agree to waive the right to have the reporting official present.  ☑ Yes  ☐ No
   _Signed 3171_ Inmate Signature   473110 Number   3/13/18 Date
   c. I agree to waive the right to call witness (es) on my behalf.  ☑ Yes  ☐ No
   _Signed 3171_ Inmate Signature   473110 Number   3/13/18 Date

2. **CONTINUANCE:**
   a. Was case previously continued?  ☑ Yes  ☐ No
   b. If yes, when and at whose request?  _3/08/18, Chairpersons Request_

3. **CUSTODY PENDING HEARING:**
   a. Was inmate held in segregation/more restrictive setting pending hearing?  ☐ Yes  ☑ No
   b. If yes, when was he/she placed in segregation?  _____

4. When was inmate given offense citation?  _3/01/18_

5. Is inmate represented by inmate advisor?  ☑ Yes  ☐ No   By staff advisor? ☐ Yes  ☑ No

6. Has inmate or inmate advisor had adequate time to prepare defense?  ☑ Yes  ☐ No

CR-1834 (Rev. 11-10)   White-Institution   Canary- Institution Pink-Inmate   RDA – 1167
Page 1 of 2 Pages

_Trax_

INSTITUTION (TOMIS Site ID)        DISCIPLINARY INCIDENT NUMBER   ~13/8088

**OFFENDER NAME:** _Vincent, Ray Brie_     **TDOC NUMBER:** _473110_

**HEARING**

I fully understand that by entering a plea of guilty to the aforementioned charge(s), I am waiving my right to call witness(es) and present evidence on my behalf, must accept whatever punishment is imposed, and will not be allowed to appeal.

_Signed 3171_         _3/13/15_
Inmate Signature              Date

**Attach CR3171 Agreement to Plead Guilty and Waiver of Disciplinary Hearing and Due Process Rights**

---

Witness(es) for Offender            Witness(es) Against Offender

Written Statement(s) submitted: ☐ Yes ☐ No    Written Statement(s) submitted: ☐ Yes ☐ No
                                Form CR3510 completed: ☐ Yes ☐ No
                                Form CR3510 received by disciplinary board: ☐ Yes ☐ No

OTHERS PRESENT:

STATEMENT OF ACCUSED: _Guilty Plea_

DESCRIPTION OF PHYSICAL EVIDENCE INTRODUCED (Attach all test results).
INTERNAL AFFAIRS REPORT AVAILABLE: ☐ Yes ☑ No
_Written Report_

FINDINGS OF FACT AND SPECIFIC EVIDENCE RELIED UPON TO SUPPORT THOSE FINDINGS
_Guilty upon report + plea_

DISPOSITION AND A STATEMENT OF REASONS WHICH SUPPORTS THAT DECISION: _Class B 3as_
_4 Fine, 9 mo. seg restriction, Time Served_

RECOMMENDATION OF LOSS OF:
   Good/Honor Time ☐     Good Conduct ☐        (Amount) _____
   Incentive Time ☐    Prisoner Performance Sentence Credits (PPSC) ☐    (Amount) _____
   Prisoner Sentence Reduction Credits (PSRC) ☐             (Amount) _____

_____       _____
Disciplinary Board Chairperson/Hearing Officer Signature      Date

_____       _____
       Member                        Date

_____       _____
       Member                        Date

CR-1834 (Rev. 11-10)     White-Institution     Canary- Institution Pink-Inmate     RDA – 1167
Page 2 of 2 Pages



**TENNESSEE DEPARTMENT OF CORRECTION**

D I S C I P L I N A R Y   C O N T I N U A T I O N

DATE: _____  DISCIPLINARY NUMBER: _____

NAME (LAST) (14 characters) _____  FIRST (10 characters) _____  MI _____

OFFENDER NUMBER: _____

ATTACH TO: _____ BIO1DO26  _____ CR-1833  _____ CR-1834

_____

_____
Signature of Reporting Employee                    Date

_____
Inmate Signature                                   Date

CR-1831 (7-01)          White-Institutional File          Canary & Pink-Inmate          RDA – 1167



TENNESSEE DEPARTMENT OF CORRECTION
AGREEMENT TO PLEAD GUILTY
AND
WAIVER OF DISCIPLINARY HEARING AND DUE PROCESS RIGHTS

mate Name: _Pleasant-Bey, Boaz_    TDOC Number: _473110_

aving been in violation of rules as follows: _SoS_

sciplinary Docket Number: _01318088_

ffenses and Category _Class B SoS, 4.00 fine, 9 mos. pkg. restriction_

_Time Served_

dmit I violated the above listed rule(s) and agree to plead guilty and accept whatever punishment the disciplinary
ard may impose. In making this agreement, I understand that I am waiving the following rights:

1.  The right to personally appear before the disciplinary board

2.  The right to plead not guilty and to have the case against me proven by a
    preponderance of evidence.

3.  The right to present my own version of the facts.

4.  The right to call witnesses in my own behalf.

m signing this agreement of my own free will and under no threat or coercion to do so. I understand that by
gning this agreement, I must accept whatever punishment the disciplinary board may impose and will not be
owed to appeal.

_____    _3/13/18_
Inmate Signature                         Date

_____    _3-13-18_
Staff Witness                            Date

_____    _3/13/18_
Disciplinary Board Chairperson           Date

CR-3171 (8-01)                Duplicate as Needed              RDA -1167

B101465                T  NESSEE DEPARTMENT OF COF    CTION    DATE: 03/01/2018
NECX                           T O M I S                  TIME: 10:50
TOWNJO01                  DISCIPLINARY REPORT           PAGE: 01

*Adviser - yes*

OFFENDER NAME: PLEASANT-BEY, BOAZ
TOMIS ID: 00473110
INSTITUTION NAME: NORTHEAST CORRECTIONAL COMPLEX
UNIT ID: N04  *TCIX  5B/103A*
CELL ID: 22

INCIDENT
    INCIDENT ID: 01318088
        INCIDENT DATE: 03/01/2018          INCIDENT TIME: 11:20:00
        INCIDENT TYPE: SOLICITATION OF STAFF
        DISCIPLINARY CLASS:
        INFRACTION TYPE: SOLICITATION OF STAFF
        WEAPON USED:
        VIOLENCE COMMITTED: NO VIOLENCE
        PREPARED BY STAFF ID: TOWNJO01
        REPORTED BY STAFF ID: MCCRJE01

EVIDENCE
    EVIDENCE ID: 01318088
        EVIDENCE TYPE: LETTERS (MAIL)
        EVIDENCE DATE: 03/01/2018
        FOUND LOCATION: INMATES PROPERTY
        PRESENT LOCATION: I.A. OFFICE
        DESCRIPTION: LETTERS ADDRESSED TO STAFF
        STATUS: GOOD CONDITION

EVIDENCE
    EVIDENCE ID: 01318088
        EVIDENCE TYPE: WRITTEN STATEMENTS
        EVIDENCE DATE: 03/01/2018
        FOUND LOCATION: I.A. OFFICE
        PRESENT LOCATION: I.A. OFFICE
        DESCRIPTION: STAFF STATEMENTS
        STATUS: GOOD CONDITION

WITNESSES/VICTIMS/PERSONS INVOLVED
    PERSON ID: MCCRJE01
        PERSON TYPE: S
        INJURED (Y/N): N
    PERSON ID: 00473110
        PERSON TYPE: O
        INJURED (Y/N): N

BT01MGL            ' NNESSEE DEPARTMENT OF CO' CTION   DATE: 03/01/2018
NECX                     T O M I S                 TIME: 10:50
TOWNJO01              DISCIPLINARY REPORT        PAGE:   02

TOMIS ID:  00473110       INCIDENT ID:  01318088
OFFENDER NAME:  PLEASANT-BEY, BOAZ

DESCRIPTION:
AFTER AN INSTITUTIONAL INVESTIGATION IT HAS BEEN DETERMINED THAT ON
MARCH 1, 2018 AT APPROXIMATELY 9:00AM INMATE PLEASANT-BEY #473110 DID
ADMIT TO HIS ATTEMPT TO SOLICIT A STAFF MEMBER BY LETTER. A LETTER WAS
FOUND TO BE IN HIS PROPERTY AFTER A SEARCH ON FEBRUARY 23, 2018 AT
APPROXIMATELY 8:00AM. THEREFORE INMATE PLEASANT-BEY IS BEING CHARGED
WITH SOLICITATION OF STAFF. EVIDENCE WILL BE PROVIDED.

PREPARED BY STAFF ID:  TOWNJO01  TOWNSEND, JONATHAN
REPORTED BY STAFF ID:  MCCRJE01  MCCRACKEN, JEREMY

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.

*Refused to Sign*
OFFENDER SIGNATURE              3-1-18  2:29P
PLEASANT-BEY, BOAZ            DATE/TIME
                            00473110

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
SIGN REPORT.

*C/O E Pennington*
EMPLOYEE INITIALS, IF REPORTING      3-1-18  2:29P
EMPLOYEE; OTHERWISE, FULL NAME.      DATE/TIME

TENNESSEE DEPARTMENT OF CORRECTION
T O M I S
DISCIPLINARY REPORT

DATE: 03/01/2018
TIME: 10:50
PAGE:   03

TOMIS ID:  00473110
OFFENDER NAME:  PLEASANT-BEY, BOAZ        INCIDENT ID:  01318088

Lt. J. McCnack  (KO)
REPORTING OFFICIAL

CCO Townen  (K.O)
PREPARED BY

CAPT. M.
REVIEWING DESIGNATED SUPERVISOR

PLACED IN SEGREGATION:

SENIOR SECURITY OFFICER

WHEN (SEGREGATION PENDING INVESTIGATION)

3-1-18     12:03 pm
_____
DATE/TIME

3-1-18    12:03 pm
_____
DATE/TIME

3-1-18   12:03 pm
_____
DATE/TIME

_____
DATE/TIME

_____
DATE/TIME





eTomis

Menu    Favorites    Tools    Other Applications    Reports    Help

**Disciplinary**

Links ▼    Suspend ☐

TOMIS ID   00473110    Pleasant-bey, Boaz      Status ACTV

Reset key fields

Refresh

Enter

| Incident Date | Incident ID | Disc Class | First Infraction Type |
|---|---|---|---|
| 03/01/2018 | 01318088 | | SOS SOLICITATION OF STAFF |
| 02/23/2018 | 01317177 | | PIN PENDING INVESTIGATION |
| 01/09/2014 | 01066955 | C | VPR VIOL. OF TDOC/INST. POLIC |
| 08/05/2013 | 01038226 | C | PPV PERSONAL PROPERTY VIOLATI |
| 07/08/2013 | 01032788 | C | INT **OFFICER DUTIES INTERFER |
| 05/31/2013 | 01025917 | B | RCA REFUSED CELL ASSIGNMENT |
| 05/10/2013 | 01022098 | B | RCA REFUSED CELL ASSIGNMENT |
| 03/09/2013 | 01011013 | B | IND INDECENT EXPOSURE |
| 08/13/2012 | 00975849 | C | RCA REFUSED CELL ASSIGNMENT |

Search

FastPath ☐   Go

Top Of List



TENNESSEE DEPARTMENT OF CORRECTION

## DISCIPLINARY REPORT HEARING SUMMARY

INSTITUTION _TCLX_
(TOMIS SITE ID)

DISCIPLINARY INCIDENT NUMBER _01318088_

| OFFENDER NUMBER: | 473110 | | |
|---|---|---|---|
| INMATE NAME (LAST) (14 characters) _Pleasant-Bey_ | | FIRST (10 characters) _Boaz_ | MI |
| ADVISOR NUMBER: _496100_ | | | |
| INMATE ADVISOR NAME (LAST) (14 characters) _Powell_ | | FIRST (10 characters) _Gregory_ | MI _C._ |

| DATE OF HEARING | | | PLACE OF HEARING INSTITUTION | INMATE'S PLEA |
|---|---|---|---|---|
| MO _3_ | DAY _13_ | YEAR _18_ | TIME _10:30 AM_ | _TCLX_ | GUILTY – Y (Ⓨ) NOT GUILTY – N |

---

### COMMITTEE DECISION

GUILTY – (Ⓨ)    NOT GUILTY – N    APPEALED – Y    NOT APPEALED – (Ⓝ)

| DISCIPLINARY ACTION DATE (MONTH, DAY, YEAR) _3/13/18_ | CLASS OF INFRACTION (A, B, or C) _Class B 505_ | PROBATION END DATE (MONTH, DAY, YEAR) |
|---|---|---|

ENTERED BY _Timothy Ol_  _3/18/18_  DATE    VERIFIED BY _____ DATE

---

## PRELIMINARY INQUIRY

1. **WAIVERS**
   a. I agree to waive the right to 24-hour notice. ☐ Yes ☒ No
   _Signed 3/7_ Inmate Signature    _473110_ Number    _3/13/18_ Date

   b. I agree to waive the right to have the reporting official present. ☒ Yes ☐ No
   _Signed 3/7_ Inmate Signature    _473110_ Number    _3/13/18_ Date

   c. I agree to waive the right to call witness (es) on my behalf. ☒ Yes ☐ No
   _Signed 3/7_ Inmate Signature    _473110_ Number    _3/13/18_ Date

2. **CONTINUANCE:**
   a. Was case previously continued? ☒ Yes ☐ No
   b. If yes, when and at whose request? _3/08/18, Chairperson's Request_

3. **CUSTODY PENDING HEARING:**
   a. Was inmate held in segregation/more restrictive setting pending hearing? ☐ Yes ☒ No
   b. If yes, when was he/she placed in segregation? _____

4. When was inmate given offense citation? _3/01/18_

5. Is inmate represented by inmate advisor? ☒ Yes ☐ No    By staff advisor? ☐ Yes ☒ No

6. Has inmate or inmate advisor had adequate time to prepare defense? ☒ Yes ☐ No

CR-1834 (Rev. 11-10)    White-Institution    Canary- Institution    Pink-Inmate    RDA – 1167
Page 1 of 2 Pages

INSTITUTION (TOMIS Site ID) _TCCX_

DISCIPLINARY INCIDENT NUMBER _01318088_

**OFFENDER NAME:** _Pleasant Bey, Boaz_

**TDOC NUMBER:** _473110_

<u>HEARING</u>

I fully understand that by entering a plea of guilty to the aforementioned charge(s), I am waiving my right to call witness(es) and present evidence on my behalf, must accept whatever punishment is imposed, and will not be allowed to appeal.

