

| Grievance Id | Grievance Type | VI | L1 | L2 | L3 | Site | Posted Date | Resolved Date |
|---|---|---|---|---|---|---|---|---|
| 00347567 | COS COUNSELING STAF | | R | | | TTCC | 03/19/2021 | 03/22/2021 |
| 00343011 | HSV HEALTH SERVICES | | | | R | TTCC | 07/03/2020 | 07/13/2020 |
| 00339799 | VST VISITATION | | | R | | TTCC | 01/13/2020 | 01/28/2020 |
| 00337402 | REL RELIGION RELATE | | | | R | TTCC | 08/29/2019 | 12/13/2019 |
| 00335385 | REL RELIGION RELATE | | | | R | TTCC | 06/07/2019 | 11/21/2019 |
| 00331686 | LIB LIBRARY | | R | | | TTCC | 01/11/2019 | 01/23/2019 |
| 00329777 | PRO PROPERTY | | | | R | TTCC | 10/27/2018 | 11/27/2018 |
| 00326774 | REL RELIGION RELATE | Y | | | R | TTCC | 06/28/2018 | 08/28/2018 |
| 00325686 | IPP INSTITUTIONAL P | Y | | | R | TTCC | 05/22/2018 | 07/09/2018 |
| 00324036 | POL TDOC POLICY | | | | R | TCIX | 03/20/2018 | 04/03/2018 |

eTomis

**Grievance**

Menu   Favorites   Tools   Other Applications   Reports   Help   PROD

Links ▾   Suspend ☐

TOMIS ID  00473110  Pleasant-bey, Boaz     Status  ACTV  Location  TTCC

Reset key fields

Refresh

Enter

Search

FastPath   Go

Top Of List



| Grievance Id | Grievance Type | VI | L1 | L2 | L3 | Site | Posted Date | Resolved Date |
|---|---|---|---|---|---|---|---|---|
| 00323402 | FSE FOOD SERVICE | | R | | | NECX | 02/22/2018 | 04/03/2018 |
| 00315665 | FSE FOOD SERVICE | | | | R | NECX | 06/01/2017 | 07/13/2017 |
| 00315271 | REL RELIGION RELATE | | | | R | NECX | 05/18/2017 | 06/13/2017 |
| 00314842 | ADS ADMINISTRATIVE | | | | R | NECX | 05/04/2017 | 05/22/2017 |
| 00311424 | STP STAFF PERFORM., | Y | W | | | NECX | 01/26/2017 | 02/03/2017 |
| 00310490 | REL RELIGION RELATE | | R | | | NECX | 12/29/2016 | 01/06/2017 |
| 00309368 | FSE FOOD SERVICE | | W | | | WTSP | 11/29/2016 | 09/15/2016 |
| 00308583 | ADS ADMINISTRATIVE | Y | W | | | NECX | 11/09/2016 | 11/15/2016 |
| 00303604 | ADS ADMINISTRATIVE | | R | | | NECX | 06/30/2016 | 07/08/2016 |
| 00301777 | REL RELIGION RELATE | | | | R | NECX | 05/11/2016 | 07/26/2016 |

Search

Case 3:22-cv-00093   Document 33-18   Filed 05/04/22   Page 2 of 50   PageID #: 800



*eTomis*

**Grievance**

Menu   Favorites   Tools   Other Applications   Reports   Help   PROD

Links ▼   Suspend ☐

TOMIS ID   00473110   Pleasant-bey, Boaz

Status   ACTV   Location   TTCC

Reset key fields

Refresh

Enter

First

| Grievance Id | Grievance Type | VI | L1 | L2 | L3 | Site | Posted Date | Resolved Date |
|---|---|---|---|---|---|---|---|---|
| 00297546 | FSE FOOD SERVICE | | | | R | NECX | 01/11/2016 | 03/03/2016 |
| 00296568 | ADS ADMINISTRATIVE | | | | R | NECX | 12/03/2015 | 01/21/2016 |
| 00294990 | FSE FOOD SERVICE | | | | R | NECX | 10/15/2015 | 12/09/2015 |
| 00293936 | ADS ADMINISTRATIVE | | | | R | NECX | 09/10/2015 | 10/02/2015 |
| 00291134 | FSE FOOD SERVICE | | | | R | NECX | 06/25/2015 | 09/24/2015 |
| 00289067 | FSE FOOD SERVICE | | | | R | NECX | 04/29/2015 | 05/26/2015 |
| 00287246 | MAI MAIL | | R | | | NECX | 03/12/2015 | 03/28/2015 |
| 00285825 | REL RELIGION RELATE | Y | | | R | NECX | 01/28/2015 | 05/14/2015 |
| 00284082 | REL RELIGION RELATE | Y | | | R | NECX | 12/08/2014 | 04/14/2015 |
| 00283048 | REL RELIGION RELATE | | | | R | NECX | 11/05/2014 | 01/27/2015 |

Search  [        ]

FastPath  [    ]  Go



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

Boaz Pleasant-Bey     473110     WD-125/T.T.C.C.
NAME            NUMBER         INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: My sister was not allowed to change her pants upon her request to do so after her button wouldn't clear the medal detector (detector) for visitation after driving 5 hours.

