# VERIFICATION

I have read the foregoing Interrogatories, and the Answers thereto are true and accurate to the best of my knowledge and information.

_____
Jon Shonebarger

STATE OF TENNESSEE    )
                      )
COUNTY OF Trousdale   )

Before me, the undersigned, a Notary Public in and for said county and state, personally appeared Jon Shonebarger, with whom I am personally acquainted or proven to me on the basis of satisfactory evidence, who acknowledged that he has executed the foregoing instrument of his own free will, and that he did so for the purposes and considerations therein expressed.

Sworn to and subscribed before me on this 8 day of February, 2021.

_____        [SEAL]
Notary Public

My commission expires:

June 4, 2023

*MICHELLE OSWALD*
*STATE OF TENNESSEE NOTARY PUBLIC*
*COUNTY OF TROUSDALE*
My Comm. Expires
June 4, 2023