```
 1           IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF TENNESSEE
 2                   NASHVILLE DIVISION

 3   _____

 4   BOZA PLEASANT-BEY,                )
                                       )
 5          Plaintiff,                 )
                                       )
 6   v.                                )   No. 3:19-cv-00486
                                       )
 7                                     )
     STATE OF TENNESSEE, ET AL,        )
 8                                     )
            Defendants.                )
 9   _____

10
     The Deposition of:    ROBERT HILL
11                         July 12, 2021

12   _____

13

14

15

16

17

18

19

20

21

22   _____

23                   JANIE W. GARLAND
                   Briggs & Associates
24          222 Second Avenue North, Suite 340M
                 Nashville, Tennessee 37201
25                   (615)714-5350
```

Page 2

```
 1          The deposition of ROBERT HILL was taken by
    counsel for the Plaintiff, by notice, via Zoom, on
 2  July 12, 2021, pursuant to the provisions of the
    Federal Rules of Civil Procedure.
 3          All formalities as to notice, caption,
    certificate, reading and signing of the deposition
 4  are waived.  All objections, except as to the form of
    the questions, are reserved to the hearing.
 5  _____

 6

 7  APPEARANCES:

 8

 9  For the Plaintiff:  Tricia Herzfeld
                        Janna Maples
10                      Attorneys at Law
                        Branstetter, Stranch & Jennings
11                      223 Rosa L. Parks Avenue
                        Suite 200
12                      Nashville, TN 37203
                        triciah@bsjfirm.com
13                      jannam@bsjfirm.com

14

15  For the Defendant:  Thomas J. Aumann
    State of Tennessee  TN Attorney General's Office
16                      P.O. Box 20207
                        Nashville, TN 37202-0207
17                      thomas.aumann@ag.tn.gov

18

19

20  For the Defendant:  Joseph F. Welborn
    CoreCivic            Erin Palmer Polly
21                      Attorneys at Law
                        K&L Gates
22                      222 Second Avenue South
                        Suite 1700
23                      Nashville, TN 37201
                        joe.welborn@klgates.com
24                      erin.polly@klgates.com

25
```

```
 1                          INDEX
```

```
 2    Examination by Ms. Herzfeld . . . . . . . Page  4

 3    Examination by Mr. Welborn  . . . . . . . Page 16
```

```
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          ROBERT HILL,

2   having been first duly sworn, testified as follows:

3   EXAMINATION BY MS. HERZFELD:

4        Q.   Mr. Hill, my name is Tricia Herzfeld, and

5   I represent Mr. Pleasant-Bey who is the plaintiff in

6   this case.  Are you familiar with the allegations in

7   the complaint in this case?

8        A.   I've been briefed on it, yes.

9        Q.   Okay.  Great.  And what is your

10  understanding of what claims are at issue in this

11  case?

12       A.   Well, it's about religious properties, as

13  well as his diet, and so I've read the case file,

14  yes.

15       Q.   And what was in the case file that you

16  read?

17       A.   It was about his Khuff's (phonetic) and

18  about his religious diet there at Trousdale Turner.

19       Q.   Okay.  What documents did you read?

20       A.   I couldn't hear you.  Can you say that

21  again?

22       Q.   Which documents did you read?

23       A.   The official complaint that was filed.

24       Q.   Did you read any other documents?

25       A.   Just the official complaint.

1          Q.   Besides the official complaint, did you

2    read anything else?

3          A.   I did read some of his religious -- prior

4    complaints, yes.

5          Q.   Would those be court complaints or

6    grievances?

7          A.   Grievances.

8          Q.   What were those grievances about?

9          A.   It was still concurrent with his religious

10   properties, as well as his religious diet.

11         Q.   And did you find that document yourself or

12   did your counsel provide them for you?

13         A.   It was provided by counsel.

14         Q.   And other than the grievances and the

15   official complaint, was there anything else that you

16   reviewed for today's deposition?

17         A.   No.

18         Q.   Okay.  And who did you meet with about

19   your testimony today?

20         A.   Thomas Aumann.

21         Q.   Anybody else?

22         A.   And Nikki Hashemian, I think is the last

23   name.

24         Q.   Okay.  Anybody else?

25         A.   I did brief TDOC attorneys, staff

```
 1   attorney, Holly Troutman, as well as Drummond.

