IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

_____

BOZA PLEASANT-BEY,                    )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )   No. 3:19-cv-00486
                                      )
                                      )
STATE OF TENNESSEE, ET AL,            )
                                      )
        Defendants.                   )
_____


The Deposition of:   TONY PARKER
                     April 21, 2021

_____




_____

JANIE W. GARLAND
Briggs & Associates
222 Second Avenue North, Suite 340M
Nashville, Tennessee 37201
(615)714-5350

```
1            The deposition of TONY PARKER was taken by
    counsel for the Plaintiff, by notice, via Zoom, on
2   April 21, 2020, pursuant to the provisions of the
    Federal Rules of Civil Procedure.
3            All formalities as to notice, caption,
    certificate, reading and signing of the deposition
4   are waived.  All objections, except as to the form of
    the questions, are reserved to the hearing.
5   _____

6

7   APPEARANCES:

8

9   For the Plaintiff:   Tricia Herzfeld
                         Janna Maples
10                       Attorneys at Law
                         Branstetter, Stranch & Jennings
11                       223 Rosa L. Parks Avenue
                         Suite 200
12                       Nashville, TN 37203
                         triciah@bsjfirm.com
13                       jannam@bsjfirm.com

14

15  For the Defendant:   Thomas J. Aumann
    State of Tennessee   TN Attorney General's Office
16                       P.O. Box 20207
                         Nashville, TN 37202-0207
17                       thomas.aumann@ag.tn.gov

18

19

20  For the Defendant:   Joseph F. Welborn
    CoreCivic            Erin Palmer Polly
21                       Attorneys at Law
                         K&L Gates
22                       222 Second Avenue South
                         Suite 1700
23                       Nashville, TN 37201
                         joe.welborn@klgates.com
24                       erin.polly@klgates.com

25
```

<u>INDEX</u>

Examination by Ms. Herzfeld . . . . . . . . Page   5

Examination by Mr. Welborn  . . . . . . . Page 186

Examination by Mr. Aumann . . . . . . . . Page 200


<u>EXHIBITS</u>


No. 1 Policy 116.02 (1/1/16) . . . . . . . . Page  58

No. 2 Policy 116.02 – updated – (9/30/19)  . Page 59

No. 3 (Collective) memo – Ramadan 2018
      Guidelines . . . . . . . . . . . . . Page  60

No. 4 Affidavit – John Shonebarger   . . . . Page  63

No. 5 Policy 504.01 – Bates 442 – Effective
      date 11/1/19 . . . . . . . . . . . . Page  73

No. 6 Memo – 9/11/17 . . . . . . . . . . . Page  75

No. 7 Memo – 12/20/19 – Religious Property
      Memo . . . . . . . . . . . . . . . . Page  77

No. 8 (Collective) Bates CCI000642 through
      CCI00658 . . . . . . . . . . . . . . Page  78

1    No. 9 Memo – 11/1/19 – Inmate Personal
              Property . . . . . . . . . . . . . . Page  82
2

3    No. 10 Policy 501.01 – 5/1/18  . . . . . . . Page 103

4    No. 11 TDOC 000438 – Inappropriate Grievance
              Notification  . . . . . . . . . . . Page 114
5

6    No. 12 TDOC Inmate Grievance Procedures
              Handbook  . . . . . . . . . . . . . Page 118
7

8    No. 13 TDOC 003537 Compliance Audit, final
              summary – 8/3/20  . . . . . . . . . Page 123
9

10   No. 14 TDOC 002955 – 12/30/20  . . . . . . . Page 133

11   No. 15 Comptroller's Audit – 11/17 . . . . . Page 149

12   No. 16 Brandon Bellar memo – 2/25/21 . . . . Page 173

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1              THE COURT REPORTER:  Good morning.  We are
2    on the record.  Today is April 21, 2021 at 10:03
3    a.m.  At this time I would ask counsel to please
4    introduce yourself, who you represent, and that you
5    agree to take this deposition via Zoom.  We will
6    start with Ms. Herzfeld.
7              MS. HERZFELD:  Tricia Herzfeld and Janna
8    Maples representing the plaintiff, and we consent to
9    take this deposition via Zoom.
10             MR. AUMANN:  Good morning.  This is Tom
11   Aumann, and I represent the Tennessee Department of
12   Correction, the defendants in this case, and we
13   consent to take the deposition via Zoom.
14             MR. WELBORN:  Joe Welborn and Erin Polly,
15   we represent CoreCivic and we consent.
16                       TONY PARKER,
17   having been first duly sworn, testified as follows:
18   EXAMINATION BY MS. HERZFELD:
19        Q.   Sir, could you state your name and spell
20   it for the record, please?
21        A.   Yes.  My name is Tony Parker, T-O-N-Y,
22   P-A-R-K-E-R.
23        Q.   What is your position?
24        A.   I'm the commissioner of the Department of
25   Corrections.
```

1    Q.    Have you ever given a deposition before?

2    A.    I have.

3    Q.    How many times?

4    A.    I don't know the exact number of times.

5  Probably ten or more.

6    Q.    How long have you been commissioner of the

7  Department of Corrections?

8    A.    Since 2016, June of 2016.

9    Q.    When you gave those depositions before,

10  were you given the rules, that you need to say yes

11  and not shake your head, you know, uh-huh or huh-uh,

12  do you remember all those rules?

13    A.    I do remember those rules.  I sometimes

14  have a hard -- trouble remembering and following

15  them, but, yes, I do remember those.

16    Q.    I'll try to remind you so you don't

17  forget, how does that sound?

18    A.    Thank you.

19    Q.    Okay.  Great.  And if you need to take a

20  break at any point, just let me know.  Are you in

21  your office today?

22    A.    I am.

23    Q.    Okay.  Great.  Do you have anybody else

24  around you as you're taking this deposition, or are

25  you alone in your office?

1       A.    I'm alone in my office.

2       Q.    Okay.  Great.  Have you given a deposition

3  via Zoom before?

4       A.    I have.

5       Q.    Great.  So you've been giving depositions

6  through the pandemic.  How many Zoom depositions

7  have you given?

8       A.    I think one or two via Zoom.  The last one

9  was, I don't know, a few months ago.

10      Q.    Okay.  And what type of case was it?

11      A.    It was a case involving an inmate at

12  Riverbend, a death row inmate.

13      Q.    Okay.  Have you ever given a deposition

14  regarding Trousdale?

15      A.    Not that I remember.

16      Q.    What did you do to prepare for your

17  deposition today?

18      A.    I talked to my counsel and I've briefly

19  looked over some -- the complaint as well as some of

20  the policies that apply.

21      Q.    Okay.  And who is your counsel?

22      A.    Mr. Aumann with the AG's office.

23      Q.    Okay.  And when did you meet with

24  Mr. Aumann?

25      A.    Couple days ago, I believe.

1    Q.    And how long did you meet with him?

2    A.    Approximately 30 to 40 minutes.

3    Q.    Did you do that over the phone or in

4  person or Zoom?

5    A.    Zoom, Webex, Zoom.

6    Q.    Whatever it is, Teams, Zoom, Webex, one of

7  those things.  And was there anybody else present

8  during that meeting?

9    A.    There was another attorney, but I don't

10  remember the lady's name.

11    Q.    Was your understanding that she was also

12  with the Attorney General's Office?

13    A.    Yes.

14    Q.    In preparation for your deposition today,

15  did you speak with any lawyers from CoreCivic?

16    A.    No.

17    Q.    When you said you looked over some

18  policies, do you recall which policies you looked

19  over?

20    A.    It related to religious services.

21  Primarily religious service-related policies.

22    Q.    Okay.  And did you look over any policies

23  that did not have to do with religious services?

24    A.    I looked over some documentation relating

25  to the compliance, our compliance division.  I

1  reviewed our organizational structure for the

2  Department, general information such as that.

3      Q.   Okay.  Did you choose the documents that

4  you looked at or did your counsel choose those?

5      A.   I'm sorry?

6      Q.   The documents that you reviewed, did

7  somebody choose those for you to review or did you

8  just kind of look at stuff on your own?

9      A.   I think the attorneys sent me some

10 information that I looked at, but I also looked at

11 others on my own, too.

12     Q.   Okay.  And you said you've been

13 commissioner since June of 2016?

14     A.   That's correct.

15     Q.   And before that, what was your position?

16     A.   I was assistant commissioner of prisons

17 for the State of Tennessee.

18     Q.   And you did that for about what, a little

19 under nine years?

20     A.   Yeah.  Well, I think it was more like five

21 or six years.

22     Q.   Okay.  And what did you do before then?

23     A.   Before I was assistant commissioner of

24 prisons, I was a correctional administrator in the

25 west region.

1    Q.   Okay.  And what did that job entail?

2    A.   Basically oversight and supervision of the

3   wardens for the facilities in the west region of the

4   state; Northwest Correctional Complex, West

5   Tennessee State Penitentiary, Martin Luttrell, those

6   facilities there in the west region.

7    Q.   When you had that position, where did you

8   office?

9    A.   Where did I -- I didn't understand you.

10   Q.   Where did you office, where was your

11  office when you had that position?  Were you in

12  Nashville or some place else?

13   A.   I was in West Tennessee.  My office was

14  really and truly in the vehicle that I rode in each

15  day because I stayed on the road every day.  I

16  visited a different facility each day, so I really

17  didn't have a site that had an office space in it.

18   Q.   So you were a road warrior?

19   A.   I was on the road most days.

20   Q.   Okay.  Before you were a correctional

21  administrator, what did you do before then?

22   A.   I was a warden.

23   Q.   Where were you a warden?

24   A.   Northwest Correctional Complex and West

25  Tennessee State Penitentiary.

1    Q.   Okay.  Did you go to college or any

2  college at all?

3    A.   Yes.  I graduated from Dyersburg State

4  Community College with an associates in criminal

5  justice.  I graduated from the University of

6  Tennessee at Martin with a bachelor's in criminal

7  justice.  And I graduated from the Naval

8  Post-Graduate School in Monterey with a master's

9  degree in security studies.

10    Q.   Okay.  What year were each of your

11  degrees?

12    A.   2013, I believe or '15 for my master's

13  program, '95 for my bachelor's program, and '93 for

14  the associate's program.  Those are approximate

15  dates.  I think they're pretty accurate.

16    Q.   Okay.  And since you got the associate's

17  degree in Dyersburg, have you had any positions that

18  have been outside of the corrections department

19  industry?

20    A.   No.

21    Q.   You've always worked in corrections?

22    A.   That's correct.

23    Q.   Have you always worked for TDOC or have

24  you worked for someone else?

25    A.   I've always been with TDOC since I was 19.

1      Q.    Okay.  And did you start out as a

2  corrections officer?

3      A.    I did.

4      Q.    Where did you start?

5      A.    Lake County Regional Correctional Facility

6  in West Tennessee.

7      Q.    Are you from west Tennessee originally?

8      A.    I am.

9      Q.    Whereabouts?

10      A.    Lake County is where I grew up.  Lake and

11  Obion County.  I live in Obion County now.

12      Q.    Are you in Nashville giving this

13  deposition now?

14      A.    I am.  I'm in my office in headquarters.

15  I mean, everybody is back to work, right?  Are you

16  not in the office?  I mean, we should be back, you

17  know, in full fledge working in the office, right?

18      Q.    I mean, I've been here every day.  There

19  are plenty of people I think have not, but I've been

20  in my office every single day.  I haven't missed a

21  beat, so glad to hear you haven't either.

22          Okay.  Other than that one meeting with

23  your attorney that lasted 30 to 45 minutes, you

24  haven't met with anyone else in preparation for your

25  deposition today?

1      A.    No.

2      Q.    Okay.  Great.  And what is it that you

3  understand that this lawsuit is about?

4      A.    The lawsuit is about the alleged -- an

5  inmate that's at Trousdale Turner who is alleging he

6  has been denied religions items.  And also, I

7  understand in the complaint that there is an

8  allegation of a -- I guess an 8th Amendment

9  violation.

10      Q.    Do you know what the nature of the 8th

11  Amendment violation is?

12      A.    I'm sorry?

13      Q.    Do you know what is alleged to be the

14  nature of the 8th Amendment violation?

15      A.    From what I read, the -- he is alleging an

16  unsafe environment, violence, some things that were

17  noted in some compliance reports for critical posts

18  not being covered, things like that that makes it

19  unsafe, is the allegation.

20      Q.    And Trousdale, is that a facility that is

21  owned by TDOC?

22      A.    No, it's not.

23      Q.    Who owns Trousdale?

24      A.    You know, I'm assuming that CoreCivic owns

25  the property, the facility.  I don't know about the

 1    land specifically.  That could be -- the county

 2    could have some ownership there.  I'm not sure.

 3         Q.   Okay.  And what is TDOC's role vis-à-vis

 4    Trousdale, the Trousdale facility?

 5         A.   Would you repeat the question?  I didn't

 6    understand it.

 7         Q.   Sure.  What is TDOC's role vis-à-vis, the

 8    Trousdale facility?

 9         A.   We contract with Trousdale County who in

10    turn subcontracts with CoreCivic for the operation

11    of the Trousdale facility to house TDOC inmates

12    there at that facility.

13         Q.   Explain that a little bit to me.  So TDOC

14    contracts with Trousdale County?  How does that

15    work?

16         A.   We contract with the county for the

17    housing of inmates, and then it's my understanding,

18    in turn, they subcontract out with CoreCivic for the

19    operation of that facility that houses about 2500

20    inmates.

21         Q.   Why is it that TDOC doesn't contract just

22    directly with CoreCivic for the running of that

23    facility?

24         A.   Well, we only have one contract that is

25    directly with CoreCivic, and that is for the South

Central Facility, and there's some legislation that
only allows TDOC to contract with a private vendor
from one facility.  We contract with the counties
for the others there at Trousdale and also Hardeman
County.  There's two facilities at Hardeman County
that we contract with the county.

Q.   Where does that leave TDOC, what happens
at Trousdale?  Do you have an obligation to know
what's going on at that facility?

A.   Yes.  We have contractor monitors in place
there at the private facilities that oversee policy
compliance, things like that.

Q.   Okay.  I'm going to back up a little bit.
So are TDOC policies supposed to be enforced at
Trousdale even though it's a CoreCivic facility?

A.   Yes.

Q.   And maybe could you just explain to me a
little bit of how that structure works.  Pretend
like I've never walked into a prison and I have no
idea.  How is it that TDOC and CoreCivic work
together to manage this facility?

A.   So as I've said, we have a contract in
place for the operation and management of that
facility in Trousdale County, as well as the ones in
Hardeman County for the maintenance and the

operation of the Trousdale facility.  The Department
of Corrections has policies in place that covers
different divisions of corrections, whether it be
security policies, whether it's requirements of food
service, ACA standards, things like that, and we
have inspection processes that go on from time to
time in our facilities.  And there is a set of
regulations and requirements that CoreCivic has to
meet.  We have contract monitors that, again, work
every day there at the facility to check compliance
with policy.

Now, policy is developed here in central
office.  There is a review process for our policies.
Our state policies come out of central office, I
sign all state policies, they're distributed to all
of our facilities across the state.  They have an
effective date, and the requirements of those
policies kind of drive the operations of our state
facilities, as well as other facilities in the state
of Tennessee as it relates to correctional
operations.

And that's kind of a hodgepodge
explanation of how that works, but that's primarily
it.

        Q.   Thank you for that.  Just to get a little

1    more basic.  So the prisoners that are held at

2    Trousdale, those are prisoners who have been

3    sentenced by the State of Tennessee; is that

4    correct?

5         A.   Correct.  Those are inmates that spend --

6    sentenced to the custody of the State, and TDOC

7    inmates are housed there at Trousdale, that's

8    correct.

9         Q.   So that's why TDOC would then have some

10   control and responsibility over those inmates,

11   because they've been sentenced to be in TDOC's care

12   essentially; is that right?

13        A.   Right.  Correct.

14        Q.   But I just want to make sure I understand

15   it.  But in some circumstances, TDOC does not

16   operate the facility directly, you contract with a

17   different company or through the county to another

18   company like CoreCivic to run that facility and care

19   for those inmates; is that right?

20        A.   We contract with the county who

21   subcontracts with CoreCivic for the operation of

22   that facility.

23        Q.   Okay.  But TDOC still has -- still has

24   responsibilities for those inmates that are in the

25   care of that CoreCivic facility; is that right?

1      A.    Yes.   I mean, when the inmate is convicted

2   and sentenced to State custody, we -- yes, we have

3   responsibility for that.

4      Q.    Okay.  And who is the warden at Trousdale?

5      A.    The -- I will have to check with the

6   assistant commissioner.  The prior warden was Warden

7   Byrd.  Now, I'm sure, he was on leave for a period

8   of time.  I'm not sure if he's still there or not.

9      Q.    You had mentioned before about contract

10  monitors being at the facility, contract monitors

11  are TDOC employees?

12     A.    Yes, they are.

13     Q.    What are their jobs?

14     A.    Their jobs are to monitor compliance,

15  compliance with policy, state policy, the records,

16  compliance for ACA standards, things like that that

17  reflect our policies in general.

18     Q.    If something was to be out of compliance,

19  they would report that back to TDOC?

20     A.    Yes.  That's reported back to TDOC, as

21  well as to the facility administration, to

22  CoreCivic, to request a plan of corrective action

23  for the non-compliant finding.

24     Q.    And who is responsible for making sure

25  that that plan of action is implemented?

1     A.    Well, the State of Tennessee through the

2 Department of Corrections, we hold the contract of

3 the vendor responsible for compliance with the plan

4 of corrective action.

5     Q.    Okay.  Who would be responsible for

6 ensuring that they are compliant with the plan of

7 corrective action?

8     A.    TDOC monitors that through our contract

9 monitoring process and our monitors that are on

10 site.  At the end of the day, we check compliance,

11 if plans of corrective actions have not been met,

12 then TDOC holds the vendor responsible through

13 corrective actions, liquidated damages, et cetera.

14     Q.    When you say corrective actions,

15 liquidated damages, et cetera, what do you mean?

16     A.    Well, by corrective actions, I mean the

17 steps that's taken by the party to address whatever

18 finding it may be, whether it's a finding related to

19 security violation or a post-order violation or

20 whatever violation it may be, the plan of corrective

21 action has to be met and has to be accepted.  The

22 vendor has to follow through with what they say

23 they're going to do to resolve the issue to meet the

24 policy requirement, and that our compliance monitors

25 check for compliance to verify that that has

1    happened.  If it has not happened, then we follow

2    through with further action related to, you know,

3    liquidated damages, et cetera, for the violation.

4         Q.    When you say liquidated damages, what do

5    you mean by that?

6         A.    It's a monetary penalty that has to be

7    paid by the vendor where funds are held back for a

8    violation that has not been corrected.

9         Q.    And do you know how much money, if any, in

10   the liquidated damages that CoreCivic has had to pay

11   for the Trousdale facility?

12             MR. AUMANN:  Objection.  Objection to

13   form.  You can go ahead and answer.

14             THE WITNESS:  You know, I do not know.  I

15   couldn't tell you right now exactly how much that

16   is, so for a specific number, I don't have that in

17   front of me.

18   BY MS. HERZFELD:

19        Q.    Do you have an estimate?

20             MR. AUMANN:  Same objection.  Form.  You

21   can go ahead and answer.

22             THE WITNESS:  It's in the millions of

23   dollars, but I don't know the exact number.

24   BY MS. HERZFELD:

25        Q.    Do you know what those liquidated damages

with CoreCivic and Trousdale have been for, who

types of violations?

A.    Yes.  It's a multitude of things related

to staffing patterns, critical posts in some cases

not being covered.  Again, I would have to review

some of the paperwork to give you specifics on that,

but it's -- all violations are failure to meet

corrective action plans for a multitude of different

requirements.

Q.    Okay.  Other than getting to the

liquidated damages portion of it, what else could

TDOC do to ensure compliance with the contract?  Is

there any other tools that you have?

A.    We work with CoreCivic just like we

work -- that I work with our facilities or our

compliance teams work with our facilities across the

state.  It's the same process, as far as monitoring

our facilities.  We have a compliance section that

does that, and, you know, we work with the vendor,

we work with our state facilities to review policy

to help -- to make sure there is no issues that --

or issues that we might could resolve to help in the

management of a correctional environment.  It's very

complex work.  It's very difficult work, and it's

hard to explain unless you've been there and worked

1    in that environment.  But we feel like having those

2    contract monitors in place to work with the facility

3    to help with compliance is the primary tool that we

4    use at the state level to help them ensure

5    compliance.

6         Q.   So I just want to back up a little bit.

7    So we talked about the contract monitors making a

8    report that somebody's out of compliance and, you

9    know, a follow-up on that, so that's one type of

10   corrective action that TDOC can take to ensure

11   compliance of the contract; is that right?

12        A.   That's correct.

13        Q.   And then you also said that there's

14   liquidated damages, there's a liquidated damages

15   provision that you can exercise to ensure compliance

16   with the contract; is that right?

17        A.   Correct.

18        Q.   What other tools does TDOC have to ensure

19   compliance of the contract?

20        A.   I believe that's about it.

21        Q.   Okay.  So I want to make sure I

22   understand.  So if there was a violation of the

23   contract and you've kind of gone back and forth with

24   the contract monitors and you've gotten to the point

25   of liquidated damages, does the number just keep

1  going up and up until finally, hopefully somebody

2  corrects it or what happens?

3      A.   Again, I think we work with the vendor to

4  try to ensure that they come into compliance, right.

5  It's hard to explain that.  You may have an issue

6  with say, for instance, a vendor may have an issue

7  with filling a critical post and we -- there's a

8  violation there, there's liquidated damages, could

9  be liquidated damages imposed, but then we work with

10 the vendor.  The vendor advises us that they're

11 working to fill positions.  They may take some

12 action on their part to be able to hire more people,

13 to bring more people on board, which ultimately

14 corrects the corrective action or meets the

15 corrective action that's been put in place.

16         And at some point, they could have another

17 downswing in employee numbers and that violation

18 could come up again, so we would continue to work

19 with the vendor to try to ensure compliance.  I

20 guess that's my explanation for that.

21     Q.   What if it doesn't work, what other tools

22 do you have available?

23     A.   That's our process.  That's -- that's the

24 tools that we have available, the contract monitors,

25 enforcing compliance with the vendor, and working

```
1    with the vendor on a daily basis to ensure
2    compliance.
3         Q.   Is it your understanding that TDOC has a
4    responsibility to ensure that the constitutional
5    rights of prisoners are being protected when they're
6    in TDOC's custody and care?
7         A.   Yes.
8         Q.   That includes when a prisoner is at any
9    facility within Tennessee; is that right?
10        A.   Within Tennessee?
11        Q.   Yes, sir.
12        A.   Repeat that question, please.  I'm sorry.
13        Q.   I'll rephrase it.  So TDOC's
14   responsibility is to ensure that the constitutional
15   rights of prisoners are being protected, would also
16   includes prisoners that are at Trousdale; is that
17   right?
18        A.   That's correct.
19        Q.   So if you had a situation where liquidated
20   damages wasn't bringing TDOC in compliance, your
21   position is there's nothing else -- I'm sorry, I'm
22   going to back up and say that again.  Your position
23   is that if liquidated damages are not bringing
24   CoreCivic into compliance with some rules violation,
25   something that's going on, that there's not another
```

1    option for TDOC to come in at that point?

2        A.    Well --

3              MR. AUMANN:  Objection to form.  You can

4    go ahead.

5              THE WITNESS:  Ultimately, I mean, I think

6    that, you know, TDOC would come in, we could look at

7    the possible stepping away from the contractor,

8    removal of the contract at some point, yes.  That is

9    another option that we would have.

10   BY MS. HERZFELD:

11       Q.    Could you take over the facility?

12       A.    Well, we could.  There's some language in

13   the contract that will allow us to take over the

14   facility or the management of the facility, yes.

15       Q.    Has TDOC ever had to do that?

16       A.    No, we have not.

17       Q.    Has there ever been a conversation that

18   you're aware of that has explored the possibility of

19   TDOC taking over Trousdale?

20       A.    No, there has not.

21       Q.    What about a partial takeover?

22       A.    No.

23       Q.    Okay.

24              MR. AUMANN:  Object to form.  You can go

25   ahead.

BY MS. HERZFELD:

    Q.   To your knowledge, has there ever been any conversations about any tools TDOC would have to bring Trousdale into compliance other than liquidated damages?

    A.   None other than what I've already mentioned.

    Q.   So to be clear, I just want to make sure I understand, so vis-à-vis Trousdale, the Trousdale facility and CoreCivic, the only conversations that you're aware of to ensure compliance of the contract has been utilization of the contract monitors and liquidated damages provision of the contract; is that right?

    A.   That and other -- other than the other things that I have mentioned such as, again, providing oversight through our contract monitors, our correctional administrator who oversees those facilities and working with the vendor to ensure compliance.  That's it.

    Q.   Okay.  You personally ever have any interaction with the contract monitors at Trousdale?

    A.   No.  I would say they -- very seldom.  I may see them during a site visit or something like that, or I may have conversations with the inspector

1    general for the Department related to secondhand

2    information through the contract vendors for

3    Trousdale and private facilities, but, no, not

4    direct interaction with them on a daily basis or

5    even a weekly basis, no.

6        Q.    Do you know what a noncompliance report

7    is?

8        A.    Yes.

9        Q.    What is it?

10       A.    It's a report that the contract monitors

11   complete to put the vendor on notice of a

12   noncompliant issue.

13       Q.    Do you review the noncompliance report

14   from Trousdale?

15       A.    Not every one, no.

16       Q.    Which ones do you review?

17       A.    From time to time, I'll see a report for

18   noncompliance.  Those are usually directed through

19   the contract monitors, through the IG, and then sent

20   to the vendor for a plan of corrective action and

21   given a period of time for that plan of corrective

22   action to take place.  Most of the time, the ones I

23   see end up where there has not been -- the plan of

24   corrective action has failed, there was no action

25   taken or the action did not resolve the issue and

1    liquidated damages would be taken.  At that point, I

2    would see a letter that I sign that goes through --

3    to the county for withholding funds for the

4    liquidated damages.

5         Q.   Okay.  And you had to do that for

6    Trousdale?

7         A.   Yes.

8         Q.   How many times?

9         A.   I don't remember.

10        Q.   More than two?

11        A.   Yes.

12        Q.   Would you say more than a dozen?

13        A.   Probably.  I'm not sure, though.  I would

14   have to go back and look at the documentation to

15   give you an accurate number.

16        Q.   Who oversees the contract monitors at

17   Trousdale?

18        A.   They are supervised through the compliance

19   office ultimately that lies with the inspector

20   general for the Department.

21        Q.   Who does the inspector general for the

22   Department report to?

23        A.   He reports to me.

24        Q.   Who is the inspector general for the

25   Department?

```
 1        A.    Kelly Young.

 2        Q.    How long has Kelly Young been in that

 3   position?

 4        A.    Since about March or April of last year.

 5        Q.    Who was in the position before Kelly

 6   Young?

 7        A.    Kelly was the first individual in that

 8   position.  That IG position was created by me last

 9   year.  It's a new position for the Department.  In

10   prior years, the Office of Investigation and

11   Compliance supervised the contract monitors for the

12   Department.

13        Q.    Who would that have been?

14        A.    The director of the Office of

15   Investigation and Compliance is Donna Turner.

16        Q.    Is Donna Turner still in that position?

17        A.    Yes.  She is over the law enforcement

18   division.  Now it's the Office of Investigation and

19   Conduct.  We took the compliance section out --

20   they -- contractor monitors, they work for Kelly

21   Young.

22        Q.    Okay.  And why --

23        A.    Under the supervision of Kelly Young.

24        Q.    Why did you create that new position?

25        A.    We felt like it was a better fit for the
```

1    Department to separate the contract monitoring,

2    contract compliance section for the Department and

3    remove it from -- at the time, fiscal services used

4    to supervise contract administration, and we felt

5    like we wanted to separate contract administration

6    from the fiscal division of the Department, so when

7    we created the IG position, which is over contract

8    and contract monitoring, we felt it appropriate to

9    also put those contract monitors for the private

10   prisons under his shop, also.

11       Q.   So before you created this new position,

12   did you feel like the contracts were being

13   adequately monitored or was there room for

14   improvement?

15       A.   No, I felt like we were monitoring the

16   contracts correctly, but you have to think about,

17   you know, the State of Tennessee, Department of

18   Corrections, I'm talking about other contracts,

19   also.  Contracts with -- regarding health services,

20   contracts regarded mental health services, contracts

21   regarding inmate telephone service, things like

22   that.  And our premise was to move -- we didn't want

23   the fiscal director or the chief financial officer

24   for the Department who was over the money side of

25   the house also looking at contract compliance and

1   contract administrations as a whole for the

2   Department.  So we shifted that and created a new

3   position, and that was also part of the corrective

4   action plan that we put in place as a Department in

5   regards to the comptroller's audit, the latest

6   comptroller's audit.

7       Q.    Okay.  Have you ever met with the

8   executives at CoreCivic?

9       A.    Yes.

10      Q.    Which executives?

11      A.    Are you talking about meetings since I've

12  been commissioner?

13      Q.    Yes, sir.

14      A.    I've met with Damon Hunter, I've met with

15  Patrick Swindle, I've met with Jerry Langford, and

16  it could be others.  I can't remember to be sure,

17  but that's some of the ones I've met with.

18      Q.    Have you met with these individuals in

19  person or over the phone?

20      A.    Both.

21      Q.    Okay.  And where have you met with them?

22      A.    Well, at different locations.  I've seen

23  these people at conventions, ACA conventions, I've

24  seen them at the facility before when I was on a

25  facility tour.  I've seen them there.  I've met with

them in central office from time to time, so a
multitude of places.

Q.    When you say central office, do you mean
TDOC central office?

A.    Yes.  That's correct.

Q.    Have you been to CoreCivic headquarters
here in Nashville?

A.    No, I have not.

Q.    Have you ever socialized with any of the
individuals that work at CoreCivic?

A.    Socialized?

Q.    Yes.  Have you gone for a meal?

A.    Gone for meal at the facility?

Q.    Have you gone for a meal with any of
individuals that you just talked about?

A.    No, not that I recall.  No.

Q.    Okay.  What about a drink?

A.    Not that I recall, no.

Q.    A social event like a baseball game or
anything like that?

A.    The only thing, I guess a social event,
that could qualify as a social event would be if, in
my participation with the correctional leaders
association, which is an association of all the
state corrections commissioners in the country, I

1    might see them at one of those events from time to

2    time, but, no, not that I can recall ever going to a

3    social event just with one of those individuals from

4    CoreCivic, no.

5        Q.   Have you ever been to an event that's been

6    sponsored by CoreCivic?

7        A.   I could have.  I don't remember a specific

8    event, but when we go to a convention and have an

9    event that, you know, 300 people is at, I don't know

10   that -- I can't say for sure if CoreCivic did or did

11   not in some way sponsor some of those events for the

12   conference.  I'm not sure.

13       Q.   Do you have the cell phone number of any

14   of the individuals that you just talked about,

15   Mr. Hunter, Swindle or Langford?

16       A.   Probably so.  I probably have 4 or 500

17   cell phone numbers in my cell phone, so it's very

18   possible.

19       Q.   Do you know if you've ever texted any of

20   those individuals?

21       A.   Not that I recall.

22       Q.   Okay.  What about e-mail, have you

23   e-mailed with any executives at CoreCivic?

24       A.   More than likely I have, but I don't know.

25   I don't remember any specific incident of e-mailing

1  or texting those individuals.

2      Q.    What about Jason Medlin, do you know Jason

3  Medlin?

4      A.    I do.

5      Q.    Do you have Jason Medlin's cell phone

6  number?

7      A.    Yes, I'm sure I do.

8      Q.    Have you ever texted with Mr. Medlin?

9      A.    Very possible.  I text -- back when

10  Jason -- Jason used to be kind of a regional guy

11  over the facilities even back to my time when I was

12  the correctional administrator and Jason come to

13  Tennessee, it's possible that I would have texted

14  with him then, and, you know, I text -- I

15  communicate with so many people, I would have to go

16  back and review the records to be sure, but it's

17  possible I did.

18      Q.    How many cell phones do you have?

19      A.    I have one.

20      Q.    Is that a TDOC issued cell phone or your

21  personal cell phone?

22      A.    That's my personal cell phone.

23      Q.    And do you from time to time conduct state

24  business on your personal cell phone?

25      A.    I do.

1   Q. Do you get paid or reimbursed at all for

2 that cell phone?

3   A. I do not.

4   Q. Do you make it a habit of backing up work

5 information, work communications that you have on

6 that cell phone?

7   A. I do not.

8   Q. Do you know what the document retention

9 policy is for the State of Tennessee?

10   A. I would have to go back and review that.

11   Q. Do you know what the document retention

12 policy is for TDOC, how long?

13   A. I'm not sure.

14   Q. Okay.  But I want to make sure I

15 understand it.  You don't include communications

16 you've had on your cellular phone and holding onto

17 documents under the document retention policy for

18 TDOC?

19   A. If I have --

20   MR. AUMANN:  Objection to form.  You can

21 go ahead.

22   THE WITNESS:  If I had documents or

23 information on my phone, if there is a request for

24 those, then that would be included in any request

25 for information that I might have.

BY MS. HERZFELD:

Q.   But you don't routinely back it up and save it?

A.   The account -- just like my e-mails on the phone is the account that I had with the state throughout, so the e-mails on my phone for business is the same Outlook account that I use in my office.

Q.   But for texting or call logs of whom you've called, those things would not be preserved from your cell phone; is that right?

A.   I don't take any additional -- any additional activity to back those up, no, I do not.

Q.   Do you know if there's an auto delete policy or anything on your cell phone?

A.   I do not.

Q.   And if you pay the bill yourself, do you know if those bills are logged some place, call logs?

A.   If they're what?  I'm sorry.

Q.   Do you turn them over to the State to be logged, your call logs?

A.   No, I do not.

Q.   Have you ever socialized with Mr. Medlin?

A.   Define socialize.  Again, Jason would be at some of these conventions that I -- we don't

1    socialize on a friendship level, I guess.  It's

2    primarily business with the exception of if I see

3    Jason or if I see Patrick at a convention and say

4    hello, they may be in the same room with me at an

5    event, but, no, I do not socialize on a social level

6    really with any of those people that you mentioned.

7        Q.   Okay.  Great.  And have you received

8    anything of value from anyone at CoreCivic?

9        A.   No.

10       Q.   Is there a policy in place that would

11   prevent you from accepting something of value from

12   someone at CoreCivic?

13       A.   Well, it's -- yes, there is a -- I would

14   have to look at the details, but, yeah, it would not

15   be appropriate for me to receive items of value from

16   CoreCivic.

17       Q.   Okay.  Why is it that that wouldn't be

18   appropriate?

19       A.   Because we oversee the contract, we

20   oversee business that we have with those people.

21       Q.   And likewise, it wouldn't be appropriate

22   for anyone that reports to you to receive something

23   of value from CoreCivic; is that right?

24       A.   Correct.

25       Q.   And if you found out that someone that

worked for you was receiving something of value from

CoreCivic, how would you react to that?

     A.   I would have that investigated, looked

into, and we would follow the policies and the laws

of the State of Tennessee.

     Q.   Okay.  Great.  What types of topics have

you discussed with executives from CoreCivic?

     A.   Repeat that question, please.

     Q.   You said before that you, you know, spoke

with a couple of different executives that you named

off at CoreCivic; is that right?

     A.   Yes.

     Q.   What types of things would you talk to

them about?

     A.   It would be, you know, corrections in

general.  I don't remember the specifics of

conversations like that.  It would be corrections

related.  You know, we might -- someone might ask

about, you know, your family doing okay, yes, you

know, things like that, just in general

conversation, but it would be primarily, you know,

corrections industry type topics, things like that.

     Q.   Nothing of a personal nature other than,

how is your family?

     A.   Yeah.  No.  Correct.

1      Q.    Do you know if you have ever spoken to any

2    executives at CoreCivic about the Trousdale

3    facility?

4      A.    Did I ever what?  I'm sorry.

5      Q.    Speak to any executives at CoreCivic about

6    the Trousdale facility?

7      A.    It's very possible that we could have

8    mentioned something about Trousdale.  I think I

9    would -- it would be natural for me if they had a

10   question, although I don't remember any specific

11   question or conversation, but it would be very

12   common if they, you know, had a question about a

13   facility or if there was a particular issue about

14   one of those private facilities that we could have

15   had a conversation.

16     Q.    Okay.  Have you ever personally had a

17   conversation with the contract monitors at Trousdale

18   about how things have been going?

19     A.    It's possible that I could have over the

20   years, but I don't remember any specific details of

21   a conversation that I would have had.

22     Q.    Okay.  In general, who have you spoken to

23   about the Trousdale facility?

24     A.    Most of my conversations about facility

25   operations would be with the assistant commissioner

1    of prisons for the Department.

2         Q.    Who is that?

3         A.    Lee Dotson.

4         Q.    Do you have an opinion of how things are

5    going at Trousdale?

6         A.    I think Trousdale is a very difficult

7    facility to manage.  I think that there's been

8    issues at Trousdale.  That's obvious by the report,

9    the compliance reports, but I would also say that to

10   be fair that I have issues in the state facilities,

11   also.  When you talk about the difficulty of hiring

12   correctional officers and the number of vacancies

13   that we have at the state level.  Trousdale has

14   significant challenges, just like I do at some of my

15   state facilities.  It's been a difficult, you know,

16   year.  I would also say that, you know, at

17   Trousdale, it's still a relatively new facility,

18   even though it's been open since '16, from a

19   correctional practitioner standpoint, it takes

20   several years to establish a facility as an older

21   facility, one that's more settled.

22              We went through some of the same things at

23   Northwest Correctional Complex when we opened it

24   back in the '90s.  When you take inmates from across

25   the state and move them, you tend to have more

1   inmate issues, but, again, to answer your question,

2   I think Trousdale has significant challenges that

3   they've been working on.

4        Q.   You think Trousdale is safe?

5        A.   I think Trousdale is safe.  I do.  It's

6   just like any correctional environment, it's not a

7   matter of when -- if bad things are going to happen,

8   it's a matter of when, because of the individuals

9   you have inside that facility that have violent

10  histories, that have a tendency for violence that

11  have -- could have mental health issues.  All of

12  those things play into the complexities that we deal

13  with in corrections in every state.  When you talk

14  about corrections departments, it's really a complex

15  non-forgiving environment, really.

16       Q.   You said that the warden at Trousdale was

17  Warden Byrd?

18       A.   Yes.  I think -- I don't know.  I

19  apologize.  I'd have to go back and talk to Lee,

20  because I think there's been an administrative

21  change there recently, but I would have to go back

22  and look.

23       Q.   How recent?

24       A.   I think within the last few weeks.

25       Q.   Okay.  What was the administrative change?

1    A.    It's my understanding, the warden was

2    replaced there, or being replaced, in the process of

3    being replaced.  Again, this is conversation that

4    I've had with the AC of prisons that work for me,

5    and I don't remember the detail of the conversation.

6    Q.    Do you know why he was being replaced?

7    A.    There was a use of force there that was in

8    question and that the warden was directly involved

9    in.

10    Q.    He was directly involved in the incident

11    itself?

12    A.    It was my understanding that's the case,

13    yes.

14    Q.    What was the incident?

15    A.    I don't remember the details of the

16    incident.  I'd have to go back and review the

17    documents on that.

18    Q.    What documents would you review?

19    A.    I would review the -- well, when I said

20    documents, I would have to talk to the AC of prisons

21    to get the details and the investigation report.

22    Q.    Okay.  And do you know if Warden Byrd has

23    been absent from Trousdale for weeks at a time?

24    A.    I'm not sure.  Again, I would have to talk

25    with the AC of prisons about that.

1      Q.  And who was managing the facility when

2  Warden Byrd has been out?

3      A.  Again, I would have to talk with the AC of

4  prisons to verify that.

5      Q.  You don't have an idea off the top of your

6  head?

7      A.  I do not, no.

8      Q.  And you knew you were giving a deposition

9  about the Trousdale facility today; is that right?

10      A.  That's correct.

11      Q.  But you didn't familiarize yourself with

12  that information for your deposition today?

13      A.  I did not, no.

14      Q.  Warden Byrd, was he a TDOC employee or a

15  CoreCivic employee?

16      A.  He was a CoreCivic employee.

17      Q.  Did you have any involvement in

18  recommending that he be removed from his position?

19      MR. AUMANN:  Objection to form.  You can

20  go ahead.

21      THE WITNESS:  That would have been a

22  discussion between the AC of prisons, the assistant

23  commissioner of prisons, Lee Dotson and myself, yes.

24  BY MS. HERZFELD:

25      Q.  Okay.  And what was that discussion?

1    A.    That we feel like that there needed to be

2    a leadership change there with Mr. Byrd.

3    Q.    Okay.  And what was the nature of why you

4    thought there needed to be a leadership change with

5    Mr. Byrd?

6    A.    It involved the incident, the use of force

7    incident there at the facility.

8    Q.    Did that have to do with someone being

9    pepper sprayed and shot with beanbag rounds?

10    A.    That's correct, yes.

11    Q.    Were there any other concerns about Warden

12    Byrd or was that the only one?

13    A.    Well, that was the primary concern that we

14    had in reviewing the information that we received,

15    but, again, I don't remember the specific details.

16    I'd have to go back and review the incident, the

17    investigation report.

18    Q.    Did you have other concerns about Warden

19    Byrd?

20    A.    No.  Not in particular, no.

21    Q.    So you didn't have concerns about other

22    incidents using excessive force?

23    A.    No --

24    MR. WELBORN:  Object to the form.

25    BY MS. HERZFELD:

1  Q. Did you meet with any executives at

2 CoreCivic about reassigning Warden Byrd?

3  A. No, I did not.

4  Q. What about anyone at CoreCivic, did you

5 talk to anybody at CoreCivic about reassigning

6 Warden Byrd?

7  A. All my conversations that I recall were

8 with my assistant commissioner of prisons.

9  Q. Do you know if your assistant commissioner

10 had any conversations with anyone at CoreCivic about

11 replacing Warden Byrd?

12  A. It's my understanding that Lee Dotson had

13 conversations with some of the supervisors of the

14 warden.  Now, I don't know specifically if that

15 would be Jason or Patrick Swindle, but I'm sure he

16 did, yes.

17  Q. Okay.  Do you know who is going to be the

18 new warden at Trousdale?

19  A. I would have to -- again, I would have to

20 review the documents and talk to Lee Dotson.

21   MS. HERZFELD:  We've been going for about

22 an hour.  Let's take a break for about five minutes.

23   (Brief break observed.)

24 BY MS. HERZFELD:

25  Q. Moving on to the religion claims, if

1  you'll look at your screen right in front of you,

2  you should see what is policy number 116.08; do you

3  see that?

4       A.   I do.

5       Q.   And are you familiar with that policy?

6       A.   Somewhat familiar, yes.

7       Q.   Is that the policy having to do with

8  religious diet program and feast?

9       A.   That's correct.

10      Q.   Can you see it on the screen in front of

11  you?

12      A.   Yes.

13      Q.   Okay.  Do you see it has an effective date

14  of January 1st, 2016; is that right?

15      A.   That's correct.

16      Q.   In the upper left-hand corner, it says

17  approved by, and who is that?

18      A.   That would be Derrick Schofield.

19      Q.   And who is Derrick Schofield?

20      A.   He is the previous commissioner of

21  corrections for the State of Tennessee.

22      Q.   And when he approved the policy, are those

23  policies still in place?

24      A.   Yes.  That policy is still effective.  I

25  don't know if it's a new policy or not, but, yes,

1  it's still in place.

2       Q.    Okay.  And do you know if this is the most

3  up-to-date version of this policy?

4       A.    I'll check.

5       Q.    Mr. Parker?

6       A.    Yes.

7       Q.    Are you looking in your computer?

8       A.    I am looking at my paperwork.  I'm sorry.

9       Q.    No.  That's okay.  It's hard because we're

10  doing these over Zoom, and I'm trying to keep the

11  record to what we've got right in front of you, so

12  maybe I'll back up and withdraw my question and I'm

13  going to ask it again; does that work?

14       A.    Sure.

15       Q.    Okay.  Great.  So what I've shown you here

16  on this screen is policy 116.08 with an effective

17  date of January 1, 2016.  I'll submit to you that I

18  believe there is an updated version of this policy,

19  but for the purposes of my question, I'm going to

20  stick with this one right here, okay?

21       A.    Okay.

22       Q.    And you can see it right there?

23       A.    Yes.

24       Q.    Okay.  Very good.  If we will scroll down,

25  I don't have -- give me one second here.  We can

```
 1   scroll down to Section VI D2.  See right there.
 2   Section VI, Religious Holiday Feast, Menu Program;
 3   do you see where I'm at?
 4        A.   I do.
 5        Q.   Then D2.  Do you see where it's at number
 6   2 right there?
 7        A.   I do.
 8        Q.   Okay.  Could you read 2 for me, please?
 9        A.   Says, TDOC will serve a special meal
10   through food service provided to all population for
11   the following feasts to be observed.  A, Christian,
12   (Christmas, Easter); and B, Muslin, (Ramadan and the
13   Feast of Abraham).
14        Q.   Are you familiar with the Feast of
15   Abraham?
16        A.   Somewhat.  Not in detail, no.
17        Q.   What do you understand it to be?
18        A.   Again, it's an observance that the Islamic
19   faith practices for a special meal.  I don't know
20   the specifics or the meaning as far as in a
21   religious context.
22        Q.   Have you also heard of the Feast of Eid?
23        A.   Yes.
24        Q.   Do you know that to be the same thing?
25        A.   It could be.  You know, my recollection of
```

1    that is the breaking of the fast, being Ramadan.  As

2    a warden, there would be a meal for the Muslin or

3    the Islamic faith, people practicing that faith.

4    That's my recollection.

5        Q.    And you mentioned Ramadan.  Do you know

6    what Ramadan is?

7        A.    Yes.  Somewhat.

8        Q.    What's your understanding?

9        A.    I'm sorry?

10        Q.    What is your understanding of what is

11    Ramadan?

12        A.    Ramadan is usually an observance, if I'm

13    not mistaken, it usually lasts about a month where

14    people of Islamic faith practice a period of fasting

15    and not eating, fasting during a particular time of

16    the day, usually during the day, and then following

17    that, the breaking of the fast or the end meal would

18    be prepared for them as they come out of the holy

19    month of Ramadan to be able to have a meal that's

20    celebrating I guess the breaking of the fast.

21        Q.    And going back -- thank you for that.  Did

22    I interrupt you?  So looking back at number 2 that's

23    on your screen there where it says, through food

24    service provided to all populations.  Do you know

25    what that means?

1    A.   Yeah.  So that -- I would consider that

2    being a special meal that was provided through the

3    food service operation at the facility for the

4    particular meals that are mentioned there in A and

5    B.

6    Q.   And who handles food service for

7    Trousdale?

8    A.   Trousdale, the facility would be

9    responsible for the food service operations.  I'm

10   not for sure if they have a vendor or if they do it

11   themselves.

12   Q.   Okay.  Who would know the answer to that

13   question?

14   A.   People at Trousdale.  I'm sure that if I

15   were to ask my contract administrator or the

16   contract monitors, they could tell me, but I'm not

17   familiar especially with who manages and supervises

18   the food service operation.

19   Q.   Okay.  If you'll look back with me to the

20   screen, if we go back to VI A.  We have VI A,

21   religious diet requirements shall be met as follows,

22   see that?

23   A.   I do.

24   Q.   If you go VI A 2, could you read that for

25   me, please?

1        A.    Kosher, Halal, and the House of Yahweh

2   meals shall be provided in accordance with the

3   common fare menu developed by the food service

4   director, TDOC dietician, and in consultation and

5   approval by a qualified religious adviser to ensure

6   adherence to religious requirements and to ensure

7   nutritional adequacy.

8        Q.    And do you know what Halal foods are?

9        A.    Those primarily are foods that do not

10  contain pork or derivatives of pork or cooked with

11  alcohol, things like that.

12       Q.    Okay.  Do you know what this policy means

13  by, in accordance with common fare menu.  What is

14  common fare menu?

15       A.    I don't know.  I'm not familiar with that.

16       Q.    Okay.  This portion of the policy

17  references qualified religious adviser.  Who is

18  TDOC's qualified religious adviser?

19       A.    So we have a director of religious

20  services that supervises, oversees the religious

21  programs and protocols for the Department who works

22  for the assistant commissioner of rehabilitation for

23  the Department.  I also know that in the past, there

24  have been opportunities for the director of

25  religious services to speak to or to consult with

1  outside religious advisers.  Say, for instance, an

2  Imam possibly for the Islamic group or things like

3  that, as far as to provide consultation relating to

4  requirements of people practicing the Islamic faith,

5  as well as some other religious affiliations, also.

6          So I don't know specifically who that

7  person would be.  That would be a question probably

8  for the director of religious services.

9      Q.   So I want to make sure I understood that

10  answer.  So there's an opportunity to consult with

11  someone to make sure that the food is in conformance

12  with the Muslin faith.  Did I understand your answer

13  right?

14      A.   I think the Department of Corrections has

15  the option of seeking information relating to

16  specific religious services as far as the

17  requirements of the tenets of a faith, requirements

18  of that practicing that faith, to consult with

19  outside religious leaders, I would say.  The example

20  I would give would be like an Imam or something that

21  would be able to advise the director of religious

22  services and the Department on specific

23  requirements.

24      Q.   And do you know if TDOC has consulted with

25  a religious adviser about the Halal foods?

1    A.   I do not.  I know years ago, we had

2    conversations, I know, and that was a service that

3    was provided years ago, I think when I was AC of

4    prisons, but I'm not sure today if they continue to

5    do that or if they're still using the same

6    regulations and advice that we received back then.

7        Q.   Who would know that?

8        A.   The director of religious services would

9    be a good one to talk to, or the assistant

10   commissioner of rehabilitation for the Department.

11       Q.   And would consulting someone on the

12   religious requirements of a meal be a best practice

13   that TDOC should be adhering to?

14       A.   I think the requirements of particular

15   faith groups reaching out to a recognized religious

16   leader is -- would be a best practice to -- if the

17   Department felt like it needed some guidance or

18   direction in particular -- answering particular

19   questions or issues related to the practice of a

20   particular faith group, that that would be something

21   that we would engage in.  We've done that before, as

22   I've said, and, yes, I would have no issue with that

23   whatsoever.

24       Q.   Do you know what percentage approximately

25   of prisoners in TDOC custody at any given time are

Muslim?

A.   No, I don't know that.  I don't know.

Q.   All right.  Would you say each facility that you've ever been involved in has had a population of practicing Muslim prisoners?

A.   Yes.  That would be a fair statement, yes.

Q.   So it's not like a particularly unusual religion for --

A.   No, it's not unusual.  It's not an unusual religion.  It's one that I have found, though, that have in the past been hard to recruit and have certified volunteers that come in and help lead those services.  It's been difficult for years to find outside sources and volunteers that were willing to come in and assist the Department with the administration of those services.

Q.   But we're talking about food services right now, so as far as food goes, it's not like, you know, having to have Halal food is something terribly unusual that you're going to have to find somebody specialized in some strange corner of the country.

A.   No, I didn't mean --

MR. AUMANN:  Object to form.

BY MS. HERZFELD:

         Q.    So it's a pretty usual and recognized type
of food, Halal; is that right?
         A.    Yes.  I would say so.
         Q.    Are you familiar with Kosher food?
         A.    Somewhat.
         Q.    What do you understand Kosher food to be?
         A.    Food prepared a particular way, special
guidelines.  It's usually, if I'm not mistaken, it's
associated with Jewish faith, and I don't remember
the specifics of the requirements for Kosher meals.
         Q.    Do you know which outside vendors the
prisons in Tennessee use for their food services?
         A.    Yes.  We use -- the State of Tennessee,
Department of Corrections uses Aramark for our food
service operation.
         Q.    Do you know if Aramark has Halal foods?
         A.    I believe they do.  I believe so.  Again,
that's -- again, to be absolutely certain, I would
ask our AC of prisons and rehab services, but I'm
assuming they do, yes.
         Q.    Have you heard of Trinity Food Service?
         A.    I have heard of that, yes.
         Q.    Do you know who they are?
         A.    They're a vendor that provides food
service operations.

1      Q.   Do you know if they contract with

2   CoreCivic?

3      A.   I do not, no.

4      Q.   Do you know if TDOC has ever had Muslim

5   individuals or a Muslim cleric look over the menu

6   that Aramark serves for Muslim foods or Halal foods?

7      A.   It's possible, but I'm not for sure.

8      Q.   Who would know the answer to that?

9      A.   Again, the director of religious services

10   for the Department of Corrections or the assistant

11   commissioner of rehabilitation.

12      Q.   You'd agree with me who is an observant

13   Muslim, they have a constitutional right to have a

14   Halal meal that is in conformance with their

15   religious observance?

16           MR. AUMANN:  Objection to form.  You can

17   ahead.

18           MR. WELBORN:  Same objection.

19           THE WITNESS:  Yes.  As far as I'm

20   concerned, yes.

21   BY MS. HERZFELD:

22      Q.   Who is responsible at TDOC for ensuring

23   that CoreCivic complies with a Halal menu for a

24   devout Muslim in their care?

25      A.   So, again, that is something that is in

1    our policy.  The commissioner of the Department of

2    Corrections and the State of Tennessee would be

3    responsible for monitoring compliance with state

4    policy.

5        Q.   Okay.  And specifically that monitoring of

6    compliance with the policy would be done through the

7    contract monitors of the facility?

8        A.   That's correct.

9        Q.   Do you know of any other actions that

10   would be taken to ensure that compliance of the

11   contract for foods in conformance of one's religious

12   observance?

13       A.   Other than the things that I mentioned

14   earlier with our monitoring inspection process,

15   things like that, addressing any inmate grievances

16   that we may come into contact with.  Those would be

17   the primary mechanisms that we would use.

18       Q.   Would you say that the majority of

19   prisoners in TDOC are Christian?

20            MR. AUMANN:  Objection to form.

21            THE WITNESS:  I don't know.  That's a

22   question I guess, you know, we would have to poll

23   and it would depend on someone's opinion of what is

24   a Christian, what is not a Christian versus Muslims.

25   I would think that -- again, it would be speculation

1  on my part, but, typically, you would probably have

2  more people participating in Christian activities

3  than would Islamic activities or Jewish activities,

4  whatever.

5  BY MS. HERZFELD:

6      Q.   Do you know of any specific diets that

7  followers of the Christian faith follow?

8      A.   No.  Not any specific diet, no.

9      Q.   Have you ever determined that a facility

10 housing TDOC inmates did not offer Halal foods for

11 inmates during the two feasts that we just talked

12 about in this policy?

13     A.   Repeat that question, please.  I'm sorry.

14 It broke up.

15     Q.   Sure.  Have you had a circumstance where

16 you've been made aware of a facility that houses

17 TDOC inmates that has not provided the feasts that

18 we just talked about in this policy?

19     A.   No, I have not.

20     Q.   Okay.  And we'll move over to the next

21 policy.  And there is Exhibit 2.

22          MS. HERZFELD:  Janie, I should have said

23 before that the other one was Exhibit 1.

24                    (WHEREUPON, the

25                    previously-mentioned document was

1                    marked as Exhibit Number 1.)

2          MS. HERZFELD:  And this will be Exhibit 2.

3                    (WHEREUPON, the

4                    previously-mentioned document was

5                    marked as Exhibit Number 2.)

6  BY MS. HERZFELD:

7      Q.    This is the same policy, 116.08, effective

8  date of September 30, 2019; do you see that, sir?

9      A.    I do.

10     Q.    This one is approved by -- is that you?

11     A.    That's correct.

12     Q.    Okay.  Great.  I'll submit to you that

13 this is the updated policy.  See where it says

14 supersedes just to the right?  See where I'm at?

15     A.    Yes.

16     Q.    This one is for religions diet program; is

17 that right?

18     A.    That's correct.

19     Q.    And the effective date is September 30,

20 2019?

21     A.    Yes.

22     Q.    Do you know why this policy was updated or

23 what changes were made to it?

24     A.    Our policies are reviewed throughout the

25 year and every year.  Our policies, we update those

1    on a three-year cycle, so it's not uncommon to have

2    an updated policy.  As far as the changes in the

3    policy, I do not know specifically the individual

4    changes from a previous policy to this policy, but

5    it's not uncommon for policies to be upgraded or

6    modified and updated.

7         Q.   And if they're updated, are they always

8    modified or sometimes do you just refresh them with

9    a new date with no change?

10        A.   Yes.  We would reissue a policy with a new

11   effective date that had no changes.  That's very

12   possible, too.

13        Q.   Do you happen to know if that was the case

14   when this policy was updated?

15        A.   I do not know specifically, no.

16             MS. HERZFELD:  Next will be Exhibit 3.

17                       (WHEREUPON, the

18                       previously-mentioned document was

19                       marked as Exhibit Number 3.)

20   BY MS. HERZFELD:

21        Q.   I'll give you control of the screen so you

22   can take a look at Exhibit 3.  Let me know when

23   you've had time.  It's a collective exhibit.  We've

24   put a couple of things together and made it one

25   exhibit just for ease of use.

            Mr. Parker, let me know when you have had

an opportunity to read them.

    A.    Okay.  Thank you.

    Q.    Uh-huh.

    A.    Okay.  I've read it.

    Q.    Great.  And these memos generally talk

about Ramadan guidelines; is that correct?

    A.    That's correct.

    Q.    In looking at the second memo -- we'll

take control back over, if that's okay.

            The second memo is to institutional

wardens, chaplains and food service supervisors from

Ed Welch, and Bobby Straughter.  Do you know who

those individuals are?

    A.    I do.

    Q.    Who are they?

    A.    So Ed Welch, at the time was the assistant

commissioner of rehab services.  Bobby Straughter

was the assistant commissioner of operational

support for the Department of Corrections.  Both of

those are Department of Corrections employees.

    Q.    Are they responsible for compliance with

religious requirements at the facility?

    A.    Yeah.  Ed Welch, at the time, was the AC

of rehab services who supervises the religious

1    services programs for the Department.

2        Q.    So religious services comes under the

3    rehab services umbrella?

4        A.    Yes.

5        Q.    Great.  Do you see that second memo there

6    that we were just looking at that is dated March 19,

7    2018?

8        A.    Yes.

9        Q.    Okay.  If you see item two in that memo

10   there, I'm pointing to it like you can see it, but

11   you can't.  But if you look at number two right

12   there, All food items will be prepared through the

13   food services vendors e.g. Aramark/Trinity at each

14   institution.  No outside food items will be allowed

15   from certified volunteers.  Did I read that

16   correctly?

17       A.    Yes.

18       Q.    Do you know if that has always been TDOC

19   policy or if it was new in 2018?

20       A.    I'm not sure.  I don't know.

21       Q.    Okay.  When it says, no outside food items

22   will be allowed from certified volunteers, do you

23   know what that means?

24       A.    So that would mean that -- my

25   interpretation of that would be that the food

1    service vendor would be preparing the meal and

2    therefore no certified volunteer could bring in

3    anything additional for the meal, or I guess

4    providing meal in lieu of the food service vendor

5    providing a meal.

6        Q.   Okay.  We will move now to Exhibit Number

7    4.

8                        (WHEREUPON, the

9                        previously-mentioned document was

10                        marked as Exhibit Number 4.)

11   BY MS. HERZFELD:

12       Q.   Do you know who Jon Shonebarger is?

13       A.   I do not.

14       Q.   Have you ever seen this document before,

15   an affidavit from Mr. Shonebarger?

16       A.   I have not.

17       Q.   If you will turn with me, go down just a

18   little bit.  It says here that Mr. Shonebarger, if

19   you look at Number 3, was -- is the chaplain at

20   Trousdale, working for CoreCivic.  Does that refresh

21   your memory as to who he might be?

22       A.   I don't know him personally.  I don't know

23   him in his role as chaplain, but according to this

24   document, it says he's the chaplain there at

25   CoreCivic.  I have no reason to doubt that.

1      Q.   And you've never had any conversation with

2  Mr. Shonebarger to your knowledge?

3      A.   No.

4      Q.   If you will go with me to paragraph 8.  So

5  Mr. Shonebarger here says, if you'll read along with

6  me, In 2018, TDOC and CoreCivic policy was changed

7  to disallow food items to be brought in by

8  volunteers, period.  The change was made in response

9  to complaints of some religious groups, i.e.

10 Christians, receiving more food at feasts due to a

11 higher number of volunteers in the area bringing in

12 food, while other religions, with fewer or no

13 volunteers in the area were not receiving the same

14 amount of extra food.  The authorized vendor at TTCC

15 and for all CoreCivic prisons in Tennessee is

16 Trinity.  Did I read that correctly?

17     A.   Yes.

18     Q.   Do you have any knowledge of a change in

19 TDOC or CoreCivic policy to disallow foods being

20 brought in from volunteers?

21     A.   No, I do not.

22     Q.   Do you know of a time when food was

23 allowed to be brought in by volunteers?

24     A.   I would say that years ago.  Okay.  And I

25 don't remember how long ago, but at the time in west

1  Tennessee, it would make sense to me that if the

2  vendor -- if the food service vendor could not

3  prepare the meal, the appropriate meal for the

4  holiday or whatever the case might be, that we

5  could -- we had the option of using a certified

6  volunteer to provide services to assist for that.

7      But, again, if the vendor, the food

8  service vendor, i.e. for us, would be Aramark.  If

9  they would provide the meal, then certainly we would

10 rather have them provide the meal than having a

11 vendor bring it in from the outside.

12     Q.   Okay.  Do you know how one becomes a

13 certified volunteer?

14     A.   Sorry?

15     Q.   Do you know how one becomes a certified

16 volunteer?

17     A.   There is a process where they apply to be

18 a certified volunteer.  There is a background check,

19 there's some requirements that have to be met.

20 They're approved through the director of religious

21 services, the assistant commissioner of rehab

22 services, you know, and the -- we have a policy on

23 that relating to certified volunteers for the

24 Department.

25     Q.   And before this time when there was this

1  change in policy, did you have to be a certified

2  volunteer to donate food to the facility or could

3  any volunteer do that?

4      A.   I don't remember specifically.  In most

5  cases, people who brought in or assisted with these

6  services would have been certified volunteers with

7  the Department.

8      Q.   Okay.  If you'll look with me at paragraph

9  9.  Therefore in 2018, to ensure fairness and equal

10  treatment to all religions, all outside foods were

11  prohibited including religious items provided by

12  volunteers.  Did I read that correctly?

13      A.   Correct.

14      Q.   Do you recall there being complaints from

15  Muslim prisoners that they weren't receiving the

16  same types of -- the same types of meals and foods

17  being donated as Christian prisoners?

18      A.   I don't remember any specific complaints

19  related to that.  No, I do not.

20      Q.   Okay.  If you'll go down with me to

21  paragraph 10.  Food service and religious staff at

22  TTCC work to ensure that Muslim inmates receive

23  meals during Ramadan before sunrise and after

24  sunset, which do not conflict with their religious

25  requirements.  Do you know anything about that?

```
 1        A.   I do not.

 2        Q.   Okay.  Number 11.  Muslim inmates have

 3   available to them Halal food items.  Do you have any

 4   knowledge about that?

 5             MR. AUMANN:  Objection to form.  You can

 6   go ahead.

 7             THE WITNESS:  No, I mean, that's his

 8   statement.  I don't know any details about that, no.

 9   BY MS. HERZFELD:

10        Q.   Do you know if it's true or not at

11   Trousdale?

12        A.   I do not.

13        Q.   Okay.  Number 12, Muslim inmates have

14   available during Ramadan vegetarian options provided

15   before sunrise and after sunset.  Did I read that

16   correctly?

17        A.   Yes, you did.

18        Q.   Do you have any personal knowledge whether

19   or not that's true at Trousdale?

20        A.   I do not.

21        Q.   Do you know if Halal meals incorporate

22   meat and not just vegetables?

23        A.   I do not.

24        Q.   Okay.  Do you know if TDOC consulted with

25   any religious leaders, elders or Muslims about
```

1　providing only vegetarian foods to Muslims during

2　Ramadan?

3　　　A.　I do not.　Again, it's possible that they

4　could have consulted with resources, but the

5　specifics of that, I would not have knowledge of or

6　I don't have knowledge of.

7　　　Q.　Okay.　If you go down to number 13, do you

8　see where it says, All food items must be purchased

9　and provided by authorized vendors.　Volunteers

10　cannot bring in outside food.　This is a policy

11　which applies equally to all inmates of all

12　religious faiths at TTCC.　See that?

13　　　A.　I do.

14　　　Q.　Do you know if that's still TDOC's policy?

15　　　　MR. AUMANN:　Objection to form.　You can

16　go ahead.

17　　　　THE WITNESS:　As far as I know, that's

18　still the policy, yes.

19　BY MS. HERZFELD:

20　　　Q.　Okay.　Do you know anything about care

21　packages being received at Trousdale?

22　　　A.　Care packages?

23　　　Q.　Yes, sir.

24　　　A.　Define care packages.

25　　　Q.　Do you know if people are allowed to drop

1    off gifts or packages for prisoners at Trousdale?

2         A.   Not that I'm aware of.

3         Q.   Would it be appropriate if people were

4    allowed to do that?

5         A.   So I guess my -- I would have a question

6    for you.  I would need you to define what a care

7    package is specifically, what you're referring to as

8    a care package or give me an example.

9         Q.   Why don't I back it up.  So if someone

10   wanted to drop off literature for each prisoner at

11   Trousdale, is that something that would be okay, to

12   your knowledge?

13        A.   Drop off literature?

14        Q.   Yes, sir.

15        A.   No.  Normally people don't come to a

16   facility and just drop off an item for an inmate.

17   That's not -- that would not be appropriate, if

18   that's what you're referring to.

19        Q.   Yeah.  I think maybe what I'm referring

20   more to is like if there was a group, like if my

21   church wanted to, you know, we've got some prayer

22   material and pamphlets and we're trying to reach

23   more people and my church group wanted to bring by

24   some pamphlets that, you know, talk about the types

25   of prayers that, you know, we would like to engage

1    in with various prisoners and we wanted to drop that

2    off for all prisoners to see if anyone was

3    interested, is that something that that group could

4    communicate with prisoners in the facility through

5    doing that?

6        A.   I would have to look at the policies

7    related to that.  We would -- again, any kind of

8    request, special requests, things like that, they

9    have to go through the chaplain.  The chaplain would

10    have to consult with the warden, the leadership of

11    the facility, and then we have a -- TDOC would have

12    a director of religious services who would filter

13    and review any kind of special request like that.

14    It would be reviewed at that level with the warden

15    and...

16        Q.   Okay.

17        A.   As well as the leadership for the

18    Department as far as the assistant commissioner of

19    rehab services and the religious services committee,

20    things like that.

21        Q.   Okay.  What about if I have like a mom's

22    group and my mom's group decided that we were going

23    to make cookies and wanted to give cookies to

24    everyone at the facility.  What would be the

25    procedure that, you know, my group of moms, you

1    know, moms who love cookies, could bring cookies to

2    the prison to be distributed to the prisoners?

3        A.   That would be a problem there, because

4    you're talking about a food service item that would

5    be coming in that, I'm assuming you're not a

6    certified volunteer, it's just somebody that's going

7    to bring in items that we don't know what is

8    contained in the items, so that would be an issue, a

9    problem.

10        Q.   Okay.  What if my mom's group wanted to go

11    and buy a bunch of Girl Scout cookies.  We've got,

12    you know, 25 boxes of Girl Scout cookies we want to

13    donate to prisoners.  Could we just talk to somebody

14    and, you know donate those boxes of cookies?

15        A.   That would be unusual.  That would be a

16    real unusual request for such, and, again, you know,

17    I've always been, as commissioner, I would say we

18    would look at people who wanted to help inmates or

19    help facility inmate activities, whether it be

20    religious or rehabilitation in nature, to review the

21    intent and also review the security issues that

22    might go along with that particular question.

23            Again, if we're talking about an issue

24    related to religious services, that would have to be

25    filtered through the chaplain, through the warden,

1    through the director of religious services.  There's

2    several review processes that would have to take

3    place before anything like that would be approved.

4        Q.   Okay.  And even if the chaplain or someone

5    approved, say cookies coming in from my Bible study

6    group to give to prisoners, that would seem like

7    that's in conflict with the TDOC policy we just read

8    about that talks about no outside food except

9    through the vendors; is that right?

10           MR. AUMANN:  Objection to form.

11           THE WITNESS:  Yes, it is.

12   BY MS. HERZFELD:

13       Q.   Okay.  Do you know what a Khuffain is?

14       A.   I'm sorry?  (Court reporter asks for

15   clarification.)

16       Q.   K-H-U-F-A-I-N [sic].  Do you know what

17   Khuffain is?  Have you ever heard of that?

18       A.   I do now.  I understand it's some type of

19   headdress that males wear, Islamic inmates wear.  I

20   found that out in my conversations with the

21   attorneys in looking at the information.

22           MR. AUMANN:  Just to interject,

23   Commissioner Parker, again, the attorney-client

24   privilege, just make sure not to reveal the contents

25   of any discussions that you had with your attorneys.

BY MS. HERZFELD:

Q.   Have you -- did you talk about perhaps or have you familiarized yourself at all with a special type of sock that Muslims wear during prayer?

A.   I saw that in the complaint.  I'm not familiar with it.

Q.   If I submitted to you that the Khuffain would be socks that are worn during prayer, does that sound like in, and this isn't supposed to be like a memory test, does that sound like something you might have heard of?

A.   Yes.

Q.   Okay.  Great.  We'll go ahead and look at the next exhibit, which I think should be Exhibit 5.

                    (WHEREUPON, the

                    previously-mentioned document was

                    marked as Exhibit Number 5.)

BY MS. HERZFELD:

Q.   I will submit to you that this is the TDOC Bates Number 442, and it's Policy number 504.01, with the effective date of November 1st, 2019; do you see that, Mr. Parker?

A.   I do.

Q.   What is the subject of this policy?

A.   Inmate personal property.

1         MR. AUMANN:  Can I just interject?  I
2    think you said Exhibit 5, but I think this is
3    Exhibit 7 that you've got marked.
4         MS. HERZFELD:  I think it's 5.  (Court
5    reporter clarifies.)
6         MR. AUMANN:  I was looking at the 7 dot
7    PDF.  My mistake then.  All right.
8    BY MS. HERZFELD:
9         Q.    No problem.  So the effective date of this
10   policy was November 1st, 2019; is that right?
11        A.    Right.
12        Q.    And it was approved by you?
13        A.    Yes.
14        Q.    And if you'll go down with me to Section
15   VI D, and we'll start at the beginning.  See where
16   we're at on the screen?
17        A.    I do.
18        Q.    So it says, By July 1st of each year the
19   commissioner/designee will publish a list of
20   personal property that inmates are permitted to have
21   in their possession.  This list may be revised as
22   frequently as needed.  All inmates are required to
23   be in compliance with the approved property list.
24   Televisions, radios, tape players, typewriters,
25   stands and musical instruments, et cetera, et

1    cetera.

2          Do you see where I am?

3    A.    Yes, I do.

4    Q.    And did I read that correctly?

5    A.    You did.

6    Q.    Do you know how that list of personal

7    property items is developed every year?

8    A.    Somewhat.  It's generated from a review of

9    the -- in the field, as well as the assistant

10   commissioners for the Department.

11   Q.    And do you have any personal involvement

12   in the development of that list?

13   A.    No, I do not.

14   Q.    We'll move on to the next exhibit, please.

15                    (WHEREUPON, the

16                    previously-mentioned document was

17                    marked as Exhibit Number 6.)

18   BY MS. HERZFELD:

19   Q.    Do you recognize this document, sir?

20   A.    Yes.

21   Q.    What do you know it to be?

22   A.    It's a memo that has my name there related

23   to inmate religious property.

24   Q.    Okay.  And do you see who drafted this

25   memo?

1      A.    I'm sorry?

2      Q.    Who drafted it, who is the author?

3      A.    It's got my name on it.  I'm not sure that

4  I drafted it or someone in the assistant

5  commissioners office drafted it.

6      Q.    And you approved it.  Are those your

7  initials?

8      A.    That's my initial, yes.

9      Q.    What is the date?

10     A.    September 11, 2017.

11     Q.    If you will go down with me just a little

12 bit on Page 2, there's a list of items that Muslims

13 are permitted to own.  Do you see where we're at?

14     A.    Yes.

15     Q.    It says that there's a Hijab, two, solid

16 white head covering for female Muslims.  Do you see

17 that?

18     A.    I do.

19     Q.    And then a Kufi, two, solid white, black

20 or gray?

21     A.    Yes.

22     Q.    Miswak sticks, up to ten sticks.  Do you

23 know what Miswak sticks are?

24     A.    Vaguely.  I don't know specifically what

25 they're used for, but I do recognize that as an item

1    for the Islamic faith group.

2         Q.   And plastic prayer beads, one, solid

3    color?

4         A.   Yes.

5         Q.   And then a prayer rug.  Does that sound

6    right?

7         A.   That's correct.

8         Q.   And then we'll go on to the next document.

9    Exhibit 7.

10                         (WHEREUPON, the

11                         previously-mentioned document was

12                         marked as Exhibit Number 7.)

13   BY MS. HERZFELD:

14        Q.   Okay.  You see this is a memo dated

15   December 20, 2019 with the subject, Inmate Religious

16   property?

17        A.   Yes.

18        Q.   And are you -- is this a memo from you?

19        A.   It is.

20        Q.   Okay.  Go down to Page 2.  This is for

21   inmate religious property allowed for Muslims.  Do

22   you see that?

23        A.   I do.

24        Q.   Again, here we have the Hijab, Kufi,

25   Miswak sticks, plastic prayer beads and the prayer

1    rug; is that right?

2         A.   That's correct.

3         Q.   You recognize these as being the same five

4    items that were listed in the last exhibit that we

5    looked at, the 2017 inmate religious property memo?

6         A.   Yes.

7         Q.   And to your knowledge, since you've been

8    commissioner, are those the only items specific to

9    Muslims that have been allowed per policy?

10        A.   That's correct.

11        Q.   If you will go with me to the next

12   document, which I think will be Exhibit 8.

13                        (WHEREUPON, the

14                        previously-mentioned document was

15                        marked as Exhibit Number 8.)

16   BY MS. HERZFELD:

17        Q.   This is a collective exhibit.  Starts with

18   Bates Number CCI000642 and it goes through

19   CCI000658.  I'll let you take control so you can

20   take a minute to look through it if you'd like.

21        A.   Okay.

22        Q.   Have you had an opportunity to review the

23   document?

24        A.   I've looked, scanned over it, yes.

25        Q.   And would you agree that these are a

1   series of documents dealing with Mr. Pleasant-Bey's

2   requests for religious accommodations?

3      A.   Yes.

4      Q.   On the very first page, if you look at

5   that very first one, which I think you're on, we're

6   going to take control back over, it's dated

7   12/27/17.  Do you see it there in the right-hand

8   corner?

9      A.   That's correct.

10      Q.   And does this look like a letter from

11   Mr. Pleasant-Bey, who is the plaintiff in this case?

12      A.   That's correct.

13      Q.   Do you see that the subject says,

14   religious accommodation request submitted?

15      A.   Yes.

16      Q.   If we scroll down to the page that is

17   Bates Stamp CCI000647, right here, do you see that

18   under, sixth accommodation request, there's a

19   request for Kuffain socks?

20      A.   Correct.

21      Q.   And Kuffain socks, you've described as

22   leather socks?

23      A.   Yes.

24      Q.   Do you know anything about those leather

25   socks being utilized during prayer?

1          A.    I do not.

2          Q.    Do you know if they're utilized any time

3    outside of prayer?

4          A.    I do not.

5          Q.    All right.  Have you been involved in

6    discussions with anyone about whether Muslim inmates

7    should be allowed to own or use Kuffain?

8          A.    No.

9          Q.    Do you know if Kuffain has ever been

10   permitted at TDOC facilities?

11         A.    Not to my knowledge.

12         Q.    Okay.  You've been with TDOC for how long?

13         A.    38 years.

14         Q.    And during that time, you've never known

15   if Kuffain has been permitted for Muslim prisoners?

16         A.    That's not familiar.  I didn't know what

17   those were, so I'm not familiar with them, but I

18   don't remember those in my time with corrections.

19         Q.    Okay.  Do you know if TDOC consulted with

20   any religious advisers who are Muslim or specialized

21   in the Muslim faith about the importance of the

22   Kuffain to their faith?

23         A.    I don't know if they did or not.

24         Q.    Okay.  Who would know?

25         A.    More than likely the director of religious

1   services at the time would know, possibly.

2       Q.    Okay.  Do you see that second and third

3   sentence on this page where it states, I was

4   informed that the thin material used to make Kuffain

5   could be used to make gloves to climb over a gate

6   with.  Inmates are allowed to wear leather shoes,

7   which could be used to make a more durable pair of

8   gloves; do you see that?

9       A.    I do.

10      Q.    Do you know anything about this rationale

11  for not permitting Muslim inmates to own or wear

12  Kuffain?

13          MR. AUMANN:  Objection to form.  You can

14  go ahead.

15          THE WITNESS:  I do not know anything

16  specifically about Kuffain socks.  I do know that

17  from a security standpoint, you have to be very

18  careful about approving or allowing any type of

19  leather-type material like that that could be used

20  to aid in an escape.  To me, and based on my

21  experience in security within the Corrections

22  Department, that it's definitely something that

23  would have to be carefully looked at and considered.

24  BY MS. HERZFELD:

25      Q.    And do you know if anyone has ever done

1  that in TDOC?

2       A.    In relation specifically to socks?

3       Q.    Yes, sir.

4       A.    I do not know.

5       Q.    If you will take a look with me, we're

6  going to go to the next exhibit, which is Exhibit 9.

7                         (WHEREUPON, the

8                         previously-mentioned document was

9                         marked as Exhibit Number 9.)

10 BY MS. HERZFELD:

11      Q.    Can you take a look at this for me,

12 please, sir?  Do you recognize this document?  You

13 have control so you can move it.

14      A.    Okay.  This is a document that is

15 published related to inmate personal property, items

16 that inmates are allowed to have within the

17 Department.

18      Q.    Okay.  That memo is dated November 1,

19 2019; is that right?

20      A.    That is right.

21      Q.    And the subject is inmate personal

22 property?

23      A.    Yes.

24      Q.    And the author is Lee Dotson, that's the

25 assistant commissioner of prisons; is that right?

1     A.   That's correct.

2     Q.   And does he work for you?

3     A.   He works for the Department, yes, as the

4 assistant commissioner.  Yes.

5     Q.   And he reports directly to you?

6     A.   He reports directly to me through the

7 chief of staff with the Department, yes.

8     Q.   What does this memo describe?

9     A.   Describes the personal property that

10 inmates may have in their possession within the

11 Department.

12     Q.   Okay.

13     A.   Within the -- the amount, also, within a

14 6 cubic foot measurement.

15     Q.   Okay.  So I'm assuming that someone goes

16 through and there's meetings about what is and what

17 is not permitted?

18     A.   Yes.  This is another document or another

19 I guess subject that's reviewed from time to time

20 and updated or modified, if necessary.

21     Q.   Okay.  And the things that are on this

22 list and approved, they are not considered to be

23 security threats; is that right?

24          MR. AUMANN:  Object --

25          THE WITNESS:  No, unless there is an item

```
 1  that, you know, based on an incident somewhere that
 2  we determined to be an issue or security threat.
 3  BY MS. HERZFELD:
 4       Q.   Okay.  But I don't think I quite heard
 5  your answer before, but generally the stuff that's
 6  on this list is not considered to be a security
 7  threat if it's permitted in the facility?
 8       A.   Generally not.  That's correct.
 9       Q.   So if we look at the first item that's
10  listed on this, the first thing that is listed, it
11  says, socks; do you see that?
12       A.   I do.
13       Q.   And it's actually 12 pairs of socks, any
14  combination of white and gray; do you see that?
15       A.   I do.
16       Q.   And socks are not considered to be, in
17  general, a security threat?
18       A.   Correct.
19       Q.   And do you see the second item there, the
20  second item listed says shoes; do you see that?
21  Three pair?
22       A.   I do.
23       Q.   And within that description, it also talks
24  about leather shoes; is that right?
25       A.   That's correct.
```

1    Q.    And they can't have -- inmates can't have

2  leather shoes?

3    A.    Correct.

4    Q.    And then if you see there in item eight,

5  is a belt; is that right?

6    A.    That's correct.

7    Q.    Can inmates have leather belts?

8    A.    Correct.

9    Q.    Okay.  Then item number 11, it says

10  billfold; do you see that?

11    A.    I do.

12    Q.    Can inmates have leather billfolds?

13    A.    Yes.

14    Q.    Okay.  And item 16 says, watch; do you see

15  that?

16    A.    I do.

17    Q.    Watch and band, it actually says.  Can

18  inmates have a leather watch band?

19    A.    Yes.

20    Q.    I'll go for just a little bit longer, and

21  then we'll take a lunch break.  Does that sound

22  okay?

23    A.    Sure.

24    Q.    Okay.  Great.  Do you know what the Koran

25  is?

```
 1        A.    I do.

 2        Q.    What is the Koran?

 3        A.    Koran is a book of -- religious book, a

 4  text book that is associated with the Islamic faith

 5  that they use in their services for the practice of

 6  their faith.

 7        Q.    Do you know the Koran to be an important

 8  text to Muslims?

 9        A.    Yes.

10        Q.    Have you ever become aware of a situation

11  in which inmates at a facility were instructed that

12  they cannot purchase the Koran, could purchase the

13  Bible?

14        A.    No.

15        Q.    Okay.  Did you ever hear about an incident

16  at Trousdale where inmates were instructed that they

17  could not purchase a Koran from Union Supply?

18        A.    No.

19        Q.    If there was a time inmates at Trousdale

20  were told they could not purchase a Koran from Union

21  Supply but they were still able to purchase a Bible

22  From Union Supply, would that be of concern to you?

23        A.    Yes.

24        Q.    Would it be a violation of TDOC policy if

25  inmates were not permitted to purchase the Koran but
```

1    were permitted to purchase the Bible from Union

2    Supply?

3              MR. AUMANN:  Objection to form.

4              MR. WELBORN:  Same objection.

5              THE WITNESS:  I would have serious

6    concern -- I would have serious concern with the

7    fact that if inmates were truly being denied access

8    to the religious text, the Koran, and told they

9    could not have access to it versus having access to

10   the Bible.

11   BY MS. HERZFELD:

12       Q.    Okay.  So do you know that prisoners can

13   purchase religious texts from Union Supply?

14       A.    Correct.

15       Q.    And Union Supply is an authorized vendor

16   of TDOC; is that right?

17       A.    That's right.

18       Q.    And so if someone was told that they could

19   purchase a Bible but they could not purchase a Koran

20   from Union Supply, would that be a violation of TDOC

21   policy?

22              MR. AUMANN:  Objection.  You can go ahead.

23              THE WITNESS:  I would have all kinds of

24   questions related to that.  First of all, was the

25   Koran available, and was -- what was the reason why

1  someone could not access or buy the Koran.  Assuming

2  both were available and approved items through the

3  vendor, I would certainly want to make sure that the

4  inmate had access to the Koran just like I would for

5  inmates having access to the Bible.

6  BY MS. HERZFELD:

7      Q.   Okay.  And I understand that, but when you

8  say "access," I'm not sure what you mean.

9      A.   Access meaning that they would have the

10 Koran available or they would have -- they could

11 purchase the Koran.  So, again, I would expect

12 inmates to have equal access to the Koran and the

13 Bible.

14     Q.   So if there was a time when the facility

15 was saying, you can have no access to one of those

16 texts, that would be a violation of TDOC policy; is

17 that right?

18     A.   That's correct.

19     Q.   Are facilities required to have copies of

20 religious texts in the library and available to

21 inmates through the chaplain?

22     A.   You know, I'm not sure if we say a

23 requirement.  I do know that they have access in

24 most cases.  The chaplain's office would have access

25 to religious texts and certainly it's very common

1  for the chaplains to have extra copies for someone

2  who may not can afford or does not have a copy of a

3  religious text to give to an inmate.

4      Q.   Okay.  And if chaplains had access to one

5  type of religious text, you'd expect them to get

6  access to all types of religious texts upon request

7  of a prisoner; is that right?

8          MR. AUMANN:  Objection.  You can go ahead.

9          THE WITNESS:  Every effort should be made

10 to provide the inmate with religious texts.

11 BY MS. HERZFELD:

12     Q.   And why is that?

13     A.   Well, it's important that they have

14 religions texts to practice their faith.

15     Q.   Okay.  Give me just one minute, please.

16          Okay.  I think this is a good time to take

17 a break for lunch.  If we could take 45 minutes,

18 come back at 1:00.

19          (Lunch break observed.)

20 BY MS. HERZFELD:

21     Q.   Back on the record after a short lunch

22 break.

23          Mr. Parker, do you feel okay to continue

24 testifying?

25     A.   Yes.

1    Q.    Great.  And during your lunch break, did

2    you think at all about the questions and answers

3    that we have gone through in the morning?

4    A.    I tried not to, but...

5    Q.    Are there any of your answers you would

6    like to change?

7    A.    No.  Not that I'm aware of, no.

8    Q.    Great.  So if we could go back to Exhibit

9    Number 7, we're going to put that up on the screen.

10   That's the 2019 inmate religious property memo.  Do

11   you see that?

12   A.    Yes.

13   Q.    Do you see where it says under all inmates

14   on the first page, number 3 states, prayer oil,

15   maximum of 3 ounces, must be kept in the cell at all

16   times, and may not be taken to group gatherings.

17   Did I read that correctly?

18   A.    Yes.

19   Q.    Then the next section is underlined,

20   prayer, religious oil, can only be purchased from

21   approved TDOC vendors.  Oil must remain in the

22   original bottles purchased from approved TDOC

23   vendors.  Outside oils from any other vendors are

24   not allowed due to safety, security concerns.

25   Outside oils may not be donated, sent in or brought

in by volunteers.  Did I read that correctly?

    A.   Yes.

    Q.   Do you know how many TDOC approved vendors there are that sell prayer oil?

    A.   It's my understanding that the vendor that provides the oils are the Union Supply, the contract vendor that we have that provides inmate property.

    Q.   So Union Supply.  Do you know if there are any other approved vendors that sell prayer oil?

    A.   Not that I'm aware of.

    Q.   Do you know if there are any other approved vendors to buy anything from TDOC or is Union Supply the only one?

    A.   Union Supply is the only one that I'm aware of.

    Q.   Okay.  How does TDOC determine which vendors it approves?

    A.   So through the RFP process, through the State of Tennessee, there is a RFP and vendors can apply and respond to the RFP and that is a coordinated effort between the Department, central procurement office, the State of Tennessee, through the purchasing regulations through the State.

    Q.   Okay.  Are you involved at all in that approval process?

1    A.    Not directly, no.  That is, again, handled

2  through the -- primarily through the office of the

3  rehabilitative services with central procurement,

4  and which is with F&A but the Department of

5  Corrections initiates their RFP, of course, through

6  the service, so to that extent, I would be, I guess.

7    Q.    Are you familiar with Union Supply from

8  your time at TDOC?

9    A.    Am I familiar with what?  I'm sorry.  I

10 didn't understand.

11    Q.    With Union Supply?

12    A.    Yes.

13    Q.    Do you know if there is a contract with

14 Union Supply?

15    A.    To my understanding, there is.

16    Q.    Is that between TDOC and Union Supply?

17    A.    Yes.

18    Q.    Where can I find a copy of that contract,

19 who would have it?

20    A.    Probably the -- Kelly Young, in the Office

21 of Inspector General would have a copy, or CPO would

22 have a copy of it.

23    Q.    Okay.  Do you know if the contract with

24 Union Supply is exclusive?

25    A.    I believe so.  I believe it is.  Again, I

1  would have to check on that to verify, but I'm

2  pretty sure it is.

3      Q.    During your time at TDOC, have you ever

4  known any other company that inmates could purchase

5  items from, other than Union Supply?

6      A.    Yes, but it's been years ago.  You know,

7  in 38 years, I can remember before Union Supply was

8  here, I can remember back to the time when inmates

9  purchased from other areas of the state or other

10  vendors, but that's been years and years ago.

11  Primarily since I've been the assistant warden or

12  assistant commissioner, Union Supply has had the

13  contract for inmate property for the State.

14      Q.    Do you know if Union Supply offers a range

15  of Halal foods?

16      A.    I'm not sure.

17      Q.    Do you know if they offer any Halal foods?

18      A.    I'm not sure.

19      Q.    Are you aware that there are specific

20  Muslin vendors that inmates could order from?

21      A.    Again, the only one I'm familiar with

22  Union Supply.

23      Q.    So in other states or other jurisdictions,

24  you don't know anything about there being specific

25  Muslim vendors?

1    A.    I'm sure there could be, but, again, I

2    have no personal knowledge of those.

3        Q.    Do you know if there is any Muslim-focused

4    vendors that are approved by TDOC?

5        A.    Not that I'm aware of.

6        Q.    Are you familiar with a company called

7    Medina?

8        A.    I've heard of them.

9        Q.    What is Medina?

10       A.    I've heard that name associated in the

11   past with inmates, Muslim inmates, and Medina having

12   Islamic-related things, either goods or services,

13   but I don't remember the specifics of it.  It's been

14   so long, and I just know in my time in corrections,

15   I've heard that name, that company, associated with

16   Muslim inmates.

17       Q.    Okay.  Do you know if Medina is a

18   bookstore for Islamic books?

19       A.    Could be.  I'm not sure.

20       Q.    Have you ever heard of something called

21   Halalco?

22       A.    No.

23       Q.    Okay.  Are Muslim women in TDOC custody

24   permitted to wear a Hijab?

25       A.    It's -- if it's on the property list, and

1    I believe it is, they would be allowed to do that,

2    yes.

3         Q.   If you'll look at that property list here

4    that you have in front of you, it does say, Hijab,

5    two, solid white head covering for female Muslims;

6    is that right?

7         A.   That's correct.

8         Q.   So are Hijabs considered a security threat

9    in and of themselves?

10        A.   Not for the female population there that's

11   allowed to wear those, no.

12        Q.   Do you understand that Muslim men also

13   wear certain garments to cover themselves?

14        A.   I do.

15        Q.   Do you know if it's permitted to have a

16   Muslim study class or pod in TDOC?

17        A.   A Muslim study class?

18        Q.   Uh-huh.

19             MR. AUMANN:  Objection to form.  You can

20   go ahead.

21             THE WITNESS:  Not that I'm aware of that

22   it's prohibited.  It would have to be, I'm

23   assuming -- again, the policy related to those types

24   of activities would have to be followed, but I don't

25   know of anything that prohibits that.

BY MS. HERZFELD:

    Q.    Okay.  Do you know of any garments that
Muslim men are permitted to wear while in TDOC
custody?

    A.    The things that's listed in the property
list, the items.

    Q.    So that would be the Kufi?

    A.    Yes.

    Q.    Do you see anything else for Muslim men?

    A.    That they would wear?

    Q.    Yes, sir.

    A.    No.  That's all I see.

    Q.    Okay.  Have you ever been involved in any
discussions about what Muslim men can or cannot wear
while in TDOC custody?

    A.    None that I recall.

    Q.    Okay.  Are you familiar with a group
called Men of Valor?

    A.    I am, yes.

    Q.    What do you know Men of Valor to be?

    A.    It's a group of people who -- it's
Christian based here in Nashville that have a
service, a program, I believe it's at Riverbend, and
they provide a reentry program for inmates in the
state of Tennessee.

1    Q.    Do you know at all about any involvement

2    of Men of Valor at Trousdale?

3    A.    They may be.  I don't have any, you know,

4    direct knowledge, specific knowledge of that.  They

5    very well may have a program there at Trousdale.

6    I'm not sure.

7    Q.    Have you ever heard of pod assignments

8    having to do with someone's affiliation with Men of

9    Valor?

10   A.    No, I have not.

11   Q.    At any facility?

12   A.    No.

13   Q.    Have you ever heard of housing assignments

14   having to do with someone's affiliation with Men of

15   Valor?

16   A.    That would be -- I have not, no.

17   Q.    Who would make the decision about housing

18   assignments, who is housed together at a facility?

19   A.    That would be the facility warden and the

20   administration at that facility.

21   Q.    Okay.  You don't get involved at that

22   level?

23   A.    No.  Not unless -- not unless -- I mean,

24   that's a very complicated question, because you're

25   talking about housing assignments, you know,

1  security classifications could drive housing

2  assignments.  Certain programs such as, you know,

3  therapeutic communities, treatment communities that

4  deal with drug and alcohol treatment could drive

5  housing assignments.  I'm not familiar with any

6  specific religious program that would drive or

7  mandate a particular housing assignment.

8      Q.   So your official title is commissioner of

9  corrections; is that right?

10      A.   That's correct.

11      Q.   So what is it that you do in your position

12  as commissioner of corrections to ensure that all

13  prisoners are able to exercise their religious

14  freedom?

15      A.   Well, the Department of Corrections

16  establishes policies, basically, things that we've

17  been talking about that are published and that we

18  monitor and that we, through our oversight at the

19  State level, adhere to, as well as -- and policies

20  are established based on TCA code, it's established

21  on ACA standards, things like that, and best

22  practices.

23      Q.   I guess my question is, you know, beyond

24  having policies and the contract monitors, is there

25  any --

1    A.    Hold on one second.  The computer behind

2    me is throwing a fit.

3            MS. HERZFELD:  We can go off the record a

4    minute.

5            (Off-the-record discussion held.)

6            MS. HERZFELD:  Janie, could you read back

7    my last question for me, please.

8            (Requested portion of record read.)

9    BY MS. HERZFELD:

10    Q.    Beyond having policies and contract

11    monitors, what else do you do as the commissioner of

12    the Department of Corrections to ensure that

13    prisoner's religious freedoms are being protected?

14    A.    Again, monitoring our policy compliance

15    ensuring that we have an infrastructure set up to

16    stay current with law, with regulations, and then

17    ensuring that there is a process of review and of

18    adherence to those policies at both our state

19    facilities as well as our CoreCivic facilities.

20    Q.    Have you ever intervened to solve a

21    dispute or complaint about religious accommodations

22    for a prisoner?

23    A.    It's possible that I could have through

24    the grievance process or through some other process,

25    but I don't remember any specific occurrence, but

1   it's very possible that I may have.

2        Q.   Under the contract, are you able to get

3   liquidated damages for violations of the policy

4   regarding religious freedoms of prisoners?

5             MR. AUMANN:  Objection to form.  You can

6   go ahead.

7             THE WITNESS:  Yes.  I mean, any of the

8   requirements of our state policies that CoreCivic

9   are required to adhere to and the things that we

10  inspect at the state level through annual

11  inspections processes, monthly inspection processes,

12  we are able to do that.

13  BY MS. HERZFELD:

14       Q.   Okay.  And have you ever been -- do you

15  have any knowledge of any time that liquidated

16  damages were sought for violations of the policy

17  having to do with religion?

18       A.   I don't have personal knowledge of that.

19  I don't know that it has or has not taken place, but

20  I don't have any personal knowledge of it.

21       Q.   Okay.  Is the grievance process important

22  to be able to address religious concerns for

23  prisoners?

24       A.   Yes.

25       Q.   Why is that?

1        A.    If the inmates -- obviously, it's an

2   important piece of the process and the function in

3   corrections for inmates to have access to the

4   grievance process to be able to bring forth issues,

5   concerns, related to the operation or things that

6   are allowed or not allowed or their grievances,

7   basically, to the administration or to those that's

8   in charge, whether that be at the warden level or at

9   the state level.

10        Q.    Tell me everything that you do in your

11   position as commissioner of corrections to oversee

12   the director of religious services.

13        A.    Well, through the organizational chart, so

14   you have the commissioner at the top of the chart,

15   then you have your -- the people who work under the

16   commissioner's authority.  We have 6,400 staff that

17   works in this department, and you have assistant

18   commissioners, you have deputy commissioners, you

19   have directors, so at that director level, the

20   director of religious services, they work directly

21   for the assistant commissioner of rehab services who

22   answers directly to the chief of staff and

23   through -- up through the commissioners, so we have

24   processes in place where, you know, we work

25   together.  They work under my authority as

1    commissioner through the Department.

2         Q.   So if I understood that correctly, you

3    supervise someone who directly supervises someone

4    who directly supervises the director of religious

5    services; is that right?

6         A.   That's correct.

7         Q.   Okay.  So would you ever have any personal

8    involvement with overseeing the director of

9    religious services?

10         A.   No, not normally.  I would not, no.

11         Q.   Have you ever known about any time that

12    the director of religious services position has been

13    reprimanded?

14         A.   No.

15         Q.   What about any concerns with performance

16    for the director of religious services, whoever it

17    may be?

18         A.   None that I can remember or aware of.

19         Q.   Have you ever heard about anybody making a

20    determination or having a concern that TDOC was not

21    providing enough oversight concerning religious

22    accommodations for prisoners?

23         A.   No.

24         Q.   Has there ever been any lawsuit that

25    you're aware of having to do with religious services

```
1   finding TDOC at fault?
2        A.   Not that I'm aware of or that I can
3   remember.
4        Q.   Do you know if TDOC has ever settled a
5   case for religious accommodations with any prisoners
6   through your tenure?
7        A.   I don't know.  Not that I'm aware of or
8   that I can remember.
9        Q.   Okay.  I'm going to show you the next
10  document, which is Exhibit 1.
11            MS. HERZFELD:  This is TDOC 000324, is the
12  beginning page.  It's policy 501.01 dated May 1,
13  2018.
14                      (WHEREUPON, the
15                       previously-mentioned document was
16                       marked as Exhibit Number 10.)
17  BY MS. HERZFELD:
18       Q.   Do you see that?
19       A.   I do.
20       Q.   Did you approve of this policy?
21       A.   Yes.
22       Q.   And the subject of this policy -- can you
23  see the subject matter of this policy?
24       A.   Inmate grievance procedures, I'm sorry.
25       Q.   That's okay.  What is your role in inmate
```

1    grievance procedures?

2         A.    My role is limited, other than we have --

3    I have a designee that reviews inmate grievances at

4    the final appeal stage for the Department.

5         Q.    Who is that designee?

6         A.    It's the assistant commissioner of prisons

7    is who does that, in that shop.

8         Q.    Who is that person?

9         A.    Lee Dotson.

10        Q.    Lee Dotson.  Do you agree that grievances

11   are an important part of the process in managing

12   prisons?

13        A.    Yes.

14        Q.    Why is it important to have effective

15   grievance procedures for prisoners?

16        A.    Again, it gives the inmate population a

17   way to formally bring forth complaints or concerns

18   related to their -- to all things related to their

19   being in facilities as well as services provided or

20   not provided.

21        Q.    Can you think of any risks that would

22   occur if you didn't have an effective grievance

23   procedure, what problems that could cause?

24        A.    Yeah, I mean, grievances are an

25   established standard in corrections, best practice.

1   That is recognized through ACA standards, as well as

2   other standards.  I mean, inmate grievance

3   procedures have been around a long time.

4       Q.   If you didn't have them, what kind of

5   problems do you think that might cause?

6       A.   Well, it would obviously cause serious

7   issues with the population where there is not a

8   formal mechanism for inmates to bring concern, as

9   well as a review of a process to try to resolve

10  issues at the lowest level and to make sure that,

11  you know, there is an appeal process, where it's not

12  only always just one opinion.  It's reviewed at

13  different levels to ensure that the most appropriate

14  response is provided for inmate grievances.

15      Q.   Would you say that the inmate grievance

16  procedure allows you to kind of have a window, eyes

17  and ears as to what's going on in that facility?

18      A.   Somewhat, yes.

19      Q.   And if you didn't have an effective

20  grievance process, would you be concerned that

21  there's perhaps violations going on in a facility

22  that you wouldn't know about up in Nashville?

23          MR. AUMANN:  Objection.  Form.  You can go

24  ahead.

25          THE WITNESS:  So, again, the inmate

1   grievance process and procedures are critical to

2   TDOC, to any state corrections agency.  Inmate

3   grievance procedures, the inmate grievance process

4   had to be in place for the operation of a

5   corrections department.

6   BY MS. HERZFELD:

7       Q.   And have you reviewed at all the

8   compliance of the appropriate grievance procedure

9   for Trousdale since you've been commissioner?

10      A.   I'm sorry.  Repeat the first part of that?

11      Q.   Sure.  Have you reviewed at all

12  Trousdale's compliance with TDOC grievance

13  procedures since you've been commissioner of TDOC?

14      A.   I have not specifically, no.

15      Q.   Have you had any conversations with anyone

16  about noncompliance of appropriate grievance

17  procedures at Trousdale?

18      A.   I have not.

19      Q.   If someone told you that a facility's

20  grievance process had never been in compliance with

21  TDOC policies, would that concern you?

22      A.   It would.

23      Q.   So if someone told you that Trousdale's

24  grievance policies and procedures have never been in

25  compliance with TDOC policies for grievances, would

1    that be concerning to you?

2              MR. AUMANN:  Object to the form.

3    BY MS. HERZFELD:

4         Q.   What would you do if you received such

5    information in response?

6         A.   I would go to the compliance section of

7    the Department, the IG department and speak to him

8    about the process to find out why and for what

9    reason or what area they're not in compliance,

10   regardless, if it was a state facility or a

11   CoreCivic facility.

12        Q.   Would you consider that to be a serious

13   concern?

14        A.   Yes.  Again, it would be a concern, and I

15   would want to know the specifics of the grievance

16   issue and why they were not in compliance and what

17   area they were not in compliance with.

18        Q.   Okay.  If you'll take a look back at the

19   screen.  If you look under definition, on Page 1,

20   see there's an explanation of calendar days there?

21        A.   Yes.

22        Q.   Do you see that it refers to a triggering

23   event in that explanation?

24        A.   Yes.

25        Q.   What is a triggering event?

1     A.   So the triggering event would be the issue

2  at hand or the allegation made for a particular time

3  and place and date.

4     Q.   What if the grievance is something that is

5  broken, do you have seven days to grieve it from the

6  date that it broke, or would it be seven days from

7  the date that you discovered it?  How would the

8  triggering event come into play there?

9          MR. AUMANN:  Objection.  Form.  You can go

10  ahead.

11         THE WITNESS:  So I think that -- let me

12  read this.

13  BY MS. HERZFELD:

14     Q.   Sure.  Take your time.

15     A.   So the triggering event would be the date

16  the event occurred or whatever the issue occurred

17  on.  Did that answer your question?

18     Q.   Sort of.  So say an inmate is saying, hey,

19  this shower is broken, I want to grieve the fact

20  that the shower is broken.  What would be the

21  triggering event day to make it appropriate for a

22  grievance?

23     A.   So the day that the inmate knew that the

24  shower was broken, then whatever -- he would -- I'm

25  assuming he would file a grievance that day or the

next day, that would be the triggering event.

    Q.   Okay.  Very good.

    A.   He couldn't wait a month, two months, and -- to address the issue, you know.

    Q.   Okay.  So it would be when he discovers it, not necessarily when it broke?

    A.   Yes.

    Q.   Okay.  If you look at Page 2, look at Section VI, C1, do you see the grievance review process described there?

    MR. AUMANN:  Tricia, could you share that exhibit in the chat for us?

    MS. HERZFELD:  Sure.

    THE WITNESS:  I see the first level, the grievance review process, yes.

BY MS. HERZFELD:

    Q.   Do you see the second paragraph on Page 3? It states, All copies of the form must be legible and intact.  Grievance forms which are improperly completed or contain insufficient information for processing shall be returned to the inmate with instructions as to proper completion.  It should not be logged as received, which starts the deadline times running until the corrected version is submitted; do you see that?

1    A.    I do.

2    Q.    What does that last sentence mean?

3    A.    So the time limit should not be held

4    against the offender, you should send it back and

5    the individual should have an opportunity to

6    resubmit the corrected version.

7    Q.    To make sure that it's correct?

8    A.    Yes.

9    Q.    Okay.  And where are grievances logged at?

10    A.    They are logged usually with the grievance

11    chair in their office, the grievance chairperson,

12    when they come in, and also in -- I believe they're

13    logged in the computer system, also.

14    Q.    In the computer system, you mean TOMIS?

15    A.    Yes.

16    Q.    And why are grievances logged, why does

17    that practice occur?

18    A.    Well, to keep track of them, to keep a

19    perpetual record of the grievance.

20    Q.    And why is that important?

21    A.    It's important to maintain the integrity

22    of the process and to record the grievances.

23    Q.    Why is it important to log the grievances?

24    Is it important from a TDOC standpoint?

25    A.    Well, again, to properly track the

grievance in regard to policy requirements for time

lines, whether it's a five-day turnaround or a

seven-day response or a 30-day response time.

Tracking the grievances at each level and the dates

are important to maintain that process.

Q.   Does that help to keep the facility

accountable to answer any complaints that are coming

in from prisoners?

A.   Yes, somewhat.  But, again, for the

grievance process, it's laid out, there's timelines

and deadlines associated with the filing of

grievances of the response to grievances.  It's

critical that you have a way to track, to log and to

track the grievance as it goes through the process.

Q.   And why are those timelines critical,

tracking those timelines?

A.   Just like I just said, if you're following

the policy in relation to the timelines and the

requirements of timelines for the policy, you want

to make sure that you have an accurate record of

when the forms are received, how long did it take to

get a response from the initial grievance, what was

the response time for the hearing, things like that.

Q.   And that would be for a bunch of reasons,

right, because that's the policy, you need to follow

1   it, right?

2       A.   Yes.

3       Q.   And also because prisoners have to go

4   through a certain grievance procedure for certain

5   claims if they're going to file a lawsuit; is that

6   right?

7       A.   Yes.  That is the grievance process that

8   they follow, yes.

9       Q.   So if you will continue looking at this

10  paragraph here, it states that if a grievance is

11  improperly completed, contains insufficient

12  information, the grievance is returned with the

13  inmate with instructions to complete the grievance;

14  is that right?  Hand it back, redo it, give it back

15  to us.

16      A.   Correct.

17      Q.   Are you aware of any instances in which a

18  prisoner has submitted an incomplete grievance but

19  the grievance has not been returned to the prisoner

20  with instructions to complete it?

21      A.   No.

22      Q.   Is failure to return a grievance to the

23  prisoner with instructions as to proper completion a

24  violation of TDOC policy?

25      A.   Yes.

1      Q.    If you turn with me to Page 4, look at

2  item 6, paragraph H, matters inappropriate to the

3  grievance procedure; do you see where I'm at?

4      A.    I do.

5      Q.    Then listed under section H, there's a

6  list of items that are inappropriate for the

7  grievance process; is that right?

8      A.    That's right.

9      Q.    I want to explore that a little bit so I

10  can understand what's grievable and what's not,

11  okay?  Are safety concerns appropriate for the

12  grievance process?

13      A.    I'm sorry, would you ask that again?

14      Q.    Sure.  Are safety concerns appropriate for

15  the grievance process?

16      A.    Yes.

17      Q.    Okay.  What about concerns about level of

18  staffing, is that appropriate for the grievance

19  process?

20      A.    Yes.  I would think so, yes.

21      Q.    Do you see here that it mentions

22  inappropriate grievance notification, number CR

23  3689?

24      A.    I do.

25      Q.    What is that?

1      A.    That's a document that is used for

2    notification of an inappropriate grievance.

3      Q.    We'll go to the next exhibit, which I

4    think should now be Exhibit 11.

5                        (WHEREUPON, the

6                        previously-mentioned document was

7                        marked as Exhibit Number 11.)

8    BY MS. HERZFELD:

9      Q.    It's marked TDOC 000438, title, Tennessee

10   Department of Corrections, inappropriate grievance

11   notification.  Did I read that correctly?

12     A.    Yes.

13     Q.    Do you recognize this document?

14     A.    I do.

15     Q.    Is that the inappropriate grievance

16   notification that was referenced in the previous

17   exhibit?

18     A.    Yes.

19     Q.    So when we were speaking earlier, we

20   talked about the fact that insufficiently complete

21   grievances are not logged; that's right, right?

22     A.    Correct.

23     Q.    How about grievances that are considered

24   inappropriate for the grievance process, are those

25   logged somewhere?

1     A.   Again, I would have to review the policy,

2  but I'm thinking that they are brought in and they

3  could be logged and flagged as inappropriate and

4  this response would go back to the offender making

5  them aware that's it's not appropriate.  Again, I

6  would have to go back and look at the policy

7  specifically.

8     Q.   So let's go back to the previous exhibit

9  and take a look at that policy.  I'll give you

10  control so you can take a look at it, and maybe you

11  could direct me to where, if anywhere, it talks

12  about logging inappropriate grievances.

13     A.   Well, now that I think about it, an inmate

14  grievance -- a grievance that's inappropriate for

15  the process, I don't know that it would be

16  considered grievance, but let me look at this and

17  see.

18     Q.   Take your time.

19     A.   I don't see where it says that they're to

20  be logged, so I'm assuming not then.  With the

21  notification that's sent back to the inmate, it may

22  be that they're not required to be logged.  I'm not

23  sure.

24     Q.   Okay.  So when you say you're not sure if

25  they're required to be logged, you don't know if

1    they'd be required to be logged with the grievance

2    coordinator or entered into TOMIS; is that right?

3         A.   That's correct.

4         Q.   Do you know if an inmate can appeal the

5    decision if they get something saying it's an

6    inappropriate grievance, inappropriate subject

7    matter for a grievance, if they can appeal that?

8         A.   Yes, I believe they can.

9         Q.   Okay.  And do you know if they have to

10   appeal it, are they required to?

11        A.   No, I don't think they are required to.

12             MR. AUMANN:  Objection.

13             THE WITNESS:  And I answer that question

14   based on, you know, what I can remember as -- from

15   being a warden and answering or looking at

16   grievances that had previously been determined to be

17   inappropriate for the grievance process.  I know I

18   used to review those from the grievance chairperson

19   just to make sure that I agreed with their

20   determination.

21   BY MS. HERZFELD:

22        Q.   Okay.  Do you know how a prisoner would

23   appeal a notification of an inappropriate grievance?

24        A.   I don't recall.  I do -- like I said, I do

25   remember in the past reviewing those to ensure that

1    the chairperson's designation of an inappropriate

2    grievance was correct, but I can't remember the

3    details of the procedure.

4         Q.   Okay.  This is the grievance policy that

5    you have in front of you; is that right?

6         A.   Correct.

7         Q.   Could you take a look at it again and tell

8    me if it tells you how it is that one would appeal a

9    designation that something is an inappropriate

10   grievance?

11        A.   So it says that if the chairperson

12   determines a matter to be non-grievable, the

13   grievant may appeal that decision as outlined in

14   handbook TDOC inmate grievance procedures.

15        Q.   Are you familiar with that handbook?

16        A.   Somewhat.

17        Q.   Before we get to the handbook, while we're

18   still on the matter of this policy, do you know if a

19   prisoner were to appeal a notification of

20   inappropriate grievance, if that appeal is required

21   to be logged somewhere?

22        A.   I'm not sure.

23        Q.   I'll let you take some time to look at

24   this policy and you can let me know if it indicates

25   in here whether there's a requirement that an appeal

1    of a notification of non-grievable is required to be

2    logged anywhere.  Take your time.

3         A.   I don't see anything.

4         Q.   Okay.  Let me know when you're done and

5    we'll take over the screen again.

6         A.   You can take it back over.

7         Q.   So next I'll show you what I think is

8    Exhibit 12.

9                        (WHEREUPON, the

10                       previously-mentioned document was

11                       marked as Exhibit Number 12.)

12   BY MS. HERZFELD:

13        Q.   This document is titled TDOC inmate

14   grievance procedures.  Have you seen this document

15   before?

16        A.   It's possible that I have, yes.

17        Q.   Do you recognize this as being the inmate

18   grievance procedures handbook?

19        A.   Yes.

20        Q.   I'll go ahead and let you take over the

21   screen and take a look at that and perhaps you can

22   tell me if it says anywhere in this handbook if or

23   how one would go about appealing a notification that

24   something is not grievable.  You can take your time.

25        A.   Again, I would say that I don't see

1    where -- anything that addresses specifically the

2    appeal process for how it's logged for a grievance

3    that's determined to be inappropriate for the

4    grievance process.  And I would want to check

5    further, I guess with -- to get clarification where

6    when it says, all grievances are logged, if that

7    included even those that were determined to be

8    inappropriate, so I don't know.  I'm not sure about

9    that.

10        Q.   Okay.  But I guess that's my question

11   because you're the commissioner of the Department of

12   Corrections, and we've read through these, so, I

13   mean, my question is, if something is rejected for

14   being inappropriate to grieve, I think your

15   testimony before was you didn't see a requirement

16   that it be logged.  So my question is, does the

17   Department log those or does it not?

18        A.   I don't know.

19        Q.   And appeal of denial of a grievance

20   because it was inappropriate to grieve, I'm assuming

21   you don't know if those are required to be logged or

22   not either?

23        A.   Correct.  I would have to talk and check

24   with some people and look at some more documents.

25        Q.   Okay.  What about whether or not an appeal

1    of a notification that a grievance is inappropriate

2    to grieve, if that is required to exhaust someone's

3    administrative remedies; do you know the answer to

4    that?

5         A.   I'm assuming that items that have been

6    identified as inappropriate for the grievance

7    process, once the form, the notification has been

8    returned to the inmate, again, I'm not sure that

9    there's any other review of that decision.

10        Q.   Okay.  So I want to make sure -- I guess I

11   didn't really quite understand your answer there.

12   So I'm trying to figure out, in looking at this TDOC

13   policy and inmate grievance handbook, if someone

14   gets a grievance returned that says this is

15   inappropriate to grieve, is there a required

16   additional process in order to exhaust that issue?

17             MR. AUMANN:  Objection to form.

18             THE WITNESS:  I don't see anything that is

19   written here that I've seen today that would

20   indicate so.

21   BY MS. HERZFELD:

22        Q.   Okay.  Great.  Thanks so much.  Have you

23   ever heard any complaints specifically about the

24   grievance process at Trousdale?

25        A.   No, I have not.

     Q.   Do you ever speak to prisoners directly in
your role as commissioner of Department Of
Corrections?

     A.   I do.

     Q.   Okay.  In what context?

     A.   During visits at the facilities primarily
now.

     Q.   Okay.  How often would you say that you're
in contact with prisoners directly in speaking with
them?

     A.   Well, over the last year, it's been very
seldom, because our visits and our contact in the
facilities have been somewhat limited with COVID.
But on a normal year, normal basis, I usually try to
get out once or twice, three times maybe, and visit
the facilities in the state.

     Q.   Have you ever heard any prisoners talking
about how their grievances aren't answered?

     A.   I have heard complaints from my -- again,
38 years in corrections, it's -- I have heard
complaints about an inmate who was dissatisfied with
a grievance decision.  You know, that's a common --
one of the common things I used to hear as a warden
from time to time but nothing specifically that I
can recall in relation to Trousdale, as far as

1    inmate grievances.

2        Q.   Okay.  Is part of your position as

3    commissioner of TDOC, are you involved in audits

4    from time to time?

5        A.   My involvement in the audit process is to

6    ensure that we have a process of audit for

7    compliance through the IG's office and that that is

8    an ongoing process.  That pretty much extends my

9    participation in the audit process, other than the

10   review of any types of appeals that I might see or

11   that we may have final say so as a Department

12   regarding liquidated damages.

13       Q.   And explain to me what you mean by an

14   audit that would have to deal with liquidated

15   damages.  I think I probably just don't understand

16   that.  Could you explain it to me?

17       A.   Again, when you say "audit," I'm talking

18   about an annual inspection process or the ongoing

19   audit process that our compliance people at the

20   CoreCivic facilities do with any vendor, not just

21   CoreCivic, but with our food service vendors or

22   others, where there's an issue of noncompliance

23   that's found during the audit and the issue of

24   noncompliance may not have been resolved and there

25   would be a need or a requirement for liquidated

1    damages.

2         Q.    Okay.  And you said there's annual audits,

3    is that for certification?

4         A.    No.  We have an annual inspection process

5    for policy that we do in the Department of

6    Corrections, but, again, compliance, audit

7    compliance is an ongoing process with our vendors

8    that we have contracts with.

9         Q.    Okay.  I'm going to show you what I think

10   we've marked as Exhibit 12. (Court reporter

11   clarifies.)

12                      (WHEREUPON, the

13                      previously-mentioned document was

14                      marked as Exhibit Number 13.)

15        (Off-the-record discussion held.)

16   BY MS. HERZFELD:

17        Q.    So back on the record.  Mr. Parker, do you

18   see this document TDOC003537?

19        A.    I do.

20        Q.    The document that we have in front of you

21   as Exhibit 13?

22        A.    Yes.

23        Q.    Do you see that the date is August 3,

24   2020?

25        A.    Yes.

1    Q.    The subject says TTCC compliance audit

2  final summary.  Do you see where I'm at?

3    A.    I do.

4    Q.    Do you know TTCC to be an abbreviation for

5  Trousdale Correctional Facility?

6    A.    That's correct.

7    Q.    This is a compliance audit final summary.

8  Have you seen this document before?

9    A.    Yes.

10    Q.    And is this the type of audit you were

11  talking about, the periodic audit compliance

12  contract?

13    A.    Yes.  If you could go down, this appears

14  to be the compliance -- the annual compliance audit.

15  I would have to look further to see to be sure.

16    Q.    I think we've given you control of the

17  document, so you can go ahead and take a look, move

18  it along.

19    A.    This would be the annual inspection

20  process.

21    Q.    Okay.  If you will go with me to the page

22  that's marked TDOC003540, so it's just a couple more

23  down for you.  That one.  Go down just a little bit

24  further.  Right there.  See where it says,

25  administration VI title 6, item 5?

1      A.   Yes.

2      Q.   Then it says Title VI, grievance, TOMIS

3 entries.  Do you see that?

4      A.   Yes.

5      Q.   Then it says issue of the Title VI

6 grievances reviewed, eight grievances filed between

7 June 26, 2019 and September 27, 2019 did not receive

8 a response.  Five grievances filed between August 8,

9 2019 and October 3, 2019 were responded to on

10 November 6, 2019.  Did I read that correctly?

11     A.   Yes.

12     Q.   And why is that a violation?

13     A.   Because it violates the time period in the

14 TDOC grievance process for a response to a

15 grievance.

16     Q.   Is it concerning that eight grievances

17 filed during that period did not receive a response

18 at all?

19     A.   Yes.

20     Q.   Then it says corrective action plan.  Now,

21 who would be involved in putting together the

22 recommendation for the corrected action plan?

23     A.   The facility leadership and the people at

24 Trousdale.

25     Q.   When you say the people at Trousdale, does

1    that include the contract monitors?

2        A.    Primarily, it would be the facility's

3    responsibility to state what the plan of corrective

4    action would be, and they could have discussions

5    with the contract monitors on-site.  They could be

6    involved in that, but primarily the corrective

7    action plan, the responsibility for that lies with

8    the vendor.

9        Q.    And so I want to make sure I understand

10   how this process works.  So they come up with a

11   corrective action plan and then do they submit that

12   to someone at TDOC for approval?

13       A.    Yeah.  They submit that to the compliance

14   section for the approval.

15       Q.    Would that approval happen in writing?

16       A.    Yes.

17       Q.    Do you know what that document would be

18   called?

19       A.    I do not.  It may be memo form, but

20   usually the corrective action plan is stated, as

21   well as our review of their corrective action plan

22   for compliance.

23       Q.    And do you know who has input in approving

24   a proposed corrective action plan by CoreCivic?

25       A.    I don't know that -- it would be the

compliance section of the Department. And when you
say the approving, again, approval of the corrective
action plan, you know, that's really a question I
would want to talk with the IG about in relation --
if approving is the right word to use there. I know
the corrective action plan is submitted and we
review that corrective action plan and then check
for compliance with the corrective action plan, so,
again, it's a little bit out of my lane on that.

Q.   So I guess that's what I'm trying to
figure out is if it's -- I think maybe it could be
one or two ways or maybe a third, but I don't
understand. So you say, hey, there's a violation,
here's the violation that's been found, CoreCivic
then says here's our proposed corrective action
plan. You, as you're sitting here today, you don't
know if somebody says, okay, that looks like a good
plan, go forward with it and we'll monitor
compliance.

A.   No. Let me give you an example of what
I'm talking about. So I can give you an example of
where we would say this corrective action plan is
not appropriate. Let me just give you an example.
Let's say for instance we had a violation of count
procedures or something like that and the corrective

1   plan submitted, you know, was not timely.  Obviously

2   we would reject that with the understanding that the

3   corrective action plan submitted is not timely;

4   therefore, you know, there would have to be a

5   modification in that plan.

6       Q.   Okay.  And so I think what I'm taking then

7   from your answer is that if a proposed corrective

8   action plan is submitted by CoreCivic, TDOC has the

9   ability to reject that proposed corrective action

10  plan; is that right?

11      A.   Yes.  I believe so, yes.

12      Q.   Okay.  So then the next step that TDOC

13  would take is, would you have someone whose

14  responsibility it would be to ensure that the

15  corrective action plan is being adhered to?

16          MR. AUMANN:  Objection.  You can go ahead.

17          THE WITNESS:  Our compliance monitors at

18  the facility with oversight of that corrective

19  action plan.

20  BY MS. HERZFELD:

21      Q.   Would they have to make some sort of

22  regular reports to say, you know, hey, Trousdale

23  has, for example, four different items that they're

24  on a corrective action plan for and here is my

25  periodic update as to their progress on working on

1   this corrective action plan?

2        A.   Yes.   The progress and the monitoring of

3   the corrective action plan would be documented.

4        Q.   Okay.  And that would be by the contract

5   monitors?

6        A.   Yes.  In the compliance section, yes.

7        Q.   And if I wanted to know how much input

8   TDOC has in the development of a corrective action

9   plan, who would I ask?

10       A.   That would be a conversation with the

11  individuals in the IG's office over compliance.

12       Q.   Okay.  When you gave me an example before

13  of a time when TDOC could say, hey, this plan isn't

14  going to work because there's a timeliness issue,

15  for example, outside of something like timeliness,

16  would TDOC ever have input into a proposed

17  corrective action plan at a more substantive level,

18  like, we don't think your plan is really going to

19  work to remedy the issue, or we think your plan

20  needs to be a little bit more aggressive, because,

21  you know, we don't think this is going to get to the

22  heart of the problem as quickly as it needs to be.

23  Does TDOC get involved more at that level?

24       A.   Well, obviously, I think -- yes.  We

25  would -- if there was discussion with the contractor

1    and the -- I'm sorry, with the people on-site

2    monitoring compliance, it's very possible there

3    could be a discussion about a proposed corrective

4    action plan.  That's not something that would be,

5    certainly not prohibited.

6         Q.   Okay.  But it's possible, right?

7         A.   Yes.

8         Q.   So if I really wanted to know the very

9    specifics about corrective action plans and

10   compliance with a contract at a particular facility,

11   is it your testimony that the contract monitors

12   assigned to that facility would be in the best

13   position to provide that information?

14        A.   Well, I think that the -- yes.  The people

15   who are on-site monitoring the activities at the

16   facility could speak to the corrective actions and

17   the adherence to a corrective action plan, yes.

18        Q.   Is there anyone else that you think would,

19   you know, in the latter that would have a better

20   position than the contract monitors on-site to make

21   that determination?

22        A.   Well, other than, you know, people

23   on-site, the correctional administrator who works

24   for the State that's over those facilities, the

25   administration at the facility, as well as the

1   people in the inspector general's office for the

2   Department.

3       Q.   And did the auditors that conduct these,

4   are they TDOC employees?

5       A.   Primarily, yes, they are.  They're TDOC

6   employees who travel that conduct these audits

7   across the state.  Let me look at the list here.

8   Yes, these are primarily TDOC employees for the

9   Department.

10      Q.   Okay.  So they are in your department,

11  they're in TDOC?

12      A.   Yes.

13      Q.   Okay.  Do you know what is a compliance

14  audit preliminary report?

15      A.   Can you show me a copy of one?

16      Q.   I don't know that I have one.  Do you know

17  what a preliminary report is as opposed to a final?

18      A.   I believe the preliminary report is the

19  initial report that lists the items.  Then there is

20  a process of discussion and an appeal for any

21  findings, and then we follow back up with a

22  secondary inspection to check for corrective

23  actions, items, and then there's a final report

24  listed.

25      Q.   Okay.  So I want to make sure I

1  understand.  So it sounds like they're kind of

2  giving more of a -- that CoreCivic would be given

3  more of an informal warning of, hey, there's an

4  issue here, you have the opportunity to correct it

5  before that final report were to come down?

6       A.   No, I wouldn't say that.  I think that

7  would not be accurate.  We have the inspection,

8  which produces the report and the issues of

9  noncompliance based on the findings from the audit

10 team.  If there is a disagreement about an

11 interpretation of a policy or process, if I'm not

12 mistaken, there is a time, and this would apply to

13 any facility, not just CoreCivic, any correctional

14 facility, as well as our probation and parole

15 division, there would be an opportunity for a

16 rebuttal regarding a finding, and then that could be

17 adjusted.

18       Now, what I'm not for sure about is if

19 that's in the preliminary or the final report, but,

20 again, that's a question that the IG's office could

21 certainly better answer than I can.

22       Q.   Okay.  Great.  Do you know what a critical

23 response form is?

24       A.   That's a response to a critical finding at

25 the facility.

```
 1        Q.    Okay.  What is a critical finding?

 2        A.    Critical finding is one of those findings

 3   that has been labeled as critical by the Department

 4   as a serious violation that needs to be corrected as

 5   soon as possible.

 6        Q.    Okay.  I'm going to hand you what is --

 7   I'm going to show you on the screen what we're going

 8   to mark as Exhibit 14.  This is labeled TDOC002955.

 9                     (WHEREUPON, the

10                     previously-mentioned document was

11                     marked as Exhibit Number 14.)

12   BY MS. HERZFELD:

13        Q.    It's dated 12/30/2020.  Did I read that

14   correctly?

15        A.    That's correct.

16        Q.    This looks like it's from a TDOC auditor,

17   Zachary Pounds; is that correct?

18        A.    That's correct.

19        Q.    Do you know who Mr. Pounds is?

20        A.    I'm somewhat familiar with Mr. Pounds,

21   yes.

22        Q.    I'm sorry, that's to Mr. Pounds, and it's

23   from the Raymond Byrd, who was the warden at

24   Trousdale at the time; is that right?

25        A.    Yes.
```

1    Q.    The subject says, critical response form.

2    Yes?

3    A.    Yes.

4    Q.    Okay.  So is this what you were talking

5    about when we were talking about critical response

6    from earlier?

7    A.    This looks like a response from the warden

8    to the auditor division related to a critical

9    finding.

10    Q.    Okay.  So let's go down and look and see

11    what that critical audit finding was.  Do you see

12    the subject of the critical finding?

13    A.    Yes.

14    Q.    What is it?

15    A.    Grievance procedures.

16    Q.    Okay.  What does it say the issue is?

17    A.    Supervisors' response not being completed

18    within the required time frame of seven working

19    days.

20    Q.    So that would be an example of a critical

21    finding in an audit and then this would be

22    CoreCivic, the warden's response to that proposed

23    corrective action?

24    A.    Yes.

25    Q.    Okay.  And in this one it says that the

1  proposed corrective action during the January 20,

2  2021 operations meetings and the department head

3  meeting, the assistant warden of operations, chief

4  of security or designee will reeducate shift

5  supervisors and department heads on grievance

6  procedures and the importance of timely response.

7  All training will be documented in the meeting

8  minutes and on a 4-2A training activity attendance

9  roster.  Did I read that correctly?

10      A.   That's correct.

11      Q.   Do you know if TDOC had any input into

12  this plan of corrective action?

13      A.   I do not know.

14      Q.   Do you know if that is an acceptable plan

15  of corrective action?

16      A.   I would have to confer with the audit team

17  related to the specific finding in the plan of

18  corrective action.

19      Q.   Then it looks like it goes further.

20  Starting the week of January 4, 2021, grievance

21  responses will be due back to the grievance

22  coordinator within 48 hours.  The grievance

23  coordinator will notify the assistant warden of

24  operations of any grievances that she has not

25  received a response to within that time frame.  The

1    assistant warden of operations will follow up with

2    the responsible supervisors to ensure responses are

3    completed and returned to the grievance coordinator

4    promptly.  Further noncompliance will result in

5    additional training, counseling, and/or disciplinary

6    action that's appropriate.  Did I read that

7    correctly?

8         A.   Yes.

9         Q.   Do you know if Trousdale has complied with

10   its plan of corrective action regarding grievance

11   procedures as outlined in this document?

12        A.   I do not.  I would have to check with the

13   IG's office to make what determination.

14        Q.   And if they had not complied with their

15   plan of corrective action, what would happen next?

16        A.   Well, if the plan of corrective action has

17   not been followed and adhered to, then the -- there

18   would be a noncompliance report filed and the

19   possibility of liquidated damages could occur.

20        Q.   Okay.  And I wanted to find out

21   information on where that's happened, where would I

22   look?

23        A.   The office of investigator -- I'm sorry,

24   inspector general with the Department.

25        Q.   Okay.  Then in talking about something

1    like noncompliance for grievances, which we

2    discussed earlier where we were talking about

3    grievances, we talked about how incredibly important

4    they are, right?

5         A.    Correct.

6         Q.    And that's important from a facility

7    standpoint so you can document what's going on and

8    make sure that you have the appropriate

9    documentation of concerns of the prisoners; is that

10   right?

11        A.    Correct.

12        Q.    That's for the protection of the facility

13   but also for the good working order at the facility?

14   Yes, sir?

15        A.    I'm sorry, I didn't hear you.

16        Q.    That is -- you know, we had discussed

17   before that's so that the facility can continue

18   working in good order; is that right?

19        A.    Well, it's an important process just like

20   I said before, to ensure that inmates have an avenue

21   to express their concerns, any problems that they

22   associate with their stay there, as well as if they

23   observe where, you know, policy may not be followed,

24   if they have an avenue to express their concerns and

25   grievances to the leadership of the facility.  So,

1    yes, it is important.  It's critical.

2         Q.    And it's important for the prisoner, too,

3    if they're trying to get help for a particular

4    issue, right?

5         A.    Correct.

6         Q.    And that would be their primary avenue to

7    try to get help for that issue, is by going through

8    the grievance process; is that right?

9         A.    I'd say yes.  The grievance process would

10   be one avenue.  There's other avenues, whether it's

11   talking to staff or -- there's a lot of ways for

12   inmates to express an issue or make a request, but

13   the grievance process is certainly an important

14   process for the inmates to use to document

15   grievances or bring forth issues to the

16   administration of the facility.

17        Q.    And that's the formal process that's in

18   place for them to do that?

19        A.    Yes.

20        Q.    So I guess my question is, when you do a

21   plan on corrective action on something like

22   grievances not being returned and those deadlines

23   not being followed, and if, you know, that

24   corrective action plan works or it doesn't, you know

25   you just said that what you can get is liquidated

1    damages, and I guess my question is, what happens to

2    those prisoners' grievances that weren't responded

3    to?

4            MR. WELBORN:  Object to the form.

5            MR. AUMANN:  Same objection.  You can

6    answer.

7            THE WITNESS:  Again, that would be a

8    question that I would want to ask the warden and

9    administration of that staff.  First of all, why it

10   was not being followed at the beginning, why the

11   policy was not being adhered to, and then as far as

12   the corrective action, assuming that it had been

13   addressed, what procedures were in place to ensure

14   that it does not happen going forward or that we

15   don't have a policy violation going forward.

16   BY MS. HERZFELD:

17       Q.   And I understand that from like a policy

18   perspective, making sure that the policy is being

19   followed or has been remedied if there was a problem

20   in the past.  But my question is very specific for

21   the very specific grievances that were not taken

22   care of according to policy.  What is done to those

23   individuals whose grievance were not followed or

24   responded to?

25       A.   What do you mean when you say, what is

1  done to those individuals?

2      Q.   Well, so, I mean, as you know, a prisoner

3  has to go through a grievance process in order to

4  exhaust, to file a lawsuit in court for example,

5  right?

6      A.   Right.

7      Q.   So if, you know, I'm Prisoner Jane Doe and

8  I have filed a grievance with Trousdale, and it's

9  one of those grievances that have been identified by

10  this inspection report that says it wasn't responded

11  to, what happens to Jane Doe's grievance?

12      A.   Well, there should be follow-up.  The

13  facility should follow up if they know that someone

14  filed a grievance and the process was not followed,

15  that there should be follow-up at the facility level

16  with that individual to address the grievance at

17  hand or to address the issue at hand.

18      Q.   Because you're trying to fix not only the

19  systemic problem but also to correct any law in the

20  process for an individual; is that right?

21      A.   Yes.  You're trying to address and

22  evaluate the complaint or whatever the issue is that

23  the inmate brings forward.

24      Q.   And where would I find documentation of

25  the corrective action that's taken towards each

inmate whose grievance wasn't processed

appropriately at Trousdale in this circumstance, for

example?

A.   I don't know that the policy directly

adheres to that.  I would start with the warden of

the facility and the leadership of the facility

level to see what was done in relation to follow-up

with the inmate.

Q.   And in this circumstance, it looks like

this is from Warden Byrd; is that right?

A.   That's correct.

Q.   Warden Byrd is no longer the warden at

Trousdale?

A.   Correct.

Q.   Okay.  Do you know if at any point TDOC

would stop trying to work with CoreCivic on a

noncompliance issue, like at some point, you just

say forget it, we'll just take the liquidated

damages and move on?

A.   No.  We would not settle for that.  At the

end of the day, we continue -- liquidated damages

are assessed, but that in itself would never totally

satisfy the issue of a noncompliance finding.  We

would continue to work and try to resolve or help in

any way we could resolve the issue for

1    noncompliance.  And we would expect the same, we

2    would expect the issue to be resolved by the vendor.

3        Q.    So with liquidated damages, where do those

4    go?

5        A.    Could you be more specific in your

6    question?  I'm sorry.

7        Q.    Sure.  So we've gotten to the point where

8    you've assessed liquidated damages pursuant to the

9    contract at CoreCivic, and that money is taken from

10   CoreCivic back to TDOC, I'm assuming; is that right?

11       A.    That money -- well, the monies are

12   withheld from the payment to the county, so that

13   money goes -- stays in the general fund or with the

14   Department of Corrections.

15       Q.    Okay.  So the money doesn't go from one to

16   the other and then back again, it's just you kind of

17   take a deduction of your next payment; is that

18   right?

19       A.    Yes.

20       Q.    What about any of those liquidated damages

21   would go to help the actual prisoner whose issue

22   might have caused the noncompliance?

23       A.    What's your question?  When you say what

24   about it, what do you mean?

25       Q.    I think I understand that the liquidated

1  damages are, you know, to get the contractor into

2  compliance, that's the purpose of liquidated

3  damages, yes?

4      A.   Yes.  It's a sanction that we use or part

5  of the process where we withhold funds, but as far

6  as turning around and providing those funds to the

7  inmate, is that your question?

8      Q.   No, it's not.  I'm just trying to figure

9  out what happens to the inmate if these policies are

10  not being followed, the contract is not being

11  followed, that has an impact on the inmate, right?

12          MR. WELBORN:  Object to the form.

13          THE WITNESS:  It could, yes, depending on

14  the argument or the issue at hand, yes, it could

15  have an effect on the inmate.

16  BY MS. HERZFELD:

17      Q.   So I guess I'm trying to figure out what

18  remedy an inmate would have at that point.

19      A.   I think the inmate has the remedy of why

20  we're here today.  I mean, a lawsuit or legal action

21  or the grievance process or whatever the case may

22  be.

23      Q.   Right.  But then if part of the issue for

24  noncompliance with the grievance process isn't

25  working appropriately, doesn't that kind of put an

1    inmate in a catch 22?

2              MR. AUMANN:  Objection.  Form.

3              MR. WELBORN:  Object to form.

4              THE WITNESS:  Well, again, yes, it would

5    in a particular incident.  I think it would be

6    difficult, it would be problematic when the process

7    was not followed or the policy was not followed, it

8    would be problematic.  But, begin, I think we would

9    look for a systemic issue as it relates to

10   grievances or any other violation, and there is

11   things you have to consider in evaluating those.

12   But I understand your point, but, yes, it could have

13   a negative effect on the offender and his ability to

14   seek action, I guess.

15   BY MS. HERZFELD:

16      Q.   What types of circumstances would it take

17   for TDOC to come in and take over a facility from a

18   contractor?  At what level does it have to get to

19   before you would consider exercising that option?

20             MR. AUMANN:  Objection.  Form.

21             MR. WELBORN:  Object to form.

22             THE WITNESS:  That's a very complicated

23   question and consideration.  That would have to be,

24   in my opinion as commissioner and my personal

25   opinion, I guess, professional opinion, a serious

systemic lack of leadership and multiple, multiple

violations of life safety issues at a facility for

that to happen, for us to -- for me to step in and

say, I want to call a contract breach and take the

necessary steps to look at taking over a

correctional facility.

BY MS. HERZFELD:

    Q.   I mean, does TDOC really even have the

ability to do that?  The employees at a particular

facility wouldn't be your employees, right?  I mean,

practically, how would one come in and take over a

facility?

            MR. AUMANN:  Object to the form.

            THE WITNESS:  There's processes in place

where we would have to look at a resumption of

control plan where obviously I would have to be in

conversations with other individuals at the

governor's level, at the legislative level, within

State government, with the vendor, and we would look

at the process of how funds would be made available

for the State of Tennessee to take over a facility

and resume -- or assume the management and control

of that facility and inmates.  It would be very

complicated.

BY MS. HERZFELD:

1      Q.    Sounds like a pretty long process, it

2   couldn't happen very quickly?

3      A.    Well, I don't know exactly how long it

4   would take.  I think that -- you know, there's

5   multiple people at play here.  You've got the people

6   I just mentioned along with F&A budget and others

7   that would have to be in this discussion and the

8   time it would be take to get agreements in place,

9   understandings in place and written procedures in

10  place to take over the facility.  It would not

11  happen overnight probably.

12     Q.    And have you ever been involved in any

13  conversation where anyone at the state level has

14  indicated, you know, thought process for taking over

15  Trousdale or any other contracted facilities in the

16  state?

17     A.    No.  Other than the, you know, plans that

18  we would have in place for the South Central

19  facility, the facility that we own there in Clifton,

20  business resumption plans, things like that, but,

21  no, I have not.

22     Q.    Okay.  Did anybody ever mention any

23  concerns about CoreCivic continuing to monitor the

24  Trousdale facility after the comptroller's audit?

25  Were you involved in any conversations about that?

 1          MR. AUMANN:  Objection.

 2          THE WITNESS:  You know, I've had --

 3     there's been complaints from some of the

 4     legislators, some concerns.  I said complaints, I

 5     guess the work concerns would be a better way to

 6     describe that from some of the lawmakers, questions

 7     for me as commissioner related to staffing issues,

 8     things like that.  One of the things I always try to

 9     do is look at the issues that any facility is having

10     and compare those with what we're seeing statewide,

11     as well as what we're seeing across the nation when

12     it comes to particular issues.  Whether that be, you

13     know, inmate suicides or staffing shortages or

14     mental health issues, whatever the case may be.

15          And, you know, when you look at a state

16     like Tennessee, I know one of -- you know the first

17     comptroller's audit that I was involved with as

18     commissioner, the issue of staffing come up, and at

19     the time, the State, we were -- the economy was very

20     good.  It's still very good, and it makes it hard to

21     hire people, not just at CoreCivic, but at every

22     state prison within Tennessee as well as in other

23     states.

24          So you have to consider those things when

25     you look at the issue at hand or whatever the

1  noncompliant issue may be.  So all of those things

2  have to be weighed when you're looking at issues of

3  noncompliance.

4          MS. HERZFELD:  Okay.  Let's go off the

5  record and take a five-minute break.

6          (Brief break observed.)

7  BY MS. HERZFELD:

8      Q.  Okay.  Back on the record.  Commissioner

9  Parker, are you familiar with the comptroller of the

10  treasury audit for TDOC facilities?

11     A.  Yes.

12     Q.  What role, if any, do you have in the

13  audits?

14     A.  I have -- other than being the

15  commissioner of the Department and as far as the

16  audit process itself, I have very little control in

17  regard to the audit itself.

18     Q.  Do you have meetings with anyone while

19  it's going on, or do you meet with the auditors,

20  review papers, or you kind of get it when it's

21  finished and then start meetings too --

22     A.  Well, my team meets from time to time with

23  the auditors from the comptroller's office, and, you

24  know, throughout that process, depending on how long

25  they're with us, we could be briefed maybe once or

1    twice regarding -- I don't know that I would call it

2    briefing so much as sometimes questions, needing for

3    them to ask questions or clarifications about

4    certain things.  But, usually, we are notified of a

5    draft report that's sent to us once the audit is

6    complete and the decisions are being made regarding

7    the final report from the comptroller's office.

8        Q.   And who is in charge of that process, is

9    it the comptroller himself?

10       A.   The comptroller and his auditors.  He has

11   different people over different sections of his

12   office that oversee audits of state and local

13   governments and others.

14       Q.   And if you'll -- we'll put Exhibit 15 on

15   the screen.

16                      (WHEREUPON, the

17                      previously-mentioned document was

18                      marked as Exhibit Number 15.)

19   BY MS. HERZFELD:

20       Q.   Exhibit 15, and I'll let you go ahead and

21   take control of it.  Do you recognize this document?

22       A.   Yes.

23       Q.   What is it?

24       A.   Hold on.  I'm trying to get this -- it's

25   the performance audit.  I can't get it to move.  I

1 don't know if I have control of it or not.  There we

2 go.

3          Dated November 2017, comptroller's

4 performance audit of the Department of Corrections.

5      Q.   Do you know this as being the first

6 comptroller's audit regarding Trousdale or the

7 second comptroller's audit regarding Trousdale?

8      A.   I believe this is the first audit that I

9 remember where Trousdale was specifically mentioned

10 in the audit.

11     Q.   And you were commissioner in November of

12 2017?

13     A.   Yes.

14     Q.   And you're familiar with this report?

15     A.   Yes.

16     Q.   If you will go with me to Page 4 of the

17 report where it says audit highlights.  There you

18 go.  That contains a list of findings.  Do you see

19 the first one right there?  Says Trousdale Turner

20 Correctional Center and Whiteville Correctional

21 Facility managed by CoreCivic operate with fewer

22 than approved correctional officer staff, did not

23 have all staffing rosters, did not follow staffing

24 pattern guidelines and one left critical post

25 unstaffed.  Did you see that?

1          A.    Yes.

2          Q.    Is your understanding that that was the

3    conclusion from the -- one of the conclusions from

4    the first audit by the comptroller?

5          A.    That's correct.

6          Q.    Ad then it goes on to say, shortages in

7    correctional officer staff may have prevented two

8    CoreCivic facilities, Trousdale Turner Correctional

9    Center and Whiteville Correctional Facility from

10   meeting staffing obligations, and may have limited

11   their ability to effectively manage the inmate

12   populations assigned to them.  Did I read that

13   correctly?

14         A.    Yes.

15         Q.    Correctional officer staffing was often

16   less than operationally planned and Trousdale Turner

17   had unstaffed critical posts on several days.  Both

18   facilities have rosters that did not match state --

19   approved staffing patterns and both facilities were

20   consistency short staffed.  Did I read that

21   correctly?

22         A.    That's correct.

23         Q.    Do you consider that to be a serious

24   deficiency in those two facilities?

25                MR. AUMANN:  Objection to form.  You can

1  go ahead.

2          THE WITNESS:  The deficiency stated there,

3  yes, any time you cannot cover all critical posts,

4  it is serious.  I remember the nuances of some of

5  these findings, and this finding in particular, that

6  we addressed at the time of our corrective action,

7  and -- but, yes, to answer your question, I would

8  consider that a finding that I would consider

9  serious, yes.

10  BY MS. HERZFELD:

11      Q.  What types of problems based on your

12  experience of over 30 years in corrections can come

13  from not having adequate staffing in a correctional

14  facility?

15      A.  Again, having the staff available to

16  effectively manage a facility is important, is

17  critical.  Do staffing shortages happen from time to

18  time?  Yes, they do.  Are there processes in place

19  to address staffing shortages or a vacancy?  Yes.

20  There are processes in place where you either reduce

21  or move posts that may be identified as being a

22  critical post and stop the activity in a particular

23  area and move officers from one post to another to

24  cover critical posts.  That's a common practice that

25  you would see in corrections.

1          But, you know, you want to make sure all
2    your critical posts are covered.  Obviously, when
3    you have inmates in areas that need to be
4    supervised, you want to make sure you have the
5    staffing in place to supervise those offenders.
6          Q.   And that's a safety issues, because as you
7    said before, there's, you know, violent and
8    dangerous criminals that are being housed at
9    facilities like Trousdale; is that right?
10          MR. AUMANN:  Object to the form.
11          MR. WELBORN:  Same objection.
12          THE WITNESS:  Yeah, there are inmates that
13    obviously have violent tendencies at all of our
14    facilities across the state, so, yes, it's important
15    to have critical posts covered.
16    BY MS. HERZFELD:
17          Q.   And that's a safety issue?
18          A.   It could be, yes.
19          Q.   Do you know if CoreCivic has ever been in
20    compliance with critical staffing requirements as
21    Trousdale?
22          MR. AUMANN:  Objection to form.  You can
23    go ahead.
24          MR. WELBORN:  Same objection.
25          THE WITNESS:  Yes.  I think there's been

times when obviously that all their critical posts

were covered at the facility.

BY MS. HERZFELD:

    Q.   Do you know when those times were?

    A.   I don't have it written down.  I do

remember periods of time when the staffing at

Trousdale was probably -- when you look at

vacancies, was some of the lowest we had in the

state, but I don't remember the specific time frame

for those periods.

    Q.   Do you know if you've ever had all

critical posts covered at Trousdale on a monthly

basis at any time during the past three years?

    A.   I'm not sure.  I would have to go back and

look at compliance reports, again, with the IG's

office, so I would have to look at that.

    Q.   If you had a facility like CoreCivic that

was consistently unable -- CoreCivic at Trousdale,

that was consistently unable to meet staffing of

critical posts, would that be a significant safety

concern for you as commissioner of corrections for

the State?

    A.   It would be a concern with me, yes, just

like it is a concern with some of my state

facilities where we're having issues with the

staffing.  If we had areas that could not be staffed
or we were running short of staff, I would want to
know what processes or what's being done, what
issues or what things are being addressed to
mitigate some of the issues that follow a shortage
of staff.

So in other words, are you shutting down,
closing particular housing units, are you
temporarily postponing activities in a particular
area where you do not have a staff member to cover a
particular post, things like that.  How those posts
are being covered would be of importance to me to
know what's been going on, or what kind of processes
you're putting in place to help mitigate the risk.

Q.  And what of those types of plans, if any,
have been put in place at Trousdale over the past
three years in response to a lack of critical post
coverage?

A.  I'm not aware of any specific ones, other
than the fact that I do know in this particular
audit, there was some posts that were identified as
critical posts.  And I'll give you an example, one
had to do with one of the gate officers, I believe,
and the issue was never considered that during a
particular point or a particular time during a

1   24-hour period, there was no inmate movement in that

2   area, so that officer was moved from that post to

3   cover another post.  That's an example of a

4   situation where there was an action taken to

5   mitigate the risk for that area or for another area

6   where a post needed to be covered.  So you shifted

7   your population or your staffing assignments to

8   another area to cover a critical post and this post

9   may have been left uncovered, but you have to

10  consider there was no inmate activity in that area

11  at the time.

12          Same thing would apply to your sally port.

13  Once your sally port area is closed after 4:00, it

14  may be a critical post up until that time, but after

15  that period of time, it's certainly appropriate to

16  move staff from that post and use them in a

17  different location during that work site.

18      Q.   Are you saying that some critical posts

19  aren't always critical posts?

20      A.   That's correct.

21      Q.   Where could I find those notes of what is

22  sometimes, not always a critical post but sometimes

23  a critical post?  Where would I find that written

24  down?

25      A.   Usually that's identified in the staffing

assignment schedules and the rosters for the

facility that -- I'll give you an example. Could be

designated with an asterisk and it -- just like for

example, the example I gave you where if you had a

visitation, visitation would be considered a

critical post when visitation was ongoing.  If

visitation is not in process on a particular day,

even though visitation may be listed on a roster,

it's not a critical post because you don't have

visitation occurring that day.

        So, again, those would be found with the

post assignment schedules for the facilities.

        Q.    So who would make the determination that a

critical post isn't really a critical post that day,

who would be responsible for that?

        A.    That would be a determination made at the

facility with oversight from the assistant

commissioner of prisons for the Department of

Corrections.

        Q.    Okay.  So to use your example that

visitation may be a critical post when there's

visitors there, but it's not a critical post when

there's not, is that not provided for in the

definitions of what's a critical post under the

contract?

A.    I'm not sure about that.  I know the
contract requires that the post assignments be
submitted.  It would also require that those posts
that are critical versus non-critical be identified,
and it would also -- it would include the
designation of any post that might be critical when
inmate activity was going on in a particular area.

But, again, that's something I would have
to look at or we would find with the assistant
commissioner of prisons here at the Department of
Corrections.

Q.    So the assistant commissioner of prisons
in connection with somebody at the facility would
make a determination to reclassify something from a
non-critical post to a critical post and a critical
post to a non-critical post?  Do I understand you
correctly?

MR. WELBORN:  Object to the form.

MR. AUMANN:  Same objection.

THE WITNESS:  Again, it would be
identified on the staffing rosters, the staffing
assignments, security staffing assignments.

BY MS. HERZFELD:

Q.    Okay.  Let's move on to the second
finding.  See the second finding there?  CoreCivic

staffing reports for two facilities, Trousdale

Turner Correctional Center and Hardeman County

Correctional Center continues numerous errors, so

information about hires, terminations and vacancies

may not be reliable.  Did I read that correctly?

     A.   Yes.

     Q.   And we were just talking about how you're

directing me to specific staffing rosters and

reports about what is critical, what was filled and

what was not; is not right?

     A.   Correct.

     Q.   So I guess if those are not reliable, what

other things could we look at to know what posts

were filled and what posts were not?

          MR. AUMANN:  Object to the form.

          MR. AUMANN:  You can go ahead.

          THE WITNESS:  Again, the staffing reports

that's referenced here, I believe are the staffing

reports at the facility that contained the names of

officers assigned to a particular post each day.  It

gets really confusing because there is staffing

reports and rosters that's submitted to TDOC from

CoreCivic that list all of the posts.  If I'm not

mistaken, it's been a few years, but these staffing

reports that's referenced here is a list of

particular posts along with individual names that were assigned on a particular date for a particular post.

BY MS. HERZFELD:

Q.    So that would tell you if those posts are filled or not filled on a particular day; is that right?

A.    That's correct.

Q.    That would be important to know if you've got critical posts covered at a facility on a particular day, right?

A.    Yes.

Q.    If those posts -- if those reports aren't reliable, how can you know if they truly were covered?

A.    It would be hard to know.

Q.    Why is it important that you have complete and accurate reporting coming to TDOC from your contractors, like CoreCivic?

MR. AUMANN:  Objection to form.

THE WITNESS:  Obviously, we want accurate reports sent to where -- with the exception of having our contract monitors in place to make sure that we're getting accurate documentation and information about the operation of the facility.

BY MS. HERZFELD:

    Q.   Do you really know what's going on with the facility, I mean, at a TDOC level absent the reports coming from the facility?

    A.   I feel like we have a good understanding and a good report, accurate reports coming from the facility, yes.  I think our contractor monitors do a good job of monitoring and, you know, addressing issues at Trousdale, as well as the other facilities.

    Q.   The contract monitors that you have at Trousdale, are they responsible for ensuring that there is any issues with religious rights, that those contract provisions are being followed?

    A.   Would you repeat that, please?  I misunderstood part of what you said.

    Q.   Sure.  The contract monitors that you have at Trousdale, would part of their responsibility be to ensure that the religious rights that someone has pursuant to TDOC policy are being followed?

    A.   Yeah.  Their responsibility is so to have review and oversight of all TDOC policies that apply to that facility to ensure compliance.

    Q.   So that would include religion?

        MR. AUMANN:  Objection to form.

BY MS. HERZFELD:

Q.    Would that include grievance?

A.    Yes.

Q.    Would that include critical staffing posts?

A.    Yes.

Q.    Would that include mandatory overtime of employees?

MR. AUMANN:  Objection to form.  You can go ahead.

THE WITNESS:  The mandatory overtime of employees, I would say is an internal function of CoreCivic and the management of that facility.  What we would be concerned about is and have oversight on is the filling of security posts and covering of critical posts.

BY MS. HERZFELD:

Q.    And that would be under the purview of your contract monitors; is that right?

A.    Yes.  Yes.

Q.    If you'll go with me now to the third finding.  Says Trousdale Turner Correctional Center's management continued noncompliance with contract requirements and department policy challenges the Department's ability to effectively

monitor the private prison.  After merely two years

in operation, Trousdale Turner Correctional Center

still did not comply with some of the Department of

Corrections' policies and contract requirements.

While the Department's contract monitoring efforts

regularly report to facility shortcomings, cuts in

monitoring staff may reduce the Department's ability

to effectively monitor key contract requirements.

This lack of effective monitoring has resulted in

situations that may undermine the Department's

ability to achieve its stated mission and could

result in harm to inmates.  Did I read that

correctly?

     A.    You did.

     Q.    Can you tell me today if Trousdale Turner

Correctional Center is in compliance with all terms

of the contract?

          MR. AUMANN:  Objection to form.  You can

go ahead.

          THE WITNESS:  There may still be issues of

noncompliance at Trousdale.  As of today, again, I

just think about staffing, again, issues of

staffing.  One of the things that we see that's a

habitual problem across the state as well as in

other states, so for me, I don't think I can sit

1    here and say one hundred percent that Trousdale nor

2    could I say that any state facility is in 100

3    compliance with every policy we have in the system.

4    BY MS. HERZFELD:

5         Q.    What other areas do you know Trousdale not

6    to be in compliance with at the present time?

7         A.    I don't know.  I would have to talk to the

8    contract monitors to give you an answer on that.  I

9    just used the example of staffing as one that I know

10   has been a persistent problem with all of our

11   facilities as a pretty safe bet that there is issues

12   there still with staffing.

13        Q.    What is the solution to that?  If you

14   continue to say, okay, keep working on it, then you

15   deal with liquidated damages and you say keep

16   working on it, like, when does that end?  To what

17   end do you finally get appropriate staffing at the

18   facility?

19        A.    That's a great question, because I deal

20   with the same issue -- I deal with the same issue at

21   the State level.  I just today announced a bonus

22   program that provides up to $10,000 in bonuses for

23   people who want to come to work for the Department

24   of Corrections.  Last year, we faced, you know, the

25   issue of COVID and the fact that -- the effect that

1   we saw with COVID, this is not -- if we just talk

2   about staffing, it's not a problem just associated

3   with the vendor here.  We're talking about a

4   systemic issue that you can find in any state in

5   America with the shortage of staffing.  So, you

6   know, if I had the answer to that, I would probably

7   be doing something other than what I'm doing.

8           But to try to answer your question the

9   best I can, we have to continue to work on it.  If

10  there is a, you know, a secret sauce out there, I

11  don't know what it is, but I think we have to work

12  to make the job more attractable to a younger work

13  force.  I think we have to consider the economy in

14  the State of Tennessee, and, you know, try to pay

15  our officers more, and also work to help the staff

16  address issues that's unique to the corrections

17  environment.

18  Q.   So you've mentioned bonuses in paying

19  people more as a way to potentially get more people

20  to work at the facility, I mean, right now, I bet

21  you, and you tell me what you think, do you think if

22  you paid each corrections officer $100,000 you would

23  have these types of vacancies that you have right

24  now?

25          MS. HERZFELD:  Objection to form.  You can

1    go ahead.

2          THE WITNESS:  No, I don't think so.

3    BY MS. HERZFELD:

4       Q.   So if CoreCivic was paying people at

5    Trousdale significantly more money, do you think it

6    would be likely that those positions would be

7    filled?

8          MR. WELBORN:  Object to the form.

9          MR. AUMANN:  Same objection.

10         THE WITNESS:  Well, I do know there was a

11    time when CoreCivic paid more than what we made at

12    the state level.  And I think those types of issues,

13    I mean, yeah, it helps until something changes in

14    the economy or the workforce, but I would also say

15    that corrections environment is a difficult place to

16    work.  Not everyone is cut out for it.  And when you

17    consider the amount of jobs that's available in the

18    state, it makes it very difficult to recruit and

19    retain people to work in prisons.

20    BY MS. HERZFELD:

21       Q.   Do you know anything in the contract or in

22    TDOC policy that would prevent CoreCivic from paying

23    people more in order to get more people to come and

24    work at Trousdale?

25       A.   No.  I don't know of anything that would

1    prohibit that.

2        Q.    If you will go down to the bottom of the

3    page, there is a sentence listed under the heading,

4    observation.  Do you have it?  See that?  There you

5    go.

6            It says, The Audit also discusses the

7    following issues.  The Department should annually

8    publish the correction officer turnover rate and

9    clearly identify which classifications are included

10   in its annually published correction officer

11   turnover rate.  Page 18.  Did I read that correctly?

12       A.    Yeah.

13       Q.    Do you know what they mean by "turnover

14   rate"?

15       A.    Yes.  It's the turnover of our staff, the

16   amount of turnover we are seeing in the Department

17   of Corrections.

18       Q.    Do you know if there's a floor or ceiling

19   for turnover rate established through TDOC or

20   through a contract?

21       A.    I do not.

22       Q.    Do you know who is in charge of checking

23   to see to monitor those turnover rates?

24       A.    Well, this observation, if I'm not

25   mistaken, I think it's talking about the Tennessee

1    Department of Corrections.  We track our turnover

2    rates within our facilities of state employees, so

3    I'm not sure this is in reference to CoreCivic, but

4    any and all observations of tracking of data would

5    be handled through the audit division under the IG

6    for the Department.

7         Q.   Okay.  Do you know why the comptroller

8    suggested that TDOC publish the information

9    annually?

10        A.   To make sure that we -- the public knows

11   and the general assembly is aware of what the

12   turnover rate is with our staff.

13        Q.   Does TDOC publish that information now?

14        A.   We publish that information.  We have it

15   in our annual report and Brian Hughes also tracks

16   that information, and we report that regularly to

17   the committees that I answer to in the general

18   assembly, state and local government and the senate

19   and corrections sub in the house.

20        Q.   Is there a place I can go online to find

21   it?

22        A.   Might could look at our -- on our website

23   as far as the statistical abstract for the

24   Department of Corrections.

25        Q.   When you make that report, your annual

1  report for TDOC, does that include information for

2  the CoreCivic facilities within the state?

3      A.   My annual report reflects Tennessee

4  Department of Corrections staff, as it relates to

5  employee interaction.

6      Q.   Where could I find that information for

7  CoreCivic-operated facilities?

8      A.   I think some of the information would be

9  found in the statistical abstract such as incident

10  reports, things like that, but I'm not sure about

11  the employee data.

12     Q.   Do you know why TDOC doesn't require that

13  CoreCivic provides its turnover rates in a formula

14  that can be published?

15     A.   I don't know that we don't.  I'm not aware

16  of any, but, again, that's -- those are private

17  employees, not State employees, so I would have to

18  look into that to give you an accurate answer to

19  that.

20     Q.   Have you ever had a conversation with

21  anyone at CoreCivic about collecting that

22  information and making it public as part of your

23  report?

24     A.   No.

25     Q.   Why not?

1      A.    I just haven't.

2      Q.    Hasn't come up?

3      A.    No.

4      Q.    If you'll look at Page 18 -- I'm sorry,

5 Page 12.  See that very last paragraph down there,

6 section that's in the blue box?

7      A.    Yes.

8      Q.    Could you read that statement for me,

9 please?

10      A.    Staffing is arguably the most critical

11 element to safety inside our prisons and the total

12 interaction between staff and inmates is what

13 determines the level of safety within the facility.

14 The American Correctional Officer Intelligence

15 Network Impacts of Understanding.

16      Q.    Do you agree with that statement?

17      A.    Not in total, no.

18      Q.    What part do you not agree with?

19      A.    Well, where it says staffing is arguably

20 the most critical element to safety inside our

21 prisons.  That's questionable.  Although staffing is

22 important, granted there's other things that also

23 contribute to safety and security inside of the

24 facility.  The total interaction between staff and

25 inmates is what determines the level of safety

within the facility. You know, that's -- it's a
very complex environment, and to say that, you know,
one issue is arguably the most critical element of
safety inside our facilities, is a pretty strong
statement that, again, I don't know that I would
totally agree with. Although it is critical, it is
important, I don't know that it would be the most
important.

Q. Can you think of an element that would be
more crucial to safety inside your prisons than
staffing?

A. Well, you know, it all works together.
Compliance of safety protocols, the covering
critical posts, staffing levels would play into
that, the leadership at the facility, adherence to
safety regulations, fire safety regulations, things
like that.

Q. Is any of that possible if you don't have
adequate staff?

MR. WELBORN: Object to the form.

MR. AUMANN: Same objection.

THE WITNESS: Again, adequate staffing is
an element that goes into the mixture of all the
things that you have to ensure safety inside a
facility. I mean, you can have every post covered,

1    you can have every post covered and have a

2    100 percent compliance rating at any facility and

3    still have a situation happen that people would say

4    is unsafe or someone, you know, could get hurt or

5    even killed.  That's possible.

6    BY MS. HERZFELD:

7        Q.  So as the commissioner and director -- as

8    the commissioner of the Department of Corrections

9    for the State of Tennessee, is it your position that

10   there is adequate staffing at Trousdale to keep the

11   prisoners safe?

12           MR. AUMANN:  Objection to form.

13           THE WITNESS:  It's my position as

14   commissioner, yes, if I felt like that the staffing

15   level at Trousdale created a situation where that

16   facility was totally unsafe, then, yes, there would

17   be other steps that I would have to follow to

18   address that, but my position is, is that the things

19   that's done to mitigate the risk are appropriate,

20   yes.

21   BY MS. HERZFELD:

22       Q.  And that's for the entire time that you've

23   been commissioner, that's been your position; is

24   that right?

25       A.  Yes.

1      Q.    Okay.  Just a minute please.

2            (Off-the-record discussion held.)

3  BY MS. HERZFELD:

4      Q.    Back on the record.  I think this will be

5  Exhibit 16.

6                        (WHEREUPON, the

7                        previously-mentioned document was

8                        marked as Exhibit Number 16.)

9  BY MS. HERZFELD:

10     Q.    Mr. Parker, if you take a look at this.  I

11 think it starts at the top, says, Location:

12 Trousdale Turner Correctional Center, to Brandon

13 Bellar, Trousdale County attorney from Jon Walton,

14 TDOC contract monitor of compliance.  Do you see

15 this document?

16     A.    I do.

17     Q.    It's dated February 25, 2021; do you see

18 that?

19     A.    Correct.

20     Q.    It says the audit period for monthly

21 staffing December 1st, 2020 to December 31st, 2020.

22 Quarterly items October 1, 2020 through

23 December 31st, 2020; do you see that?

24     A.    Correct.  Yes.

25     Q.    TDOC employees making observations: CMC

1    Jon Walton.  Do you know what CMC stands for?

2         A.    Contract monitoring and compliance, I'm

3    assuming.

4         Q.    Do you know Jon Walton to be one of the

5    contract monitors at Trousdale?

6         A.    You know, I don't know him personally, but

7    I'm assuming that's -- I have no reason to doubt

8    that's who it is.

9         Q.    Have you seen this report before?

10        A.    I'm sorry, was that a question?

11        Q.    Yes, sir.  Have you seen this report

12   before?

13        A.    I may have.  It's possible.

14        Q.    Take a look at this report.  Looks like

15   he's reporting some noncompliance issues.  We'll go

16   past a bunch of them, and get to noncompliance

17   number 3.  See where we're at on the screen?

18        A.    I do.

19        Q.    Noncompliance Number 3, Applicable

20   Monitoring Instrument:  Staffing item 2b Essential.

21             Check every daily shift roster for all

22   shifts for the previous month.  Verify that all

23   critical posts are staffed as required.  Did I read

24   that correctly?

25        A.    Yes.

1    Q.    Then it says, Noncompliance Issue.  Would

2  you read that for me, please, sir?

3    A.    Noncompliance Issue:  All critical posts

4  shall be staffed as required; however, multiple

5  critical posts were not covered during the

6  monitoring period for the month of December.  There

7  were 31 days in the month of December, which the

8  shift rosters reflected 733 critical posts were not

9  filled on time or were left vacant during the

10  security shifts.

11    Q.    That's 733 critical posts that were

12  problematic during this period of time.  Does that

13  concern you, sir?

14    A.    Yes, that's --

15         MR. AUMANN:  Object to form.  You can go

16  ahead.

17         THE WITNESS:  Yes, that is concerning.

18  BY MS. HERZFELD:

19    Q.    Do you think that could cause a safety

20  issue at the facility, sir?

21    A.    It could, yes.

22    Q.    Do you think that's a very high number of

23  unfilled or improperly filled critical posts for a

24  facility during a 31-day period?

25         MR. AUMANN:  Objection to form.

         THE WITNESS:  That seems like a high

number, yes.

BY MS. HERZFELD:

    Q.   Do you know if there were any violent

incidents that happened at Trousdale during the

month of December of this past year?

    A.   I would have to go back and look to

verify, but I'm not sure at this point in time, but

I would have go back and verify.

    Q.   Do you know of a single month that there's

not been a violent incident at Trousdale, sir?

    A.   Again, I would have to go back and look at

incident reports to give you an accurate answer to

that.

    Q.   Looking at this noncompliance report where

there's 733 critical posts that were not filled on

time or were left vacant during the security shifts,

is it still your testimony that Trousdale is

adequately staffed to ensure the safety of the

prisoners?

         MR. AUMANN:  Objection to form.  You can

go ahead.

         THE WITNESS:  So, again, I would say that

obviously 733 critical posts not being filled is an

issue.  It's a concern to me as commissioner of the

1  Department.  Again, I would want to know the details

2  of these posts and when they were not filled and

3  what activities were going on at the time, and were

4  there any additional procedures taken to ensure the

5  safety of the area where these posts were not

6  filled.  So there is other information I would want

7  to know about this.

8  BY MS. HERZFELD:

9      Q.   Just want to make sure that I understand

10  your testimony.  We know that there were the TDOC

11  contract monitors that -- that there were 733

12  critical posts that were not filled on time or left

13  vacant during the security shifts during a 31-day

14  period of time in December.  And it's your testimony

15  that that does not create a safety issue at

16  Trousdale during the month of December?

17          MR. AUMANN:  Objection.  Form.

18          MS. POLLY:  Joe, I see you're objecting,

19  but you're muted.

20          MR. WELBORN:  Object to form.

21          THE WITNESS:  Obviously, again, it's

22  concerning to me to make a statement that a facility

23  is unsafe, again, I would want to know more details

24  about the critical posts, where they were located,

25  what other situations or what other actions were

1  taken to mitigate the risk of a critical post not

2  being filled before I was to give an answer for that

3  question.

4  BY MS. HERZFELD:

5      Q.  Okay.  So then below that report is a

6  chart of the various posts.  Does that give you the

7  type of information that you're looking for, sir?

8      A.  Again, I would want to know the post, what

9  activity was going on at what particular time the

10  post was not covered.  I'm assuming that these posts

11  are listed in shifts, so the time the shift started

12  to the time the shift ended.  I would want to know

13  if they were left unattended for the entire shift or

14  for -- you know, if you had an officer that was one

15  minute late arriving to a post, those are some of

16  the things I would want to know.

17      Q.  Well, sir, I'm wondering what it is you

18  did as the commissioner of the Department of

19  Corrections in response to this report in December.

20  It's now April.

21          MR. AUMANN:  Objection to form.

22          THE WITNESS:  Repeat your question,

23  please.

24  BY MS. HERZFELD:

25      Q.  Sure.  It's now April, would you agree?

1      A.    Yes.

2      Q.    April 2021?

3      A.    Correct.

4      Q.    And this report is for December of 2020,

5 so that's just about three or four months ago; is

6 that right?

7      A.    That's correct.

8      Q.    So since this report came out with 733

9 critical posts being unfilled or inappropriately

10 filled for some period of time, what did you do in

11 response to this report?

12          MR. AUMANN:  Objection to form.

13          THE WITNESS:  I would again have to check

14 with the IG's office to see what kind of corrective

15 action plan was put in place and what kind of action

16 we took as a Department in relation to the

17 corrective action plan, whether it was or was not

18 followed.

19 BY MS. HERZFELD:

20      Q.    Keep scrolling down for me.  You have

21 control.  You can take a look at the entire report

22 and tell me what was done in response to those 733

23 unfilled critical posts, which I think are all

24 detailed in this report.

25      A.    Well, let me say again, this report that

1    I'm looking at, I haven't reviewed previously.

2    Again, I would find that with my IG's office.  I

3    would need to talk to the IG before I -- you know,

4    to answer your question appropriately.

5        Q.   Sir, do you think it's concerning that

6    you're the head of Department of Corrections and

7    your staff knew that there was an issue at Trousdale

8    where there were 733 critical posts unfilled or

9    inappropriately filled in December and that wasn't

10   brought to your attention?

11             MR. WELBORN:  Object to the form.

12             MR. AUMANN:  Objection to form.

13             THE WITNESS:  Well, again, bringing it to

14   my attention would be through the IG's office.  I

15   would be very concerned if the inspector general and

16   his staff were not made aware of it.  I'm not made

17   aware of every single incident or finding that the

18   compliance section may find in a facility.

19   BY MS. HERZFELD:

20       Q.   So you don't -- I want to understand this.

21   At what level would something have to be from an

22   understaffing perspective that it would merit

23   attention at your level, sir?

24             MR. AUMANN:  Objection to form.

25             THE WITNESS:  I think it would be a

1  staffing issue where there were major disruptions at

2  a facility that caused a -- some type of issue at

3  the facility on a particular day that would not be

4  handled at the assistant commissioner level or the

5  inspector general's level for the Department.

6  BY MS. HERZFELD:

7      Q.   What about homicide, sir, if there were

8  homicides at that facility in December and also a

9  shortage of critical staffing posts at 733, is that

10 something that would be brought to your attention?

11     A.   I get notified of homicides within the

12 Department, but not always the issue of certain

13 posts not being filled on a particular day or during

14 a particular period.

15     Q.   Do you think there could be a correlation

16 of violence at the facility in December of 2020 and

17 a lack of coverage of critical posts?

18          MR. WELBORN:  Object to form.

19          MR. AUMANN:  Objection to form.

20          THE WITNESS:  Well, I don't know.  It's

21 possible.  There could be a correlation.  That

22 would, you know, obviously take further study into

23 that.

24 BY MS. HERZFELD:

25     Q.   Sir, when I've asked you questions about

this report, you said you need more information.  I

guess my question is, does that mean your office

doesn't include all the information necessary to

evaluate a particular situation within the report

itself?

     A.   No.  What I would say is I would want to

have a chance to really thoroughly look at this

report and study it and in conversation with my IG

and the staff that did the inspection.

     Q.   I guess my question is, why haven't you

read it before now?

          MR. AUMANN:  Object to the form.

          THE WITNESS:  Again, the staff that works

for the IG handles this along with the assistant

commissioner of prisons.  There has not -- it has

not been brought to my attention, the issue of 733

criminal posts not being filled during this time

period.

BY MS. HERZFELD:

     Q.   Do you think that should have been brought

to your attention, sir?

     A.   Well, again, it depends on the

circumstances surrounding these 733 positions, when

they were found not filled, what were the

circumstances surrounding those 733 occurrences, all

1   that has to be considered.

2        Q.   I think all that information is in the

3   report, sir?

4             MR. AUMANN:  Object to form.

5             THE WITNESS:  Like I said --

6             MR. WELBORN:  Same objection.

7             THE WITNESS:  -- I haven't reviewed it.

8   BY MS. HERZFELD:

9        Q.   You can take your time and review the

10  report right now, if you'd like.

11       A.   I need time to study the report and talk

12  to my staff about it.

13       Q.   Okay.  At what level of unfilled critical

14  positions would it merit just based on number,

15  number alone, without having to do more information,

16  that you think that would merit being brought to

17  your attention?

18            MR. AUMANN:  Object to form.  You can go

19  ahead.

20            THE WITNESS:  I don't know that there's a

21  number.  Again, there is other things that have to

22  be considered in considering what you're talking

23  about, and I've already explained that.

24  BY MS. HERZFELD:

25       Q.   Do you know how many stabbings there were

1   at Trousdale in December?

2      A.   No, I do not.

3      Q.   Do you know how many inmate-on-inmate

4   assaults there were in December?

5      A.   No, I do not.

6      Q.   Do you know how many sexual assaults there

7   were in December?

8      A.   No, I do not.

9      Q.   Who would be responsible for monitoring

10  that from TDOC's perspective?

11      A.   The contract monitors there at the

12  facility along with the inspector general and the

13  assistant commissioner of prisons for the

14  Department.

15      Q.   Who is responsible for ensuring that the

16  plan of corrective action that is identified in this

17  document is actually being followed?

18      A.   Again, the contract monitors in compliance

19  with the assistant commissioner of prisons that

20  works for the Department of Corrections.

21      Q.   But you wouldn't have any personal

22  responsibility for that?

23      A.   Absolutely.  I'm the commissioner of the

24  Department.

25      Q.   So you're responsible for what your folks

do?

     A.    Yes.

     Q.    Okay.  Do you know how many inmate on
officer incidents there were in December of 2020?

     A.    At Trousdale?

     Q.    Yes, sir.

     A.    No, I do not.

     Q.    Do you know how many fights there were
between gang members or various STG's (phonetic)
there were in 2020?

     A.    I do not.

     Q.    Do you know how many issues there were
between the Vice Lords and the Bloods or the Crips
at Trousdale during December of 2020?

     A.    I do not.

     Q.    Would you want to be housed in a facility
that didn't have 733 critical posts manned at all
times, sir?

          MR. AUMANN:  Objection to form.

          THE WITNESS:  I wouldn't want to be housed
in any facility in TDOC or in a CoreCivic facility.
Obviously, that's not somewhere I'd want to be.

          MS. HERZFELD:  I don't think I have
anymore questions.  That's my examination of the
witness.  Thank you.

1          MR. WELBORN:  Let's take a break real

2    quick.

3          (Brief break observed.)

4    EXAMINATION BY MR. WELBORN:

5      Q.    Commissioner Parker, my name is Joe

6    Welborn.  We met before, but I represent CoreCivic

7    along with my law partner, Erin Polly.  I've got a

8    few questions for you.  I'm not going to be that

9    long, so I hope you don't think you're going to be

10   here for a couple more hours, at least with me.

11         I want to get a little more on your

12   background.  I got that you were warden at some

13   point of Northwest Correctional Facility and the

14   West Tennessee State Penitentiary; is that right?

15     A.    That's correct.

16     Q.    If you can, kind of give me a -- I know

17   you started in corrections when you were 19, give me

18   kind of the levels you went through, how you

19   progressed position to position until you became

20   warden.

21     A.    I started in 1983 in -- I think it was

22   June of 1983, as correctional officer.  I had about

23   three or four years as a correctional officer, was

24   promoted to correction corporal, stayed in that

25   position for a few years, promoted to correctional

sergeant, correctional lieutenant, correctional
captain at two facilities there in west Tennessee at
Lake County Regional, Northwest Correctional
Complex.  I was promoted to assistant warden of
security at the -- or assistant warden of operations
at West Tennessee High Security in Lauderdale
County, and then promoted to deputy warden at
Northwest Correctional Complex, promoted to warden
there at the facility at Northwest, and then
eventually served as warden at West Tennessee State
penitentiary for two terms, and then promoted to
correctional administrator over the west region, and
then assistant commissioner of prisons for the
Department of Corrections, and eventually
commissioner.

    Q.   Okay.  It sounded like you actually worked
on the staff in, is it three different facilities?

    A.   That's correct.  I -- well, actually, two
facilities at different times had different names.

    Q.   Okay.  And then as the -- I forgot what
you called it, the correctional administrator over
the West Regional Facilities, would it be fair to
say that you were in those facilities quite often?

    A.   Yes.

    Q.   Across all of west Tennessee?

1      A.    Correct.

2      Q.    And in your position as -- and forgive me

3  if I have this wrong, the assistant commissioner of

4  prisons, would it fair to say that you were in

5  various prisons across the whole state in that

6  position?

7      A.    That's correct.

8      Q.    And I know you talked about this, but I

9  want to talk about it in little bit more detail.

10 You talked about staffing being a challenge in all

11 facilities, in this state and across the country; is

12 that correct?

13     A.    Yes, that's correct.

14     Q.    When you were working on staff at the two

15 facilities in west Tennessee, did you guys

16 constantly have a challenge of keeping people --

17 enough staff hired?

18     A.    Yes.  There were periods of time even

19 back, you know, in the '90's, early 2000's, that we

20 saw that the challenge of hiring staff really, you

21 had positive correlation there with the economy

22 really.  I mean, if you had a strong economy --

23 well, I guess it would be a negative correlation.

24 Strong economy, you would have very difficult times

25 filling positions.  If you had an economy that went

1    south and jobs were hard to find, we could fill

2    positions in corrections, yes.

3        Q.   Would you have instances where just on a

4    day-to-day basis somebody -- people just wouldn't

5    show up to work and you had to figure out how to

6    make things work, short staffed?

7        A.   Yes.  We -- that was a common occurrence

8    as a shift commander.  You know, you start with a

9    roster of people who were assigned to work and if

10   people didn't show up, you ended up having to

11   require people to work overtime or mandating they

12   work overtime.  Or it may require you to, you know,

13   close a particular activity for a particular day to

14   ensure that you have the appropriate staffing for

15   that eight-hour shift.

16       Q.   Did you have instances where you would

17   have to, not only close like let's say rec or

18   whatever, visitation or whatever it may be, but

19   where you might have to keep the prisoners in their

20   cell, the inmates in their cell for any period of

21   time when you were short staffed?

22       A.   You know, that -- again, that's one of the

23   things that you would do to mitigate risk; although

24   I would say that it happens, it's not the best

25   thing, because you want to avoid locking inmates

1   down for any long periods of time.  But in some

2   cases, that's required if the staffing is not

3   available.

4        Q.   That's not ideal, it's not unusual, that

5   that might have to occur; is that fair?

6        A.   Yes, it happens.

7        Q.   And, you know, we're talking -- I'm

8   familiar with prisons a little bit.  You're way more

9   familiar with prisons than I am, but because this

10  may be seen by a jury, jurors may not be familiar

11  with how prisons are set up, for example, but you've

12  got cells, individual cells that may house two

13  inmates or more, right?

14            MS. HERZFELD:  Object to the form.

15            THE WITNESS:  Right.

16  BY MR. WELBORN:

17       Q.   And in a lot of instances, those will be

18  placed in a pod where you have a day or an activity

19  room; is that accurate?

20            MS. HERZFELD:  Object to the form.

21  BY MR. WELBORN:

22       Q.   Go ahead.

23       A.   That's correct.

24       Q.   So when we're talking about ideally, you

25  have inmates out in the day room or activity room so

they can move about during the day, and at night, they go into their cells.  Is that kind of how it works?

A.   Correct.  Most facilities have an activity roster that there's activities or things, programs that go on certain times of the day.  Usually there's a schedule that's followed, yes.

Q.   So having dealt with staffing issues for 38 years in corrections, did Trousdale have those same challenges?

A.   Well, the staffing issues that we see at Trousdale as compared to one of my facilities in west Tennessee are similar.  You know, we have a significant amount of vacancies at one of our facilities that houses medium custody inmates in west Tennessee and that's -- it's significant.  You know, I said earlier, it's a challenge.  It's a challenge I wish we didn't have to face in corrections.  It's a wicked problem really.  There's no easy answer, there's no obvious answer, but one of the things we know that we have to do at the state level is to try to be competitive in the job market.  That's one of the reasons, you know, just today, we announced these bonuses that we're putting in place to try to hire staff to fill these

1    positions.

2           So it seems to be an ongoing challenge,

3    certainly in the last few years that I can remember

4    in corrections.  One of the most significant

5    challenges that we face.

6           Q.   And in addition to the economy and the job

7    market, there are other reasons why it's challenging

8    to keep a full staff; is that right?

9           A.   Yes.  Just the nature of corrections

10   environment in itself, it's very stressful and it's

11   a challenging work environment, to say the least.

12          Q.   Are you familiar at all with the steps

13   that CoreCivic took at Trousdale to increase its

14   hiring levels?

15          A.   Not personally.  Those are issues that the

16   IG's office would be more familiar with than I

17   would.  I know at one time, there was additional

18   wages or additional pay offered.  I know that there

19   was staff from other areas brought in to help

20   supplement vacancies there or fill vacancies, but

21   the details of those would, you know, be with the

22   compliance team and the IG's office.

23          Q.   Fair enough.  You know, I want to talk

24   about the religious issues that were brought up, but

25   before I do that, is that -- I want to go over a few

 1    questions about the contract.  As I understand it,

 2    TDOC contracts directly with Trousdale County, and

 3    then Trousdale County subcontracts with CoreCivic

 4    with that facility; is that right?

 5         A.   That's correct.

 6         Q.   And it's my understanding from looking at

 7    the contract that TDOC has with Trousdale County,

 8    with respect to TDOC policies that are applicable to

 9    that facility, they are enumerated in the contract.

10    Do you agree with that?

11         A.   I'm sorry.  You broke up.  Would you

12    repeat that?

13         Q.   Yeah.  And it may be on my end, I'm sorry,

14    but it's my understanding from looking at the

15    contract between TDOC and Trousdale County that with

16    respect to the TDOC policies that are applicable to

17    the Trousdale facility, those are enumerated in the

18    contract?

19         A.   I think that's correct, yes.

20         Q.   So while TDOC has a lot of policies, they

21    may not all be applicable to a particular facility,

22    they're enumerated in the contract; is that

23    accurate?

24         A.   I believe that's accurate, yes.  Again,

25    that's something that I would want to confer with

1    IG's office, but I believe that's correct.  I am

2    familiar that there's some policies that the vendor

3    would not necessarily be required to adhere to.

4        Q.   Just with I think the first exhibit, and I

5    didn't keep up with the numbers, that's more my

6    fault, but you were asked about a policy, 116.08,

7    and I think it dealt with religious meals.  Do you

8    know whether that is a TDOC policy that applies at

9    Trousdale per the contract?

10       A.   I do not.

11       Q.   The interesting thing here is that we have

12   been in this deposition since 10:00 this morning, so

13   about a little over six hours, and you were asked

14   very little about the plaintiff in this case,

15   Mr. Pleasant-Bey.  And I know you don't know him,

16   but you were asked questions about -- general

17   questions about religious issues; do you recall

18   that?

19            MS. HERZFELD:  Object to the form.

20   BY MR. WELBORN:

21       Q.   What you can buy, what you can have and

22   those type of things.

23            MS. HERZFELD:  Object to the form.

24   BY MR. WELBORN:

25       Q.   Do you remember those questions?

1          MS. HERZFELD:  Object to the form.

2          THE WITNESS:  Yes.

3    BY MR. WELBORN:

4          Q.    Again, I know you don't know Mr.

5    Pleasant-Bey, but if I told you that he's had a

6    Koran, hope I'm saying that right, since he's been

7    there, his own personal Koran, he's had access to

8    one in the law library, has been able to buy one

9    from Union Supply for the last several years, would

10   that comply with TDOC policy?

11         MS. HERZFELD:  Object to the form.

12         THE WITNESS:  Yes, it would.

13   BY MR. WELBORN:

14         Q.    If I were to tell you he wears, on a daily

15   basis, a Kufi, he can buy prayer beads, he can buy

16   prayer oil, he prays when he wants to, he has a

17   prayer rug, would that comply with TDOC policy?

18         MS. HERZFELD:  Object to the form.

19         THE WITNESS:  Yes.

20   BY MR. WELBORN:

21         Q.    If I was to tell you that he goes to

22   Islamic services on a weekly basis, would that

23   comply with TDOC policy?

24         A.    Yes.

25         Q.    With respect to the socks you were asked

1    about, the leather socks, in going through the

2    documents, did you see in there that that was taken,

3    I think to the TDOC, and the TDOC either agreed or

4    signed off on that being a security issue?

5         MS. HERZFELD:  Object to the form.

6         THE WITNESS:  I didn't see that in the

7    documentation, no.

8    BY MR. WELBORN:

9         Q.   Can you understand or do you believe that

10   could pose a security issue, leather socks?

11        A.   The issue of leather, it would be the same

12   issue with leather gloves, leather socks.  Anything

13   that you could put on your hands or your arms that

14   you could fashion to put -- and still have movement

15   of your hands, and the main threat there is being

16   able to use it to facilitate some type of an escape

17   or assault dealing with razor wire or things like

18   that.  That's one of the reasons we would not allow

19   inmates to have leather gloves.

20             I read somewhere about, you know, a

21   leather tennis shoe or that was in the policy where

22   we allowed inmates to have tennis shoes of leather.

23   Obviously a tennis shoe on your hand is not as

24   pliable and wouldn't be able to be used in the same

25   manner as a sock that would fit over your hand, from

1    my experience as being a correctional officer and in

2    the ranks of security and supervision, that in

3    itself would be a concern.  I could understand that.

4         Q.   And if the administrators from CoreCivic

5    at the facility determined that was a security risk

6    and folks that work under you at TDOC consider that

7    a security risk, would you believe that's a

8    reasonable determination?

9         A.   Yeah.  I mean, I would -- again, I would

10   want to look at the documentation and the arguments

11   for and against it, but I could -- knowing what I

12   know and what I've heard, it doesn't sound

13   unreasonable to me.

14        Q.   You were asked a lot of questions about

15   staffing and safety and whether you consider

16   Trousdale safe.  Do you remember those questions?

17        A.   Yes.

18        Q.   Now, again, get back to Mr. Pleasant-Bey,

19   if I was to tell you since he's been at this

20   facility, I believe since April of 2018, that he,

21   other than one run-in with an inmate that resulted

22   in no significant injury, he hasn't been hurt,

23   injured in any way.  With respect to safety as to

24   him, would you think he's safe at this facility as

25   far as you can tell?

1          MS. HERZFELD:  Object to the form.

2          THE WITNESS:  Well, again, yeah, it would

3    appear so.  In regards to a particular inmate, yes,

4    but just like I answered before, I would certainly

5    want to look at where if there was multiple

6    vacancies, it would be relevant for me to consider

7    the overall effect of that on a particular housing

8    unit or an area, so I would also add that to your

9    question.  It would be very relevant, where he lives

10   and making sure that we have adequate staffing for a

11   particular unit.

12   BY MR. WELBORN:

13        Q.   You were asked questions about grievances

14   and the noncompliance reports about grievances, and

15   I may be off on these numbers, I may have them

16   backwards because I'm not looking at the document

17   right now, but it said something like there were

18   five grievances during some period of time that were

19   not responded to and eight were late or maybe I have

20   the numbers turned around.  Do you remember those

21   questions?

22        A.   Yes.

23        Q.   And that covered a few months' period of

24   time as I understand it; is that right?

25        A.   I believe that's correct.

1     Q.   So while -- based on your experience, and

2  I know you haven't been gone and looked at the

3  grievance logs with respect to this facility, but

4  would it be fair to say that over a two, three,

5  four-month period, there could be hundreds of

6  grievances filed at a facility?

7     A.   You know, well there could be, depending

8  on the facility, depending on the inmate population,

9  depending on the situation at any particular

10  facility, there could be multiple grievances filed

11  during a period of time, yes.  That's fair.

12     Q.   Do inmates ask for things a lot, based on

13  your experience?

14          MS. HERZFELD:  Object to the form.

15          THE WITNESS:  So, yeah, I mean, it's not

16  uncommon for inmates to make requests.

17  BY MR. WELBORN:

18     Q.   And it's pretty common for them to file

19  grievances if those requests aren't met, correct?

20     A.   I think that's one of the avenues they

21  have that you see in corrections, that many times

22  inmates will file grievances when they're not

23  satisfied with an answer or when they may be denied

24  a particular issue.  That's common, I would say.

25     Q.   So with respect at least to the

1    noncompliance report we went over with respect to

2    the grievances, while there were five to eight,

3    let's just say 13 in this instance, there could be

4    many more that were where the policy was actually

5    followed, there were timely responses and everything

6    was done the way it should have been done.

7            MS. HERZFELD:  Object to the form.

8            THE WITNESS:  Could have been, yes.

9    BY MR. WELBORN:

10       Q.   I think that's all I've got.  Thanks.

11   Nice to meet you.

12       A.   Nice to meet you.

13           MR. AUMANN:  I have a couple of quick

14   follow-up questions, Mr. Parker.

15   EXAMINATION BY MR. AUMANN:

16       Q.   Very early in the deposition, you were

17   asked how long you met with myself and my cocounsel

18   in preparation for the deposition.  I think you said

19   30 to 40 minutes; do you remember that?

20       A.   Yes.

21       Q.   Could -- from your recollection, could it

22   actually have been closer to two and a half to three

23   hours?

24       A.   I guess it could have.  You know my day

25   usually flies by pretty quick.  I don't -- it's

1    possible.  It's possible.

2         Q.   Maybe it was just that it felt like time

3    just passed talking with me.

4         A.   Well, it certainly felt like time passed

5    quicker with you than it has today.

6         Q.   Understandable.  Just a couple of other

7    quick questions, Mr. Parker.  I want to share with

8    you on the screen, this is -- I think I have it

9    right.  Let's see.  Inmate grievance procedures

10   document, which I think is Exhibit 12.  If I'm wrong

11   about that, please feel free to correct me.

12        Okay.  TDOC grievance procedure document.

13   Mr. Parker, do you remember being asked questions

14   about that?

15        A.   I do.

16        Q.   And I think you were asked questions as to

17   whether the inmate grievance procedures document

18   provides for an appeal process for those grievances

19   that have been deemed inappropriate or

20   non-grievable.  Do you remember that discussion?

21        A.   Yes.

22        Q.   So I'm going to let you take control, if

23   you can.

24        A.   For some reason it's not allowing me to

25   move.

```
 1       Q.   That's because I have not gotten to where
 2   I can take control of it.  Here we go.  You know
 3   what, I'm just going to go ahead and take the bull
 4   by the horns and lead you.  So I'm going to direct
 5   your attention to Page 7.  See where it says first
 6   level of review?
 7       A.   No.  The document that I'm looking has not
 8   moved.  It looks like it's the inmate personal
 9   property document.
10       Q.   Oh.  Let's see.  I'm wondering if -- well,
11   this is embarrassing.
12            MS. HERZFELD:  Tom, it happens to the best
13   of us.
14            MR. AUMANN:  I have in front of me the
15   inmate procedures document.  But you all are seeing
16   something different?  Okay.
17            MS. HERZFELD:  I am not tech savvy enough
18   to try to help you figure it out.  I can barely even
19   handle doing this on my own side.
20            MR. AUMANN:  All right.  I have it on my
21   other monitor.  That's why.  I think we'll get this
22   now.
23            Okay.  Now, you seeing a different
24   document, the inmate personal property memo?  Is
25   that the one on the screen for you guys?
```

         1        A.   We're seeing, not the memo, but the
         2   policy.
         3        Q.   Okay.
         4             MR. AUMANN:  Can we just go off the record
         5   for a minute while I get this set up?
         6             (Off-the-record discussion held.)
         7   BY MR. AUMANN:
         8        Q.   Do you see the grievance -- extension of
         9   grievances, First Level of Review?
        10        A.   Yes.
        11        Q.   All right.  Okay.  So, Commissioner
        12   Parker -- are we back on the record now?
        13             All right.  Commissioner Parker, looking
        14   at this document, what I believe is Exhibit 12,
        15   Inmate Grievance Procedures, I'm going to refer you
        16   to Page 7 of the document where it says, First Level
        17   of Review.
        18        A.   Yes.
        19        Q.   This is discussing the first level of
        20   review for grievances in general; is that correct?
        21        A.   That's correct.
        22        Q.   And actually, I should say all
        23   grievances -- first paragraph begins, All grievances
        24   with the exception of those alleging Title VI
        25   violations.

1          A.     Correct.

2          Q.     So if we go down to Page 8, which is still

3     under the First level Of Review category, you see

4     the third paragraph down, it says -- it starts with,

5     Matters deemed to be inappropriate?

6          A.     Yes.

7          Q.     Okay.  And that sentence says, Matters

8     deemed to be inappropriate to the grievance process,

9     an abuse of procedure, or non-grievable at level I

10    may be appealed by inmates; do you see that?

11         A.     Yes, I do.

12         Q.     Okay.  And it continues, Such grievances

13    being forwarded to Level III should include legible

14    copies of the signed response of the supervisor of

15    the employee or area that is the subject of the

16    grievance, if applicable, and should cite the number

17    and date of the previous grievance, if it has been

18    appealed to Level III, or a copy of the previous

19    grievance if it was not appealed to Level III.  Do

20    you see that?

21         A.     Yes.

22         Q.     Then it says, The assistant commissioner

23    of prisons office shall then make a final response

24    and return the grievance to the chairperson for

25    normal processing, if grievable, or for logging and

```
1   return to the grievant if non-grievable.  Do you see
2   that?
3        A.   I do.
4        Q.   Okay.  And then, Copies of all grievances
5   deemed inappropriate shall be kept on file at the
6   institution.  Do you see that?
7        A.   I do.
8        Q.   Okay.  So does that discussion inform you
9   as to whether there is a process for inappropriate
10  or non-grievable -- or grievances deemed
11  inappropriate or non-grievable, that it is subject
12  to an appeal process?
13       A.   Yes, it does.
14       Q.   Okay.  All right.
15            MR. AUMANN:  That's all the questions that
16  I have.
17            MS. HERZFELD:  I don't have any
18  follow-ups.  You're free to go.
19            FURTHER THIS DEPONENT SAITH NOT
20
21
22
23
24
25
```

```
1                    REPORTER'S CERTIFICATION

2

3    STATE OF TENNESSEE     )
     COUNTY OF DAVIDSON     )
4

5

6         I, Janie W. Garland, LCR#111, licensed court

7    reporter, in and for the State of Tennessee do hereby

8    certify that the above deposition was reported by me

9    via Zoom and that the foregoing pages of the

10   transcript is a true and accurate record to the best

11   of my knowledge, skills, and ability.

12

13        I further certify that I am not related to nor

14   an employee of counsel or any of the parties to the

15   action, nor am I in any way financially interested in

16   the outcome of this case.

17

18        I further certify that I am duly licensed by the

19   Tennessee Board of Court Reporting as a Licensed

20   Court Reporter as evidenced by the LCR number

21   following my name below.

22

23                    _____

24                    Janie W. Garland, LCR#111

25
```

BY MR. AUMANN: [1] 203/6
BY MR. WELBORN: [11] 190/15
190/20 194/19 194/23 195/2 195/12
195/19 196/7 198/11 199/16 200/8
BY MS. HERZFELD: [79] 20/17 20/23
25/9 25/25 35/25 43/23 44/24 45/23
54/24 56/20 58/4 59/5 60/19 63/10
67/8 68/18 72/11 72/25 73/17 74/7
75/17 77/12 78/15 81/23 82/9 84/2
87/10 88/5 89/10 89/19 95/25 99/8
100/12 103/16 106/5 107/2 108/12
109/15 114/7 116/20 118/11 120/20
123/15 128/19 133/11 139/15 143/15
144/14 145/6 145/24 148/6 149/18
152/9 153/15 154/2 158/22 160/3
160/25 161/25 162/16 164/3 166/2
166/19 172/5 172/20 173/2 173/8
175/17 176/2 177/17 178/3 178/23
179/18 180/18 181/5 181/23 182/18
183/7 183/23
MR. AUMANN: [66] 5/9 20/11 20/19
25/2 25/23 35/19 43/18 54/23 56/15
57/19 67/4 68/14 72/9 72/21 73/25
74/5 81/12 83/23 87/2 87/21 89/7
95/18 100/4 105/22 107/1 108/8
109/10 116/11 120/16 128/15 139/4
144/1 144/19 145/12 146/25 151/24
153/9 153/21 158/18 159/14 159/15
160/19 161/24 162/8 163/17 166/8
171/20 172/11 175/14 175/24 176/20
177/16 178/20 179/11 180/11 180/23
181/18 182/11 183/3 183/17 185/18
200/12 202/13 202/19 203/3 205/14
MR. WELBORN: [18] 5/13 44/23
56/17 87/3 139/3 143/11 144/2 144/20
153/10 153/23 158/17 166/7 171/19
177/19 180/10 181/17 183/5 185/25
MS. HERZFELD: [27] 5/6 45/20 58/21
59/1 60/15 74/3 99/2 99/5 103/10
109/12 148/3 165/24 185/22 190/13
190/19 194/18 194/22 194/25 195/10
195/17 196/4 197/25 199/13 200/6
202/11 202/16 205/16
MS. POLLY: [1] 177/17
THE COURT REPORTER: [1] 4/12
THE WITNESS: [63] 20/13 20/21 25/4
35/21 43/20 56/18 57/20 67/6 68/16
72/10 81/14 83/24 87/4 87/22 89/8
95/20 100/6 105/24 108/10 109/13
116/12 120/17 128/16 139/6 143/12
144/3 144/21 145/13 147/1 152/1
153/11 153/24 158/19 159/16 160/20
162/10 163/19 166/1 166/9 171/21
172/12 175/16 175/25 176/22 177/20
178/21 179/12 180/12 180/24 181/19
182/12 183/4 183/6 183/19 185/19
190/14 195/11 195/11 195/18 196/5
198/1 199/14 200/7

$

$10,000 [1] 164/22
$100,000 [1] 165/22

'

'15 [1] 11/12
'16 [1] 40/18
'90's [1] 188/19
'90s [1] 40/24
'93 [1] 11/13

'95 [1] 11/13

0

000324 [1] 103/11
000438 [2] 4/4 114/9
002955 [1] 4/10
003537 [1] 4/8
00486 [1] 1/6
0207 [1] 2/16

1

1/1/16 [1] 3/13
10 [3] 4/3 66/21 103/16
100 [1] 164/2
100 percent [1] 172/2
103 [1] 4/3
10:00 this [1] 194/12
10:03 [1] 5/2
11 [6] 4/4 67/2 76/10 85/9 114/4 114/7
11/1/19 [2] 3/18 4/1
11/17 [1] 4/11
111 [2] 206/6 206/24
114 [1] 4/4
116.02 [2] 3/13 3/14
116.08 [4] 46/2 47/16 59/7 194/6
118 [1] 4/6
12 [9] 4/6 67/13 84/13 118/8 118/11
123/10 170/5 201/10 203/14
12/20/19 [1] 3/21
12/27/17 [1] 79/7
12/30/20 [1] 4/10
12/30/2020 [1] 133/13
123 [1] 4/8
13 [5] 4/8 68/7 123/14 123/21 200/3
133 [1] 4/10
14 [3] 4/10 133/8 133/11
149 [1] 4/11
15 [4] 4/11 149/14 149/18 149/20
16 [5] 3/13 4/12 85/14 173/5 173/8
17 [3] 3/20 4/11 79/7
1700 [1] 2/22
173 [1] 4/12
18 [3] 4/3 167/11 170/4
186 [1] 3/4
19 [7] 3/14 3/18 3/21 4/1 11/25 62/6
186/17
1983 [2] 186/21 186/22
1:00 [1] 89/18
1st [5] 46/14 73/21 74/10 74/18 173/21

2

2/25/21 [1] 4/12
20 [4] 4/8 4/10 77/15 135/1
200 [2] 2/11 3/5
2000's [1] 188/19
2013 [1] 11/12
2016 [5] 6/8 6/8 9/13 46/14 47/17
2017 [4] 76/10 78/5 150/3 150/12
2018 [7] 3/15 62/7 62/19 64/6 66/9
103/13 197/20
2019 [12] 59/8 59/20 73/21 74/10
77/15 82/19 90/10 125/7 125/7 125/9
125/9 125/10
2020 [12] 2/2 123/24 133/13 173/21
173/21 173/22 173/23 179/4 181/16
185/4 185/10 185/14
20207 [1] 2/16
2021 [6] 1/11 5/2 135/2 135/20 173/17
179/2
21 [4] 1/11 2/2 4/12 5/2

22 [1] 144/1
222 [2] 1/24 2/22
223 [1] 2/11
24-hour [1] 156/1
25 [2] 71/12 173/17
2500 [1] 14/19
26 [1] 125/7
27 [1] 125/7
2A [1] 135/8
2b [1] 174/20

3

30 [6] 8/2 12/23 59/8 59/19 152/12
200/19
30-day [1] 111/3
300 [1] 33/9
31 [1] 175/7
31-day [2] 175/24 177/13
31st [2] 173/21 173/23
340M [1] 1/24
3689 [1] 113/23
37201 [2] 1/24 2/23
37202-0207 [1] 2/16
37203 [1] 2/12
38 [4] 80/13 93/7 121/20 191/9
3:19-cv-00486 [1] 1/6

4

4-2A [1] 135/8
40 [2] 8/2 200/19
442 [2] 3/18 73/20
45 [2] 12/23 89/17
48 [1] 135/22
4:00 [1] 156/13

5

5/1/18 [1] 4/3
500 [1] 33/16
501.01 [2] 4/3 103/12
504.01 [2] 3/18 73/20
5350 [1] 1/25
58 [1] 3/13
59 [1] 3/14

6

6 cubic [1] 83/14
6,400 [1] 101/16
60 [1] 3/15
615 [1] 1/25
63 [1] 3/17

7

714-5350 [1] 1/25
73 [1] 3/18
733 [13] 175/8 175/11 176/16 176/24
177/11 179/8 179/22 180/8 181/9
182/16 182/23 182/25 185/17
75 [1] 3/20
77 [1] 3/21
78 [1] 3/23

8

8/3/20 [1] 4/8
82 [1] 4/1
8th [3] 13/8 13/10 13/14

9

9/11/17 [1] 3/20
9/30/19 [1] 3/14

**A**

abbreviation [1] 124/4
ability [8] 128/9 144/13 145/9 151/11
162/25 163/7 163/11 206/11
able [12] 23/12 49/19 52/21 86/21
98/13 100/2 100/12 100/22 101/4
195/8 196/16 196/24
about [152] 9/18 13/3 13/4 13/25 14/19
18/9 22/7 22/20 25/21 26/3 29/4 30/16
30/18 31/11 32/15 32/17 33/14 33/22
34/2 38/14 38/19 39/2 39/5 39/8 39/12
39/13 39/18 39/23 39/24 40/11 41/14
42/25 43/9 44/11 44/18 44/21 45/2
52/25 54/17 58/12 58/18 61/7 66/25
67/4 67/8 67/25 68/20 69/24 70/21
71/4 71/23 72/8 72/8 73/2 79/24 80/6
80/21 81/10 81/16 81/18 83/16 84/24
86/15 90/2 93/24 96/14 97/1 97/17
97/25 98/17 99/21 102/11 102/15
102/19 105/22 106/16 107/8 113/17
113/17 114/20 114/23 115/12 115/13
118/23 119/8 119/25 120/23 121/18
121/21 122/18 124/11 127/4 127/21
130/3 130/9 132/10 132/18 134/5
134/5 136/25 137/2 137/3 142/20
142/24 146/23 146/25 149/3 158/1
159/4 159/7 159/9 160/25 162/14
163/22 165/2 165/3 167/25 169/10
169/21 177/7 177/24 179/5 181/7
181/25 183/12 183/23 186/22 188/8
188/9 188/10 190/24 191/1 192/24
193/1 194/6 194/13 194/14 194/16
194/17 196/1 196/20 197/14 198/13
198/14 201/11 201/14
above [1] 206/8
Abraham [2] 48/13 48/15
absent [2] 42/23 161/3
absolutely [2] 55/18 184/23
abstract [2] 168/23 169/9
abuse [1] 204/9
AC [8] 42/4 42/20 42/25 43/3 43/22
53/3 55/19 61/24
ACA [5] 16/5 18/16 31/23 98/21 105/1
acceptable [1] 135/14
accepted [1] 19/21
accepting [1] 37/11
access [16] 87/7 87/9 87/9 88/1 88/4
88/5 88/8 88/9 88/12 88/15 88/23
88/24 89/4 89/6 101/3 195/7
accommodation [2] 79/14 79/18
accommodations [4] 79/2 99/21 102/22
103/5
accordance [2] 51/2 51/13
according [2] 63/23 139/22
account [3] 36/4 36/5 36/7
accountable [1] 111/7
accurate [14] 11/15 28/15 111/20 132/7
160/18 160/21 160/24 161/6 169/18
176/13 190/19 193/23 193/24 206/10
achieve [1] 163/11
across [14] 10/16 21/16 40/24 131/7
147/11 153/14 163/24 187/25 188/5
188/11
action [66] 18/22 18/25 19/4 19/7 19/21
20/2 21/8 22/10 23/12 23/14 23/15
27/20 27/22 27/24 27/24 27/25 31/4
125/20 125/22 126/4 126/7 126/11
126/20 126/21 126/24 127/3 127/6
127/7 127/8 127/15 127/22 128/3

128/8 128/9 128/15 128/19 128/24
129/1 129/3 129/8 129/17 130/4 130/9
130/17 134/23 135/1 135/12 135/15
135/18 136/6 136/10 136/15 136/16
138/21 138/24 139/12 140/25 143/20
144/14 152/6 156/4 179/15 179/15
179/17 184/16 196/24
actions [8] 19/11 19/13 19/14 19/16
57/9 130/16 131/23 177/25
activities [9] 58/2 58/3 58/3 71/19
95/24 130/15 155/9 177/3 191/5
activity [10] 36/12 135/8 152/22 156/10
158/7 178/9 189/13 190/18 190/25
191/4
actual [1] 142/21
actually [8] 84/13 85/17 184/17 187/16
187/18 200/4 200/22 203/22
Ad [1] 151/6
add [1] 198/8
addition [1] 192/6
additional [8] 36/11 36/12 63/3 120/16
136/5 177/4 192/17 192/18
address [9] 19/17 100/22 109/4 140/16
140/17 140/21 152/19 165/16 172/18
addressed [3] 139/13 152/6 155/4
addresses [1] 119/1
addressing [2] 57/15 161/8
adequacy [1] 51/7
adequate [5] 152/13 171/19 171/22
172/10 198/10
adequately [2] 30/13 176/19
adhere [3] 98/19 100/9 194/3
adhered [3] 128/15 136/17 139/11
adherence [4] 51/6 99/18 130/17
171/15
adheres [1] 141/5
adhering [1] 53/13
adjusted [1] 132/17
administration [10] 18/21 30/4 30/5
54/16 97/20 101/7 124/25 130/25
138/16 139/9
administrations [1] 31/1
administrative [3] 41/20 41/25 120/3
administrator [8] 9/24 10/21 26/18
34/12 50/15 130/23 187/12 187/21
administrators [1] 197/4
advice [1] 53/6
advise [1] 52/21
adviser [4] 51/5 51/17 51/18 52/25
advisers [2] 52/1 80/20
advises [1] 23/10
affidavit [2] 3/17 63/15
affiliation [2] 97/8 97/14
affiliations [1] 52/5
afford [1] 89/2
after [7] 66/23 67/15 89/21 146/24
153/16 156/14 163/1
AG's [1] 7/22
ag.tn.gov [1] 2/17
again [86] 16/9 21/5 23/3 23/18 24/22
26/16 36/24 41/1 42/3 42/24 43/3
44/15 45/19 47/13 48/18 55/17 55/18
56/9 56/25 57/25 65/7 68/3 70/7 71/16
71/23 72/23 77/24 88/11 92/1 92/25
93/21 94/1 95/23 99/14 104/16 105/25
107/14 110/25 111/9 113/13 115/1
115/5 117/7 118/5 118/25 120/8
121/19 122/17 123/6 127/2 127/9
132/20 139/7 142/16 144/4 152/15
154/15 157/11 158/8 158/20 159/17

163/21 163/22 169/16 171/5 171/22
176/12 176/23 177/1 177/21 177/23
178/8 179/13 179/25 180/2 180/13
182/13 182/22 183/21 184/18 189/22
193/24 195/4 197/9 197/18 198/2
against [2] 110/4 197/11
agency [1] 106/2
aggressive [1] 129/20
ago [9] 7/9 7/25 53/1 53/3 64/24 64/25
93/6 93/10 179/5
agree [9] 5/5 56/12 78/25 104/10
170/16 170/18 171/6 178/25 193/10
agreed [2] 116/19 196/3
agreements [1] 146/8
ahead [32] 20/13 20/21 25/4 25/25
35/21 43/20 56/17 67/6 68/16 73/13
81/14 87/22 89/8 95/20 100/6 105/24
108/10 118/20 124/17 128/16 149/20
152/1 153/23 159/16 162/10 163/19
166/1 175/16 176/22 183/19 190/22
202/3
aid [1] 81/20
AL [1] 1/7
alcohol [2] 51/11 98/4
all [80] 2/3 2/4 6/12 11/2 16/15 16/15
21/7 32/24 35/1 41/11 45/7 48/10
49/24 54/3 62/12 64/15 66/10 66/10
68/8 68/11 69/11 70/2 73/3 74/7 74/22
80/5 87/23 87/24 89/6 90/2 90/13
90/15 91/24 96/12 97/1 98/12 104/18
106/7 106/11 109/18 119/6 125/18
135/7 139/9 148/1 150/23 152/3 153/1
153/13 154/1 154/11 159/23 161/22
163/16 164/10 168/4 171/12 171/23
174/21 174/22 175/3 179/23 182/3
182/25 183/2 185/17 187/25 188/10
192/12 193/21 200/10 202/15 202/20
203/11 203/13 203/22 203/23 205/4
205/14 205/15
allegation [3] 13/8 13/19 108/2
alleged [2] 13/4 13/13
alleging [3] 13/5 13/15 203/24
allow [2] 25/13 196/18
allowed [16] 62/14 62/22 64/23 68/25
69/4 77/21 78/9 80/7 81/6 82/16 90/24
95/1 95/11 101/6 101/6 196/22
allowing [2] 81/18 201/24
allows [2] 15/2 105/16
alone [3] 6/25 7/1 183/15
along [8] 64/5 71/22 124/18 146/6
160/1 182/14 184/12 186/7
already [2] 26/6 183/23
also [35] 8/11 9/10 13/6 15/4 22/13
24/15 30/9 30/10 30/19 30/25 31/3
40/9 40/11 40/16 48/22 51/23 52/5
71/21 83/13 84/23 95/12 110/12
110/13 112/3 137/13 140/19 158/3
158/5 165/15 166/14 167/6 168/15
170/22 181/8 198/8
although [4] 39/10 170/21 171/6 189/23
always [11] 11/21 11/23 11/25 60/7
62/18 71/17 105/12 147/8 156/19
156/22 181/12
am [13] 6/22 12/8 12/14 47/8 75/2 92/9
96/19 190/9 194/1 202/17 206/13
206/15 206/18
Amendment [3] 13/8 13/11 13/14
America [1] 165/5
American [1] 170/14
amount [5] 64/14 83/13 166/17 167/16

A

amount... [1] 191/14
and/or [1] 136/5
announced [2] 164/21 191/24
annual [9] 100/10 122/18 123/2 123/4
124/14 124/19 168/15 168/25 169/3
annually [3] 167/7 167/10 168/9
another [11] 8/9 17/17 23/16 24/25
25/9 83/18 83/18 152/23 156/3 156/5
156/8
answer [28] 20/13 20/21 41/1 50/12
52/10 52/12 56/8 84/5 108/17 111/7
116/13 120/3 120/11 128/7 132/21
139/6 152/7 164/8 165/6 165/8 168/17
169/18 176/13 178/2 180/4 191/20
191/20 199/23
answered [2] 121/18 198/4
answering [2] 53/18 116/15
answers [3] 90/2 90/5 101/22
any [125] 6/20 8/15 8/22 11/1 11/17
20/9 21/13 24/8 26/2 26/3 26/21 32/9
32/14 33/13 33/19 33/23 33/25 35/24
36/11 36/11 37/6 39/1 39/5 39/10
39/20 41/6 43/17 44/11 45/1 45/10
53/25 57/9 57/15 58/6 58/8 64/1 64/18
66/3 66/18 67/3 67/8 67/18 67/25 70/7
70/13 72/25 75/11 80/2 80/20 81/18
84/13 90/5 90/23 91/9 91/11 93/4
93/17 94/3 96/2 96/13 97/1 97/3 97/11
98/5 98/25 99/25 100/7 100/15 100/15
100/20 102/7 102/11 102/15 102/24
103/5 104/21 106/2 106/15 111/7
112/17 120/9 120/23 121/17 122/10
122/20 131/20 132/13 132/13 135/11
135/24 137/21 140/19 141/15 141/25
142/20 144/10 146/12 146/15 146/22
146/25 147/9 148/12 152/3 154/13
155/15 155/19 158/6 161/13 164/2
165/4 168/4 169/16 171/18 172/2
176/4 177/4 184/21 185/21 189/20
190/1 197/23 199/9 205/17 206/14
206/15
anybody [5] 6/23 8/7 45/5 102/19
146/22
anymore [1] 185/24
anyone [13] 12/24 37/8 37/22 45/4
45/10 70/2 80/6 81/25 106/15 130/18
146/13 148/18 169/21
anything [20] 32/20 36/14 37/8 63/3
66/25 68/20 72/3 79/24 81/10 81/15
91/12 93/24 95/25 96/9 118/3 119/1
120/18 166/21 166/25 196/12
anywhere [3] 115/11 118/2 118/22
apologize [1] 41/19
appeal [17] 104/4 105/11 116/4 116/7
116/10 116/23 117/8 117/13 117/19
117/20 117/25 119/2 119/19 119/25
131/20 201/18 205/12
appealed [3] 204/10 204/18 204/19
appealing [1] 118/23
appeals [1] 122/10
appear [1] 198/3
APPEARANCES [1] 2/7
appears [1] 124/13
applicable [5] 174/19 193/8 193/16
193/21 204/16
applies [2] 68/11 194/8
apply [6] 7/20 65/17 91/20 132/12
156/12 161/22
appropriate [22] 30/8 37/15 37/18

37/21 65/3 69/3 69/17 105/13 106/8
106/16 108/21 113/11 113/14 113/18
115/5 127/23 136/6 137/8 156/15
164/17 172/19 189/14
appropriately [3] 141/2 143/25 180/4
approval [6] 51/5 91/25 126/12 126/14
126/15 127/2
approve [1] 103/20
approved [19] 46/17 46/22 59/10 65/20
72/3 72/5 74/12 74/23 76/6 83/22 88/2
90/21 90/22 91/3 91/9 91/12 94/4
150/22 151/19
approves [1] 91/17
approving [4] 81/18 126/23 127/2 127/5
approximate [1] 11/14
approximately [2] 8/2 53/24
April [8] 1/11 2/2 5/2 29/4 178/20
178/25 179/2 197/20
April 2021 [1] 179/2
Aramark [5] 55/14 55/16 56/6 62/13
65/8
Aramark/Trinity [1] 62/13
are [167] 2/4 2/4 5/1 6/20 6/24 11/14
12/7 12/12 12/15 12/19 15/14 17/1
17/2 17/5 17/7 17/24 18/11 18/12
18/13 18/14 19/6 19/9 20/7 21/7 24/5
24/15 24/16 24/23 27/18 28/18 31/11
36/17 40/4 41/7 46/5 46/22 47/7 48/14
50/4 51/8 51/9 53/25 55/4 55/23 57/19
59/24 60/7 61/14 61/16 61/21 61/22
68/25 73/8 74/20 74/22 76/6 76/13
76/23 77/18 78/8 78/25 80/20 81/6
82/16 83/21 83/22 84/16 88/19 90/5
90/23 91/4 91/6 91/8 91/11 91/24 92/7
93/19 93/19 94/4 94/6 94/23 95/8 96/3
96/17 98/13 98/17 98/20 99/13 100/2
100/9 100/12 101/6 104/11 104/24
106/1 109/19 110/9 110/10 110/16
111/5 111/7 111/15 111/21 112/17
113/6 113/11 113/14 114/21 114/23
114/24 115/2 116/10 116/11 117/15
119/6 119/21 122/3 130/15 131/4
131/5 131/8 131/10 136/2 137/4
141/22 142/11 143/1 143/9 148/9
149/4 149/6 152/18 152/20 153/2
153/8 153/12 155/4 155/7 155/8
155/12 156/18 158/4 159/12 159/18
160/5 161/12 161/14 161/20 167/9
167/16 169/16 172/19 174/23 178/11
178/15 179/23 190/11 191/13 192/7
192/12 192/15 193/8 193/9 193/16
193/17 202/15 203/12
area [16] 64/1 64/13 107/9 107/17
152/23 155/10 156/2 156/5 156/5
156/8 156/10 156/13 158/7 177/5
198/8 204/15
areas [5] 93/9 153/3 155/1 164/5
192/19
aren't [4] 121/18 156/19 160/13 199/19
arguably [3] 170/10 170/19 171/3
argument [1] 143/14
arguments [1] 197/10
arms [1] 196/13
around [4] 6/24 105/3 143/6 198/20
arriving [1] 178/15
as [190] 2/3 2/4 5/17 6/24 7/19 7/19
9/2 12/1 15/22 15/24 15/24 16/19
16/19 16/20 18/20 18/21 21/17 21/17
26/16 31/1 31/4 32/22 40/20 48/20
48/20 49/1 49/18 50/21 52/3 52/3 52/5

52/5 52/16 52/16 53/21 54/18 54/18
56/19 56/19 59/1 59/5 60/2 60/2 60/19
63/10 63/21 63/23 66/17 68/17 68/17
69/7 70/17 70/17 70/18 70/18 71/17
73/17 74/21 74/22 75/9 75/9 75/17
76/25 77/12 78/3 78/15 79/21 82/9
83/3 98/2 98/12 98/18 98/19 99/11
99/19 99/19 101/11 101/25 103/16
104/19 104/19 105/1 105/1 105/8
105/9 105/17 109/22 109/23 111/14
112/23 114/7 115/3 116/14 117/13
118/11 118/17 120/6 121/3 121/23
121/25 121/25 122/2 122/11 123/10
123/14 123/21 126/20 126/21 127/16
128/25 129/22 129/22 130/25 130/25
131/17 132/14 132/14 133/3 133/4
133/4 133/5 133/8 133/11 136/11
137/22 137/22 139/11 139/11 140/2
143/5 143/6 144/9 144/24 147/7
147/11 147/11 147/17 147/22 147/22
148/15 148/15 149/2 149/18 150/5
152/21 153/6 153/20 154/21 155/21
161/9 161/9 163/21 163/24 163/24
164/9 164/11 165/19 168/23 168/23
169/4 169/9 169/22 172/7 172/7
172/13 173/8 174/23 175/4 176/25
178/18 179/16 186/22 186/23 187/10
187/20 188/2 189/8 191/12 193/1
196/23 196/25 197/1 197/23 197/24
197/25 198/24 201/16 205/9 206/19
206/20
ask [10] 5/3 38/18 47/13 50/15 55/19
113/13 129/9 139/8 149/3 199/12
asked [10] 181/25 194/6 194/13 194/16
195/25 197/14 198/13 200/17 201/13
201/16
asks [1] 72/14
assault [1] 196/17
assaults [2] 184/4 184/6
assembly [2] 168/11 168/18
assessed [2] 141/22 142/8
assigned [5] 130/12 151/12 159/20
160/2 189/9
assignment [3] 98/7 157/1 157/12
assignments [10] 97/7 97/13 97/18
97/25 98/2 98/5 156/7 158/2 158/22
158/22
assist [2] 54/15 65/6
assistant [38] 9/16 9/23 18/6 39/25
43/22 45/8 45/9 51/22 53/9 56/10
61/17 61/19 65/21 70/18 75/9 76/4
82/25 83/4 93/11 93/12 101/17 101/21
104/6 135/3 135/23 136/1 157/17
158/9 158/12 181/4 182/14 184/13
184/19 187/4 187/5 187/13 188/3
204/22
assisted [1] 66/5
associate [1] 137/22
associate's [2] 11/14 11/16
associated [6] 55/9 86/4 94/10 94/15
111/11 165/2
associates [2] 1/23 11/4
association [2] 32/24 32/24
assume [1] 145/22
assuming [15] 13/24 55/20 71/5 83/15
88/1 95/23 108/25 115/20 119/20
120/5 139/12 142/10 174/3 174/7
178/10
asterisk [1] 157/3
attendance [1] 135/8

**A**

attention [8]  180/10 180/14 180/23
  181/10 182/16 182/21 183/17 202/5
attorney [6]  2/15 8/9 8/12 12/23 72/23
  173/13
attorney-client [1]  72/23
attorneys [5]  2/10 12/21 9/9 72/21 72/25
attractable [1]  165/12
audit [40]  4/8 4/11 31/5 31/6 122/5
  122/6 122/9 122/14 122/17 122/19
  122/23 123/6 124/1 124/7 124/10
  124/11 124/14 131/14 132/9 134/11
  134/21 135/16 146/24 147/17 148/10
  148/16 148/17 149/5 149/25 150/4
  150/6 150/7 150/8 150/10 150/17
  151/4 155/21 167/6 168/5 173/20
auditor [2]  133/16 134/8
auditors [4]  131/3 148/19 148/23
  149/10
audits [5]  122/3 123/2 131/6 148/13
  149/12
August [2]  123/23 125/8
August 3 [1]  123/23
August 8 [1]  125/8
Aumann [6]  2/15 3/5 5/11 7/22 7/24
  200/15
author [2]  76/2 82/24
authority [2]  101/16 101/25
authorized [3]  64/14 68/9 87/15
auto [1]  36/13
available [12]  23/22 23/24 67/3 67/14
  87/25 88/2 88/10 88/20 145/20 152/15
  166/17 190/3
avenue [7]  1/24 2/11 2/22 137/20
  137/24 138/6 138/10
avenues [2]  138/10 199/20
avoid [1]  189/25
aware [22]  25/18 26/11 58/16 69/2
  86/10 90/7 91/10 91/15 93/19 94/5
  95/21 102/18 102/25 103/2 103/7
  112/17 115/5 155/19 168/11 169/15
  180/16 180/17
away [1]  25/7

**B**

bachelor's [2]  11/6 11/13
back [58]  12/15 12/16 15/13 18/19
  18/20 20/7 22/6 22/23 24/22 28/14
  34/9 34/11 34/16 35/10 36/2 36/12
  40/24 41/19 41/21 42/16 44/16 47/12
  49/21 49/22 50/19 50/20 53/6 61/10
  69/9 79/6 89/18 89/21 90/8 93/8 99/6
  107/18 110/4 112/14 112/14 115/4
  115/6 115/8 115/21 118/6 123/17
  131/21 135/21 142/10 142/16 148/8
  154/14 173/4 176/7 176/9 176/12
  188/19 197/18 203/12
background [2]  65/18 186/12
backing [1]  35/4
backwards [1]  198/16
bad [1]  41/7
band [2]  85/17 85/18
barely [1]  202/18
baseball [1]  32/19
based [10]  81/20 84/1 96/22 98/20
  116/14 132/9 152/11 183/14 199/1
  199/12
basic [1]  17/1
basically [3]  10/2 98/16 101/7
basis [8]  24/1 27/4 27/5 121/14 154/13

189/4 195/15 195/22
Bates [5]  3/18 3/23 73/20 78/18 79/17
  be [321]
beads [3]  77/2 77/25 195/15
beanbag [1]  44/9
beat [1]  12/21
became [1]  186/19
because [25]  10/15 17/11 37/19 41/8
  41/20 47/9 71/3 97/24 111/25 112/3
  119/11 119/20 121/12 125/13 129/14
  129/20 140/18 153/6 157/9 159/21
  164/19 189/25 190/9 198/16 202/1
become [1]  86/10
becomes [2]  65/12 65/15
been [102]  5/17 6/6 7/5 9/12 11/18
  11/25 12/18 12/19 13/6 17/2 17/11
  19/11 20/8 21/1 21/25 23/15 25/17
  26/2 26/12 27/23 29/2 29/13 31/12
  32/6 33/5 33/5 39/18 40/7 40/15 40/18
  41/3 41/20 42/23 43/2 43/21 45/21
  51/24 54/4 54/11 54/13 58/16 62/18
  66/6 71/17 78/7 78/9 80/5 80/9 80/12
  80/15 93/6 93/10 93/11 94/13 96/13
  98/17 100/14 102/12 102/24 105/3
  106/9 106/13 106/20 106/24 112/19
  116/16 120/5 120/7 121/11 121/13
  122/24 127/14 133/3 136/17 139/12
  139/19 140/9 146/12 147/3 153/19
  153/25 155/13 155/16 156/9 159/24
  164/10 172/23 172/23 176/11 182/16
  182/20 194/12 195/6 195/8 197/19
  197/22 199/2 200/6 200/8 200/22
  201/19 204/17
begin [1]  144/8
beginning [3]  74/15 103/12 139/12
begins [1]  203/23
behind [1]  99/1
being [57]  13/18 18/10 21/5 24/5 24/15
  30/12 42/2 42/3 42/6 44/8 49/1 50/2
  64/19 66/14 66/17 68/21 78/3 79/25
  87/7 93/24 99/13 104/19 116/15
  118/17 119/14 128/15 134/17 138/22
  138/23 139/10 139/11 139/18 143/10
  143/10 148/14 149/6 150/5 152/21
  153/8 153/3 155/4 155/12 161/14
  161/20 176/24 178/2 179/9 181/13
  182/17 183/16 184/17 188/10 196/4
  196/15 197/1 201/13 204/13
believe [24]  7/25 11/12 22/20 47/18
  55/17 55/17 92/25 92/25 95/1 96/23
  110/12 116/8 128/11 131/18 150/8
  155/23 159/18 193/24 194/1 196/9
  197/7 197/20 198/25 203/14
Bellar [2]  4/12 173/13
below [2]  178/5 206/21
belt [1]  85/5
belts [1]  85/7
best [9]  53/12 53/16 98/21 104/25
  130/12 165/9 189/24 202/12 206/10
bet [2]  164/11 165/20
better [4]  29/1 130/19 132/21 147/5
between [10]  43/22 91/21 92/16 125/6

125/8 170/12 170/24 185/9 185/13
  193/15
BEY [5]  1/4 79/11 194/15 195/5 197/18
Bey's [1]  79/1
beyond [2]  98/23 99/10
Bible [8]  72/5 86/13 86/21 87/1 87/10
  87/19 88/5 88/13
bill [1]  36/16
billfold [1]  85/10
billfolds [1]  85/12
bills [1]  36/17
bit [13]  14/13 15/13 15/18 22/6 63/18
  76/12 85/20 113/9 124/23 127/9
  129/20 188/9 190/8
black [1]  76/19
Bloods [1]  185/13
blue [1]  170/6
board [2]  23/13 206/19
Bobby [2]  61/13 61/18
bonus [1]  164/21
bonuses [3]  164/22 165/18 191/24
book [3]  86/3 86/3 86/4
books [1]  94/18
bookstore [1]  94/18
both [6]  31/20 61/20 88/2 99/18 151/17
  151/19
bottles [1]  90/22
bottom [1]  167/2
box [2]  2/16 170/6
boxes [2]  71/12 71/14
BOZA [1]  1/4
Brandon [2]  4/12 173/12
Branstetter [1]  2/10
breach [1]  145/4
break [12]  6/20 45/22 45/23 85/21
  89/17 89/19 89/22 90/1 148/5 148/6
  186/1 186/3
breaking [3]  49/1 49/17 49/20
Brian [1]  168/15
Brief [3]  45/23 148/6 186/3
briefed [1]  148/25
briefing [1]  149/2
briefly [1]  7/18
Briggs [1]  1/23
bring [12]  23/13 26/4 63/2 65/11 68/10
  69/23 71/1 71/7 101/4 104/17 105/8
  138/15
bringing [4]  24/20 24/23 64/11 180/13
brings [1]  140/23
broke [4]  58/14 108/6 109/6 193/11
broken [4]  108/5 108/19 108/20 108/24
brought [13]  64/7 64/20 64/23 66/5
  90/25 115/2 180/10 181/10 182/16
  182/20 183/16 192/19 192/24
bsjfirm.com [2]  2/12 2/13
budget [1]  146/6
bull [1]  202/3
bunch [3]  71/11 111/24 174/16
business [5]  34/24 36/6 37/2 37/20
  146/20
buy [7]  71/11 88/1 91/12 194/21 195/8
  195/15 195/15
Byrd [15]  18/7 41/17 42/22 43/2 43/14
  44/2 44/5 44/12 44/19 45/2 45/6 45/11
  133/23 141/10 141/12

**C**

C1 [1]  109/9
calendar [1]  107/20
call [5]  36/8 36/17 36/21 145/4 149/1

**C**

called [6]   36/9 94/6 94/20 96/18 126/18
187/21
came [1]   179/8
can [101]   20/13 20/21 22/10 22/15 25/3
25/24 33/2 35/20 43/19 46/10 47/22
47/25 56/16 60/22 62/10 67/5 68/15
74/1 78/19 81/13 82/11 82/13 85/7
85/12 85/17 87/12 87/22 88/15 89/2
89/8 90/20 91/19 92/18 93/7 93/8
95/19 96/14 99/3 100/5 102/18 103/2
103/8 103/22 104/21 105/23 108/9
113/10 115/10 116/4 116/7 116/8
116/14 117/24 118/6 118/21 118/24
121/25 124/17 127/21 128/16 131/15
132/21 137/7 137/17 138/25 139/5
151/25 152/12 153/22 159/16 160/14
162/9 163/15 163/18 163/25 165/4
165/9 165/25 168/20 169/14 171/9
171/25 172/1 175/15 176/21 179/21
183/9 183/18 186/16 191/1 192/3
194/21 194/21 195/15 195/15 196/9
197/25 201/23 202/2 202/18 203/4
can't [7]   31/16 33/10 62/11 85/1 85/1
117/2 149/25
cannot [4]   68/10 86/12 96/14 152/3
captain [1]   187/2
caption [1]   2/3
care [11]   17/11 17/18 17/25 24/6 56/24
68/20 68/22 68/24 69/6 69/8 139/22
careful [1]   81/18
carefully [1]   81/23
case [12]   5/12 7/10 7/11 42/12 60/13
65/4 79/11 103/5 143/21 147/14
194/14 206/16
cases [4]   21/4 66/5 88/24 190/2
catch [1]   144/1
category [1]   204/3
cause [4]   104/23 105/5 105/6 175/19
caused [2]   142/22 181/2
CCI000642 [2]   3/23 78/18
CCI000647 [1]   79/17
CCI000658 [1]   78/19
CCI00658 [1]   3/23
ceiling [1]   167/18
celebrating [1]   49/20
cell [16]   33/13 33/17 33/17 34/5 34/18
34/20 34/21 34/22 34/24 35/2 35/6
36/10 36/14 90/15 189/20 189/20
cells [3]   190/12 190/12 191/2
cellular [1]   35/16
Center [7]   150/20 151/9 159/2 159/3
163/2 163/16 173/12
Center's [1]   162/23
central [9]   15/1 16/12 16/14 32/1 32/3
32/4 91/21 92/3 146/18
certain [8]   55/18 95/13 98/2 112/4
112/4 149/4 181/12 191/6
certainly [10]   65/9 88/3 88/25 130/5
132/21 138/13 156/15 192/3 198/4
201/4
certificate [1]   2/3
certification [2]   123/3 206/1
certified [12]   54/12 62/15 62/22 63/2
65/5 65/13 65/15 65/18 65/23 66/1
66/6 71/6
certify [3]   206/8 206/13 206/18
cetera [5]   19/13 19/15 20/3 74/25 75/1
chair [1]   110/11
chairperson [4]   110/11 116/18 117/11

204/24
chairperson's [1]   117/1
challenge [6]   188/10 188/16 188/20
191/17 191/18 192/2
challenges [5]   40/14 41/2 162/25
191/10 192/5
challenging [2]   192/7 192/11
chance [1]   182/7
change [9]   41/21 41/25 44/2 44/4 60/9
64/8 64/18 66/1 90/6
changed [1]   64/6
changes [5]   59/23 60/2 60/4 60/11
166/13
chaplain [8]   63/19 63/23 63/24 70/9
70/9 71/25 72/4 88/21
chaplain's [1]   88/24
chaplains [3]   61/12 89/1 89/4
charge [3]   101/8 149/8 167/22
chart [3]   101/13 101/14 178/6
chat [1]   109/12
check [14]   16/10 18/5 19/10 19/25 47/4
65/18 93/1 119/4 119/23 127/7 131/22
136/12 174/21 179/13
checking [1]   167/22
chief [4]   30/23 83/7 101/22 135/3
choose [3]   9/3 9/4 9/7
Christian [8]   48/11 57/19 57/24 57/24
58/2 58/7 66/17 96/22
Christians [1]   64/10
Christmas [1]   48/12
church [2]   69/21 69/23
circumstance [3]   58/15 141/2 141/9
circumstances [4]   17/15 144/16 182/23
182/25
cite [1]   204/16
Civil [1]   2/2
claims [2]   45/25 112/5
clarification [2]   72/15 119/5
clarifications [1]   149/3
clarifies [2]   74/5 123/11
class [2]   95/16 95/17
classifications [2]   98/1 167/9
clear [1]   26/8
clearly [1]   167/9
cleric [1]   56/5
client [1]   72/23
Clifton [1]   146/19
climb [1]   81/5
close [2]   189/13 189/17
closed [1]   156/13
closer [1]   200/22
closing [1]   155/8
CMC [2]   173/25 174/1
cocounsel [1]   200/17
code [1]   98/20
collecting [1]   169/21
collective [4]   3/15 3/23 60/23 78/17
college [3]   11/1 11/2 11/4
color [1]   77/3
combination [1]   84/14
come [23]   16/14 23/4 23/18 25/1 25/6
34/12 49/18 54/12 54/15 57/16 69/15
89/18 108/8 110/12 126/10 132/5
144/17 145/11 147/18 152/12 164/23
166/23 170/2
comes [2]   62/2 147/12
coming [6]   71/5 72/5 111/7 160/18
161/4 161/6
commander [1]   189/8
commissioner [68]   5/24 6/6 9/13 9/16

9/23 18/6 31/12 39/25 43/23 45/8 45/9
46/20 51/22 53/10 56/11 57/1 61/18
61/19 65/21 70/18 71/17 72/23 74/19
78/8 82/25 83/4 93/12 98/8 98/12
99/11 101/11 101/14 101/21 102/1
104/6 106/9 106/13 119/11 121/2
122/3 144/24 147/7 147/18 148/8
148/15 150/11 154/21 157/18 158/10
158/12 172/7 172/8 172/14 172/23
176/25 178/18 181/4 182/15 184/13
184/19 184/23 186/5 187/13 187/15
188/3 203/11 203/13 204/22
commissioner's [1]   101/16
commissioner/designee [1]   74/19
commissioners [6]   32/25 75/10 76/5
101/18 101/18 101/23
committee [1]   70/19
committees [1]   168/17
common [11]   39/12 51/3 51/13 51/14
88/25 121/22 121/23 152/24 189/7
199/18 199/24
communicate [2]   34/15 70/4
communications [2]   35/5 35/15
communities [2]   98/3 98/3
Community [1]   11/4
company [5]   17/17 17/18 93/4 94/6
94/15
compare [1]   147/10
compared [1]   191/12
competitive [1]   191/22
complaint [5]   7/19 13/7 73/5 99/21
140/22
complaints [10]   64/9 66/14 66/18
104/17 111/7 120/23 121/19 121/21
147/3 147/4
complete [6]   27/11 112/13 112/20
114/20 149/6 160/17
completed [4]   109/20 112/11 134/17
136/3
completion [2]   109/22 112/23
complex [8]   10/4 10/24 21/24 40/23
41/14 171/2 187/4 187/8
complexities [1]   41/12
compliance [87]   4/8 8/25 8/25 13/17
15/12 16/10 18/14 18/15 18/16 18/18
19/3 19/10 19/24 19/25 21/12 21/16
21/18 22/3 22/5 22/8 22/11 22/15
22/19 23/4 23/19 23/25 24/2 24/20
24/24 26/4 26/11 26/20 28/18 29/11
29/15 29/19 30/2 30/25 40/9 57/3 57/6
57/10 61/22 74/23 99/14 106/8 106/12
106/20 106/25 107/6 107/9 107/16
107/17 122/7 122/19 123/6 123/7
124/1 124/7 124/11 124/14 124/14
126/13 126/22 127/1 127/8 127/19
128/17 129/6 129/11 130/2 130/10
131/13 143/2 153/20 154/15 161/23
163/16 164/3 164/6 171/13 172/2
173/14 174/2 180/18 184/18 192/22
compliant [2]   18/23 19/6
complicated [3]   97/24 144/22 145/24
complied [2]   136/9 136/14
complies [1]   56/23
comply [4]   163/3 195/10 195/17 195/23
comptroller [5]   148/9 149/9 149/10
151/4 168/7
comptroller's [10]   4/11 31/5 31/6
146/24 147/17 148/23 149/7 150/3
150/6 150/7
computer [4]   47/7 99/1 110/13 110/14

## C

concern [15]  44/13 86/22 87/6 87/6
102/20 105/8 106/21 107/13 107/14
154/21 154/23 154/24 175/13 176/25
197/3
concerned [4]  56/20 105/20 162/14
180/15
concerning [6]  102/21 107/1 125/16
175/17 177/22 180/5
concerns [17]  44/11 44/18 44/21 90/24
100/22 101/5 102/15 104/17 113/11
113/14 113/17 137/9 137/21 137/24
146/23 147/4 147/5
conclusion [1]  151/3
conclusions [1]  151/3
conduct [4]  29/19 34/23 131/3 131/6
confer [2]  135/16 193/25
conference [1]  33/12
conflict [2]  66/24 72/7
conformance [3]  52/11 56/14 57/11
confusing [1]  159/21
connection [1]  158/13
consent [3]  5/8 5/13 5/15
consider [14]  50/1 107/12 144/11
144/19 147/24 151/23 152/8 152/8
156/10 165/13 166/17 197/6 197/15
198/6
consideration [1]  144/23
considered [11]  81/23 83/22 84/6 84/16
95/8 114/23 115/16 155/24 157/5
183/1 183/22
considering [1]  183/22
consistency [1]  151/20
consistently [2]  154/18 154/19
constantly [1]  188/16
constitutional [3]  24/4 24/14 56/13
consult [4]  51/25 52/10 52/18 70/10
consultation [2]  51/4 52/3
consulted [4]  52/24 67/24 68/4 80/19
consulting [1]  53/11
contact [3]  57/16 121/9 121/12
contain [2]  51/10 109/20
contained [2]  71/8 159/19
contains [2]  112/11 150/18
contents [1]  72/24
context [2]  48/21 121/5
continue [9]  23/18 53/4 89/23 112/9
137/17 141/21 141/24 164/14 165/9
continued [1]  162/23
continues [2]  159/3 204/12
continuing [1]  146/23
contract [98]  14/9 14/16 14/21 14/24
15/2 15/3 15/6 15/22 16/9 17/16 17/20
18/9 18/10 19/2 19/8 21/12 22/2 22/7
22/11 22/16 22/19 22/23 22/24 23/24
25/8 25/13 26/11 26/12 26/13 26/17
26/22 27/2 27/10 27/19 28/16 29/11
30/1 30/2 30/4 30/5 30/7 30/8 30/9
30/25 31/1 37/19 39/17 50/15 50/16
56/1 57/7 57/11 91/6 92/13 92/18
92/23 93/13 98/24 99/10 100/2 124/12
126/1 126/5 129/4 130/10 130/11
130/20 142/9 143/10 145/4 157/25
158/2 160/23 161/11 161/14 161/17
162/19 162/24 163/4 163/5 163/8
163/17 164/8 166/21 167/20 173/14
174/2 174/5 177/11 184/11 184/18
193/1 193/7 193/9 193/15 193/18
193/22 194/9
contracted [1]  146/15

contractor [7]  15/10 25/7 29/20 129/25
143/1 144/18 161/7
contractors [1]  160/19
contracts [9]  14/14 30/12 30/16 30/18
30/19 30/20 30/20 123/8 193/2
contribute [1]  170/23
control [16]  17/10 60/21 61/10 78/19
79/6 82/13 115/10 124/16 145/16
145/22 148/16 149/21 150/1 179/21
201/22 202/2
convention [2]  33/8 37/3
conventions [3]  31/23 31/23 36/25
conversation [13]  25/17 38/21 39/11
39/15 39/17 39/21 42/3 42/5 64/1
129/10 146/13 169/20 182/8
conversations [13]  26/13 26/10 26/25
38/17 39/24 45/7 45/10 45/13 53/2
72/20 106/15 145/17 146/25
convicted [1]  18/1
cooked [1]  51/10
cookies [6]  70/23 70/23 71/1 71/1
71/11 71/12 71/14 72/5
coordinated [1]  91/21
coordinator [4]  116/2 135/22 135/23
136/3
copies [5]  88/19 89/1 109/18 204/14
205/4
copy [6]  89/2 92/18 92/21 92/22 131/15
204/18
CoreCivic [87]  2/20 5/15 8/15 13/24
14/10 14/18 14/22 14/25 15/15 15/20
16/8 17/18 17/21 17/25 18/22 20/10
21/1 21/14 24/24 26/10 31/8 32/6
32/10 33/4 33/6 33/10 33/23 37/8
37/12 37/16 37/23 38/2 38/7 38/11
39/2 39/5 43/15 43/16 45/2 45/4 45/5
45/10 56/2 56/23 63/20 63/25 64/6
64/15 64/19 99/19 100/8 107/11
122/20 122/21 126/24 127/14 128/8
132/2 132/13 134/22 141/16 142/9
142/10 146/23 147/21 150/21 151/8
153/19 154/17 154/18 158/25 159/23
160/19 162/13 166/4 166/11 166/22
168/3 169/2 169/7 169/13 169/21
185/21 186/6 192/13 193/3 197/4
CoreCivic-operated [1]  169/7
corner [3]  46/16 54/21 79/8
corporal [1]  186/24
correct [85]  9/14 11/22 17/4 17/5 17/8
17/13 22/12 22/17 24/18 32/5 37/24
38/25 43/10 44/10 46/9 46/15 57/8
59/11 59/18 61/7 61/8 66/13 77/7 78/2
78/10 79/9 79/12 79/20 83/1 84/8
84/18 84/25 85/3 85/6 85/8 87/14
88/18 95/7 98/10 102/6 110/7 112/16
114/22 116/3 117/2 117/6 119/23
124/6 132/4 133/15 133/17 133/18
135/10 137/5 137/11 138/5 140/19
141/11 141/14 151/5 151/22 156/20
159/11 160/8 173/19 173/24 179/3
179/7 186/15 187/18 188/1 188/7
188/12 188/13 190/23 191/4 193/5
193/19 194/1 198/25 199/19 201/11
203/20 203/21 204/1
corrected [5]  20/8 109/24 110/6 125/22
133/4
correction [4]  5/12 167/8 167/10 186/24
correctional [44]  9/24 10/4 10/20 10/24
12/5 16/20 21/23 26/18 32/23 34/12
40/12 40/19 40/23 41/6 124/5 130/23

132/13 145/6 150/20 150/20 150/22
151/7 151/8 151/9 151/15 152/13
159/2 159/3 162/22 163/2 163/16
170/14 173/12 186/13 186/22 186/23
186/25 187/1 187/1 187/3 187/8
187/12 187/21 197/1
corrections [68]  5/25 6/7 11/18 11/21
12/2 16/2 16/3 19/2 30/18 32/25 38/15
38/17 38/22 41/13 41/14 46/21 52/14
55/14 56/10 57/2 61/20 61/21 80/18
81/21 92/5 94/14 98/9 98/12 98/15
99/12 101/3 101/11 104/25 106/2
106/5 114/10 119/12 121/3 121/20
123/6 142/14 150/4 152/12 152/25
154/21 157/19 158/11 164/24 165/16
165/22 166/15 167/17 168/1 168/19
168/24 169/4 172/8 178/19 180/6
184/20 186/17 187/14 189/2 191/9
191/19 192/4 192/9 199/21
Corrections' [1]  163/4
corrective [61]  18/22 19/4 19/7 19/11
19/13 19/14 19/16 19/20 21/8 22/10
23/14 23/15 27/20 27/21 27/24 31/3
125/20 126/3 126/6 126/11 126/20
126/21 126/24 127/2 127/6 127/7
127/8 127/15 127/22 127/25 128/3
128/7 128/9 128/15 128/18 128/24
129/1 129/3 129/8 129/17 130/3 130/9
130/16 130/17 131/22 134/23 135/1
135/12 135/15 135/18 136/10 136/15
136/16 138/21 138/24 139/12 140/25
152/6 179/14 179/17 184/16
correctly [21]  30/16 62/16 64/16 66/12
67/16 75/4 90/17 91/1 102/2 114/11
125/10 133/14 135/9 136/7 151/13
151/21 158/17 159/5 163/13 167/11
174/24
corrects [2]  23/2 23/14
correlation [4]  181/15 181/21 188/21
188/23
could [103]  5/19 14/1 14/2 15/17 21/11
21/22 23/8 23/16 23/18 25/6 25/11
25/12 31/16 32/22 33/7 39/7 39/14
39/19 41/11 48/8 48/25 50/16 50/24
63/2 65/2 65/5 66/2 68/4 70/3 71/1
71/13 81/5 81/7 81/19 86/12 86/17
86/20 87/9 87/18 87/19 88/1 88/10
89/17 90/8 93/4 93/20 94/1 94/19 98/1
98/4 99/6 99/23 104/23 109/11 115/3
115/11 117/7 122/16 124/13 126/4
126/5 127/11 129/13 130/3 130/16
132/16 132/20 136/19 141/25 142/5
143/13 143/14 144/12 148/25 153/18
155/1 156/21 157/2 159/13 163/11
164/2 168/22 169/6 170/8 172/4
175/19 175/21 181/15 181/21 189/1
196/10 196/13 196/14 197/3 197/11
199/5 199/7 199/10 200/3 200/8
200/21 200/21 200/24
couldn't [3]  20/15 109/3 146/2
counsel [6]  2/1 5/3 7/18 7/21 9/4
206/14
counseling [1]  136/5
count [1]  127/24
counties [1]  15/3
country [3]  32/25 54/22 188/11
county [26]  12/5 12/10 12/11 12/11
14/1 14/9 14/14 14/16 14/16 15/5 15/6
15/24 15/25 17/17 17/20 28/3 142/12
159/2 173/13 187/3 187/7 193/2 193/3

**C**

county... [3]  193/7 193/15 206/3
couple [7]  7/25 38/10 60/24 124/22 186/10 200/13 201/6
course [1]  92/5
court [8]  1/1 72/14 74/4 123/10 140/4 206/6 206/19 206/20
cover [6]  95/13 152/3 152/24 155/10 156/3 156/8
coverage [2]  155/18 181/17
covered [15]  13/18 21/5 153/2 153/15 154/2 154/12 155/12 156/6 160/10 160/15 171/25 172/1 175/5 178/10 198/23
covering [4]  76/16 95/5 162/15 171/13
covers [1]  16/2
COVID [3]  121/13 164/25 165/1
CPO [1]  92/21
CR [1]  113/22
create [2]  29/24 177/15
created [5]  29/8 30/7 30/11 31/2 172/15
criminal [3]  11/4 11/6 182/17
criminals [1]  153/8
Crips [1]  185/13
critical [79]  13/17 21/4 23/7 106/1 111/13 111/15 132/22 132/24 133/1 133/2 133/3 134/1 134/5 134/8 134/11 134/12 134/20 134/24 151/17 152/3 152/17 152/22 152/24 153/2 153/15 153/20 154/1 154/12 154/20 155/17 155/22 156/8 156/14 156/18 156/19 156/22 156/23 157/6 157/9 157/14 157/14 157/21 157/22 157/24 158/4 158/4 158/6 158/15 158/15 158/15 158/16 159/9 160/10 162/4 162/16 170/10 170/20 171/3 171/6 171/14 174/23 175/3 175/5 175/8 175/11 175/23 176/16 176/24 177/12 177/24 178/1 179/9 179/23 180/8 181/9 181/17 183/13 185/17
crucial [1]  171/10
cubic [1]  83/14
current [1]  99/16
custody [8]  17/6 18/2 24/6 53/25 94/23 96/4 96/15 191/15
cut [1]  166/16
cuts [1]  163/6
cv [1]  1/6
cycle [1]  60/1

**D**

D2 [2]  48/1 48/5
daily [4]  24/1 27/4 174/21 195/14
damages [33]  19/13 19/15 20/3 20/4 20/10 20/25 21/11 22/14 22/14 22/25 23/8 23/9 24/20 24/23 26/5 26/13 28/1 28/4 100/3 100/16 122/12 122/15 123/1 136/19 139/1 141/19 141/21 142/3 142/8 142/20 143/1 143/3 164/15
Damon [1]  31/14
dangerous [1]  153/8
data [2]  168/4 169/11
date [3]  3/18 16/17 46/13 47/3 47/17 59/8 59/19 60/9 60/11 73/21 74/9 76/9 108/3 108/6 108/7 108/15 123/23 160/2 204/17
dated [8]  62/6 77/14 79/6 82/18 103/12 133/13 150/3 173/17

dates [2]  11/15 111/4
DAVIDSON [1]  206/3
day [35]  10/15 10/15 10/16 12/18 12/20 16/10 19/10 49/16 49/16 108/21 108/23 108/25 109/1 111/2 111/3 111/3 141/21 157/7 157/10 157/14 159/20 160/6 160/11 175/24 177/13 181/3 181/13 189/4 189/4 189/13 190/18 190/25 191/1 191/6 200/24
day-to-day [1]  189/4
days [8]  7/25 10/19 107/20 108/5 108/6 134/19 151/17 175/7
deadline [1]  109/23
deadlines [2]  111/11 138/22
deal [6]  41/12 98/4 122/14 164/15 164/19 164/20
dealing [2]  79/1 196/17
dealt [2]  191/8 194/7
death [1]  7/12
December [19]  77/15 173/21 173/21 173/23 175/6 175/7 176/6 177/14 177/16 178/19 179/4 180/9 181/8 181/16 184/1 184/4 184/7 185/4 185/14
December 1st [1]  173/21
December 20 [1]  77/15
December 31st [1]  173/23
decided [1]  70/22
decision [5]  97/17 116/5 117/13 120/9 121/22
decisions [1]  149/6
deduction [1]  142/17
deemed [5]  201/19 204/5 204/8 205/5 205/10
Defendant [2]  2/15 2/20
defendants [2]  1/8 5/12
deficiency [2]  151/24 152/2
define [3]  36/24 68/24 69/6
definitely [1]  81/22
definition [1]  107/19
definitions [1]  157/24
degree [2]  11/9 11/17
degrees [1]  11/11
delete [1]  36/13
denial [1]  11/19
denied [3]  13/6 87/7 199/23
department [92]  5/11 5/24 6/7 9/2 11/18 16/1 19/2 27/1 28/20 28/22 28/25 29/9 29/12 30/1 30/2 30/6 30/17 30/24 31/2 31/4 40/1 51/21 51/23 52/14 52/22 53/10 53/17 54/15 55/14 56/10 57/1 61/20 61/21 62/1 65/24 66/7 70/18 75/10 81/22 82/17 83/3 83/7 83/11 91/21 92/4 98/15 99/12 101/17 102/1 104/4 106/5 107/7 107/7 114/10 119/11 119/17 121/2 122/11 123/5 127/1 131/2 131/9 131/10 133/3 135/2 135/5 136/24 142/14 148/15 150/4 157/18 158/10 162/24 162/3 164/23 167/7 167/16 168/1 168/6 168/24 169/4 172/8 177/1 178/18 179/16 180/6 181/5 181/12 184/14 184/20 184/24 187/14
Department's [4]  162/25 163/5 163/7 163/10
departments [1]  41/14
depend [1]  57/23
depending [5]  143/13 148/24 199/7 199/8 199/9
depends [1]  182/22

DEPONENT [1]  205/19
deposition [20]  1/10 2/1 2/3 5/5 5/9 5/13 6/1 6/24 7/2 7/13 7/17 8/14 12/13 12/25 43/8 43/12 194/12 200/16 200/18 206/8
depositions [3]  6/9 7/5 7/6
deputy [2]  101/18 187/7
derivatives [1]  51/10
Derrick [2]  46/18 46/19
describe [2]  83/8 147/6
described [2]  79/21 109/10
Describes [1]  83/9
description [1]  84/23
designated [1]  157/3
designation [3]  117/1 117/9 158/6
designee [4]  74/19 104/3 104/5 135/4
detail [3]  42/5 48/16 188/9
detailed [1]  179/24
details [10]  37/14 39/20 42/15 42/21 44/15 67/8 117/3 177/1 177/23 192/21
determination [8]  102/20 116/20 130/21 136/13 157/13 157/16 158/14 197/8
determine [1]  91/16
determined [6]  58/9 84/2 116/16 119/3 119/7 197/5
determines [3]  117/12 170/13 170/25
developed [3]  16/12 51/3 75/7
development [2]  75/12 129/8
devout [1]  56/24
did [85]  7/16 7/23 8/1 8/3 8/15 8/22 8/23 9/3 9/4 9/6 9/7 9/18 9/22 10/1 10/7 10/9 10/10 10/21 11/1 12/1 12/3 12/4 27/25 29/24 30/12 33/10 33/10 34/17 39/4 43/13 43/17 44/8 44/18 45/1 45/3 45/4 45/16 49/21 52/12 58/10 62/15 64/16 66/16 66/12 67/15 67/17 73/2 75/4 75/5 80/23 86/15 90/1 90/17 91/1 103/20 108/17 111/21 114/11 125/7 125/10 125/17 131/3 133/13 135/9 136/6 146/22 150/22 150/23 150/25 151/12 151/18 151/20 159/5 163/3 163/12 163/14 167/11 174/23 178/8 179/10 182/9 188/15 189/16 191/9 196/2
didn't [20]  10/9 10/17 14/5 30/22 43/11 44/21 54/23 80/16 92/10 104/22 105/4 105/19 119/15 120/11 137/15 185/17 189/10 191/18 194/5 196/6
diet [4]  46/8 50/21 58/8 59/16
dietician [1]  51/4
diets [1]  58/6
different [16]  10/16 16/3 17/17 21/8 31/22 38/10 105/13 128/23 149/11 149/11 156/17 187/17 187/19 187/19 202/16 202/23
difficult [8]  21/24 40/6 40/15 54/13 144/6 166/15 166/18 188/24
difficulty [1]  40/11
direct [4]  27/4 97/4 115/11 202/4
directed [1]  27/18
directing [1]  159/8
direction [1]  53/18
directly [16]  14/22 14/25 17/16 42/8 42/10 83/5 83/6 92/1 101/20 101/22 102/3 102/4 121/1 121/9 141/4 193/2
director [21]  29/14 30/23 51/4 51/19 51/24 52/8 52/21 53/8 56/9 65/20 70/12 72/1 80/25 101/12 101/19 101/20 102/4 102/8 102/12 102/16 172/7

# D

directors [1]  101/19
disagreement [1]  132/10
disallow [2]  64/7 64/19
disciplinary [1]  136/5
discovered [1]  108/7
discovers [1]  109/5
discussed [3]  38/7 137/2 137/16
discusses [1]  167/6
discussing [1]  203/19
discussion [12]  43/22 43/25 99/5
123/15 129/25 130/3 131/20 146/7
173/2 201/20 203/6 205/8
discussions [4]  72/25 80/6 96/14 126/4
dispute [1]  99/21
disruptions [1]  181/1
dissatisfied [1]  121/21
distributed [2]  16/15 71/2
DISTRICT [1]  1/1 1/1
division [7]  1/2 8/25 29/18 30/6 132/15
134/8 168/5
divisions [1]  16/3
do [365]
document [54]  35/8 35/11 35/17 58/25
59/4 60/18 63/9 63/14 63/24 73/16
75/16 75/19 77/8 77/11 78/12 78/14
78/23 82/8 82/12 82/14 83/18 103/10
103/15 114/1 114/6 114/13 118/10
118/13 118/14 123/13 123/18 123/20
124/8 124/17 126/17 133/10 136/11
137/7 138/14 149/17 149/21 173/7
173/15 184/17 198/16 201/10 201/12
201/17 202/7 202/9 202/15 202/24
203/14 203/16
documentation [7]  8/24 28/14 137/9
140/24 160/24 196/7 197/10
documented [2]  129/3 135/7
documents [11]  9/3 9/6 35/17 35/22
42/17 42/18 42/20 45/20 79/1 119/24
196/2
Doe [1]  140/7
Doe's [1]  140/11
does [41]  6/17 14/14 15/7 17/15 21/19
22/18 22/25 28/21 47/13 63/20 73/8
73/10 77/5 79/10 83/2 83/8 85/21 89/2
91/16 95/4 104/7 110/2 110/16 111/6
119/16 119/17 125/25 129/23 134/16
139/14 144/18 145/8 164/16 168/13
169/1 175/12 177/15 178/6 182/2
205/8 205/13
doesn't [8]  14/21 23/21 138/24 142/15
143/25 169/12 182/3 197/12
doing [6]  38/19 47/10 70/5 165/7 165/7
202/19
dollars [1]  20/23
don't [105]  6/4 6/16 7/9 8/9 13/25 20/16
20/23 28/9 33/7 33/9 33/24 33/25
35/15 36/2 36/11 36/25 38/16 39/10
39/20 41/18 42/5 42/15 43/5 44/15
45/14 46/25 47/25 48/19 51/15 52/6
54/2 54/2 55/9 57/21 62/20 63/22
63/22 64/25 66/4 66/18 67/8 68/6 69/9
69/15 71/7 76/24 80/18 80/23 84/4
93/24 94/13 95/24 97/3 97/21 99/25
100/18 100/19 100/20 103/7 115/15
115/19 115/25 116/11 116/24 118/3
118/25 119/8 119/18 119/21 120/18
122/15 126/25 127/12 127/16 129/18
129/21 131/16 139/15 141/4 146/3
149/1 150/1 154/5 154/9 157/9 163/25

164/7 165/11 166/2 166/25 169/15
169/15 171/5 171/7 171/18 174/6
180/20 181/20 183/20 185/23 186/9
194/15 195/4 200/25 205/17
donate [3]  66/2 71/13 71/14
donated [2]  66/17 90/25
done [2]  53/21 57/6 81/25 118/4
139/22 140/1 141/7 155/3 172/19
179/22 200/6 200/6
Donna [2]  29/15 29/16
dot [1]  74/6
Dotson [7]  40/3 43/23 45/12 45/20
82/24 104/9 104/10
doubt [2]  63/25 174/7
down [23]  47/24 48/1 63/17 66/20 68/7
74/14 76/11 77/20 79/16 124/13
124/23 124/23 132/5 134/10 154/5
155/7 156/24 167/2 170/5 179/20
190/1 204/2 204/4
downswing [1]  23/17
dozen [1]  28/12
draft [1]  149/5
drafted [4]  75/24 76/2 76/4 76/5
drink [1]  32/17
drive [4]  16/18 98/1 98/4 98/6
drop [5]  68/25 69/10 69/13 69/16 70/1
drug [1]  98/4
due [6]  64/10 90/24 135/21
duly [2]  5/17 206/18
durable [1]  81/7
during [37]  8/8 26/24 49/15 49/16
58/11 66/23 67/14 68/1 73/4 73/8
79/25 80/14 90/1 93/3 121/6 122/23
125/17 135/1 154/13 155/24 155/25
156/17 175/5 175/9 175/12 175/24
176/5 176/17 177/13 177/13 177/16
181/13 182/17 185/14 191/1 198/18
199/11
Dyersburg [2]  11/3 11/17

# E

e-mail [1]  33/22
e-mailed [1]  33/23
e-mailing [1]  33/25
e-mails [2]  36/4 36/6
e.g [1]  62/13
each [11]  10/14 10/16 11/10 54/3 62/13
69/10 74/18 111/4 140/25 159/20
165/22
earlier [5]  57/14 114/19 134/6 137/2
191/17
early [2]  188/19 200/16
ears [1]  105/17
ease [1]  60/25
Easter [1]  48/12
easy [1]  191/20
eating [1]  49/15
economy [8]  147/19 165/13 166/14
188/21 188/22 188/24 188/25 192/6
Ed [3]  61/13 61/17 61/24
effect [4]  143/15 144/13 164/25 198/7
effective [14]  3/18 16/17 46/13 46/24
47/16 59/7 59/19 60/11 73/21 74/9
104/14 104/22 105/19 162/9
effectively [4]  151/11 152/16 162/25
163/8
effort [2]  89/9 91/21
efforts [1]  163/5
Eid [1]  48/22
eight [4]  85/4 125/6 125/16 189/15

198/19 200/2
eight-hour [1]  189/15
either [5]  12/21 94/12 119/22 152/20
196/3
elders [1]  67/25
element [5]  170/11 170/20 171/3 171/9
171/23
else [10]  6/23 8/7 10/12 11/24 12/24
21/11 24/21 96/9 99/11 130/18
embarrassing [1]  202/11
employee [8]  23/17 43/14 43/15 43/16
169/5 169/11 204/15 206/14
employees [13]  18/11 61/21 131/4
131/6 131/8 145/9 145/10 162/8
162/12 168/2 169/17 169/17 173/25
end [7]  19/10 27/23 49/17 141/21
164/16 164/17 193/13
ended [2]  178/12 189/10
enforced [1]  15/14
enforcement [1]  29/17
enforcing [1]  23/25
engage [2]  53/21 69/25
enough [4]  102/21 188/17 192/23
202/17
ensure [32]  21/12 22/4 22/10 22/15
22/18 23/4 23/19 24/1 24/4 24/14
26/11 26/19 51/5 51/6 57/10 66/9
66/22 98/12 99/12 105/13 116/25
122/6 128/14 136/2 137/20 139/13
161/19 161/23 171/24 176/19 177/4
189/14
ensuring [6]  19/6 56/22 99/15 99/7
161/12 184/15
entail [1]  10/1
entered [1]  116/2
entire [3]  172/22 178/13 179/21
entries [1]  125/3
enumerated [3]  193/9 193/17 193/22
environment [10]  13/16 21/23 22/1 41/6
41/15 165/17 166/15 171/2 192/10
192/11
equal [2]  66/9 88/12
equally [1]  68/11
Erin [3]  2/20 5/14 186/7
erin.polly [1]  2/24
errors [1]  159/3
escape [2]  81/20 196/16
especially [1]  50/17
Essential [1]  174/20
essentially [1]  17/12
establish [1]  40/20
established [4]  98/20 98/20 104/25
167/19
establishes [1]  98/16
estimate [1]  20/19
et [6]  1/7 19/13 19/15 20/3 74/25 74/25
evaluate [2]  140/22 182/4
evaluating [1]  144/11
even [11]  15/15 27/5 34/11 40/18 72/4
119/7 145/8 157/8 172/5 188/18
202/18
event [16]  32/19 32/21 32/22 33/3 33/5
33/8 33/9 37/5 107/23 107/25 108/1
108/8 108/15 108/16 108/21 109/1
events [2]  33/1 33/11
eventually [2]  187/10 187/14
ever [46]  6/1 7/13 25/15 25/17 26/2
26/21 31/7 32/9 33/2 33/5 33/19 34/8
36/23 39/1 39/4 39/16 54/4 56/4 58/9
63/14 72/17 80/9 81/25 86/10 86/15

**E**

ever... [21]  93/3 94/20 96/13 97/7
97/13 99/20 100/14 102/7 102/11
102/19 102/24 103/4 120/23 121/1
121/17 129/16 146/12 146/22 153/19
154/11 169/20
every [15]  10/15 12/18 12/20 16/10
27/15 41/13 59/25 75/7 89/9 147/21
164/3 171/25 172/1 174/21 180/17
everybody [1]  12/15
everyone [2]  70/24 166/16
everything [1]  101/10 200/5
evidenced [1]  206/20
exact [2]  6/4 20/23
exactly [2]  20/15 146/3
examination [7]  3/3 3/4 3/5 5/18 185/24
186/4 200/15
example [19]  52/19 69/8 127/20 127/21
127/23 128/23 129/12 129/15 134/20
140/4 141/3 155/22 156/3 157/2 157/4
157/4 157/20 164/9 190/11
except [2]  2/4 72/8
exception [3]  37/2 160/22 203/24
excessive [1]  44/22
exclusive [1]  92/24
executives [8]  31/8 31/10 33/23 38/7
38/10 39/2 39/5 45/1
exercise [2]  22/15 98/13
exercising [1]  144/19
exhaust [3]  120/2 120/16 140/4
exhibit [52]  58/21 58/23 59/1 59/2 59/5
60/16 60/19 60/22 60/23 60/25 63/6
63/10 73/14 73/14 73/17 74/2 74/3
75/14 75/17 77/9 77/12 78/4 78/12
78/15 78/17 82/6 82/6 82/9 90/8
103/10 103/16 109/12 114/3 114/4
114/7 114/17 115/8 118/8 118/11
123/10 123/14 123/21 133/8 133/11
149/14 149/18 149/20 173/5 173/8
194/4 201/10 203/14
EXHIBITS [1]  3/11
expect [4]  88/11 89/5 142/1 142/2
experience [5]  81/21 152/12 197/1
199/1 199/13
explain [6]  14/13 15/17 21/25 23/5
122/13 122/16
explained [1]  183/23
explanation [4]  16/23 23/20 107/20
107/23
explore [1]  113/9
explored [1]  25/18
express [3]  137/21 137/24 138/12
extends [1]  122/8
extension [1]  203/8
extent [1]  92/6
extra [2]  64/14 89/1
eyes [1]  105/16

**F**

face [2]  191/18 192/5
faced [1]  164/24
facilitate [1]  196/16
facilities [55]  10/3 10/6 15/5 15/11 16/7
16/16 16/19 16/19 21/15 21/16 21/18
21/20 26/19 27/3 34/11 39/14 40/10
40/15 80/10 88/19 99/19 99/19 104/19
121/6 121/13 121/16 122/20 130/24
146/15 148/10 151/8 151/18 151/19
151/24 153/9 153/14 154/25 157/12
159/1 161/10 164/11 168/2 169/2

169/7 171/4 187/2 187/17 187/19
187/22 187/23 188/11 188/15 191/4
191/12 191/15
facility [157]  10/16 12/5 13/20 13/25
14/4 14/8 14/11 14/12 14/19 14/23
15/1 15/3 15/9 15/15 15/21 15/24 16/1
16/10 17/16 17/18 17/22 17/25 18/10
18/21 20/11 22/2 24/9 25/11 25/14
25/14 26/10 31/24 31/25 32/13 39/3
39/6 39/13 39/23 39/24 40/7 40/17
40/20 40/21 41/9 43/1 43/9 44/7 50/3
50/8 54/3 57/7 58/9 58/16 61/23 66/2
69/16 70/4 70/11 70/24 71/9 84/7
86/11 88/14 97/11 97/18 97/19 97/20
105/17 105/21 107/10 107/11 111/6
124/5 125/23 128/18 130/10 130/12
130/16 130/25 132/13 132/14 132/25
137/6 137/12 137/13 137/17 137/25
138/16 140/13 140/15 141/6 141/6
144/17 145/2 145/6 145/10 145/12
145/21 145/23 146/10 146/19 146/19
146/24 147/9 150/21 151/9 152/14
152/16 154/2 154/17 157/2 157/17
158/13 159/19 160/10 160/25 161/3
161/4 161/7 161/23 162/13 163/6
164/2 164/18 165/20 170/13 170/24
171/1 171/15 171/25 172/2 172/16
175/20 175/24 177/22 180/18 181/2
181/3 181/8 181/16 184/12 185/16
185/21 185/21 186/13 187/9 193/4
193/9 193/17 193/21 197/5 197/20
197/24 199/3 199/6 199/8 199/10
facility's [2]  106/19 126/2
fact [5]  87/7 108/19 114/20 155/20
164/25
failed [1]  27/24
failure [2]  21/7 112/22
fair [8]  40/10 54/6 187/22 188/4 190/5
192/23 199/4 199/11
fairness [1]  66/9
faith [18]  48/19 49/3 49/3 49/14 52/4
52/12 52/17 52/18 53/15 53/20 55/9
58/7 77/1 80/21 80/22 86/4 86/6 89/14
faiths [1]  68/12
familiar [25]  46/5 46/6 48/14 50/17
51/15 55/4 73/6 80/16 80/17 92/7 92/9
93/21 94/6 96/17 98/5 117/15 133/20
148/9 150/14 190/8 190/9 190/10
192/12 192/16 194/2
familiarize [1]  43/11
familiarized [1]  73/3
family [2]  38/19 38/24
far [15]  21/17 48/20 52/3 52/16 54/18
56/19 60/2 68/17 70/18 121/25 139/11
143/5 148/15 168/23 197/25
fare [3]  51/3 51/13 51/14
fashion [1]  196/14
fast [3]  49/1 49/17 49/20
fasting [2]  49/14 49/15
fault [2]  103/1 194/6
feast [5]  46/8 48/2 48/13 48/14 48/22
feasts [4]  48/11 58/11 58/17 64/10
February [1]  173/17
February 25 [1]  173/17
Federal [1]  2/2
feel [6]  22/1 30/12 44/1 89/23 161/5
201/11
felt [8]  29/25 30/4 30/8 30/15 53/17
172/14 201/2 201/4
female [3]  76/16 95/5 95/10

few [8]  7/9 41/24 159/24 186/8 186/25
192/3 192/25 198/23
fewer [2]  64/12 150/21
field [1]  75/9
fights [1]  185/8
figure [6]  120/12 127/11 143/8 143/17
189/5 202/18
file [6]  108/25 112/5 140/4 199/18
199/22 205/5
filed [8]  125/6 125/8 125/17 136/18
140/8 140/14 199/6 199/10
filing [1]  111/11
fill [4]  23/11 189/1 191/25 192/20
filled [18]  159/9 159/14 160/6 160/6
166/7 175/9 175/23 176/16 176/24
177/2 177/6 177/12 178/2 179/10
180/9 181/13 182/17 182/24
filling [3]  23/7 162/15 188/25
filter [1]  70/12
filtered [1]  71/25
final [11]  4/8 104/4 122/11 124/2 124/7
131/17 131/23 132/5 132/19 149/7
204/23
finally [2]  23/1 164/17
financial [1]  30/23
financially [1]  206/15
find [15]  54/14 54/20 92/18 107/8
136/20 140/24 156/21 156/23 158/9
165/4 168/20 169/6 180/2 180/18
189/1
finding [20]  18/23 19/18 19/18 103/1
132/16 132/24 133/1 133/2 134/9
134/11 134/12 134/21 135/17 141/23
152/5 152/8 158/25 158/25 162/22
180/17
findings [5]  131/21 132/9 133/2 150/18
152/5
finished [1]  148/21
fire [1]  171/16
first [23]  5/17 29/7 79/4 79/5 84/9
84/10 87/24 90/14 106/10 109/14
139/9 147/16 150/5 150/8 150/19
151/4 194/4 202/5 203/9 203/16
203/19 203/23 204/3
fiscal [3]  30/3 30/6 30/23
fit [3]  29/25 99/2 196/25
five [8]  9/20 45/22 78/3 111/2 125/8
148/5 198/18 200/2
five-day [1]  111/2
five-minute [1]  148/5
fix [1]  140/18
flagged [1]  115/3
fledge [1]  12/17
flies [1]  200/25
floor [1]  167/18
focused [1]  94/3
folks [2]  184/25 197/6
follow [18]  19/22 20/1 22/9 38/4 58/7
111/25 112/8 131/21 136/1 140/12
140/13 140/15 141/7 150/23 155/5
172/17 200/14 205/18
follow-up [5]  22/9 140/12 140/15 141/7
200/14
follow-ups [1]  205/18
followed [18]  95/24 136/17 137/23
138/23 139/10 139/19 139/23 140/14
143/10 143/11 144/7 144/7 161/14
161/20 179/18 184/17 191/7 200/5
followers [1]  
following [6]  6/14 48/11 49/16 111/17

## F

following... [2] 167/7 206/21
follows [5] 5/17 50/21
food [42] 16/4 48/10 49/23 50/3 50/6
50/9 50/18 51/3 52/11 54/17 54/18
54/19 55/2 55/4 55/6 55/7 55/12 55/14
55/21 55/24 61/12 62/12 62/13 62/14
62/21 62/25 63/4 64/7 64/10 64/12
64/14 64/22 65/2 65/7 66/2 66/21 67/3
68/8 68/10 71/4 72/8 122/21
foods [14] 51/8 51/9 52/25 55/16 56/6
56/6 57/11 58/10 64/19 66/10 66/16
68/1 93/15 93/17
foot [1] 83/14
force [4] 42/7 44/6 44/22 165/13
foregoing [1] 206/9
forget [2] 6/17 141/18
forgive [1] 188/2
forgiving [1] 41/15
forgot [1] 187/20
form [74] 2/4 20/13 20/20 25/3 25/24
35/20 43/19 44/24 54/24 56/16 57/20
67/5 68/15 72/10 81/13 87/3 95/19
100/5 105/23 107/2 108/9 109/18
120/7 120/17 126/19 132/23 134/1
139/4 143/12 144/2 144/3 144/20
144/21 145/13 151/25 153/10 153/22
158/18 159/15 160/20 161/25 162/9
163/18 165/25 166/8 171/20 172/12
175/15 175/25 176/21 177/17 177/20
178/21 179/12 180/11 180/12 180/24
181/18 181/19 182/12 183/4 183/18
185/19 190/14 190/20 194/19 194/23
195/1 195/11 195/18 196/5 198/1
199/14 200/7
formal [2] 105/8 138/17
formalities [1] 2/3
formally [1] 104/17
forms [2] 109/19 111/21
formula [1] 169/13
forth [4] 22/23 101/4 104/17 138/15
forward [4] 127/18 139/14 139/15
140/23
forwarded [1] 204/13
found [8] 37/25 54/10 72/20 122/23
127/14 157/11 169/9 182/24
four [4] 128/23 179/5 186/23 199/5
four-month [1] 199/5
frame [3] 134/18 135/25 154/9
free [2] 201/11 205/18
freedom [1] 98/14
freedoms [2] 99/13 100/4
frequently [1] 74/22
friendship [1] 37/1
front [8] 20/17 46/1 46/10 47/11 95/4
117/5 123/20 202/14
full [2] 12/17 192/8
function [2] 101/2 162/12
fund [1] 142/13
funds [5] 20/7 28/3 143/5 143/6 145/20
further [10] 20/2 119/5 124/15 124/24
135/19 136/4 181/22 205/19 206/13
206/18

## G

game [1] 32/19
gang [1] 185/9
GARLAND [3] 1/23 206/6 206/24
garments [2] 95/13 96/2
gate [2] 81/5 155/23

Gates [1] 2/21
gatherings [1] 90/16
gave [3] 6/9 129/12 157/4
general [19] 9/2 18/17 27/1 28/20
28/21 28/24 38/16 38/20 39/22 84/17
92/21 136/24 142/13 168/11 168/17
180/15 184/12 194/16 203/20
general's [4] 2/15 8/12 131/1 181/5
generally [3] 61/6 84/5 84/8
generated [1] 75/8
get [32] 16/25 35/1 42/21 89/5 97/21
100/2 111/22 116/5 117/17 119/5
121/15 129/21 129/23 138/3 138/7
138/25 143/1 144/18 146/8 148/20
149/24 149/25 164/17 165/19 166/23
172/4 174/16 181/11 186/11 197/18
202/21 203/5
gets [2] 120/14 159/21
getting [2] 21/10 160/24
gifts [1] 69/1
Girl [2] 71/11 71/12
give [24] 21/6 28/15 47/25 52/20 60/21
69/8 70/23 72/6 89/3 89/15 112/14
115/9 127/20 127/21 127/23 155/22
157/2 164/8 169/18 176/13 178/2
178/6 186/16 186/17
given [9] 6/1 6/10 7/2 7/7 7/13 27/21
53/25 124/16 132/2
gives [1] 104/16
giving [4] 7/5 12/12 43/8 132/2
glad [1] 12/21
gloves [4] 81/5 81/8 196/12 196/19
go [95] 11/1 16/6 20/13 20/21 25/4
25/24 28/14 33/8 34/15 35/10 35/21
41/19 41/21 42/16 43/20 44/16 50/20
50/24 63/17 64/4 66/20 67/6 68/7
68/16 70/9 71/10 71/22 73/13 74/14
76/11 77/8 77/20 78/11 81/14 82/6
85/20 87/22 89/8 90/8 95/20 99/3
100/6 105/23 107/6 108/9 112/3 114/3
115/4 115/6 115/8 118/20 118/23
124/13 124/17 124/21 124/23 127/18
128/16 134/10 140/3 142/4 142/15
142/21 148/4 149/20 150/2 150/16
150/18 152/1 153/23 154/14 159/16
162/10 162/21 163/19 166/1 167/2
167/5 168/20 174/15 175/15 176/7
176/9 176/12 176/22 183/18 190/22
191/2 191/6 192/25 202/2 202/3 203/4
204/2 205/18
goes [10] 28/2 54/18 78/18 83/15
111/14 135/19 142/13 151/6 171/23
195/21
going [49] 15/9 15/13 19/23 23/1 24/22
24/25 33/2 39/18 40/5 41/7 45/17
45/21 47/13 47/19 49/21 54/20 70/22
71/6 79/6 82/6 90/9 103/9 105/17
105/21 112/5 123/9 129/14 129/18
129/21 133/6 133/7 133/7 137/7 138/7
139/14 139/15 148/19 155/13 158/7
161/2 177/3 178/9 186/8 186/9 196/1
201/22 202/3 202/4 203/4 203/5
gone [6] 22/23 32/12 32/13 32/14 90/3
199/2
good [14] 5/1 5/10 47/24 53/9 89/16
109/2 127/17 137/13 137/18 147/20
147/20 161/5 161/6 161/8
goods [1] 94/12
got [12] 11/16 47/11 69/21 71/11 74/3
76/3 146/5 160/10 186/7 186/12

190/12 200/10
gotten [3] 22/24 142/7 202/1
government [2] 145/19 168/18
governments [1] 149/13
governor's [1] 145/18
Graduate [1] 11/8
graduated [3] 11/3 11/5 11/7
granted [1] 170/22
gray [2] 76/20 84/14
great [18] 6/19 6/23 7/2 7/5 13/2 37/7
38/6 47/15 59/12 61/6 62/5 73/13
85/24 90/1 90/8 120/22 132/22 164/19
grew [1] 12/10
grievable [10] 113/10 117/12 118/1
118/24 201/20 204/9 204/25 205/1
205/10 205/11
grievance [111] 4/4 4/6 99/24 100/1
101/4 103/24 104/1 104/15 104/22
105/2 105/15 105/20 106/1 106/3
106/3 106/8 106/12 106/16 106/20
106/24 107/15 108/4 108/22 108/25
109/9 109/15 109/19 110/10 110/11
110/19 111/1 111/10 111/14 111/22
112/4 112/7 112/10 112/12 112/13
112/18 112/19 112/22 113/3 113/7
113/12 113/15 113/18 113/22 114/2
114/10 114/15 114/24 115/14 115/14
115/16 116/1 116/6 116/7 116/17
116/18 116/23 117/2 117/4 117/10
117/14 117/20 118/14 118/18 119/2
119/4 119/19 120/1 120/6 120/13
120/14 120/24 121/22 125/2 125/14
125/15 134/15 135/5 135/20 135/21
135/22 136/3 136/10 138/8 138/9
138/13 139/23 140/3 140/8 140/11
140/14 140/16 141/1 143/21 143/24
162/2 199/3 201/9 201/12 201/17
203/8 203/15 204/8 204/16 204/17
204/19 204/24
grievances [51] 57/15 101/6 104/3
104/10 104/24 105/14 106/25 110/9
110/16 110/22 110/23 111/4 111/12
111/12 114/21 114/23 115/12 116/16
119/6 121/18 122/1 125/6 125/6 125/8
125/16 135/24 137/1 137/3 137/25
138/15 138/22 139/2 139/21 140/9
144/10 198/13 198/14 198/18 199/6
199/10 199/19 199/22 200/2 201/18
203/9 203/20 203/23 203/23 204/12
205/4 205/10
grievant [2] 117/13 205/1
grieve [6] 108/5 108/19 119/14 119/20
120/2 120/15
group [14] 52/2 53/20 69/20 69/23 70/3
70/22 70/22 70/25 71/10 72/6 77/1
90/16 96/17 96/21
groups [2] 53/15 64/9
guess [26] 13/8 23/20 32/21 37/1 49/20
57/22 63/3 69/5 83/19 92/6 98/23
119/5 119/10 120/10 127/10 138/20
139/1 143/17 144/14 144/25 147/5
159/12 182/2 182/10 188/23 200/24
guidance [1] 53/17
guidelines [4] 3/15 55/8 61/7 150/24
guy [1] 34/10
guys [2] 188/15 202/25

## H

habit [1] 35/4
habitual [1] 163/24

**H**

had [63] 10/7 10/11 10/17 11/17 18/9 20/10 24/19 25/15 28/5 35/16 35/22 36/5 39/4 39/12 39/15 39/16 39/21 42/4 44/14 45/10 45/12 53/1 54/4 56/4 58/15 60/11 60/23 61/1 64/1 65/5 72/25 78/22 88/4 89/4 93/12 106/4 106/15 106/20 116/16 127/24 135/11 136/14 137/16 139/12 147/2 151/17 154/8 154/11 154/17 155/1 155/23 157/4 165/6 169/20 178/14 186/22 187/19 188/21 188/22 188/25 189/5 195/5 195/7

Halal [14] 51/1 51/8 52/25 54/19 55/2 55/16 56/6 56/14 56/23 58/10 67/3 67/21 93/15 93/17

Halalco [1] 94/21

half [1] 200/22

hand [11] 46/16 79/7 108/2 112/14 133/6 140/17 140/17 143/14 147/25 196/23 196/25

handbook [7] 4/6 117/14 117/15 117/17 118/18 118/22 120/13

handle [1] 202/19

handled [3] 92/1 168/5 181/4

handles [2] 50/6 182/14

hands [2] 196/13 196/15

happen [10] 41/7 60/13 126/15 136/15 139/14 145/3 146/2 146/11 152/17 172/3

happened [4] 20/1 20/1 136/21 176/5

happens [8] 15/7 23/2 139/1 140/11 143/9 189/24 190/6 202/12

hard [8] 6/14 21/25 23/5 47/9 54/11 147/20 160/16 189/1

Hardeman [4] 15/4 15/5 15/25 159/2

harm [1] 163/12

has [76] 13/6 16/2 16/8 17/23 17/23 19/21 19/21 19/22 19/25 20/1 20/6 20/8 20/10 24/3 25/15 25/17 25/18 25/20 26/2 26/12 27/23 27/24 29/2 40/13 41/2 42/22 43/2 46/13 52/14 52/24 54/4 55/16 56/4 58/17 62/18 75/22 80/9 80/15 81/25 93/12 100/19 100/19 102/12 102/24 103/4 112/18 112/19 120/7 126/23 128/8 128/23 129/8 133/3 135/24 136/9 136/16 139/19 140/3 143/11 143/19 146/13 149/10 153/19 161/19 163/9 164/10 182/15 182/15 183/1 193/7 193/20 195/8 195/16 201/5 202/7 204/17

hasn't [2] 170/2 197/22

have [413]

haven't [8] 12/20 12/21 12/24 170/1 180/1 182/10 183/7 199/2

having [23] 5/17 22/1 46/7 54/19 65/10 87/9 88/5 94/11 97/8 97/14 98/24 99/10 100/17 102/20 102/25 147/9 152/13 152/15 154/25 160/23 183/15 189/10 191/8

he [32] 13/5 13/15 18/7 28/23 42/6 42/10 43/14 43/16 43/18 45/15 46/20 46/22 63/21 83/2 83/3 83/5 83/6 108/24 108/25 109/3 109/5 149/10 195/14 195/15 195/15 195/16 195/16 195/21 197/20 197/22 198/9

he's [8] 18/8 63/24 174/15 195/5 195/6 195/7 197/19 197/24

head [6] 6/11 43/6 76/16 95/5 135/2 180/6

---

headdress [1] 72/19

heading [1] 167/3

headquarters [2] 12/14 32/6

heads [1] 135/5

health [4] 30/19 30/20 41/11 147/14

hear [4] 12/21 86/15 121/23 137/15

heard [18] 48/22 55/21 55/22 72/17 73/11 84/4 94/8 94/10 94/15 94/20 97/7 97/13 102/19 120/23 121/17 121/19 121/20 197/12

hearing [2] 2/4 111/23

heart [1] 129/22

held [7] 17/1 20/7 99/5 110/3 123/15 173/2 203/6

hello [1] 37/4

help [16] 21/21 21/22 22/3 22/4 54/12 71/18 71/19 111/6 138/3 138/7 141/24 142/21 155/14 165/15 192/19 202/18

helps [1] 166/13

here [31] 12/18 16/12 32/7 47/15 47/20 47/25 63/18 64/5 77/24 79/17 93/8 95/3 96/22 112/10 113/21 117/25 120/19 127/16 128/24 131/7 132/4 143/20 146/5 158/10 159/18 159/25 164/1 165/3 186/10 194/11 202/2

here's [2] 127/14 127/15

hereby [1] 206/7

Herzfeld [5] 2/9 3/3 5/6 5/7 5/18

hey [5] 108/18 127/13 128/22 129/13 132/3

high [3] 175/22 176/1 187/6

higher [1] 64/11

highlights [1] 150/17

Hijab [4] 76/15 77/24 94/24 95/4

Hijabs [1] 95/8

him [8] 8/1 34/14 63/22 63/23 107/7 174/6 194/15 197/24

himself [1] 149/9

hire [3] 23/12 147/21 191/25

hired [1] 188/17

hires [1] 159/4

hiring [3] 40/11 188/20 192/14

his [9] 30/10 43/18 63/23 67/7 144/13 149/10 149/11 180/16 195/7

histories [1] 41/10

hodgepodge [1] 16/22

hold [3] 19/2 99/1 149/24

holding [1] 35/16

holds [1] 19/12

holiday [2] 48/2 65/4

holy [1] 49/18

homicide [1] 181/7

homicides [2] 181/8 181/11

hope [2] 186/9 195/6

hopefully [1] 23/1

horns [1] 202/4

hour [3] 45/22 156/1 189/15

hours [4] 135/22 186/10 194/13 200/23

house [5] 14/11 30/25 51/1 168/19 190/12

housed [5] 17/7 97/18 153/8 185/16 185/20

houses [3] 14/19 58/16 191/15

housing [10] 14/17 58/10 97/13 97/17 97/25 98/1 98/5 98/7 155/8 198/7

how [57] 6/3 6/6 6/17 7/6 8/1 14/14 15/18 15/20 24/6 25/10 25/15 28/8 29/2 34/18 35/12 38/2 38/24 39/18 40/4 41/23 64/25 65/12 65/15 75/6 80/12 91/3 91/16 108/7 111/21 114/23

---

116/22 117/8 118/23 119/2 121/8 121/18 126/10 129/7 137/3 145/11 145/20 146/3 148/24 155/11 159/7 160/14 183/25 184/3 184/6 185/3 185/8 185/12 186/18 189/5 190/11 191/2 200/17

however [1] 175/4

Hughes [1] 168/15

huh [4] 6/11 6/11 61/4 95/18

huh-uh [1] 6/11

hundred [1] 164/1

hundreds [1] 199/5

Hunter [2] 31/14 33/15

hurt [2] 172/4 197/22

---

**I**

I'd [5] 41/19 42/16 44/16 138/9 185/22

I'll [17] 6/16 24/13 27/17 47/4 47/12 47/17 59/12 60/21 78/19 85/20 115/9 117/23 118/7 118/20 149/20 155/22 157/2

I'm [138] 5/24 7/1 9/5 12/14 13/12 13/24 14/2 15/13 18/7 18/8 24/12 24/21 24/21 28/13 30/18 33/12 34/7 35/13 36/19 39/4 42/24 45/15 47/8 47/10 47/12 47/19 48/3 49/9 49/12 50/9 50/14 50/16 51/15 53/4 55/8 55/19 56/7 56/19 58/13 59/14 62/10 62/20 69/2 69/19 71/5 72/14 73/5 76/1 76/3 80/17 83/15 88/8 88/22 90/7 91/10 91/14 92/9 93/1 93/16 93/18 93/21 94/1 94/5 94/19 95/21 95/22 97/6 98/5 103/2 103/7 103/9 103/24 106/10 108/24 113/3 113/13 115/2 115/20 115/22 117/22 119/8 119/20 120/5 120/8 120/12 122/17 123/9 124/2 127/10 127/21 128/6 130/1 132/11 132/18 133/6 133/7 133/20 133/22 136/23 137/15 140/7 142/6 142/10 143/8 143/17 149/24 154/14 155/19 158/1 159/23 165/7 167/24 168/3 169/10 169/15 170/4 174/2 174/7 174/10 176/8 178/10 178/17 180/1 180/16 184/23 186/8 190/7 193/13 193/15 196/18 201/10 201/22 202/3 202/4 202/7 202/10 203/15

I've [33] 7/18 11/25 12/18 12/19 15/19 15/22 26/6 31/11 31/14 31/14 31/15 31/17 31/22 31/23 31/25 31/25 42/4 47/15 53/22 61/5 71/17 78/24 93/11 94/8 94/10 94/15 120/19 147/2 181/25 183/23 186/7 197/12 200/10

i.e [2] 64/9 65/8

idea [2] 15/20 43/5

ideal [1] 190/4

ideally [1] 190/24

identified [8] 120/6 140/9 152/21 155/21 156/25 158/4 158/21 184/16

identify [1] 167/9

IG [9] 27/19 29/8 30/7 107/7 127/4 168/5 180/3 182/8 182/14

IG's [11] 122/7 129/11 132/20 136/13 154/15 179/14 180/2 180/14 192/16 192/22 194/1

III [3] 204/13 204/18 204/19

Imam [1] 52/2 52/20

impact [1] 143/11

Impacts [1] 170/15

implemented [1] 18/25

**I**

importance [3] 80/21 135/6 155/12
important [24] 86/7 89/13 100/21 101/2
104/11 104/14 110/20 110/21 110/23
110/24 111/5 137/3 137/6 137/19
138/1 138/2 138/13 152/16 153/14
160/9 160/17 170/22 171/7 171/8
imposed [1] 23/9
improperly [3] 109/19 112/11 175/23
improvement [1] 30/14
inappropriate [31] 4/4 113/2 113/6
113/22 114/2 114/10 114/15 114/24
115/3 115/12 115/14 116/6 116/6
116/17 116/23 117/1 117/9 117/20
119/3 119/8 119/14 119/20 120/1
120/6 120/15 201/19 204/5 204/8
205/5 205/9 205/11
inappropriately [2] 179/9 180/9
incident [14] 33/25 42/10 42/14 42/16
44/6 44/7 44/16 84/1 86/15 144/5
169/9 176/11 176/13 180/17
incidents [3] 44/22 176/5 185/4
include [10] 35/15 126/1 158/5 161/24
162/2 162/4 162/7 169/1 182/3 204/13
included [3] 35/24 119/7 167/9
includes [2] 24/8 24/16
including [1] 66/11
incomplete [1] 112/18
incorporate [1] 67/21
increase [1] 192/13
incredibly [1] 137/3
INDEX [1] 3/1
indicate [1] 120/20
indicated [1] 146/14
indicates [1] 117/24
individual [7] 29/7 60/3 110/5 140/16
140/20 160/1 190/12
individuals [14] 31/18 32/10 32/15 33/3
33/14 33/20 34/1 41/8 56/5 61/14
129/11 139/23 140/1 145/17
industry [2] 11/19 38/22
inform [1] 205/8
informal [1] 132/3
information [31] 9/2 9/10 27/2 35/5
35/23 35/25 43/12 44/14 52/15 72/21
107/5 109/20 112/12 130/13 136/21
159/4 160/25 168/8 168/13 168/14
168/16 169/1 169/6 169/8 169/22
177/6 178/7 182/1 182/3 183/2 183/15
informed [1] 81/4
infrastructure [1] 99/15
initial [3] 76/8 111/22 131/19
initials [1] 76/7
initiates [1] 92/5
injured [1] 197/23
injury [1] 197/22
inmate [75] 4/1 4/6 7/11 7/12 13/5 18/1
30/21 41/1 57/15 69/16 71/19 73/25
75/23 77/15 77/21 78/5 82/15 82/21
88/4 89/3 89/10 90/10 91/7 93/13
103/24 103/25 104/3 104/16 105/2
105/14 105/15 105/25 106/2 106/3
108/18 108/23 109/21 112/13 115/13
115/21 116/4 117/14 118/13 118/17
120/8 120/13 121/21 122/1 140/23
141/1 141/8 143/7 143/9 143/11
143/15 143/18 143/19 144/1 147/13
151/11 156/1 156/10 158/7 184/3
184/3 185/3 197/21 198/3 199/8 201/9
201/17 202/8 202/15 202/24 203/15

inmate-on-inmate [1] 184/3
inmates [68] 14/11 14/17 14/20 17/5
17/7 17/10 17/19 17/24 40/4 58/10
58/11 58/17 66/22 67/2 67/13 68/11
71/18 72/19 74/20 74/22 80/6 81/6
81/11 82/16 83/10 85/1 85/7 85/12
85/18 86/11 86/16 86/19 86/25 87/7
88/5 88/12 88/21 90/13 93/4 93/8
93/20 94/11 94/11 94/16 96/24 101/1
101/3 105/8 137/20 138/12 138/14
145/23 153/3 153/12 163/12 170/12
170/25 189/20 189/25 190/13 190/25
191/15 196/19 196/22 199/12 199/16
199/22 204/10
input [4] 126/23 129/7 129/16 135/11
inside [7] 41/9 170/11 170/20 170/23
171/4 171/10 171/24
inspect [1] 100/10
inspection [10] 16/6 57/14 100/11
122/18 123/4 124/19 131/22 132/7
140/10 182/9
inspections [1] 100/11
inspector [10] 26/25 28/19 28/21 28/24
92/21 131/1 136/24 180/15 181/5
184/12
instance [4] 23/6 52/1 127/24 200/3
instances [4] 112/17 189/3 189/16
190/17
institution [2] 62/14 205/6
institutional [1] 61/11
instructed [2] 86/11 86/16
instructions [4] 109/22 112/13 112/20
112/23
Instrument [1] 174/20
instruments [1] 74/25
insufficient [2] 109/20 112/11
insufficiently [1] 114/20
intact [1] 109/19
integrity [1] 110/21
Intelligence [1] 170/14
intent [1] 71/21
interaction [5] 26/22 27/4 169/5 170/12
170/24
interested [2] 70/3 206/15
interesting [1] 194/11
interject [2] 72/22 74/1
internal [1] 162/12
interpretation [2] 62/25 132/11
interrupt [1] 49/22
intervened [1] 99/20
introduce [1] 5/4
investigated [1] 38/3
investigation [5] 29/10 29/15 29/18
42/21 44/17
investigator [1] 136/23
involved [15] 42/8 42/10 44/6 54/4 80/5
91/24 96/13 97/21 122/3 125/21 126/6
129/23 146/12 146/25 147/17
involvement [5] 43/17 75/11 97/1 102/8
122/5
involving [1] 7/11
is [440]
Islamic [12] 48/18 49/3 49/14 52/2 52/4
58/3 72/19 77/1 86/4 94/12 94/18
195/22
Islamic-related [1] 94/12
isn't [4] 73/9 129/13 143/24 157/14
issue [60] 19/23 23/5 23/6 27/12 27/25
39/13 53/22 71/8 71/23 84/2 107/16
108/1 108/16 109/4 120/16 122/22

122/23 125/5 129/14 129/19 132/4
134/16 138/4 138/7 138/14 140/17
140/22 141/17 141/23 141/25 142/2
142/21 143/14 143/23 144/9 147/18
147/25 148/1 153/17 155/24 164/20
164/20 164/25 165/4 171/3 175/1
175/3 175/20 176/25 177/15 180/7
181/1 181/2 181/12 182/16 196/4
196/10 196/11 196/12 199/24
issued [1] 34/20
issues [38] 21/21 21/22 40/8 40/10
41/1 41/11 53/19 71/21 101/4 105/7
105/10 132/8 138/15 145/2 147/7
147/9 147/12 147/14 148/22 153/6
154/25 155/4 155/5 161/9 161/13
163/20 163/22 164/11 165/16 166/12
167/7 174/15 185/12 191/8 191/11
192/15 192/24 194/17
it [327]
it's [152] 13/22 14/17 15/15 16/4 19/18
20/6 20/22 21/3 21/7 21/17 21/23
21/24 21/24 23/5 27/10 29/9 29/18
33/17 34/13 34/16 37/1 37/13 39/7
39/19 40/15 40/17 40/18 41/5 41/6
41/8 41/14 42/1 45/12 46/25 47/1 47/9
48/5 48/18 54/7 54/9 54/9 54/10 54/13
54/18 55/1 55/8 55/8 56/7 60/1 60/5
60/23 67/10 68/3 71/6 72/18 73/20
74/4 75/8 75/22 76/3 79/6 81/22 84/7
84/13 88/25 89/13 91/5 93/6 94/13
94/25 94/25 95/15 95/22 96/21 96/21
96/23 98/20 99/23 100/1 101/1 103/12
104/6 105/11 105/12 110/7 110/21
111/2 111/10 111/12 114/9 115/5
116/5 118/16 119/2 121/11 121/20
124/22 127/9 127/11 130/2 130/6
133/13 133/16 133/22 137/19 138/1
138/2 138/10 140/8 142/16 143/4
143/8 147/20 148/19 148/20 149/24
153/14 156/15 157/9 157/22 159/24
165/2 167/15 167/25 171/1 172/13
173/17 174/13 176/25 177/14 177/21
178/20 178/25 180/5 181/20 189/24
190/4 191/16 191/17 191/17 191/19
192/7 192/10 192/10 193/6 193/14
199/15 199/18 200/25 201/1 201/24
202/8
item [14] 62/9 69/16 71/4 76/25 83/25
84/9 84/19 84/20 85/4 85/9 85/14
113/2 124/25 174/20
items [25] 13/6 37/15 62/12 62/14
62/21 64/7 66/11 67/3 68/8 71/7 71/8
75/7 76/12 78/4 78/8 82/15 88/2 93/5
96/6 113/6 120/5 128/23 131/19
131/23 173/22
its [5] 136/10 163/11 167/10 169/13
192/13
itself [7] 42/11 141/22 148/16 148/17
182/5 192/10 197/3

---

**J**

Jane [2] 140/7 140/11
JANIE [5] 1/23 58/22 99/6 206/6
206/24
Janna [2] 2/9 5/7
jannam [1] 2/13
January [4] 46/14 47/17 135/1 135/20
January 1 [1] 47/17
January 1st [1] 46/14
January 20 [1] 135/1

---

**J**

January 4 [1] 135/20
Jason [9] 34/2 34/2 34/5 34/10 34/10 34/12 36/24 37/3 45/15
Jennings [1] 2/10
Jerry [1] 31/15
Jewish [2] 55/9 58/3
job [5] 10/1 161/8 165/12 191/22 192/6
jobs [4] 18/13 18/14 166/17 189/1
Joe [3] 5/14 177/18 186/5
joe.welborn [1] 2/23
John [1] 3/17
Jon [4] 63/12 173/13 174/1 174/4
Joseph [1] 2/20
July [1] 74/18
June [4] 6/8 9/13 125/7 186/22
June 26 [1] 125/7
jurisdictions [1] 93/23
jurors [1] 190/10
jury [1] 190/10
just [80] 6/20 9/8 14/21 15/17 16/25 17/14 21/14 22/6 22/25 26/8 32/15 33/3 33/14 36/4 38/20 40/14 41/6 58/11 58/18 59/14 60/8 60/25 62/6 63/17 67/22 69/16 71/6 71/13 72/7 72/22 72/24 74/1 76/11 85/20 88/4 89/15 94/14 105/12 111/7 111/17 116/19 122/15 122/20 124/22 124/23 127/23 132/13 137/19 138/25 141/17 141/18 142/16 143/8 146/6 147/21 154/23 157/3 159/7 163/22 164/9 164/21 165/1 165/2 170/1 173/1 177/9 179/5 183/14 189/3 189/4 191/23 192/9 194/4 198/4 200/3 201/2 201/3 201/6 202/3 203/4
justice [2] 11/5 11/7

**K**

K-H-U-F-A-I-N [1] 72/16
keep [12] 22/25 47/10 110/18 110/18 111/6 164/14 164/15 172/10 179/20 189/19 192/8 194/5
keeping [1] 188/16
Kelly [7] 29/1 29/2 29/5 29/7 29/20 29/23 92/20
kept [2] 90/15 205/5
key [1] 163/8
Khuffain [3] 72/13 72/17 73/7
killed [1] 172/5
kind [19] 9/8 16/18 16/22 22/23 34/10 70/7 70/13 105/4 105/16 132/1 142/16 143/25 148/20 155/13 179/14 179/15 186/16 186/18 191/2
kinds [1] 87/23
klgates.com [2] 2/23 2/24
knew [3] 43/8 108/23 180/7
know [317]
knowing [1] 197/11
knowledge [17] 26/2 64/2 64/18 67/4 67/18 68/5 68/6 69/12 78/7 80/11 94/2 97/4 97/4 100/15 100/18 100/20 206/11
known [3] 80/14 93/4 102/11
knows [1] 168/10
Koran [18] 85/24 86/2 86/3 86/7 86/12 86/17 86/20 86/25 87/8 87/19 87/25 88/1 88/4 88/10 88/11 88/12 195/6 195/7
Kosher [4] 51/1 55/4 55/6 55/10
Kuffain [9] 79/19 79/21 80/7 80/9 80/15

80/22 81/4 81/12 81/16
Kufi [4] 76/19 77/24 96/7 195/15

**L**

labeled [2] 133/3 133/8
lack [4] 145/1 155/17 163/9 181/17
lady's [1] 8/10
laid [1] 111/10
Lake [4] 12/5 12/10 12/10 187/3
land [1] 14/1
lane [1] 127/9
Langford [2] 31/15 33/15
language [1] 25/12
last [12] 7/8 29/4 29/8 41/24 78/4 99/7 110/2 121/11 164/24 170/5 192/3 195/9
lasted [1] 12/23
lasts [1] 49/13
late [2] 178/15 198/19
latest [1] 31/5
latter [1] 130/19
Lauderdale [1] 187/6
law [7] 2/10 2/21 29/17 99/16 140/19 186/7 195/8
lawmakers [1] 147/6
laws [1] 38/4
lawsuit [6] 13/3 13/4 102/24 112/5 140/4 143/20
lawyers [1] 8/15
LCR [3] 206/6 206/20 206/24
lead [2] 54/12 202/4
leader [1] 53/16
leaders [3] 32/23 52/19 67/25
leadership [9] 44/2 44/4 70/10 70/17 125/23 137/25 141/6 145/1 171/15
least [3] 186/10 192/11 199/25
leather [17] 79/22 79/24 81/6 81/19 84/24 85/2 85/7 85/12 85/18 196/1 196/10 196/11 196/12 196/12 196/19 196/21 196/22
leather-type [1] 81/19
leave [2] 15/7 18/7
Lee [8] 40/3 41/19 43/23 45/12 45/20 82/24 104/9 104/10
left [17] 46/16 150/24 156/9 175/9 176/17 177/12 178/13
left-hand [1] 46/16
legal [1] 143/20
legible [2] 109/18 204/13
legislation [1] 15/1
legislative [1] 145/18
legislators [1] 147/4
less [1] 151/16
let [16] 6/20 60/22 61/1 78/19 108/11 115/16 117/23 117/24 118/4 120 127/20 127/23 131/7 149/20 179/25 201/22
let's [11] 45/22 115/8 127/24 134/10 148/4 158/24 186/1 189/17 200/3 201/9 202/10
letter [2] 28/2 79/10
level [44] 22/4 37/1 37/5 40/13 70/14 97/22 98/19 100/10 101/8 101/9 101/19 105/10 109/14 111/4 113/17 129/17 129/23 140/15 141/7 144/18 145/18 145/18 146/13 161/3 164/21 166/12 170/13 170/25 172/15 180/21 180/23 181/4 181/5 183/13 191/22 202/6 203/9 203/16 203/19 204/3 204/9 204/13 204/18 204/19

levels [4] 105/13 171/14 186/18 192/14
library [2] 88/20 195/8
licensed [3] 206/6 206/18 206/19
lies [2] 28/19 126/7
lieu [1] 63/4
lieutenant [1] 187/1
life [1] 145/2
like [94] 9/20 13/18 15/12 15/19 16/5 17/18 18/16 21/14 22/1 26/24 29/25 30/5 30/12 30/15 30/21 32/19 32/20 36/4 38/17 38/20 38/22 40/14 41/6 44/1 51/11 52/2 52/20 53/17 54/7 54/18 57/15 62/10 69/20 69/20 69/25 70/8 70/13 70/20 70/21 72/3 72/6 73/9 73/10 73/10 78/20 79/10 81/19 88/4 90/6 98/21 111/7 111/23 116/24 127/17 127/25 129/15 129/18 132/1 133/16 134/7 135/19 137/1 137/19 138/21 139/17 141/9 141/17 146/1 146/20 147/8 147/16 153/9 154/17 154/24 155/11 157/3 160/19 161/5 164/16 169/10 171/17 172/14 174/14 176/1 183/5 183/10 187/16 189/17 196/17 198/4 198/17 201/2 201/4 202/8
likely [3] 33/24 80/25 166/6
likewise [1] 37/21
limit [1] 110/3
limited [3] 104/2 121/13 151/10
lines [1] 111/2
liquidated [33] 19/13 19/15 20/3 20/4 20/10 20/25 21/11 22/14 22/14 22/25 23/8 23/9 24/19 24/23 26/5 26/13 28/1 28/4 100/3 100/15 122/12 122/14 122/25 136/19 138/25 141/18 141/21 142/3 142/8 142/20 142/25 143/2 164/15
list [16] 74/19 74/21 74/23 75/6 75/12 76/12 83/22 84/6 94/25 95/3 96/6 113/6 131/7 150/18 159/23 159/25
listed [10] 78/4 84/10 84/10 84/20 96/5 113/5 131/24 157/8 167/3 178/11
lists [1] 131/19
literature [2] 69/10 69/13
little [19] 9/18 14/13 15/13 15/18 16/25 22/6 63/18 76/11 85/20 113/9 124/23 127/9 129/20 148/16 186/11 188/9 190/8 194/13 194/14
live [1] 12/11
lives [1] 198/9
local [2] 149/12 168/18
located [1] 177/24
location [2] 156/17 173/11
locations [1] 31/22
locking [1] 189/25
log [3] 110/23 111/13 119/17
logged [20] 36/17 36/21 109/23 110/9 110/10 110/13 110/16 114/21 114/25 115/3 115/20 115/22 115/25 116/1 117/21 118/2 119/2 119/6 119/16 119/21
logging [2] 115/12 204/25
logs [4] 36/8 36/18 36/21 199/3
long [15] 6/6 8/1 29/2 35/12 64/25 80/12 94/14 105/3 111/21 146/1 146/3 148/24 186/9 190/1 200/17
longer [2] 85/20 141/12
look [64] 8/22 9/8 25/6 28/14 37/14 41/22 46/1 50/19 56/5 60/22 62/11 63/19 66/8 70/6 71/5 73/13 78/20

**L**

look... [47]  79/4 79/10 82/5 82/11 84/9 95/3 107/18 107/19 109/8 109/8 113/1 115/6 115/9 115/10 115/16 117/7 117/23 118/21 119/24 124/15 124/17 131/7 134/10 136/22 144/9 145/5 145/15 145/19 147/9 147/15 147/25 154/7 154/15 154/16 158/9 159/13 168/22 169/18 170/4 173/10 174/14 176/7 176/12 179/21 182/7 197/10 198/5
looked [12]  7/19 8/17 8/18 8/24 9/4 9/10 9/10 38/3 78/5 78/24 81/23 199/2
looking [20]  30/25 47/7 47/8 49/22 61/9 62/6 72/21 74/6 112/9 116/15 120/12 148/2 176/15 178/7 180/1 193/6 193/14 198/16 202/7 203/13
looks [7]  127/17 133/16 134/7 135/19 141/9 174/14 202/8
Lords [1]  185/13
lot [5]  138/11 190/17 193/20 197/14 199/12
love [1]  71/1
lowest [1]  105/10 154/8
lunch [5]  85/21 89/17 89/19 89/21 90/1
Luttrell [1]  10/5

**M**

made [12]  58/16 59/23 60/24 64/8 89/9 108/2 145/20 149/6 157/16 166/11 180/16 180/16
mail [1]  33/22
mailed [1]  33/23
mailing [1]  33/25
mails [2]  36/4 36/6
main [1]  196/15
maintain [2]  110/21 111/5
maintenance [1]  15/25
major [1]  181/1
majority [1]  57/18
make [42]  17/14 21/21 22/21 26/8 35/4 35/14 52/9 52/11 65/1 70/23 72/24 81/4 81/5 81/7 88/3 97/17 105/10 108/21 110/7 111/20 116/19 120/10 126/9 128/21 130/20 131/25 136/13 137/8 138/12 153/1 153/4 157/13 158/14 160/23 165/12 168/10 168/25 177/9 177/22 189/6 199/16 204/23
makes [3]  13/18 147/20 166/18
making [8]  18/24 22/7 102/19 115/4 139/18 169/22 173/25 198/10
males [1]  72/19
manage [4]  15/21 40/7 151/11 152/16
managed [1]  150/21
management [6]  15/23 21/23 25/14 145/22 162/13 162/23
manages [1]  50/17
managing [2]  43/1 104/11
mandate [1]  98/7
mandating [1]  189/11
mandatory [2]  162/7 162/11
manned [1]  185/17
manner [1]  196/25
many [14]  6/3 7/6 28/8 34/15 34/18 91/3 183/25 184/3 184/6 185/3 185/8 185/12 199/21 200/4
Maples [2]  2/9 5/8
March [2]  29/4 62/6
March 19 [1]  62/6
mark [1]  133/8

marked [20]  59/1 59/5 60/19 63/10 73/17 74/3 75/17 77/12 78/15 82/9 103/16 114/7 114/9 118/11 123/10 123/14 124/22 133/11 149/18 173/8
market [2]  191/23 192/7
Martin [2]  10/5 11/6
master's [2]  11/8 11/12
match [1]  151/18
material [3]  69/22 81/4 81/19
matter [6]  41/7 41/8 103/23 116/7 117/12 117/18
matters [3]  113/2 204/5 204/7
maximum [1]  90/15
may [52]  19/18 19/20 23/5 23/6 23/11 26/24 26/25 37/4 57/16 74/21 83/10 89/2 90/16 90/25 97/3 97/5 100/1 102/17 103/12 115/21 117/13 122/11 122/24 126/19 137/23 143/21 147/14 148/1 151/7 151/10 152/21 156/9 156/14 157/8 157/21 159/5 163/7 163/10 163/20 174/13 180/18 189/12 189/18 190/10 190/10 192/10 193/13 193/21 198/15 198/15 199/23 204/10
maybe [10]  15/17 47/12 69/19 115/10 121/15 127/11 127/12 148/25 198/19 221/22
me [81]  6/20 9/9 14/13 15/17 20/17 28/23 29/8 37/4 37/15 39/9 42/4 47/25 48/8 50/16 50/19 50/25 56/12 60/22 61/1 63/17 64/4 64/6 65/1 66/8 66/20 69/8 74/14 76/11 78/11 81/20 82/5 82/11 83/6 89/15 99/2 99/7 101/10 108/11 113/1 115/11 115/16 117/8 117/24 118/4 118/22 122/13 122/16 124/21 127/20 127/23 129/12 131/7 131/15 145/3 147/7 150/16 154/23 155/12 159/8 162/21 163/15 163/25 165/21 170/8 175/2 176/25 177/22 179/20 179/22 179/25 186/10 186/16 186/17 188/2 197/13 198/6 201/3 201/11 201/24 202/14 206/8
meal [19]  32/12 32/13 32/14 48/9 48/19 49/2 49/17 49/19 50/2 53/12 56/14 63/1 63/3 63/4 63/5 65/3 65/3 65/9 65/10
meals [7]  50/4 51/2 55/10 66/16 66/23 67/21 194/7
mean [36]  12/15 12/16 12/18 18/1 19/15 19/16 20/5 25/5 32/3 54/23 62/24 67/7 88/8 97/23 100/7 104/24 105/2 110/2 110/14 119/13 122/13 139/25 140/2 142/24 143/20 145/8 145/10 161/3 165/20 166/13 167/13 171/25 182/2 188/22 197/9 199/15
meaning [2]  48/20 88/9
means [3]  49/25 51/12 62/23
measurement [1]  83/14
meat [1]  67/22
mechanism [1]  105/8
mechanisms [1]  57/17
Medina [4]  94/7 94/9 94/11 94/17
medium [1]  191/15
Medlin [4]  34/2 34/3 34/8 36/23
Medlin's [1]  34/5
meet [10]  7/23 8/1 16/9 19/23 21/7 45/1 148/19 154/19 200/11 200/12
meeting [5]  8/8 12/22 135/3 135/7 151/10
meetings [5]  31/11 83/16 135/2 148/18 148/21

meets [2]  23/14 148/22
member [1]  155/10
members [1]  185/9
memo [21]  3/15 3/20 3/21 3/21 4/1 4/12 61/9 61/11 62/5 62/9 75/22 75/25 77/14 77/18 78/5 82/18 83/8 90/10 126/19 202/24 203/1
memory [2]  63/21 73/10
memos [1]  61/6
men [9]  95/12 96/3 96/9 96/14 96/18 96/20 97/2 97/8 97/14
mental [3]  30/20 41/11 147/14
mention [1]  146/22
mentioned [27]  18/9 26/7 26/16 37/6 39/8 49/5 50/4 57/13 58/25 59/4 60/18 63/9 73/16 75/16 77/11 78/14 82/8 103/15 114/6 118/10 123/13 133/10 146/6 149/17 150/9 165/18 173/7
mentions [1]  113/21
menu [6]  48/2 51/3 51/13 51/14 56/5 56/23
merely [1]  163/1
merit [3]  180/22 183/14 183/16
met [16]  12/24 19/11 19/21 31/7 31/14 31/14 31/15 31/17 31/18 31/21 31/25 50/21 65/19 186/6 199/16 200/17
MIDDLE [1]  1/1
might [16]  21/22 33/1 35/25 38/18 38/18 63/21 65/4 71/22 73/11 105/5 122/10 142/22 158/6 168/22 189/19 190/5
millions [1]  20/22
minute [7]  78/20 89/15 99/4 148/5 173/1 178/15 203/5
minutes [6]  8/2 12/23 45/22 89/17 135/8 200/19
missed [1]  12/20
mission [1]  163/11
mistake [1]  74/7
mistaken [5]  49/13 55/8 132/12 159/24 167/25
misunderstood [1]  161/16
Miswak [3]  76/22 76/23 77/25
mitigate [6]  155/5 155/14 156/5 172/19 178/1 189/23
mixture [1]  171/23
modification [1]  128/5
modified [3]  60/6 60/8 83/20
mom's [3]  70/21 70/22 71/10
moms [2]  70/25 71/1
monetary [1]  20/6
money [7]  20/9 30/24 142/9 142/11 142/13 142/15 166/5
monies [1]  142/11
monitor [9]  18/14 98/18 127/18 146/23 163/1 163/8 167/23 173/14 202/21
monitored [1]  30/13
monitoring [20]  19/9 21/17 30/1 30/8 30/15 57/3 57/5 57/14 99/14 129/2 130/2 130/15 161/8 163/5 163/7 163/9 174/2 174/20 175/6 184/9
monitors [41]  15/10 16/9 18/10 18/10 19/8 19/9 19/24 22/2 22/7 22/24 23/24 26/12 26/17 26/22 27/10 27/19 28/16 29/11 29/20 30/9 39/17 50/16 57/7 98/24 99/11 126/1 126/5 128/17 129/5 130/11 130/20 160/23 161/7 161/11 161/17 162/19 164/8 174/5 177/11 184/11 184/18
Monterey [1]  11/8

**M**

month [10]  49/13 49/19 109/3 174/22 175/6 175/7 176/6 176/10 177/16 199/5

monthly [3]  100/11 154/12 173/20

months [3]  7/9 109/3 179/5

months' [1]  198/23

more [44]  6/5 9/20 17/1 23/12 23/13 28/10 28/12 33/24 40/21 40/25 58/2 64/10 69/20 69/23 80/25 81/7 119/24 124/22 129/17 129/20 129/23 132/2 132/3 142/5 165/12 165/15 165/19 165/19 166/5 166/11 166/23 166/23 171/10 177/23 182/1 183/15 186/10 186/11 188/9 190/8 190/13 192/16 194/5 200/4

morning [4]  5/1 5/10 90/3 194/12

most [13]  10/19 27/22 39/24 47/2 66/4 88/24 105/13 170/10 170/20 171/3 171/7 191/4 192/4

move [15]  30/22 40/25 58/20 63/6 75/14 82/13 124/17 141/19 149/25 152/21 152/23 156/16 158/24 191/1 201/25

moved [2]  156/2 202/8

movement [2]  156/1 196/14

Moving [1]  45/25

Mr [19]  3/4 3/5 7/22 44/2 44/5 47/5 61/1 64/2 73/22 89/23 123/17 133/22 173/10 186/4 195/4 200/14 200/15 201/7 201/13

Mr. [13]  7/24 33/15 34/8 36/23 63/15 63/18 64/5 79/1 79/11 133/19 133/20 194/15 197/18

Mr. Aumann [1]  7/24

Mr. Hunter [1]  33/15

Mr. Medlin [2]  34/8 36/23

Mr. Pleasant-Bey [3]  79/11 194/15 197/18

Mr. Pleasant-Bey's [1]  79/1

Mr. Pounds [2]  133/19 133/20

Mr. Shonebarger [3]  63/15 63/18 64/5

Ms [3]  3/3 5/6 5/18

much [6]  20/9 20/15 120/22 122/8 129/7 149/2

multiple [6]  145/1 145/1 146/5 175/4 198/5 199/10

multitude [3]  21/3 21/8 32/2

musical [1]  74/25

Muslim [27]  54/1 54/5 56/4 56/5 56/6 56/13 56/24 66/15 66/22 67/2 67/13 80/6 80/15 80/20 80/21 81/11 93/25 94/3 94/11 94/16 94/23 95/12 95/16 95/17 96/3 96/9 96/14

Muslim-focused [1]  94/3

Muslims [10]  57/24 67/25 68/1 73/4 76/12 76/16 77/21 78/9 86/8 95/5

Muslin [4]  48/12 49/2 52/12 93/20

must [4]  68/8 90/15 90/21 109/18

muted [1]  177/19

my [96]  5/21 7/1 7/18 9/11 10/13 11/12 11/13 12/10 12/20 14/17 23/20 32/23 33/17 34/11 34/22 35/23 36/4 36/6 36/7 39/24 40/14 42/1 42/12 45/7 45/8 45/12 47/8 47/12 47/19 48/25 49/4 50/15 58/1 62/24 69/5 69/20 69/23 70/22 70/25 71/10 72/5 72/20 74/7 75/22 76/3 76/8 80/11 80/18 81/20 91/5 92/15 94/14 98/23 99/7 101/25 104/2 119/10 119/13 119/16 121/19 122/5 122/8 127/9 128/24 138/20 139/1 139/20 144/24 144/24 148/22 154/24 169/3 172/13 172/18 180/2 180/14 182/2 182/8 182/10 182/16 183/12 185/24 186/5 186/7 191/12 193/6 193/13 193/14 194/5 197/1 200/17 200/24 202/19 202/20 206/11 206/21

myself [2]  43/23 200/17

**N**

name [9]  5/19 5/21 8/10 75/22 76/3 94/10 94/15 186/5 206/21

named [1]  38/10

names [3]  159/19 160/1 187/19

NASHVILLE [10]  1/2 1/24 2/12 2/16 2/23 10/12 12/12 32/7 96/22 105/22

nation [1]  147/11

natural [1]  39/9

nature [6]  13/10 13/14 38/23 44/3 71/20 192/9

Naval [1]  11/7

necessarily [2]  109/6 194/3

necessary [5]  83/20 145/5 182/3

need [9]  6/10 6/19 69/6 111/25 122/25 153/3 180/3 182/1 183/11

needed [5]  44/1 44/4 53/17 74/22 156/6

needing [1]  149/2

needs [3]  129/20 129/22 133/4

negative [2]  144/13 188/23

Network [1]  170/15

never [7]  15/19 64/1 80/14 106/20 106/24 141/22 155/24

new [10]  29/9 29/24 30/11 31/2 40/17 45/18 46/25 60/9 60/10 62/19

next [15]  58/20 60/16 73/14 75/14 77/8 78/11 82/6 90/19 103/9 109/1 114/3 118/7 128/12 136/15 142/17

Nice [2]  200/11 200/12

night [1]  191/1

nine [1]  9/19

no [126]  1/6 3/13 3/14 3/15 3/17 3/18 3/20 3/21 3/23 4/1 4/3 4/4 4/6 4/8 4/10 4/11 4/12 8/16 11/20 13/1 13/22 15/19 21/21 25/16 25/20 25/22 26/23 27/3 27/5 27/15 27/24 30/15 32/8 32/16 32/16 32/18 33/2 33/4 36/12 36/22 37/5 37/9 38/25 43/7 43/13 44/20 44/20 44/23 45/3 47/9 48/16 54/2 54/2 54/9 54/23 56/3 58/8 58/8 58/19 60/9 60/11 60/15 62/14 62/21 63/2 63/25 64/3 64/12 64/21 66/19 67/7 67/8 69/15 72/8 74/9 75/13 80/8 83/25 86/14 86/18 88/15 90/7 90/7 92/1 94/2 94/22 95/11 96/12 97/10 97/12 97/23 102/10 102/10 102/14 102/23 106/14 112/21 116/11 120/25 123/4 127/20 132/6 141/12 141/20 143/8 146/17 146/21 156/1 156/10 166/2 166/25 169/24 170/3 170/17 174/7 182/6 184/2 184/5 184/8 185/7 191/20 191/20 196/7 197/22 202/7

non [12]  18/23 41/15 117/12 118/1 158/4 158/15 158/16 201/20 204/9 205/1 205/10 205/11

non-compliant [1]  18/23

non-critical [3]  158/4 158/15 158/16

non-forgiving [1]  41/15

non-grievable [7]  117/12 118/1 201/20 204/9 205/1 205/10 205/11

noncompliance [26]  27/6 27/13 27/18 106/12 122/22 122/24 132/9 136/4 136/18 137/1 141/17 141/23 142/1 142/22 143/24 148/3 162/23 163/21 174/15 174/16 174/19 175/1 175/3 176/15 198/14 200/1

noncompliant [2]  27/12 148/1

None [3]  26/6 96/16 102/18

normal [3]  121/14 121/14 204/25

normally [2]  69/15 102/10

North [1]  1/24

Northwest [7]  10/4 10/24 40/23 186/13 187/3 187/8 187/9

not [305]

noted [1]  13/17

notes [1]  156/21

nothing [3]  24/21 38/23 121/24

notice [3]  2/1 2/3 27/11

notification [12]  4/4 113/22 114/2 114/11 114/16 115/21 116/23 117/19 118/1 118/23 120/1 120/7

notified [2]  149/4 181/11

notify [1]  135/23

November [6]  73/21 74/10 82/18 125/10 150/3 150/11

November 1 [1]  82/18

November 1st [2]  73/21 74/10

November 6 [1]  125/10

now [28]  12/11 12/13 16/12 18/7 20/15 29/18 45/14 54/18 63/6 72/18 114/4 115/13 121/7 125/20 132/18 162/21 165/20 165/24 168/13 178/20 178/25 182/11 183/10 197/18 198/17 202/22 202/23 203/12

nuances [1]  152/4

number [50]  6/4 20/16 20/23 22/25 28/15 33/13 34/6 40/12 46/2 48/5 49/22 59/1 59/5 60/19 62/11 63/6 63/10 63/19 64/11 67/2 67/13 68/7 73/17 73/20 73/20 75/17 77/12 78/15 78/18 82/9 85/9 90/9 90/14 103/16 113/22 114/7 118/11 123/14 133/11 149/18 173/8 174/17 174/19 175/22 176/2 183/14 183/15 183/21 204/16 206/20

numbers [5]  23/17 33/17 194/5 198/15 198/20

numerous [1]  159/3

nutritional [1]  51/7

**O**

Obion [2]  12/11 12/11

Object [33]  25/24 44/24 54/24 83/24 107/2 139/4 143/12 144/3 144/21 145/13 153/10 158/18 159/15 166/8 171/20 175/15 177/20 180/11 181/18 182/12 183/4 183/18 190/14 190/20 194/19 194/23 195/1 195/11 195/18 196/5 198/1 199/14 200/7

objecting [1]  177/18

objection [51]  20/12 20/12 20/20 25/3 35/20 43/19 56/16 56/18 57/20 67/5 68/15 72/10 81/13 87/3 87/4 87/22 89/8 95/19 100/5 105/23 108/9 116/12 120/17 128/16 139/5 144/2 144/20 147/1 151/25 153/11 153/22 153/24 158/19 160/20 161/25 162/9 163/18 165/25 166/9 171/21 172/12 175/25 176/21 177/17 178/21 179/12 180/12

**O**

objection... [4] 180/24 181/19 183/6 185/19
objections [1] 2/4
obligation [1] 15/8
obligations [1] 151/10
observance [4] 48/18 49/12 56/15 57/12
observant [1] 56/12
observation [2] 167/4 167/24
observations [2] 168/4 173/25
observe [1] 137/23
observed [5] 45/23 48/11 89/19 148/6 186/3
obvious [2] 40/8 191/20
obviously [14] 101/1 105/6 128/1 129/24 145/16 153/2 153/13 154/1 160/21 176/24 177/21 181/22 185/22 196/23
occur [4] 104/22 110/17 136/19 190/5
occurred [2] 108/16 108/16
occurrence [2] 99/25 189/7
occurrences [1] 182/25
occurring [1] 157/10
October [2] 125/9 173/22
October 3 [1] 125/9
of TDOC [1] 87/16
off [16] 38/11 43/5 69/1 69/10 69/13 69/16 70/2 99/3 99/5 123/15 148/4 173/2 196/4 198/15 203/4 203/6
Off-the-record [4] 99/5 123/15 173/2 203/6
offender [3] 110/4 115/4 144/13
offenders [1] 153/5
offer [2] 58/10 93/17
offered [1] 192/18
offers [1] 93/14
office [49] 2/15 6/21 6/25 7/1 7/22 8/12 10/8 10/10 10/11 10/13 10/17 12/14 12/16 12/17 12/20 16/13 16/14 28/19 29/10 29/14 29/18 32/1 32/3 32/4 36/7 76/5 88/24 91/22 92/2 92/20 110/11 122/7 129/11 131/1 132/20 136/13 136/23 148/23 149/7 149/12 154/16 179/14 180/2 180/14 182/2 192/16 192/22 194/1 204/23
officer [15] 1/2 2/30/23 150/22 151/7 151/15 156/2 165/22 167/8 167/10 170/14 178/14 185/4 186/22 186/23 197/1
officers [5] 40/12 152/23 155/23 159/20 165/15
official [1] 98/8
often [3] 121/8 151/15 187/23
Oh [1] 202/10
oil [6] 90/14 90/20 90/21 91/4 91/9 195/16
oils [3] 90/23 90/25 91/6
okay [187] 6/19 6/23 7/2 7/10 7/13 7/21 7/23 8/22 9/3 9/12 9/22 10/1 10/20 11/1 11/10 11/16 12/1 12/22 13/2 14/3 15/13 17/23 18/4 19/5 21/10 22/21 25/23 26/21 28/5 29/22 31/7 31/21 32/17 33/22 35/14 37/7 37/17 38/6 38/19 39/16 39/22 41/25 42/22 43/25 44/3 45/17 46/13 47/2 47/9 47/15 47/20 47/21 47/24 48/8 50/12 50/19 51/12 51/16 57/5 58/20 59/12 61/3 61/5 61/10 62/9 62/21 63/6 64/24 65/12 66/8 66/20 67/2 67/13 67/24

68/7 68/20 69/11 70/16 70/21 71/10 72/4 72/13 73/13 75/24 77/14 77/20 78/21 80/12 80/19 80/24 81/2 82/14 82/18 83/12 83/15 83/21 84/4 85/14 85/22 85/24 86/15 87/12 88/7 89/4 89/15 89/16 89/23 91/16 91/24 92/23 94/17 94/23 96/2 96/13 96/17 97/21 100/14 100/21 102/7 103/9 103/25 107/18 109/2 109/5 109/8 110/9 113/11 113/17 115/24 116/9 116/22 117/4 118/4 119/10 119/25 120/10 120/22 121/5 121/8 122/2 123/2 123/9 124/21 127/17 128/6 128/12 129/4 129/12 130/6 131/10 131/13 131/25 132/22 133/1 133/6 134/4 134/10 134/16 134/25 136/20 136/25 141/15 142/15 146/22 148/4 148/8 157/20 158/24 164/14 168/7 173/1 178/5 183/13 185/3 187/16 187/20 201/12 202/16 202/23 203/3 203/11 204/7 204/12 205/4 205/8 205/14
older [1] 40/20
on-site [5] 126/5 130/1 130/15 130/20 130/23
once [5] 120/7 121/15 148/25 149/5 156/13
one [74] 7/8 7/8 8/6 12/22 14/24 15/3 22/9 27/15 33/1 33/3 34/19 39/14 40/21 44/12 47/20 47/25 53/9 54/10 58/23 59/10 59/16 60/24 65/12 65/15 77/2 79/5 88/15 89/4 89/15 91/13 91/14 93/21 99/1 105/12 117/8 118/23 121/23 124/23 127/12 131/15 131/16 133/2 134/25 138/10 140/9 142/15 145/11 147/8 147/16 150/19 150/24 151/3 152/23 155/22 155/23 163/23 164/1 164/9 171/3 174/4 178/14 189/22 191/12 191/14 191/20 191/23 192/4 192/17 195/8 195/8 196/18 197/21 199/20 202/25
one's [1] 57/11
ones [5] 15/24 27/16 27/22 31/17 155/19
ongoing [5] 122/8 122/18 123/7 157/6 192/2
online [1] 168/20
only [14] 14/24 15/2 26/10 32/21 44/12 68/1 78/8 90/20 91/13 91/14 93/21 105/12 140/18 189/17
open [1] 40/18
opened [1] 40/23
operate [2] 17/16 150/21
operated [1] 169/7
operation [12] 14/10 14/19 15/23 16/1 17/21 50/3 50/18 55/15 101/5 106/4 160/25 163/2
operational [1] 61/19
operationally [1] 151/16
operations [10] 16/18 16/21 39/25 50/9 55/25 135/2 135/3 135/24 136/1 187/5
opinion [6] 40/4 57/23 105/12 144/24 144/25 144/25
opportunities [1] 51/14
opportunity [6] 52/10 61/2 78/22 110/5 132/4 132/15
opposed [1] 131/17
option [5] 25/1 25/9 52/15 65/5 144/19
options [1] 67/14
order [7] 19/19 93/20 120/16 137/13

137/18 140/3 166/23
organizational [2] 9/1 101/13
original [1] 90/22
originally [1] 12/7
other [62] 12/22 16/19 21/10 21/13 22/18 23/21 26/4 26/6 26/15 26/15 26/15 30/18 38/23 44/11 44/18 44/21 52/5 57/9 57/13 58/23 64/12 90/23 91/9 91/11 93/4 93/5 93/9 93/9 93/23 93/23 99/24 104/2 105/2 120/9 122/9 130/22 138/10 142/16 144/10 145/17 146/15 146/17 147/22 148/14 155/7 155/19 159/13 161/9 163/25 164/5 165/7 170/22 172/17 177/6 177/25 177/25 183/21 192/7 192/19 197/21 201/6 202/21
others [6] 9/11 15/4 31/16 122/22 146/6 149/13
ounces [1] 90/15
our [57] 8/25 9/1 16/7 16/13 16/14 16/16 16/18 18/17 19/8 19/9 19/24 21/15 21/15 21/16 21/16 21/20 23/23 26/17 26/18 30/22 55/14 55/19 57/1 57/14 59/24 59/25 98/18 99/14 99/18 99/9 100/8 121/12 121/12 122/19 122/21 123/7 126/21 127/15 128/17 132/14 152/6 153/13 160/23 161/7 164/10 165/15 167/15 168/1 168/2 168/4 168/15 168/22 168/22 170/11 170/20 171/4 191/14
out [26] 12/1 14/18 16/14 18/18 22/8 29/19 37/25 43/2 49/18 53/15 72/20 107/8 111/10 120/12 121/15 127/9 127/11 136/20 143/9 143/17 165/10 166/16 179/8 189/5 190/25 202/18
outcome [1] 206/16
outlined [2] 117/13 136/11
Outlook [1] 36/7
outside [15] 11/18 52/1 52/19 54/14 55/11 62/14 62/21 65/11 66/10 68/10 72/8 80/3 90/23 90/25 129/15
over [46] 7/19 8/3 8/17 8/19 8/22 8/24 17/10 25/11 25/13 25/19 29/17 30/7 30/24 31/19 34/11 36/20 39/19 47/10 56/5 58/20 61/10 78/24 79/6 81/5 118/5 118/6 118/20 121/11 129/11 130/24 144/17 145/5 145/11 145/21 146/10 146/14 149/11 152/12 155/16 187/12 187/21 192/25 194/13 196/25 199/4 200/1
overall [1] 198/7
overnight [1] 146/11
oversee [5] 15/11 37/19 37/20 101/11 149/12
overseeing [1] 102/8
oversees [3] 26/18 28/16 51/20
oversight [8] 10/2 26/17 98/18 102/21 128/18 157/17 161/22 162/14
overtime [4] 162/7 162/11 189/11 189/12
own [8] 9/8 9/11 76/13 80/7 81/11 146/19 195/7 202/19
owned [1] 13/21
ownership [1] 14/2
owns [2] 13/23 13/24

**P**

P-A-R-K-E-R [1] 5/22
P.O [2] 2/16
package [2] 69/7 69/8

P

packages [4] 68/21 68/22 68/24 69/1
page [39] 3/3 3/4 3/5 3/13 3/14 3/15
3/17 3/18 3/20 3/21 3/23 4/1 4/3 4/4
4/6 4/8 4/10 4/11 4/12 76/12 77/20
79/4 79/16 81/3 90/14 103/12 107/19
109/8 109/17 113/1 124/21 150/16
167/3 167/11 170/4 170/5 202/5
203/16 204/2
pages [1] 206/9
paid [4] 20/7 35/1 165/22 166/11
pair [2] 81/7 84/21
pairs [1] 84/13
Palmer [1] 2/20
pamphlets [2] 69/22 69/24
pandemic [1] 7/6
papers [1] 148/20
paperwork [2] 21/6 47/8
paragraph [9] 64/4 66/8 66/21 109/17
112/10 113/2 170/5 203/23 204/4
PARKER [18] 1/10 2/1 5/16 5/21 47/5
61/1 72/23 73/22 89/23 123/17 148/9
173/10 186/5 200/14 201/7 201/13
203/12 203/13
Parks [1] 2/11
parole [1] 132/14
part [12] 23/12 31/3 58/1 104/11
106/10 122/2 143/4 143/23 161/16
161/18 169/22 170/18
partial [1] 25/21
participating [1] 58/2
participation [2] 32/23 122/9
particular [46] 39/13 44/20 49/15 50/4
53/14 53/18 53/18 53/20 55/7 71/22
98/7 108/2 130/10 138/3 144/5 145/9
147/12 152/5 152/22 155/8 155/9
155/11 155/20 155/25 155/25 157/7
158/7 159/20 160/1 160/2 160/2 160/6
160/11 178/9 181/3 181/13 181/14
182/4 189/13 189/13 193/21 198/3
198/7 198/11 199/9 199/24
particularly [1] 54/7
parties [1] 206/14
partner [1] 186/7
party [1] 19/17
passed [2] 201/3 201/4
past [9] 51/23 54/11 94/11 116/25
139/20 154/13 155/16 174/16 176/6
Patrick [3] 31/15 37/3 45/15
pattern [1] 150/24
patterns [2] 21/4 151/19
pay [4] 20/10 36/16 165/14 192/18
paying [3] 165/18 166/4 166/22
payment [2] 142/12 142/17
PDF [1] 74/7
penalty [1] 20/6
penitentiary [4] 10/5 10/25 186/14
187/11
people [46] 12/19 23/12 23/13 31/23
33/9 34/15 37/6 37/20 49/3 49/14
50/14 52/4 58/2 66/5 68/25 69/3 69/15
69/23 71/18 96/21 101/15 119/24
122/19 125/23 125/25 130/1 130/14
130/22 131/1 146/5 146/5 147/21
149/11 164/23 165/19 165/19 166/4
166/19 166/23 166/23 172/3 188/16
189/4 189/9 189/10 189/11
pepper [1] 44/9
per [2] 78/9 194/9
percent [2] 164/1 172/2

percentage [1] 53/24
performance [3] 102/15 149/25 150/4
perhaps [3] 73/2 105/21 118/21
period [21] 18/7 27/21 49/14 64/8
125/13 125/17 156/1 156/15 173/20
175/6 175/12 175/24 177/14 179/10
181/14 182/18 189/20 198/18 198/23
199/5 199/11
periodic [2] 124/11 128/25
periods [4] 154/6 154/10 188/18 190/1
permitted [11] 74/20 76/13 80/10 80/15
83/17 84/7 86/25 87/1 94/24 95/15
96/3
permitting [1] 81/11
perpetual [1] 110/19
persistent [1] 164/10
person [4] 8/4 31/19 52/7 104/8
personal [22] 4/1 34/21 34/22 34/24
38/23 67/18 73/25 74/20 75/6 75/11
82/15 82/21 83/9 94/2 100/18 100/20
102/7 144/24 184/21 195/7 202/8
202/24
personally [5] 26/21 39/16 63/22 174/6
192/15
perspective [3] 139/18 180/22 184/10
phone [18] 8/3 31/19 33/13 33/17
33/17 34/5 34/20 34/21 34/22 34/24
35/2 35/6 35/16 35/23 36/5 36/6 36/10
36/14
phones [1] 34/18
phonetic [1] 185/9
piece [1] 101/2
place [34] 10/12 15/10 15/23 16/22 22/2
23/15 27/22 31/4 36/17 37/10 46/23
47/1 72/3 100/19 101/24 106/4 108/3
138/18 139/13 145/14 146/8 146/9
146/10 146/18 152/18 152/20 153/5
154/14 155/16 160/23 166/15 168/20
179/15 191/25
placed [1] 190/18
places [1] 32/2
plaintiff [6] 1/5 2/1 2/9 5/8 79/11 194/14
plan [53] 18/22 18/25 19/3 19/6 19/20
27/20 27/21 27/23 31/4 125/20 125/22
126/3 126/7 126/11 126/20 126/21
126/24 127/3 127/6 127/7 127/8
127/16 127/18 127/22 128/1 128/3
128/5 128/8 128/10 128/15 128/19
128/24 129/1 129/3 129/9 129/13
129/17 129/18 129/19 130/4 130/17
135/12 135/14 135/17 136/10 136/15
136/16 138/21 138/24 145/16 179/15
179/17 184/16
planned [1] 151/16
plans [6] 19/11 21/8 130/9 146/17
146/20 155/15
plastic [2] 77/2 77/25
play [4] 41/12 108/8 146/5 171/14
players [1] 74/24
PLEASANT [6] 1/4 79/1 79/11 194/15
195/5 197/18
PLEASANT-BEY [2] 1/4 195/5
please [17] 5/3 5/20 24/12 38/8 48/8
50/25 58/13 75/14 82/12 89/15 99/7
161/15 170/9 173/1 175/2 178/23
201/11
plenty [1] 12/19
pliable [1] 196/24
pod [3] 95/16 97/7 190/18
point [14] 6/20 22/24 23/16 25/1 25/8

28/1 141/15 141/17 142/7 143/18
144/12 155/25 176/8 186/13
pointing [1] 62/10
policies [35] 7/20 8/18 8/18 8/21 8/22
15/14 16/2 16/4 16/13 16/14 16/15
16/18 18/17 38/4 46/23 59/24 59/25
60/5 70/6 98/16 98/19 98/24 99/10
99/18 100/8 106/21 106/24 106/25
143/9 161/22 163/4 193/8 193/16
193/20 194/2
policy [100] 3/13 3/14 3/18 4/3 15/11
16/11 16/12 18/15 18/15 19/24 21/20
35/9 35/12 35/17 36/14 37/10 46/2
46/5 46/7 46/22 46/24 46/25 47/3
47/16 47/18 51/12 51/16 57/1 57/4
57/6 58/12 58/18 58/21 59/7 59/13
59/22 60/2 60/3 60/4 60/4 60/10 60/14
62/19 64/6 64/19 65/22 66/1 68/10
68/14 68/18 72/7 73/20 73/24 74/10
78/9 86/24 87/21 88/16 95/23 99/14
100/3 100/16 103/12 103/20 103/22
103/23 111/1 111/18 111/19 111/25
112/24 115/1 115/6 115/9 117/4
117/18 117/24 120/13 123/5 132/11
137/23 139/11 139/15 139/17 139/18
139/22 141/4 144/7 161/20 162/24
164/3 166/22 194/6 194/8 195/10
195/17 195/23 196/21 200/4 203/2
poll [1] 57/22
Polly [3] 2/20 5/14 186/7
population [7] 48/10 54/5 95/10 104/16
105/7 156/7 199/8
populations [2] 49/24 151/12
pork [2] 51/10 51/10
port [2] 156/12 156/13
portion [3] 21/11 51/16 99/8
pose [1] 196/10
position [32] 5/23 9/15 10/7 10/11
24/21 24/22 29/3 29/5 29/8 29/8 29/9
29/16 29/24 30/7 30/11 31/3 43/18
98/11 101/11 102/12 122/2 130/13
130/20 172/9 172/13 172/18 172/23
186/19 186/19 186/25 188/2 188/6
positions [8] 11/17 23/11 166/6 182/23
183/14 188/25 189/2 192/1
positive [1] 188/21
possession [2] 74/21 83/10
possibility [2] 25/18 136/19
possible [22] 25/7 33/18 34/9 34/13
34/17 39/7 39/19 56/7 60/12 68/3
99/23 100/1 118/16 130/2 130/6 133/5
171/18 172/5 174/13 181/21 201/1
201/1
possibly [2] 52/2 81/1
post [39] 11/8 19/19 23/7 150/24
152/22 152/23 155/11 155/17 156/2
156/3 156/6 156/8 156/8 156/14
156/16 156/22 156/23 157/6 157/9
157/12 157/14 157/14 157/21 157/22
157/24 158/2 158/6 158/15 158/15
158/16 158/16 159/20 160/3 171/25
172/1 178/1 178/8 178/10 178/15
Post-Graduate [1] 11/8
post-order [1] 19/19
postponing [1] 155/9
posts [50] 13/17 21/4 151/17 152/3
152/21 152/24 153/2 153/15 154/1
154/12 154/20 155/11 155/21 155/22
156/18 156/19 158/3 159/13 159/14
159/23 160/1 160/5 160/10 160/13

## P

posts... [26]  162/5 162/15 162/16 171/14 174/23 175/3 175/5 175/8 175/11 175/23 176/16 176/24 177/2 177/5 177/12 177/24 178/6 178/10 179/9 179/23 180/8 181/9 181/13 181/17 182/17 185/17
potentially [1]  165/19
Pounds [4]  133/17 133/19 133/20 133/22
practically [1]  145/11
practice [9]  49/14 53/12 53/16 53/19 86/5 89/14 104/25 110/17 152/24
practices [2]  48/19 98/22
practicing [4]  49/3 52/4 52/18 54/5
practitioner [1]  40/19
prayer [16]  69/21 73/4 73/8 77/2 77/5 77/25 77/25 79/25 80/3 90/14 90/20 91/4 91/9 195/15 195/16 195/17
prayers [1]  69/25
prays [1]  195/16
preliminary [4]  131/14 131/17 131/18 132/19
premise [1]  30/22
preparation [3]  8/14 12/24 200/18
prepare [2]  7/16 65/3
prepared [3]  49/18 55/7 62/12
preparing [1]  63/1
present [2]  8/7 164/6
preserved [1]  36/9
Pretend [1]  15/18
pretty [9]  11/15 55/1 93/2 122/8 146/1 164/11 171/4 199/18 200/25
prevent [2]  37/11 166/22
prevented [1]  151/7
previous [7]  46/20 60/4 114/16 115/8 174/22 204/17 204/18
previously [18]  58/25 59/4 60/18 63/9 73/16 75/16 77/11 78/14 82/8 103/15 114/6 116/16 118/10 123/13 133/10 149/17 173/7 180/1
previously-mentioned [16]  58/25 59/4 60/18 63/9 73/16 75/16 77/11 78/14 82/8 103/15 114/6 118/10 123/13 133/10 149/17 173/7
primarily [12]  8/21 16/23 37/2 38/21 51/9 92/2 93/11 121/6 126/2 126/6 131/5 131/8
primary [4]  22/3 44/13 57/17 138/6
prior [2]  18/6 29/10
prison [4]  15/19 71/2 147/22 163/1
prisoner [13]  24/8 69/10 89/7 99/22 112/18 112/19 116/22 117/19 138/2 140/2 140/7 142/21
prisoner's [1]  99/13
prisoners [34]  17/1 17/2 24/5 24/15 24/16 53/25 54/5 57/19 66/15 66/17 69/1 70/1 70/2 70/4 71/2 71/13 72/6 80/15 87/12 98/13 100/4 100/23 102/22 103/5 104/15 111/8 112/3 121/1 121/9 121/17 137/9 172/11 176/20 189/19
prisoners' [1]  139/2
prisons [35]  9/16 9/24 30/10 40/1 42/4 42/20 42/25 43/4 43/22 43/23 45/8 53/4 55/12 55/19 64/15 82/25 104/6 104/12 157/18 158/10 158/12 166/19 170/11 170/21 171/10 182/15 184/13 184/19 187/13 188/4 188/5 190/8 190/9 190/11 204/23

private [7]  15/2 15/11 27/3 30/9 39/14 163/1 169/16
privilege [1]  72/24
probably [11]  6/5 28/13 33/16 33/16 52/7 58/1 92/20 122/15 146/11 154/7 165/6
probation [1]  132/14
problem [10]  71/3 71/9 74/9 129/22 139/19 140/19 163/24 164/10 165/2 191/19
problematic [3]  144/6 144/8 175/12
problems [4]  104/23 105/5 137/21 152/11
procedure [10]  2/2 70/25 104/23 105/16 106/8 112/4 113/3 117/3 201/12 204/9
procedures [24]  4/6 103/24 104/1 104/15 105/3 106/1 106/3 106/13 106/17 106/24 117/14 118/14 118/18 127/25 134/15 135/6 136/11 139/13 146/9 177/4 201/9 201/17 202/15 203/15
process [79]  16/13 19/9 21/17 23/23 42/2 57/14 65/17 91/18 91/25 99/17 99/24 99/24 100/21 101/2 101/4 104/11 105/9 105/11 105/20 106/1 106/3 106/20 107/8 109/10 109/15 110/22 111/5 111/10 111/14 112/7 113/7 113/12 113/15 113/19 114/24 115/15 116/17 119/2 119/4 120/7 120/16 120/24 122/5 122/6 122/8 122/9 122/18 122/19 123/4 123/7 124/20 125/14 126/10 131/20 132/11 137/19 138/8 138/9 138/13 138/14 138/17 140/3 140/14 140/20 143/5 143/21 143/24 144/6 145/20 146/1 146/14 148/16 148/24 149/8 157/7 201/18 204/8 205/9 205/12
processed [1]  141/1
processes [10]  16/6 72/2 100/11 100/11 101/24 145/14 152/18 152/20 155/3 155/13
processing [2]  109/21 204/25
procurement [2]  91/22 92/3
produces [1]  132/8
professional [1]  144/25
program [11]  11/13 11/13 11/14 46/8 48/2 59/16 96/23 96/24 97/5 98/6 164/22
programs [4]  51/21 62/1 98/2 191/5
progress [2]  128/25 129/2
progressed [1]  186/19
prohibit [1]  167/1
prohibited [3]  66/11 95/22 130/5
prohibits [1]  95/25
promoted [6]  186/24 186/25 187/4 187/7 187/8 187/11
promptly [1]  136/4
proper [2]  109/22 112/23
properly [1]  110/25
property [22]  3/21 4/1 13/25 73/25 74/20 74/23 75/7 75/23 77/16 77/21 78/5 82/15 82/22 83/9 90/10 91/7 93/13 94/25 95/3 96/5 202/9 202/24
proposed [8]  126/24 127/15 128/7 128/9 129/16 130/3 134/22 135/1
protected [3]  24/5 24/15 99/13
protection [1]  137/12
protocols [2]  51/21 171/13
provide [7]  52/3 65/6 65/9 65/10 89/10

96/24 130/13
provided [13]  48/10 49/24 50/2 51/2 53/3 58/17 66/11 67/14 68/9 104/19 104/20 105/14 157/23
provides [6]  55/24 91/6 91/7 164/22 169/13 201/18
providing [6]  26/17 63/4 63/5 68/1 102/21 143/6
provision [2]  22/15 26/13
provisions [2]  2/2 161/14
public [2]  168/10 169/22
publish [5]  74/19 167/8 168/8 168/13 168/14
published [4]  82/15 98/17 167/10 169/14
purchase [12]  86/12 86/12 86/17 86/20 86/21 86/25 87/1 87/13 87/19 87/19 88/11 93/4
purchased [4]  68/8 90/20 90/22 93/9
purchasing [1]  91/23
purpose [1]  143/2
purposes [1]  47/19
pursuant [3]  2/2 142/8 161/20
purview [1]  162/18
put [12]  23/15 27/11 30/9 31/4 60/24 90/9 143/25 149/14 155/16 179/15 196/13 196/14
putting [3]  125/21 155/14 191/24

## Q

qualified [3]  51/5 51/17 51/18
qualify [1]  32/22
Quarterly [1]  173/22
question [44]  14/5 24/12 38/8 39/10 39/11 39/12 41/1 42/8 47/12 47/19 50/13 52/7 57/22 58/13 69/5 71/22 97/24 98/23 99/7 108/17 116/13 119/10 119/13 119/16 127/3 132/20 138/20 139/1 139/8 139/20 142/6 142/23 143/7 144/23 152/7 164/19 165/8 174/10 178/3 178/22 180/4 182/2 182/10 198/9
questionable [1]  170/21
questions [23]  2/4 53/19 87/24 90/2 147/6 149/2 149/3 181/25 185/24 186/8 193/1 194/16 194/17 194/25 197/14 197/16 198/13 198/21 200/14 201/7 201/13 201/16 205/15
quick [4]  186/2 200/13 200/25 201/7
quicker [1]  201/5
quickly [2]  129/22 146/2
quite [3]  84/4 120/11 187/23

## R

radios [1]  74/24
Ramadan [12]  3/15 48/12 49/1 49/5 49/6 49/11 49/12 49/19 61/7 66/23 67/14 68/2
range [1]  93/14
ranks [1]  197/2
rate [5]  167/8 167/11 167/14 167/19 168/12
rates [3]  167/23 168/2 169/13
rather [1]  65/10
rating [1]  172/2
rationale [1]  81/10
Raymond [1]  133/23
razor [1]  196/17
reach [1]  69/22
reaching [1]  53/15

**R**

react [1] 38/2
read [33] 13/15 48/8 50/24 61/2 61/5 62/15 64/5 64/16 66/12 67/15 72/7 75/4 90/17 91/1 99/6 99/8 108/12 114/11 119/12 125/10 133/13 135/9 136/6 151/12 151/20 159/5 163/12 167/11 170/8 174/23 175/2 182/11 196/20
reading [1] 2/3
real [2] 71/16 186/1
really [17] 10/14 10/16 37/6 41/14 41/15 120/11 127/3 129/18 130/8 145/8 157/14 159/21 161/2 182/7 188/20 188/22 191/19
reason [5] 63/25 87/25 107/9 174/7 201/24
reasonable [1] 197/8
reasons [4] 111/24 191/23 192/7 196/18
reassigning [2] 45/2 45/5
rebuttal [1] 132/16
rec [1] 189/17
recall [11] 8/18 32/16 32/18 33/2 33/21 45/7 66/14 96/16 116/24 121/25 194/17
receive [5] 37/15 37/22 66/22 125/7 125/17
received [8] 37/7 44/14 53/6 68/21 107/4 109/23 111/21 135/25
receiving [4] 38/1 64/10 64/13 66/15
recent [1] 41/23
recently [1] 41/21
reclassify [1] 158/14
recognize [7] 75/19 76/25 78/3 82/12 114/13 118/17 149/21
recognized [3] 53/15 55/1 105/1
recollection [3] 48/25 49/4 200/21
recommendation [1] 125/22
recommending [1] 43/18
record [20] 5/2 5/20 47/11 89/21 99/3 99/5 99/8 110/19 110/22 111/20 123/15 123/17 148/5 148/8 173/2 173/4 203/4 203/6 203/12 206/10
records [2] 18/15 34/16
recruit [2] 54/11 166/18
redo [1] 112/14
reduce [2] 152/20 163/7
reeducate [1] 135/4
reentry [1] 96/24
refer [1] 203/15
reference [1] 168/3
referenced [3] 114/16 159/18 159/25
references [1] 51/17
referring [3] 69/7 69/18 69/19
refers [1] 107/22
reflect [1] 18/17
reflected [1] 175/8
reflects [1] 169/3
refresh [2] 60/8 63/20
regard [2] 111/1 148/17
regarded [1] 30/20
regarding [11] 7/14 30/19 30/21 100/4 122/12 132/16 136/10 149/1 149/6 150/6 150/7
regardless [1] 107/10
regards [2] 31/5 198/3
region [4] 9/25 10/3 10/6 187/12
regional [4] 12/5 34/10 187/3 187/22
regular [1] 128/22

regularly [2] 163/6 168/16
regulations [6] 16/8 53/6 91/23 99/16 171/16 171/16
rehab [7] 55/19 61/18 61/25 62/3 65/21 70/19 101/21
rehabilitation [4] 51/22 53/10 56/11 71/20
rehabilitative [1] 92/3
reimbursed [1] 35/1
reissue [1] 60/10
reject [2] 128/2 128/9
rejected [1] 119/13
related [23] 8/20 8/21 19/18 20/2 21/3 27/1 38/18 53/19 66/19 70/7 71/24 75/22 82/15 87/24 94/12 95/23 101/5 104/18 104/18 134/8 135/17 147/7 206/13
relates [3] 16/20 144/9 169/4
relating [4] 8/24 52/3 52/15 65/23
relation [6] 82/2 111/18 121/25 127/4 141/7 179/16
relatively [1] 40/17
relevant [2] 198/6 198/9
reliable [5] 159/5 159/12 160/14
religion [5] 45/25 54/8 54/10 100/17 161/24
religions [5] 13/6 59/16 64/12 66/10 89/14
religious [82] 3/21 8/20 8/21 8/23 46/8 48/2 48/21 50/21 51/5 51/6 51/17 51/18 51/19 51/20 51/20 51/25 52/1 52/5 52/8 52/16 52/19 52/21 52/25 53/8 53/12 53/15 56/9 56/15 57/11 61/23 61/25 62/2 64/9 65/20 66/11 66/21 66/24 67/25 68/12 70/12 70/19 71/20 71/24 72/1 75/23 77/15 77/21 78/5 79/2 79/14 80/20 80/25 86/3 87/8 87/13 88/20 88/25 89/3 89/5 89/6 89/10 90/10 90/20 98/6 98/13 99/13 99/21 100/4 100/22 101/12 101/20 102/4 102/9 102/12 102/16 102/21 102/25 103/5 161/13 161/19 192/24 194/7 194/17
remain [1] 90/21
remedied [1] 139/19
remedies [1] 120/3
remedy [3] 129/19 143/18 143/19
remember [41] 6/12 6/13 6/15 7/15 8/10 28/9 31/16 33/7 33/25 38/16 39/10 39/20 42/5 42/15 44/15 55/9 64/25 66/4 66/18 80/18 93/7 93/8 94/13 99/25 102/18 103/3 103/8 116/14 116/25 117/2 150/9 152/4 154/6 154/9 192/3 194/25 197/16 198/20 200/19 201/13 201/20
remembering [1] 6/14
remind [1] 6/16
removal [1] 25/8
remove [1] 30/3
removed [1] 43/18
repeat [8] 14/5 24/12 38/8 58/13 106/10 161/15 178/22 193/12
rephrase [1] 24/13
replaced [4] 42/2 42/2 42/3 42/6
replacing [1] 45/11
report [51] 18/19 22/8 27/6 27/10 27/13 27/17 28/22 40/8 42/21 44/17 131/14 131/17 131/18 131/19 131/23 132/5 132/8 132/19 136/18 140/10 149/5 149/7 150/14 150/17 161/6 163/6

168/15 168/16 168/25 169/1 169/3 169/23 174/9 174/11 174/14 176/15 178/5 178/19 179/4 179/8 179/11 179/21 179/24 179/25 182/1 182/4 182/8 183/3 183/10 183/11 200/1
reported [2] 18/20 206/8
reporter [5] 72/14 74/5 123/10 206/7 206/20
REPORTER'S [1] 206/1
reporting [3] 160/18 174/15 206/19
reports [21] 13/17 28/23 37/22 40/9 83/5 83/6 128/22 154/15 159/1 159/9 159/17 159/19 159/22 159/25 160/13 160/22 161/4 161/6 169/10 176/13 198/14
represent [4] 5/4 5/11 5/15 186/6
representing [1] 5/8
reprimanded [1] 102/13
request [11] 18/22 35/23 35/24 70/8 70/13 71/16 79/14 79/18 79/19 89/6 138/12
Requested [1] 99/8
requests [4] 70/8 79/2 199/16 199/19
require [4] 158/3 169/12 189/11 189/12
required [18] 74/22 88/19 100/9 115/22 115/25 116/1 116/10 116/11 117/20 118/1 119/21 120/2 120/15 134/18 174/23 175/4 190/2 194/3
requirement [5] 19/24 88/23 117/25 119/15 122/25
requirements [23] 16/4 16/8 16/17 21/9 50/21 51/6 52/4 52/17 52/17 52/23 53/12 53/14 55/10 61/23 65/19 66/25 100/8 111/1 111/19 153/20 162/24 163/4 163/8
requires [1] 158/2
reserved [1] 2/4
resolve [6] 19/23 21/22 27/25 105/9 141/24 141/25
resolved [2] 122/24 142/2
resources [1] 68/4
respect [7] 193/8 193/16 195/25 197/23 199/3 199/25 200/1
respond [1] 91/20
responded [5] 125/9 139/2 139/24 140/10 198/19
response [27] 64/8 105/14 107/5 111/3 111/3 111/12 111/22 111/23 115/4 125/8 125/14 125/17 132/23 132/24 134/1 134/5 134/7 134/17 134/22 135/6 135/25 155/17 178/19 179/11 179/22 204/14 204/23
responses [3] 135/21 136/2 200/5
responsibilities [1] 17/24
responsibility [10] 17/10 18/3 24/4 24/14 126/3 126/7 128/14 161/18 161/21 184/22
responsible [14] 18/24 19/3 19/5 19/12 50/9 56/22 57/3 61/22 136/2 157/15 161/12 184/9 184/15 184/25
resubmit [1] 110/6
result [2] 136/4 163/12
resulted [2] 163/9 197/21
resume [1] 145/22
resumption [2] 145/15 146/20
retain [1] 166/19
retention [3] 35/8 35/11 35/17
return [3] 112/22 204/24 205/1
returned [7] 109/21 112/12 112/19 120/8 120/14 136/3 138/22

**R**

reveal [1] 72/24
review [37] 9/7 16/13 21/5 21/20 27/13 27/16 34/16 35/10 42/16 42/18 42/19 44/16 45/20 70/13 71/20 71/21 72/2 75/8 78/22 99/17 105/9 109/9 109/15 115/1 116/18 122/9 122/10 126/21 127/7 148/20 161/22 183/9 202/6 203/9 203/17 203/20 204/3
reviewed [11] 9/1 9/6 59/24 70/14 83/19 105/12 106/7 106/11 125/6 180/1 183/7
reviewing [] 44/14 116/25
reviews [1] 104/3
revised [1] 74/21
RFP [4] 91/18 91/19 91/20 92/5
right [107] 12/15 12/17 17/12 17/13 17/19 17/25 20/15 22/11 22/16 23/4 24/9 24/17 26/14 36/10 37/23 38/11 43/9 46/1 46/14 47/11 47/20 47/22 48/1 48/6 52/13 54/3 54/18 55/2 56/13 59/14 59/17 62/11 72/9 74/7 74/10 74/11 77/6 78/1 79/7 79/17 80/5 82/19 82/20 82/25 83/23 84/24 85/5 87/16 87/17 88/17 89/7 95/6 98/9 102/5 111/25 112/1 112/6 112/14 113/7 113/8 114/21 114/21 116/2 117/5 124/24 127/5 128/10 130/6 133/24 137/4 137/10 137/18 138/4 138/8 140/5 140/6 140/20 141/10 142/10 142/18 143/11 143/23 145/10 150/19 153/9 159/10 160/7 160/10 162/19 165/20 165/23 172/24 179/6 183/10 186/14 190/13 190/15 192/8 193/4 195/6 198/17 198/24 201/9 202/20 203/11 203/13 205/14
right-hand [1] 79/7
rights [4] 24/5 24/15 161/13 161/19
risk [5] 155/14 156/5 172/19 178/1 189/23 197/5 197/7
risks [1] 104/21
Riverbend [2] 7/12 96/23
road [3] 10/15 10/18 10/19
rode [1] 10/14
role [7] 14/3 14/7 63/23 103/25 104/2 121/2 148/12
role vis-à-vis [1] 14/3
room [5] 30/13 37/4 190/19 190/25 190/25
Rosa [1] 2/11
roster [5] 135/9 157/8 174/21 189/9 191/5
rosters [7] 150/23 151/18 157/1 158/21 159/8 159/22 175/8
rounds [1] 44/9
routinely [1] 36/2
row [1] 7/12
rug [3] 77/5 78/1 195/17
rules [5] 2/2 6/10 6/12 6/13 24/24
run [2] 17/18 197/21
run-in [1] 197/21
running [3] 14/22 109/24 155/2

**S**

safe [6] 41/4 41/5 164/11 172/11 197/16 197/24
safety [24] 90/24 113/11 113/14 145/2 153/6 153/17 154/20 170/11 170/13 170/20 170/23 170/25 171/4 171/10 171/13 171/16 171/16 171/24 175/19

176/19 177/5 177/15 197/15 197/23
said [23] 8/17 9/12 15/22 22/13 38/9 41/16 42/19 53/22 58/22 74/2 111/17 116/24 123/2 137/20 138/25 147/4 153/7 161/16 182/1 183/5 191/17 198/17 200/18
SAITH [1] 205/19
sally [2] 156/12 156/13
same [28] 20/20 21/17 36/7 37/4 40/22 48/24 53/5 56/18 59/7 64/13 66/16 66/16 78/3 87/4 139/5 142/1 153/11 153/24 156/12 158/19 164/20 164/20 166/9 171/21 183/6 191/10 196/11 196/24
sanction [1] 143/4
satisfied [1] 199/23
satisfy [1] 141/23
sauce [1] 165/10
save [1] 36/3
savvy [1] 202/17
saw [2] 73/5 165/1 188/20
say [66] 6/10 19/14 19/22 20/4 23/6 24/22 26/23 28/12 32/3 33/10 37/3 40/9 40/16 52/1 52/19 54/3 55/3 57/18 64/24 71/17 72/5 88/8 88/22 95/4 105/15 108/18 115/24 118/25 121/8 122/11 122/17 125/25 127/2 127/13 127/22 127/24 128/22 129/13 132/6 134/16 138/9 139/25 141/18 142/23 145/4 151/6 162/12 164/1 164/2 164/14 164/15 166/14 171/2 172/3 176/23 179/25 182/6 187/23 188/4 189/17 189/24 192/11 199/4 199/24 200/3 203/22
saying [5] 88/15 108/18 116/5 156/18 195/6
says [46] 46/16 48/9 49/23 59/13 62/21 63/18 63/24 64/5 68/8 74/18 76/15 79/13 84/11 84/20 85/9 85/14 85/17 90/13 115/19 117/11 118/22 119/6 120/14 124/1 124/24 125/2 125/5 125/20 127/15 127/17 134/1 134/25 140/10 150/17 150/19 162/22 167/6 170/19 173/11 173/20 175/1 202/5 203/16 204/4 204/7 204/22
scanned [1] 78/24
schedule [1] 191/7
schedules [1] 157/1 157/12
Schofield [2] 46/18 46/19
School [1] 11/8
Scout [2] 71/11 71/12
screen [16] 46/1 46/10 47/16 49/23 50/20 60/21 74/16 90/9 107/19 118/5 118/21 133/7 149/15 174/17 201/8 202/25
scroll [3] 47/24 48/1 79/16
scrolling [1] 179/20
second [14] 1/24 2/22 47/25 61/9 61/11 62/5 81/2 84/19 84/20 99/1 109/17 150/7 158/24 158/25
secondary [1] 131/22
secondhand [1] 27/1
secret [1] 165/10
section [15] 21/18 29/19 30/2 48/1 48/2 74/14 90/19 107/6 109/9 113/5 126/14 127/1 129/6 170/6 180/18
sections [1] 149/11
security [27] 11/9 16/4 19/19 71/21 81/17 81/21 83/23 84/2 84/6 84/17 90/24 95/8 98/1 135/4 158/22 162/15

170/23 175/10 176/17 177/13 187/5 187/6 196/14 196/10 197/2 197/5 197/7
see [102] 26/24 27/17 27/23 28/2 33/1 37/2 37/3 46/2 46/3 46/10 46/13 47/22 48/1 48/3 48/5 50/22 59/8 59/13 59/14 62/5 62/9 62/10 68/8 68/12 70/2 73/22 74/15 75/2 75/24 76/13 76/16 77/14 77/22 79/7 79/13 79/17 81/2 81/8 84/11 84/14 84/19 84/20 85/4 85/10 85/14 90/11 90/13 96/9 96/12 103/18 103/23 107/20 107/22 109/9 109/14 109/17 109/25 113/3 113/21 115/17 115/19 118/3 118/25 119/15 120/18 122/10 123/18 123/23 124/2 124/15 124/24 125/3 134/10 134/11 141/7 150/18 150/25 152/25 158/25 163/23 167/4 167/23 170/5 173/14 173/17 173/23 174/17 177/18 179/14 191/11 196/2 196/6 199/21 201/9 202/5 202/10 203/8 204/3 204/10 204/20 205/1 205/6
seeing [6] 147/10 147/11 167/16 202/15 202/23 203/1
seek [1] 144/14
seeking [1] 52/15
seem [1] 72/6
seems [2] 176/1 192/2
seen [10] 31/22 31/24 31/25 63/14 118/14 120/19 124/8 174/9 174/11 190/10
seldom [1] 26/23 121/12
sell [2] 91/4 91/9
senate [1] 168/18
send [1] 110/4
sense [1] 65/1
sent [6] 9/9 27/19 90/25 115/21 149/5 160/22
sentence [4] 81/3 110/2 167/3 204/7
sentenced [4] 17/3 17/6 17/11 18/2
separate [2] 30/1 30/5
September [4] 59/8 59/19 76/10 125/7
September 11 [1] 76/10
September 27 [1] 125/7
September 30 [1] 59/19
sergeant [1] 187/1
series [1] 79/1
serious [9] 87/5 87/6 105/6 107/12 133/4 144/25 151/23 152/4 152/9
serve [1] 48/9
served [1] 187/10
serves [1] 56/6
service [24] 8/21 16/5 30/21 48/10 49/24 50/3 50/6 50/9 50/18 51/3 53/2 55/15 55/21 55/25 61/12 63/1 63/4 65/2 65/8 66/21 71/4 92/6 96/23 122/21
service-related [1] 8/21
services [46] 8/20 8/23 30/3 30/19 30/20 51/20 51/25 52/8 52/16 52/22 53/8 54/13 54/16 54/17 55/12 55/19 56/9 61/18 61/25 62/1 62/2 62/3 62/13 65/6 65/21 65/22 66/6 70/12 70/19 70/19 71/24 72/1 81/1 86/5 92/3 94/12 101/12 101/20 101/21 102/5 102/9 102/12 102/16 102/25 104/19 195/22
set [4] 16/7 99/15 190/11 203/5
settle [1] 141/20
settled [2] 40/21 103/4
seven [4] 108/5 108/6 111/3 134/18
seven-day [1] 111/3

**S**

several [4]  40/20 72/2 151/17 195/9
sexual [1]  184/6
shake [1]  6/11
shall [6]  50/21 51/2 109/21 175/4
204/23 205/5
share [2]  109/11 201/7
she [3]  8/11 29/17 135/24
shift [8]  135/4 174/21 175/8 178/11
178/12 178/13 189/8 189/15
shifted [2]  31/2 156/6
shifts [5]  174/22 175/10 176/17 177/13
178/11
shoe [2]  196/21 196/23
shoes [5]  81/6 84/20 84/24 85/2 196/22
Shonebarger [6]  3/17 63/12 63/15
63/18 64/2 64/5
shop [2]  30/10 104/7
short [5]  89/21 151/20 155/2 189/6
189/21
shortage [3]  155/5 165/5 181/9
shortages [4]  147/13 151/6 152/17
152/19
shortcomings [1]  163/6
shot [1]  44/9
should [21]  12/16 46/2 53/13 58/22
73/14 80/7 89/9 109/22 110/3 110/4
110/5 114/4 140/12 140/13 140/15
167/7 182/20 200/6 203/22 204/13
204/16
show [7]  103/9 118/7 123/9 131/15
133/7 189/5 189/10
shower [3]  108/19 108/20 108/24
shown [1]  47/15
shutting [1]  155/7
sic [1]  72/16
side [2]  30/24 202/19
sign [2]  16/15 28/2
signed [2]  196/4 204/14
significant [7]  40/14 41/2 154/20
191/14 191/16 192/4 197/22
significantly [1]  166/5
signing [1]  2/3
similar [1]  191/13
since [16]  6/8 9/13 11/16 11/25 29/4
31/11 40/18 78/7 93/11 106/9 106/13
179/8 194/12 195/6 197/19 197/20
single [3]  12/20 176/10 180/17
sir [26]  5/19 24/11 31/13 59/8 68/23
69/14 75/19 82/3 82/12 96/11 137/14
174/11 175/2 175/13 175/20 176/11
178/7 178/17 180/5 180/23 181/7
181/25 182/21 183/3 185/6 185/18
sit [1]  163/25
site [9]  10/17 19/10 26/24 126/5 130/1
130/15 130/20 130/23 156/17
sitting [1]  127/16
situation [7]  24/19 86/10 156/4 172/3
172/15 182/4 199/9
situations [2]  163/10 177/25
six [2]  9/21 194/13
sixth [1]  79/18
skills [1]  206/11
so [187]  6/16 7/5 10/16 10/18 12/21
14/13 15/14 15/22 17/17 17/9 20/16
22/6 22/7 22/9 22/21 22/22 23/18
24/13 24/19 26/8 26/9 30/6 30/11 31/2
32/1 33/16 33/17 34/15 36/6 44/21
47/11 47/15 49/22 50/1 51/19 52/6
52/9 52/10 54/7 54/18 55/1 55/3 55/17

56/25 60/1 60/21 61/17 62/2 62/24
64/4 69/5 69/9 71/8 74/4 74/18 78/19
80/17 82/13 83/15 84/9 87/12 87/18
88/11 88/14 90/8 91/8 91/18 92/6
92/25 93/23 94/14 95/8 96/7 98/8
98/11 101/13 101/19 101/23 102/2
102/7 105/25 106/23 108/1 108/11
108/15 108/18 108/23 109/5 110/3
112/9 113/9 113/20 114/19 115/8
115/10 115/20 115/24 117/11 118/7
119/8 119/12 119/16 120/10 120/12
120/20 120/22 122/11 123/17 124/17
124/22 126/9 126/10 127/8 127/10
127/13 127/21 128/6 128/11 128/12
130/8 131/10 131/25 132/1 134/4
134/10 134/20 137/7 137/17 137/25
138/20 140/2 140/7 142/3 142/7
142/12 142/15 143/17 147/24 148/1
149/2 153/14 154/16 155/7 156/2
156/6 157/11 157/13 157/20 158/12
159/3 159/12 160/5 161/21 161/24
163/25 165/5 165/18 166/2 166/4
168/2 169/17 172/7 176/23 177/6
178/5 178/11 179/5 179/8 180/20
184/25 186/9 190/24 190/25 191/8
192/2 193/20 194/12 198/3 198/8
199/1 199/15 199/25 201/22 202/4
203/11 204/2 205/8
social [5]  32/19 32/21 32/22 33/3 37/5
socialize [3]  36/24 37/1 37/5
socialized [3]  32/9 32/11 36/23
sock [2]  73/4 196/25
socks [14]  73/8 79/19 79/21 79/22
79/25 81/16 82/2 84/11 84/13 84/16
195/25 196/1 196/10 196/12
solid [4]  76/15 76/19 77/2 95/5
solution [1]  164/13
solve [1]  99/20
some [62]  7/19 7/19 8/17 8/24 9/9
10/12 13/16 13/17 14/2 15/1 17/9
17/15 21/4 21/6 23/11 23/16 24/24
25/8 25/12 31/17 33/11 33/11 36/17
36/25 40/14 40/22 45/13 52/5 53/17
54/21 64/9 65/19 69/21 69/24 72/18
99/24 117/23 119/24 119/24 128/21
141/17 147/3 147/4 147/6 152/4 154/8
154/24 155/5 155/21 156/18 163/3
169/8 174/15 178/15 179/10 181/2
186/12 190/1 194/2 196/16 198/18
201/24
somebody [8]  9/7 23/1 54/21 71/6
71/13 127/17 158/13 189/4
somebody's [1]  22/8
someone [24]  11/24 37/12 37/25 38/18
44/8 52/11 53/11 69/9 72/4 76/4 83/15
87/18 88/1 89/1 102/3 102/3 106/19
106/23 120/13 126/12 128/13 140/13
161/19 172/4
someone's [4]  57/23 97/8 97/14 120/2
something [35]  18/18 24/25 26/24
37/11 37/22 38/1 39/8 52/20 53/20
54/19 56/25 69/11 70/3 73/10 81/22
94/20 108/4 116/5 117/9 118/24
119/13 127/25 129/15 130/4 136/25
138/21 158/8 158/14 165/7 166/13
180/21 181/10 193/25 198/17 202/16
sometimes [6]  6/13 60/8 149/2 156/22
156/22
somewhat [10]  46/6 48/16 49/7 55/5
75/8 115/11 116/11 117/16 121/13

133/20
somewhere [5]  84/1 114/25 117/21
185/22 196/20
soon [1]  133/5
sorry [25]  9/5 13/12 24/12 24/21 36/19
39/4 47/8 49/9 58/13 65/14 72/14 76/1
92/9 103/24 106/10 113/13 130/1
133/22 136/23 137/15 142/6 170/4
174/10 193/11 193/13
sort [2]  108/18 128/21
sought [1]  100/16
sound [6]  6/17 73/9 73/10 77/5 85/21
197/12
sounded [1]  187/16
sounds [2]  132/1 146/1
sources [1]  54/14
south [4]  2/22 14/25 146/18 189/1
space [1]  10/17
speak [6]  8/15 39/5 51/25 107/7 121/1
130/16
speaking [2]  114/19 121/9
special [7]  48/9 48/19 50/2 55/7 70/8
70/13 73/3
specialized [2]  54/21 80/20
specific [24]  20/16 33/7 33/25 39/10
39/20 44/15 52/16 52/22 58/6 58/8
66/18 78/8 93/19 93/24 97/4 98/6
99/25 135/17 139/20 139/21 142/5
154/9 155/19 159/8
specifically [17]  14/1 45/14 52/6 57/5
60/3 60/15 66/4 69/7 76/24 81/16 82/2
106/14 115/7 119/1 120/23 121/24
150/9
specifics [8]  21/6 38/16 48/20 55/10
68/5 94/13 107/15 130/9
speculation [1]  57/25
spell [1]  5/19
spend [1]  97/5
spoke [1]  38/9
spoken [2]  39/1 39/22
sponsor [1]  33/11
sponsored [1]  33/6
sprayed [1]  44/9
stabbings [1]  183/25
staff [33]  66/21 83/7 101/16 101/22
138/11 139/9 150/22 151/7 152/15
155/2 155/6 155/10 156/16 163/7
165/15 167/15 168/12 169/4 170/12
170/24 171/19 180/7 180/16 182/9
182/13 183/12 187/17 188/14 188/17
188/20 191/25 192/8 192/19
staffed [7]  151/20 155/1 174/23 175/4
176/19 189/6 189/21
staffing [56]  21/4 113/18 147/7 147/13
147/18 150/23 150/23 151/10 151/15
151/19 152/13 152/17 152/19 153/5
153/20 154/6 154/19 155/1 156/7
156/25 158/21 158/21 158/22 159/1
159/8 159/17 159/18 159/21 159/24
162/4 163/22 163/23 164/9 164/12
164/17 165/2 165/5 170/10 170/19
170/21 171/11 171/14 171/22 172/10
172/14 173/21 174/20 181/1 181/9
188/10 189/14 190/2 191/8 191/11
197/15 198/10
stage [1]  104/4
Stamp [1]  79/17
standard [1]  104/25
standards [5]  16/5 18/16 98/21 105/1
105/2

**S**

standpoint [4]  40/19 81/17 110/24 137/7
stands [2]  74/25 174/1
start [7]  5/6 12/1 12/4 74/15 141/5 148/21 189/8
started [3]  178/11 186/17 186/21
Starting [1]  135/20
starts [4]  78/17 109/23 173/11 204/4
state [86]  1/7 2/15 5/19 9/17 10/4 10/5 10/25 11/3 16/14 16/15 16/16 16/18 16/19 17/3 17/6 18/2 18/15 19/1 21/17 21/20 22/4 30/17 32/25 34/23 35/9 36/5 36/20 38/5 40/10 40/13 40/15 40/25 41/13 46/21 55/13 57/2 57/3 91/19 91/22 91/23 93/9 93/13 96/25 98/19 99/18 100/8 100/10 101/9 106/2 107/10 121/16 126/3 130/24 131/7 145/19 145/21 146/13 146/16 147/15 147/19 147/22 149/12 151/18 153/14 154/9 154/22 154/24 163/24 164/2 164/21 165/4 165/14 166/12 166/18 168/2 168/18 169/2 169/17 172/9 186/14 187/10 188/5 188/11 191/22 206/3 206/7
stated [3]  126/20 152/2 163/11
statement [6]  54/6 67/8 170/8 170/16 171/5 177/22
states [8]  1/1 81/3 90/14 93/23 109/18 112/10 147/23 163/25
statewide [1]  147/10
statistical [2]  168/23 169/9
stay [2]  99/16 137/22
stayed [2]  10/15 186/24
stays [1]  142/13
step [2]  128/12 145/3
stepping [1]  25/7
steps [4]  19/17 145/5 172/17 192/12
STG's [1]  185/9
stick [1]  47/20
sticks [4]  76/22 76/22 76/23 77/25
still [21]  17/23 17/23 18/8 29/16 40/17 46/23 46/24 47/1 53/5 68/14 68/18 86/21 117/18 147/20 163/3 163/20 164/12 172/3 176/18 196/14 204/2
stop [2]  141/16 152/22
Stranch [1]  2/10
strange [1]  54/21
Straughter [2]  61/13 61/18
stressful [1]  192/10
strong [3]  171/4 188/22 188/24
structure [2]  9/1 15/18
studies [1]  11/9
study [6]  72/5 95/16 95/17 181/22 182/8 183/11
stuff [2]  9/8 84/5
sub [1]  168/19
subcontract [1]  14/18
subcontracts [3]  14/10 17/21 193/3
subject [13]  73/24 77/15 79/13 82/21 83/19 103/22 103/23 116/6 124/1 134/1 134/12 204/15 205/11
submit [5]  47/17 59/12 73/19 126/11 126/13
submitted [10]  73/7 79/14 109/25 112/18 127/6 128/1 128/3 128/8 158/3 159/22
substantive [1]  129/17
such [7]  9/2 26/16 71/16 98/2 107/4 169/9 204/12

suggested [1]  168/8
suicides [1]  147/13
Suite [3]  1/24 2/11 2/22
summary [3]  4/8 124/2 124/7
sunrise [2]  66/23 67/15
sunset [2]  66/24 67/15
supersedes [1]  59/14
supervise [3]  30/4 102/3 153/5
supervised [3]  28/18 29/11 153/4
supervises [5]  50/17 51/20 61/25 102/3 102/4
supervision [3]  10/2 29/23 197/2
supervisor [1]  204/14
supervisors [4]  45/13 61/12 135/5 136/2
Supervisors' [1]  134/17
supplement [1]  192/20
Supply [22]  86/17 86/21 86/22 87/2 87/13 87/15 87/20 91/6 91/8 91/13 91/14 92/7 92/11 92/14 92/16 92/24 93/5 93/7 93/12 93/14 93/22 195/9
support [1]  61/20
supposed [2]  15/14 73/9
sure [74]  14/2 14/7 17/14 18/7 18/8 18/24 21/21 22/21 26/8 28/13 31/16 33/10 33/12 34/7 34/16 35/13 35/14 42/24 45/15 47/14 50/10 50/14 52/9 52/11 53/4 56/7 58/15 62/20 72/24 76/3 85/23 88/3 88/8 88/22 93/2 93/16 93/18 94/1 94/19 97/6 105/10 106/11 108/14 109/13 110/7 111/20 113/14 115/23 115/24 116/19 117/22 119/8 120/8 120/10 124/15 126/9 131/25 132/18 137/8 139/18 142/7 153/1 153/4 154/14 158/1 160/23 161/17 168/3 168/10 169/10 176/8 177/9 178/25 198/10
surrounding [2]  182/23 182/25
Swindle [3]  31/15 33/15 45/15
sworn [1]  5/17
system [3]  110/13 110/14 164/3
systemic [4]  140/19 144/9 145/1 165/4

**T**

T-O-N-Y [1]  5/21
take [60]  5/5 5/9 5/13 6/19 22/10 23/11 25/11 25/13 27/22 36/11 40/24 45/22 60/22 61/10 72/2 78/19 78/20 79/6 82/5 82/11 85/21 89/16 89/17 107/18 108/14 111/21 115/9 115/10 115/18 117/7 117/23 118/2 118/5 118/6 118/20 118/21 118/24 124/17 128/13 141/18 142/17 144/16 144/17 145/4 145/11 145/21 146/4 146/8 146/10 148/5 149/21 173/10 174/14 179/21 181/22 183/9 186/1 201/22 202/2 202/3
taken [14]  2/1 19/17 27/25 28/1 57/10 90/16 100/19 139/21 140/25 142/9 156/4 177/4 178/1 196/2
takeover [1]  25/21
takes [1]  40/19
taking [5]  6/24 25/19 128/6 145/5 146/14
talk [22]  38/13 40/11 41/13 41/19 42/20 42/24 43/3 45/5 45/20 53/9 61/6 69/24 71/13 73/2 119/23 127/4 164/7 165/1 180/3 183/11 188/9 192/23
talked [10]  7/18 22/7 32/15 33/14 58/11 58/18 114/20 137/3 188/8 188/10

talking [23]  30/18 31/11 54/17 71/4 71/23 97/25 98/17 121/17 122/17 124/11 127/21 134/4 134/5 136/25 137/2 138/11 159/7 165/3 167/25 183/22 190/7 190/24 201/3
talks [3]  72/8 84/23 115/11
tape [1]  74/24
TCA [1]  98/20
TDOC [140]  4/4 4/6 4/8 4/10 11/23 11/25 13/21 14/11 14/13 14/21 15/2 15/7 15/14 15/20 17/6 17/9 17/15 17/23 18/11 18/19 18/20 19/8 19/12 21/12 22/10 22/18 24/3 24/20 25/1 25/6 25/15 25/19 26/3 32/4 34/20 35/12 35/18 43/14 48/9 51/4 52/24 53/13 53/25 56/4 56/22 57/19 58/10 58/17 62/18 64/6 64/19 67/24 70/11 72/7 73/19 80/10 80/12 80/19 82/1 86/24 87/16 87/20 88/16 90/21 90/22 91/3 91/12 91/16 92/8 92/16 93/3 94/4 94/23 95/16 96/3 96/15 102/20 103/1 103/4 103/11 106/2 106/12 106/13 106/21 106/25 110/24 112/24 114/9 117/14 118/13 120/12 122/3 125/14 126/12 128/8 128/12 129/8 129/13 129/16 129/23 131/4 131/5 131/8 131/11 133/16 135/11 141/15 142/10 144/17 145/8 148/10 159/22 160/18 161/3 161/20 161/22 166/22 167/19 168/8 168/13 169/1 169/12 173/14 173/25 177/10 185/21 193/2 193/7 193/8 193/15 193/16 193/20 194/8 195/10 195/17 195/23 196/3 196/3 197/6 201/12
TDOC's [8]  14/3 14/7 17/11 24/6 24/13 51/18 68/14 184/10
TDOC002955 [1]  133/8
TDOC003537 [1]  123/18
TDOC003540 [1]  124/22
team [4]  132/10 135/16 148/22 192/22
teams [2]  8/6 21/16
tech [1]  202/17
telephone [1]  30/21
Televisions [1]  74/24
tell [13]  20/15 50/16 101/10 117/7 118/22 160/5 163/15 165/21 179/22 195/14 195/21 197/19 197/25
tells [1]  117/8
temporarily [1]  155/9
ten [2]  6/5 76/22
tend [1]  40/25
tendencies [1]  153/13
tendency [1]  41/10
tenets [1]  52/17
TENNESSEE [49]  1/1 1/7 1/24 2/15 5/11 9/17 10/5 10/13 10/25 11/6 12/6 12/7 16/20 17/3 19/1 24/9 24/10 30/17 34/13 35/9 38/5 46/21 55/12 55/13 57/2 64/15 65/1 91/19 91/22 96/25 114/9 145/21 147/16 147/22 165/14 167/25 169/3 172/9 186/14 187/2 187/6 187/10 188/13 188/15 191/13 191/16 206/3 206/7 206/19
tennis [3]  196/21 196/22 196/23
tenure [1]  103/6
terminations [1]  159/4
terms [2]  163/16 187/11
terribly [1]  54/20
test [1]  73/10
testified [1]  5/17

**T**

testifying [1] 89/24
testimony [5] 119/15 130/11 176/18
177/10 177/14
text [7] 34/9 34/14 86/4 86/8 87/8 89/3
89/5
texted [3] 33/19 34/8 34/13
texting [2] 34/1 36/8
texts [7] 87/13 88/16 88/20 88/25 89/6
89/10 89/14
than [31] 12/22 21/10 26/4 26/6 26/15
28/10 28/12 33/24 38/23 57/13 58/3
65/10 80/25 93/5 104/2 122/9 130/20
130/22 132/21 146/17 148/14 150/22
151/16 155/20 165/7 166/11 171/10
190/9 192/16 197/21 201/5
thank [5] 6/18 16/25 49/21 61/3 185/25
Thanks [2] 120/22 200/10
that [1124]
that's [179] 9/14 11/22 13/5 16/22
16/23 17/7 17/9 18/20 19/17 22/9
22/12 22/20 23/15 23/20 23/23 23/23
23/23 24/18 24/25 26/20 31/17 32/5
33/5 34/22 40/8 40/21 42/12 43/10
44/10 46/9 46/15 47/9 49/4 49/19
49/22 55/18 57/8 57/21 59/11 59/18
60/11 61/8 61/10 67/7 67/19 68/14
68/17 69/17 69/18 71/6 72/7 76/8 77/7
78/2 78/10 79/9 79/12 80/16 82/24
83/1 83/19 84/5 84/8 84/9 84/25 85/6
87/17 88/18 90/10 93/10 95/7 95/10
96/5 96/12 97/24 98/10 101/7 102/6
103/25 111/25 113/8 114/1 114/21
115/5 115/14 115/21 116/3 119/3
119/10 121/22 122/23 124/6 124/22
127/3 127/10 127/14 130/4 130/24
132/19 132/20 132/24 133/15 133/18
133/22 135/10 136/6 136/21 137/6
137/12 137/17 138/17 138/17 140/25
141/11 143/2 144/22 149/5 151/5
151/22 152/24 153/6 153/17 156/3
156/20 156/25 158/8 159/18 159/22
159/25 160/8 163/23 164/19 165/16
166/17 169/16 170/6 170/21 171/1
172/5 172/19 172/22 172/23 174/7
174/8 175/11 175/14 175/22 179/5
179/7 185/22 185/24 186/15 187/18
188/7 188/13 189/22 190/2 190/4
190/23 191/7 191/16 191/23 193/5
193/19 193/24 193/25 194/1 194/5
196/18 197/7 198/25 199/11 199/20
199/24 200/10 202/1 202/21 203/21
205/15
their [35] 18/13 18/14 23/12 55/12
56/14 56/24 66/24 74/21 80/22 83/10
86/5 86/6 89/14 92/5 98/13 101/6
104/18 104/18 110/11 116/19 121/18
126/21 128/25 136/14 137/21 137/22
137/24 138/6 151/11 154/1 161/18
161/21 189/19 189/20 191/2
them [31] 6/15 22/4 26/24 27/4 31/21
31/24 31/25 32/1 33/1 36/20 38/14
40/25 49/18 60/8 61/2 65/10 67/3
80/17 89/5 94/8 105/4 110/18 115/5
121/10 138/18 149/3 151/12 156/16
174/16 198/15 199/18
themselves [3] 50/11 95/9 95/13
then [63] 9/22 10/21 14/17 17/9 19/12
20/1 22/13 23/9 27/19 34/14 35/24
48/5 49/16 53/6 65/9 70/11 74/7 76/19

77/5 77/8 85/4 85/9 85/21 90/19 99/16
101/15 108/24 113/5 115/20 125/2
125/5 125/20 126/11 127/7 127/15
128/6 128/12 131/19 131/21 131/23
132/16 134/21 135/19 136/17 136/25
139/11 142/16 143/23 148/21 151/6
164/14 172/16 175/1 178/5 187/7
187/9 187/11 187/13 187/20 193/3
204/22 204/23 205/4
therapeutic [1] 98/3
there [175] 8/7 8/9 10/6 12/18 13/7
14/2 14/12 15/14 15/11 16/7 16/10
16/13 17/7 18/8 21/13 21/21 21/25
22/22 23/8 25/17 25/20 26/2 27/23
27/24 30/13 31/25 35/23 37/10 37/13
39/13 41/21 42/2 42/7 42/7 44/1 44/2
44/4 44/7 44/11 47/18 47/22 48/1 48/6
49/2 49/23 50/4 51/23 58/21 62/5
62/10 62/12 63/24 65/17 65/18 65/25
66/14 69/20 71/3 75/22 79/7 83/25
84/19 85/4 86/19 88/14 90/5 91/4 91/8
91/11 91/19 92/13 92/15 93/19 93/24
94/1 94/3 95/10 97/5 98/24 99/17
102/24 105/7 105/11 107/20 108/8
109/10 120/11 120/15 122/24 124/24
127/5 128/4 129/25 130/2 130/18
131/19 132/10 132/12 132/15 136/17
137/22 139/19 140/12 140/15 144/10
146/19 150/1 150/17 150/19 152/2
152/18 152/20 153/12 155/21 156/1
156/4 156/10 157/22 158/25 159/21
161/13 163/20 164/11 164/12 165/10
165/10 166/10 167/3 167/4 168/20
170/5 172/10 172/16 175/6 176/4
177/4 177/6 177/10 177/11 180/7
180/8 181/1 181/7 181/15 181/21
182/15 183/21 183/25 184/4 184/6
184/11 185/4 185/8 185/10 185/12
187/2 187/9 188/18 188/21 192/7
192/17 192/18 192/20 195/7 196/2
196/15 198/5 198/17 199/5 199/7
199/10 200/2 200/3 200/5 205/9
there's [50] 15/1 15/5 22/13 22/14 23/7
23/8 24/21 24/25 25/12 36/13 40/7
41/20 52/10 65/19 72/1 76/12 76/15
79/18 83/16 105/21 107/20 111/10
113/5 117/25 120/9 122/22 123/2
127/13 129/14 131/23 132/3 138/10
138/11 145/14 146/4 147/3 153/7
153/25 157/21 157/23 167/18 170/22
176/10 176/16 183/20 191/5 191/7
191/19 191/20 194/2
therefore [3] 63/2 66/9 128/4
these [23] 31/18 31/23 36/25 47/10
61/6 66/5 78/3 78/25 119/12 131/3
131/6 131/8 143/9 152/5 159/24
165/23 177/2 177/5 178/10 182/23
191/24 191/25 198/15
they [101] 14/18 16/16 18/12 18/19
19/6 19/22 23/4 23/11 23/16 26/23
28/18 29/20 29/20 37/4 39/9 39/12
49/18 50/10 50/10 50/16 53/4 55/17
55/20 55/23 56/1 56/13 60/7 61/16
61/22 65/9 65/17 66/15 68/3 70/8
80/23 83/22 85/1 86/5 86/12 86/16
86/20 86/21 87/8 87/18 87/19 88/9
88/10 88/10 88/23 89/13 93/17 95/1
96/10 96/24 97/3 97/4 101/20 101/25
107/16 107/17 110/10 110/12 112/8
115/2 115/2 116/5 116/7 116/8 116/9

116/10 116/11 126/4 126/5 126/10
126/11 126/13 128/21 131/4 131/5
131/10 136/14 137/4 137/21 137/22
137/24 140/13 152/18 160/14 161/12
167/13 177/2 177/24 178/13 182/24
189/11 191/1 191/2 193/9 193/20
199/20 199/23
they'd [1] 116/1
they're [26] 11/15 16/15 19/23 23/10
24/5 36/19 53/5 55/24 60/7 65/20
76/25 80/2 107/9 110/12 112/5 115/19
115/22 115/25 128/23 131/5 131/11
132/1 138/3 148/25 193/22 199/22
they've [2] 17/11 41/3
thin [1] 81/4
thing [6] 32/21 48/24 84/10 156/12
189/25 194/11
things [60] 8/7 13/16 13/18 15/12 16/5
18/16 21/3 26/16 30/21 36/9 38/13
38/20 38/22 39/18 40/4 40/22 41/7
41/12 51/11 52/2 57/13 57/15 60/24
70/8 70/20 83/21 94/12 96/5 98/16
98/21 100/9 101/5 104/18 111/23
121/23 144/11 146/20 147/8 147/8
147/24 148/1 149/4 155/4 155/11
159/13 163/23 169/10 170/22 171/16
171/24 172/18 178/16 183/21 189/6
189/23 191/5 191/21 194/22 196/17
199/12
think [97] 7/8 9/9 9/20 11/15 12/19 23/3
25/5 30/16 39/8 40/6 40/7 41/2 41/4
41/5 41/18 41/20 41/24 52/14 53/3
53/14 57/25 69/19 73/14 74/2 74/2
74/4 78/12 79/5 84/4 89/16 90/2
104/21 105/5 108/11 113/20 114/4
115/13 116/11 118/7 119/14 122/15
123/9 124/16 127/11 128/6 129/18
129/19 129/21 129/24 130/14 130/18
132/6 142/25 143/19 144/5 144/8
146/4 153/25 161/7 163/22 163/25
165/11 165/13 165/21 165/21 166/2
166/5 166/12 167/25 169/8 171/9
173/4 173/11 175/19 175/22 179/23
180/5 180/25 181/15 182/20 183/2
183/16 185/23 186/9 186/21 193/19
194/4 194/7 196/3 197/24 199/20
200/10 200/18 201/8 201/10 201/16
202/21
thinking [1] 115/2
third [4] 81/2 127/12 162/21 204/4
this [158] 5/3 5/5 5/9 5/10 5/12 6/24
12/12 13/3 15/21 30/11 42/3 47/2 47/3
47/16 47/18 47/20 51/12 51/16 58/12
58/18 59/2 59/7 59/10 59/13 59/16
59/22 60/4 60/14 63/14 63/23 65/25
65/25 68/10 73/9 73/19 73/24 74/2
74/9 74/21 75/19 75/24 77/14 77/18
77/20 78/17 79/10 79/11 81/3 81/10
82/11 82/12 82/14 83/8 83/18 83/21
84/6 84/10 89/16 101/17 103/11
103/20 103/22 103/23 108/12 108/19
112/9 114/13 115/4 115/16 117/4
117/18 117/24 118/13 118/14 118/17
118/22 120/12 120/14 123/18 124/7
124/8 124/10 124/13 124/19 126/10
127/22 129/1 129/13 129/21 132/12
133/8 133/16 134/4 134/7 134/21
134/25 135/12 136/11 140/10 141/2
141/9 141/10 146/7 149/21 149/24
150/5 150/8 150/12 154/2 155/20

**T**

this... [48]  156/8 163/9 165/1 167/24
168/3 173/4 173/10 173/15 174/9
174/11 174/14 175/12 176/6 176/8
176/15 177/7 178/19 179/4 179/8
179/11 179/24 179/25 180/20 182/1
182/7 182/14 182/17 184/16 188/3
188/8 188/11 190/9 194/12 194/12
194/14 197/19 197/24 199/3 200/3
201/8 202/11 202/19 202/21 203/5
203/14 203/19 205/19 206/16
Thomas [1]  2/15
thomas.aumann [1]  2/17
thoroughly [1]  182/7
those [109]  6/9 6/12 6/13 6/15 8/7 9/4
9/7 10/5 11/14 16/17 17/2 17/5 17/10
17/19 17/24 20/25 22/1 26/18 27/18
30/9 33/1 33/3 33/11 33/20 34/1 35/24
36/9 36/12 36/17 37/6 37/20 39/14
41/12 46/22 51/9 54/13 54/16 57/16
59/25 61/14 61/21 71/14 76/6 78/8
79/24 80/17 80/18 88/15 94/2 95/11
95/23 99/18 101/7 111/15 111/16
114/24 116/18 116/25 119/7 119/17
119/21 130/24 133/2 138/22 139/2
139/22 140/1 140/9 142/3 142/20
143/6 144/11 147/10 147/24 148/1
151/24 153/5 154/4 154/10 155/11
155/15 156/21 157/11 158/3 159/12
160/5 160/13 160/13 161/14 166/6
166/12 167/23 169/16 178/15 179/22
182/25 187/23 190/17 191/9 192/15
192/21 193/17 194/22 194/25 197/16
198/20 199/19 201/18 203/24
though [5]  15/15 28/13 40/18 54/10
157/8
thought [2]  44/4 146/14
threat [5]  84/2 84/7 84/17 95/8 196/15
threats [1]  83/23
three [10]  60/1 84/21 121/15 154/13
155/17 179/5 186/23 187/17 199/4
200/22
three-year [1]  60/1
through [64]  3/23 7/6 17/17 19/1 19/8
19/12 19/22 20/2 26/17 27/2 27/18
27/19 28/2 28/18 40/22 48/10 49/23
50/2 57/6 62/12 65/20 70/4 70/9 71/25
71/25 72/1 72/9 78/18 78/20 83/6
83/16 88/2 88/21 90/3 91/18 91/18
91/22 91/23 92/2 92/2 92/5 98/18
99/23 99/24 100/10 101/13 101/23
101/23 102/1 103/6 105/1 111/14
112/4 119/12 122/7 138/7 140/3
167/19 167/20 168/5 173/22 180/14
186/18 196/1
throughout [3]  36/6 59/24 148/24
throwing [1]  99/2
time [102]  5/3 16/6 16/7 18/8 27/17
27/17 27/21 27/22 30/3 32/1 32/1 33/1
33/2 34/11 34/23 34/23 42/23 49/15
53/25 60/23 61/17 61/24 64/22 64/25
65/25 80/2 80/14 80/18 81/1 83/19
83/19 86/19 88/14 89/16 92/8 93/3
93/8 94/14 100/15 102/11 105/3 108/2
108/14 110/3 111/1 111/2 111/23
115/18 117/23 118/2 118/24 121/24
121/24 122/4 122/4 125/13 129/13
132/12 133/24 134/18 135/25 146/8
147/19 148/22 148/22 152/3 152/6
152/17 152/18 154/6 154/9 154/13

155/25 156/11 156/14 156/15 164/6
166/11 172/22 175/9 175/12 176/8
176/17 177/3 177/12 177/14 178/9
178/11 178/12 178/19 182/17 183/9
183/11 188/18 189/21 190/1 192/17
198/18 198/24 199/11 201/2 201/4
timelines [1]  111/10 111/15 111/16
111/18 111/19
timeliness [2]  129/14 129/15
timely [4]  128/1 128/3 135/6 200/5
times [13]  6/3 6/4 28/8 90/16 109/24
121/15 154/1 154/4 185/18 187/19
188/24 191/6 199/21
title [6]  98/8 114/9 124/25 125/2 125/5
203/24
titled [1]  118/13
TN [4]  2/12 2/15 2/16 2/23
today [16]  5/2 6/21 7/17 8/14 12/25
43/9 43/12 53/4 120/19 127/16 143/20
163/15 163/21 164/21 191/24 201/5
together [6]  15/21 60/24 97/18 101/25
125/21 171/12
told [6]  86/20 87/8 87/18 106/19 106/23
195/5
Tom [2]  5/10 202/12
TOMIS [3]  110/14 116/2 125/2
TONY [4]  1/10 2/1 5/16 5/21
too [4]  9/11 60/12 138/2 148/21
took [3]  29/19 179/16 192/13
tool [1]  22/3
tools [5]  21/13 22/18 23/21 23/24 26/3
top [3]  43/5 101/14 173/11
topics [2]  38/6 38/22
total [3]  170/11 170/17 170/24
totally [1]  141/22 171/6 172/16
tour [1]  31/25
towards [1]  140/25
track [5]  110/18 110/25 111/13 111/14
168/1
tracking [3]  111/4 111/16 168/4
tracks [1]  168/15
training [3]  135/7 135/8 136/5
transcript [1]  206/10
travel [1]  131/6
treasury [1]  148/1
treatment [3]  66/10 98/3 98/4
Tricia [1]  2/9 5/7 109/11
triciah [1]  2/12
tried [1]  90/4
triggering [7]  107/22 107/25 108/1
108/8 108/15 108/21 109/1
Trinity [3]  55/21 62/13 64/16
trouble [1]  6/14
Trousdale [122]  7/14 13/5 13/20 13/23
14/4 14/14 14/8 14/9 14/11 14/14 15/4
15/8 15/15 15/24 16/1 17/2 17/7 18/4
20/11 21/1 24/16 25/19 26/4 26/9 26/9
26/22 27/3 27/14 28/6 28/17 39/2 39/6
39/8 39/17 39/23 40/5 40/6 40/8 40/13
40/17 41/2 41/4 41/5 41/16 42/23 43/9
45/18 50/7 50/8 50/14 63/20 67/11
67/19 68/21 69/1 69/11 86/16 86/19
97/2 97/5 106/9 106/17 120/24 121/25
124/5 125/24 125/25 128/22 133/24
136/9 140/8 141/2 141/13 146/15
146/24 150/6 150/7 150/9 150/19
151/8 151/16 153/9 153/21 154/7
154/12 154/18 155/16 159/1 161/9
161/12 161/18 162/22 163/2 163/15
163/21 164/1 164/5 166/5 166/24

172/10 172/15 173/12 173/13 174/5
176/5 176/11 176/18 177/16 180/7
184/1 185/5 185/14 191/9 191/12
192/13 193/2 193/3 193/7 193/15
193/17 194/9 197/16
Trousdale's [2]  106/12 106/23
true [3]  67/10 67/19 206/10
truly [3]  10/14 87/7 160/14
try [13]  6/16 23/4 23/19 105/9 121/14
138/7 141/24 147/8 165/8 165/14
191/22 191/25 202/18
trying [11]  47/10 69/22 120/12 127/10
138/3 140/18 140/21 141/16 143/8
143/17 149/24
TTCC [5]  64/14 66/22 68/12 124/1
124/4
turn [5]  14/10 14/18 36/20 63/17 113/1
turnaround [1]  111/2
turned [1]  198/20
Turner [11]  13/5 29/15 29/16 150/19
151/8 151/16 159/2 162/22 163/2
163/15 173/12
turning [1]  143/6
turnover [10]  167/8 167/11 167/13
167/15 167/16 167/19 167/23 168/1
168/12 169/13
twice [2]  121/15 149/1
two [22]  7/8 15/5 28/10 58/11 62/9
62/11 76/15 76/19 95/5 109/3 127/12
151/7 151/24 159/1 163/1 187/2
187/11 187/18 188/14 190/12 199/4
200/22
type [14]  7/10 22/9 38/22 55/1 72/18
73/4 81/18 81/19 89/5 124/10 178/7
181/2 194/22 196/16
types [14]  21/2 38/6 38/13 66/16 66/16
69/24 89/6 95/23 122/10 144/16
152/11 155/15 165/23 166/12
typewriters [1]  74/24
typically [1]  58/1

**U**

uh [4]  6/11 6/11 61/4 95/18
uh-huh [3]  6/11 61/4 95/18
ultimately [3]  23/13 25/5 28/19
umbrella [1]  62/3
unable [2]  154/18 154/19
unattended [1]  178/13
uncommon [3]  60/1 60/5 199/16
uncovered [1]  156/9
under [18]  9/19 29/23 30/10 35/17 62/2
79/18 90/13 100/2 101/15 101/25
107/19 113/5 157/24 162/18 167/3
168/5 197/6 204/3
underlined [1]  90/19
undermine [1]  163/10
understaffing [1]  180/22
understand [31]  10/9 13/3 13/7 14/6
17/14 22/22 26/9 35/15 48/17 52/12
55/6 72/18 88/7 92/10 95/12 113/10
120/11 122/15 126/9 127/13 132/1
139/17 142/25 144/12 158/16 177/9
180/20 193/1 196/9 197/3 198/24
Understandable [1]  201/6
understanding [16]  8/11 14/17 24/3
42/1 42/12 45/12 49/8 49/10 91/5
92/15 128/2 151/2 161/5 170/15 193/6
193/14
understandings [1]  146/9
understood [2]  52/9 102/2

**U**

unfilled [5]  175/23 179/9 179/23 180/8
183/13

Union [22]  86/17 86/20 86/22 87/1
87/13 87/15 87/20 91/6 91/8 91/13
91/14 92/7 92/11 92/14 92/16 92/24
93/5 93/7 93/12 93/14 93/22 195/9

unique [1]  165/16

unit [2]  198/8 198/11

UNITED [1]  1/1

units [1]  155/8

University [1]  11/5

unless [4]  21/25 83/25 97/23 97/23

unsafe [5]  13/16 13/19 172/4 172/16
177/23

unstaffed [2]  150/25 151/17

until [5]  23/1 109/24 156/14 166/13
186/19

unusual [7]  54/7 54/9 54/9 54/20 71/15
71/16 190/4

up [41]  12/10 15/13 22/6 22/9 23/1
23/1 23/18 24/22 27/23 35/4 36/2
36/12 47/3 47/12 58/14 69/9 76/22
90/9 99/15 101/23 105/22 126/10
131/21 136/1 140/12 140/13 140/15
141/7 147/18 156/14 164/22 170/2
189/5 189/10 189/10 190/11 192/24
193/11 194/5 200/14 203/5

up-to-date [1]  47/3

update [2]  59/25 128/25

updated [9]  3/14 47/18 59/13 59/22
60/2 60/6 60/7 60/14 83/20

upgraded [1]  60/5

upon [1]  89/6

upper [1]  46/16

ups [1]  205/18

us [9]  23/10 25/13 65/8 109/12 112/15
145/3 148/25 149/5 202/13

use [16]  22/4 36/7 42/7 44/6 55/12
55/13 57/17 60/25 80/7 86/5 127/5
138/14 143/4 156/16 157/20 196/16

used [12]  30/3 34/10 76/25 81/4 81/5
81/7 81/19 114/1 116/18 121/23 164/9
196/24

uses [1]  55/14

using [3]  44/22 53/5 65/5

usual [1]  55/1

usually [12]  27/18 49/12 49/13 49/16
55/8 110/10 121/14 126/20 149/4
156/25 191/6 200/25

utilization [1]  26/12

utilized [2]  79/25 80/2

**V**

vacancies [8]  40/12 154/8 159/4
165/23 191/14 192/20 192/20 198/6

vacancy [1]  152/19

vacant [3]  175/9 176/17 177/13

Vaguely [1]  76/24

Valor [5]  96/18 96/20 97/2 97/9 97/15

value [5]  37/8 37/11 37/15 37/23 38/1

various [4]  70/1 178/6 185/9 188/5

vegetables [1]  67/22

vegetarian [2]  67/14 68/1

vehicle [1]  10/14

vendor [36]  15/2 19/3 19/12 19/22 20/7
21/19 23/3 23/6 23/10 23/10 23/19
23/25 24/1 26/19 27/11 27/20 50/10
55/24 63/1 63/4 64/14 65/2 65/2 65/7

65/8 65/11 87/15 88/3 91/5 91/7
122/20 126/8 142/2 145/19 165/3
194/2

vendors [19]  27/2 55/11 62/13 68/9
72/9 90/21 90/23 90/23 91/3 91/9
91/12 91/17 91/19 93/10 93/20 93/25
94/4 122/21 123/7

verify [6]  19/25 43/4 93/1 174/22 176/8
176/9

version [4]  47/3 47/18 109/24 110/6

versus [3]  57/24 87/9 158/4

very [39]  21/23 21/24 26/23 33/17 34/9
39/7 39/11 40/6 47/24 60/11 79/4 79/5
81/17 88/25 97/5 97/24 100/1 109/2
121/11 130/2 130/8 139/20 139/21
144/22 145/23 146/2 147/19 147/20
148/16 166/18 170/5 171/2 175/22
180/15 188/24 192/10 194/14 198/9
200/16

VI [11]  48/1 48/2 50/20 50/20 50/24
74/15 109/9 124/25 125/2 125/5
203/24

via [7]  2/1 5/5 5/9 5/13 7/3 7/8 206/9

Vice [1]  185/13

violates [1]  125/13

violation [23]  13/9 13/11 13/14 19/19
19/19 19/20 20/3 20/8 22/22 23/8
23/17 24/24 86/24 87/20 88/16 112/24
125/12 127/13 127/14 127/24 133/4
139/15 144/10

violations [7]  21/2 21/7 100/3 100/16
105/21 145/2 203/25

violence [3]  13/16 41/10 181/16

violent [5]  41/9 153/7 153/13 176/4
176/11

vis [6]  14/3 14/3 14/7 14/7 26/9 26/9

vis-à-vis [2]  14/7 26/9

visit [2]  26/24 121/15

visitation [8]  157/5 157/5 157/6 157/7
157/8 157/10 157/21 189/18

visited [1]  10/16

visitors [1]  157/22

visits [2]  121/6 121/12

volunteer [8]  63/2 65/6 65/13 65/16
65/18 66/2 66/9 71/6

volunteers [14]  54/12 54/14 62/15
62/22 64/8 64/11 64/13 64/20 64/23
65/23 66/6 66/12 68/9 91/1

**W**

wages [1]  192/18

wait [1]  109/3

waived [1]  2/4

walked [1]  15/19

Walton [3]  173/13 174/1 174/4

want [46]  17/14 22/6 22/21 26/8 30/22
35/14 52/9 71/12 88/3 107/15 108/19
111/19 113/9 119/4 120/10 126/9
127/4 131/25 139/8 145/4 153/1 153/4
155/2 160/21 164/23 177/1 177/6
177/9 177/23 178/8 178/12 178/16
180/20 182/6 185/16 185/20 185/22
186/11 189/8 189/25 192/23 192/25
193/25 197/10 198/5 201/7

wanted [11]  30/5 69/10 69/21 69/23
70/1 70/23 71/10 71/18 129/7 130/8
136/20

wants [1]  195/16

warden [45]  10/22 10/23 18/4 18/6
18/6 41/16 41/17 42/1 42/8 42/22 43/2

43/14 44/11 44/18 45/2 45/6 45/11
45/14 45/18 49/2 70/10 70/14 71/25
93/11 97/19 101/8 116/15 121/23
133/23 134/7 135/3 135/23 136/1
139/8 141/5 141/10 141/12 141/12
186/12 186/20 187/4 187/5 187/7
187/8 187/10

warden's [1]  134/22

wardens [2]  10/3 61/12

warning [1]  132/3

warrior [1]  10/18

was [169]  2/1 7/9 7/10 7/11 8/7 8/9
8/11 8/11 9/15 9/16 9/20 9/23 9/24
10/10 10/13 10/19 11/10 10/22 11/25
18/6 18/7 18/18 22/22 27/24 29/5 29/7
29/8 29/25 30/13 30/22 30/24 31/3
31/24 34/11 38/1 39/13 41/16 41/25
42/1 42/6 42/7 42/7 42/8 42/10 42/12
42/14 43/1 43/14 43/16 43/25 44/3
44/12 44/13 50/2 53/2 53/3 53/3 58/23
58/25 59/4 59/22 60/13 60/14 60/18
61/17 61/19 61/24 62/19 63/9 63/19
64/6 64/8 64/22 65/25 69/20 70/2
73/16 74/6 74/10 74/12 75/16 77/11
78/14 81/3 82/8 86/19 87/18 87/24
87/25 87/25 88/14 88/15 93/7 102/20
103/15 107/10 108/24 111/22 114/6
114/16 117/2 118/10 119/15 119/20
121/21 123/13 128/1 129/25 133/10
133/23 134/11 139/10 139/11 139/19
140/14 141/7 144/7 144/7 147/17
147/19 149/17 150/9 151/2 151/15
154/7 154/8 154/18 154/19 155/21
155/24 156/1 156/2 156/4 156/10
157/6 158/7 159/9 159/10 166/4
166/10 172/16 173/7 174/10 178/2
178/9 178/10 178/14 179/15 179/17
179/17 179/22 180/7 186/21 186/23
187/4 189/7 192/17 192/19 195/21
196/2 196/21 197/5 197/19 198/5
200/4 200/6 201/2 204/19 206/8

wasn't [4]  24/20 140/10 141/1 180/9

watch [3]  85/14 85/17 85/18

way [11]  33/11 57/7 104/17 111/13
141/25 147/5 165/19 190/8 197/23
200/6 206/15

ways [2]  127/12 138/11

we [208]

we'll [14]  58/20 61/9 73/13 74/15 75/14
77/8 85/21 114/3 118/5 127/18 141/18
149/14 174/15 202/21

we're [22]  47/9 54/17 69/22 71/23
74/16 76/13 79/5 82/5 90/9 117/17
133/7 143/20 147/10 147/11 154/25
160/24 165/3 174/17 190/7 190/24
191/24 203/1

we've [11]  45/21 47/11 53/21 60/23
69/21 71/11 98/16 119/12 123/10
124/16 142/7

wear [11]  72/19 72/19 73/4 81/6 81/11
94/24 95/11 95/13 96/3 96/10 96/14

wears [1]  195/14

Webex [2]  8/5 8/6

website [1]  168/22

week [1]  135/20

weekly [2]  27/5 195/22

weeks [2]  41/24 42/23

weighed [1]  148/2

Welborn [5]  2/20 3/4 5/14 186/4 186/6

Welch [3]  61/13 61/17 61/24

# W

well [66]  7/19 9/20 14/24 15/24 16/19 18/21 19/1 19/16 25/2 25/12 31/22 37/13 42/19 44/13 52/5 70/17 75/9 89/13 97/5 98/15 98/19 99/19 101/13 104/19 105/1 105/6 105/9 110/18 110/25 115/13 121/11 126/21 129/24 130/14 130/22 130/25 132/14 136/16 137/19 137/22 140/2 140/12 142/11 144/4 146/3 147/11 147/22 148/22 161/9 163/24 166/10 167/24 170/19 171/12 178/17 179/25 180/13 181/20 182/22 187/18 188/23 191/11 198/2 199/7 201/4 202/10

went [4]  40/22 186/18 188/25 200/1

were [114]  6/10 10/11 10/18 10/20 10/23 11/10 13/16 30/12 30/15 43/8 44/11 45/7 50/15 54/14 59/23 62/6 64/13 66/10 69/3 70/22 78/4 80/17 86/11 86/16 86/20 86/21 86/25 87/1 87/7 88/2 100/16 107/16 107/17 114/19 117/19 119/7 124/10 125/9 132/5 134/4 134/5 137/2 139/13 139/21 139/23 146/25 147/19 150/11 151/19 154/2 154/4 155/2 155/21 159/7 159/14 159/14 160/2 160/14 175/5 175/7 175/8 175/9 175/11 176/4 176/16 176/17 177/2 177/3 177/3 177/5 177/10 177/11 177/12 177/24 177/25 178/13 180/8 180/16 181/1 181/7 182/24 182/24 183/25 184/4 184/7 185/4 185/8 185/10 185/12 186/12 186/17 187/23 188/4 188/14 188/18 189/1 189/9 189/21 192/24 194/6 194/13 194/16 195/14 195/25 197/14 198/13 198/17 198/18 198/19 200/2 200/4 200/5 200/16 201/16

weren't [2]  66/15 139/2

west [19]  9/25 10/3 10/4 10/6 10/13 10/24 12/6 12/7 64/25 186/14 187/2 187/6 187/10 187/12 187/22 187/25 188/15 191/13 191/16

what [201]  5/23 7/10 7/16 9/15 9/18 9/22 10/1 10/21 11/10 13/2 13/10 13/13 13/15 14/3 14/7 15/7 18/13 19/15 19/22 20/4 20/25 21/11 22/18 23/2 23/21 23/21 25/21 26/6 27/6 27/9 32/17 33/22 34/2 35/8 35/11 36/19 38/6 38/13 39/4 41/25 42/14 42/18 43/25 44/3 45/4 46/2 47/11 47/15 48/17 49/6 49/10 49/10 49/25 51/8 51/12 51/13 53/24 55/6 57/23 57/24 59/23 62/23 69/6 69/7 69/18 69/19 70/21 70/24 71/7 71/10 72/13 72/16 73/24 75/21 76/9 76/23 76/24 80/16 83/8 83/16 83/16 85/24 86/2 87/25 88/8 92/9 94/9 96/14 96/20 98/11 99/11 102/15 103/25 104/23 105/4 107/4 107/8 107/9 107/16 107/25 108/4 108/20 110/2 111/22 113/17 113/25 116/14 118/7 119/25 121/5 122/13 123/9 126/3 126/17 127/10 127/20 128/6 131/13 131/17 132/18 132/22 133/1 133/6 133/7 134/4 134/11 134/14 134/16 136/15 136/15 138/25 139/1 139/13 139/22 139/25 139/25 140/11 141/7 142/20 142/23 142/24 143/9 143/17 144/16 144/18 147/10 147/11 148/12 149/23 152/11 155/3 155/3 155/4 155/13 155/15

156/21 159/9 159/9 159/10 159/12 159/13 159/14 161/16 162/13 164/5 164/13 164/16 165/7 165/11 165/21 166/11 167/13 168/11 170/12 170/18 170/25 174/1 177/3 177/25 177/25 178/8 178/9 178/17 179/10 179/14 179/15 179/22 180/21 181/7 182/6 182/24 183/13 183/22 184/25 187/20 194/21 194/21 197/11 197/12 202/3 203/14

what's [11]  15/9 49/8 105/17 113/10 113/10 137/7 142/23 155/3 155/13 157/24 161/2

whatever [13]  8/6 19/17 19/20 58/4 65/4 108/16 108/24 140/22 143/21 147/14 147/25 189/18 189/18

whatsoever [1]  53/23

when [81]  6/9 7/23 8/17 10/7 10/11 18/1 19/14 20/4 24/5 24/8 30/6 31/24 32/3 33/8 34/9 34/11 40/11 40/23 40/24 41/7 41/8 41/13 42/19 43/1 46/22 53/3 60/14 60/22 61/1 62/21 64/22 65/25 88/7 88/14 93/8 109/5 109/6 110/12 111/21 114/19 115/24 118/4 119/6 122/17 125/25 127/1 129/12 129/13 134/5 138/20 139/25 142/23 144/6 147/11 147/15 147/24 148/2 148/20 153/2 154/1 154/4 154/6 154/7 157/6 157/21 157/22 158/6 164/16 166/11 166/16 168/25 177/2 181/25 182/23 186/17 188/14 189/21 190/24 195/16 199/22 199/23

where [83]  10/7 10/9 10/10 10/10 10/23 12/4 12/10 15/7 20/7 24/19 27/23 31/21 48/3 48/5 49/13 49/23 58/15 59/13 59/14 65/17 68/8 74/15 75/2 76/13 81/3 86/16 90/13 92/18 101/24 105/7 105/11 110/9 113/3 115/11 115/19 119/1 119/5 122/22 124/2 124/24 127/22 136/21 136/21 137/2 137/23 140/24 142/3 142/7 143/5 145/15 145/16 146/13 150/9 150/17 152/20 154/25 155/10 156/4 156/6 156/21 156/23 157/4 160/22 169/6 170/19 172/15 174/17 176/15 177/5 177/24 180/8 181/1 189/3 189/16 189/19 190/18 196/21 198/5 198/9 200/4 202/1 202/5 203/16

Whereabouts [1]  12/9

WHEREUPON [16]  58/24 59/3 60/17 63/8 73/15 75/15 77/10 78/13 82/7 103/14 114/5 118/9 123/12 133/9 149/16 173/6

whether [17]  16/3 16/4 19/18 67/18 71/19 80/6 101/8 111/2 117/25 119/25 138/10 147/12 179/17 194/8 197/15 201/17 205/9

which [29]  8/18 23/13 27/16 30/7 31/10 32/24 55/11 66/24 68/11 73/14 78/12 79/5 81/7 82/6 86/11 91/16 92/4 103/10 109/19 109/23 112/17 114/3 132/8 137/1 167/9 175/7 179/23 201/10 204/2

while [10]  64/12 96/3 96/15 117/17 148/18 163/5 193/20 199/1 200/2 203/5

white [4]  76/16 76/19 84/14 95/5

Whiteville [2]  150/20 151/9

who [80]  5/4 7/21 13/5 13/23 14/9 17/2 17/20 18/4 18/24 19/5 21/1 26/18

28/16 28/21 28/24 29/5 29/13 30/24 39/22 40/2 43/1 45/17 46/17 46/19 50/6 50/12 50/17 51/17 51/21 52/6 53/7 55/23 56/8 56/12 56/22 61/13 61/16 61/25 63/12 63/21 66/5 70/12 71/1 71/18 75/24 76/2 76/2 79/11 80/20 80/24 89/2 92/19 96/21 97/17 97/18 101/15 101/21 102/3 102/4 104/5 104/7 104/8 121/21 125/21 126/23 129/9 130/15 130/23 131/6 133/19 133/23 149/8 157/13 157/15 164/23 167/22 174/8 184/9 184/15 189/9

whoever [1]  102/16

whole [2]  31/1 188/5

whom [1]  36/8

whose [4]  128/13 139/23 141/1 142/21

why [31]  14/21 17/9 29/22 29/24 37/17 42/6 44/3 59/22 69/9 87/25 89/12 100/25 104/14 107/8 107/16 110/16 110/16 110/20 110/23 111/15 125/12 139/9 139/10 143/19 160/17 168/7 169/12 169/25 182/10 192/7 202/21

wicked [1]  191/19

will [32]  5/5 18/5 25/13 47/24 48/9 59/2 60/16 62/12 62/14 62/22 63/6 63/17 64/4 73/19 74/19 76/11 78/11 78/12 82/5 112/9 124/21 135/4 135/7 135/21 135/23 136/1 136/4 150/16 167/2 173/4 190/17 199/22

willing [1]  54/15

window [1]  105/16

wire [1]  196/17

wish [1]  191/18

withdraw [1]  47/12

withheld [1]  142/12

withhold [1]  143/5

withholding [1]  28/3

within [20]  24/9 24/10 41/24 81/21 82/16 83/10 83/13 83/13 84/23 134/18 135/22 135/25 145/18 147/22 168/2 169/2 170/13 171/1 181/11 182/4

without [1]  183/15

witness [1]  185/25

women [1]  94/23

wondering [2]  178/17 202/10

word [1]  127/5

words [1]  155/7

work [51]  12/15 14/15 15/20 16/9 21/14 21/15 21/15 21/16 21/19 21/20 21/24 21/24 22/2 22/3 23/9 23/18 23/21 29/20 32/10 35/4 35/5 42/4 47/13 66/22 83/2 101/15 101/20 101/24 101/25 129/14 129/19 141/16 141/24 147/5 156/17 164/23 165/9 165/11 165/12 165/15 165/20 166/16 166/19 166/24 189/5 189/6 189/9 189/11 189/12 192/11 197/6

worked [6]  11/21 11/23 11/24 21/25 38/1 187/16

workforce [1]  166/14

working [14]  12/17 23/11 23/25 26/19 41/3 63/20 128/25 134/18 137/13 137/18 143/25 164/14 164/16 188/14

works [12]  15/18 16/23 51/21 83/3 101/17 126/10 130/23 138/24 171/12 182/13 184/20 191/3

worn [1]  73/8

would [382]

wouldn't [9]  37/17 37/21 105/22 132/6

**W**

wouldn't... [5] 145/10 184/21 185/20
189/4 196/24
writing [1] 126/15
written [4] 120/19 146/9 154/5 156/23
wrong [2] 188/3 201/10

**Y**

Yahweh [1] 51/1
yeah [16] 9/20 37/14 38/25 50/1 61/24
69/19 104/24 126/13 153/12 161/21
166/13 167/12 193/13 197/9 198/2
199/15
year [13] 11/10 29/4 29/9 40/16 59/25
59/25 60/1 74/18 75/7 121/11 121/14
164/24 176/6
years [25] 9/19 9/21 29/10 39/20 40/20
53/1 53/3 54/1 64/24 80/13 93/6 93/7
93/10 93/10 121/20 152/12 154/13
155/17 159/24 163/1 186/23 186/25
191/9 192/3 195/9
yes [227]
you [868]
you'd [4] 56/12 78/20 89/5 183/10
you'll [11] 46/1 50/19 64/5 66/8 66/20
74/14 95/3 107/18 149/14 162/21
170/4
you're [32] 6/24 25/18 26/11 54/20 69/7
69/18 71/4 71/5 79/5 97/24 102/25
111/17 115/24 118/4 119/11 121/8
127/16 140/18 140/21 148/2 150/14
155/14 159/7 177/18 177/19 178/7
180/6 183/22 184/25 186/9 190/8
205/18
you've [27] 7/5 9/12 11/21 21/25 22/23
22/24 33/19 35/16 36/9 54/4 58/16
60/23 64/1 74/3 78/7 79/21 80/12
80/14 106/9 106/13 142/8 146/5
154/11 160/9 165/18 172/22 190/11
Young [6] 29/1 29/2 29/6 29/21 29/23
92/20
younger [1] 165/12
your [118] 5/19 5/23 6/11 6/21 6/25
7/16 7/21 8/11 8/14 9/4 9/8 9/15 10/10
11/10 12/23 12/24 24/3 24/20 24/22
26/2 34/20 34/24 35/16 36/10 36/14
36/21 38/19 38/24 41/1 43/5 43/12
45/9 46/1 47/7 49/8 49/10 49/23 52/12
63/21 64/2 69/12 72/25 76/6 78/7 84/5
90/1 90/5 92/8 93/3 98/8 98/11 101/10
101/15 103/6 103/25 108/14 108/17
115/18 118/2 118/24 119/14 120/11
121/2 122/2 128/7 129/18 129/19
130/11 131/10 142/5 142/17 142/23
143/7 144/12 145/10 151/2 152/7
152/11 153/2 156/7 156/7 156/12
156/13 157/20 160/18 162/19 165/8
168/25 169/22 171/10 172/9 172/23
176/18 177/10 177/14 178/22 180/4
180/7 180/10 180/23 181/10 182/2
182/21 183/9 183/17 184/25 186/11
188/2 196/13 196/13 196/15 196/23
196/25 198/8 199/1 199/13 200/21
202/5
yourself [4] 5/4 36/16 43/11 73/3

**Z**

Zachary [1] 133/17
Zoom [13] 2/1 5/5 5/9 5/13 7/3 7/6 7/8
8/4 8/5 8/5 8/6 47/10 206/9