**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

G. MARIE NEWBY, Individually, and   )
As Administratrix of THE ESTATE OF   )
TERRY CHILDRESS,   )
    Plaintiffs,   )
  )
v.   )     **Civil Action Number 3:22-CV-93**
  )     **Chief Judge Crenshaw/Frensley**
CORECIVIC OF TENNESSEE, LLC,   )     **Jury Demand**
as owner and operator of TROUSDALE   )
TURNER CORRECTIONAL CENTER, )
DAMON HININGER, STEVE CONRY,   )
RAYMOND BYRD, and SHAWNA   )
CURTIS,   )
    Defendants.

## <u>ORDER</u>

The Court held a discovery dispute conference with the Parties on May 27, 2022. The

Defendant may file a motion to quash the subpoena that is the subject of the discovery dispute on

or before June 10, 2022. Once fully briefed, the Court will address the motion in due course. The

Parties are directed to address the specific issues discussed during the conference relative to the

resolution of the discovery dispute.

**IT IS SO ORDERED.**

_____
**JEFFERY S. FRENSLEY
United States Magistrate Judge**