

May 18, 2022

Erin Palmer Polly
erin.polly@klgates.com

T 615 780 6733
F 615 780 6799

**VIA U.S. MAIL AND EMAIL**
Daniel A. Horwitz
4016 Westlawn Drive
Nashville, Tennessee 37209
daniel@horwitz.law

  Re: Inmate Marktavious Twilley

Dear Daniel:

  Our firm represents CoreCivic, Inc. ("CoreCivic"), and this responds to your request that CoreCivic provide documents pursuant to the Tennessee Public Records Act.

  Initially, the request that you make presumes that the Tennessee Court of Appeals held that CoreCivic is subject to the Public Records Act in all respects. This is incorrect. In *Friedmann v. Corrections Corporation of America*, 310 S.W.3d 366 (Tenn. Ct. App. 2009), the Court of Appeals held that only those documents that CoreCivic created or received in operating state and local facilities within the State of Tennessee fall within the purview of the Public Records Act. Therefore, you are "not entitled to documents that were not 'made or received pursuant to law or ordinance or in connection with the transaction of official business by [CoreCivic acting as a] governmental agency.'" *Id.* at 380. Your request, or at least portions of it, potentially covers documents that do not qualify as public records under the Court of Appeals' narrow holding that CoreCivic is subject to the Public Records Act only in one limited respect.

  Putting aside these issues, you first request public records regarding or in any way relating to Marktavious Twilley's ("Twilley") death at the Trousdale Turner Correctional Center ("Trousdale"). Your request is problematic for a number of reasons. First, the request is non-specific, particularly the phrase "regarding or in any way related to," and leaves us to speculate regarding the documents that you are seeking, thereby rendering it vague and ambiguous as to scope. Second, the request is overbroad and unduly burdensome in that it could be read to encompass a whole host of documents that would take a significant amount of time and expense to locate, review, and provide. Third, the request seeks documents and medical records, the disclosure of which would violate the Health Insurance Portability and Accountability Act ("HIPAA") and its Tennessee counterpart, T.C.A. § 10-7-504(a)(1). Fourth, the request seeks documents that bear on the safety and security procedures that are in place within Trousdale. As a result, providing these documents could threaten the safety and security of Trousdale and particularly the safety and security of the employees who work at Trousdale and the inmates who are incarcerated therein. Tenn. Code Ann. § 41-21-408(b). Fifth, the request seeks documents that are protected from disclosure by the attorney-client privilege, the work product doctrine, the peer review privilege, and Tennessee Rule of Civil Procedure 26.02. And, finally, the request seeks video recordings, which are excluded from disclosure under the Public Records Act absent civil litigation and a court order or a subpoena *duces tecum*. Tenn. Code Ann. § 10-7-504(m)(1)(E). Along with this, the release of any video footage is unwarranted because it "would endanger or compromise the security of an inmate or the security of the institution." Tenn. Code

Case 3:22-cv-00093 Document 41-1 Filed 05/27/22 Page 1 of 95 PageID #: 4020

ANN. § 41-21-408(b).  The same issues exist with respect to your second and third requests for documents regarding or relating to Twilley's custody designation and Twilley's disciplinary history.

Subject to the foregoing, we promptly can produce documents to you.  Please notify us if you are willing to accept electronic copies of the documents by email only or if you also need paper copies.  By producing these documents, CoreCivic does not concede that it is subject to the Public Records Act, and CoreCivic does not waive or concede any of its arguments that other documents that were requested by you are not subject to the Public Records Act.  Please contact us with any questions or concerns.

Sincerely,

Erin Palmer Polly

Erin Palmer Polly

# Facility Emergency Anatomical Form



☑ Inmate/Resident ☐ Employee
Facility Name: _TICC_
Name: (Last, First) _Twilley MARCKTAVIOUS_
Age: _____ Race: _B_ Sex: ☑ male ☐ female
Place of Occurrence: _Cell_
Reason for Report: ☑ injury ☐ on the job injury ☐ use of force ☐ pre-seg admission ☐ other:

Date: _3/28/22_ Time: _1900_
Agency # / Employee#: _52977_
Time Notified: _1855_ Time Seen: _1857_
Date/Time of Occurrence: _3/28/22 @ 1855_

Proprietary Information – Not For Distribution – Copyrighted · Property of CoreCivic

# INCIDENT STATEMENT

| Facility | TTCC | | Incident Number | 2022 - 0119 - 269 - 1 |
|---|---|---|---|---|

| Incident Date | 03/28/22 | | Incident Time (HRS) | 1912 |
|---|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| LaRoderick McDavid Jr | 41050549 | Employee | Participant |

| Housing Location (For Inmates/Residents Only) | |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

On 3/23/22 at approximately 1912 I Assistant Shift Supervisor McDavid responded to an inmate on inmate fight code in Bravo Alpha Pod. Upon my entry into the pod I immediately began locking the pod down and directing the inmates to their cell doors. When I approached cell 118 I looked inside the cell and observed inmate Martavious Twilley TDOC#528772 lying on his back on the floor in a pool of blood. I then called for medical assistance and continued to secure the pod. Medical then arrived on scene and escorted inmate Twilley to mobile med a stretcher.

| Did you receive any injuries? YES or NO (If YES, Explain Below) | N/A |
|---|---|

| Were you evaluated by medical? YES or NO | No |
|---|---|

| Printed Name: | | | |
|---|---|---|---|
| Signature: | | Date: | |
| Typed By: | LaRoderick McDavid Jr | Date: | 03/28/22 |

**This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.**

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

Page 1 of 1

10/3/13

Proprietary Information – Not For Distribution – Copyrighted - Property of CCA

File Name: 2022-0119-269-I 5-1C Statement Employees.pdf

CCA 000002

# INCIDENT STATEMENT

| Facility | TTCE | Incident Number | 2022-0119-269-1 |
|---|---|---|---|
| Incident Date | 3/28/22 | Incident Time (HRS) | 1900 |

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Chelsey Carter | 40607298 | Employee | Participant |

**Housing Location (For Inmates/Residents Only)**

**Based on your own knowledge, what did you see, hear, and do?**

**Did you receive any injuries? YES or NO (If YES, Explain Below)**

**Were you evaluated by medical? YES or NO**

| Printed Name: | Chelsey Carter | | Date: | 3/28/22 |
|---|---|---|---|---|
| Signature: | | | | |
| Typed By: | | | Date: | |

This section to be completed by CoreCivic staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

Proprietary Information – Not For Distribution – Copyrighted - Property of CoreCivic

File Name: 2022-0119-269-I 5-1C Statement Employees.pdf

# INCIDENT STATEMENT

| Facility TTCC | | Incident Number 2022-0119-269-1 | |
|---|---|---|---|
| Incident Date 3-28-2022 | | Incident Time (HRS) 1900 | |

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Alvarado, Julieta | 409 86 290 | employee | participant |

**Housing Location (For Inmates/Residents Only)**

Based on your own knowledge, what did you see, hear, and do?

**Did you receive any injuries? YES or NO (If YES, Explain Below)**

**Were you evaluated by medical? YES or NO**

| Printed Name: Julieta Alvarado | | Date: 3-28-22 |
|---|---|---|
| Signature: | | Date: |
| Typed By: | | |

This section to be completed by CoreCivic staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

10/3/13

Proprietary Information – Not For Distribution – Copyrighted - Property of CoreCivic

File Name: 2022-0119-269-1 5-1C Statement Employees.pdf

CCBH 000004

# INCIDENT STATEMENT

| Facility | Trousdale Turner Correctional Facility | Incident Number | 2022-0119-269-1 |
|---|---|---|---|

| Incident Date | 3-28-22 | Incident Time (HRS) | 1940 |
|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Tina Williams LPN | 17836 | Nurse | Participant |

| Housing Location (For Inmates/Residents Only) | |
|---|---|

**To the best of your own knowledge, what did you see, hear, and do?**



| Did you receive any injuries? YES or NO (If YES, Explain Below) | No |
|---|---|

**Were you evaluated by medical? YES or NO**

| Printed Name: | Tina Williams | | |
|---|---|---|---|
| Signature: | Tina Williams LPN | Date: | 3-28-22 |
| Typed By: | | Date: | |

This section to be completed by CoreCivic staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

10/3/13

Proprietary Information – Not For Distribution – Copyrighted - Property of CoreCivic

File Name: 2022-0119-269-I 5-1C Statement Employees.pdf

# INCIDENT STATEMENT

| Facility | TTCC | | Incident Number | 2022 - 0119 - 269 - 1 |
|---|---|---|---|---|
| Incident Date | 3/28/22 | | Incident Time (HRS) | 1900 855 |

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| ALLEN KOUNS RN | 18359 | EMPLOYEE | NURSE |

| Housing Location (For Inmates/Residents Only) | BRAVO / ALPHA |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

████████████████████████████████████████

**Did you receive any injuries? YES or NO (If YES, Explain Below)**

N/A

**Were you evaluated by medical? YES or NO**

N/A

| Printed Name: | N/A | Date: | |
|---|---|---|---|
| Signature: | | | |
| Typed By: | | Date: | |

This section to be completed by CoreCivic staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| | |
|---|---|
| Inmate/Resident refused to complete this 5-1C | |
| Civilian/Other refused to complete this 5-1C | |

| Employee/Witness Printed Name | ALLEN KOUNS RN | Date: | 3/28/22 |
|---|---|---|---|
| Employee/Witness Signature | Akouns RN | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

Page 1 of 1

10/3/13

Proprietary Information – Not For Distribution – Copyrighted - Property of CoreCivic

File Name: 2022-0119-269-I 5-1C Statement Employees.pdf

# INCIDENT STATEMENT

| Facility | TROUSDALE TURNER CORRECTIONAL CENTER | Incident Number | 2022 - 0119 - 269 - 1 |
|---|---|---|---|

| Incident Date | 3 - 28 - 22 | | Incident Time (HRS) | 1855 |
|---|---|---|---|---|

| Person Name | ID Number<br>(Employee #/Inmate #/Civilian ID) | Person Type<br>(Employee/Inmate/Civilian) | Person Role<br>(Witness or Participant) |
|---|---|---|---|
| Sheka | 427296 25 | Employee | Participant |

| Housing Location (For Inmates/Residents Only) | |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

On the day of 28 march 2022 I officer Sheka
427296 25 and Lt Street transported inmate Marktavious
twilley 528772 to trousedale medical center his
time of death was called at 2003 by nurse
Practioner colon.

**Did you receive any injuries? YES or NO (If YES, Explain Below)** NO

**Were you evaluated by medical? YES or NO** NO

| Printed Name: | Sheka | Dorsham | | |
|---|---|---|---|---|
| Signature: | | | Date: | 3-29-22 |
| Typed By: | | | Date: | |

**This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.**

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

Proprietary Information – Not For Distribution – Copyrighted

9/2/08

Property of Corrections Corporation of America

File Name: 2022-0119-269-I 5-1C Statement Employees.pdf

Case 3:22-cv-00093   Document 41-1   Filed 05/27/22   Page 9 of 95 PageID #: 009   CCA 000007

# INCIDENT STATEMENT

| Facility | Trousdale Turner Correctional Center | Incident Number | 2022-0119-2169-1 |
|---|---|---|---|
| Incident Date | 3/28/22 | Incident Time (HRS) | 1855 H/28 |

| Person Name | ID Number | Person Type (Employee/Resident/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Tilya Street | 20029011 | Employee | Participant |

| Housing Location (For Residents Only) | |

**Based on your own knowledge, what did you see, hear, and do?**

On Monday March 28, 2022 at approximately 1855 hrs Code Blue was called in Bravo Alpha. I Lt. T. Street and C/o D. Sheta transported inmate Twilley, Marktavious #0058772 to Trousdale General where inmate Twilley was pronounced deceased at approximately 2003 hrs by Nurse Practioner Jessica Colon.

END OF REPORT

**Did you receive any injuries? YES or NO (If YES, Explain below)**

**Were you evaluated by medical? YES or NO**

| Printed Name: | T. Street | | |
|---|---|---|---|
| Signature: | J. Street | Date: | 3/29/22 |
| Typed By: | | Date: | |

This section to be completed by CoreCivic staff if the civilian/other or inmate/resident refused to complete the 5-1C.

Place an "X" in the appropriate box:

| | Resident refused to complete this 5-1C | |
|---|---|---|
| | Civilian/Other refused to complete this 5-1C | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

Proprietary Information – Not For Distribution – Copyrighted – Property of CoreCivic

5-1C

# INCIDENT STATEMENT

| Facility | TTCC | | Incident Number | 2022-0119-269-1 |
|---|---|---|---|---|
| Incident Date | 3-28-22 | | Incident Time (HRS) | APPROX. 1845 |

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| JONES, CHRISTOPHER | 42237575 | EMPLOYEE | WITNESS |

| Housing Location (For Inmates/Residents Only) | |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

ON ABOVE DATE & TIME, I C/O JONES WHILE POSTED IN BRAVO UNIT WITNESS FOLLOWING EVENT. I HAD JUST BEEN RELIEVED OF POST BY C/O MARSH & C/O ARMSTRONG, WHEN C/O ARMSTRONG SAW MULTIPLE INMATES FIGHTING IN BRAVO ALPHA. A CODE BLUE CALLED OVER THE RADIO, BACK-UP ARRIVED WE ALL ENTERED THE POD. THE INMATES WERE ORDERED TO "LOCK DOWN" THEY COMPLIED. I WENT TO THE TOP TIER TO BEGIN LOCKING DOWN THE INMATES. I HEARD SOMEONE SHOUT "INMATE DOWN." I CONTINUED TO SECURE DOORS ON THE TOP TIER, WHEN I FINISHED MEDICAL HAD ALREADY ARRIVED AND WERE ATTENDING THE INMATE (CONT...) ON PAGE #2.

**Did you receive any injuries? YES or NO? (If YES, Explain Below)**

**Were you evaluated by medical? YES or NO?**

| Printed Name: | CHRISTOPHER JONES | | |
|---|---|---|---|
| Signature: | | Date: | 3-29-22 |
| Typed By: | | Date: | |

**This Section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C**

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

10/3/13

Proprietary Information – Not For Distribution – Copyrighted

# INCIDENT STATEMENT

| Facility | TTCC | | Incident Number | 2022-0119-2169-1 |
|---|---|---|---|---|

| Incident Date | 3-28-22 | Incident Time (HRS) | APPROX. 1845 |
|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| JONES CHRISTOPHER | 42237575 | EMPLOYEE | WITNESS |

| Housing Location (For Inmates/Residents Only) | |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

(CON'T...) I LOOKED INTO THE CELL AND SAW I/M TWILLEY ON THE BLEEDING FROM A STAB IN THE CHEST. MEDICAL STAFF CONTINUE ATTENDING INMATE. I LEFT SEEN TO CONTINUE SECURITY DUTIES AND ASSISTED NIGHT SHIFT WITH SECURING "AB" AND ECHO UNIT ALSO TO FOX, AND CLOCKED OUT AFTERWARDS. ——— END OF REPORT ———

**Did you receive any injuries? YES or NO (If YES, Explain Below)**

**Were you evaluated by medical? YES or NO**

| Printed Name: | CHRISTOPHER JONES | | |
|---|---|---|---|
| Signature: | *Christopher C. Jones* | Date: | 3-28-22 |
| Typed By: | | Date: | |

**This Section to be completed by COA staff if the civilian/other or inmate/resident refused to complete the 5-1C**

Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C | | | |
|---|---|---|---|---|
| | Civilian/Other refused to complete this 5-1C | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

10/3/13

Proprietary Information – Not For Distribution – Copyrighted

CCPL000030

| Facility | Trousdale Turner Correctional Center *TTCC* | Incident Number | 2022-0119-269-1 |
|---|---|---|---|

| Incident Date | March, 28, 2022 | Incident Time (HRS) | 1830-1900hrs |
|---|---|---|---|

| Person Name | ID Number (Employee #/Inmate #/Civilian ID) | Person Type (Employee/Inmate/Civilian) | Person Role (Witness or Participant) |
|---|---|---|---|
| Delores A. Stokes | E390 5494b | Employee | Witness |

| Housing Location (For Inmates/Residents Only) *Bravo Alpha Pod* | *Bravo Alpha Pod* |
|---|---|

**Based on your own knowledge, what did you see, hear, and do?**

On March 28 2022 at or around 1830-1900 Pm Emergency Response Team and Additional assistance was called to Bravo Alpha pod. 50 or more Offenders were near Cell door 118. Emergency Response Team came in and proceeded to treat offender Twilley, Martavius# 528773, Emergency Response Team rushed offender out of Bravo Unit. The additional assistance proceeded to lock down Bravo Unit. After pods was locked down I, Case Manager Stokes and Correction Officer Mars assisted Chief Williams as he went door to door for a wellness check of all inmates in Bravo Alpha. The SI6 investigators interviewed inmates from Bravo Alpha. After I, Case Manager Stokes completed bottom tier of Wellness Check, I went home. This concludes my report.

| Did you receive any injuries? YES or NO (If YES, Explain Below) | NO |
|---|---|
| Were you evaluated by medical? YES or NO | N |

| Printed Name: | Delores A Stokes | | |
|---|---|---|---|
| Signature: | Delores A. Stac | Date: | 3/28/22 |
| Typed By: | | Date: | 3/28/22 |

This section to be completed by CCA staff if the civilian/other or inmate/resident refused to complete the 5-1C.
Place an "X" in the appropriate box:

| | Inmate/Resident refused to complete this 5-1C |
|---|---|
| | Civilian/Other refused to complete this 5-1C |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

| Employee/Witness Printed Name | | Date: | |
|---|---|---|---|
| Employee/Witness Signature | | | |

File Name: 2022-0119-269-I 5-1C Statement Employees.pdf
CCC-000012

Date, time recovered: 3-28-22  1905  Location Recovered:  BA Dayroom

Recovered from: BA Dayroom

Description (incl. weight/length): 11" sharpened piece of bunk material with cloth handle.

