**Daniel Horwitz <daniel.a.horwitz@gmail.com>**

# Wayne Potee, TDOC 00990828

**Daniel A. Horwitz** <daniel@horwitz.law>                                                   Thu, Nov 18, 2021 at 5:37 PM
To: "Polly, Erin Palmer" <Erin.Polly@klgates.com>, "Welborn III, Joe F." <Joe.Welborn@klgates.com>
Cc: Bryce Coatney <Bryce.Coatney@tn.gov>, Lindsay Smith <lindsay@horwitz.law>
Bcc: Daniel Horwitz <daniel.a.horwitz@gmail.com>

Ms. Palmer/Mr. Welborn:

I have just received the attached urgent emails from the father and sister of TTCC inmate Wayne Potee (TDOC #00990828), one of my longtime clients. He is a great person who is in prison because of an addiction. I would appreciate it if you would ensure that he is kept safe and is not murdered.

Mr. Coatney: I know I contacted you about this particular inmate and his transfer recently. I also know that given the circumstances of his addiction, relapse, drug-related write-ups, and rehab, there was nothing to be done. Now that there's a specific threat to his safety, though, I am obviously even more concerned for his well-being than I was before.

I appreciate whatever help you can offer here and would be personally grateful if you all could look into this one to make sure nothing happens to him.

Best,

-Daniel

--
Daniel A. Horwitz, Esq.
Horwitz Law, PLLC
daniel@horwitz.law
www.Horwitz.Law



**2 attachments**

  **Email from Ron Potee.pdf**
       59K

  **Email from Kelly Bishop.pdf**
       58K