UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| G. MARIE NEWBY, Individually, and As Administratrix of THE ESTATE OF TERRY CHILDRESS, <br><br> Plaintiffs, <br><br> v. <br><br> CORECIVIC OF TENNESSEE, LLC, as owner and operator of TROUSDALE TURNER CORRECTIONAL CENTER, DAMON HININGER, STEVE CONRY, RAYMOND BYRD, and SHAWNA CURTIS, <br><br> Defendants. | Civil Action Number 3:22-CV-93 <br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Jeffery S. Frensley <br> Jury Demand |

## DEFENDANTS' MOTION FOR COMPLIANCE WITH LOCAL RULE 83.04 AND TO STRIKE

Pursuant to Local Rule 83.04 and Federal Rule of Civil Procedure 12(f), Defendants CoreCivic of Tennessee, LLC, Damon Hininger, Steve Conry, Raymond Byrd, and Shawna Curtis respectfully move the Court to grant their Motion for Compliance with Local Rule 83.04 and to Strike. Defendants specifically move the Court to: (1) order that counsel for Plaintiff G. Marie Newby ("Newby") cannot disseminate any public communication that would interfere with a fair trial, including communications regarding this lawsuit or matters at issue in this lawsuit; (2) instruct counsel for Newby that they must remove all public communications within their control, including social media posts, that would interfere with a fair trial, including commentary regarding this lawsuit or matters at issue in this lawsuit; (3) order that counsel for Newby comply with Local Rule 83.04; and (4) strike all Notices of Filing that Newby has submitted in this matter that were

filed without any proper purpose, which would include Docket Entries 33, 37, and 38. In further support, Defendants submit a Memorandum of Law.

Respectfully submitted,

/s/ Joseph F. Welborn, III
Joseph F. Welborn, III (#15076)
joe.welborn@klgates.com
Erin Palmer Polly (#22221)
erin.polly@klgates.com
Terrence M. McKelvey (#36531)
terrence.mckelvey@klgates.com
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
(615) 780-6700

*Counsel for Defendants CoreCivic of Tennessee, LLC, Damon Hininger, Steven Conry, Raymond Byrd, and Shawna Curtis*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel via U. S. Mail, first-class postage prepaid, this June 10, 2022, on the following:

| | |
|---|---|
| Daniel A. Horwitz | Brice M. Timmons |
| Lindsay E. Smith | Craig A. Edgington |
| Horwitz Law, PLLC | Donati Law, PLLC |
| 4016 Westlawn Drive | 1545 Union Avenue |
| Nashville, Tennessee 37209 | Memphis, Tennessee 38104 |

/s/ Joseph F. Welborn, III