UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| G. MARIE NEWBY, Individually, and As Administratrix of THE ESTATE OF TERRY CHILDRESS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action Number 3:22-CV-93 Chief Judge Waverly D. Crenshaw, Jr. |
| CORECIVIC OF TENNESSEE, LLC, as owner and operator of TROUSDALE TURNER CORRECTIONAL CENTER, DAMON HININGER, STEVE CONRY, RAYMOND BYRD, and SHAWNA CURTIS, | ) ) ) ) ) ) ) | Magistrate Judge Jeffery S. Frensley Jury Demand |
| Defendants. | ) | |

## NOTICE OF FILING

Defendant CoreCivic of Tennessee, LLC hereby gives notice of filing the following in support of its Reply in Support of Motion to Quash Subpoenas *Duces Tecum* (Docket Entry 50):

- **Exhibit A:** Copy of the subpoena *duces tecum* that recently was served on Tricia Herzfeld in a different lawsuit that involves prisoner litigation with an identical description of the documents that Plaintiff G. Marie Newby seeks through the subpoena issued to Ms. Herzfeld in this case.

Respectfully submitted,

<u>Joseph F. Welborn, III</u>
Joseph F. Welborn, III (#15076)
joe.welborn@klgates.com
Erin Palmer Polly (#22221)
erin.polly@klgates.com
Terrence M. McKelvey (#36531)
terrence.mckelvey@klgates.com
K&L Gates LLP
222 Second Avenue South, Suite 1700
Nashville, Tennessee 37201
(615) 780-6700
(615) 780-6799

*Counsel for Defendants CoreCivic of Tennessee, LLC, Damon Hininger, Steven Conry, Raymond Byrd, and Shawna Curtis*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel via U. S. Mail, first-class postage prepaid, this July 5, 2022, on the following:

| | |
|---|---|
| Daniel A. Horwitz<br>Lindsay E. Smith<br>Horwitz Law, PLLC<br>4016 Westlawn Drive<br>Nashville, Tennessee 37209 | Brice M. Timmons<br>Craig A. Edgington<br>Donati Law, PLLC<br>1545 Union Avenue<br>Memphis, Tennessee 38104 |

<u>Joseph F. Welborn, III</u>

2

312854509.1