UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| G. MARIE NEWBY, Individually, and as Administratrix of THE ESTATE OF TERRY CHILDRESS, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action Number 3:22-CV-93 Chief Judge Waverly D. Crenshaw, Jr. |
| CORECIVIC OF TENNESSEE, LLC, as Owner and Operator of TROUSDALE TURNER CORRECTIONAL CENTER, DAMON HININGER, STEVE CONRY, RAYMOND BYRD, and SHAWNA CURTIS, | ) ) ) ) ) ) ) | Magistrate Judge Jeffery S. Frensley Jury Demand |
| Defendants. | ) | |

## DEFENDANT SHAWNA CURTIS' STATEMENT OF UNDISPUTED MATERIAL FACTS

Defendant Shawna Curtis ("Curtis") respectfully submits this Statement of Undisputed Material Facts in support of her Motion for Summary Judgment. Curtis submits that the following facts are undisputed for the purposes of her Motion for Summary Judgment:

1. Curtis is a former employee of CoreCivic of Tennessee, LLC ("CoreCivic"), and she specifically was employed by the company from January 14, 2019, through March 17, 2020. She worked at the Trousdale Turner Correctional Center ("Trousdale") during this timeframe. (Declaration of Shawna Curtis ¶ 2).

   **RESPONSE:**

2. Curtis was not employed by CoreCivic on December 8, 2020, she did not work at Trousdale on December 8, 2020, and she did not classify Tymothy Willis ("Willis") on December 8, 2020. (*Id*. ¶ 3).

**RESPONSE:**


3. A true and correct copy of Curtis' Separation Notice from CoreCivic is attached to the Declaration of Shawna Curtis as Exhibit A. (*Id*. ¶ 5, Exhibit A).

**RESPONSE:**

    Respectfully submitted,

    /s/ Joseph F. Welborn, III
    Joseph F. Welborn, III (#15076)
    joe.welborn@klgates.com
    Erin Palmer Polly (#22221)
    erin.polly@klgates.com
    Terrence M. McKelvey (#36531)
    terrence.mckelvey@klgates.com
    K&L Gates LLP
    501 Commerce Street, Suite 1500
    Nashville, Tennessee 37203
    (615) 780-6700
    (615) 780-6799

    *Counsel for Defendants CoreCivic of Tennessee, LLC, Damon Hininger, Steven Conry, Raymond Byrd, and Shawna Curtis*

## CERTIFICATE OF SERVICE

      I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel via U. S. Mail, first-class postage prepaid, this July 19, 2022, on the following:

| | |
|---|---|
| Daniel A. Horwitz | Brice M. Timmons |
| Lindsay E. Smith | Craig A. Edgington |
| Horwitz Law, PLLC | Donati Law, PLLC |
| 4016 Westlawn Drive | 1545 Union Avenue |
| Nashville, Tennessee 37209 | Memphis, Tennessee 38104 |

                                        /s/ Joseph F. Welborn, III