_Signed 3171_
Inmate Signature

_3/13/18_
Date

**Attach CR3171 Agreement to Plead Guilty and Waiver of Disciplinary Hearing and Due Process Rights**

Witness(es) for Offender

Witness(es) Against Offender

Written Statement(s) submitted: ☐ Yes ☐ No

Written Statement(s) submitted: ☐ Yes ☐ No
Form CR3510 completed: ☐ Yes ☐ No
Form CR3510 received by disciplinary board: ☐ Yes ☐ No

OTHERS PRESENT:

STATEMENT OF ACCUSED: _Guilty Plea_

DESCRIPTION OF PHYSICAL EVIDENCE INTRODUCED (Attach all test results).
INTERNAL AFFAIRS REPORT AVAILABLE: ☐ Yes ☑ No
_Written Report_

FINDINGS OF FACT AND SPECIFIC EVIDENCE RELIED UPON TO SUPPORT THOSE FINDINGS
_Guilty upon report + plea_

DISPOSITION AND A STATEMENT OF REASONS WHICH SUPPORTS THAT DECISION: _Class B 505_
_4.00 Fine, 9 mos. pkg. restriction, Time Served_

RECOMMENDATION OF LOSS OF:

Good/Honor Time ☐      Good Conduct ☐      (Amount) _____

Incentive Time ☐      Prisoner Performance Sentence Credits (PPSC) ☐      (Amount) _____

Prisoner Sentence Reduction Credits (PSRC) ☐      (Amount) _____

_Sgt TTM_
Disciplinary Board Chairperson/Hearing Officer Signature

_3-13-18_
Date

Member

Date

Member

Date

CR-1834 (Rev. 11-10)
Page 2 of 2 Pages

White-Institution      Canary-  Institution Pink-Inmate      RDA – 1167



# TENNESSEE DEPARTMENT OF CORRECTION
## D I S C I P L I N A R Y   C O N T I N U A T I O N

DATE: *3-08-18*

DISCIPLINARY NUMBER: *# 1318088 S.O.S.*

NAME (LAST) (14 characters)
*PLEASANT- BEY*

FIRST (10 characters)
*BOAZ*

MI

OFFENDER NUMBER: *473110*

ATTACH TO: _____ **BIO1DO26** _____ **CR-1833** _____ **CR-1834**

*CONT'D PER ① BOARD NO MORE THAN 7 DAYS*

*(PER I/M SHIPPED TO TCIX)*

Signature of Reporting Employee: *Sgt [illegible] (TCIX)*

Date: *3/8/18*

Inmate Signature

Date

CR-1831 (7-01)     White-Institutional File     Canary & Pink-Inmate     RDA – 1167

WILLST12        TE..ESSEE DEPARTMENT OF CORREC..ON    DATE: 07/18/2019
                      OFFENDER CLASSIFICATION SUMMARY     TIME: 10:06 AM

TOMIS ID:        00473110
Offender Name:    PLEASANT-BEY, BOAZ
Institution Name: TROUSDALE TURNER CORRECTIONAL CENTER

Classification Type: CLASSIFICATION        CAF Date: 07/18/2019

Status at time of Hearing: Gen.Pop. ✓   AS___   PC___   Other _____

Incompatibles: Yes ✓ *NECX* No__   Inmate agrees to waive 48 hr. hearing notice: *BP*

Scored CAF Range: MINIMUM     Current Custody Level: MEDIUM

Panel's Majority Recommendation:

    Facility Assignment: *TTCC*     Transfer: Yes___ No ✓ Explain Below:

    Custody Level: *MIR*

    Override Type: _____

    Justification, Program Recommendations, and Summary:

*Age:36   Sentence: 23 yrs. 6 mo.   Exp: 8/8/30   Loc:1*

*Rec:*

Updated Photo Needed: Yes ___ No ✓ *2015*

Offender Signature: *[signature]*       Appeal: Yes ___ No *BP*
                          If Yes, provide appeal & copy to Inmate

Panel Member Signatures:     Date: *7/31/19*

*CC Williamson*    *ASCO* *[signature]*     *[signature]*
Chairperson           Security Member         Treatment Member

If panel member disagrees with majority recommend, state specific reasons:

_____
_____
_____

Approving Authority:
*[signature]*    *[initials]*     *8-9-2019*      Approve ✓ Deny ___
  Signature               Date

If denied, reasons include: _____
_____
_____

```
 TOMIS ID:  00473110   PLEASANT-BEY, BOAZ
 SITE NAME: TROUSDALE TURNER CORRECTIONAL CENTER
 COUNSELOR: JONES, RONELL
 CAF DATE:  07/18/2019

 HISTORY OF INSTITUTIONAL VIOLENCE                                       0
     ASSAULT. NO WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) .....   3  -----
     ASSAULT. WITH WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) ...   5  SCORE
     ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH   7
       (LAST 42 MONTHS) ........................................
     ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH   5
       (43 THROUGH 60 MONTHS) ..................................

 ASSAULT OCCUR WITHIN LAST SIX MONTHS                                    0
     NO .........................................................   0  -----
     YES ........................................................   3  SCORE

 SEVERITY OF CURRENT OFFENSE                                             4
     LOW ........................................................   0  -----
     MODERATE ...................................................   1  SCORE
     HIGH .......................................................   3
     HIGHEST ....................................................   4

 PRIOR ASSAULTIVE OFFENSE HISTORY                                        0
     LOW ........................................................   0  -----
     MODERATE ...................................................   1  SCORE
     HIGH .......................................................   3
     HIGHEST ....................................................   4

 SCHEDULE A SCALE (SUM OF ITEMS 1 THROUGH 4)                             4
     CLOSE  . . . . . 10-14.
     MAXIMUM  . . . . 15 OR MORE.


 ESCAPE HISTORY                                                        - 2
     NO ESCAPES OR ATTEMPTS .....................................  - 2  -----
     ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR         0  SCORE
       THREATENED VIOLENCE: OVER 1 YEAR AGO ....................
     ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR         1
       THREATENED VIOLENCE: WITHIN THE LAST YEAR ...............
     ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN     5
       CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: OVER 1 YEAR AGO
     ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN     7
       CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: WITHIN LAST YR
```

```
 TOMIS ID:  00473110    PLEASANT-BEY, BOAZ
SITE NAME:  TROUSDALE TURNER CORRECTIONAL CENTER
COUNSELOR:  JONES, RONELL
 CAF DATE:  07/18/2019

 DISCIPLINARY REPORTS - GUILTY                                        - 2
      NONE IN LAST 18 MONTHS .................................. - 4   -----
      NONE IN LAST 12 MONTHS .................................. - 2   SCORE
      NONE IN LAST 6 MONTHS ................................... - 1
      NEW ADMISSION/PAROLE VIOLATOR............................   0
      ONE IN LAST 6 MONTHS ...................................   1
      TWO OR MORE IN LAST 6 MONTHS ............................   4

 MOST SEVERE DISCIPLINARY RECEIVED                                      5
      CLASS C ................................................   2   -----
      CLASS B ................................................   5   SCORE
      CLASS A ................................................   7

 DETAINER/NOTIFICATION/CHARGE PENDING                                   0
      MISDEMEANOR ............................................   3   -----
      FELONY .................................................   5   SCORE

 PRIOR FELONY CONVICTIONS                                               0
      ONE ....................................................   2   -----
      TWO OR MORE ............................................   4   SCORE

 SCHEDULE B SCALE (SUM OF ITEMS 5 THROUGH 9)                            1


 CUSTODY LEVEL SCALE FOR TOTAL A + B (CAF SCORE)                        5
      CLOSE  . . . . . 17 OR MORE.                                  -----
      MEDIUM . . . . . 7-16.                                        -----
      MINIUMUM . . . . 6 OR LESS.

      CAF CUSTODY LEVEL: MINIMUM
```

# TROUSDALE TURNER CORRECTIONAL COMPLEX

## CLASSIFICATION

### 48 HOUR HEARING NOTICE

205

NAME: Pleasant-Bey, Boaz                TDOC#: 473116

CLASSIFICATION TYPE: Annual

HEARING DATE: 4-25-19

INMATE SIGNATURE: _(signature)_

NOTICE SERVED BY: _(signature)_

DATE SERVED: 4-23-19

CCI 000139



**TENNESSEE DEPARTMENT OF CORRECTION**
**OFFENDER CLASSIFICATION SUMMARY**

DATE: 4/5/19
TIME: 1325

TOMIS ID: _Boaz Pleasant-Bey_
Offender Name: _473110_

Institution Name: _Trousdale Turner_

Classification Type: _Annual_

Status at time of hearing: General Population ✓  AS _____  PC _____  Other _____

Incompatible Inmates: Yes ✓  No _____  Inmate agrees to waive 48 hr hearing notice: _____

Scored CAF Range: _Med_  Current Custody Level: _Med_

**Panel's Majority Recommendation:**

Facility Assignment: _TTCC_  Transfer: Yes _____  No ✓ Explain Below:

Custody Level: _Med_

Override Type: _____

Justification, Program Recommendations, and Summary:

_Age: 35    Sentence: 23 yr imp Exp: 8/8/30    LOC: E_

_Panel Recommendation keep employment_

Updated Photo Needed: Yes _____  No ✓

Offender Signature: _(signature)_

Appeal: Yes _____  No _BRB_
(If "Yes" provide appeal and copy to inmate)

**Panel Member Signatures**

_CC Williamson_          _(signature)_          _(signature)_
Chairperson              Security Member        Treatment Member

Date: _4-25-19_

If panel member disagrees with majority recommend, state specific reasons:

_____
_____
_____

Approving Authority
_CC Williamson_          _4/30/19_          Approve ✓  Deny _____
Signature                Date

If denied, reasons include:

_____
_____

CR-0076 (Rev. 10-01)          White - MIS-OSS File          Page 2          RDA 1167
                                Canary - IIF      Pink - CCC



TENNESSEE DEPARTMENT OF CORRECTION
CLASSIFICATION CUSTODY ASSESSMENT

*Trousdale Turner*
INSTITUTION

DATE: 4/5/19
TIME: 1327

NAME: *Pleasant bey, Boaz*          TOMIS ID: 473110

CAF DATE: _____

1. HISTORY OF INSTITUTIONAL VIOLENCE (Jail or Prison, Rate Most Serious)
   ASSAULT – no weapon, no serious injury (last 18 months) ......... 3
   ASSAULT – with weapon, no serious injury (last 18 months) ......... 5
   ASSAULT – with or without weapon, with serious injury or death (last 42 months) ......... 7
   ASSAULT – with or without weapon with serious injury or death (43 through 60 months) ......... 5          **0** SCORE

2. ASSAULT OCCUR WITHIN LAST SIX MONTHS
   No ......... 0
   Yes ......... 3          **0** SCORE

3. SEVERITY OF CURRENT OFFENSE (Rate Most Serious)
   Low ......... 0
   Moderate ......... 1
   High ......... 3
   Highest ......... 4          **4** SCORE

4. PRIOR ASSAULTIVE OFFENSE HISTORY (Rate Most Serious)
   Low ......... 0
   Moderate ......... 1
   High ......... 3
   Highest ......... 4          **0** SCORE

   *SCHEDULE A SCALE (SUM OF ITEMS 1 THROUGH 4)*
   Close          10-14
   Maximum        15 or More
   *(9 OR LESS, COMPLETE SCHEDULE B)*

5. ESCAPE HISTORY (WITHIN LAST 5 YEARS OF INCARCERATION)
   No escapes or attempts ......... -2
   Escape or attempt from minimum custody, no actual or threatened violence: over 1 year ago ......... 0
   Escape or attempt from minimum custody, no actual or threatened violence: within the last year ......... 1
   Escape or attempt from medium or above custody, or from minimum custody with actual or threatened violence: over 1 year ago ......... 5
   Escape or attempt from medium or above custody, or from minimum custody with actual or threatened violence: within last year ......... 7          **-2** SCORE

6. DISCIPLINARY REPORTS – GUILTY
   None in Last 18 Months ......... -4
   None in Last 12 Months ......... -2
   None in Last 6 Months ......... -1
   New Admission / Parole Violator ......... 0
   One in Last 6 Months ......... 1
   Two or More in Last 6 Months ......... 4          **-2** SCORE

7. MOST SEVERE DISCIPLINARY RECEIVED (last 18 months)
   Class C ......... 2
   Class B ......... 5
   Class A ......... 7          **5** SCORE

8. DETAINER / NOTIFICATION / CHARGE PENDING
   Misdemeanor ......... 3
   Felony ......... 5          **5** SCORE

9. PRIOR FELONY CONVICTIONS
   One ......... 2
   Two or More ......... 4          **0** SCORE

   *SCHEDULE B SCALE (sum of items 5 through 9)*
   CUSTODY LEVEL SCALE FOR TOTAL A + B (CAF SCORE)
   Close          17 or More
   Medium         7 – 16
   Minimum        6 or Less
   CAF Custody Level:          **10**

CR-0078 (Rev. 10-01)                Page 1                RDA 1167



# TENNEESSEE DEPARTMENT OF CORRECTION
## MALE SEXUAL AGGRESSOR/SEXUAL VICTIM CLASSIFICATION SCREENING

TCC
INSTITUTION

Pleasant-bey, Boaz
RESIDENT NAME (Please Print)

473110
NUMBER

Cude
STAFF MEMBER(S) (Please Print)

4/5/19
DATE

### SEXUAL VICTIM FACTORS

| | | YES | NO |
|---|---|---|---|
| 1. | Former victim of institutional *(prison or jail)* rape or sexual assault | ☐ | ☒ |
| 2. | Youthful Age (25 or younger) or elderly (60 or older) | ☐ | ☒ |
| 3. | Small in physical stature *(less than 5'5" and/or less than 150 lbs)* | ☐ | ☒ |
| 4. | Developmental disability/mental illness/medical issues which may contribute to victimization | ☒ | ☐ |
| 5. | First incarceration ever *(prison or jail)* | ☐ | ☒ |
| 6. | Homosexual/Bi-sexual/Effeminate | ☐ | ☒ |
| 7. | History of prior sexual victimization | ☐ | ☒ |
| 8. | History of facility consensual sex | ☐ | ☒ |
| 9. | Prior history of protective custody *(adult or juvenile)* | ☐ | ☒ |
| 10. | Conviction for sex offenses against an adult or child | ☒ | ☐ |

Is the offender found to be a:

☐ VICTIM - If question #1 is answered yes, the offender is classified as a victim regardless of the other questions.

☐ POTENTIAL VICTIM - If 3 or more of questions #2 – 10 are checked, the offender is classified as a potential victim.

☒ N/A - If 2 or less of questions # 2-10 are checked, the classification designations are Not Applicable (N/A)

Do you recommend another victim finding level? ☐ YES ☐ NO

If yes, which level is recommended? ☐ Potential Victim ☐ N/A ☐ Monitoring ☐ YES ☐ NO

Explanation: _____

CR-3638 (Rev 04-13)

DUPLICATE AS NEEDED

RDA
Page 1

MALE SEXUAL AGGRESSOR/SEXUAL VICTIM CLASSIFICATION SCREENING
*continued*

INSTITUTION

## SEXUAL AGGRESSOR FACTORS

|  | | YES | NO |
|---|---|---|---|
| 1 | Any history of institutional *(prison or jail)* sexual aggressor behavior | ☐ | ☒ |
| 2. | Current or prior rape conviction | ☒ | ☐ |
| 3. | Any history of sexual abuse/sexual assault toward others | ☐ | ☒ |
| 4 | Any history of physical abuse toward others | ☐ | ☒ |
| 5. | Any history of domestic violence toward others | ☐ | ☒ |
| 6. | Confirmed gang affiliation | ☐ | ☒ |

Is the offender found to be a:

☐ **SEXUAL AGGRESSOR** - If question #1 is yes, the offender is classified as a **sexual aggressor** regardless of the other questions.
Any resident classified as SEXUAL AGGRESSOR is to be monitored quarterly for a minimum of one calendar year and is to be re-evaluated for monitoring purposes at annual re-class.

☐ **POTENTIAL SEXUAL AGGRESSOR** - If 2 or more of questions #2 – 6 are checked, the offender is classified as a **potential sexual aggressor.**

☒ **N/A** - If 1 or less of questions # 2 6 are checked, the classification designations are Not Applicable (N/A).

Do you recommend another aggressor finding level?  ☐ YES  ☐ NO

If yes, which level is recommended?
☐ Potential Sexual Aggressor  ☐ N/A  ☐ Monitoring  ☐ YES ☐ NO

☐ **LS/CMI Review (if available)** especially sections 1.8 and sections 2 (perpetrator and victim) and section 4 (other client issues)

Explanation:

_____

_____

_____

TOMIS ID:  00473110    PLEASANT-BEY, BOAZ
SITE NAME:  TURNEY CENTER INDUSTRIAL COMPLEX
COUNSELOR:  SIMPLICE, GILDOR
CAF DATE:  04/04/2018

HISTORY OF INSTITUTIONAL VIOLENCE                                        0
    ASSAULT. NO WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) .....    3   -----
    ASSAULT. WITH WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) ...    5   SCORE
    ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH    7
      (LAST 42 MONTHS) .......................................
    ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH    5
      (43 THROUGH 60 MONTHS) .................................