REQUESTED SOLUTION: To allow visitors to change clothing to clear the medal detector if they are able to after traveling to Tennessee from other states.

Boaz Pleasant-Bey       12/22/19
Signature of Grievant          Date

═══════════════════════════════════════════════

### TO BE COMPLETED BY GRIEVANCE CLERK

WDC 3/339799     1-13-20     S % E Loy
Grievance Number      Date Received      Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____
         New Due Date           Signature of Grievant

═══════════════════════════════════════════════

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: _____

_____

_____

Chairperson's Response and Reason(s): _____

_____

_____

_____

DATE: _____     CHAIRPERSON: _____

Do you wish to appeal this response?    ✓    YES       _____ NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

Boaz Pleasant-Bey     1/16/20     [signature]
GRIEVANT         DATE         WITNESS

Distribution Upon Final Resolution:
White - Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)      Page 1 of 2      RDA 2244

CCI 000802



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**     **(continuation sheet)**

DESCRIPTION OF PROBLEM: On 12/22/19, my little sister (31) came from Alabama to visit me for her birthday. I haven't seen her in a year. Her pants had a button and zipper that wouldn't clear the medal detector for visitation. She drove 5 long hours and took off work to visit me. After several attempts to clear the medal detector, she suggested that she be allowed to change pants, and she was denied. She was told to go home and she cried all the way back to Alabama. The Captain denied her request to change pants.

Case 3:22-cv-00093   Document 33-18   Filed 05/04/22   Page 5 of 50 PageID #: 803   GCID 000803



# TENNESSEE DEPARTMENT OF CORRECTION

## RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT

DATE: 1-14-2020

Please respond to the attached grievance, indicating any action taken.

Date Due: 1.16.2020

4865 / 339799
Grievance Number

Boaz Pleasant - Bey
Inmate Name

473110
Inmate Number

Visitation staff has always covered the Metal detector procedure. Their are no exceptions 3 chances to clear once they start No Alterations can be done. This goes for staff as well. Everyone clears.

_James M. Taylor Jr_
SIGNATURE

1-14-2020
DATE

White - Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner

CR-3148 (Rev. 3-00)                                                                 RDA 2244

# TROUSDALE TURNER CORRECTIONAL CENTER
## NOTICE OF GRIEVANCE HEARING

Date: _1-24-20_  Grievant: _B. Pleasant-_  TDOC #: _473110_  Grievance #: _4865/334999_
_Bey_

Present during hearing: _Sgt. Lopez_  _I. Holmes_  _J. Curll_
Grievance Coordinator  Staff  Staff

_J. Vine_  _P. Barham_  _D. McMeen_
Inmate Clerk  Inmate  Inmate

Grievant enters. The Coordinator read the grievance, supervisor's response and the grievance solution.
Procedures were explained.

This complaint is on: _Visitation Staff ... " My sister was not allowed to_
_Change her pants ... her button would'nt clear the Metal Detector,_
_after driving 5 hours. "_

_Inmate Solution: "... allow ~~that~~ Visitors to Change Clothing to Clear the_
_Metal Detector, if they are able to, after travelling to Tennessee from_
_other States. "_

CCI 000805

TWO WAY MESSAGE

TO: Sgt. Lopez

FROM: B. Pleasant-Bey
#473110, WD-125

SUBJECT: Grievance Withdrawl          DATE: 1/29/20

**MESSAGE**

I believe I told you that I gave my little sister my word that I will do everything in my power to try to change the policy or procedure in visitation from my end. I just wanted to let you know that I value your professional opinion because it weighed heavy in my decision to withdraw the grievance. I do believe that you helped me to make the best decision. Thank you

SIGNED: Booz Pleasant Bey

**REPLY**

DATE:                    SIGNED:

GS-0747 (Rev. 9-91)

SENDER: DETACH LAST COPY AND FILE FOR FOLLOW UP.