 2        Q.   Anybody else?

 3        A.   No.

 4        Q.   And how long did you meet with Mr. Aumann?

 5        A.   Probably an hour.

 6        Q.   And when did you meet with him?

 7        A.   Friday.

 8        Q.   And are you present in the same room

 9   today?

10        A.   No.

11        Q.   Okay.  Do you understand that you're here

12   giving testimony on behalf of the Department today?

13        A.   Yes.

14        Q.   Okay.  And you -- I'm sorry.  Can you hear

15   me?  I think there is a little feedback.

16        A.   Yes, I can hear you.

17        Q.   Okay.  If we hear the feedback again, I

18   guess we'll figure out where it lies.

19             Have you ever given a deposition before,

20   Mr. Hill?

21        A.   Yes.

22        Q.   Okay.  And how often?

23        A.   Probably once a year for my previous job.

24        Q.   I'm sorry, I couldn't hear you.

25        A.   Maybe once a year for my previous job.
```

1        Q.   Okay.  And what was your previous job?

2        A.   I was executive director for Shelby County

3    Government.

4        Q.   And when did you leave employment with

5    Shelby County Government?

6        A.   August 30 of 2018.

7             MS. HERZFELD:  I'm going to stop for just

8    one second, if we can go off the record.  I'm trying

9    to figure out where the feedback is.

10            (Off-the-record discussion held.)

11   BY MS. HERZFELD:

12       Q.   Back on the record and we'll try it again,

13   Mr. Hill, okay?

14       A.   Yes.

15       Q.   Great.  So you said you were executive

16   director for Shelby County Government?

17       A.   Yes.

18       Q.   Okay.  And how long were you in that

19   position?

20       A.   For eight and a half years.

21       Q.   And what did you do in that position?

22       A.   Legislative Affairs and Budgetary Concerns

23   for Shelby County Government.

24       Q.   Okay.  Were you reading something when you

25   just answered me that question?

Case 3:22-cv-00093   Document 37-9   Filed 05/23/22   Page 7 of 25 PageID #: 3564

Page 8

```
 1        A.   No.  I was opening up a cough drop just in
 2   case I started coughing.
 3        Q.   Are you sick?  Are you feeling sick today,
 4   sir?
 5        A.   No.  No, I'm fine.
 6        Q.   Okay.  Very good.  Okay.  And then when
 7   you left Shelby County Government, did you come
 8   directly to work for TDOC?
 9        A.   No.  I took a year off, and then I started
10   employment on August 1st, 2019 with TDOC.
11        Q.   Okay.  What did you do during your year
12   off?
13        A.   Went back into real estate.
14        Q.   Was that good?
15        A.   Yes.
16        Q.   Very good.  And why did you leave
17   employment with Shelby County?
18        A.   My term was up.  We serve at the will and
19   pleasure of the elected officials.
20        Q.   Someone else comes in and everything
21   changes?
22        A.   It does.
23        Q.   Okay.  Very good.  Did I hear someone
24   refer to you as reverend earlier?
25        A.   Yes.
```

Case 3:22-cv-00093   Document 37-9   Filed 03/25/22   Page 8 of 25 PageID #: 3565

1      Q.   How long have you been a pastor, sir?

2      A.   I've been a minister now 32 years.

3      Q.   And do you have any special training or

4   did you come up through your church?

5      A.   I have a doctorate of divinity.  I'm

6   ordained.

7      Q.   And where is your doctorate of divinity

8   from?

9      A.   From Saint Thomas.

10     Q.   And you were ordained by the church?

11     A.   I was ordained by the Baptist church in

12   1992, Pilgrim Rest Baptist Church in Memphis,

13   Tennessee.

14     Q.   Very good.  So I should refer to you as

15   reverend; is that okay?

16     A.   Well, I'm indifferent to what you refer to

17   me just as long you don't call me late for lunch.

18     Q.   I will not call you late for lunch.  I

19   promise you to do that.  Very good.

20          In this case, my understanding is you have

21   had some role, and you can correct me if I'm wrong,

22   but my understanding is you've had some role in

23   making determination of whether the supplies that

24   are available at Union Supply meet various religious

25   requirements.  Am I right in that understanding?