Inmate(s) involved: N/A

# INCIDENT REPORT

| Facility: | Trousdale Turner Correctional | Incident Number: | 2022-0119-269-I |
|---|---|---|---|

| Incident Date/Time (HRS): | 03/28/2022 18:55 hours |
|---|---|

| Facility Damage: | None |
|---|---|

| Incident Location: | Facility Property \ Section: B \ Block: A |
|---|---|

## INCIDENT PRIORITY LIST:

| Priority | Priority Description |
|---|---|
| I | Death-Inmate/Resident-HOMICIDE |
| III | Discovery of Weapon-HOMEMADE (Other than firearm) |

| Other Priority Description: | |
|---|---|

## DESCRIPTION OF INCIDENT:

On 03-28-22 at approximately 1855 an inmate on inmate fight involving multiple inmates was called in Bravo Alpha Dayroom. Staff responded to the incident and began locking the pod down. During this time Assistant Shift Supervisor Laroderick McDavid discovered inmate Twilley, Marktavious #528772 in cell 118 laying on the floor with stab wounds. Medical staff were called for and EMS was notified. Medical staff moved inmate Twilley to the medical department to await EMS. EMS arrived on facility at approximately 1920hrs.  EMS then left the facility for Trousdale Medical  Center at 1940hrs. At 2003hrs Inmate Twilley was pronounced deceased by Nurse Practitioner Jessica Colon at Trousdale Medical Center. Currently Bravo Unit is locked down pending the investigation of the incident.

Twilley, Marktavious #528772 is a 28 year old black male serving a 26 year sentence for Aggravated Burglary, Second Degree Murder, Reckless Aggravated Assault, Att Aggravated Burglary. The inmates STG affiliation was identified as Young MOB.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

| Inmates/Residents Involved? | Yes |
|---|---|

## INVOLVED PEOPLE:

| Inmate/Resident Name(s) & Number | Jurisdiction | Witness or Participant | 5-1C Attached or Refused? | Injuries |
|---|---|---|---|---|
| **MARKTAVIOUS TWILLEY (00528772)** | TN DOC | Participant | Refused | No |

| Employee Name(s) & Number | Employee Title | Witness or Participant | 5-1C Attached? | Injuries |
|---|---|---|---|---|

Proprietary Information - Not For Distribution - Copyrighted - Property of  CoreCivic 10/03/13

# INCIDENT REPORT

| Laroderick Mcdavid Jr (41050549) | Assistant Shift Supervisor | Participant | Yes | No |
|---|---|---|---|---|

| **Medical Evaluation Completed?** | Yes |
|---|---|

## HEALTH SERVICES PERSONNEL CONDUCTING EXAMINATIONS:

| Name | Title |
|---|---|
| Kouns, Allen | RN |

| **Weapons Discovered?** | Yes | **How Many?** | 1 |
|---|---|---|---|

| Weapon Description | Weapon Location |
|---|---|
| 11" sharpened piece of bunk material with cloth handle. | Facility Evidence Locker |

| **Cell Phones Discovered?** | N/A | **How Many?** | |
|---|---|---|---|

| **Inmate/Resident Disciplinary Charges Filed?** | N/A |
|---|---|

| Inmate/Resident Name(s) & Number | Segregation and/or PHD | Property Inventory Completed |
|---|---|---|

| **Incident Videotaped?** | No | | |
|---|---|---|---|
| **Name/Title of Camera Operator:** | | | |
| **If Not Recorded, Explain:** | Spontaneous Incident | | |
| **Photos of injuries, contraband, or property?** | Yes | **How Many?** | 1 |
| **If No Photos, Explain:** | | | |
| **Name/Title of Photo Taker:** | Dennis Kaiser Shift Supervisor | | |

## EVIDENCE INFORMATION:

| **Evidence recovered during incident?** | Yes |
|---|---|
| **Chain of Custody Maintained:** | Yes |
| **Evidence Description:** | 11" sharpened piece of bunk material with cloth handle. |
| **Evidence Current Location:** | Faciity Evidence Locker |

 Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic 10/03/13



**TENNESSEE DEPARTMENT OF CORRECTION**
**INCIDENT REPORT**

| Institution/Field Office<br>**Trousdale Turner Correctional Center** | | | Incident<br>**01526509** | |
|---|---|---|---|---|
| Type of Incident<br>**Death of Offender Pending** | | | TOMIS Incident Code | |
| Date/Time Occurred<br>**3.28.2022 @ 0737** | | Date/Time Reported<br>**03.28.2022 0805** | | Date of this Report<br>**03.31.2022** |
| Vehicle Used<br>**N/A** | | Type of Property Loss<br>**N/A** | | Loss Value<br>**N/A** |
| Weapon, Tool, Force or Means Used in Incident | | | | |
| Codes: V | V – Victim<br>S – Suspect | E – Escape<br>W – Inmate Witness | R – 1st Employee Reporting<br>EW – Employee Witness | |

| Name<br>Twilley, Marktavious #528772 | Code<br>V | Lt. McDavid | Code<br>EW |
|---|---|---|---|

| Narrative:<br>(Utilize additional pages as needed) | 1) Identify additional suspects or witnesses<br>2) Summarize details of incident (When, Where, What, Why, What action taken?)<br>3) Describe physical evidence, location found and disposition. |
|---|---|

**Brief Description of Incident:**

On 03-28-22 at approximately 1855 an inmate on inmate fight involving multiple inmates was called in Bravo Alpha Dayroom. Staff responded to the incident and began locking the pod down. During this time Assistant Shift Supervisor Laroderick McDavid discovered inmate Twilley, Marktavious #528772 in cell 118 laying on the floor with stab wounds. Medical staff were called for and EMS was notified. Medical staff moved inmate Twilley to the medical department to await EMS. EMS arrived on facility at approximately 1920hrs. EMS then left the facility for Trousdale Medical Center at 1940hrs. At 2003hrs Inmate Twilley was pronounced deceased by Nurse Practitioner Jessica Colon at Trousdale Medical Center. Currently Bravo Unit is locked down pending the investigation of the incident.

Twilley, Marktavious #528772 is a 28 year old black male serving a 26 year sentence for Aggravated Burglary, Second Degree Murder, Reckless Aggravated Assault, Att Aggravated Burglary. The inmates STG affiliation was identified as Young MOB.

**Notifications**

Chief/ ADO Williams, T, notified 3.28.2022 @ 1933 by Asst. Shift Supervisor, McDavid, L, Martin Frink notified 3.28.22@ 1935 notified by Chief Williams, Managing Director: Vance Laughlin notified by Warden Martin Frink, Contract Monitor Christopher Brun notified @ 1935, by LT McDavid, CCC: Notified at 1959 by Dennis Kaiser, Shift Supervisor, Quentin Fletcher notified by LT McDavid, , Correctional Administrator (TDOC): John Fisher notified by Contract Monitor Christopher Brun, OIC SAIC: Michael Dunn notified by Contract Monitor, Jon Walton, OIC Director: Donna Turner notified by Special Agent by Mike Dunn, Family Notification: Ms. Twilley (Mother) notified by Chaplain Quinton, Victim Services: Tamika Robbins notified via email by Records Supervisor Anna Ogborn

| Status (check one) | ☐ Referred I.A. | ☐ District Attorney |
|---|---|---|
| ☐ Closed | ☐ Other: | ☐ Disciplinary Board |
| Reporting Employee | A.C. Reviewing | Commissioner |
| | | |

CR-0525 (Rev. 6-01)     White – Assistant Commissioner/Operations Canary – Facility/Field Office          RDA
1167



## eTomis — Disciplinary

Menu    Favorites    Tools    Other Applications    Reports    Help    PROD    (LIBK)

Links ▼    Suspend ☐

TOMIS ID  00528772    Twilley, Marktavious          Status  DEAD    Location

**Disciplinary**    Sentence    Appeal

Reset key fields

Inquire

Refresh

Modify

Delete

Request

| | | | | |
|---|---|---|---|---|
| Incident ID | 01522995 | | Incident Date | 03/02/2022 |
| Site ID | TTCC | Trousdale Turner Correctional Center | | |
| Discip Date | 03/02/2022 | | Discip Time | 03:40 PM |
| Class ID Number | | | Section ID | |
| Position ID | | | Disciplinary | B |
| Refused to Sign Date | | | Job Code | |
| Weapon Used | NONE | | Level of Violence | No Violence |
| Posted by Staff ID | WILLDE24 | Williams, Denicia | | |

| Infraction | Defiance |
|---|---|

| | | |
|---|---|---|
| Offender Advisor | 00435854 | Cole |
| Staff Advisor | | |
| Offender Account | Offender Pled Not Guilty Signed Cr 3171 | |

| Decision ID | DILLLA02 | Dillon, Lauren |
|---|---|---|
| | DILLLA02 | Dillon, Lauren |
| | DILLLA02 | Dillon, Lauren |

| Plea G | Disposition Guilty | Disposition Date 03/02/2022 |
|---|---|---|

FastPath [    ] Go

LIBK



Case 3:22-cv-00093   Document 41-1   Filed 05/27/22   Page 19 of 95 PageID #: 437   CCI-006017



eTomis

| Menu | Favorites | Tools | Other Applications | Reports | Help | PROD | (LIBK) |

**Disciplinary**

Links ▼    Suspend ☐

TOMIS ID  00528772  Twilley, Marktavious      Status  DEAD  Location

| Disciplinary | Sentence | Appeal |

Reset key fields

Inquire

Refresh

Modify

Delete

Request

| | | | |
|---|---|---|---|
| Incident ID | 01496443 | Incident Date | 07/10/2021 |
| Site ID | TTCC | Trousdale Turner Correctional Center | |
| Discip Date | 07/10/2021 | Discip Time | 10:59 AM |
| Class ID Number | | Section ID | |
| Position ID | | Disciplinary | B |
| Refused to Sign Date | | Job Code | |
| Weapon Used | | Level of Violence | No Violence |
| Posted by Staff ID | HILLED01 | Hill, Edmond | |

| Infraction | Defiance |
|---|---|

| | | |
|---|---|---|
| Offender Advisor | 00555987 | Patel |
| Staff Advisor | | |
| Offender Account | Inmate Pled Guilty Signed Cr-3171 | |

| Decision ID | HUNTRO03 Huntley, Roger |
|---|---|
| | HUNTRO03 Huntley, Roger |
| | HUNTRO03 Huntley, Roger |

FastPath

Go

| Plea G | Disposition **Guilty** | Disposition Date 08/03/2021 |
|---|---|---|

LIBK

CCI 000618





Case 3:22-cv-00093   Document 41-1   Filed 05/27/22   Page 22 of 95   PageID #: 6020   CCI 006020







ROGEKE03

22B/229

3.9

TOMIS ID:         00528772
Offender Name:    TWILLEY, MARKTAVIOUS
Institution Name: BLEDSOE COUNTY CORRECTIONAL COMPLEX

Classification Type: CLASSIFICATION          CAF Date: 04/26/2019

Status at time of Hearing: Gen.Pop.___   AS___   PC___   Other _____NC_____

Incompatibles: Yes__ No_/  Inmate agrees to waive 48 hr. hearing notice: ____

Scored CAF Range: MEDIUM  (10)  Current Custody Level:

Panel's  Majority  Recommendation:

    Facility  Assignment: _TTCC___    Transfer: Yes___  No___  Explain Below:

    Custody Level: _Medium___

    Override Type: _____

    Justification, Program Recommendations, and Summary:

25 yo; 26-yr Sent; 2nd Deg Murder, Agg Burg; Multi Priors - include
Reck Agg Assault

RED 3/11/37 EXP 5/23/41                      A Medical
Updated Photo Needed:  Yes ___  No _/           Loc 2

Offender Signature: _Marktavious Twilley_    Appeal: Yes ___  No _/
                                 If Yes, provide appeal & copy to Inmate

Panel Member Signatures:        Date: 5-16-19

_____    _____    _____  Tina Ray
Chairperson              Security Member          Treatment Member

If panel member disagrees with majority recommend, state specific reasons:

_____
_____

Approving Authority:
_____    5-16-19            Approve _/  Deny ___
    Signature               Date

If denied, reasons include: _____
_____
_____

ROGEKE03              TENNESSEE DEPARTMENT OF CORRECTION        DATE:  04/26/2019
                          CLASSIFICATION HEARING NOTICE          TIME:  08:05 AM


        TOMIS ID:  00528772    TWILLEY, MARKTAVIOUS
        CAF Date:  04/26/2019


        This is to inform you that your classification hearing will be held
        on 05/06/2019 at BLEDSOE COUNTY CORRECTIONAL COMPLEX

                /b

        Classification Date:
        Classification Type:  CL    CLASSIFICATION




                _Marktavious Twilley_                _April-30-2019_

 TOMIS ID:  00528772   TWILLEY, MARKTAVIOUS
SITE NAME:  BLEDSOE COUNTY CORRECTIONAL COMPLEX
COUNSELOR:  ROGERS, KENNEY
CAF DATE:  04/26/2019

HISTORY OF INSTITUTIONAL VIOLENCE                                             0
      ASSAULT. NO WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) .....   3   -----
      ASSAULT. WITH WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) ...   5   SCORE
      ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH   7
       (LAST 42 MONTHS) .................................
      ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH   5
       (43 THROUGH 60 MONTHS) .................................

ASSAULT OCCUR WITHIN LAST SIX MONTHS                                          0
      NO .....................................................   0   -----
      YES ....................................................   3   SCORE

SEVERITY OF CURRENT OFFENSE                                                   4
      LOW ....................................................   0   -----
      MODERATE ...............................................   1   SCORE
      HIGH ...................................................   3
      HIGHEST ................................................   4

PRIOR ASSAULTIVE OFFENSE HISTORY                                              4
      LOW ....................................................   0   -----
      MODERATE ...............................................   1   SCORE
      HIGH ...................................................   3
      HIGHEST ................................................   4

SCHEDULE A SCALE (SUM OF ITEMS 1 THROUGH 4)                                   8
      CLOSE  . . . . 10-14.
      MAXIMUM  . . . . 15 OR MORE.


ESCAPE HISTORY                                                             - 2
      NO ESCAPES OR ATTEMPTS .................................  - 2   -----
      ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR      0   SCORE
       THREATENED VIOLENCE: OVER 1 YEAR AGO ...................
      ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR      1
       THREATENED VIOLENCE: WITHIN THE LAST YEAR ...............
      ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN   5
       CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: OVER 1 YEAR AGO
      ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN   7
       CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: WITHIN LAST YR

ROGEKE03              TENNESSEE DEPARTMENT OF CORRECTION     DATE: 04/26/2019
                   CLASSIFICATION CUSTODY ASSESSMENT FORM   TIME: 08:04:56
                                                    PAGE:    2

```
 TOMIS ID:  00528772   TWILLEY, MARKTAVIOUS
 SITE NAME:  BLEDSOE COUNTY CORRECTIONAL COMPLEX
 COUNSELOR:  ROGERS, KENNEY
 CAF DATE:  04/26/2019
```

```
DISCIPLINARY REPORTS - GUILTY                                       0
     NONE IN LAST 18 MONTHS .....................................  - 4  -----
     NONE IN LAST 12 MONTHS .....................................  - 2  SCORE
     NONE IN LAST 6 MONTHS ......................................  - 1
     NEW ADMISSION/PAROLE VIOLATOR..............................    0
     ONE IN LAST 6 MONTHS .......................................    1
     TWO OR MORE IN LAST 6 MONTHS ..............................    4

MOST SEVERE DISCIPLINARY RECEIVED                                   0
     CLASS C ....................................................    2  -----
     CLASS B ....................................................    5  SCORE
     CLASS A ....................................................    7

DETAINER/NOTIFICATION/CHARGE PENDING                               0
     MISDEMEANOR ................................................    3  -----
     FELONY .....................................................    5  SCORE

PRIOR FELONY CONVICTIONS                                            4
     ONE ........................................................    2  -----
     TWO OR MORE ................................................    4  SCORE

SCHEDULE B SCALE (SUM OF ITEMS 5 THROUGH 9)                        2


CUSTODY LEVEL SCALE FOR TOTAL A + B (CAF SCORE)                    10
     CLOSE  . . . . . 17 OR MORE.                                 -----
     MEDIUM . . . . . 7-16.                                       -----
     MINIUMUM . . . . 6 OR LESS.

     CAF CUSTODY LEVEL: MEDIUM
```

AC.2d



TENNESSEE DEPARTMENT OF CORRECTION
AGREEMENT TO PLEAD GUILTY
AND
WAIVER OF DISCIPLINARY HEARING AND DUE PROCESS RIGHTS

520792

Inmate Name  M. Trilley                    TDOC Number

Having been in violation of rules as follows:

Disciplinary Docket Number:  151754J

Offenses and Category   Class A  PDW
                        #5 @ 2mc SPUN.

I admit I violated the above listed rule(s) and agree to plead guilty and accept whatever punishment the disciplinary board may impose. In making this agreement, I understand that I am waiving the following rights:

1.   The right to personally appear before the disciplinary board
2.   The right to plead not guilty and to have the case against me proven by a preponderance of evidence.
3.   The right to present my own version of the facts.
4.   The right to call witnesses in my own behalf.

I am signing this agreement of my own free will and under no threat or coercion to do so. I understand that by signing this agreement, I must accept whatever punishment the disciplinary board may impose and will not be allowed to appeal.