ASSAULT OCCUR WITHIN LAST SIX MONTHS                                     0
    NO ........................................................    0   -----
    YES .......................................................    3   SCORE

SEVERITY OF CURRENT OFFENSE                                              4
    LOW .......................................................    0   -----
    MODERATE ..................................................    1   SCORE
    HIGH ......................................................    3
    HIGHEST  *Rape of Child 7/11/05* ..........................    4

PRIOR ASSAULTIVE OFFENSE HISTORY                                         0
    LOW .......................................................    0   -----
    MODERATE ..................................................    1   SCORE
    HIGH ......................................................    3
    HIGHEST ...................................................    4

SCHEDULE A SCALE (SUM OF ITEMS 1 THROUGH 4)                             4
    CLOSE  . . . . . 10-14.
    MAXIMUM  . . . . 15 OR MORE.


ESCAPE HISTORY                                                         - 2
    NO ESCAPES OR ATTEMPTS ....................................  - 2   -----
    ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR         0   SCORE
      THREATENED VIOLENCE: OVER 1 YEAR AGO ....................
    ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR         1
      THREATENED VIOLENCE: WITHIN THE LAST YEAR ...............
    ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN     5
      CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: OVER 1 YEAR AGO
    ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN     7
      CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: WITHIN LAST YR

TOMIS ID:  00473110   PLEASANT-BEY, BOAZ
SITE NAME:  TURNEY CENTER INDUSTRIAL COMPLEX
COUNSELOR:  SIMPLICE, GILDOR
CAF DATE:  04/04/2018

DISCIPLINARY REPORTS - GUILTY                                       - 1
     NONE IN LAST 18 MONTHS ...................................  - 4   -----
     NONE IN LAST 12 MONTHS ...................................  - 2   SCORE
     NONE IN LAST 6 MONTHS ....................................  - 1
     NEW ADMISSION/PAROLE VIOLATOR............................    0
     ONE IN LAST 6 MONTHS .......See 3/1/18..................    1
     TWO OR MORE IN LAST 6 MONTHS .............................    4

MOST SEVERE DISCIPLINARY RECEIVED                                    5
     CLASS C ..................................................    2   -----
     CLASS B ......See....3/1/18...............................    5   SCORE
     CLASS A ..................................................    7

DETAINER/NOTIFICATION/CHARGE PENDING                                 5
     MISDEMEANOR ..............................................    3   -----
     FELONY ...................Case as seen 2...3/9/11.........    5   SCORE

PRIOR FELONY CONVICTIONS                                             0
     ONE ......................................................    2   -----
     TWO OR MORE ..............................................    4   SCORE

SCHEDULE B SCALE (SUM OF ITEMS 5 THROUGH 9)                         7


CUSTODY LEVEL SCALE FOR TOTAL A + B (CAF SCORE)                    11
     CLOSE  . . . . . 17 OR MORE.                               -----
     MEDIUM . . . . . 7-16.                                     -----
     MINIUMUM . . . . 6 OR LESS.

     CAF CUSTODY LEVEL: MEDIUM

TENNESSEE DEPARTMENT OF CORRECTION   DATE:  04/04/2018
OFFENDER CLASSIFICATION SUMMARY      TIME:  02:52 PM

TOMIS ID:          00473110
Offender Name:     PLEASANT-BEY, BOAZ
Institution Name:  TURNEY CENTER INDUSTRIAL COMPLEX

Classification Type: CLASSIFICATION          CAF Date: 04/04/2018

Status at time of Hearing: Gen.Pop. ✓  AS___  PC___  Other _____

Incompatibles: Yes ✓ No__  Inmate agrees to waive 48 hr. hearing notice: *BP*
          *NECX*
Scored CAF Range: MEDIUM      Current Custody Level: MINIMUM RESTRICTED

Panel's  Majority  Recommendation:

    Facility  Assignment: _TTCC___  Transfer: Yes ✓ No___ Explain Below:

    Custody Level: ____Med____

    Override Type: _____

    Justification, Program Recommendations, and Summary:

_Class A____ _John Kitchen Helper Edu: GED Cert_
_STG: no____ _Exp: 8/8/30_____ _PREA: N/A/N/A_
_Loc: 1_____ _Exp: 8/8/30_____
_Income: Stout(osborne), $i2(cra) NECX_____

Updated Photo Needed:  Yes ✓  No ___

Offender Signature: _____   Appeal: Yes ⊘ No ⊘
                           If Yes, provide appeal & copy to Inmate

Panel Member Signatures:     Date: _4-4-18_

_Megan Taylor_          _CT C_              _[signature]_
Chairperson             Security Member     Treatment Member

If panel member disagrees with majority recommend, state specific reasons:

_____
_____
_____

Approving Authority: _[signature] Oakes  4/4/18_
Signature              Date          Approve ✓ Deny ___

If denied, reasons include: _____
_____
_____

Pleasant—Bey Boaz

INMATE NAME (please print)

473110

TDOC/STATE ID

Program Recommendation - Prioritized

1. Kitchen Helper
2. TAP's CBIP
3.
4.
5.
6.

| Inmates Action Plan to Meet the Recommendations | Target Start Date | Review Date | Completion Date |
|---|---|---|---|
| 1. Register for & Complete as available | | Reviewed Quarterly | |
| 2. | | | |
| 3. | | | |

| Staff Action Plan to Meet the Above Recommendations | Completion Date |
|---|---|
| 1. Monitor Program Placement & Offender Progress | Ongoing |
| 2. | |
| 3. | |

INMATE SIGNATURE                    DATE  4/4/18

STAFF SIGNATURE                     DATE  4/4/18

BOWMJA02           TENNESSEE DEPARTMENT OF CORRECTION    DATE: 02/28/2018
                      OFFENDER CLASSIFICATION SUMMARY     TIME: 11:32 AM

**SCANNED**

TOMIS ID:      00473110
Offender Name:   PLEASANT-BEY, BOAZ
Institution Name: NORTHEAST CORRECTIONAL COMPLEX

Classification Type: CLASSIFICATION       CAF Date: 02/28/2018

Status at time of Hearing: Gen.Pop.___ AS___ PC___ Other _N4-22 (PI)_

Incompatibles: Yes__ No_/_ Inmate agrees to waive 48 hr. hearing notice: _✓_

Scored CAF Range: MINIMUM    Current Custody Level: MINIMUM RESTRICTED

Panel's Majority Recommendation:

    Facility Assignment: _TCIX_    Transfer: Yes _/_ No___ Explain Below:

    Custody Level: _M.R._             Transfer to TCIX per request

    Override Type: _N/A_           of Classification Coordinator
                                Starnes.

    Justification, Program Recommendations, and Summary:

_Transfer Reclass. CAF-3 MR Custody. Serving sentence of 23 years and 6 months._
_SED: 2-8-2007. EXP: 8-8-2030. Job: WSRT. EDU: GED. NO BDL/PREA/STG._
_Class A LOC 1. Completed: ABE. TAP REC: CBIP. Acquire job upon transfer to_
_TCIX, maintain a good level of conduct, and avoid disciplinaries._
_No Escapes. Detainer: Shelby County, Rape of a child (#070047), Felony, 2-22-2011._
Updated Photo Needed: Yes ___ No _✓_

Offender Signature: _[signature]_        Appeal: Yes ___ No _[X]_
                      If Yes, provide appeal & copy to Inmate

Panel Member Signatures:    Date: _2/28/18_

_P Stanley_, CC 3     _[signature]_     _James W Brown II_
Chairperson          Security Member      Treatment Member

If panel member disagrees with majority recommend, state specific reasons:

_____

_____

Approving Authority:

_[signature]_        _3-1-18_    Approve _✓_ Deny ___
Signature           Date

If denied, reasons include: _____

_____

BOWMJA02         TENNESSEE DEPARTMENT OF CORRECTION     DATE: 02/28/2018
             CLASSIFICATION CUSTODY ASSESSMENT FORM    TIME: 11:19:08
                                          PAGE:   1

SCANNED

TOMIS ID:  00473110   PLEASANT-BEY, BOAZ
SITE NAME: NORTHEAST CORRECTIONAL COMPLEX
COUNSELOR: BOWMAN, JAMES
CAF DATE:  02/28/2018

```
HISTORY OF INSTITUTIONAL VIOLENCE        N/A                        0
    ASSAULT. NO WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) .....  3  -----
    ASSAULT. WITH WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) ...  5  SCORE
    ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH  7
       (LAST 42 MONTHS) .........................................
    ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH  5
       (43 THROUGH 60 MONTHS) ...................................

ASSAULT OCCUR WITHIN LAST SIX MONTHS                               0
    NO .....................N/A.................................  0  -----
    YES ........................................................  3  SCORE

SEVERITY OF CURRENT OFFENSE                                        4
    LOW ........................................................  0  -----
    MODERATE ...................................................  1  SCORE
    HIGH .......................................................  3
    HIGHEST .........Rape of a Child (2010).....................  4

PRIOR ASSAULTIVE OFFENSE HISTORY                                   0
    LOW ......................N/A...............................  0  -----
    MODERATE ...................................................  1  SCORE
    HIGH .......................................................  3
    HIGHEST ....................................................  4

SCHEDULE A SCALE (SUM OF ITEMS 1 THROUGH 4)                        4
    CLOSE  . . . . . 10-14.
    MAXIMUM  . . . . 15 OR MORE.


ESCAPE HISTORY                                                   - 2
    NO ESCAPES OR ATTEMPTS ...........N/A................... - 2  -----
    ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR       0  SCORE
       THREATENED VIOLENCE: OVER 1 YEAR AGO ....................
    ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR        1
       THREATENED VIOLENCE: WITHIN THE LAST YEAR ...............
    ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN    5
       CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: OVER 1 YEAR AGO
    ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN    7
       CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: WITHIN LAST YR
```

SCANNED

```
 TOMIS ID:  00473110   PLEASANT-BEY, BOAZ
SITE NAME:  NORTHEAST CORRECTIONAL COMPLEX
COUNSELOR:  BOWMAN, JAMES
 CAF DATE:  02/28/2018
```

```
DISCIPLINARY REPORTS - GUILTY                                            -  4
    NONE IN LAST 18 MONTHS ...... 2-23-2018 (Pending Invest) ....  -  4   -----
    NONE IN LAST 12 MONTHS .......................................  -  2   SCORE
    NONE IN LAST 6 MONTHS ........................................  -  1
    NEW ADMISSION/PAROLE VIOLATOR.................................     0
    ONE IN LAST 6 MONTHS .........................................     1
    TWO OR MORE IN LAST 6 MONTHS .. L.J.T. 2-17-2011 ............     4

MOST SEVERE DISCIPLINARY RECEIVED                                           0
    CLASS C ........................... N/A ......................     2   -----
    CLASS B ......................................................     5   SCORE
    CLASS A ......................................................     7

DETAINER/NOTIFICATION/CHARGE PENDING                                        5
    MISDEMEANOR ..................................................     3   -----
    FELONY  Shelby County, Rape of a child (#070047), 2-22-2011 ...     5   SCORE

PRIOR FELONY CONVICTIONS                                                    0
    ONE ............................. N/A ........................     2   -----
    TWO OR MORE ..................................................     4   SCORE

SCHEDULE B SCALE (SUM OF ITEMS 5 THROUGH 9)                              -  1


CUSTODY LEVEL SCALE FOR TOTAL A + B (CAF SCORE)                             3
    CLOSE  . . . . . 17 OR MORE.                                        -----
    MEDIUM . . . . . 7-16.                                              -----
    MINIUMUM . . . . 6 OR LESS.

    CAF CUSTODY LEVEL: MINIMUM
```

SCANNED

TENNESSEE DEPARTMENT OF CORRECTION
OFFENDER CLASSIFICATION SUMMARY

DATE: 09/08/2017
TIME: 08:54 AM

14/52

TOMIS ID:        00473110
Offender Name:   PLEASANT-BEY, BOAZ
Institution Name: NORTHEAST CORRECTIONAL COMPLEX

Classification Type: CLASSIFICATION          CAF Date: 09/08/2017

Status at time of Hearing: Gen.Pop. ✓   AS___   PC___   Other _____

Incompatibles: Yes___ No✓  Inmate agrees to waive 48 hr. hearing notice: ____

Scored CAF Range: MINIMUM     Current Custody Level: MINIMUM RESTRICTED

Panel's Majority Recommendation:

    Facility Assignment: _Necx_____      Transfer: Yes___ No ✓ Explain Below:

    Custody Level: _Min Restricted_____

    Override Type: _____

    Justification, Program Recommendations, and Summary:

_Annual Reclass cal 3 remain MR Serving 23yr 6months SED: 2/8/07 Exp: 8/6/30_
_Ed Cod job / work No Mental Health, Prev or sity, Class A Sec 1. Top Rec: PSLS_
_Completed : ABE. Qualifies for state ID. Maintain job and current level of conduct_

Updated Photo Needed: Yes___  No ✓

Offender Signature: _____    Appeal: Yes ___ No ✗

                              If Yes, provide appeal & copy to Inmate

Panel Member Signatures:    Date: _9/12/17_

_P. Stanley, CC3_        _Sgt. A. Lewis_        _B. Shi ccs_
Chairperson              Security Member        Treatment Member
                                                _Nd H Gd mBSC_

If panel member disagrees with majority recommend, state specific reasons:

_____
_____
_____

Approving Authority:

_____    _9/27/17_    Approve ✓ Deny ___
Signature                     Date

If denied, reasons include: _____
_____
_____

SCANNED

```
 TOMIS ID:  00473110   PLEASANT-BEY, BOAZ
SITE NAME:  NORTHEAST CORRECTIONAL COMPLEX
COUNSELOR:  LAMKIN, THOMAS
 CAF DATE:  09/08/2017
```

```
 HISTORY OF INSTITUTIONAL VIOLENCE                                          0
      ASSAULT. NO WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) .....    3   -----
      ASSAULT. WITH WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) ...    5   SCORE
      ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH    7
      (LAST 42 MONTHS) .........................................
      ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH    5
      (43 THROUGH 60 MONTHS) ...................................
```

```
 ASSAULT OCCUR WITHIN LAST SIX MONTHS                                       0
      NO .........................................................    0   -----
      YES ........................................................    3   SCORE
```

```
 SEVERITY OF CURRENT OFFENSE                                                4
      LOW ........................................................    0   -----
      MODERATE ...................................................    1   SCORE
      HIGH .......................................................    3
      HIGHEST .......... (290) Rape of a Child ...................    4
```

```
 PRIOR ASSAULTIVE OFFENSE HISTORY          None                             0
      LOW ........................................................    0   -----
      MODERATE ...................................................    1   SCORE
      HIGH .......................................................    3
      HIGHEST ....................................................    4
```

```
 SCHEDULE A SCALE (SUM OF ITEMS 1 THROUGH 4)                                4
      CLOSE  . . . . . 10-14.
      MAXIMUM  . . . . 15 OR MORE.
```

```
 ESCAPE HISTORY                                                           - 2
      NO ESCAPES OR ATTEMPTS ...... None ......................... - 2   -----
      ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR          0   SCORE
      THREATENED VIOLENCE: OVER 1 YEAR AGO .....................
      ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR          1
      THREATENED VIOLENCE: WITHIN THE LAST YEAR ................
      ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN      5
      CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: OVER 1 YEAR AGO
      ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN      7
      CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: WITHIN LAST YR
```

LAMKTH01            TENNESSEE DEPARTMENT OF CORRECTION      DATE:   09/08/2017
                   CLASSIFICATION CUSTODY ASSESSMENT FORM     TIME:   08:54:07
                                                     PAGE:     2

TOMIS ID:   00473110    PLEASANT-BEY, BOAZ
SITE NAME:   NORTHEAST CORRECTIONAL COMPLEX
COUNSELOR:   LAMKIN, THOMAS
CAF DATE:   09/08/2017

DISCIPLINARY REPORTS - GUILTY    *Last Disc: 1/9/14  VPR*             - 4
    NONE IN LAST 18 MONTHS ............................................. - 4    -----
    NONE IN LAST 12 MONTHS ............................................. - 2    SCORE
    NONE IN LAST 6 MONTHS .............................................. - 1
    NEW ADMISSION/PAROLE VIOLATOR....................................... 0
    ONE IN LAST 6 MONTHS .............................................. 1
    TWO OR MORE IN LAST 6 MONTHS *Local Jail Transfer 2/17/14* ......... 4

MOST SEVERE DISCIPLINARY RECEIVED                                  0
    CLASS C ......................... *1/9/14 VPR* ...................... 2    -----
    CLASS B ............................................................. 5    SCORE
    CLASS A ............................................................. 7

DETAINER/NOTIFICATION/CHARGE PENDING                            5
    MISDEMEANOR ......................................................... 3    -----
    FELONY .................... *( IN (PE)* ............................. 5    SCORE

PRIOR FELONY CONVICTIONS                                        0
    ONE ..................... *None* .................................... 2    -----
    TWO OR MORE ......................................................... 4    SCORE

SCHEDULE B SCALE (SUM OF ITEMS 5 THROUGH 9)                   - 1


CUSTODY LEVEL SCALE FOR TOTAL A + B (CAF SCORE)               3
    CLOSE  . . . . . 17 OR MORE.                                 -----
    MEDIUM  . . . .  7-16.                                       -----
    MINIUMUM  . . . . 6 OR LESS.