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE RESPONSE**

| Boaz Pleasant-Bey | 473110 | TTCC-WD125 | 4865/339799 |
|-------------------|--------|------------|-------------|
| NAME | NUMBER | INSTITUTION & UNIT | GRIEVANCE NUMBER |

Summary of Evidence and Testimony Presented to Committee _Visitor was denied visit for_ _the day due to wardrobe._

Inmate Grievance Committee's Response and Reasons _Concur with Supervisor._

| 1/24/2020 | S % C. Lody | Denver NXM24h |
|-----------|-------------|---------------|
| DATE | CHAIRMAN | MEMBER |

| I. Malone | J Clark | P Parkus |
|-----------|---------|----------|
| MEMBER | MEMBER | MEMBER |

---

Warden's Response:     Agrees with Proposed Response     ☑

Disagrees with Proposed Response     ☐

If  Disagrees, Reason(s) for Disagreement _____

Action Taken: _____

DATE: _1-25-2020_     WARDEN'S SIGNATURE: _____

Do you wish to appeal this response? _____ YES ✓ NO

If yes:   Sign, date and return to chairman for processing.  Grievant may attach supplemental clarification of issues or rebuttal/reaction
to previous responses if so desired.

| _Boaz_ | _1/28/20_ | |
|--------|-----------|---|
| GRIEVANT | DATE | WITNESS |

Commissioner's Response and Reason(s): _____

| _____ | _____ |
|---------------------|---------------------|
| DATE | SIGNATURE |

Distribution Upon Final Resolution:
White - Inmate Grievant     Canary - Warden     Pink - Grievance Committee     Goldenrod - Commissioner

CR-1393 (Rev. 3-00)                                                                 RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**

NAME: Boaz Pleasant-Bey  NUMBER: 473110  INSTITUTION & UNIT: TTCC/WD-125 A

DESCRIPTION OF PROBLEM: CCA, Warden Byrd, AW Davidson, AW Ventrell, Chief Billenburgh all failed to protect me from catching the COVID-19 virus by moving a COVID-19 positive inmate into WD-Unit a COVID-19 negative Unit

REQUESTED SOLUTION: To stop moving COVID-19 positive inmates into WD-Unit

Signature of Grievant: Boaz Pleasant-Bey  Date: 6/11/20

==========================================================

*TO BE COMPLETED BY GRIEVANCE CLERK*

Grievance Number: _____  Date Received: 7-3-20  Signature Of Grievance Clerk: _____

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____  New Due Date  Signature of Grievant: _____

==========================================================

**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: _____

_____

_____

Chairperson's Response and Reason(s): _____

_____

_____

DATE: 7/7/20  CHAIRPERSON: _____

Do you wish to appeal this response?  ✓ YES  _____ NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

GRIEVANT: _____  DATE: 7/7/20  WITNESS: Derrici McMath  I'm illiterate

Distribution Upon Final Resolution:

White – Inmate Grievant  Canary – Warden  Pink – Grievance Committee  Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)  Page 1 of 2  RDA 2244

Case 3:22-cv-00093  Document 33-18  Filed 05/04/22  Page 10 of 50 PageID #: 568

CCA 000808



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**     (continuation sheet)

DESCRIPTION OF PROBLEM: On or about 6/11/20 at about 9:30 p.m. the SORT TEAM Officers moved an inmate out of WD-Unit because his COVID-19 Test Results returned positive. The inmate said (on his way out,) "They tested me before and I was positive before I came into this Unit last week." On 6/7/20, WD-Unit was put on quarantine lockdown because CCA, Warden Byrd, A/W Vantrell, A/W Davidson, and Chief Bollenburgh were all responsible for moving a COVID-19 positive inmate into WD-Unit (a COVID-19 negative Pod) on or about 6/2/20. That inmate was retested on 6/8/20 for COVID-19, after he had been living around 127 other COVID-19 negative inmates for almost an entire week in WD-Unit.

After the SORT TEAM Officers removed the COVID-19 inmate from the pod (on 6/11/20 at 9:30 p.m.) A/W Davidson came to the front of WD-Unit door. At about 9:40-9:45 A/W Davidson was asked at the front door by inmate George Muhammad, "Why did Warden Byrd, you, A/W Vantrell and Chief Bollenburgh move a COVID-19 positive inmate into WD-Unit, a negative pod with No COVID-19 inmates when it can kill us?" She arrogantly answered "What makes you so special? We do what we want to do. Why do you think that it can't happen to you?" A/W Davidson clearly expressed that they previously moved three COVID-19 positive inmates into WD-Unit on April 26th 2020 while the Unit had nothing but COVID-19 negative inmates in it because, "You guys are not special. Other inmates have been exposed to it as well! So should you."

I can possibly die from COVID-19. I was not sentenced to death. No COVID-19 positive inmates should be moved into WD-Unit (the only COVID-19 negative Unit at Trousdale Turner). Their actions have exposed me to the virus again.

Case 3:22-cv-00093   Document 33-18   Filed 05/04/22   Page 11 of 50 PageID #: 809



## TENNESSEE DEPARTMENT OF CORRECTION

### RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT

DATE: 7-7-2020

Please respond to the attached grievance, indicating any action taken.

Date Due: 7-8-2020

5115-343011     Pleasant-Bey, Boaz     473110
Grievance Number        Inmate Name        Inmate Number

Mr. Pleasant-Bey,

The medical department does not control inmate housing assignments.