```
 1         A.   Yes and no.  My tenure here, Union Supply

 2    and Access Supply was already established.

 3         Q.   Okay.

 4         A.   So there has not been any changes since

 5    I've been here.

 6         Q.   Okay.  And are you the person for TDOC

 7    that communicates with Union Supply?

 8         A.    No.  Our wardens and our chaplains

 9    individually order from Union Supply, based upon the

10    inmates' needs.

11         Q.   Okay.  So do you know why you've been

12    called to testify today then?

13         A.   Well, I think this is probably just the

14    way the cookie crumbles.  This fell before my tenure

15    here.

16         Q.   What fell before your tenure, this case?

17         A.   Yes.

18         Q.   Okay.  So in this case, I think there was

19    an issue about whether or not a prayer oil that Mr.

20    Pleasant-Bey is getting from Union Supply, if it is

21    appropriately blessed by someone before it is

22    shipped from Union Supply.  Do you have any

23    information as to that process?

24         A.   I'm not familiar with the process itself.

25    I am familiar with TDOC policy that states that the
```

1    oil cannot be flammable, but most of the oils that

2    are contained in the catalog should be blessed by

3    Imam or by a Rabbi or by, if it's Catholicism, by a

4    priest.

5         Q.   Do you have any information about whether

6    the oil that is sold by Union Supply that the -- the

7    Muslin oil, the oil for Muslim inmates if that is

8    indeed blessed by an Imam?

9         A.   I would assume that it should be.

10        Q.   Do you have any actual knowledge as to

11   whether it is or is not?

12        A.   I do not.

13        Q.   What about Muslim prayer socks, do you

14   have any information about Muslim prayer socks?

15        A.   I would waiver to say that should be

16   permissible as long as they don't cause a safety

17   concern with the inmate or other inmates at the

18   facility.

19        Q.   Okay.  Do you know anything about the

20   approval or denial of prayer socks for Mr.

21   Pleasant-Bey?

22        A.   Only from what I've read in the case file.

23        Q.   Okay.  But you don't have any information

24   about that with your position at TDOC?

25        A.   No.

1      Q.   Okay.  What about his access to religious

2   meals, does any of that come within your purview at

3   TDOC?

4      A.   Most of that comes from the chaplain

5   ordering the meals and then submitting those meals

6   to our food services director, Monique Taylor.

7      Q.   Okay.  And who would be the person at TDOC

8   who is responsible for ensuring that the prayer oil

9   that's received from Union Supply is actually

10  blessed by an Imam?

11     A.   Should come from our inspector general's

12  office when they are taking applications or

13  submissions of bids for supplies for TDOC.  More

14  than likely, that would probably fall with somebody

15  like Deborah Barron with the inspector general's

16  office.

17     Q.   Would it surprise you to know that when we

18  deposed the inspector general's office, they said

19  you would be the one that would know whether or not

20  the prayer oil was blessed by an Imam at Union

21  Supply?

22     A.   Welcome to government service.

23     Q.   Everybody thinks somebody else has it,

24  yes?  Sir?

25     A.   Say that again, Attorney.

1      Q.   Everybody else thinks that someone else

2  has the responsibility, is that what you meant?

3      A.   Well, just part of governmental affairs, I

4  assume, but I have no jurisdiction over the catalog

5  itself or the supplies, since it was already issued

6  via contract prior to me.

7      Q.   Okay.  So what exactly is your position,

8  what are you responsible for at TDOC?

9      A.   I'm responsible for volunteer and

10  religious services, criminal background,

11  volunteerism itself.  I do not have any direct

12  jurisdiction over any chaplains.  That falls under

13  the privy of the wardens.  Other than to reiterate

14  the policies we have in place through TDOC and to

15  try to invoke training based upon those policies to

16  ensure everyone is up to speed.

17      Q.   So in your capacity as supervisor of

18  volunteer and religious services, do you have

19  anything to do with volunteers being able to bring

20  meals into prisons to celebrate particular religious

21  holidays and feasts?

22      A.   Well, other than what is implemented in

23  policy, we do have a policy in place currently that

24  we don't do religious feasts.  We reference them as

25  religious meals to every religious group now have

1    the privy to have two religious meals.  Since

2    Christians technically do not have a feast, they

3    celebrate Easter and Christmas, so to make it

4    applicable for everyone, we have decided to allow

5    two religious meals.

6         Q.   When did that start?

7         A.   That started maybe a year ago.

8         Q.   Okay.  That would apply to meals for

9    Muslim inmates like Mr. Pleasant-Bey?

10        A.   Yes.

11        Q.   And what is included in religious meals

12   for Muslims; do you know?

13        A.   Well, we have the seder plates, you have

14   the Halal diet, which goes through more than likely

15   for Trinity Foods, and then we have Aramark for

16   TDOC.

17        Q.   And who is responsible for ensuring that

18   the meal put forth by Trinity Foods is compliant

19   with the Muslim faith?

20        A.   Our dietician, Monique Taylor.

21        Q.   What is Monique -- she's the dietitian?

22        A.   Yes.

23        Q.   You mentioned Deborah before, who is

24   Deborah?  Deborah's last name?

25        A.   (Technical interruption.)  Deborah Barron,

Page 15