_____          1-20-22
Inmate Signature                          Date

_____
Staff Witness

_____          1/21/22
Disciplinary Board Chairperson            Date
                                          Date

R-3171 (8-01)                Duplicate as Needed                RDA - 5167

TENNESSEE DEPARTMENT OF CORRECTION
DISCIPLINARY REPORT HEARING SUMMARY
TCC AC 204
INSTITUTION (TOMIS Site ID)

#015/1542
DISCIPLINARY INCIDENT NUMBER

OFFENDER NUMBER: 528772

INMATE NAME (LAST) (14 characters): Twilley,
FIRST (10 characters): MARKTAVIOUS
MI

ADVISOR NUMBER: #423942

INMATE ADVISOR NAME (LAST) (14 characters): Krause
FIRST (10 characters): C.
MI

DATE OF HEARING
MO 1 DAY 20 YEAR 22 TIME 1100

PLACE OF HEARING
INSTITUTION: TCC

INMATE'S PLEA
GUILTY - Y (Y) / NOT GUILTY - N

**COMMITTEE DECISION**

GUILTY - Y (Y) Y    NOT GUILTY - N    APPEALED - Y  N    NOT APPEALED - N (N)

DISCIPLINARY ACTION DATE
(MONTH, DAY, YEAR)
1-16-22

CLASS OF INFRACTION
(A, B, or C)
A (PDW)

PROBATION END DATE
(MONTH, DAY, YEAR)

ENTERED BY Sgt ____    1/20/22 DATE    VERIFIED BY D. Haggard 1/21/22 DATE

ELIMINARY INQUIRY

WAIVERS

a. I agree to waive the right to 24-hour notice. ☐ Yes ☐ No
I'm signed CR-3171    528772 Number    1/20/22 Date
Inmate Signature

b. I agree to waive the right to have the reporting official present. ☐ Yes ☑ No
I'm signed CR-3171    528772 Number    1/20/22 Date
Inmate Signature

c. I agree to waive the right to call witness (es) on my behalf. ☑ Yes ☐ No
I'm signed CR-3171    528772 Number    1/20/22 Date
Inmate Signature

CONTINUANCE:
a. Was case previously continued? ☐ Yes ☑ No
b. If yes, when and at whose request? _____

CUSTODY PENDING HEARING:
a. Was inmate held in segregation/more restrictive setting pending hearing? ☐ Yes ☑ No
b. If yes, when was he/she placed in segregation?
When was inmate given offense citation? 1-19-22
Is inmate represented by inmate advisor? ☑ Yes ☐ No    By staff advisor? ☐ Yes ☑ No
Has inmate or inmate advisor had adequate time to prepare defense? ☑ Yes ☐ No

TTCC ₁C 20C
INSTITUTION COMPLETING

OFFENDER NAME: Trilley, MarKtavious          TDOC NUMBER: # 528772

Disciplinary Incident Number: # 0157542

HEARING

I fully understand that by entering a plea of guilty to the aforementioned charge(s) I am waiving my right to call witness(es) and present evidence on my behalf, must accept whatever punishment is imposed, and will not be allowed to appeal.

I'm signed CR-3171          # 528772          1 / 20 / 22
Inmate Signature          Number          Date

Witness(es) for Offender          Witness(es) Against Offender

Written Statement(s) submitted: [ ] Yes [x] No          Written Statement(s) submitted: [ ] Yes [x] No
                                                          Form CR3510 completed: [ ] Yes [x] No
                                                          Form CR3510 received by disciplinary board: [ ] Yes [x] No

OTHERS PRESENT:

STATEMENT OF ACCUSED: Inmate signed CR-3171, guilty plea to  DDW

DESCRIPTION OF PHYSICAL EVIDENCE INTRODUCED (Attach all test results)
INTERNAL AFFAIRS REPORT AVAILABLE: [ ] Yes [x] No
R.O. Statement

FINDINGS OF FACT AND SPECIFIC EVIDENCE RELIED UPON TO SUPPORT THOSE FINDINGS    DHO relies on R.O. Statement

DISPOSITION AND A STATEMENT OF REASONS WHICH SUPPORTS THAT DECISION:    I/M has plea guilty to  DDW
GUILTY OF A CLASS  A  , $ 5  Fine/    Restitution
WHICH INCLUDES  2  MCR /    MVR /    DER /  5 DAY  Punitive
I/M Signed CR-3171

RECOMMENDATION OF LOSS OF:

Good/Honor Time [ ]          Good Conduct [ ]          (Amount)
Incentive Time [ ]          Prisoner Performance Sentence Credits (PPSC) [ ]          (Amount)
Prisoner Sentence Reduction Credits (PSRC) [ ]          (Amount)

Disciplinary Board Chairperson/ Hearing Officer Signature          01.20.22    Date

Member          01.20.22    Date

Member          01.20.22    Date

34 (Rev. 11-10)          White-Institution          Canary-Institution          Pink-Inmate          RDA-11085
2 of 2 Pages

CCII 000030

OFFENDER NAME:  TWILLEY, MARKTAVIOUS
TOMIS ID:  00528772
INSTITUTION NAME:  TROUSDALE TURNER CORRECTIONAL CENTER
UNIT ID:  BB2  *AC706*
CELL ID:  *19*

INCIDENT
    INCIDENT ID:  01517542
        INCIDENT DATE:  01/16/2022              INCIDENT TIME:  06:30:00
        INCIDENT TYPE:  WEAPON-NON COMMERCIAL KNIFE
        DISCIPLINARY CLASS:
        INFRACTION TYPE:  POSSESSION OF DEADLY WEAPON
        WEAPON USED:
        VIOLENCE COMMITTED:  NO VIOLENCE
        PREPARED BY STAFF ID:  STITTE01
        REPORTED BY STAFF ID:  STITTE01

WITNESSES/VICTIMS/PERSONS INVOLVED
    PERSON ID:  STITTE01
        PERSON TYPE:  S
        INJURED (Y/N):  N
    PERSON ID:  00528772
        PERSON TYPE:  O
        INJURED (Y/N):  N

BI01MGL               TENNESSEE DEPARTMENT OF CORRECTION    DATE: 01/17/202:
TCC                      T O M T S            TIME: 13:25
BOLLJA10             DISCIPLINARY REPORT         PAGE:  02

TOMIS ID:  00528772       INCIDENT ID:  01517542
OFFENDER NAME:  TWILLEY, MARKTAVIOUS

DESCRIPTION:
ON 1-16-2022 OFFICER BILLY BROWN DEPLOYED HIS FACILITY ISSUED MK 4 TO
THE FACIAL AREA OF INMATE MARKTAVIOUS TWILLEY #528772 AFTER HE REFUSED
DIRECTIVES TO STEP OUT OF THE OFFICER'S PERSONAL SPACE AND APPROACHING
THE OFFICER WITH CLENCHED FISTS AND A HOMEMADE SHARPENED METAL
INSTRUMENT. OFFICER BROWN STATED THAT THE INMATE WAS UPSET ABOUT A
PREVIOUS CELL SEARCH. THE INMATE WILL BE CHARGED WITH DEFIANCE AND
POSSESSION OF A DEADLY WEAPON.

PREPARED BY STAFF ID:  STITTE01  STITH, TERESA
REPORTED BY STAFF ID:  STITTE01  STITH, TERESA

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.

_____       _____
OFFENDER SIGNATURE                  DATE/TIME
TWILLEY, MARKTAVIOUS                   00528772

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
SIGN REPORT.

_____       _____
EMPLOYEE INITIALS, IF REPORTING       DATE/TIME
EMPLOYEE; OTHERWISE, FULL NAME.

BI01MGL           TENNESSEE DEPARTMENT OF CORRECTION    DATE: 01/17/202:
TCC                      T O M I S                 TIME: 13:25
HOLLJA10             DISCIPLINARY REPORT          PAGE:  03

TOMIS ID:  00528772     INCIDENT ID:  01517542
OFFENDER NAME:  TWILLEY, MARKTAVIOUS

_____      _____
REPORTING OFFICIAL                  DATE/TIME

_____      _____
PREPARED BY                        DATE/TIME

_____      _____
REVIEWING DESIGNATED SUPERVISOR        DATE/TIME

IF PLACED IN SEGREGATION:

_____      _____
SENIOR SECURITY OFFICER              DATE/TIME

_____      _____
WARDEN (SEGREGATION PENDING INVESTIGATION)   DATE/TIME



TENNESSEE DEPARTMENT OF CORRECTION

AGREEMENT TO PLEAD GUILTY

AND

WAIVER OF DISCIPLINARY HEARING AND DUE PROCESS RIGHTS

Inmate Name: **Twilley, Marktavious**     TDOC Number: **528772**

Having been in violation of rules as follows:

Disciplinary Docket Number     **1496443**

Offenses and Category     **DFNB**
**$4 FINE**

I admit I violated the above listed rule(s) and agree to plead guilty and accept whatever punishment the disciplinary board may impose. In making this agreement, I understand that I am waiving the following rights:

1.   The right to personally appear before the disciplinary board
2.   The right to plead not guilty and to have the case against me proven by a preponderance of evidence.
3.   The right to present my own version of the facts.
4.   The right to call witnesses in my own behalf.

I am signing this agreement of my own free will and under no threat or coercion to do so. I understand that by signing this agreement, I must accept whatever punishment the disciplinary board may impose and will not be allowed to appeal.

_Marktavious Twilley_
Inmate Signature

**8-3-21**
Date

D/No Present
Staff Witness

Date

SY
Disciplinary Board Chairperson

**8-3-21**
Date

CR-3171 (8-01)          *Duplicate as Needed*          RDA – 1167

CCID 000034



TENNESSEE DEPARTMENT OF CORRECTION
DISCIPLINARY REPORT HEARING SUMMARY

_TTCC_
INSTITUTION (TOMIS SITE ID)

_1496443_
DISCIPLINARY INCIDENT NUMBER

OFFENDER NUMBER: _528772_

INMATE NAME (LAST) (14 characters) _TWILLEY_   FIRST (10 characters) _MARKTAVIOUS_   MI

ADVISOR NUMBER: _538355_

INMATE ADVISOR NAME (LAST) (14 characters) _GONZALES_   FIRST (10 characters) _S_   MI

DATE OF HEARING

| MO | DAY | YEAR | TIME | PLACE OF HEARING INSTITUTION | INMATE'S PLEA |
|---|---|---|---|---|---|
| 8 | 3 | 21 | 9 A/M | TTCC | GUILTY – (Y)   NOT GUILTY – N |

INMATE'S PLEA: GUILTY – (Y)

**COMMITTEE DECISION**

GUILTY (Y)   NOT GUILTY – N   APPEALED – Y   NOT APPEALED (N)

DISCIPLINARY ACTION DATE (MONTH, DAY, YEAR) _7/10/2021_

CLASS OF INFRACTION (A, B, or C) _DFN-B_

PROBATION END DATE (MONTH, DAY, YEAR)

ENTERED BY _[signature]_   _8.3.21_ DATE   VERIFIED BY _____ DATE

**PRELIMINARY INQUIRY**

1. **WAIVERS**
   a. I agree to waive the right to 24-hour notice.  ☒ Yes  ☐ No
      _M. Twilley_ Inmate Signature   _528772_ Number   _8-3-21_ Date
   b. I agree to waive the right to have the reporting official present.  ☐ Yes  ☐ No
      _M. Twilley_ Inmate Signature   _528772_ Number   _8-3-21_ Date
   c. I agree to waive the right to call witness (es) on my behalf.  ☐ Yes  ☐ No
      _M. Twilley_ Inmate Signature   _528772_ Number   _8-3-21_ Date

2. **CONTINUANCE:**
   a. Was case previously continued?  ☐ Yes  ☒ No
   b. If yes, when and at whose request?

3. **CUSTODY PENDING HEARING:**
   a. Was inmate held in segregation/more restrictive setting pending hearing?  ☐ Yes  ☒ No
   b. If yes, when was he/she placed in segregation?

4. When was inmate given offense citation?  _7-10-2021_

5. Is inmate represented by inmate advisor?  ☒ Yes  ☐ No   By staff advisor? ☐ Yes  ☒ No

6. Has inmate or inmate advisor had adequate time to prepare defense?  ☒ Yes  ☐ No

CR-1834 (Rev. 11-10)
Page 1 of 2 Pages   White-Institution   Canary- Institution   Pink-Inmate   RDA – 1167

CCI 000035

TTCC
INSTITUTION (TOMIS SITE ID)

'496443
DISCIPLINARY INCIDENT NUMBER

FENDER NAME: *Twilley, Marktavious*    TDOC NUMBER: *528772*

:ARING

lly understand that by entering a plea of guilty to the aforementioned charge(s), I am waiving my right to call witness(es) and present dence on my behalf, must accept whatever punishment is imposed, and will not be allowed to appeal.

*M. Twilley*                    *528772*                    *8-3-21*
Inmate Signature              Number                       Date

Witness(es) for Offender                    Witness(es) Against Offender

_____                    _____

_____                    _____

Written Statement(s) submitted: [ ] Yes [x] No      Written Statement(s) submitted: [ ] Yes [x] No
                                                    Form CR3510 completed: [ ] Yes [x] No
                                                    Form CR3510 received by disciplinary board [ ] Yes [x] No

:HERS PRESENT:

_____

STATEMENT OF ACCUSED: Inmate signed CR-3171, guilty plea to *DFN-B*

_____

DESCRIPTION OF PHYSICAL EVIDENCE INTRODUCED (Attach all test results)
NTERNAL AFFAIRS REPORT AVAILABLE: [ ] Yes [x] No
R.O. Statement

FINDINGS OF FACT AND SPECIFIC EVIDENCE RELIED UPON TO SUPPORT THOSE FINDINGS      DHO relies on R.O. Statement

ISPOSITION AND A STATEMENT OF REASONS WHICH SUPPORTS THAT DECISION:      I/M has plea guilty to *DFN*
UILTY OF A CLASS *B*, $ *4* Fine/ Restitution
/HICH INCLUDES    MCR /        MVR /        DER /        Punitive
M Signed CR-3171

:MMENDATION OF LOSS OF:

ood/Honor Time [ ]        Good Conduct [ ]                    (Amount) _____
:entive Time [ ]          Prisoner Performance Sentence Credits (PPSC) [ ]    (Amount) _____
risoner Sentence Reduction Credits (PSRC) [ ]                (Amount) _____

*S/* _____                    *8-3-21*
Disciplinary Board Chairperson/ Hearing Officer Signature      Date

_____                    _____
Member                    Date

_____                    _____
Member                    Date

(Rev. 11-10)        White-Institution        Canary-Institution        Pink-Inmate        RDA-11085
of 2 Pages

CCID 000036

OFFENDER NAME:  TWILLEY, MARKTAVIOUS
TOMIS ID:  00528772
INSTITUTION NAME:  TROUSDALE TURNER CORRECTIONAL CENTER
UNIT ID:  BB2
CELL ID:  19

INCIDENT
    INCIDENT ID:  01496443
        INCIDENT DATE:  07/10/2021              INCIDENT TIME:  12:40:00
        INCIDENT TYPE:  DEFIANCE
        DISCIPLINARY CLASS:
        INFRACTION TYPE:  DEFIANCE
        WEAPON USED:  NONE
        VIOLENCE COMMITTED:  NO VIOLENCE
        PREPARED BY STAFF ID:  HILLED01
        REPORTED BY STAFF ID:  HILLED01

WITNESSES/VICTIMS/PERSONS INVOLVED
    PERSON ID:  00528772
        PERSON TYPE:  O
        INJURED (Y/N):  N

4101MGL
FTCC
HILLED01

TENNESSEE DEPARTMENT OF CORRECTION
T O M I S
DISCIPLINARY REPORT

DATE: 07/11/20
TIME: 17:50
PAGE: 02

TOMIS ID:  00528772        INCIDENT ID:  01496443
OFFENDER NAME:  TWILLEY, MARKTAVIOUS

DESCRIPTION:
ON JULY 10, 2021 AT APPROXIMATELY 1240 HOURS I OFFICER ULMER WAS
ASSIGNED TO BRAVO HOUSING UNIT. I WAS SITTING AT THE DESK IN THE
ROTUNDA WHEN OFFICER BASHAM OPENED THE BRAVO BRAVO POD DOOR; AT THAT
POINT INMATE TWILLEY, MARKTAVIOUS #528772 CAME OUT OF THE POD AND WAS
TALKING ON THE BRAVO CHARLIE DOOR. I GAVE INMATE TWILLEY #528772
SEVERAL DIRECTIVES TO GET OFF THE DOOR AND ALL OF MY DIRECTIVES WERE
IGNORED. THEREFORE I AM CHARGING INMATE TWILLEY WITH DEFIANCE.

PREPARED BY STAFF ID:  HILLED01  HILL, EDMOND
REPORTED BY STAFF ID:  HILLED01  HILL, EDMOND


 HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.

_____
OFFENDER SIGNATURE
TWILLEY, MARKTAVIOUS

7-10-21
_____
DATE/TIME
                 00528772

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
SIGN REPORT.

_____
EMPLOYEE INITIALS, IF REPORTING
EMPLOYEE; OTHERWISE, FULL NAME.

7-12-21  1/10
_____
DATE/TIME

TOMIS ID:  00528772      INCIDENT ID:  01496443
OFFENDER NAME:  TWILLEY, MARKTAVIOUS

_Lisa R O Chambers_                    7/11/21 1801
REPORTING OFFICIAL                     DATE/TIME

_Lisa R O Chambers_                    7/11/21 1801
PREPARED BY                            DATE/TIME

_K. Mitchell_                          7/11/21 1801
REVIEWING DESIGNATED SUPERVISOR        DATE/TIME

IF PLACED IN SEGREGATION:

_____                _____ 1800
SENIOR SECURITY OFFICER                DATE/TIME

_____                _____
WARDEN (SEGREGATION PENDING INVESTIGATION)  DATE/TIME



TENNESSEE DEPARTMENT OF CORRECTION

AGREEMENT TO PLEAD GUILTY

AND

WAIVER OF DISCIPLINARY HEARING AND DUE PROCESS RIGHTS

Inmate Name: **TWILLEY, MARKTAVIOUS**     TDOC Number: **528772**

Having been in violation of rules as follows:

Disciplinary Docket Number: **1487294**

Offenses and Category     **DFN - B**
**$4 FINE**

I admit I violated the above listed rule(s) and agree to plead guilty and accept whatever punishment the disciplinary board may impose. In making this agreement, I understand that I am waiving the following rights:

1. The right to personally appear before the disciplinary board

2. The right to plead not guilty and to have the case against me proven by a preponderance of evidence.

3. The right to present my own version of the facts.

4. The right to call witnesses in my own behalf.

I am signing this agreement of my own free will and under no threat or coercion to do so. I understand that by signing this agreement, I must accept whatever punishment the disciplinary board may impose and will not be allowed to appeal.