    CAF CUSTODY LEVEL: MINIMUM

TOMIS ID:          00473110
Offender Name:     PLEASANT-BEY, BOAZ
Institution Name:  NORTHEAST CORRECTIONAL COMPLEX          SCANNED

Classification Type: CLASSIFICATION                    CAF Date: 08/26/2016

Status at time of Hearing: Gen.Pop. ✓  AS___  PC___  Other _____

Incompatibles: Yes__ No ✓  Inmate agrees to waive 48 hr. hearing notice: ____

Scored CAF Range: MINIMUM        Current Custody Level: MINIMUM RESTRICTED

Panel's Majority Recommendation:

   Facility Assignment: _NECX_      Transfer: Yes___ No ✓ Explain Below:

   Custody Level: _Min. Restricted_

   Override Type: _____

   Justification, Program Recommendations, and Summary:
   _Annual Reclass CAF score 3, remains MR. Serving a 23 yr_
   _6 mon. sentence at 100%. SED: 3-8-07. EXP: 8-8-2030. Education: GED_
   _Job-Gispt. No Mental Health, PREA or STG issues. Class A. Not_
   _CPO Cap sec. due to length of sent. Eligible for a State TD. Currently_
   _has a felony detainer. Maintain job and avoid disciplinaries._

Updated Photo Needed:  Yes ___  No ✓

Offender Signature: _____            Appeal: Yes ___ No ✓
                         If Yes, provide appeal & copy to Inmate

Panel Member Signatures:    Date: _9-6-16_

_P. Stanley, CC3_          _____      _N Bray, CCI_
Chairperson                Security Member        Treatment Member
                                                  _Amy J. ____

If panel member disagrees with majority recommend, state specific reasons:
_____
_____
_____

Approving Authority:
_____  _9/21/16_     Approve ✓ Deny ___
      Signature                    Date

If denied, reasons include: _____
_____

TOMIS ID:   00473110    PLEASANT-BEY, BOAZ
SITE NAME:  NORTHEAST CORRECTIONAL COMPLEX
COUNSELOR:  STANLEY, PERRIANN
CAF DATE:   08/26/2016

SCANNED

HISTORY OF INSTITUTIONAL VIOLENCE                                               0
    ASSAULT. NO WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) .....    3     -----
    ASSAULT. WITH WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) ...    5     SCORE
    ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH    7
    (LAST 42 MONTHS) .......................................
    ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH    5
    (43 THROUGH 60 MONTHS) .................*none*.......

ASSAULT OCCUR WITHIN LAST SIX MONTHS                                            0
    NO ...............................................*none*..........   0     -----
    YES .............................................................   3     SCORE

SEVERITY OF CURRENT OFFENSE                                                     4
    LOW ..............................................................   0     -----
    MODERATE .........................................................   1     SCORE
    HIGH .............................................................   3
    HIGHEST .*2010. Rape of a Child*..........................   4

PRIOR ASSAULTIVE OFFENSE HISTORY                                               0
    LOW ..........................................*none*.........   0     -----
    MODERATE .........................................................   1     SCORE
    HIGH .............................................................   3
    HIGHEST ..........................................................   4

SCHEDULE A SCALE (SUM OF ITEMS 1 THROUGH 4)                                     4
    CLOSE  .  .  .  .  .  10-14.
    MAXIMUM  .  .  .  .  15 OR MORE.


ESCAPE HISTORY                                                               - 2
    NO ESCAPES OR ATTEMPTS ........................*none*....  - 2     -----
    ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR           0     SCORE
    THREATENED VIOLENCE: OVER 1 YEAR AGO ....................
    ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR           1
    THREATENED VIOLENCE: WITHIN THE LAST YEAR ...............
    ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN       5
    CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: OVER 1 YEAR AGO
    ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN       7
    CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: WITHIN LAST YR

STANPE01          TENNESSEE DEPARTMENT OF CORRECTION     DATE:  08/26/2016
             CLASSIFICATION CUSTODY ASSESSMENT FORM   TIME:  11:58:32
                                                PAGE:     2

TOMIS ID:  00473110   PLEASANT-BEY, BOAZ
SITE NAME: NORTHEAST CORRECTIONAL COMPLEX
COUNSELOR: STANLEY, PERRIANN
CAF DATE:  08/26/2016

SCANNED

DISCIPLINARY REPORTS - GUILTY   *Last Disc. 2014. (c). Verbal.*     - 4
    NONE IN LAST 18 MONTHS ...                   - 4  -----
    NONE IN LAST 12 MONTHS .......................... - 2  SCORE
    NONE IN LAST 6 MONTHS ........................... - 1
    NEW ADMISSION/PAROLE VIOLATOR....................  0
    ONE IN LAST 6 MONTHS .........                  1
    TWO OR MORE IN LAST 6 MONTHS *Local Jail Transfer. 12-17-2011*  4

MOST SEVERE DISCIPLINARY RECEIVED                     0
    CLASS C ...............................*none*..........  2  -----
    CLASS B ...............................................  5  SCORE
    CLASS A ...............................................  7

DETAINER/NOTIFICATION/CHARGE PENDING                 5
    MISDEMEANOR ...........................................  3  -----
    FELONY .......*2011 Shelby Co. Rape of a Child*.........  5  SCORE

PRIOR FELONY CONVICTIONS                        0
    ONE ..............................*none*..........  2  -----
    TWO OR MORE ...........................................  4  SCORE

SCHEDULE B SCALE (SUM OF ITEMS 5 THROUGH 9)       - 1


CUSTODY LEVEL SCALE FOR TOTAL A + B (CAF SCORE)    3
    CLOSE . . . . . 17 OR MORE.               -----
    MEDIUM . . . . . 7-16.                    -----
    MINIUMUM . . . . . 6 OR LESS.

    CAF CUSTODY LEVEL: MINIMUM

TENNESSEE DEPARTMENT OF CORRECTION          DATE:  09/01/2015
                    OFFENDER CLASSIFICATION SUMMARY          TIME:  07:33 AM

# SCANNED

TOMIS ID:           00473110
Offender Name:      PLEASANT-BEY, BOAZ
Institution Name:   NORTHEAST CORRECTIONAL COMPLEX

Classification Type: CLASSIFICATION          CAF Date: 09/01/2015

Status at time of Hearing: Gen.Pop. ✓ AS___   PC___   Other _____

Incompatibles: Yes__ No ✓ Inmate agrees to waive 48 hr. hearing notice: ____

Scored CAF Range: MINIMUM          Current Custody Level: MEDIUM

Panel's  Majority  Recommendation:

        Facility  Assignment: NECX          Transfer: Yes___ No ✓ Explain Below:

        Custody Level: minimum Restricted

        Override Type: N/A

        Justification, Program Recommendations, and Summary:

annual reclass: no change - min, Rape of child, 23 years,
no red flag, exp 2030, NP4, in WSKT, 2 Mgmd ed - no prior, 5th,
etc. 4 med, loc1. Recommend inmate keep job, stay disciplinary
free

Updated Photo Needed:   Yes  ___   No  ✓

Offender Signature: _Boaz_____          Appeal: Yes ___  No ✓
                                     If Yes, provide appeal & copy to Inmate

Panel Member Signatures:      Date: 9·8·15

_Terrance Stanley CC3_____     _Sgt Pearl___     _Ron Carter____
Chairperson               Security Member          Treatment Member
                                                   Melissa A. Dwyn, BSHS, medical
                                                   Case manager
If panel member disagrees with majority recommend, state specific reasons:

_____
_____
_____

Approving Authority:

_____     _9/15/15_     Approve ✓  Deny ___
Signature                  Date

If denied, reasons include: _____
_____
_____

TENNESSEE DEPARTMENT OF CORRECTION
CLASSIFICATION CUSTODY ASSESSMENT FORM

TOMIS ID:   00473110    PLEASANT-BEY, BOAZ
SITE NAME:  NORTHEAST CORRECTIONAL COMPLEX
COUNSELOR:  DIXON, ANGEL
CAF DATE:   09/01/2015

SCANNED

HISTORY OF INSTITUTIONAL VIOLENCE                                    0
    ASSAULT. NO WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) .....   3  -----
    ASSAULT. WITH WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) ...   5  SCORE
    ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH   7
      (LAST 42 MONTHS) ..........*none*...............
    ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH   5
      (43 THROUGH 60 MONTHS) ...............................

ASSAULT OCCUR WITHIN LAST SIX MONTHS                                 0
    NO ...............................................   0  -----
    YES ...................*none*........................   3  SCORE

SEVERITY OF CURRENT OFFENSE                                          4
    LOW ..............................................   0  -----
    MODERATE .........................................   1  SCORE
    HIGH .............................................   3
    HIGHEST   *10). Rape of child*.................   4

PRIOR ASSAULTIVE OFFENSE HISTORY                                     0
    LOW ..............................................   0  -----
    MODERATE .........................................   1  SCORE
    HIGH .........*none*..............................   3
    HIGHEST ..........................................   4

SCHEDULE A SCALE (SUM OF ITEMS 1 THROUGH 4)                          4
    CLOSE  .  .  .  .  .  10-14.
    MAXIMUM  .  .  .  .  15 OR MORE.


ESCAPE HISTORY                                                      - 2
    NO ESCAPES OR ATTEMPTS .............................. - 2  -----
    ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR    0  SCORE
      THREATENED VIOLENCE: OVER 1 YEAR AGO ....................
    ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR    1
      THREATENED VIOLENCE: WITHIN THE LAST YEAR ................
    ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN  5
      CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: OVER 1 YEAR AGO
    ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN  7
      CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: WITHIN LAST YR

TENNESSEE DEPARTMENT OF CORRECTION
CLASSIFICATION CUSTODY ASSESSMENT FORM

SCANNED

TOMIS ID: 00473110   PLEASANT-BEY, BOAZ
SITE NAME: NORTHEAST CORRECTIONAL COMPLEX
COUNSELOR: DIXON, ANGEL
CAF DATE: 09/01/2015

DISCIPLINARY REPORTS - GUILTY                                        - 4
    NONE IN LAST 18 MONTHS ....last...1/9/14................... - 4   -----
    NONE IN LAST 12 MONTHS ........................................ - 2   SCORE
    NONE IN LAST 6 MONTHS ......................................... - 1
    NEW ADMISSION/PAROLE VIOLATOR.................................    0
    ONE IN LAST 6 MONTHS .........................................    1
    TWO OR MORE IN LAST 6 MONTHS .................................    4

MOST SEVERE DISCIPLINARY RECEIVED                                      0
    CLASS C .......................................................    2   -----
    CLASS B .................New................    5   SCORE
    CLASS A .......................................................    7

DETAINER/NOTIFICATION/CHARGE PENDING                                  5
    MISDEMEANOR ...................................................    3   -----
    FELONY .memphis....Felony.............................    5   SCORE

PRIOR FELONY CONVICTIONS                                              0
    ONE ...........................................................    2   -----
    TWO OR MORE ......none.......................................    4   SCORE

SCHEDULE B SCALE (SUM OF ITEMS 5 THROUGH 9)                          - 1

CUSTODY LEVEL SCALE FOR TOTAL A + B (CAF SCORE)                        3
    CLOSE  . . . . . 17 OR MORE.                                     -----
    MEDIUM . . . . . 7-16.                                           -----
    MINIUMUM . . . . 6 OR LESS.

    CAF CUSTODY LEVEL: MINIMUM

CARDLO01              TENNESSEE DEPARTMENT OF CORRECTION    DATE:  08/27/2014
                         OFFENDER CLASSIFICATION SUMMARY    TIME:  11:05 AM

TOMIS ID:         00473110
Offender Name:    PLEASANT-BEY, BOAZ
Institution Name: NORTHEAST CORRECTIONAL COMPLEX

Classification Type: CLASSIFICATION              CAF Date: 08/27/2014

Status at time of Hearing: Gen.Pop.___   AS___   PC___   Other _____

Incompatibles: Yes__ No ✓   Inmate agrees to waive 48 hr. hearing notice: ✓

Scored CAF Range: MEDIUM        Current Custody Level: MEDIUM

Panel's Majority Recommendation:

     Facility Assignment: NECX        Transfer: Yes___ No ✓ Explain Below:

     Custody Level: Medium

     Override Type: _____

Justification, Program Recommendations, and Summary:
Annual Review. CAF ID Rec. Medium. Serving 23 yrs. Rape of A Child
X1. Sen: 28/2007. Exp. 8/8/2030. Assigned to WBRT. Completed ABE I.
No TAP Rec. No MH or Psu issues. No STG Class A loc I. No escapes.
Has detainer. Rec. continue w/ job & refrain from disc.

Updated Photo Needed:  Yes ✓  No ___   appearance
Offender Signature: Boaz Pleasant-Bey        Appeal: Yes ___ No BPB
                              If Yes, provide appeal & copy to Inmate

Panel Member Signatures:    Date: 9/3/14

 Mitch Reece           Sgt R Bail          R Carden CC2
Chairperson           Security Member      Treatment Member  medical case
                                           Melissa A. Hwyn,  manager
If panel member disagrees with majority recommend, state specific reasons:

_____
_____
_____

Approving Authority:
Eileen Haymarth CCC        9/9/14         Approve ✓ Deny ___
     Signature                / Date

If denied, reasons include: _____
_____
_____

CARDLO01     TENNESSEE DEPARTMENT OF CORRECTION  DATE: 08/27/2014
         CLASSIFICATION CUSTODY ASSESSMENT FORM TIME: 11:05:06
                            PAGE: 1

TOMIS ID:  00473110   PLEASANT-BEY, BOAZ
SITE NAME: NORTHEAST CORRECTIONAL COMPLEX
COUNSELOR: CARDEN, LOLA ELAINE
CAF DATE:  08/27/2014

HISTORY OF INSTITUTIONAL VIOLENCE      *None*                    0
 ASSAULT. NO WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) .....    3   -----
 ASSAULT. WITH WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) ...    5   SCORE
 ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH    7
  (LAST 42 MONTHS) .........................................
 ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH    5
  (43 THROUGH 60 MONTHS) ...................................