L. Miller, RN
SIGNATURE

7-7-2020
DATE

White - Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner

CR-3148 (Rev. 3-00)                    RDA 2244

COJ-000810



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE RESPONSE

Boaz Pleasant-Roy      473110      TTCC - CWB125      5115/243011
NAME | NUMBER | INSTITUTION & UNIT | GRIEVANCE NUMBER

Summary of Evidence and Testimony Presented to Committee _____

_____

Inmate Grievance Committee's Response and Reasons  Grievance denied Inappropriate

aleg # Sully VI (II) (Yes).

_____

7/6/2020          S. Y. Clyn
DATE | CHAIRMAN | MEMBER

MEMBER | MEMBER | MEMBER

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Warden's Response:     Agrees with Proposed Response  ☒

Disagrees with Proposed Response  ☐

If Disagrees, Reason(s) for Disagreement _____

_____

Action Taken: _____

DATE: 7/7/00     WARDEN'S SIGNATURE: _____ Aci Wadded

Do you wish to appeal this response? ____ YES ____ NO

If yes:    Sign, date, and return to chairman for processing.  Grievant may attach supplemental clarification of issues or rebuttal/reaction to previous responses if so desired.

Boaz          7/8.7070
GRIEVANT | DATE | WITNESS

= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = =

Commissioner's Response and Reason(s): _____

_____

_____

DATE | SIGNATURE

Distribution Upon Final Resolution:
White - Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod - Commissioner

CR-1393 (Rev. 3-00)          RDA 2244

wrv



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE RESPONSE**

Boaz Pleasant-Bey          473110          TTCC -WB)25      5115/343011
        NAME                      NUMBER          INSTITUTION & UNIT      GRIEVANCE NUMBER

Summary of Evidence and Testimony Presented to Committee _____

_____

Inmate Grievance Committee's Response and Reasons  Grievance deemed Inappropriate

policy # 501.01  VI (H)(8).

7/8/2020 _____      S ½ Clay _____      _____
        DATE                      CHAIRMAN                      MEMBER

_____      _____      _____
        MEMBER                      MEMBER                      MEMBER

========================================================================

Warden's Response:    Agrees with Proposed Response    ☒

Disagrees with Proposed Response    ☐

If Disagrees, Reason(s) for Disagreement _____

_____

Action Taken: _____

DATE: 7-9-20 _____    WARDEN'S SIGNATURE: _____ Ady weddin

Do you wish to appeal this response?    ✓ YES    _____ NO

If yes:   Sign, date, and return to chairman for processing.  Grievant may attach supplemental clarification of issues or rebuttal/reaction
          to previous responses if so desired.

X _____      7/2.2020 _____      _____
        GRIEVANT                      DATE                      WITNESS

========================================================================

Commissioner's Response and Reason(s):

        RECEIVED

        JUL 13 2020

_____    TDOC Operations          _____
    DATE                                      SIGNATURE

Distribution Upon Final Resolution:

        White - Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod - Commissioner

CR-1393 (Rev. 3-00)                                      RDA 2244

2ママ

 Department of Correction

# MEMO

Inmate Name: _Bass Plessant-Bey_     TDOC Number: _473110_

Institution: _MCC_     Housing Unit: _WA125_

Institution Grievance Number: _545_     TOMIS Grievance Number: _393611_

Commissioner's Response:

☐ Concur with Warden     ☑ Concur with Supervisor     ☑ Appeal Denied

_1-13-2020_
Date

_Lee Dotson_
Assistant Commissioner of Prisons

TP-1A

Department of Correction • 6ᵗʰ Floor Rachel Jackson Building • 320 Sixth Avenue North •
Nashville, TN 37243 • Tel: 615-253-8180 • Fax: 615-253-1668 • tn.gov/Correction

REG 1603
Charles



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**

NAME: *Boaz Pleasant-Bey*  NUMBER: *473110*  INSTITUTION & UNIT: *TTCC/WD-125*

DESCRIPTION OF PROBLEM: *Case Manager Crawford intentionally ignored my request for scheduling a Judicial Conference with the Federal Judge while making time to handle matters not related to her job.*

REQUESTED SOLUTION: *To provide me with a case manager who does her job. To require her not to retaliate because I filed a grievance.*

Signature of Grievant: *Boaz Pleasant Bey*     Date: *3/15/21*

===========================================================

*TO BE COMPLETED BY GRIEVANCE CLERK*

Grievance Number: *5769/347567*    Date Received: *3/19/2021*    Signature Of Grievance Clerk: *SCO Holley*

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____

New Due Date _____    Signature of Grievant _____

===========================================================

**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: *I'm had call with Judge Thomas L. paker on march 17, 2021*

Chairperson's Response and Reason(s): *Concur w/ Supervisor*

DATE: *3/22/2021*    CHAIRPERSON: *SCO Holley*

Do you wish to appeal this response? _____ YES    ✓ NO

If yes:  Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

GRIEVANT     DATE: *3/22/21*     WITNESS

Distribution Upon Final Resolution:
　　　White - Inmate Grievant　　Canary – Warden　　Pink – Grievance Committee　　Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)    Page 1 of 2    RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**  (continuation sheet)

DESCRIPTION OF PROBLEM: On 3/10/21 The Federal, Judge Thomas L. Parker Ordered Me to have a telephonic Scheduling Conference with him. I Made several attempts to meet with C/M Crawford to set time aside for that Conference meeting with the Judge. Every time I made an attempt to meet with her, she arrogantly raises her hand in my face, and waives it to move me away, signaling she's busy.