```
 1   B-A-R-R-O-N is the (Technical interruption.)

 2              (Court Reporter asks for clarification.)

 3   BY MS. HERZFELD:

 4        Q.   We heard Deborah Barron, could you repeat

 5   your answer?

 6        A.   Can you hear me?

 7        Q.   We can hear you now.  Can you hear us?

 8        A.   I can.

 9        Q.   Okay.  Great.  The last thing we heard was

10   Deborah Barron.

11        A.   Yes.  With the inspector general's office.

12        Q.   Okay.  Lovely.  Do you have any other

13   information about any other allegations within the

14   complaint here?

15        A.   None other than what I read in the

16   complaint.

17        Q.   Okay.  And do you have any information

18   that could shed light on any of his allegations that

19   have to do with religion?

20              MR. AUMANN:  Objection.  You can go ahead

21   and answer.

22              THE WITNESS:  No.  All of -- when we have

23   religious meals being served at TDOC, they are

24   offered to all the inmates that's part of their

25   religious activities and religious celebrations, so
```

1   in most cases, a roll call, so to speak, for those

2   who would like to participate in the meal, and then

3   those meals are counted for all inmates who would

4   like to participate in the religious meal.

5   BY MS. HERZFELD:

6       Q.   Okay.  So I want to make sure that I

7   understand that correctly.  So if I'm a Christian

8   and there happens to be a Halal meal that day and I

9   want to have it, I can have it; is that right?

10      A.   That's correct.

11      Q.   Well, I really thought you were going to

12  have information about the prayer oil and Union

13  Supply, so considering that that's not really within

14  your purview, I don't think I have any other

15  questions for you today.  Anyone else?

16           MR. WELBORN:  I may have a question or

17  two.  Let me take a break real quick.  This may be

18  two or three minutes, so won't be long.

19           (Brief break observed.)

20  EXAMINATION BY MR. WELBORN:

21      Q.   Hi, Mr. Hill, my name is Joe Welborn, and

22  I represent CoreCivic along with my partner Erin

23  Polly.  I Just have a couple of questions for you.

24           You talked about the TDOC policy on, I

25  think you called them religious meals as opposed to

 1   feasts?

 2        A.    Yes.

 3        Q.    Do you know whether Trousdale is excepted

 4   from that policy, Trousdale Turner?

 5        A.    All CoreCivic facilities that operate in

 6   the State of Tennessee should fall under TDOC's

 7   policy as its main policy.

 8        Q.    Do you know whether there are exceptions

 9   to TDOC policies at certain CoreCivic facilities

10   including Trousdale?

11        A.    I'm not aware of it.

12        Q.    So you don't know whether the religious

13   meal policy applies at Trousdale or not?

14              MS. HERZFELD:  Object to the form.