**M. Twilley**
Inmate Signature                               **5-21-21**
                                                Date

**DNO Present**
Staff Witness                                   Date

**S/O Hunt**                                    **5-21-21**
Disciplinary Board Chairperson                  Date

CR 3171 (8-01)               *Duplicate as Needed*               RDA – 1167



TENNESSEE DEPARTMENT OF CORRECTION
DISCIPLINARY REPORT HEARING SUMMARY

_TTCC_
INSTITUTION (TOMIS Site ID)

_1487294_
DISCIPLINARY INCIDENT NUMBER

OFFENDER NUMBER: _528772_

INMATE NAME (LAST) (14 characters)        FIRST (10 characters)        MI
_Twilley_        _Marktavious_

ADVISOR NUMBER: _579945_

INMATE ADVISOR NAME (LAST) (14 characters)        FIRST (10 characters)        MI
_Gray_        _J_

| DATE OF HEARING | | | | PLACE OF HEARING INSTITUTION | INMATE'S PLEA |
| MO | DAY | YEAR | TIME | | GUILTY - Y    NOT GUILTY - N |
| 5 | 21 | 2021 | 9:09 AM | _TTCC_ | (Y) |

**COMMITTEE DECISION**

GUILTY – (Y)    NOT GUILTY – N    APPEALED – Y    NOT APPEALED – (N)
_N_

DISCIPLINARY ACTION DATE (MONTH, DAY, YEAR)
_4-29-2021_

CLASS OF INFRACTION (A, B or C)
_DFN - B_

PROBATION END DATE (MONTH, DAY, YEAR)

ENTERED BY _Sb Jones_        _5-24-21_        VERIFIED BY
DATE                DATE

PRELIMINARY INQUIRY

1. WAIVERS
   a. I agree to waive the right to 24-hour notice.  ☑ Yes  ☐ No
      _M. Twilley_        _528772_        _5-21-21_
      Inmate Signature        Number        Date
   b. I agree to waive the right to have the reporting official present.  ☑ Yes  ☐ No
      _M. Twilley_        _528772_        _5-21-21_
      Inmate Signature        Number        Date
   c. I agree to waive the right to call witness (es) on my behalf.  ☑ Yes  ☐ No
      _M. Twilley_        _528772_        _5-21-21_
      Inmate Signature        Number        Date

2. CONTINUANCE:
   a. Was case previously continued?  ☑ Yes  ☐ No
   b. If yes, when and at whose request?  _5-5-2021, 5-11-2021, 5-17-2021 DNO_

3. CUSTODY PENDING HEARING:
   a. Was inmate held in segregation/more restrictive setting pending hearing?  ☐ Yes  ☑ No
   b. If yes, when was he/she placed in segregation?

4. When was inmate given offense citation?  _5-1-2021_

5. Is inmate represented by inmate advisor?  ☑ Yes  ☐ No        By staff advisor? ☐ Yes  ☑ No

6. Has inmate or inmate advisor had adequate time to prepare defense?  ☑ Yes  ☐ No

CR-1834 (Rev. 11-10)        White-Institution        Canary-Institution        Pink-Inmate        RDA – 1167
Page 1 of 2 Pages

CCID 000041

TTCC
INSTITUTION (TOMIS SITE ID)

OFFENDER NAME: _TWILLEY, MARKTAVIOUS_

DISCIPLINARY INCIDENT NUMBER
_1487294_

TDOC NUMBER: _528772_

HEARING

ully understand that by entering a plea of guilty to the aforementioned charge(s), I am waiving my right to call witness(es) and present idence on my behalf, must accept whatever punishment is imposed, and will not be allowed to appeal.

_M. Twilley_                                    _528772_            _3-21-21_
Inmate Signature                                Number                  Date

| Witness(es) for Offender | Witness(es) Against Offender |
|---|---|

| Written Statement(s) submitted: ☐ Yes [x] No | Written Statement(s) submitted: ☐ Yes [x] No |
| | Form CR3510 completed: ☐ Yes [x] No |
| | Form CR3510 received by disciplinary board ☐ Yes [x] No |

HERS PRESENT:

STATEMENT OF ACCUSED: Inmate signed CR-3171, guilty plea to _DFN - B_

DESCRIPTION OF PHYSICAL EVIDENCE INTRODUCED (Attach all test results)
INTERNAL AFFAIRS REPORT AVAILABLE: ☐ Yes [x] No
R.O. Statement

FINDINGS OF FACT AND SPECIFIC EVIDENCE RELIED UPON TO SUPPORT THOSE FINDINGS    DHO relies on R.O. Statement

DISPOSITION AND A STATEMENT OF REASONS WHICH SUPPORTS THAT DECISION: I/M has plea guilty to _DFN_
GUILTY OF A CLASS _B_, $ _21_ Fine/ Restitution
WHICH INCLUDES ___ MCR / ___ MVR / ___ DER / ___ Punitive
/M Signed CR-3171

OMMENDATION OF LOSS OF:

| | | | |
|---|---|---|---|
| Good/Honor Time ☐ | Good Conduct ☐ | (Amount) ___ |
| ncentive Time ☐ | Prisoner Performance Sentence Credits (PPSC) ☐ | (Amount) ___ |
| risoner Sentence Reduction Credits (PSRC) ☐ | | (Amount) ___ |

_54/0_                                          _5-21-21_
Disciplinary Board Chairperson/ Hearing Officer Signature                Date

_____                        _____
Member                                          Date

_____                        _____
Member                                          Date

(Rev. 11-10)        White-Institution        Canary-Institution        Pink-Inmate        RDA-11085
of 2 Pages

GCID 000042



**TENNESSEE DEPARTMENT OF CORRECTION**

**D I S C I P L I N A R Y   C O N T I N U A T I O N**

DATE: 5-5-2021        DISCIPLINARY NUMBER: 1487294

| NAME (LAST) (14 characters) | FIRST (10 characters) | MI |
|---|---|---|
| TWILLEY | MARKTAVIOUS | |

OFFENDER NUMBER: 528772

ATTACH TO: _____ **BIO1DO26** _____ **CR-1833** ✓ **CR-1834**

Continuation per DHO to set up for hearing

I/M has been notified via mail

_Signature of Reporting Employee_      5-5-2021   Date

_Inmate Signature_       Date



**TENNESSEE DEPARTMENT OF CORRECTION**

**D I S C I P L I N A R Y   C O N T I N U A T I O N**

DATE: 5-11-2021          DISCIPLINARY NUMBER: 1487294

| NAME (LAST) (14 characters) | FIRST (10 characters) | MI |
|---|---|---|
| TWILLEY | MARTAVIOUS | |

OFFENDER NUMBER: 528772

ATTACH TO: _____ BIO1DO26 _____ CR-1833 ✓ CR-1834

*Continuation per DHO to set up for hearing*

*I/M has been notified via mail*

Signature of Reporting Employee          5-11-2021
                                          Date

Inmate Signature          Date



### TENNESSEE DEPARTMENT OF CORRECTION
### D I S C I P L I N A R Y   C O N T I N U A T I O N

DATE: 5-17-2021                  DISCIPLINARY NUMBER: 1487294

| NAME (LAST) (14 characters) | FIRST (10 characters) | MI |
|---|---|---|
| TWILLEY | MARTAVIOUS | |

OFFENDER NUMBER: 528772

ATTACH TO: _____ BIO1DO26 _____ CR-1833 _____ CR-1834

Continuation per DHO to set up for hearing

I/M has been notified via mail

_Signature of Reporting Employee_                    5-17-2021
                                                      Date

Inmate Signature                                      Date

CO-1831 (7-01)          White-Institutional File          Canary & Pink-Inmate          RDA - 1167

*1.*

```
FFENDER NAME:  TWILLEY, MARKTAVIOUS
OMIS ID:  00528772
NSTITUTION NAME:  TROUSDALE TURNER CORRECTIONAL CENTER
NIT ID:  BB2
ELL ID:  19

NCIDENT
   INCIDENT ID:  01487294
      INCIDENT DATE:  04/29/2021         INCIDENT TIME:  14:00:00
      INCIDENT TYPE:  DEFIANCE
      DISCIPLINARY CLASS:
      INFRACTION TYPE:  DEFIANCE
      WEAPON USED:  NONE
      VIOLENCE COMMITTED:  SEXUAL
      PREPARED BY STAFF ID:  CRAWCO01
      REPORTED BY STAFF ID:  CRAWCO01

ITNESSES/VICTIMS/PERSONS INVOLVED
   PERSON ID:  CRAWCO01
      PERSON TYPE:  S
      INJURED (Y/N):  N
   PERSON ID:  00528772
      PERSON TYPE:  O
      INJURED (Y/N):  N

THER PERSONS INVOLVED:
      CRAWCO01
```

*B*
*20 days*
*5 days   400*
*400*
*2mc   4mc*

I01MGL        TENNESSEE DEPARTMENT OF CORRECTION     DATE: 04/30/2021
TCC                  T O M I S              TIME: 20:06
RAWCO01            DISCIPLINARY REPORT          PAGE:   02

OMIS ID:   00528772       INCIDENT ID:   01487294
FFENDER NAME:   TWILLEY, MARKTAVIOUS

ESCRIPTION:
ON 04/30/2021 APPROXIMATELY 1400 FTO SMITH GAVE OFFENDER TWILLEY
MARKTAVIOUS #528772 BB219 SEVERAL VERBAL DIRECTIVES NOT TO EXIT OUT OF
BRAVO BRAVO POD. OFFENDER TWILLEY REFUSED TO FOLLOW ALL VERBAL
DIRECTIVES AND EXIT BRAVO BRAVO POD TO PASS UNKNOWN ITEMS UNDER   BA
AND BC POD DOOR. THEREFORE I SGT CRAWFORD IS CHARGING OFFENDER TWILLEY
WITH DEFIANCE. SGT CRAWFORD ENTER OFFENDER TWILLEY DISCPINARY FOR FTO
SMITH DUE TO LACK OF ETOMIS ACCESS.

PREPARED BY STAFF ID:   CRAWCO01    CRAWFORD, CORTNEY
REPORTED BY STAFF ID:   CRAWCO01    CRAWFORD, CORTNEY

 HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
IGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.

_M. Twilley_                    _5-1-21   1309_
FFENDER SIGNATURE            DATE/TIME
WILLEY, MARKTAVIOUS              00528772

FFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
IGN REPORT.

_JJO A Smith_               _5-1-21 1309_
MPLOYEE INITIALS, IF REPORTING      DATE/TIME
MPLOYEE; OTHERWISE, FULL NAME.

I01MGL            TENNESSEE DEPARTMENT OF CORRECTION    DATE: 04/30/2021
TCC                   T O M I S           TIME: 20:06
RAWCO01           DISCIPLINARY REPORT          PAGE:   03

OMIS ID:  00528772       INCIDENT ID:  01487294
FFENDER NAME:  TWILLEY, MARKTAVIOUS

_Crawford, C._          04/30/2021  2006

EPORTING OFFICIAL           DATE/TIME

_Crawford, C._          04/30/2021  2006

REPARED BY                 DATE/TIME

                              4-7-2021  2012

EVIEWING DESIGNATED SUPERVISOR      DATE/TIME

F PLACED IN SEGREGATION:


_____       _____

ENIOR SECURITY OFFICER           DATE/TIME


_____       _____

ARDEN (SEGREGATION PENDING INVESTIGATION)    DATE/TIME

BB-219



TENNESSEE DEPARTMENT OF CORRECTION
AGREEMENT TO PLEAD GUILTY
AND
WAIVER OF DISCIPLINARY HEARING AND DUE PROCESS RIGHTS

Inmate Name: __Twilley, MARKTAVIOUS__ TDOC Number: __528772__

Having been in violation of rules as follows:
Disciplinary Docket Number: __1482307__
Offenses and Category __Class     A  - PDW__
__Verbal     Warning__

I admit I violated the above listed rule(s) and agree to plead guilty and accept whatever punishment the disciplinary board may impose. In making this agreement, I understand that I am waiving the following rights:

1. The right to personally appear before the disciplinary board

2. The right to plead not guilty and to have the case against me proven by a preponderance of evidence.

3. The right to present my own version of the facts.

4. The right to call witnesses in my own behalf.

I am signing this agreement of my own free will and under no threat or coercion to do so. I understand that by signing this agreement, I must accept whatever punishment the disciplinary board may impose and will not be allowed to appeal.

__Mr Twillox__       __3-29-21__
Inmate Signature           Date

__DHO          Present__
Staff Witness           Date

__S/o__       __3-29-21__
Disciplinary Board Chairperson        Date

CR-3171 (8-01)       *Duplicate as Needed*       RDA - 1167



TENNESSEE DEPARTMENT OF CORRECTION

**DISCIPLINARY REPORT HEARING SUMMARY**

T. T. C. C
_____
INSTITUTION (TOMIS SITE ID)

1482307
_____
DISCIPLINARY INCIDENT NUMBER

---

**OFFENDER NUMBER:** 528772

**INMATE NAME (LAST)** (14 characters)     **FIRST** (10 characters)     MI

Twilley          Marktavious

**ADVISOR NUMBER:**

**INMATE ADVISOR NAME (LAST)** (14 characters)     **FIRST** (10 characters)     MI

Cronzalis

| DATE OF HEARING | | | TIME | PLACE OF HEARING INSTITUTION | INMATE'S PLEA |
|---|---|---|---|---|---|
| MO 03 | DAY 29 | YEAR 21 | 9:00A | T. T. C. C | GUILTY – Y    NOT GUILTY – N |

---

**COMMITTEE DECISION**

GUILTY – Y      NOT GUILTY – N      APPEALED – Y      NOT APPEALED – N

N

**DISCIPLINARY ACTION DATE**
(MONTH, DAY, YEAR)
03.18.21

**CLASS OF INFRACTION**
(A, B, or C)
(CV-B) PDV

**PROBATION END DATE**
(MONTH, DAY, YEAR)

**ENTERED BY** 5% ____    3-29-21    **VERIFIED BY** _____
                                DATE                              DATE

---

**PRELIMINARY INQUIRY**

1. **WAIVERS**
   a. I agree to waive the right to 24-hour notice.  ☑Yes  ☐No
      CR-3171                              528772          03.29.21
      Inmate Signature                     Number          Date
   b. I agree to waive the right to have the reporting official present.  ☑Yes  ☐No
      CR-3171                              528772          3.29.21
      Inmate Signature                     Number          Date
   c. I agree to waive the right to call witness (es) on my behalf.  ☑Yes  ☐No
      CR-3171                              528772          3.29.21
      Inmate Signature                     Number          Date

2. **CONTINUANCE:**
   a. Was case previously continued?  ☐Yes  ☑No
   b. If yes, when and at whose request? _____

3. **CUSTODY PENDING HEARING:**
   a. Was inmate held in segregation/more restrictive setting pending hearing?  ☐Yes  ☑No
   b. If yes, when was he/she placed in segregation? _____

4. When was inmate given offense citation?     3-22-2021

5. Is inmate represented by inmate advisor?  ☑Yes  ☐No     By staff advisor?  ☐Yes  ☑No

6. Has inmate or inmate advisor had adequate time to prepare defense?  ☑Yes  ☐No

CR-1834 (Rev. 11-10)          White-Institution          Canary- Institution          Pink-Inmate          RDA – 1167
Page 1 of 2 Pages

CCH 000050

TTCC
INSTITUTION (TOMIS SITE ID)

OFFENDER NAME: _Twilley Mondtavious_   TDOC NUMBER: _S28772_

DISCIPLINARY INCIDENT NUMBER: _1482707_

HEARING

I fully understand that by entering a plea of guilty to the aforementioned charge(s), I am waiving my right to call witness(es) and present evidence on my behalf, must accept whatever punishment is imposed, and will not be allowed to appeal.