ASSAULT OCCUR WITHIN LAST SIX MONTHS      *None*                  0
 NO ........................................................    0   -----
 YES .......................................................    3   SCORE

SEVERITY OF CURRENT OFFENSE                                       4
 LOW .......................................................    0   -----
 MODERATE ..................................................    1   SCORE
 HIGH ......................................................    3
 HIGHEST *20.10. Rape of A Child X.1* ......................    4

PRIOR ASSAULTIVE OFFENSE HISTORY          *none*                  0
 LOW .......................................................    0   -----
 MODERATE ..................................................    1   SCORE
 HIGH ......................................................    3
 HIGHEST ...................................................    4

SCHEDULE A SCALE (SUM OF ITEMS 1 THROUGH 4)                       4
 CLOSE  . . . . . 10-14.
 MAXIMUM  . . . . 15 OR MORE.


ESCAPE HISTORY          *none noted*                            - 2
 NO ESCAPES OR ATTEMPTS ....................................  - 2   -----
 ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR         0   SCORE
  THREATENED VIOLENCE: OVER 1 YEAR AGO .....................
 ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR         1
  THREATENED VIOLENCE: WITHIN THE LAST YEAR ................
 ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN     5
  CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: OVER 1 YEAR AGO
 ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN     7
  CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: WITHIN LAST YR

CARDLO01           TENNESSEE DEPARTMENT OF CORRECTⅰON    DATE:  08/27/2014
              CLASSIFICATION CUSTODY ASSESSMENT FORM    TIME:  11:05:06
                                                          PAGE:    2

TOMIS ID:  00473110    PLEASANT-BEY, BOAZ
SITE NAME:  NORTHEAST CORRECTIONAL COMPLEX
COUNSELOR:  CARDEN, LOLA ELAINE
CAF DATE:  08/27/2014

```
DISCIPLINARY REPORTS - GUILTY                                      - 2
    NONE IN LAST 18 MONTHS .............. last guilty 8-5-13 PPV class C - 4  -----
    NONE IN LAST 12 MONTHS ...............................            - 2  SCORE
    NONE IN LAST 6 MONTHS ................................            - 1
    NEW ADMISSION/PAROLE VIOLATOR.........................             0
    ONE IN LAST 6 MONTHS .................................             1
    TWO OR MORE IN LAST 6 MONTHS .........................             4

MOST SEVERE DISCIPLINARY RECEIVED                                    5
    CLASS C ..............................................             2  -----
    CLASS B  5-31-13  Class B  RCA .......................             5  SCORE
    CLASS A ..............................................             7

DETAINER/NOTIFICATION/CHARGE PENDING                                5
    MISDEMEANOR ..........................................             3  -----
    FELONY ... Rape of A Child (2010.) ...................             5  SCORE

PRIOR FELONY CONVICTIONS                                            0
    ONE ..........................................  none ....          2  -----
    TWO OR MORE ..........................................             4  SCORE

SCHEDULE B SCALE (SUM OF ITEMS 5 THROUGH 9)                        6


CUSTODY LEVEL SCALE FOR TOTAL A + B (CAF SCORE)                   10
    CLOSE  . . . . . 17 OR MORE.                                  -----
    MEDIUM . . . . . 7-16.                                        -----
    MINIUMUM . . . . 6 OR LESS.

    CAF CUSTODY LEVEL: MEDIUM
```

SCANNED

FULLR002          TENNESSEE DEPARTMENT OF CORRECTION     DATE: 09/11/2013
                  OFFENDER CLASSIFICATION SUMMARY        TIME: 03:40 PM

TOMIS ID:          00473110
Offender Name:     PLEASANT-BEY, BOAZ
Institution Name:  WHITEVILLE CORRECTIONAL FACILITY

Classification Type: CLASSIFICATION              CAF Date: 09/11/2013

Status at time of Hearing: Gen.Pop. ✓ AS___ PC___ Other _____

Incompatibles: Yes__ No ✓ Inmate agrees to waive 48 hr. hearing notice: BPB

Scored CAF Range: MEDIUM          Current Custody Level: MEDIUM

Panel's Majority Recommendation:

    Facility Assignment: NECX   Transfer: Yes ✓ No___ Explain Below:

    Custody Level: Med

    Override Type: _____

    Justification, Program Recommendations, and Summary:

    Offender received special trolass to
    NECX for avap recommendation ged, pab
    sotz.
    _____
    _____

Updated Photo Needed: Yes ___ No ✓ pd. 2-18-11

Offender Signature: Bor Bu              Appeal: Yes ___ No BPB
                          If Yes, provide appeal & copy to Inmate

Panel Member Signatures:  Date: 9-18-13

_____    _____    _____
Chairperson        Security Member    Treatment Member
Polle JAor         TPOB              FullsO2
If panel member disagrees with majority recommend, state specific reasons:

_____
_____
_____

Approving Authority:
_____  9-19-13      Approve ✓ Deny ___
Signature         Date

If denied, reasons include: Bettie Hammond
                                    9-20-13

FULLRO02          TENNESSEE DEPARTMENT OF CORRECTION        DATE: 09/11/2013
                  CLASSIFICATION CUSTODY ASSESSMENT FORM    TIME: 15:40:48
                                                            PAGE:    1

SCANNED

TOMIS ID:  00473110  PLEASANT-BEY, BOAZ
SITE NAME:  WHITEVILLE CORRECTIONAL FACILITY
COUNSELOR:  FULLER, ROSELAND
CAF DATE:  09/11/2013

HISTORY OF INSTITUTIONAL VIOLENCE                              0     *Libl*
    ASSAULT. NO WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) .....   3  -----
    ASSAULT. WITH WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) ...   5  SCORE
    ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH   7
       (LAST 42 MONTHS) ........................................
    ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH   5
       (43 THROUGH 60 MONTHS) ..................................

ASSAULT OCCUR WITHIN LAST SIX MONTHS                          0     *Libl*
    NO ....................................................   0  -----
    YES ...................................................   3  SCORE

SEVERITY OF CURRENT OFFENSE                                   4     *Loy*
    LOW ...................................................   0  -----
    MODERATE ..............................................   1  SCORE
    HIGH .........   *Rape of child (2010)*                  3
    HIGHEST ......                                           4

PRIOR ASSAULTIVE OFFENSE HISTORY                             0      *Loy*
    LOW ...................................................   0  -----   *Luir*
    MODERATE ..............................................   1  SCORE
    HIGH ..................................................   3
    HIGHEST ...............................................   4

SCHEDULE A SCALE (SUM OF ITEMS 1 THROUGH 4)                  4
    CLOSE  . . . . . 10-14.
    MAXIMUM  . . . . 15 OR MORE.

ESCAPE HISTORY
    NO ESCAPES OR ATTEMPTS ..... *Lst. 2-17-11/ Clan 6-10-13 - 2*   2  -----   *Loy*
    ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR            0  SCORE   *Libl*
       THREATENED VIOLENCE: OVER 1 YEAR AGO .....................            *Limd*
    ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR           1
       THREATENED VIOLENCE: WITHIN THE LAST YEAR .................
    ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN       5
       CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: OVER 1 YEAR AGO
    ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN       7
       CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: WITHIN LAST YR

FULLR02          TENNESSEE DEPARTMENT OF CORRECTION      DATE: 09/11/2013
                 CLASSIFICATION CUSTODY ASSESSMENT FORM  TIME: 15:40:48
                                                         PAGE:    2

SCANNED

TOMIS ID:  00473110   PLEASANT-BEY, BOAZ
SITE NAME:  WHITEVILLE CORRECTIONAL FACILITY
COUNSELOR:  FULLER, ROSELAND
CAF DATE:  09/11/2013

```
DISCIPLINARY REPORTS - GUILTY                                4
    NONE IN LAST 18 MONTHS ...................................  - 4  -----       Libl
    NONE IN LAST 12 MONTHS ...................................  - 2  SCORE
    NONE IN LAST 6 MONTHS ....................................  - 1
    NEW ADMISSION/PAROLE VIOLATOR............................    0
    ONE IN LAST 6 MONTHS .................................       1
    TWO OR MORE IN LAST 6 MONTHS ... 8:5:13 (PPV) 7:8:13      4
                                           (IWI)
MOST SEVERE DISCIPLINARY RECEIVED                            5
    CLASS C ...........................................        2  -----          Libl
    CLASS B ............. 5:31:13 (RGA)................        5  SCORE
    CLASS A ...........................................        7

DETAINER/NOTIFICATION/CHARGE PENDING                        5
    MISDEMEANOR.......................................        3  -----           Lots
    FELONY ...... Rape of child ......................        5  SCORE

PRIOR FELONY CONVICTIONS                                    0
    ONE ..............................................        2                  Lot
    TWO OR MORE ......................................        4  SCORE           Lot
                                                                                Noin
SCHEDULE B SCALE (SUM OF ITEMS 5 THROUGH 9)                12


CUSTODY LEVEL SCALE FOR TOTAL A + B (CAF SCORE)            16
    CLOSE . . . . . 17 OR MORE.                                -----
    MEDIUM . . . . . 7-16.                                     -----
    MINIUMUM . . . . 6 OR LESS.


CAF CUSTODY LEVEL: MEDIUM
```

TOMIS ID:        00473110
Offender Name:   PLEASANT-BEY, BOAZ
Institution Name: HARDEMAN COUNTY CORRECTIONAL FACILITY

Classification Type: CLASSIFICATION              CAF Date: 06/01/2013

Status at time of Hearing: Gen.Pop.___  AS ´  PC___  Other _____

Incompatibles: Yes__ No ✓  Inmate agrees to waive 48 hr. hearing notice: *BPB*

Scored CAF Range: MEDIUM        Current Custody Level: MEDIUM

Panel's Majority Recommendation:

    Facility Assignment: WCFA      Transfer: Yes ✓ No___ Explain Below:

    Custody Level:  MED

    Override Type: _____

    Justification, Program Recommendations, and Summary:
    29 y/o B/m Serving 23.6 yrs — Exp: 8/8/2030
    Refrain from disciplinary
    Incomplete Rec: SOTP

Updated Photo Needed:  Yes ___  No ✓ 2-18-2011

Offender Signature: *Boaz Pleasant Bey* ✓    Appeal: Yes ___ No *BPB*
                          If Yes, provide appeal & copy to Inmate

Panel Member Signatures:     Date: 6/4/13

*4mMartin*          *Sgt. Wilkes*        *4m Nancy*
Chairperson          Security Member      Treatment Member
*McArtSHOR*          *WilkJA03*
If panel member disagrees with majority recommend, state specific reasons:

_____
_____
Approving Authority:
_____        6/6/13          Approve  X  Deny ___
Signature                        Date
If denied, reasons include: _____
_____

TOMIS ID:   00473110    PLEASANT-BEY, BOAZ
SITE NAME:  HARDEMAN COUNTY CORRECTIONAL FACILITY
COUNSELOR:  LANIER, LATRIVER
CAF DATE:   06/01/2013

HISTORY OF INSTITUTIONAL VIOLENCE                                          0
    ASSAULT. NO WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) .....    3   -----
    ASSAULT. WITH WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) ...    5   SCORE
    ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH    7
     (LAST 42 MONTHS) ...................................
    ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH    5
     (43 THROUGH 60 MONTHS) ...................................

ASSAULT OCCUR WITHIN LAST SIX MONTHS                                       0
    NO .....................................................    0   -----
    YES ....................................................    3   SCORE

SEVERITY OF CURRENT OFFENSE                                                4
    LOW ....................................................    0   -----
    MODERATE ...............................................    1   SCORE
    HIGH ......................................    3
    HIGHEST ...... *Rape of a child \ Shelby \ 2010* ..............    4

PRIOR ASSAULTIVE OFFENSE HISTORY                                           0
    LOW ....................................................    0   -----
    MODERATE ...............................................    1   SCORE
    HIGH ...................................................    3
    HIGHEST ................................................    4

SCHEDULE A SCALE (SUM OF ITEMS 1 THROUGH 4)                                4
    CLOSE   .  .  .  .  10-14.
    MAXIMUM   .  .  .  .  15 OR MORE.


ESCAPE HISTORY                                                          - 2
    NO ESCAPES OR ATTEMPTS .................................  - 2   -----
    ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR       0   SCORE
     THREATENED VIOLENCE: OVER 1 YEAR AGO ....................
    ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR       1
     THREATENED VIOLENCE: WITHIN THE LAST YEAR ................
    ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN   5
     CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: OVER 1 YEAR AGO
    ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN   7
     CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: WITHIN LAST YR

```
                TENNESSEE DEPARTMENT OF CORRECTION      DATE:  06/01/2013
                CLASSIFICATION CUSTODY ASSESSMENT FORM  TIME:  12:24:52
                                                        PAGE:     2
```

```
TOMIS ID:   00473110   PLEASANT-BEY, BOAZ
SITE NAME:  HARDEMAN COUNTY CORRECTIONAL FACILITY
COUNSELOR:  LANIER, LATRIVER
CAF DATE:   06/01/2013
```

```
DISCIPLINARY REPORTS - GUILTY                                          4
      NONE IN LAST 18 MONTHS ....................................  - 4  -----
      NONE IN LAST 12 MONTHS ....................................  - 2  SCORE
      NONE IN LAST 6 MONTHS .....................................  - 1
      NEW ADMISSION/PAROLE VIOLATOR.............................     0
      ONE IN LAST 6 MONTHS ..............................           1
      TWO OR MORE IN LAST 6 MONTHS .....  RCA 5/10/13 ..........     4
                                          IND 3/8/2013

MOST SEVERE DISCIPLINARY RECEIVED                                      5
      CLASS C ...................................................     2  -----
      CLASS B ........................... RCA 5/13/13 ..........     5  SCORE
      CLASS A ...................................................     7

DETAINER/NOTIFICATION/CHARGE PENDING                                   5
      MISDEMEANOR ...........................................        3  -----
      FELONY ................. Felony - Memphis 2011 ..........     5  SCORE

PRIOR FELONY CONVICTIONS                                               0
      ONE .......................................................     2  -----
      TWO OR MORE ...............................................     4  SCORE

SCHEDULE B SCALE (SUM OF ITEMS 5 THROUGH 9)                           12


CUSTODY LEVEL SCALE FOR TOTAL A + B (CAF SCORE)                       16
      CLOSE  . . . . . 17 OR MORE.                                   -----
      MEDIUM . . . . . 7-16.                                         -----
      MINIUMUM . . . . 6 OR LESS.

      CAF CUSTODY LEVEL: MEDIUM
```

Tennessee Department of Corrections
Haeman County Correctional Fac. y

CLASSIFICATION HEARING NOTICE

Offender Name: Pleasant—Bey, Boaz          Tomis #: 473110

THIS IS TO INFORM YOU THAT YOUR CLASSIFICATION HEARING

WILL BE HELD ON 2/20/13

AT THE HARDEMAN COUNTY CORRECTIONAL FACILITY.