On 3/18/21 at 8:00pm, I made another attempt to meet with her and she said, "I'm busy doing strong R's". She arrogantly raised her hand in my face again & I couldn't help but notice about 10 minutes later, I saw her going to WC-Pod, WA-Pod and WB-Pod with inmates blankets and sheets in her hands she took from them. She took the time to spend 8:10 - 8:49 pm about 30 mins. to address sheets and blankets, but she is "too busy" to handle the important issue of a legal Judicial Conference Call with a Federal Judge set for 3/17/21 at 2:30 pm! Obviously, she is unskilled in the Art of Planning a daily Schedule, but has the time to harrass inmates about sheets and blankets that she collects, during the time-frame she should be answering inmate request forms and addressing substantial matters involving her job as a "Case Manager". The Q in each pod can address issues about sheets and blankets, not the Case Manager!

I am requesting for a replacement of another Case Manager in place of C/M Crawford for Whiskey Unit who knows how to perform the impartial professional duties of a Case Manager. I have stayed out of trouble to earn my way into Whiskey Unit. I should at least receive the professional help I need from my Case Manager when needed. She may not "like me" but she should respect me as a person who needs her assistance! Chances are, if a case manager is too busy worried about sheets and blankets, and the duties of officers, she can't be occupied with handling her responsibilities as a case Manager!

Distribution Upon Final Resolution:

White - Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)

Case 3:22-cv-00093   Document 33-18   Filed 05/04/22   Page 17 of 50 PageID #: 815
con-000815

WP125



**TENNESSEE DEPARTMENT OF CORRECTION**

<u>RESPONSE OF SUPERVISOR OF GRIEVED EMPLOYEE OR DEPARTMENT</u>

DATE: 3/22/2021

Please respond to the attached grievance, indicating any action taken.

Date Due: 3/22/2021

Grievance Number: 5769/347567

Inmate Name: BOAZ PLEASANT-BEY

Inmate Number: 473110

THIS GRIEVANCE HAS NO MERIT. THE WARDEN'S SECRETARY MRS. OSWALD SCHEDULES THE DATE AND TIME FOR ZOOM CALLS IN VISITATION, NOT CASE MANAGER CRAWFORD. INMATE BOAZ PLEASANT-BEY DID SPEAK WITH JUDGE THOMAS L. PARKER ON WEDNESDAY, MARCH 17TH, 2021.

SIGNATURE: Robert A Charles

DATE: 3/22/2021

White - Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner

CR-3148 (Rev. 3-00)                                                            RDA 2244



**Grievance**

Links ▾    Suspend ☐

TOMIS ID  **00473110**   Pleasant-bey, Boaz          Status   ACTV

Reset key fields

Refresh

Enter

| Grievance Id | Grievance Type | VI | L1 | L2 | L3 | Site | Posted Date |
|---|---|---|---|---|---|---|---|
| 00347567 | COS COUNSELING STAF | | R | | | TTCC | 03/19/2021 |
| 00343011 | HSV HEALTH SERVICES | | | | R | TTCC | 07/03/2020 |
| 00339799 | VST VISITATION | | | R | | TTCC | 01/13/2020 |
| 00337402 | REL RELIGION RELATE | | | | R | TTCC | 08/29/2019 |
| 00335385 | REL RELIGION RELATE | | | | R | TTCC | 06/07/2019 |
| 00331686 | LIB LIBRARY | | R | | | TTCC | 01/11/2019 |
| 00329777 | PRO PROPERTY | | | | R | TTCC | 10/27/2018 |
| 00326774 | REL RELIGION RELATE | Y | | | R | TTCC | 06/28/2018 |
| 00325686 | IPP INSTITUTIONAL P | Y | | | R | TTCC | 05/22/2018 |
| 00324036 | POL TDOC POLICY | | | | R | TCIX | 03/20/2018 |

Search  [            ]

FastPath
[        ]  Go

Top Of List

CCJ-000817



eTomis

Menu    Favorites    Tools    Other Applications    Reports    Help

**Grievance**

Links ▼    Suspend ☐

TOMIS ID    00473110    Pleasant-bey, Boaz    Status ACTV

Description    Site Coordinator    Central Office    Commissioner

Reset key fields

Inquire

Refresh

Modify

Delete

| | | | | | |
|---|---|---|---|---|---|
| Grievance ID | 00325686 | | Site | TTCC | **Trousdale Turner Correction** |
| Category | REG | | **Regular - Standard** | | |
| Grievance Type | IPP | | **Institutional Policies/proced** | | |

Signed Date    04/28/2018          Title VI Complaint        Yes

Log Date    05/22/2018          Institution Log Number    319

Grieved Against    COCKLY01

Grievance Text    INMATE CLAIMS THAT HE IS BEING DISCRIMINATED AGAINST
BEING PLACED IN THE LOCKDOWN UNITS OR GANG UNITS BECAUSE HE'S A BL
MALE.