15              MR. WELBORN:  You can answer.

16              THE WITNESS:  I waiver to say -- I don't

17   want to sound repetitive, but all facilities should

18   operate under TDOC's policy.  I think maybe for

19   clarification, I know CoreCivic has a director of

20   volunteer religious services, which is James

21   Stogner, and he is included in our monthly chaplain

22   meetings, as well as CoreCivic.  And from my

23   understanding from TDOC legal counsel, that it is

24   applicable for all facilities to follow under TDOC's

25   policy.

1  BY MR. WELBORN:

2      Q.   Have you reviewed --

3           MR. AUMANN:  Joe, can you hang on a

4  second.  I tried to jump in and forgot to unmute.

5           So, Mr. Hill, just to be clear, any

6  conversations with your legal counsel are

7  attorney-client privilege, so just be aware of that,

8  okay?

9           THE WITNESS:  Thank you.

10  BY MR. WELBORN:

11      Q.   Mr. Hill, have you, in preparing for your

12  deposition, have you reviewed the contract that

13  CoreCivic has with Trousdale?

14      A.   I have not, no.

15      Q.   So if there are TDOC policies, including

16  religious policies that are accepted where

17  CoreCivic's policies applies opposed to TDOC

18  policies applied in certain situations, you would

19  not know that, correct?

20           MS. HERZFELD:  Object to the form.

21           THE WITNESS:  Do I need to answer that?

22  BY MR. WELBORN:

23      Q.   Yes.

24      A.   Yes.  We have a contract monitor for

25  CoreCivic, and the contract monitor would be better

1   served to perhaps answer that to be more explicit of

2   what's in the contractual agreement between TDOC and

3   CoreCivic.

4           MR. WELBORN:  That's all I have.  Thank

5   you.

6           MR. AUMANN:  We don't have anything on the

7   TDOC defendant's end.

8           MS. HERZFELD:  I think that's it.

9   Reverend Hill, thanks so much for your time this

10  morning.

11          THE WITNESS:  Thank you.

12          FURTHER THIS DEPONENT SAITH NOT

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 20

```
 1                    REPORTER'S CERTIFICATION

 2

 3   STATE OF TENNESSEE     )
     COUNTY OF DAVIDSON      )
 4

 5

 6        I, Janie W. Garland, LCR#111, licensed court

 7   reporter, in and for the State of Tennessee do hereby

 8   certify that the above deposition was reported by me

 9   via remote means and that the foregoing pages of the

10   transcript is a true and accurate record to the best

11   of my knowledge, skills, and ability.

12

13        I further certify that I am not related to nor

14   an employee of counsel or any of the parties to the

15   action, nor am I in any way financially interested in

16   the outcome of this case.

17

18        I further certify that I am duly licensed by the

19   Tennessee Board of Court Reporting as a Licensed

20   Court Reporter as evidenced by the LCR number

21   following my name below.