_CR. 3171_                         _S28772_                    _03.29.21_
Inmate Signature                        Number                           Date

Witness(es) for Offender                      Witness(es) Against Offender

Written Statement(s) submitted: [ ] Yes [x] No    Written Statement(s) submitted: [ ] Yes [x] No

Form CR3510 completed: [ ] Yes [x] No

Form CR3510 received by disciplinary board: [ ] Yes [x] No

OTHERS PRESENT:

STATEMENT OF ACCUSED: Inmate signed CR-3171, guilty plea to _PDW_

DESCRIPTION OF PHYSICAL EVIDENCE INTRODUCED (Attach all test results)
INTERNAL AFFAIRS REPORT AVAILABLE: [ ] Yes [x] No
R.O. Statement

FINDINGS OF FACT AND SPECIFIC EVIDENCE RELIED UPON TO SUPPORT THOSE FINDINGS    DHO relies on R.O. Statement

DISPOSITION AND A STATEMENT OF REASONS WHICH SUPPORTS THAT DECISION: I/M has plea guilty to _PDW_
GUILTY OF A CLASS          , $      Fine/      Restitution
WHICH INCLUDES          MCR /          MVR /          DER /          Punitive
I/M Signed CR-3171    ( _Verbal Warning_ )

RECOMMENDATION OF LOSS OF:

Good/Honor Time [ ]        Good Conduct [ ]                    (Amount) _____

Incentive Time [ ]         Prisoner Performance Sentence Credits (PPSC) [ ]    (Amount) _____

Prisoner Sentence Reduction Credits (PSRC) [ ]                (Amount) _____

_5%_ _____            _3.29.21_
Disciplinary Board Chairperson/ Hearing Officer Signature           Date

_____            _3.29.21_
Member                                          Date

_____            _3.29.21_
Member                                          Date

-1834 (Rev. 11-10)        White-Institution      Canary-Institution      Pink-Inmate      RDA-11085
ge 2 of 2 Pages

GEO_000051

DER NAME: TWILLEY, MARKTAVIOUS
   ID: 00528772
TUTION NAME: TROUSDALE TURNER CORRECTIONAL CENTER
   ID: BB2
   ID: 19

DENT
NCIDENT ID: 01482307                      INCIDENT TIME: 13:15:00
   INCIDENT DATE: 03/18/2021
   INCIDENT TYPE: WEAPON-NON COMMERCIAL KNIFE
   DISCIPLINARY CLASS:
   INFRACTION TYPE: POSSESSION OF DEADLY WEAPON
   WEAPON USED:
   VIOLENCE COMMITTED: NO VIOLENCE
   PREPARED BY STAFF ID: VANZAS01
   REPORTED BY STAFF ID: VANZAS01

NESSES/VICTIMS/PERSONS INVOLVED
PERSON ID: VANZAS01
   PERSON TYPE: S
   INJURED (Y/N): N
PERSON ID: 00528772                              signed
   PERSON TYPE: O
   INJURED (Y/N): N

HER PERSONS INVOLVED:
     FTO MALLOY



TENNESSEE DEPARTMENT OF CORRECTION

## DISCIPLINARY REPORT HEARING SUMMARY

_TTCC_

**INSTITUTION** (TOMIS Site ID)

14699337
DISCIPLINARY INCIDENT NUMBER

**OFFENDER NUMBER:** 528772

**INMATE NAME (LAST)** (14 characters)  Twilley     **FIRST** (10 characters)  M     **MI**

**ADVISOR NUMBER:** 380971

**INMATE ADVISOR NAME (LAST)** (14 characters)  Russell     **FIRST** (10 characters)  B     **MI**

| DATE OF HEARING | | | TIME | PLACE OF HEARING INSTITUTION | INMATE'S PLEA | |
|---|---|---|---|---|---|---|
| MO | DAY | YEAR | | | GUILTY – Y | NOT GUILTY – N |
| 12 | 29 | 20 | | TTCC | | N |

### COMMITTEE DECISION

GUILTY – Y
Y

NOT GUILTY – N

APPEALED – Y
Y

NOT APPEALED – N

**DISCIPLINARY ACTION DATE**
(MONTH, DAY, YEAR)
12·4·20    12·40

**CLASS OF INFRACTION**
(A, B or C)
B-TSD

**PROBATION END DATE**
(MONTH, DAY, YEAR)

**ENTERED BY** _____     **VERIFIED BY** _____
DATE                          DATE

## PRELIMINARY INQUIRY

1. **WAIVERS**
   a. I agree to waive the right to 24-hour notice.  ☐ Yes  ☑ No
   _N/A_
   Inmate Signature     528772  Number     12·29·20  Date

   b. I agree to waive the right to have the reporting official present.  ☐ Yes  ☑ No
   _N/A_
   Inmate Signature     528772  Number     12·29·20  Date

   c. I agree to waive the right to call witness (es) on my behalf.  ☐ Yes  ☑ No
   _N/A_
   Inmate Signature     528772  Number     12·29·20  Date

2. **CONTINUANCE:**
   a. Was case previously continued?  ☐ Yes  ☐ No
   b. If yes, when and at whose request?  12·11·20 , 12·18·20 , 12·28·20

3. **CUSTODY PENDING HEARING:**
   a. Was inmate held in segregation/more restrictive setting pending hearing?  ☐ Yes  ☑ No
   b. If yes, when was he/she placed in segregation?

4. **When was inmate given offense citation?**  12·6·20

5. **Is inmate represented by inmate advisor?**  ☑ Yes  ☐ No     By staff advisor? ☐ Yes  ☑ No

6. **Has inmate or inmate advisor had adequate time to prepare defense?**  ☑ Yes  ☐ No

CR-1834 (Rev. 11-10)     White-Institution     Canary- Institution     Pink-Inmate     RDA – 1167
Page 1 of 2 Pages

CCID 000053

INSTITUTION (TOMIS SITE ID): _TTCC_

DISCIPLINARY INCIDENT NUMBER: _14699337_

OFFENDER NAME: _Twilley, M_          TDOC NUMBER: _528772_

## HEARING

I fully understand that by entering a plea of guilty to the aforementioned charge(s), I am waiving my right to call witness(es) and present evidence on my behalf, must accept whatever punishment is imposed, and will not be allowed to appeal.

_N/A_

Inmate Signature                                          Date

**Attach CR3171  Agreement to Plead Guilty and Waiver of Disciplinary Hearing and Due Process Rights**

Witness(es) for Offender                          Witness(es) Against Offender

Written Statement(s) submitted: ☐ Yes  ☑ No

Written Statement(s) submitted: ☐ Yes  ☑ No
Form CR3510 completed: ☐ Yes  ☑ No
Form CR3510 received by disciplinary board: ☐ Yes  ☑ No

OTHERS PRESENT:

STATEMENT OF ACCUSED: _see Hearing Notes_

DESCRIPTION OF PHYSICAL EVIDENCE INTRODUCED (Attach all test results)
INTERNAL AFFAIRS REPORT AVAILABLE:  ☐ Yes  ☑ No
_see Hearing Notes_

FINDINGS OF FACT AND SPECIFIC EVIDENCE RELIED UPON TO SUPPORT THOSE FINDINGS:
_See Hearing Notes_

DISPOSITION AND A STATEMENT OF REASONS WHICH SUPPORTS THAT DECISION:
_I/m Found Guilty of a Class B, TSD, $4 Fine, 4 MLR, 3 MVR_

RECOMMENDATION OF LOSS OF:
Good/Honor Time ☐          Good Conduct ☐                    (Amount) _____
Incentive Time ☐          Prisoner Performance Sentence Credits (PPSC) ☐   (Amount) _____
Prisoner Sentence Reduction Credits (PSRC) ☐          (Amount) _____

Disciplinary Board Chairperson/Hearing Officer Signature          _12·29·2020_
                                                                  Date

Member                                          Date

Member                                          Date

CR-1834 (Rev. 11-10)          White-Institution          Canary- Institution          Pink-Inmate          RDA – 1167
Page 2 of 2 Pages

OFFENDER NAME:  TWILLEY, MARKTAVIOUS
TOMIS ID:  00528772
INSTITUTION NAME:  TROUSDALE TURNER CORRECTIONAL CENTER
UNIT ID:  EB2
CELL ID:  32

INCIDENT
    INCIDENT ID:  01469337
        INCIDENT DATE:  12/04/2020          INCIDENT TIME:  22:00:00
        INCIDENT TYPE:  TAMPERING/SECURITY DEV OR EQU
        DISCIPLINARY CLASS:
        INFRACTION TYPE:  TAMPERING W/SECURITY EQUIP.
        WEAPON USED:  NONE
        VIOLENCE COMMITTED:  NO VIOLENCE
        PREPARED BY STAFF ID:  WRIGDA12
        REPORTED BY STAFF ID:  GRIFME01

WITNESSES/VICTIMS/PERSONS INVOLVED
    PERSON ID:  GRIFME01
        PERSON TYPE:  S
        INJURED (Y/N):  N
    PERSON ID:  00528772
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00607465
        PERSON TYPE:  O
        INJURED (Y/N):  N

OTHER PERSONS INVOLVED:
        C/O PERTZBORN

TOMIS ID:  00528772        INCIDENT ID:  01469337
OFFENDER NAME:  TWILLEY, MARKTAVIOUS

DESCRIPTION:
ON DECEMBER 4, 2020 AT APPROXIMATELY 2200, I, OFFICER PERTZBORN,
CONDUCTED A DOOR LOCK CHECK IN ECHO BRAVO POD. WHEN I OPENED CELL 232,
HOUSING INMATES TWILLEY, M. TDOC# 528772 AND CARTER, D. TDOC# 607465,
THERE WAS AN UNIDENTIFIABLE OBJECT OBSTRUCTING THE LOCKING MECHANISM
TO PREVENT THE DOOR FROM SECURING PROPERLY. THEREFORE, I, OFFICER
PERTZBORN, AM CHARGING INMATES TWILLEY, M. TDOC# 528772 AND CARTER, D.
TDOC# 607465 WITH TAMPERING WITH A SECURITY DEVICE. I, LIEUTENANT
LOPEZ, AM REPORTING FOR OFFICER PERTZBORN DUE TO FACILITY NEEDS.

PREPARED BY STAFF ID:  WRIGDA12  WRIGHT, DANIEL
REPORTED BY STAFF ID:  GRIFME01  LOPEZ, MEGAN

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.

_____Refused_____        ____12/07/2020_____
OFFENDER SIGNATURE                        DATE/TIME
TWILLEY, MARKTAVIOUS                                 00528772

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
SIGN REPORT.

_____JP_____         ____12/07/2020_____
EMPLOYEE INITIALS, IF REPORTING           DATE/TIME
EMPLOYEE; OTHERWISE, FULL NAME.

TOMIS ID:  00528772      INCIDENT ID:  01469337
OFFENDER NAME:  TWILLEY, MARKTAVIOUS

_____          12/6/2020    0730
REPORTING OFFICIAL                           DATE/TIME

_____          12/6/2020    0730
PREPARED BY                                  DATE/TIME

_____          12/6/2020    0730
REVIEWING DESIGNATED SUPERVISOR              DATE/TIME

IF PLACED IN SEGREGATION:

_____          _____
SENIOR SECURITY OFFICER                      DATE/TIME

_____          _____
WARDEN (SEGREGATION PENDING INVESTIGATION)   DATE/TIME



# TENNESSEE DEPARTMENT OF CORRECTION
## D I S C I P L I N A R Y   C O N T I N U A T I O N

DATE: 12-11-20

DISCIPLINARY NUMBER: M69337

NAME (LAST) (14 characters)
Twiller

FIRST (10 characters)
M

MI

OFFENDER NUMBER: 528772

ATTACH TO: _____ BIO1DO26 _____ CR-1833 _____ CR-1834

Continuation Per D.H.O. To Set

up for Hearing.

I/M has been Notified Via Mail.

Signature of Reporting Employee                12-11-20
                                               Date

Inmate Signature                              Date

CR-1831 (7-01)        White-Institutional File        Canary & Pink-Inmate        RDA – 1167

Case 3:22-cv-00093   Document 41-1   Filed 05/27/22   Page 60 of 95 PageID #: 473
CCID 000058



# TENNESSEE DEPARTMENT OF CORRECTION
## DISCIPLINARY CONTINUATION

DATE: 12-18-20

DISCIPLINARY NUMBER: 1469337

NAME (LAST) (14 characters): Twilley

FIRST (10 characters): M

MI:

OFFENDER NUMBER: 561772

ATTACH TO: _____ **BIO1DO26** _____ **CR-1833** _____ **CR-1834**

Continuation Per D.H.O. To Set
up for Hearing.
I/M has been Notified via Mail.

Signature of Reporting Employee

Date: 12-18-20

Inmate Signature

Date

CR-1831 (7-01)     White-Institutional File     Canary & Pink-Inmate     RDA – 1167



**TENNESSEE DEPARTMENT OF CORRECTION**

**D I S C I P L I N A R Y  C O N T I N U A T I O N**

DATE: 12-25-20

DISCIPLINARY NUMBER: M69337

NAME (LAST) (14 characters)
Twilley

FIRST (10 characters)
M

MI

OFFENDER NUMBER: 528772

ATTACH TO: _____ **BIO1DO26** _____ **CR-1833** _____ **CR-1834**

Continuation Per D.H.O. To Set

up for Hearing.

I/m has been Notified Via Mail.

Signature of Reporting Employee

12-25-20
Date

Inmate Signature

Date

CR-1831 (7-01)    White-Institutional File    Canary & Pink-Inmate    RDA – 1167

Disciplinary Hearing Notes

DHO asked Inmate to state his name and TDOC # for the record

| Date: 12-29-20 | Time: 4:00 AM | |
| Inmate Name Twilley, M | TDOC#: 528772 | Incident #: 14699339 |

DHO Introduced

| DHO SGT. Lopez | Inmate/Staff Advisor Brandon Russell |
| R.O. Pertzborn | Clerk |
| TDOC 528772 | Class A Member |
| Class A Member | Witness |

DHO read disciplinary.

DHO asked inmate: how do you plead?  I/M or I/M Adv. or Staff Avd. Answered:  G  or  N/G

DHO found inmate:  N/G  or  G  -  of a Class A, B, C  with a Fee of $3, 4, 5, $_____ Restitution Fee

2, 4, 6 Months Commissary restriction, 30 days electronic restriction, 3 month visit restriction,

_____ Punitive time, _____ Months of Good Time

On 12-28-20 _____ inmate was advised he had a hearing on 12-29-20 _____ in visitation/East GYM.

On 12-29-20 _____ all units were provided a call out list for disciplinary hearings. Call out started at 4:11 PM

And ended at 17:40 PM . DHO spoke with __. UM. Carter _____ and confirmed call outs

were complete and inmates who were willing to go to their hearing were sent out of the housing unit.

Inmate refused show up for their hearing; absentia hearing was conducted.

Inmate/staff advisor entered a not guilty plea on behalf of inmate.

DHO found I/M guilty based off of RO Statement.

Lopez 12-29-2020
12-29-2020



TENNESSEE DEPARTMENT OF CORRECTION
**DISCIPLINARY REPORT HEARING SUMMARY**

_TTC_

INSTITUTION (TOMIS SITE ID)

_1455696_

DISCIPLINARY INCIDENT NUMBER

| | |
|---|---|
| **OFFENDER NUMBER:** | _528772_ |

**INMATE NAME (LAST)** (14 characters) _Twilley_     **FIRST** (10 characters) _Morktavious_     **MI**

**ADVISOR NUMBER:** _573469_

**INMATE ADVISOR NAME (LAST)** (14 characters) _Beaty_     **FIRST** (10 characters) _Jeremiah_     **MI** _K_

**DATE OF HEARING**

| MO _8_ | DAY _31_ | YEAR _20_ | TIME _0900_ | PLACE OF HEARING INSTITUTION _TTCC_ | INMATE'S PLEA _CR 3/31_ GUILTY – (Y) 4   NOT GUILTY – N |
|---|---|---|---|---|---|

---

**COMMITTEE DECISION**

GUILTY – (Y) 4     NOT GUILTY – N     APPEALED – Y     NOT APPEALED – (N) _N_

**DISCIPLINARY ACTION DATE** (MONTH, DAY, YEAR) _8/25/20_

**CLASS OF INFRACTION** (A, B, or C) _DFN B_

**PROBATION END DATE** (MONTH, DAY, YEAR)

**ENTERED BY** _S2A_     _8-31-20_ DATE     **VERIFIED BY** _AH_     _9-10-20_ DATE

---

**PRELIMINARY INQUIRY**

1. **WAIVERS**
   a. I agree to waive the right to 24-hour notice. ☑ Yes ☐ No
      _Morktavious Twilley_ Inmate Signature     Number _528772_     Date _8/31/20_
   b. I agree to waive the right to have the reporting official present. ☑ Yes ☐ No
      _Morktavious Twilley_ Inmate Signature     Number _528772_     Date _8/31/20_
   c. I agree to waive the right to call witness (es) on my behalf. ☑ Yes ☐ No
      _Morktavious Twilley_ Inmate Signature     Number _528772_     Date _8/31/20_

2. **CONTINUANCE**
   a. Was case previously continued? ☐ Yes ☑ No
   b. If yes, when and at whose request?

3. **CUSTODY PENDING HEARING:**
   a. Was inmate held in segregation/more restrictive setting pending hearing? ☑ Yes ☐ No
   b. If yes, when was he/she placed in segregation?

4. **When was inmate given offense citation?** _8/26/20   0947_
5. **Is inmate represented by inmate advisor?** ☑ Yes ☐ No     By staff advisor? ☐ Yes ☑ No
6. **Has inmate or inmate advisor had adequate time to prepare defense?** ☑ Yes ☐ No

_____TTCC_____
**INSTITUTION (TOMIS SITE ID)**

_1455696_
DISCIPLINARY INCIDENT NUMBER

**OFFENDER NAME:** _Twilley, Marktavious_          **TDOC NUMBER:** _528772_

**HEARING**

I fully understand that by entering a plea of guilty to the aforementioned charge(s), I am waiving my right to call witness(es) and present evidence on my behalf, must accept whatever punishment is imposed, and will not be allowed to appeal.