INMATE SIGNATURE: Boaz Pleasant Bey TDOC#: 473110

Date of Notice: 2/18/13

Classification Sequence Number: _____ Classification Type: Annual

Serving Staff Signature: _____ Date: 2/18/13

CLASSIFICATION DATE: 02/22/2013

*Annual*

TOMIS ID:          00473110
Offender Name:     PLEASANT-BEY, BOAZ
Institution Name:  HARDEMAN COUNTY CORRECTIONAL FACILITY

Classification Type: CLASSIFICATION   *ME137*        CAF Date: 02/18/2013

Status at time of Hearing: Gen.Pop.___  AS___  PC _/_  Other _____

Incompatibles: Yes__ No _/_  Inmate agrees to waive 48 hr. hearing notice: ____

Scored CAF Range: MEDIUM        Current Custody Level: MINIMUM RESTRICTED

Panel's  Majority  Recommendation:

     Facility  Assignment: _*HCCF*_    Transfer: Yes___ No _/_ Explain Below:

     Custody Level: _*MED*_

     Override Type: _____

     Justification, Program Recommendations, and Summary:

*Short Term Goal: Refrain from disciplinaries and get job*
*Incomplete Recommendation: SOTP*
*Additional Recommendation: None*

Updated Photo Needed:  Yes ___   No _/_ *02/18/2011*

Offender Signature: *Boaz PleasantBey*          Appeal: Yes ___  No *BPB*
                              If Yes, provide appeal & copy to Inmate

Panel Member Signatures:     Date: *2/22/2013*

*[signature]*          *[signature]*          *[signature]*
Chairperson *WoodKi02*   Security Member *AmoE1o2*  Treatment Member

If panel member disagrees with majority recommend, state specific reasons:

_____

Approving Authority:

     Signature              Date *2/11/11*        Approve _/_  Deny ___

If denied, reasons include: _____

WOODKI02         TENNESSEE DEPARTMENT OF CORRECTION    DATE: 02/18/2013
               CLASSIFICATION CUSTODY ASSESSMENT FORM   TIME: 12:46:18
                                              PAGE:   1

```
 TOMIS ID:  00473110   PLEASANT-BEY, BOAZ
SITE NAME:  HARDEMAN COUNTY CORRECTIONAL FACILITY
COUNSELOR:  WOODS, KIZZIE
 CAF DATE:  02/18/2013
```

```
HISTORY OF INSTITUTIONAL VIOLENCE                                      0
     ASSAULT. NO WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) .....  3  -----
     ASSAULT. WITH WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) ...  5  SCORE
     ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH  7
      (LAST 42 MONTHS) .........................................
     ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH  5
      (43 THROUGH 60 MONTHS) ...................................

ASSAULT OCCUR WITHIN LAST SIX MONTHS                                   0
     NO ........................................................  0  -----
     YES .......................................................  3  SCORE

SEVERITY OF CURRENT OFFENSE                                           4
     LOW .......................................................  0  -----
     MODERATE ..................................................  1  SCORE
     HIGH ......................................................  3
     HIGHEST ...Rape of a Child Shelby Co 2013..................  4
                                           (LSTG)

PRIOR ASSAULTIVE OFFENSE HISTORY                                      0
     LOW .......................................................  0  -----
     MODERATE ..................................................  1  SCORE
     HIGH ......................................................  3
     HIGHEST ...................................................  4

SCHEDULE A SCALE (SUM OF ITEMS 1 THROUGH 4)                           4
     CLOSE  . . . . 10-14.
     MAXIMUM  . . . . 15 OR MORE.


ESCAPE HISTORY                                                       - 2
     NO ESCAPES OR ATTEMPTS ....................................  - 2  -----
     ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR         0  SCORE
      THREATENED VIOLENCE: OVER 1 YEAR AGO .....................
     ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR         1
      THREATENED VIOLENCE: WITHIN THE LAST YEAR ................
     ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN     5
      CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: OVER 1 YEAR AGO
     ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN     7
      CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: WITHIN LAST YR
```

TENNESSEE DEPARTMENT OF CORRECTION      DATE:  02/18/2013
                    CLASSIFICATION CUSTODY ASSESSMENT FORM   TIME:  12:46:18
                                                             PAGE:     2


  TOMIS ID:  00473110   PLEASANT-BEY, BOAZ
 SITE NAME:  HARDEMAN COUNTY CORRECTIONAL FACILITY
 COUNSELOR:  WOODS, KIZZIE
 CAF DATE:  02/18/2013

 DISCIPLINARY REPORTS - GUILTY                                          - 1
      NONE IN LAST 18 MONTHS ................................. - 4   -----
      NONE IN LAST 12 MONTHS ................................. - 2   SCORE
      NONE IN LAST 6 MONTHS ...... *RCA 08/13/2012* .......... - 1
      NEW ADMISSION/PAROLE VIOLATOR............................   0
      ONE IN LAST 6 MONTHS ...................................   1
      TWO OR MORE IN LAST 6 MONTHS ...........................   4
                                                       *(IRC)*

 MOST SEVERE DISCIPLINARY RECEIVED                                        2
      CLASS C ... *RCA 08/13/2012* ............................   2   -----
      CLASS B ................................................   5   SCORE
      CLASS A ................................................   7

 DETAINER/NOTIFICATION/CHARGE PENDING                                     5
      MISDEMEANOR ............................................   3   -----
      FELONY .... *Shelby Co Sheriff Office* ................   5   SCORE
                                                    *(STS)*

 PRIOR FELONY CONVICTIONS                                                 0
      ONE ....................................................   2   -----
      TWO OR MORE ............................................   4   SCORE

 SCHEDULE B SCALE (SUM OF ITEMS 5 THROUGH 9)                              4


 CUSTODY LEVEL SCALE FOR TOTAL A + B (CAF SCORE)                          8
      CLOSE  . . . . . 17 OR MORE.                                    -----
      MEDIUM . . . . . 7-16.                                          -----
      MINIUMUM . . . . 6 OR LESS.

      CAF CUSTODY LEVEL: MEDIUM

CCI 000173

Tennessee Department of Corrections
HARDEMAN COUNTY CORRECTIONAL FACILITY

CLASSIFICATION HEARING NOTICE

Offender Name: _Boaz Pleasant - Bey_     TOMIS #: _473110_

THIS IS TO INFORM YOU THAT YOUR CLASSIFICATION HEARING WILL BE HELD ON

_2-1-12_ AT THE HARDEMAN COUNTY CORRECTIONAL

FACILITY.

Inmate Signature _Boaz Pleasant-Bey_     TDOC # _473110_

Date of Notice: _1-29-12_

Classification Sequence Number: _____     Classification Type: _Annual_

Serving Staff Signature: _Gn Woods_     Date: _1-29-12_
_2-1-12_

CLASSIFICATION DATE: _____

WOODTE01        TENNESSEE DEPARTMENT OF CORRECTION    DATE: 02/02/2012
                OFFENDER CLASSIFICATION SUMMARY       TIME: 06:43 PM

TOMIS ID:        00473110
Offender Name:   PLEASANT-BEY, BOAZ
Institution Name: HARDEMAN COUNTY CORRECTIONAL FACILITY

Classification Type: CLASSIFICATION  *IA-112.*   CAF Date: 01/29/2012

Status at time of Hearing: Gen.Pop. ✓ AS___ PC___ Other _____

Incompatibles: Yes__ No ✓ Inmate agrees to waive 48 hr. hearing notice: ____

Scored CAF Range: MINIMUM       Current Custody Level: MEDIUM

Panel's Majority Recommendation:

    Facility Assignment: _HCCF_   Transfer: Yes___ No ✓ Explain Below:

    Custody Level: ___MIN___

    Override Type: _____

    Justification, Program Recommendations, and Summary:
    Short term goals: Maintain positive behavior, Obtain a Ged.
    Incomplete Recommendation: SOPT
    Additional Recommendation: None.
    _____

Updated Photo Needed: Yes ___ No ✓ 202-18-115.

Offender Signature: _____   Appeal: Yes ___ No ✓
                    If Yes, provide appeal & copy to Inmate

Panel Member Signatures:      Date: _2/1/12_

_____     Willie Gibbs      _____
Chairperson (MEMTON) Security Member (Gibbs)  Treatment Member (Woodley)

If panel member disagrees with majority recommend, state specific reasons:
_____
_____
_____

Approving Authority: _____
_____       _2-28-12_   Approve ___ Deny ___
Signature             Date

If denied, reasons include: _____
                    _Butler 2-29-12_

TOMIS ID:   00473110   PLEASANT-BEY, BOAZ
SITE NAME:  HARDEMAN COUNTY CORRECTIONAL FACILITY
COUNSELOR:  WOODS, TESS
CAF DATE:   01/29/2012

HISTORY OF INSTITUTIONAL VIOLENCE                                         0
     ASSAULT. NO WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) .....   3   -----
     ASSAULT. WITH WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) ...   5   SCORE
     ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH   7
       (LAST 42 MONTHS) .......................................
     ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH   5
       (43 THROUGH 60 MONTHS) .................................

ASSAULT OCCUR WITHIN LAST SIX MONTHS                                      0
     NO ........................................................   0   -----
     YES .......................................................   3   SCORE

SEVERITY OF CURRENT OFFENSE                                               4
     LOW .......................................................   0   -----
     MODERATE ..................................................   1   SCORE
     HIGH ......................................................   3
     HIGHEST  Rape of a Child, Shelby Co. 2/01   2 cts.           4

PRIOR ASSAULTIVE OFFENSE HISTORY                                         0
     LOW .......................................................   0   -----
     MODERATE ..................................................   1   SCORE
     HIGH ......................................................   3
     HIGHEST ...................................................   4

SCHEDULE A SCALE (SUM OF ITEMS 1 THROUGH 4)                              4
     CLOSE  . . . . . 10-14.
     MAXIMUM  . . . . 15 OR MORE.


ESCAPE HISTORY                                                          - 2
     NO ESCAPES OR ATTEMPTS ....................................  - 2   -----
     ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR          0   SCORE
       THREATENED VIOLENCE: OVER 1 YEAR AGO ....................
     ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR          1
       THREATENED VIOLENCE: WITHIN THE LAST YEAR ...............
     ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN      5
       CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: OVER 1 YEAR AGO
     ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN      7
       CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: WITHIN LAST YR

TOMIS ID:   00473110   PLEASANT-BEY, BOAZ
SITE NAME:  HARDEMAN COUNTY CORRECTIONAL FACILITY
COUNSELOR:  WOODS, TESS
CAF DATE:   01/29/2012

DISCIPLINARY REPORTS - GUILTY                                       - 2
    NONE IN LAST 18 MONTHS ......                            - 4    -----
    NONE IN LAST 12 MONTHS .. *Arrived @ TDOC on 2-17-11* 4/h/dms   - 2    SCORE
    NONE IN LAST 6 MONTHS ....................................  - 1
    NEW ADMISSION/PAROLE VIOLATOR............................    0
    ONE IN LAST 6 MONTHS ....................................    1
    TWO OR MORE IN LAST 6 MONTHS ............................    4

MOST SEVERE DISCIPLINARY RECEIVED                                   0
    CLASS C ................................................    2    -----
    CLASS B ................................................    5    SCORE
    CLASS A ................................................    7

DETAINER/NOTIFICATION/CHARGE PENDING                                5
    MISDEMEANOR ............................................    3    -----
    FELONY . Rape of a Child, Shelby Co, Tell ........ 2h.ST.S.   5    SCORE

PRIOR FELONY CONVICTIONS                                            0
    ONE ....................................................    2    -----
    TWO OR MORE ............................................    4    SCORE

SCHEDULE B SCALE (SUM OF ITEMS 5 THROUGH 9)                         1


CUSTODY LEVEL SCALE FOR TOTAL A + B (CAF SCORE)                     5
    CLOSE  . . . . . 17 OR MORE.                                -----
    MEDIUM . . . . . 7-16:                                      -----
    MINIUMUM . . . . 6 OR LESS.

    CAF CUSTODY LEVEL: MINIMUM

```
           TOMIS ID: 00473110  PLEASANT-BEY, BOAZ
         SITE NAME: TTCC  TROUSDALE TURNER CORRECTIONAL CENTER
            UNIT ID: WD1    CELL ID: 25    BED: A

                    SUMMARY CURRENT RELEASE DATA

                 SENTENCE EFFECTIVE DATE: 02/08/2007
                 RELEASE ELIGIBILITY DATE:
         PRESUMED PROBATIONARY PAROLE DATE:
             PRESUMED REGULAR PAROLE DATE:
                  MANDATORY PAROLE DATE:
                          EXPIRATION DATE: 08/08/2030
                     FULL EXPIRATION DATE: 08/08/2030

TOTAL MAXIMUM SENTENCE:  23 YEARS    6 MONTHS    0 DAYS
TOTAL MINIMUM SENTENCE:   0 YEARS    0 MONTHS    0 DAYS
OUT TO COURT: Y           UNPROCESSED ADDITIONAL SENTENCES: N


COUNTY/JURIS: SHELBY           YR: 2010 CASE #: 0700471      COUNT:   1
OFFENSE: RAPE OF A CHILD
OFFENSE DATE: 07/16/2005      WAIVER DATE:           SID: 07/19/2010
    BOP DATE:          CUSTODIAL PAROLE:          CONVICTION CLASS: A
SENTENCE LAW: 1194
SENTENCE OFFENDER TYPE:                        RANGE PERCENT:  0.0
    BEHAVIOR:      0   PPSC CREDITS:      0     NET LOSS GCC:      0
     PROGRAM:      0     DEAD TIME:      0 DISCIPLINARY EXT %:   0
PRETRIAL JAIL:  1,257   DELNQNT TIME:    0        EXT YEARS:  0
PRETRIAL BHVR:      0    STREET TIME:    0      EXT MONTHS:  0
MAXIMUM SENTENCE: 23 YEARS  6 MONTHS    0 DAYS    EXT DAYS:   0
MINIMUM SENTENCE:  0 YEARS  0 MONTHS    0 DAYS
```





TENNESSEE DEPARTMENT OF CORRECTION

**RISK/NEEDS ASSESSMENT REFUSAL**

Date: _3/12/19_        Location: _EA 205_

Offenders Name: _Earl ___ Boy_ TDOC Number: _473110_

Assessor Name: _R. Jones_

Reason for refusal: _declined_

I understand that the Public Safety Act of 2016 requires that all TDOC inmates and offenders participate in and complete a Risk/Needs Assessment. Despite that, as indicated by my signature below, I choose to not participate in the process to complete my RNA. As a result of my decision to not participate, I may not be able to receive programming which could prepare me for success upon release from TDOC supervision.

_____        _3/12/19_
Offender Signature        Date

_R. Jones_
Assigned Counselor / Assessor Signature

CR4169        DUPLICATE AS NEEDED        RDA1167

CCI 000179

# DNA BLOOD ANALYSIS REQUEST

Nashville
901 R. S. Gass Blvd.
Nashville, TN 37216-2639
615-744-4000

## SUBMISSION INFORMATION

| Requesting Individual/Agency | | | |
|---|---|---|---|
| Warden Stward | | Phone No. ( ) | Fax No. ( ) |
| Address P.O. Box 1150 Henning, TN 38041 | | | |
| Type of Offense Rape of a child yrs | Date of Conviction 24 May 2010 | | County of Conviction Shelby |

## SUBJECT INFORMATION PLEASE PRINT

| LAST Pleasant-Bey | FIRST Boaz | MIDDLE | Race AA B | Sex M |
|---|---|---|---|---|
| DOB 6-18-83 | SSN | St. Inmate No. 473110 | Other ID No. | |

## COLLECTION INFORMATION

| Date Collected 2/18/11 | Collected By (Name) Avalee K Beckett | Title RU |
|---|---|---|
| Address | City | State | Zip | Phone No. |

| LABORATORY USE ONLY | Original: Submit with Blood Collection Kit |
|---|---|
| Received From _____ | |
| Received By _____ Date Received ___/ | Copy: Retained by agency drawing blood |
| TBI DNA No. _____ Redraw Required _____ | |
| | RDA PENDING |

BI-0105 (Rev. 5/00)



CR

Boaz Pleasant-Bey 473110

I have completed the orientation program of this institution. I have been advised of the programs, activities and privileges available to me.