Posted By    COCKLY01 Cockrell, Lybrunca          Date    05/22/2018

FastPath

Go











ETomis

Menu   Favorites   Tools   Other Applications   Reports   Help

**Grievance**

Links ▼   Suspend ☐

TOMIS ID   00473110   Pleasant-bey, Boaz   Status   ACTV

Description   Site Coordinator   Central Office   Commissioner

Reset key fields

Inquire

Refresh

Modify

Delete

Grievance ID   00326774   Category   REG   Regular - Stand

Grievance Type   REL   Religion Related   Title VI Complaint   Y

Log Date   06/28/2018   Institution Log Numb

Site Coordinator Response Date Due   07/06/2018   Actual   07/05/2018

Chairperson Notification Date Due   07/09/2018   Actual   07/06/2018

Action Taken   Date

Deemed Title VI by Site Coord   N

Referral to Central Offc. Date Due   07/19/2018   Actual   07/23/2018

**Comments**

IT WAS NOTED THAT INMATE BOAZ-PLEASANT BEY IS NOT BEING DISCRIMINATE
AGAINST. THE FACILITY HAS AN AUTHORIZED APPROVE VENDOR LIST THAT ONI
CONSIST OF UNION SUPPLY.

Posted By   COCKLY01   Cockrell, Lybrunca   Date   07/18/2018

FastPath   ☐   Go

C031 000823



eTomis

| Menu | Favorites | Tools | Other Applications | Reports | Help |

**Grievance**

Links ▼   Suspend ☐

TOMIS ID   **00473110**   Pleasant-bey, Boaz            Status   ACTV

| Description | Site Coordinator | Central Office | Commissioner |

Reset key fields

Inquire

Refresh

Modify

Delete

Grievance ID   00326774                    Category   REG   Regular - Stan

Grievance Type   REL   Religion Related              Title VI Complaint

Log Date   06/28/2018                          Institution Log Num

Referral to Central Offc. Date Due   07/19/2018        Actual   07/23/2018

Central Office Response Date Due   08/23/2018          Actual   08/09/2018

Central Office Tracking Number   T6-18-5426            Substantiated by C.(

Action Taken   A    Appealed To Next Level             Date

Appeal to Commissioner Date   08/30/2018              Actual   08/21/2018

**Comments**

CONCUR WITH ASSISTANT WARDEN.

Posted By   COCKLY01 Cockrell, Lybrunca          Date   08/28/2018

FastPath
[        ]  Go



eTomis

| Menu | Favorites | Tools | Other Applications | Reports | Help |

**Grievance**

Links ▼   Suspend ☐

TOMIS ID  00473110   Pleasant-bey, Boaz          Status  ACTV

Description | Site Coordinator | Central Office | **Commissioner**

Reset key fields

Inquire
Refresh
Modify
Delete

| | | |
|---|---|---|
| Grievance ID | 00326774 | Category  REG   Regular - S |
| Grievance Type | REL  Religion Related | Title VI Complaint |
| Referral to Central Offc. Date Due | 07/19/2018 | Actual  07/23/2018 |
| Central Office Tracking Number | T6-18-5426 | Substantiated by C. |
| Appeal to Commissioner Date Due | 08/30/2018 | Actual  08/21/2018 |
| Commissioner Received Appeal Date | 08/24/2018 | |
| Commissioner Response Date Due | 10/05/2018 | Actual  08/28/2018 |
| Remanded - (Y)es or (N)o | N | |

**Decision**

**CONCUR WITH CENTRAL OFFICE COORDINATOR.**

| | | | | |
|---|---|---|---|---|
| Decision By | SEXTDA01 | Sexton, David | Date | 08/28/2018 |
| Posted By | COCKLY01 | Cockrell, Lybrunca | Date | 08/28/2018 |

FastPath
[   ]   Go

CODU 000825



Case 3:22-cv-00093   Document 33-18   Filed 05/04/22   Page 28 of 50 PageID #: 826