22

23                              Janie W. Garland
                                _____
24                              Janie W. Garland, LCR#111

25
```

**1**

**1992**  9:12
**1st**  8:10

**2**

**2018**  7:6
**2019**  8:10

**3**

**30**  7:6
**32**  9:2

**A**

**accepted**  18:16
**access**  10:2 12:1
**activities**  15:25
**actual**  11:10
**affairs**  7:22 13:3
**agreement**  19:2
**ahead**  15:20
**allegations**  4:6 15:13,18
**applicable**  14:4 17:24
**applications**  12:12
**applied**  18:18
**applies**  17:13 18:17
**apply**  14:8
**appropriately**  10:21
**approval**  11:20
**Aramark**  14:15
**asks**  15:2
**assume**  11:9 13:4
**attorney**  6:1 12:25
**attorney-client**  18:7
**attorneys**  5:25
**August**  7:6 8:10

**Aumann**  5:20 6:4 15:20 18:3
  19:6
**aware**  17:11 18:7

**B**

**B-A-R-R-O-N**  15:1
**back**  7:12 8:13
**background**  13:10
**Baptist**  9:11,12
**Barron**  12:15 14:25 15:4,10
**based**  10:9 13:15
**behalf**  6:12
**bids**  12:13
**blessed**  10:21 11:2,8 12:10,20
**break**  16:17,19
**briefed**  4:8
**bring**  13:19
**Budgetary**  7:22

**C**

**call**  9:17,18 16:1
**called**  10:12 16:25
**capacity**  13:17
**case**  4:6,7,11,13,15 8:2 9:20
  10:16,18 11:22
**cases**  16:1
**catalog**  11:2 13:4
**Catholicism**  11:3
**celebrate**  13:20 14:3
**celebrations**  15:25
**chaplain**  12:4 17:21
**chaplains**  10:8 13:12
**Christian**  16:7
**Christians**  14:2
**Christmas**  14:3
**church**  9:4,10,11,12
**claims**  4:10

**clarification**  15:2 17:19
**clear**  18:5
**communicates**  10:7
**complaint**  4:7,23,25 5:1,15
  15:14,16
**complaints**  5:4,5
**compliant**  14:18
**concern**  11:17
**Concerns**  7:22
**concurrent**  5:9
**contained**  11:2
**contract**  13:6 18:12,24,25
**contractual**  19:2
**conversations**  18:6
**cookie**  10:14
**Corecivic**  16:22 17:5,9,19,22
  18:13,25 19:3
**Corecivic's**  18:17
**correct**  9:21 16:10 18:19
**correctly**  16:7
**cough**  8:1
**coughing**  8:2
**counsel**  5:12,13 17:23 18:6
**counted**  16:3
**County**  7:2,5,16,23 8:7,17
**couple**  16:23
**court**  5:5 15:2
**criminal**  13:10
**crumbles**  10:14

**D**

**day**  16:8
**Deborah**  12:15 14:23,24,25 15:4,
  10
**Deborah's**  14:24
**decided**  14:4
**defendant's**  19:7
**denial**  11:20

Department 6:12

DEPONENT 19:12

deposed 12:18

deposition 5:16 6:19 18:12

determination 9:23

diet 4:13,18 5:10 14:14

dietician 14:20

dietitian 14:21

direct 13:11

directly 8:8

director 7:2,16 12:6 17:19

discussion 7:10

divinity 9:5,7

doctorate 9:5,7

document 5:11

documents 4:19,22,24

drop 8:1

Drummond 6:1

duly 4:2

**E**

earlier 8:24

Easter 14:3

elected 8:19

employment 7:4 8:10,17

end 19:7

ensure 13:16

ensuring 12:8 14:17

Erin 16:22

established 10:2

estate 8:13

EXAMINATION 4:3 16:20

excepted 17:3

exceptions 17:8