_Marktavious Twilley_                               _8/31/20_
Inmate Signature                                    Date

**Attach CR3171 Agreement to Plead Guilty and Waiver of Disciplinary Hearing and Due Process Rights**

Witness(es) for Offender                             Witness(es) Against Offender

_____                             _____

_____                             _____

Written Statement(s) submitted: ☐ Yes ☑ No          Written Statement(s) submitted: ☐ Yes ☑ No
                                                     Form CR3510 completed: ☐ Yes ☑ No
                                                     Form CR3510 received by disciplinary board: ☐ Yes ☑ No

OTHERS PRESENT: _____

STATEMENT OF ACCUSED: _Guilty CR·3171 DFN B_

_____

_____

_____

DESCRIPTION OF PHYSICAL EVIDENCE INTRODUCED (Attach all test results)
INTERNAL AFFAIRS REPORT AVAILABLE: ☐ Yes ☑ No

_____

FINDINGS OF FACT AND SPECIFIC EVIDENCE RELIED UPON TO SUPPORT THOSE FINDINGS: _____

_Guilty CR·3171 DFN B_

_____

DISPOSITION AND A STATEMENT OF REASONS WHICH SUPPORTS THAT DECISION: _____

_Guilty CR·3171 DFN B_

                        _$4.00 fee / mc_

RECOMMENDATION OF LOSS OF:

Good/Honor Time ☐      Good Conduct ☐                   (Amount) _____

Incentive Time ☐       Prisoner Performance Sentence Credits (PPSC) ☐   (Amount) _____

Prisoner Sentence Reduction Credits (PSRC) ☐            (Amount) _____

                                                        _8·31·20_
_____                                 _____
Disciplinary Board Chairperson/Hearing Officer Signature   Date

_____                                 _____
Member                                                  Date

_____                                 _____
Member                                                  Date

Case 3:22-cv-00093   Document 41-1   Filed 05/27/22   Page 65 of 95 PageID #: 1061
GCID 000063



**TENNESSEE DEPARTMENT OF CORRECTION**

AGREEMENT TO PLEAD GUILTY
AND
WAIVER OF DISCIPLINARY HEARING AND DUE PROCESS RIGHTS

Inmate Name: _Twilley, Marktavious_     TDOC Number: _928772_

Having been in violation of rules as follows:
Disciplinary Docket Number: _1455696_
Offenses and Category _DFN B $4.00 fee (Inc)_

I admit I violated the above listed rule(s) and agree to plead guilty and accept whatever punishment the disciplinary board may impose. In making this agreement, I understand that I am waiving the following rights:

1. The right to personally appear before the disciplinary board

2. The right to plead not guilty and to have the case against me proven by a preponderance of evidence.

3. The right to present my own version of the facts.

4. The right to call witnesses in my own behalf.

I am signing this agreement of my own free will and under no threat or coercion to do so. I understand that by signing this agreement, I must accept whatever punishment the disciplinary board may impose and will not be allowed to appeal.

_Marktavious Twilley_
Inmate Signature

_8/31/20_
Date

Staff Witness

_8·31·20_
Date

Disciplinary Board Chairperson

_8·31·20_
Date

CR-3171 (8-01)                    *Duplicate as Needed*                    RDA – 1167

OFFENDER NAME:  TWILLEY, MARKTAVIOUS
TOMIS ID:  00528772
INSTITUTION NAME:  TROUSDALE TURNER CORRECTIONAL CENTER
UNIT ID:  AA
CELL ID:  1 *loc ? A£201*

INCIDENT
    INCIDENT ID:  01455696
        INCIDENT DATE:  08/25/2020              INCIDENT TIME:  08:55:00
        INCIDENT TYPE:  DEFIANCE
        DISCIPLINARY CLASS:
        INFRACTION TYPE:  DEFIANCE
        WEAPON USED:  NONE
        VIOLENCE COMMITTED:  NO VIOLENCE
        PREPARED BY STAFF ID:  BUSHJU02
        REPORTED BY STAFF ID:  HARRDO13

WITNESSES/VICTIMS/PERSONS INVOLVED
    PERSON ID:  HARRDO13
        PERSON TYPE:  S
        INJURED (Y/N):  N
    PERSON ID:  00528772
        PERSON TYPE:  O
        INJURED (Y/N):  N

*B*
*#40°*
*UMC*
*5day*

*When brought back.*
*Said light messed up when he moved in.*

```
TOMIS ID:  00528772        INCIDENT ID:  01455696
OFFENDER NAME:  TWILLEY, MARKTAVIOUS
```

DESCRIPTION:
ON 8/25/2020 AT APPROXIMATELY 0855 IN ALPHA ALPHA ROUTINE CELL
SEARCHES WERE CONDUCTED AND INMATE MARKTAVIOUS TWILLEY #528772 IN
ALPHA ALPHA 212 HAD HIS LIGHTS COVERED SO THE STAFF COULD NOT SEE
INSIDE HIS CELL.  THEREFORE I, ASSISTANT CHIEF OF UNIT MANAGEMENT D.
HARRIS, AM CHARGING INMATE MARKTAVIOUS TWILLEY #528772 WITH DEFIANCE
DUE TO BEING TOLD NOT TO COVER LIGHTS AT ANY TIME.

PREPARED BY STAFF ID:  BUSHJU02  BUSH, JUDY
REPORTED BY STAFF ID:  HARRDO13  HARRIS, DONELLE

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.

_____refused_____          8/04/2000 @ 0947
OFFENDER SIGNATURE                  DATE/TIME
TWILLEY, MARKTAVIOUS                          00528772

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
SIGN REPORT.

_____               8/04/2000 @ 0947
EMPLOYEE INITIALS, IF REPORTING     DATE/TIME
EMPLOYEE; OTHERWISE, FULL NAME.

TOMIS ID:  00528772        INCIDENT ID:   01455696
OFFENDER NAME:  TWILLEY, MARKTAVIOUS

_____          8/25/20 /800
REPORTING OFFICIAL                       DATE/TIME

_____          8-25.2020 /800
PREPARED BY                              DATE/TIME

_____          8/25/20 /800
REVIEWING DESIGNATED SUPERVISOR          DATE/TIME

IF PLACED IN SEGREGATION:


_____          _____
SENIOR SECURITY OFFICER                  DATE/TIME


_____          _____
WARDEN (SEGREGATION PENDING INVESTIGATION)    DATE/TIME



TENNESSEE DEPARTMENT OF CORRECTION
**DISCIPLINARY REPORT HEARING SUMMARY**

_TICC_

INSTITUTION (TOMIS SITE ID)

_14J8553_

DISCIPLINARY INCIDENT NUMBER

**OFFENDER NUMBER:** _00528772_

**INMATE NAME (LAST)** (14 characters)   **FIRST** (10 characters)   **MI**

_Twilley_   _Mark travious_

**ADVISOR NUMBER:** _00327436_

**INMATE ADVISOR NAME (LAST)** (14 characters)   **FIRST** (10 characters)   **MI**

_Shade_   _Shawnte_   _L_

**DATE OF HEARING**

| MO | DAY | YEAR | TIME |
|---|---|---|---|
| _9_ | _23_ | _20_ | _8:70_ |

**PLACE OF HEARING INSTITUTION**

_TICC_

**INMATE'S PLEA**

GUILTY - _Y_   NOT GUILTY - N

---

**COMMITTEE DECISION**

GUILTY - _Y_   NOT GUILTY – N   APPEALED – Y   NOT APPEALED - _N_

_Y_   _N_

**DISCIPLINARY ACTION DATE** (MONTH, DAY, YEAR)   **CLASS OF INFRACTION** (A, B, or C)   **PROBATION END DATE** (MONTH, DAY, YEAR)

_4-20-20_   _PCT B_

ENTERED BY _SG_ _____   _4-23-2020_ VERIFIED BY _____

DATE   DATE

---

**PRELIMINARY INQUIRY**

1. **WAIVERS**
   a. I agree to waive the right to 24-hour notice.   ☑ Yes  ☐ No
      X _M.T._   _528772_   _4-23-20_
      Inmate Signature   Number   Date
   b. I agree to waive the right to have the reporting official present.   ☑ Yes  ☐ No
      X _M.T._   _528772_   _4-23-20_
      Inmate Signature   Number   Date
   c. I agree to waive the right to call witness (es) on my behalf.   ☑ Yes  ☐ No
      X _M.T._   _528772_   _4-23-20_
      Inmate Signature   Number   Date

2. **CONTINUANCE:**
   a. Was case previously continued?   ☐ Yes  ☑ No
   b. If yes, when and at whose request? _____

3. **CUSTODY PENDING HEARING:**
   a. Was inmate held in segregation/more restrictive setting pending hearing?   ☐ Yes  ☑ No
   b. If yes, when was he/she placed in segregation? _____

4. **When was inmate given offense citation?**   _4-21-20_   _1230_

5. **Is inmate represented by inmate advisor?** ☑ Yes  ☐ No   By staff advisor? ☐ Yes  ☑ No

6. **Has inmate or inmate advisor had adequate time to prepare defense?** ☑ Yes  ☐ No

_TICC_

INSTITUTION (TOMIS SITE ID)

_1438553_

DISCIPLINARY INCIDENT NUMBER

**OFFENDER NAME:** _MarkTavious Twilley_

**TDOC NUMBER:** _528772_

**HEARING**

I fully understand that by entering a plea of guilty to the aforementioned charge(s), I am waiving my right to call witness(es) and present evidence on my behalf, must accept whatever punishment is imposed, and will not be allowed to appeal.

_+ MT Tr_                              _4-23-20_

Inmate Signature                        Date

**Attach CR3171  Agreement to Plead Guilty and Waiver of Disciplinary Hearing and Due Process Rights**

Witness(es) for Offender                 Witness(es) Against Offender

Written Statement(s) submitted: ☐ Yes ☑ No

Written Statement(s) submitted:   ☐ Yes  ☑ No
Form CR3510 completed:          ☐ Yes  ☑ No
Form CR3510 received by disciplinary board: ☐ Yes  ☑ No

**OTHERS PRESENT:**

STATEMENT OF ACCUSED: _I/m plead guilty to CR3171_

DESCRIPTION OF PHYSICAL EVIDENCE INTRODUCED (Attach all test results)
INTERNAL AFFAIRS REPORT AVAILABLE:   ☐ Yes  ☑ No

FINDINGS OF FACT AND SPECIFIC EVIDENCE RELIED UPON TO SUPPORT THOSE FINDINGS: _I/m plead_
_guilty to CR3171 B PCT_

DISPOSITION AND A STATEMENT OF REASONS WHICH SUPPORTS THAT DECISION: _I/m plead_
_guilty to CR3171 PCT B  4ºº  3muR_

RECOMMENDATION OF LOSS OF:
Good/Honor Time ☐      Good Conduct ☐              (Amount) _____
Incentive Time ☐       Prisoner Performance Sentence Credits (PPSC) ☐   (Amount) _____
Prisoner Sentence Reduction Credits (PSRC) ☐        (Amount) _____

_S/o_                                      _4-23-2020_

Disciplinary Board Chairperson/Hearing Officer Signature          Date

Member                                     Date

Member                                     Date

Case 3:22-cv-00093   Document 41-1   Filed 05/27/22   Page 71 of 95 PageID #: 1089
CCL 000069



TENNESSEE DEPARTMENT OF CORRECTION

AGREEMENT TO PLEAD GUILTY

AND

WAIVER OF DISCIPLINARY HEARING AND DUE PROCESS RIGHTS

Inmate Name: _Mark Tavius Twilley_     TDOC Number: _528772_

Having been in violation of rules as follows:

Disciplinary Docket Number: _1438553_

Offenses and Category: _PCT B 400 3mvR_

I admit I violated the above listed rule(s) and agree to plead guilty and accept whatever punishment the disciplinary board may impose. In making this agreement, I understand that I am waiving the following rights:

1. The right to personally appear before the disciplinary board

2. The right to plead not guilty and to have the case against me proven by a preponderance of evidence.

3. The right to present my own version of the facts

4. The right to call witnesses in my own behalf.

I am signing this agreement of my own free will and under no threat or coercion to do so. I understand that by signing this agreement, I must accept whatever punishment the disciplinary board may impose and will not be allowed to appeal.

_Mark Tavius Twilley_                              _4/23/20_
Inmate Signature                                        Date

_PHo present_                                        _4-23-20_
Staff Witness                                          Date

_S6_                                                  _4-23-2020_
Disciplinary Board Chairperson                        Date

CR-3171 (8-01)                    *Duplicate as Needed*                    RDA – 1167

OFFENDER NAME:  TWILLEY, MARKTAVIOUS
TOMIS ID:  00528772
INSTITUTION NAME:  TROUSDALE TURNER CORRECTIONAL CENTER
UNIT ID:  DB1
CELL ID:  13

INCIDENT
    INCIDENT ID:  01438553
        INCIDENT DATE:  04/20/2020              INCIDENT TIME:  17:00:00
        INCIDENT TYPE:  POSS/USE OF CELLULAR TELEPHON
        DISCIPLINARY CLASS:
        INFRACTION TYPE:  POSS/USE OF CELLULAR TELEPHONE
        WEAPON USED:
        VIOLENCE COMMITTED:  NO VIOLENCE
        PREPARED BY STAFF ID:  JENKDA05
        REPORTED BY STAFF ID:  JENKDA05

WITNESSES/VICTIMS/PERSONS INVOLVED
    PERSON ID:  00528772
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00537829
        PERSON TYPE:  O
        INJURED (Y/N):  N

BI01MGL       ..SSEE DEPARTMENT OF     ˜˜ON   DATE: 04/21/2020
TTCC               T O M I S             TIME: 11:17
JENKDA05         DISCIPLINARY REPORT         PAGE:   02

TOMIS ID:  00528772      INCIDENT ID:  01438553
OFFENDER NAME:  TWILLEY, MARKTAVIOUS

DESCRIPTION:
ON 4/20/20 AT APPROXIMATELY 1700 HOURS SORT MEMBER GARZA WAS
CONDUCTING A CELL SEARCH OF DB113. DURING THE SEARCH HE RECOVERED A
BLACK MOTOROLLA CELLPHONE FROM THE PROPERTY OF INMATE BRIAN LACKLAND
#537829. INMATE LACKLAND AND INMATE MARKTAVIOUS TWILLEY ARE ASSIGNED
TO CELL DB113. SORT MEMBER GARZA DOES NOT HAVE ACCESS TO TOMIS.
THEREFORE, I UNIT MANAGER JENKINS AM CHARGING INMATE LACKLAND AND
TWILLEY WITH POSSESSION OF A CELL PHONE.

PREPARED BY STAFF ID:  JENKDA05  JENKINS, DANIEL
REPORTED BY STAFF ID:  JENKDA05  JENKINS, DANIEL

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.

_____      _____
OFFENDER SIGNATURE                  DATE/TIME
TWILLEY, MARKTAVIOUS                       00528772

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
SIGN REPORT.

_____      _____
EMPLOYEE INITIALS, IF REPORTING     DATE/TIME
EMPLOYEE; OTHERWISE, FULL NAME.

TOMIS ID:  00528772        INCIDENT ID:  01438553
OFFENDER NAME:  TWILLEY, MARKTAVIOUS

_P Garza_                                    _4/21/20  1130_
REPORTING OFFICIAL                           DATE/TIME

_D_                                          _4/21/20  1130_
PREPARED BY                                  DATE/TIME

_D_                                          _4/21/20  1130_
REVIEWING DESIGNATED SUPERVISOR              DATE/TIME

IF PLACED IN SEGREGATION:


_____             _____
SENIOR SECURITY OFFICER                      DATE/TIME


_____             _____
WARDEN (SEGREGATION PENDING INVESTIGATION)   DATE/TIME



TENNESSEE DEPARTMENT OF CORRECTION

## DISCIPLINARY REPORT HEARING SUMMARY

INSTITUTION (TOMIS SITE ID): _TCC_    DISCIPLINARY INCIDENT NUMBER: _0426273_

| | |
|---|---|
| **OFFENDER NUMBER:** | _528772_ |

**INMATE NAME (LAST)** (14 characters): _Twilley_   **FIRST** (10 characters): _Marktavius_   **MI:** ___

**ADVISOR NUMBER:** _327436_

**INMATE ADVISOR NAME (LAST)** (14 characters): _Shade_   **FIRST** (10 characters): _Shante_   **MI:** _L_

**DATE OF HEARING**
MO: _2_   DAY: _10_   YEAR: _20_   TIME: _830_

**PLACE OF HEARING INSTITUTION:** _TCC_

**INMATE'S PLEA**   GUILTY - (Y)   NOT GUILTY - N

---

### COMMITTEE DECISION

GUILTY - (Y)    NOT GUILTY – N    APPEALED – Y    NOT APPEALED - (N)

**DISCIPLINARY ACTION DATE** (MONTH, DAY, YEAR): _2-4-20_

**CLASS OF INFRACTION** (A, B, or C): _B_

**PROBATION END DATE** (MONTH, DAY, YEAR): ___

**ENTERED BY** _SS_ _____    _2-10-2020_    **VERIFIED BY** _____    _2-20-20_
DATE                               DATE

---

## PRELIMINARY INQUIRY

1. **WAIVERS**
   a. I agree to waive the right to 24-hour notice.   ☑ Yes   ☐ No
   Inmate Signature _____   Number _528772_   Date _2-10-20_

   b. I agree to waive the right to have the reporting official present.   ☑ Yes   ☐ No
   Inmate Signature _____   Number _528772_   Date _2-10-20_

   c. I agree to waive the right to call witness (es) on my behalf.   ☑ Yes   ☐ No
   Inmate Signature _____   Number _528772_   Date _2-10-20_

2. **CONTINUANCE**
   a. Was case previously continued?   ☐ Yes   ☑ No
   b. If yes, when and at whose request?

3. **CUSTODY PENDING HEARING:**
   a. Was inmate held in segregation/more restrictive setting pending hearing?   ☐ Yes   ☑ No
   b. If yes, when was he/she placed in segregation?

4. **When was inmate given offense citation?** _2-6-20  1545_

5. **Is inmate represented by inmate advisor?** ☑ Yes ☐ No   By staff advisor? ☐ Yes ☑ No

6. **Has inmate or inmate advisor had adequate time to prepare defense?** ☑ Yes ☐ No

_TICC_
INSTITUTION (TOMIS SITE ID)

_01426273_
DISCIPLINARY INCIDENT NUMBER

**OFFENDER NAME:** _Marktavious Tulley_     **TDOC NUMBER:** _528772_

**HEARING**

I fully understand that by entering a plea of guilty to the aforementioned charge(s), I am waiving my right to call witness(es) and present evidence on my behalf, must accept whatever punishment is imposed, and will not be allowed to appeal.