I have been issued a copy of:

- ☐ TDOC INMATE RULES AND REGULATIONS
- ☒ INSTITUTIONAL RULES AND REGULATIONS
- ☐ SPECIFIC UNIT RULES AND REGULATIONS *(CHECK ONLY IF APPLICABLE)*
- ☒ PRISON RAPE ELIMINATION ACT (PREA) INFORMATION

I have been issued a revised copy of:

- ☐ TDOC INMATE RULES AND REGULATIONS
- ☐ INSTITUTIONAL RULES AND REGULATIONS
- ☐ SPECIFIC UNIT RULES AND REGULATIONS *(CHECK ONLY IF APPLICABLE)*

I have viewed:

- ☒ VIDEO PREA INFORMATION PROVIDED DURING ORIENTATION
- ☒ ADDITIONAL VIDEO PREA INFORMATION AT RECEIVING INSTITUTION

I have been informed of:

- ☒ THE REQUIREMENTS TO PURCHASE A STATE ISSUED IDENTIFICATION CARD PRIOR TO RELEASE

_____ Offender Signature         3/9/20 Date

_____ Offender Representative      3/9/20 Date

_____ Correctional Counselor       3/9/20 Date

_____ Clinical Service Designee     3/20/2020 Date

_____ Associate Warden of Treatment/Chief Counselor    4-3-2020 Date

CR-2110 (Rev. 12-17)                 *Duplicate as Needed*                RDA 1100

Distribution:  Original – Inmate Institutional Record

Emergency Information Form

Inmate Name: Boaz Pleasant Bey

Inmate TDOC: 473110

Contact In Case Of An Emergency:

Name: _____

Relationship: _____

Address: _____

_____

_____

Telephone Number: _____

Comments: _____

_____

_____

Business, 800 or 900 numbers, numbers with remote call forwarding, etc. are NOT placed on this list. Attorney and Clergy numbers (if any taken only).

| | NAME | RELATION | Address | City, St Zip code | Area Code & Phone # |
|---|------|----------|---------|-------------------|---------------------|
| 1 | | | | | |
| 2 | | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |

I understand that all inmate telephone calls made from Trousdale Turner Correctional Center (TTCC) may be monitored and/or recorded. Attorney and Clergy numbers at TTCC are NOT recorded or monitored, they are considered private. For these numbers to be marked accordingly the paperwork must be filled out correctly and will be verified before being marked private.

I voluntarily consent to monitoring and/or recording of my calls and realize that any monitoring and/or recorded telephone conversation that I am involved in may be used as evidence in administrative as well as criminal proceedings against myself and others.

I understand I may only make telephone calls up to 10 (ten) numbers that I have listed above. I will be allowed to make changes to the above list on the quarterly schedule determined by TTCC. It is further understood that it is my responsibility to inform the called party that telephone conversations are subject to being monitored or recorded.

I have read, understand and agree to the above

Inmate Name_____ Tomis #_____
Inmate Signature_____ Date_____

Staff Witness Name_____ 3/9/20
Staff Witness Signature_____ Date_____

Property of CCA Trousdale Turner Correctional Center

CCI 000183

**Request to Court / Court Disposition Summary**

To: Classification Committee

From: CM Milan

Date: 3/9/20

TDOC Number: 473110

Offender Name: Bear Pleasant-Bey

Sentencing Court: Criminal

Sentencing County: Shelby

Reason for Out to Court: Federal law suit

Disposition: Set date for motion/trial

***Classification Committee***

_____ Chairperson

_____ Date

_____ Security*

_____ Date

_____ Behavioral Health Designee

_____ Date

*Security member signature needed if an additional sentence is received.

CR-3921                RDA 1100

Aggressor
Screening

### Sexual Victim Factors

| Factor | Yes | No |
|---|---|---|
| Whether the inmate is a former victim or institutional (prison or jail) sexual abuse | ☐ Yes | ☑ No |
| Whether the inmate has a mental, physical, or development disability | ☐ Yes | ☑ No |
| The age of the inmate (24 or younger or elderly, 60 or older) | ☐ Yes | ☑ No |
| The physical build of the inmate (5'5" and/or less than 150 pounds) | ☐ Yes | ☑ No |
| Whether the inmate has previously been incarcerated | ☐ Yes | ☑ No |
| Whether the inmate's criminal history is exclusively non-violent | ☐ Yes | ☑ No |
| Whether the inmate has prior convictions for sex offenses against an adult or child | ☑ Yes | ☐ No |
| Whether the inmate is or is perceived to be gay, lesbian, bisexual, transgender, intersex, or gender nonconforming | ☐ Yes | ☑ No |
| Whether the inmate has previously experienced sexual victimization | ☐ Yes | ☑ No |
| The inmate's own perception of vulnerability | ☐ Yes | ☑ No |
| Whether the inmate is detained solely for civil immigration purposes | ☐ Yes | ☑ No |

### Sexual Victim Finding

Offender has been screened as a: ☐ Victim ☐ At Risk ☑ N/A

### Recommended Finding Level

Offender should be modified to: ☐ Victim ☐ At Risk ☐ N/A

### Mental Health Referral

Should offender be referred to mental health for evaluation? ☐ Yes ☑ No

### Comments

**TDOC**

Victim
Screening

### Sexual Aggressor Factors

| | | |
|---|---|---|
| History of prior institutional (jail or prison) sexual abuse | ☐ Yes | ☑ No |
| Prior acts of sexual abuse | ☑ Yes | ☐ No |
| Prior acts of violent offenses | ☑ Yes | ☐ No |
| History of prior institutional violence | ☐ Yes | ☑ No |

### Sexual Aggressor Finding

Offender has been screened as a:   ☐ Aggressor   ☑ At Risk   ☐ N/A

### Recommended Finding Level

Offender should be modified to:   ☐ Aggressor   ☐ At Risk   ☐ N/A

### Monitoring

Should Offender be monitored?   ☑ Yes ☐ No

**Explanation:**

OFFENDER HAS A PRIOR AND/OR CURRENT SEX CONVICTION FOR RAPE OF A CHILD.

### Mental Health Referral

Should offender be referred to mental health for evaluation?   ☐ Yes ☑ No

### Comments

**Form** W-9
(Rev. March 1994)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

Give form to the requester. Do Not send to the IRS.

Name (If joint names, list first and circle the name of the person or entity whose number you enter in Part I below. See instructions on page 2 if your name has changed)

**Pleasant-bey, Boaz**

Business name (Sole proprietors see instructions on page 2)

Please check appropriate box ☐ Individual/Sole proprietor ☐ Corporation ☐ Partnership ☐ Other ☐

Address (number, street and apt or suite no.)

**P.O. BOX 1150**

City, State, and ZIP code

**HENNING TENN. 38041-1150**

Requester's name and address (optional)

### Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). For sole proprietors, see the instructions on page 2. For other entities, it is your employer identification number (EIN). If you do not have a number, see How To Get a TIN below.

If the account is in more than one name, see the chart on page 2 for guidelines on whose number to enter.

Social security number
**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**

OR

Employer identification number

List account number(s) here (optional)

**Part II** For Payees Exempt From Backup Withholding (See Part II Instructions on page 2)

☐

### Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

**Certification Instructions.**—You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, the acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (Also see Part III Instructions on

Signature ☐ _____ Date ☐ **02/25/11**

References are to the Internal Revenue Code.

**Form.**—A person who is required to file an information return with the IRS must get your correct TIN to report income paid to you, real estate transactions, mortgage interest you paid, the acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA. Use Form W-9 to give your correct TIN to the requester (the person requesting your TIN) and, when applicable, (1) to certify the TIN you are giving is correct (or you are waiting for a number to be issued), (2) to certify you are not subject to backup withholding, or (3) to claim exemption from backup withholding if you are an exempt payee. Giving your correct TIN and making the appropriate certifications will prevent certain payments from being subject to backup withholding.

**Note:** If a requester gives you a form other than a W-9 to request your TIN, you must use the requester's form if it is substantially similar to this

certain conditions. This is called "backup withholding." Payments that could be subject to backup withholding include interest, dividends, broker and barter exchange transactions, rents, royalties, nonemployee pay, and certain payments from fishing boat operators. Real estate transactions are not subject to backup withholding.

If you give the requester your correct TIN, make the proper certifications, and report all your taxable interest and dividends on your tax return, your payments will not be subject to backup withholding. Payments you receive will be subject to backup withholding if:

1. You do not furnish your TIN to the requester, or

2. The IRS tells the requester that you furnished an incorrect TIN, or

3. The IRS tells you that you are subject to backup withholding because you did not report all your interest and dividends on your tax return (for reportable interest and dividends only), or

above (for reportable interest and dividend accounts opened after 1983 only), or

5. You do not certify your TIN. See the Part I instructions for exceptions.

Certain payees and payments are exempt from backup withholding and information reporting. See the Part II instructions and the separate Instructions for the Requester of Form W-9.

**How To Get a TIN.**—If you do not have a TIN, apply for one immediately. To apply, get Form SS-5, Application for a Social Security Number Card (for individuals), from your local office of the Social Security Administration, or Form SS-4, Application for Employer Identification Number (for businesses and all other entities), from your local IRS office.

If you do not have a TIN, write "Applied For" in the space for the TIN in Part I, sign and date the form, and give it to the requester. Generally, you will then have 60 days to get a TIN and give it to the requester. If the requester does not

Note: Writing "Applied For" on the form means that you have already applied for a TIN OR that you intend to apply for one soon.

As soon as you receive your TIN, complete another Form W-9, include your TIN, sign and date the form, and give it to the requester.

## Penalties

*Failure To Furnish TIN.*—If you fail to furnish your correct TIN to a requester, you are subject to a penalty of $50 for each such failure unless your failure is due to reasonable cause and not to willful neglect.

*Civil Penalty for False Information With Respect to Withholding.*—If you make a false statement with no reasonable basis that results in no backup withholding, you are subject to a $500 penalty.

*Criminal Penalty for Falsifying Information.*—Willfully falsifying certifications or affirmations may subject you to criminal penalties including fines and/or imprisonment.

*Misuse of TINs.*—If the requester discloses or uses TINs in violation of Federal law, the requester may be subject to civil and criminal penalties.

## Specific Instructions

*Name.*—If you are an individual, you must generally enter the name shown on your social security card. However, if you have changed your last name, for instance, due to marriage, without informing the Social Security Administration of the name change, please enter your first name, the last name shown on your social security card, and your new last name.

*Sole Proprietor.*—You must enter your individual name. (Enter either your SSN or EIN in Part I.) You may also enter your business name or "doing business as" name on the business name line. Enter your name as shown on your social security card and business name as it was used to apply for your EIN on Form SS-4.

Part I—Taxpayer Identification Number (TIN)

You must enter your TIN in the appropriate box. If you are a sole proprietor, you may enter your SSN or EIN. Also see the chart on this page for other clarification of name and TIN combinations. If you do not have a TIN, follow the instructions under How To Get a TIN on page 1.

Part II—For Payees Exempt From Backup Withholding

Individuals (including sole proprietors) are not exempt from backup withholding. Corporations are exempt from backup withholding for certain payments, such as interest and dividends. For a complete list of exempt payees, see the separate Instructions for the Requester of Form W-9.

If you are exempt from backup withholding, you should still complete this form to avoid possible erroneous backup withholding. Enter your correct TIN in Part I, write "Exempt" in Part II, and sign and date the form. If you are a nonresident alien or a foreign entity not subject to backup withholding, give the requester a completed Form W-8, Certificate of Foreign Status.

Part III—Certification

For a joint account, only the person whose TIN is shown in Part I should sign.

1. Interest, Dividend, and Barter Exchange Accounts Opened Before 1984 and Broker Accounts Considered Active During 1983. You must give your correct TIN, but you do not have to sign the certification.

2. Interest, Dividend, Broker, and Barter Exchange Accounts Opened After 1983 and Broker Accounts Considered Inactive During 1983. You must sign the certification or backup withholding will apply. If you are subject to backup withholding and you are merely providing your correct TIN to the requester, you must cross out item 2 in the certification before signing the form.

3. Real Estate Transactions. You must sign the certification. You may cross out item 2 of the certification.

4. Other Payments. You must give your correct TIN, but you do not have to sign the certification unless you have been notified of an incorrect TIN. Other payments include payments made in the course of the requester's trade or business for rents, royalties, goods (other than bills for merchandise), medical and health care services, payments to a nonemployee for services (including attorney and accounting fees), and payments to certain fishing boat crew members.

5. Mortgage Interest Paid by You, Acquisition or Abandonment of Secured Property, Cancellation of Debt, or IRA Contributions. You must give your correct TIN, but you do not have to sign the certification.

Privacy Act Notice

Section 6109 requires you to give your correct TIN to persons who must file information returns with the IRS to report interest, dividends, and certain other income paid to you, mortgage interest you paid, the acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA. The IRS uses the numbers for identification purposes and to help verify the accuracy of your tax return. You must provide your TIN whether or not you are

required to file a tax return. Payers must generally withhold 31% of taxable interest, dividend, and certain other payments to a payee who does not give a TIN to a payer. Certain penalties may also apply.

## What Name and Number To Give the Requester

| For this type of account: | Give name and SSN of: |
|---|---|
| 1. Individual | The individual |
| 2. Two or more individuals (joint account) | The actual owner of the account or, if combined funds, the first individual on the account[1] |
| 3. Custodian account of a minor (Uniform Gift to Minors Act) | The minor[2] |
| 4. a. The usual revocable savings trust (grantor is also trustee) | The grantor-trustee[1] |
| b. So-called trust account that is not a legal or valid trust under state law | The actual owner[1] |
| 5. Sole proprietorship | The owner[3] |

| For this type of account: | Give name and EIN of: |
|---|---|
| 6. Sole proprietorship | The owner[3] |
| 7. A valid trust, estate, or pension trust | Legal entity[4] |
| 8. Corporate | The corporation |
| 9. Association, club, religious, charitable, educational, or other tax-exempt organization | The organization |
| 10. Partnership | The partnership |
| 11. A broker or registered nominee | The broker or nominee |
| 12. Account with the Department of Agriculture in the name of a public entity (such as a state or local government, school district, or prison) that receives agricultural program payments | The public entity |

[1] List first and circle the name of the person whose number you furnish.

[2] Circle the minor's name and furnish the minor's SSN.

[3] You must show your individual name, but you may also enter your business or "doing business as" name. You may use either your SSN or EIN.

[4] List first and circle the name of the legal trust, estate, or pension trust. (Do not furnish the TIN of the personal representative or trustee unless the legal entity itself is not designated in the account title.)

Note: If no name is circled when more than one name is listed, the number will be considered to be that of the first name listed.



## Level of Service/Case Management Inventory
*By D. A. Andrews, Ph.D., J. L. Bonta, Ph.D., & J. S. Wormith, Ph.D.*

## Profile Report

**Name:** **Boaz Pleasant-bey**

ID Number: 00473110

Assessment Age: 27

Gender: Male

Interviewer: Deborah Humphreys

Reason for Assessment: Institution: Specification

Interview Date: March 01, 2011 (Online)

Client-Based/Clinical Override: No

Administrative/Policy Override: No



*Recommend: Unable to do Tap Trg owed to no Time release*

## MHS

Copyright © 2004 Multi-Health Systems Inc. All rights reserved.
P.O. Box 950, North Tonawanda, NY 14120-0950
3770 Victoria Park Ave., Toronto, ON M2H 3M6

ver. 2

# Introduction

The LS/CMI is a risk and need assessment tool. This report summarizes the results of the LS/CMI administration and provides information pertinent to the assessment of the individual. The results of this inventory can be used in formulating a case management plan for Boaz Pleasant-bey. See the LS/CMI User's Manual, published by MHS, for more information about this instrument and its applications.

**Caution**: This computerized report is an interpretive aid and should not be given to the client. The LS/CMI is not intended to be the only instrument used to assess the level of service required by an individual, nor is the LS/CMI to be used as a substitute for sound judgement that utilizes various sources of information.

## Offender History Information

Boaz Pleasant-bey is a 27-year-old, male offender who was assessed by Deborah Humphreys on March 01, 2011. The context of this assessment was the specification. The following information summarizes Boaz Pleasant-bey's offence history.

## Criminal History Sources

The following sources were listed for this assessment:
1. See LHSM
2.
3.

## Current Offence(s)

No current offences were recorded.

Total aggregate sentence: No information was provided concerning Boaz Pleasant-bey's total aggregate sentence.

## Prior Offence(s)

No prior offences were recorded.

## Circumstances of Current Offence(s)

No information regarding the circumstances of the current offence was recorded.

## Co-accused

No information regarding co-accused was recorded.

ver. 2

**MHS**

## Court Disposition and Recommendations/Probation Conditions

No court dispositions or recommendations were recorded.