CoreCivic 000826



_eTomis_

Menu    Favorites    Tools    Other Applications    Reports    Help

**Grievance**

Links ▼    Suspend ☐

TOMIS ID    00473110    Pleasant-bey, Boaz    Status    ACTV

Description    Supervisor    Warden    Commissioner

Reset key fields

Inquire
Refresh
Modify
Delete

Grievance ID    00329777    Category    REG    Regular - Standard

Grievance Type    PRO    Property

Log Date    10/27/2018    Institution Log Number    3717

Supervisor Response Date Due    10/31/2018    Actual    10/31/2018

Chairperson Response Date Due    11/06/2018    Actual    10/31/2018

Action Taken    A    Date    By

Appeal to Level 2 Date Due    11/05/2018    Actual    11/14/2018

Extension Number of Days

| Comments |
|---|
| INMATE PLEASANT-BEY UPON REVIEW OF YOUR CLAIM, THERE WAS PROOF OF OWNERSHIP SO THE CLAIM WAS DENIED. CLAIM #2018-16 |

Posted By    COCKLY01    Cockrell, Lybrunca    Date    11/19/2018

FastPath    Go





COTI 000829





COJ 000834



## Grievance

Links ▾  Suspend ☐

TOMIS ID  00473110  Pleasant-bey, Boaz  Status  ACTV

Supervisor   Warden   Commissioner

Reset key fields

Inquire
Refresh
Modify
Delete

Grievance ID     00335385          Site  TTCC     Trousdale Turner Correction

Category         REG               Regular - Standard

Grievance Type   REL               Religion Related

Signed Date      06/05/2019                        Title VI Complaint        No

Log Date         06/07/2019                        Institution Log Number    4414

Grieved Against  COCKLY01

Grievance Text   INMATE CLAIMS THAT HE WAS DENIED TO HAVE TRADITIONAL
DURING A FEAST.

Posted By  COCKLY01 Cockrell, Lybrunca          Date  06/07/2019

FastPath
Go

CCR 000832



eTomis

Menu    Favorites    Tools    Other Applications    Reports    Help

**Grievance**

Links ▾    Suspend ☐

TOMIS ID    **00473110**    Pleasant-bey, Boaz    Status    ACTV

Reset key fields

Description    Supervisor    Warden    Commissioner

Inquire
Refresh
Modify
Delete

Grievance ID   00335385                              Category    REG   Regular - Standard

Grievance Type   REL   Religion Related

Log Date   06/07/2019                               Institution Log Number   4414

Supervisor Response Date Due    06/12/2019    Actual   10/30/2019

Chairperson Response Date Due   08/30/2019    Actual   11/07/2019

Action Taken   A          Date                  By

Appeal to Level 2 Date Due   09/04/2019    Actual   11/07/2019

Extension Number of Days   143

| Comments |
| --- |
| SUPERVISOR ATTACHED AFFIDAVIT. |

Posted By   LOPEEL03   Lopez, Elizabeth          Date   11/20/2019

FastPath            Go



eTomis

Menu   Favorites   Tools   Other Applications   Reports   Help

**Grievance**

Links ▾    Suspend ☐

TOMIS ID  00473110   Pleasant-bey, Boaz              Status  ACTV

Description     Supervisor                Commissioner

Reset key fields

Inquire
Refresh
Modify
Delete

| | | | | |
|---|---|---|---|---|
| Grievance ID | 00335385 | Category | REG | Regular - Standard |
| Grievance Type | REL | Religion Related | | |
| Log Date | 06/07/2019 | Institution Log | 4414 | |

| | | | |
|---|---|---|---|
| Appeal to Level 2 Date Due | 09/04/2019 | Actual | 11/07/2019 |
| Board Hearing Date Due | 09/11/2019 | Actual | 11/07/2019 |
| Warden Recommendation Date Due | 09/18/2019 | Actual | 11/13/2019 |
| Warden Response Date Due | 09/27/2019 | Actual | 11/13/2019 |
| Warden Response Code | A   (A)gree or (D)isagree | | |
| Action Taken  A      Date | | By | |
| Appeal to Level 3 Date Due | 10/02/2019 | Actual | 11/18/2019 |

Extension Number of Days

| Comments |
|---|
| CONCUR WITH SUPERVISOR |

FastPath          Go

Posted By  LOPEEL03   Lopez, Elizabeth              Date   11/20/2019



eTomis

Menu    Favorites    Tools    Other Applications    Reports    Help

**Grievance**

Links ▼    Suspend ☐

TOMIS ID   00473110    Pleasant-bey, Boaz    Status   ACTV

Description    Supervisor    Warden

Reset key fields

Inquire
Refresh
Modify
Delete

Grievance ID      00335385          Category   REG  Regular - Standard
Grievance Type   REL  Religion Related
Log Date          06/07/2019        Institution Log Number   4414
Appeal to Level 2 Date Due   09/04/2019        Actual   11/07/2019
Appeal to Level 3 Date Due   10/02/2019        Actual   11/18/2019
Appeal Received Level 3 Date   11/19/2019
Commissioner Response Date Due   11/06/2019    Actual   11/21/2019
Remanded - (Y)es or (N)o          N

| Decision |
| --- |
| CONCUR WITH WARDEN |

Decision By   DOTSLE02   Dotson, Lee          Date   11/21/2019
Posted By     LOPEEL03   Lopez, Elizabeth     Date   12/18/2019