executive 7:2,15

explicit 19:1

**F**

facilities 17:5,9,17,24

facility 11:18

faith 14:19

fall 12:14 17:6

falls 13:12

familiar 4:6 10:24,25

feast 14:2

feasts 13:21,24 17:1

feedback 6:15,17 7:9

feeling 8:3

fell 10:14,16

figure 6:18 7:9

file 4:13,15 11:22

filed 4:23

find 5:11

fine 8:5

flammable 11:1

follow 17:24

food 12:6

Foods 14:15,18

forgot 18:4

form 17:14 18:20

Friday 6:7

**G**

general's 12:11,15,18 15:11

giving 6:12

good 8:6,14,16,23 9:14,19

government 7:3,5,16,23 8:7 12:22

governmental 13:3

Great 4:9 7:15 15:9

grievances 5:6,7,8,14

group 13:25

guess 6:18

**H**

Halal 14:14 16:8

half 7:20

hang 18:3

Hashemian 5:22

hear 4:20 6:14,16,17,24 8:23 15:6,7

heard 15:4,9

held 7:10

Herzfeld 4:3,4 7:7,11 15:3 16:5 17:14 18:20 19:8

Hill 4:1,4 6:20 7:13 16:21 18:5,11 19:9

holidays 13:21

Holly 6:1

hour 6:5

**I**

Imam 11:3,8 12:10,20

implemented 13:22

included 14:11 17:21

including 17:10 18:15

indifferent 9:16

individually 10:9

information 10:23 11:5,14,23 15:13,17 16:12

inmate 11:17

inmates 11:7,17 14:9 15:24 16:3

inmates' 10:10

inspector 12:11,15,18 15:11

interruption 14:25 15:1

invoke 13:15

issue 4:10 10:19

issued 13:5

**J**

James 17:20

**job**  6:23,25 7:1
**Joe**  16:21 18:3
**jump**  18:4
**jurisdiction**  13:4,12

**K**

**Khuff's**  4:17
**knowledge**  11:10

**L**

**late**  9:17,18
**leave**  7:4 8:16
**left**  8:7
**legal**  17:23 18:6
**Legislative**  7:22
**lies**  6:18
**light**  15:18
**long**  6:4 7:18 9:1,17 11:16 16:18
**Lovely**  15:12
**lunch**  9:17,18

**M**

**main**  17:7
**make**  14:3 16:6
**making**  9:23
**meal**  14:18 16:2,4,8 17:13
**meals**  12:2,5 13:20,25 14:1,5,8, 11 15:23 16:3,25
**meant**  13:2
**meet**  5:18 6:4,6 9:24
**meetings**  17:22
**Memphis**  9:12
**mentioned**  14:23
**minister**  9:2
**minutes**  16:18
**Monique**  12:6 14:20,21
**monitor**  18:24,25

**monthly**  17:21
**morning**  19:10
**Muslim**  11:7,13,14 14:9,19
**Muslims**  14:12
**Muslin**  11:7

**N**

**Nikki**  5:22

**O**

**Object**  17:14 18:20
**Objection**  15:20
**observed**  16:19
**off-the-record**  7:10
**offered**  15:24
**office**  12:12,16,18 15:11
**official**  4:23,25 5:1,15
**officials**  8:19
**oil**  10:19 11:1,6,7 12:8,20 16:12
**oils**  11:1
**opening**  8:1
**operate**  17:5,18
**opposed**  16:25 18:17
**ordained**  9:6,10,11
**order**  10:9
**ordering**  12:5

**P**

**part**  13:3 15:24
**participate**  16:2,4
**partner**  16:22
**pastor**  9:1
**permissible**  11:16
**person**  10:6 12:7
**phonetic**  4:17
**Pilgrim**  9:12

**place**  13:14,23
**plaintiff**  4:5
**plates**  14:13
**Pleasant-bey**  4:5 10:20 11:21 14:9
**pleasure**  8:19
**policies**  13:14,15 17:9 18:15,16, 17,18
**policy**  10:25 13:23 16:24 17:4,7, 13,18,25
**Polly**  16:23
**position**  7:19,21 11:24 13:7
**prayer**  10:19 11:13,14,20 