_MT_                                    _2-10-20_
Inmate Signature                        Date

**Attach CR3171  Agreement to Plead Guilty and Waiver of Disciplinary Hearing and Due Process Rights**

Witness(es) for Offender                 Witness(es) Against Offender

Written Statement(s) submitted: ☐ Yes ☑ No     Written Statement(s) submitted:  ☐ Yes ☑ No
                                                Form CR3510 completed:           ☐ Yes ☑ No
                                                Form CR3510 received by disciplinary board: ☐ Yes ☑ No

OTHERS PRESENT:

STATEMENT OF ACCUSED: _I/m plead guilty to CR3171_

DESCRIPTION OF PHYSICAL EVIDENCE INTRODUCED (Attach all test results)
INTERNAL AFFAIRS REPORT AVAILABLE:     ☐ Yes ☑ No

FINDINGS OF FACT AND SPECIFIC EVIDENCE RELIED UPON TO SUPPORT THOSE FINDINGS: _I/m plead_
_guilty to CR3171 CoN B_

DISPOSITION AND A STATEMENT OF REASONS WHICH SUPPORTS THAT DECISION: _I/m plead_
_guilty to CR3171 CoN B  2 MVR_

RECOMMENDATION OF LOSS OF:
Good/Honor Time ☐     Good Conduct ☐          (Amount) _____
Incentive Time ☐      Prisoner Performance Sentence Credits (PPSC) ☐   (Amount) _____
Prisoner Sentence Reduction Credits (PSRC) ☐           (Amount) _____

_S/o_                                    _2-10-2020_
Disciplinary Board Chairperson/Hearing Officer Signature     Date

_____                  _____
Member                                   Date

_____                  _____
Member                                   Date



### TENNESSEE DEPARTMENT OF CORRECTION
### AGREEMENT TO PLEAD GUILTY
### AND
### WAIVER OF DISCIPLINARY HEARING AND DUE PROCESS RIGHTS

Inmate Name: _Marktarious Twilley_     TDOC Number: _528772_

Having been in violation of rules as follows:

Disciplinary Docket Number: _0192627 3_

Offenses and Category: _Con B 2mvR_

I admit I violated the above listed rule(s) and agree to plead guilty and accept whatever punishment the disciplinary board may impose. In making this agreement, I understand that I am waiving the following rights:

1. The right to personally appear before the disciplinary board

2. The right to plead not guilty and to have the case against me proven by a preponderance of evidence.

3. The right to present my own version of the facts.

4. The right to call witnesses in my own behalf.

I am signing this agreement of my own free will and under no threat or coercion to do so. I understand that by signing this agreement, I must accept whatever punishment the disciplinary board may impose and will not be allowed to appeal.

_MT_        _12-10-20_
Inmate Signature      Date

_DKo Present_      _2-10-2C_
Staff Witness      Date

_55/6_ _[signature]_      _2-18-2020_
Disciplinary Board Chairperson      Date

CR-3171 (8-01)      *Duplicate as Needed*      RDA – 1167

                    DEPARTMENT OF CORI
                         T O M I S
                    DISCIPLINARY REPORT

DATE: 02/04/2020
TIME: 15:09
PAGE:  01


OFFENDER NAME:  TWILLEY, MARKTAVIOUS
TOMIS ID:  00528772
INSTITUTION NAME:  TROUSDALE TURNER CORRECTIONAL CENTER
UNIT ID:  DB1
CELL ID:  13

INCIDENT
    INCIDENT ID:  01426273
        INCIDENT DATE:  02/04/2020          INCIDENT TIME:  11:00:00
        INCIDENT TYPE:  CONTRABAND
        DISCIPLINARY CLASS:
        INFRACTION TYPE:  CONTRABAND
        WEAPON USED:  NONE
        VIOLENCE COMMITTED:  NO VIOLENCE
        PREPARED BY STAFF ID:  DAUGSA03
        REPORTED BY STAFF ID:  HOLMJA05

WITNESSES/VICTIMS/PERSONS INVOLVED
    PERSON ID:  HOLMJA05
        PERSON TYPE:  S
        INJURED (Y/N):  N
    PERSON ID:  00528772
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00537829
        PERSON TYPE:  O
        INJURED (Y/N):  N

BI01MGL                     3SEE DEPARTMENT OF
TTCC                            T O M I S
I .UGSA03                   DISCIPLINARY REPORT

TOMIS ID:  00528772        INCIDENT ID:   01426273
OFFENDER NAME:  TWILLEY, MARKTAVIOUS

DESCRIPTION:
ON TUESDAY FEBRUARY 4, 2020 AT APPROXIMATELY 1100 HOURS, I, ASSISTANT
SHIFT SUPERVISOR J. HOLMES WAS CONDUCTING A CELL SEARCH IN DELTA BRAVO
113 WHICH HOUSES INMATES MARKTAVIOUS TWILLEY 528772 AND BRIAN LACKLAND
537829. DURING THE SEARCH, I FOUND A NOKIA WALL CHARGER PORT.
THEREFORE, I CHARGE INMATES TWILLEY AND LACKLAND WITH CONTRABAND.
(PREPARED BY INSTRUCTOR DAUGHERTY ON BEHALF OF SUPERVISOR J HOLMES DUE
TO FACILITY NEED)

PREPARED BY STAFF ID:  DAUGSA03 DAUGHERTY, S.
REPORTED BY STAFF ID:  HOLMJA05 HOLMES, JASON

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.

_Inmate refused to sign_                     2/6/20  1545
_____                _____
OFFENDER SIGNATURE                           DATE/TIME
TWILLEY, MARKTAVIOUS                                   00528772

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
SIGN REPORT.

                                            2/6/20  1545
_____               _____
EMPLOYEE INITIALS, IF REPORTING              DATE/TIME
EMPLOYEE; OTHERWISE, FULL NAME.

CCID 000078

BI01MGL
TTCC
DAUGSA03

SSEE DEPARTMENT OF            N   DATE: 02/04/2020
T O M I S                         TIME: 15:09
DISCIPLINARY REPORT               PAGE:  03

TOMIS ID:  00528772      INCIDENT ID:  01426273
OFFENDER NAME:  TWILLEY, MARKTAVIOUS

_____        _____
REPORTING OFFICIAL                            DATE/TIME

_____        2/4/2020  1530
PREPARED BY                                 _____
                                              DATE/TIME


_____        _____
REVIEWING DESIGNATED SUPERVISOR               DATE/TIME

IF PLACED IN SEGREGATION:


_____        _____
SENIOR SECURITY OFFICER                       DATE/TIME


_____        _____
WARDEN (SEGREGATION PENDING INVESTIGATION)    DATE/TIME

TENNESSEE DEPARTMENT OF CORRECTION    DATE: 07/22/2021
OFFENDER CLASSIFICATION SUMMARY    TIME: 08:09 AM

TOMIS ID:        00528772
Offender Name:   TWILLEY, MARKTAVIOUS
Institution Name: TROUSDALE TURNER CORRECTIONAL CENTER

Classification Type: CLASSIFICATION        CAF Date: 07/09/2021

Status at time of Hearing: Gen.Pop. ✓ AS___ PC___ Other _____

Incompatibles: Yes___ No ✓ Inmate agrees to waive 48 hr. hearing notice: ____

Scored CAF Range: MEDIUM        Current Custody Level: MEDIUM

Panel's Majority Recommendation:

    Facility Assignment: _TTCC___    Transfer: Yes___ No ✓ Explain Below:

    Custody Level: _MED___

    Override Type: _____

    Justification, Program Recommendations, and Summary:

    ____SORT____ High ✓ / CBIP____ LOC:1 med: A____

    _____ rec: 2036____ exp: 2040____

    _____

Updated Photo Needed: Yes ✓ _M.T._ No

Offender Signature: _M. Twilley_____    Appeal: Yes ___ No ✗
                                        If Yes, provide appeal & copy to Inmate

Panel Member Signatures:    Date: _7-21-21_

_Delahns_____    _A. Swell M.C._____    _C. Mathews_____
Chairperson          Security Member          Treatment Member

If panel member disagrees with majority recommend, state specific reasons:

_____
_____
_____

Approving Authority:

_Delahns_____    _7-21-21_    Approve ✓ Deny ___
Signature              Date

If denied, reasons include: _____
_____
_____

```
TOMIS ID:   00528772   TWILLEY, MARKTAVIOUS
SITE NAME:  TROUSDALE TURNER CORRECTIONAL CENTER
COUNSELOR:  MALLOY, JOHN
CAF DATE:   07/09/2021
```

```
HISTORY OF INSTITUTIONAL VIOLENCE                                      0
    ASSAULT. NO WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) .....   3  -----
    ASSAULT. WITH WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) ...   5  SCORE
    ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH   7
        (LAST 42 MONTHS) ......................................
    ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH   5
        (43 THROUGH 60 MONTHS) ................................
```

```
ASSAULT OCCUR WITHIN LAST SIX MONTHS                                   0
    NO .......................................................    0  -----
    YES ......................................................    3  SCORE
```

```
SEVERITY OF CURRENT OFFENSE                                            4
    LOW ......................................................    0  -----
    MODERATE .................................................    1  SCORE
    HIGH .....................................................    3
    HIGHEST ..................................................    4
```

```
PRIOR ASSAULTIVE OFFENSE HISTORY                                      4
    LOW ......................................................    0  -----
    MODERATE .................................................    1  SCORE
    HIGH .....................................................    3
    HIGHEST ..................................................    4
```

```
SCHEDULE A SCALE (SUM OF ITEMS 1 THROUGH 4)                           8
    CLOSE  . . . . . 10-14.
    MAXIMUM  . . . . 15 OR MORE.
```

```
ESCAPE HISTORY                                                      - 2
    NO ESCAPES OR ATTEMPTS ...................................  - 2  -----
    ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR         0  SCORE
        THREATENED VIOLENCE: OVER 1 YEAR AGO .....................
    ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR         1
        THREATENED VIOLENCE: WITHIN THE LAST YEAR ................
    ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN     5
        CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: OVER 1 YEAR AGO
    ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN     7
        CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: WITHIN LAST YR
```

```
 TOMIS ID:  00528772   TWILLEY, MARKTAVIOUS
 SITE NAME:  TROUSDALE TURNER CORRECTIONAL CENTER
 COUNSELOR:  MALLOY, JOHN
 CAF DATE:  07/09/2021

 DISCIPLINARY REPORTS - GUILTY                                          1
      NONE IN LAST 18 MONTHS ....................................  - 4  -----
      NONE IN LAST 12 MONTHS ....................................  - 2  SCORE
      NONE IN LAST 6 MONTHS .....................................  - 1
      NEW ADMISSION/PAROLE VIOLATOR.............................     0
      ONE IN LAST 6 MONTHS ......................................    1
      TWO OR MORE IN LAST 6 MONTHS .............................     4

 MOST SEVERE DISCIPLINARY RECEIVED                                      5
      CLASS C ...................................................    2  -----
      CLASS B ...................................................    5  SCORE
      CLASS A ...................................................    7

 DETAINER/NOTIFICATION/CHARGE PENDING                                   0
      MISDEMEANOR ...............................................    3  -----
      FELONY ....................................................    5  SCORE

 PRIOR FELONY CONVICTIONS                                              4
      ONE .......................................................    2  -----
      TWO OR MORE ...............................................    4  SCORE

 SCHEDULE B SCALE (SUM OF ITEMS 5 THROUGH 9)                            8


 CUSTODY LEVEL SCALE FOR TOTAL A + B (CAF SCORE)                       16
      CLOSE  . . . . . 17 OR MORE.                                    -----
      MEDIUM . . . . . 7-16.                                          -----
      MINIUMUM . . . . 6 OR LESS.

      CAF CUSTODY LEVEL: MEDIUM
```

CCL-000082

# Trousdale Turner Correctional Complex

## CLASSIFICATION

## 48 Hour Minimum Notice

(This serves as a notice your reclass hearing will be **within this month**)


NAME: Marktavious Twilley BB219

TDOC#: 528772

CLASSIFICATION TYPE: Annual    Special

HEARING DATE: 7-21-21

INMATE SIGNATURE: M. Twilley

NOTICE SERVED BY: C/M Malloy

DATE SERVED: 7-9-21

AE 201

TENNESSEE DEPARTMENT OF CORRECTION
OFFENDER CLASSIFICATION SUMMARY

DATE: 11/27/2020
TIME: 09:36 AM

TOMIS ID:          00528772          **SPECIAL RECLASS**
Offender Name:     TWILLEY, MARKTAVIOUS
Institution Name: TROUSDALE TURNER CORRECTIONAL CENTER

Classification Type: CLASSIFICATION          CAF Date: 11/27/2020

Status at time of Hearing: Gen.Pop.✓  AS___  PC___  Other _____

Incompatibles: Yes__ No✓  Inmate agrees to waive 48 hr. hearing notice:

Scored CAF Range: MEDIUM          Current Custody Level: CLOSE

Panel's Majority Recommendation:

    Facility Assignment: _TTCC_          Transfer: Yes___ No✓ Explain Below:

    Custody Level: _MED_

    Override Type: _____

    Justification, Program Recommendations, and Summary:

_NA_    _High V/ CBIP_

Updated Photo Needed:   Yes____    No ✓

Offender Signature: _____    Appeal: Yes ___ No✓
                    If Yes, provide appeal & copy to Inmate

Panel Member Signatures:          Date: **DEC 0 2 2020**

_____          _____          _____
Chairperson               Security Member          Treatment Member

If panel member disagrees with majority recommend, state specific reasons:

_____
_____

Approving Authority: _____

_____          _12/17/20_          Approve ✓ Deny ___
Signature                 Date

If denied, reasons include: _____
_____

CUDEJE01

TENNESSEE DEPARTMENT OF CORRECTION
CLASSIFICATION CUSTODY ASSESSMENT FORM

TOMIS ID:    00528772    TWILLEY, MARKTAVIOUS
SITE NAME:   TROUSDALE TURNER CORRECTIONAL CENTER
COUNSELOR:   CUDE, JERIME
CAF DATE:    11/27/2020

DISCIPLINARY REPORTS - GUILTY . . . . . . . . . . . . . . . . . . . . . . .    - 4    -----
   NONE IN LAST 18 MONTHS . . . . . . . . . . . . . . . . . . . . . . . .    - 2    SCORE
   NONE IN LAST 12 MONTHS . . . . . . . . . . . . . . . . . . . . . . . .    - 1
   NONE IN LAST 6 MONTHS . . . . . . . . . . . . . . . . . . . . . . . .      0
   NEW ADMISSION/PAROLE VIOLATOR . . . . . . . . . . . . . . . . . . . .      1
   ONE IN LAST 6 MONTHS . . . . . . . . . . . . . . . . . . . . . . . . .     4    1
   TWO OR MORE IN LAST 6 MONTHS . . . . . . . . . . . . . . . . . . . . .

MOST SEVERE DISCIPLINARY RECEIVED . . . . . . . . . . . . . . . . . . . .     2    5
   CLASS C . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      5    -----
   CLASS B . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      7    SCORE
   CLASS A . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

DETAINER/NOTIFICATION/CHARGE PENDING . . . . . . . . . . . . . . . . . .      3    0
   MISDEMEANOR . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      5    -----
   FELONY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .            SCORE

PRIOR FELONY CONVICTIONS . . . . . . . . . . . . . . . . . . . . . . . .      2    4
   ONE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      4    -----
   TWO OR MORE . . . . . . . . . . . . . . . . . . . . . . . . . . . . .            SCORE

                                                                                   8
SCHEDULE B SCALE (SUM OF ITEMS 5 THROUGH 9)

                                                                                   16
                                                                                   -----
                                                                                   -----

CUSTODY LEVEL SCALE FOR TOTAL A + B (CAF SCORE)
   CLOSE  . . . . . .  17 OR MORE.
   MEDIUM . . . . . .  7-16.
   MINIMUM . . . . . . 6 OR LESS.

   CAF CUSTODY LEVEL: MEDIUM

CCID 000085



HOLMAP01          TENNESSEE DEPARTMENT OF CORRECTION    DATE:   09/18/2020
                        OFFENDER CLASSIFICATION SUMMARY     TIME:   03:26 PM

TOMIS ID:       00528772
Offender Name:    TWILLEY, MARKTAVIOUS
Institution Name: TROUSDALE TURNER CORRECTIONAL CENTER

Classification Type: CLASSIFICATION        CAF Date: 09/18/2020

Status at time of Hearing: Gen.Pop.___    AS___    PC___   Other✓_____

Incompatibles: Yes__ No✓   Inmate agrees to waive 48 hr. hearing notice: _NO_

Scored CAF Range: CLOSE      Current Custody Level: MEDIUM

Panel's Majority Recommendation:

     Facility Assignment: _TTCC_      Transfer: Yes___ No✓ Explain Below:

     Custody Level: _Close_

     Override Type: _____

     Justification, Program Recommendations, and Summary:

   _NA_      High/CBIP _____

_____

_____

Updated Photo Needed:   Yes _____ No ✓

Offender Signature: _M.Twilley_       Appeal: Yes ___ No ✗
                              If Yes, provide appeal & copy to Inmate

Panel Member Signatures:     Date: _9-25-20_

_____   _____    _____
Chairperson          Security Member       Treatment Member

If panel member disagrees with majority recommend, state specific reasons:

_____

_____

Approving Authority:

_____       _10-1-20_      Approve ✓ ___ Deny ___
  Signature                   Date

If denied, reasons include:_____

_____

CCI 000086

TOMIS ID:  00528772   TWILLEY, MARKTAVIOUS
SITE NAME:  TROUSDALE TURNER CORRECTIONAL CENTER
COUNSELOR:  VEASLEY, MORGAN
CAF DATE:  09/18/2020

HISTORY OF INSTITUTIONAL VIOLENCE                                       0
    ASSAULT. NO WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) .....    3  -----
    ASSAULT. WITH WEAPON, NO SERIOUS INJURY (LAST 18 MONTHS) ...    5  SCORE
    ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH    7
      (LAST 42 MONTHS) ......................................
    ASSAULT. WITH OR WITHOUT WEAPON WITH SERIOUS INJURY OR DEATH    5
      (43 THROUGH 60 MONTHS) ................................