## Section 1: General Risk/Need Factors

The General Risk/Need score reflects the literature's "big eight" risk/need factors (i.e., Criminal History, Education/Employment, Family/Marital, Leisure/Recreation, Companions, Alcohol/Drug Problem, Procriminal Attitude/Orientation, and Antisocial Pattern). The General Risk/Need score can be used in determining Boaz Pleasant-bey's level of supervision.

## LS/CMI General Risk/Need Total Score

The graph below displays Boaz Pleasant-bey's General Risk/Need Total score and indicates the classification level associated with that score.



## General Risk/Need Assessment Based on General Risk/Need Total Score

The General Risk/Need Total score of 11 places Boaz Pleasant-bey in the Medium risk/need level. Based on past research with other inmates in the Medium risk/need level, Boaz Pleasant-bey has approximately a 28% chance of recidivating (i.e., being re-incarcerated within one year). The following guidelines represent some supervision options: Consider early release or community residential placement with short-term treatment.

## Comparison to North American Adult Male Inmates

Boaz Pleasant-bey's score is as high or higher than 8.5% of the normative group* of Adult Male Inmates in North America.

*Note: For details on the normative group, see chapter 4 of the LS/CMI User's Manual.

ver. 2

≋MHS

## Assessment of General Risk/Need Factors

The graph below displays Boaz Pleasant-bey's risk level for each General Risk/Need subcomponent.



Risk Level (Score)

## Profile Summary

5 subcomponents were assessed as Very Low risk:
1.1 Criminal History
1.3 Family/Marital
1.6 Alcohol/Drug Problem
1.7 Procriminal Attitude/Orientation
1.8 Antisocial Pattern

No subcomponents were assessed as Low risk.

One subcomponent was assessed as Medium risk:
1.2 Education/Employment

One subcomponent was assessed as High risk:
1.4 Leisure/Recreation

One subcomponent was assessed as Very High risk:
1.5 Companions

ver. 2

≣ MHS

## General Risk/Need Subcomponent Areas of Strength

Each of the eight General Risk/Need subcomponents has been judged by the assessor as to whether or not it represents an area of strength for Boaz Pleasant-bey. Research has shown that some conditions (i.e., strengths), by virtue of their presence, may serve as protective factors and actively reduce the chances of antisocial conduct. A subcomponent rated as a strength indicates that the circumstances of level of functioning for that subcomponent are so positive that they may reduce the influence of existing risk factors. Boaz Pleasant-bey's strengths should be built upon in service planning.

No subcomponents were identified as areas of strength for Boaz Pleasant-bey.

## Details Regarding Subcomponent Risk/Need

This is a list of all endorsed items as well as any notes relating to the subcomponent. An item is considered to be endorsed if it received a "Yes" rating or a rating of 0 or 1 on the following rating scale:

3  A satisfactory situation with little opportunity or need for improvement.
2  A relatively satisfactory situation, with some room for improvement evident.
1  A relatively unsatisfactory situation with a need for improvement.
0  A very unsatisfactory situation with a very clear and strong need for improvement.

## 1.1 Criminal History

6.  Ever incarcerated upon conviction: Yes.

Notes: No notes were recorded for this subcomponent.

## 1.2 Education/Employment

9.  Currently unemployed: Yes.
15.  Participation/performance: 0.
16.  Peer interactions: 0.
17.  Authority interaction: 0.

Notes: No notes were recorded for this subcomponent.

## 1.3 Family/Marital

No Family/Marital items were endorsed.

Notes: No notes were recorded for this subcomponent.

## 1.4 Leisure/Recreation

22.  Absence of recent participation in an organized activity: Yes.
23.  Could make better use of time: 0.

Notes: No notes were recorded for this subcomponent.

ver. 2

**MHS**

## 1.5 Companions

24. Some criminal acquaintances: Yes.
25. Some criminal friends: 0.
26. Few anticriminal acquaintances: Yes.
27. Few anticriminal friends: 0.

Notes: No notes were recorded for this subcomponent.

## 1.6 Alcohol/Drug Problem

No Alcohol/Drug Problem items were endorsed.

Notes: No notes were recorded for this subcomponent.

## 1.7 Procriminal Attitude/Orientation

No Procriminal Attitude/Orientation items were endorsed.

Notes: No notes were recorded for this subcomponent.

## 1.8 Antisocial Pattern

No Antisocial Pattern items were endorsed.

Notes: No notes were recorded for this subcomponent.

ver. 2



## Summary of General Risk/Need Item Responses

The assessor entered the following response values for the LS/CMI General Risk/Need section.

| Item | Response | Item | Response | Item | Response |
|------|----------|------|----------|------|----------|
| 1 | No | 20 | 3 | 39 | No |
| 2 | No | 21 | No | 40 | No |
| 3 | No | 22 | Yes | 41 | No |
| 4 | No | 23 | 0 | 41a | No |
| 5 | No | 24 | Yes | 41b | Yes |
| 6 | Yes | 25 | 0 | 41c | No |
| 7 | No | 26 | Yes | 41d | No |
| 8 | No | 27 | 0 | 42 | No |
| 9 | Yes | 28 | No | 42a | No |
| 10 | No | 29 | No | 42b | No |
| 11 | No | 30 | 3 | 42c | No |
| 12 | No | 31 | 3 | 43 | No |
| 13 | No | 32 | No | 43a | 0 |
| 14 | No | 33 | No | 43b | No |
| 15 | 0 | 34 | No | 43c | No |
| 16 | 0 | 35 | No | 43d | No |
| 17 | 0 | 36 | 3 | 43e | No |
| 18 | 3 | 37 | 3 | 43f | No |
| 19 | 3 | 38 | No | 43g | Yes |
|  |  |  |  | 43h | Yes |

## Additional Item Information

1. Number of Youth dispositions: Not Specified
1. Number of Adult convictions: Not Specified
4. Number of present offences: 1
7. Number of times punished for institutional  misconduct: Not Specified
31. Type of drug(s) used: Not Specified
35. Specify: Not Specified
43b. Number: Not Specified

## Summary of Omitted Responses

No General/Risk Need Factor items were omitted.

**MHS**

ver. 2

## Section 2: Specific Risk/Need Factors

The Specific Risk/Need Factors section derives from a review of the research literature. It pinpoints items that may not apply to the general offender population. When "specific" items occur in a given case, they may take a prominent role in the assessment of this offender's risk. Note that the items are **not** summed for a total Specific Risk/Need score. Rather, the endorsement of any item should be considered in planning Boaz Pleasant-bey's case management plan.

## Personal Problems with Criminogenic Potential

This section focuses on specific attributes and personal characteristics that may be particularly indicative of specific criminogenic needs. Items that were given "Yes" responses for this section are shown below:

8. Inappropriate sexual activity.

## History of Perpetration

This section includes a series of historical items that might constitute specific static risk factors. Note that the items refer to history and not simply to the current offence. Items that were given "Yes" responses for this section are shown below:

2. Sexual assault, extrafamilial, child/adolescent - female victim.
9. Physical assault, intrafamilial - child/adolescent victim.

## Section 3: Prison Experience - Institutional Factors

This section samples items that institutional classification staff have identified as crucial considerations over-and-above the General Risk/Need level and the other sections of the LS/CMI. The endorsement of any item should be considered when developing Boaz Pleasant-bey's case management plan.

### Past Incarceration:

Items that were given "Yes" responses for this section are shown below:

2. Last classification medium.

### Present Incarceration:

Items that were given "Yes" responses for this section are shown below:

No present incarceration factors were endorsed for Boaz Pleasant-bey.

### Barriers to release

Items that were given "Yes" responses for this section are shown below:

No barriers to Boaz Pleasant-bey's release were endorsed.

ver. 2

**≣MHS**

## Section 4: Other Client Issues (Social, Health, and Mental Health)

This section includes supplementary information that may impact on Boaz Pleasant-bey's classification and case management decisions. Note that the items are not summed for a total score. Items that were given "Yes" responses for this section are shown below:

1. Financial problems.

## Section 5: Special Responsivity Considerations

This section samples some of the dominant responsivity considerations in clinical research and correctional opinion. Responsivity factors are considerations that may impact upon choice of the most appropriate style and mode of service. Note that the items are not summed for a total score.

No special responsivity considerations were endorsed for Boaz Pleasant-bey.

## Section 6: Risk/Need Summary and Override

### Score-Based General Risk/Need Level

Medium

### Client-Based/Clinical Override

The client-based/clinical override was not used.

### Administrative/Policy Override

The Administrative/Policy override was not used.

No reason for using the Administrative/Policy override was specified.

### Final Risk/Need Level

Medium

## Section 7: Risk/Need Profile

The Risk/Need Profile information is presented in the sections of this report entitled "LS/CMI General Risk/Need Total Score" and "Assessment of General Risk/Need Factors."

ver. 2

**MHS**

# Section 8: Program/Placement Decision

Recommendation/Decision: Medium
Release Recommended: Not Specified
Institutional Placement: None Specified
Comments: None Specified

Summary of Findings: None Specified

Date Printed: Tuesday, March 01, 2011
**End of Report (Assessment # 66573)**

ver. 2



Identification Number and Certification

the requester do
NOT send to IRS.

**Name** (If joint names, list first and circle the name of the person or entity whose number you enter in Part I below. See instructions on page 2 if your name has changed.)

Pleasant-Bey, B    473113

**Business name** (Sole proprietors see instructions on page 2.)

P.O. BOX 5000

**Address** (number and street)

5249 HWY. 67 W

List account number(s) here (optional)

**City, state, and ZIP code**

MOUNTAIN CITY, TN. 37683

**Part I** — Taxpayer Identification Number (TIN)

**Part II** — For Payees Exempt From Backup Withholding (See instructions on page 2).

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). For sole proprietors, see the instructions on page 2. For other entities, it is your employer identification number (EIN). If you do not have a number, see How To Obtain a TIN, below.

**Social security number**
473 04 473 13

OR

**Employer identification number**

Requester's name and address (optional)

**Note:** If the account is in more than one name, see the chart on page 2 for guidelines on whose number to enter.

**Certification.**—Under penalties of perjury, I certify that:

(1) The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and

(2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding.

**Certification Instructions.**—You must cross out Item (2) above if you have been notified by the IRS that you are currently subject to backup withholding because of underreporting interest or dividends on your tax return. For real estate transactions, Item (2) does not apply. For mortgage interest paid, the acquisition or abandonment of secured property, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (Also see Signing the Certification on page 2.)

Please Sign Here   Signature ▶ *Bobby Pleasant - Bey*   Date ▶ 9-25-13

(Section references are to the Internal Revenue Code.)

**Purpose of Form.**—A person who is required to file an information return with the IRS must obtain your correct TIN to report income paid to you, real estate transactions, mortgage interest you paid, the acquisition or abandonment of secured property, or contributions you made to an IRA. Use Form W-9 to furnish your correct TIN to the requester (the person asking you to furnish your TIN) and, when applicable, (1) to certify that the TIN you are furnishing is correct (or that you are waiting for a number to be issued), (2) to certify that you are not subject to backup withholding, and (3) to claim exemption from backup withholding if you are an exempt payee. Furnishing your correct TIN and making the appropriate certifications will prevent certain payments from being subject to backup withholding.

**Note:** If a requester gives you a form other than a W-9 to request your TIN, you must use the requester's form.

**How To Obtain a TIN.**—If you do not have a TIN, apply for one immediately. To apply, get Form SS-5, Application for a Social Security Number Card (for individuals), from your local office of the Social Security Administration, or Form SS-4, Application for Employer Identification Number (for businesses and all other entities), from your local IRS office.

To complete Form W-9 if you do not have a TIN, write "Applied for" in the space for the TIN in Part I, sign and date the form, and give it to the requester. Generally, you will then have

60 days to obtain a TIN and furnish it to the requester. If the requester does not receive your TIN within 60 days, backup withholding, if applicable, will begin and continue until you furnish your TIN to the requester. For reportable interest or dividend payments, the payer must exercise one of the following options concerning backup withholding during this 60-day period. Under option (1), a payer must backup withhold on any withdrawals you make from your account after 7 business days after the requester receives this form back from you. Under option (2), the payer must backup withhold on any reportable interest or dividend payments made to your account, regardless of whether you make any withdrawals. The backup withholding under option (2) must begin no later than 7 business days after the requester receives this form back. Under option (2), the payer is required to refund the amounts withheld if your certified TIN is received within the 60-day period and you were not subject to backup withholding during that period.

**Note:** Writing "Applied for" on the form means that you have already applied for a TIN OR that you intend to apply for one in the near future.

As soon as you receive your TIN, complete another Form W-9, include your TIN, sign and date the form, and give it to the requester.

**What Is Backup Withholding?**—Persons making certain payments to you are required to withhold and pay to the IRS 20% of such payments under certain conditions. This is called "backup withholding." Payments that could be subject to backup withholding include interest, dividends,

broker and barter exchange transactions, rents, royalties, nonemployee compensation, and certain payments from fishing boat operators, but do not include real estate transactions.

If you give the requester your correct TIN, make the appropriate certifications, and report all your taxable interest and dividends on your tax return, your payments will not be subject to backup withholding. Payments you receive will be subject to backup withholding if:

1. You do not furnish your TIN to the requester, or

2. The IRS notifies the requester that you furnished an incorrect TIN, or

3. You are notified by the IRS that you are subject to backup withholding because you failed to report all your interest and dividends on your tax return (for reportable interest and dividends only), or

4. You fail to certify to the requester that you are not subject to backup withholding under (3) above (for reportable interest and dividend accounts opened after 1983 only), or

5. You fail to certify your TIN. This applies only to reportable interest, dividend, broker, or barter exchange accounts opened after 1983, or broker accounts considered inactive in 1983.

Except as explained in (5) above, other reportable payments are subject to backup withholding only if (1) or (2) above applies. Certain payees and payments are exempt from backup withholding and information reporting. See Payees and Payments Exempt From

Cat. No. 10231X

Form W-9 (Rev. 9-91)

# TENNESSEE DEPARTMENT OF CORRECTION
## ADULT SERVICES
### INITIAL CLASSIFICATION/IMMEDIATE FAMILY LIST

INMATE NAME _Boaz Pleasant -bey_ TDOC # _473110_

| Arrival Date | Immediate Family Member's Full Name | Relationship To Inmate | Sex | Race | Address: City/State/Zip | Phone |
|---|---|---|---|---|---|---|
| 02/17/11 | Antionette Brittenum | Friend of Family | Female | Black | 1423 Elvis Pesley Blvd. Memphis Tn. 3810L | 901-77-1-300-1 |
| 02/17/11 | Joshrealdwel Pleasant-Bey | Sister | Female | Black | 627 West Battle Street Talladega Alabama 55160 | |
| 02/17/11 | Dianne Mbeo | Friend | Female | Black | 2716 Mystic Cove Lane Pearland Texas 7758-1 | 901-907-1878 |
| 02/17/11 | Dingnell Bolo | Friend | Female | Black | 8010 Ashlee Farms Apart #2 Cordova Tenn., 38016 | 901-907-1755 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |



Staic of Tennessee

DEPARTMENT OF CORRECTION
*WEST TENNESSEE STATE PENITENTIARY*
P.O. BOX 1150
HENNING, TENNESSEE 38041-1150
TELEPHONE (731) 738 – 5044    FAX (731) 738 – 5947

## VISITATION HANDBOOK RECEIPT

I, *Boax Pleasant-Bey*,          *473110*
Inmate name                      TDOC Number

Do hereby acknowledge that I have received a copy of the West
Tennessee State Penitentiary Visitation Handbook.

_____          2/17/11
Inmate Signature                   Date

*IRC /Henning/*                    2/17/11
Staff Member Signature             Date

Case 3:22-cv-00093   Document 33-14   Filed 05/04/22   Page 200 of 200   PageID #: 2003