FastPath
_____   Go



Case 3:22-cv-00093   Document 33-18   Filed 05/04/22   Page 38 of 50 PageID 0836









Menu    Favorites    Tools    Other Applications    Reports    Help

**Grievance**

Links ▼    Suspend ☐

TOMIS ID    00473110    Pleasant-bey, Boaz                    Status   ACTV

Description    Supervisor    Warden    Commissioner

Reset key fields

Inquire
Refresh
Modify
Delete

Grievance ID    00339799        Site   TTCC    **Trousdale Turner Correction**

Category    REG    Regular - Standard

Grievance Type   VST    Visitation

Signed Date    12/22/2019            Title VI Complaint    No

Log Date    01/13/2020            Institution Log Number    486!

Grieved Against   LOPEEL03

Grievance Text    INMATE CLAIMS HIS SISTER WAS NOT ABLE TO CLEAR THE CH
INT DUE TO HER CLOTHES. INMATE CLAIMS THE SHIFT SPERVISOR DENIED HE
HER VISIT.

Posted By   LOPEEL03   Lopez, Elizabeth            Date   01/13/2020

FastPath
                    Go



eTomis

**Grievance**

Menu   Favorites   Tools   Other Applications   Reports   Help

Links ▾   Suspend ☐

TOMIS ID   00473110   Pleasant-bey, Boaz        Status   ACTV

Description        Warden   Commissioner

Reset key fields

Inquire
Refresh
Modify
Delete

Grievance ID   00339799              Category   REG   Regular - Standard

Grievance Type   VST   Visitation

Log Date   01/13/2020              Institution Log Number   4865

Supervisor Response Date Due   01/16/2020       Actual   01/14/2020

Chairperson Response Date Due   01/23/2020      Actual   01/16/2020

Action Taken   A   Date              By

Appeal to Level 2 Date Due   01/28/2020         Actual   01/16/2020

Extension Number of Days

| Comments |
|---|
| ALL STAFF AND VISITORS ARE GIVEN 3 TRY'S TO CLEAR THE METAL DETECTOR, THERE ARE NO EXCEPTIONS. |

Posted By   LOPEEL03   Lopez, Elizabeth              Date   01/21/2020

FastPath          Go

COJ-000844



Case 3:22-cv-00093   Document 33-18   Filed 05/04/22   Page 44 of 50 PageID #: 545

CCI 000842



GDOC 000843



eTomis

**Grievance**

Menu    Favorites    Tools    Other Applications    Reports    Help

Links ▾    Suspend ☐

TOMIS ID  **00473110**    Pleasant-bey, Boaz                    Status  **ACTV**

| Description | | Warden | Commissioner |

Reset key fields

Inquire
Refresh
Modify
Delete

Grievance ID  00343011                    Category    **INP**    Inappropriate - Non-g

Grievance Type  **HSV**  Health Services

Log Date    **07/03/2020**                    Institution Log Number    **5115**

Supervisor Response Date Due    **07/08/2020**        Actual  **07/07/2020**

Chairperson Response Date Due    **07/14/2020**        Actual  **07/07/2020**

Action Taken  **A**    Date                    By

Appeal to Level 2 Date Due    **07/12/2020**        Actual  **07/07/2020**

Extension Number of Days

| Comments |
| --- |
| THE MEDICAL DEPARTMENT DOES NOT CONTROL INMATE HOUSING ASSIGNMENT |

Posted By  **LOPEEL03**  Lopez, Elizabeth                    Date  **07/08/2020**

FastPath
            Go



Case 3:22-cv-00093   Document 33-18   Filed 05/04/22   Page 47 of 50 PageID #: 545

CCJ-000845



CCH 000846



eTomis

**Grievance**

Links ▾    Suspend ☐

TOMIS ID    **00473110**    Pleasant-bey, Boaz    Status    ACTV

Reset key fields

Inquire
Refresh
Modify
Delete

Description    Supervisor    Warden    Commissioner

Grievance ID    00347567    Site    TTCC    **Trousdale Turner Correction**

Category    REG    **Regular - Standard**

Grievance Type    COS    **Counseling Staff**

Signed Date    03/15/2021    Title VI Complaint    No

Log Date    03/19/2021    Institution Log Number    576

Grieved Against    HOLLJA10

Grievance Text    INMATE CLAIMS CASE MANAGER CRAWFORD INTENTIONALLY IGN HIS REQUESTS FOR SCHEDULING A JUDICIAL CONFERENCE WITH THE FEDERAL GE WHILE MAKING TIME TO HANDLE MATTERS NOT RELATED TO HER JOB.

Posted By    HOLLJA10    Holley, Janel    Date    03/19/2021

FastPath
[    ]    Go

http://10.10.166.26:8096/Xhtml?JacadaApplicationName=ETOMIS&SessionId=-1774362...    3/25/2021