12:8,20 16:12
**preparing**  18:11
**present**  6:8
**previous**  6:23,25 7:1
**priest**  11:4
**prior**  5:3 13:6
**prisons**  13:20
**privilege**  18:7
**privy**  13:13 14:1
**process**  10:23,24
**promise**  9:19
**properties**  4:12 5:10
**provide**  5:12
**provided**  5:13
**purview**  12:2 16:14
**put**  14:18

**Q**

**question**  7:25 16:16
**questions**  16:15,23
**quick**  16:17

**R**

**Rabbi**  11:3
**read**  4:13,16,19,22,24 5:2,3 11:22

15:15

**reading** 7:24

**real** 8:13 16:17

**received** 12:9

**record** 7:8,12

**refer** 8:24 9:14,16

**reference** 13:24

**reiterate** 13:13

**religion** 15:19

**religious** 4:12,18 5:3,9,10 9:24
12:1 13:10,18,20,24,25 14:1,5,11
15:23,25 16:4,25 17:12,20 18:16

**repeat** 15:4

**repetitive** 17:17

**Reporter** 15:2

**represent** 4:5 16:22

**requirements** 9:25

**responsibility** 13:2

**responsible** 12:8 13:8,9 14:17

**Rest** 9:12

**reverend** 8:24 9:15 19:9

**reviewed** 5:16 18:2,12

**ROBERT** 4:1

**role** 9:21,22

**roll** 16:1

**room** 6:8

---

**S**

**safety** 11:16

**Saint** 9:9

**SAITH** 19:12

**seder** 14:13

**serve** 8:18

**served** 15:23 19:1

**service** 12:22

**services** 12:6 13:10,18 17:20

**shed** 15:18

**Shelby** 7:2,5,16,23 8:7,17

**shipped** 10:22

**sick** 8:3

**sir** 8:4 9:1 12:24

**situations** 18:18

**socks** 11:13,14,20

**sold** 11:6

**sound** 17:17

**speak** 16:1

**special** 9:3

**speed** 13:16

**staff** 5:25

**start** 14:6

**started** 8:2,9 14:7

**State** 17:6

**states** 10:25

**Stogner** 17:21

**stop** 7:7

**submissions** 12:13

**submitting** 12:5

**supervisor** 13:17

**supplies** 9:23 12:13 13:5

**Supply** 9:24 10:1,2,7,9,20,22
11:6 12:9,21 16:13

**surprise** 12:17

**sworn** 4:2

---

**T**

**taking** 12:12

**talked** 16:24

**Taylor** 12:6 14:20

**TDOC** 5:25 8:8,10 10:6,25 11:24
12:3,7,13 13:8,14 14:16 15:23
16:24 17:9,23 18:15,17 19:2,7

**TDOC's** 17:6,18,24

**technical** 14:25 15:1

**technically** 14:2

**Tennessee** 9:13 17:6

**tenure** 10:1,14,16

**term** 8:18

**testified** 4:2

**testify** 10:12

**testimony** 5:19 6:12

**thing** 15:9

**thinks** 12:23 13:1

**Thomas** 5:20 9:9

**thought** 16:11

**time** 19:9

**today** 5:19 6:9,12 8:3 10:12
16:15

**today's** 5:16

**training** 9:3 13:15

**Tricia** 4:4

**Trinity** 14:15,18

**Trousdale** 4:18 17:3,4,10,13
18:13

**Troutman** 6:1

**Turner** 4:18 17:4

---

**U**

**understand** 6:11 16:7

**understanding** 4:10 9:20,22,25
17:23

**Union** 9:24 10:1,7,9,20,22 11:6
12:9,20 16:12

**unmute** 18:4

---

**V**

**volunteer** 13:9,18 17:20

**volunteerism** 13:11

**volunteers** 13:19

---

**W**

**waiver** 11:15 17:16

**wardens** 10:8 13:13

**Welborn** 16:16,20,21 17:15 18:1,

10,22 19:4

**work**  8:8

**wrong**  9:21

---

### Y

---

**year**  6:23,25 8:9,11 14:7

**years**  7:20 9:2