ASSAULT OCCUR WITHIN LAST SIX MONTHS                                    0
    NO .......................................................    0  -----
    YES ......................................................    3  SCORE

SEVERITY OF CURRENT OFFENSE                                             4
    LOW ......................................................    0  -----
    MODERATE .................................................    1  SCORE
    HIGH .....................................................    3
    HIGHEST ..................................................    4

PRIOR ASSAULTIVE OFFENSE HISTORY                                        4
    LOW ......................................................    0  -----
    MODERATE .................................................    1  SCORE
    HIGH .....................................................    3
    HIGHEST ..................................................    4

SCHEDULE A SCALE (SUM OF ITEMS 1 THROUGH 4)                            8
    CLOSE  . . . . 10-14.
    MAXIMUM  . . . . 15 OR MORE.


                                                                    - 2
ESCAPE HISTORY
    NO ESCAPES OR ATTEMPTS ...................................  - 2  -----
    ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR         0  SCORE
      THREATENED VIOLENCE: OVER 1 YEAR AGO ...................
    ESCAPE OR ATTEMPT FROM MINIMUM CUSTODY, NO ACTUAL OR         1
      THREATENED VIOLENCE: WITHIN THE LAST YEAR ..............
    ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN     5
      CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: OVER 1 YEAR AGO
    ESCAPE OR ATTEMPT FROM MED OR ABOVE CUSTODY, OR FROM MIN     7
      CUSTODY WITH ACTUAL OR THREATENED VIOLENCE: WITHIN LAST YR

HOLMAP01

TENNESSEE DEPARTMENT OF CORRECTION
CLASSIFICATION CUSTODY ASSESSMENT FORM

DATE: 09/18/2020
TIME: 15:26:27
PAGE: 2

TOMIS ID: 00528772   TWILLEY, MARKTAVIOUS
SITE NAME: TROUSDALE TURNER CORRECTIONAL CENTER
COUNSELOR: VEASLEY, MORGAN
CAF DATE: 09/18/2020

```
                                                                      4
DISCIPLINARY REPORTS - GUILTY                                 - 4    -----
    NONE IN LAST 18 MONTHS ....................................  - 2    SCORE
    NONE IN LAST 12 MONTHS ....................................  - 1
    NONE IN LAST 6 MONTHS .....................................   0
    NEW ADMISSION/PAROLE VIOLATOR..............................   1
    ONE IN LAST 6 MONTHS ......................................   4
    TWO OR MORE IN LAST 6 MONTHS ..............................
                                                                      5
MOST SEVERE DISCIPLINARY RECEIVED                               2    -----
    CLASS C ...................................................   5    SCORE
    CLASS B ...................................................   7
    CLASS A ...................................................
                                                                      0
DETAINER/NOTIFICATION/CHARGE PENDING                           3    -----
    MISDEMEANOR ...............................................   5    SCORE
    FELONY ....................................................
                                                                      4
PRIOR FELONY CONVICTIONS                                       2    -----
    ONE .......................................................   4    SCORE
    TWO OR MORE ...............................................
                                                                     11
SCHEDULE B SCALE (SUM OF ITEMS 5 THROUGH 9)


                                                                     19
CUSTODY LEVEL SCALE FOR TOTAL A + B (CAF SCORE)              -----
    CLOSE  . . . .  17 OR MORE.                                 -----
    MEDIUM . . . .  7-16.
    MINIMUM . . . .  6 OR LESS.

    CAF CUSTODY LEVEL: CLOSE
```

DB~~#3~~
102
124?

# Trousdale Turner Correctional Complex

# CLASSIFICATION

# 48 Hour Hearing Notice

NAME: _Twilley, Marktavious_

TDOC#: _528777_

CLASSIFICATION TYPE: _Annual_

HEARING DATE: _5/25/20_

INMATE SIGNATURE: _Marktavious Twilley_

NOTICE SERVED BY: _(signature)_

DATE SERVED: _5/1/20_

DB113



**TENNESSEE DEPARTMENT OF CORRECTION**
**OFFENDER CLASSIFICATION SUMMARY**

DATE: 5/21/20
TIME: 1814

TOMIS ID: 528772

Offender Name: Twilley, Marktavious

Institution Name: TTCC

Classification Type: (ANNUAL) SPECIAL          CAF Date: 5/21/20
(Circle One)

Status at time of hearing:   General Population ✓   AS ____   PC ____   Other ____

Incompatible Inmates:   Yes _____   No X   **Inmate agrees to waive 48 hr hearing notice:** _____

Scored CAF Range: 19          Current Custody Level: Med          TDOC Arrival Date: 4/15/19

Panel's Majority Recommendation:
   Facility Assignment: TTCC          Transfer:   Yes ____   No ✓   Explain Below:
   Custody Level: MED
   Override Type: C2DEC

Justification, Program Recommendations, and Summary
Age: 26   Sentence: 26   Exp Date: 2/28/41   RED Date: 12/17/36   LOC: 2
STG: Ymbl   Job: IDLC   Medical Class: A   RNA Level: High Violent
Recommendations (from RNA Pathway): CBIP
Last CCR date: 4/15/19          Last Strong R date: 5/6/19
Incompatibles: Offender has ∅ incompatibles located at: ∅

Updated Photo Needed:   Yes _____   No ✓ 2019

Offender Signature: M. Twillion          Appeal: Yes ____   No ✗
                                         (If "Yes" provide appeal and copy to inmate)

Panel Member Signatures                    Date: 5/25/20

_____          _____          _____
Chairperson                Security Member             Treatment Member

If a panel member disagrees with majority recommend, state specific reasons:
_____
_____

Approving Authority:
_____   5/26/20          Approve ____   Deny ____
      Signature          Date

If denied, reasons include: _____
_____
_____

CR-0078 (rev. 10-01)          White – MIS OSS File          Page 2          Canary – III          Pink – CCC          RDA 1167



TENNESSEE DEPARTMENT OF CORRECTION
**CLASSIFICATION CUSTODY ASSESSMENT**

TTCC

INSTITUTION

DATE: 5/21/20
TIME: 1814

NAME: Twilley, Marktavious          TOMIS ID 528772

CAF DATE: 5/21/20

1. **HISTORY OF INSTITUTIONAL VIOLENCE (Jail or Prison, Rate Most Serious)**
   - ASSAULT – no weapon, no serious injury (last 18 months) ............ 3
   - ASSAULT – with weapon, no serious injury (last 18 months) ............ 5        0
   - ASSAULT – with or without weapon, serious injury or death (last 42 months) ____ 7
   - ASSAULT – with or without weapon, serious injury or death (43 through 60 months) ____ 5   SCORE

2. **ASSAULT OCCUR WITHIN LAST SIX MONTHS**
   - No .................................................. 0        0
   - Yes ................................................. 3    SCORE

3. **SEVERITY OF CURRENT OFFENSE (Rate Most Serious)**
   - Low (L) ............................................. 0
   - Moderate (M) ....................................... 1        4
   - High (H) ............................................ 3
   - Highest (HH) 2nd Murder Shelby 2016      (4)   SCORE

4. **PRIOR ASSAULTIVE OFFENSE HISTORY (Rate Most Serious)**
   - Low (L) ............................................. 0
   - Moderate (M) ....................................... 1        4
   - High (H) ............................................ 3
   - Highest (HH) Reckless Agg Ass. 2014 shelby    (4)   SCORE

   SCHEDULE "A" SCALE (SUM OF ITEMS 1 THROUGH 4) ............................ 8
   - Close      10-14 ..........................................................
   - Maximum 15 or More ...................................................
   (9 OR LESS, COMPLETE SCHEDULE "B")

5. **ESCAPE HISTORY (WITHIN LAST 5 YEARS OF INCARCERATION)**
   - No escapes or attempts ............................. (-2)
   - Escape or attempt from minimum custody, no actual or threatened violence:
     over 1 year ago .................................... 0
   - Escape or attempt from minimum custody, no actual or threatened violence:
     within the last year ............................... 1           -2
   - Escape or attempt from minimum, medium, or above custody, with actual or threatened
     violence: over 1 year ago .......................... 5
   - Escape or attempt from minimum, medium, or above custody, with actual or threatened
     Violence: within last year ......................... 7        SCORE

6. **DISCIPLINARY REPORTS – GUILTY**
   - None in last 18 months ............................. -4
   - None in last 12 months ............................. -2
   - None in last 6 months .............................. -1
   - New Admission/Parole Violator ...................... 0           4
   - One in last 6 months ............................... 1
   - Two or more in last 6 months PCT 4/20/20 Con 3/4/20  (4)  SCORE

7. **MOST SEVERE DISCIPLINARY RECEIVED (last 18 months)**
   - Class C ............................................. 2
   - Class B PCT 4/20/20 ................................ (5)          5
   - Class A ............................................. 7        SCORE

8. **DETAINER/NOTIFICATION/CHARGE PENDING**
   - Misdemeanor ........................................ 3           0
   - Felony ............................................. 5        SCORE

9. **PRIOR FELONY CONVICTIONS**
   - One ................................................ 2           4
   - Two or More Att. Agg Burg. 2012; Reck. Agg ASS 2014  (4)  SCORE

   SCHEDULE "B" SCALE (sum of items 5 through 9)

   CUSTODY LEVEL SCALE FOR TOTAL A + B (CAF SCORE)            19
   Close  (17 or More)      Medium (7-16)      Minimum (6 or less)

CR-0078 (REV. 10-01)                    Page 1                         RDA 1167



TENNESSEE DEPARTMENT OF CORRECTION
CLASSIFICATION CUSTODY ASSESSMENT

BCCX
**INSTITUTION**

**DATE:** 4/15/2019

**NAME:** Marktavious Twilley                               **TOMIS I**      528772

**CAF DATE:**      4/15/2019

| | | Possible Score | Actual Score |
|---|---|---|---|
| **1** | **HISTORY OF INSTITUTIONAL VIOLENCE (Jail or Prison, Rate Most Serious)** | | |
| | ASSAULT - no weapon, no serious injury (last 18 months) | 3 | 0 |
| | ASSAULT - with weapon, no serious injury (last 18 months) | 5 | 0 |
| | ASSAULT - with or without weapon, with serious injury or death (last 42 months) | 7 | 0 |
| | ASSAULT - with or without weapon with serious injury or death (43 - 60 months) | 5 | 0 |
| **2** | **ASSAULT OCCUR WITHIN LAST SIX MONTHS** | | |
| | No | 0 | 0 |
| | Yes | 3 | 0 |
| **3** | **SEVERITY OF CURRENT OFFENSE (Rate Most Serious)** | | |
| | Low | 0 | 0 |
| | Moderate | 1 | 0 |
| | High | 3 | 0 |
| | Highest     2nd degree murder, agg burg | 4 | 4 |
| **4** | **PRIOR ASSAULTIVE OFFENSE HISTORY (Rate Most Serious)** | | |
| | Low | 0 | 0 |
| | Moderate | 1 | 0 |
| | High | 3 | 0 |
| | Highest     Reck Agg Asst | 4 | 4 |
| | *SCHEDULE A SCALE(SUM OF ITEMS 1 THROUGH 4)* | | |
| | Close              10-14 | | |
| | Maximum          15 or more | | |
| | (9 OR LESS, COMPLETE SCHEDULE B) | **TOTAL A** | **8** |
| **5** | **ESCAPE HISTORY (WITHIN LAST 5 YEARS OF INCARCERATION)** | | |
| | No escapes or attempts | -2 | -2 |
| | Escape or attempt from minimum custody, no actual or threatened violence: over 1 year ago | 0 | 0 |
| | Escape or attempt from minimum custody, no actual or threatened violence w/i the last year | 1 | 0 |
| | Escape or attempt from medium or above custody, or from minimum custody with actual or threatened violence:  over 1 year ago | 5 | 0 |
| | Escape or attempt from medium or above custody, or from minimum custody with actual or threatened violence: within last year | 7 | 0 |
| **6** | **DISCIPLINARY REPORTS** | | |
| | None in the last 18 months | -4 | 0 |
| | None in the last 12 months | -2 | 0 |
| | None in the last 6 months | -1 | 0 |
| | New Admission/Parole Violator | 0 | 0 |
| | One in the last 6 months | 1 | 0 |
| | Two or more in the last 6 months | 4 | 0 |
| **7** | **MOST SEVERE DISCIPLINARY RECEIVED (last 18 months)** | | |
| | Class C | 2 | 0 |
| | Class B | 5 | 0 |
| | Class A | 7 | 0 |
| **8** | **DETAINER/NOTIFICATION/CHARGE PENDING** | | |
| | Misdemeanor | 3 | 0 |
| | Felony | 5 | 0 |
| **9** | **PRIOR FELONY CONVICTIONS** | | |
| | One | 2 | 0 |
| | Two or More  multiple | 4 | 4 |
| | *SCHEDULE B SCALE (sum of items 5 through 9)* | **TOTAL B** | **2** |
| | CUSTODY LEVEL SCALE FOR TOTAL A + B (CAF SCORE) | | |
| | Close              17 or more | | |
| | Medium            7 - 16 | | |
| | Minimum          6 or less | | |
| | CAF Custody Level: ........................................................ | | **10** |

CR-0078 (REV. 9/16)                          Page 1                                    RDA 1167



_____
**BCCX**
**INSTITUTION**

**DATE:** 4/15/2019

**NAME:** Marktavious Twilley         **TOMIS I**   528772

**CAF DATE:**     4/15/2019

| # | | | Possible Score | Actual Score |
|---|---|---|---|---|
| 1 | **HISTORY OF INSTITUTIONAL VIOLENCE (Jail or Prison, Rate Most Serious)** | | | |
| | ASSAULT - no weapon, no serious injury (last 18 months) | | 3 | 0 |
| | ASSAULT - with weapon, no serious injury (last 18 months) | | 5 | 0 |
| | ASSAULT - with or without weapon, with serious injury or death (last 42 months) | | 7 | 0 |
| | ASSAULT - with or without weapon with serious injury or death (43 - 60 months) | | 5 | 0 |
| 2 | **ASSAULT OCCUR WITHIN LAST SIX MONTHS** | | | |
| | | No | 0 | 0 |
| | | Yes | 3 | 0 |
| 3 | **SEVERITY OF CURRENT OFFENSE (Rate Most Serious)** | | | |
| | Low | | 0 | 0 |
| | Moderate | | 1 | 0 |
| | High | | 3 | 0 |
| | Highest | 2nd degree murder, agg burg | 4 | 4 |
| 4 | **PRIOR ASSAULTIVE OFFENSE HISTORY (Rate Most Serious)** | | | |
| | Low | | 0 | 0 |
| | Moderate | | 1 | 0 |
| | High | | 3 | 0 |
| | Highest | Reck Agg Asst | 4 | 4 |
| | *SCHEDULE A SCALE(SUM OF ITEMS 1 THROUGH 4)* | | | |
| | Close | 10-14 | | |
| | Maximum | 15 or more | | |
| | (9 OR LESS, COMPLETE SCHEDULE B) | | **TOTAL A** | **8** |
| 5 | **ESCAPE HISTORY (WITHIN LAST 5 YEARS OF INCARCERATION)** | | | |
| | No escapes or attempts | | -2 | -2 |
| | Escape or attempt from minimum custody, no actual or threatened violence: over 1 year ago | | 0 | 0 |
| | Escape or attempt from minimum custody, no actual or threatened violence w/i the last year | | 1 | 0 |
| | Escape or attempt from medium or above custody, or from minimum custody with actual or threatened violence: over 1 year ago | | 5 | 0 |
| | Escape or attempt from medium or above custody, or from minimum custody with actual or threatened violence: within last year | | 7 | 0 |
| 6 | **DISCIPLINARY REPORTS** | | | |
| | None in the last 18 months | | -4 | 0 |
| | None in the last 12 months | | -2 | 0 |
| | None in the last 6 months | | -1 | 0 |
| | New Admission/Parole Violator | | 0 | 0 |
| | One in the last 6 months | | 1 | 0 |
| | Two or more in the last 6 months | | 4 | 0 |
| 7 | **MOST SEVERE DISCIPLINARY RECEIVED (last 18 months)** | | | |
| | Class C | | 2 | 0 |
| | Class B | | 5 | 0 |
| | Class A | | 7 | 0 |
| 8 | **DETAINER/NOTIFICATION/CHARGE PENDING** | | | |
| | Misdemeanor | | 3 | 0 |
| | Felony | | 5 | 0 |
| 9 | **PRIOR FELONY CONVICTIONS** | | | |
| | One | | 2 | 0 |
| | Two or More | multiple | 4 | 4 |
| | *SCHEDULE B SCALE (sum of items 5 through 9)* | | **TOTAL B** | **2** |
| | CUSTODY LEVEL SCALE FOR TOTAL A + B (CAF SCORE) | | | |
| | Close | 17 or more | | |
| | Medium | 7 - 16 | | |
| | Minimum | 6 or less | | |
| | CAF Custody Level: ................................................................................ | | | **10** |

CR-0078 (REV. 9/16)         Page 1         RDA 1167