UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| G. MARIE NEWBY, Individually, and as Administratrix of THE ESTATE OF TERRY CHILDRESS, <br><br> Plaintiffs, <br><br> v. <br><br> CORECIVIC OF TENNESSEE, LLC, as Owner and Operator of TROUSDALE TURNER CORRECTIONAL CENTER, DAMON HININGER, STEVE CONRY, RAYMOND BYRD, and SHAWNA CURTIS, <br><br> Defendants. | Civil Action Number 3:22-CV-93 <br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Jeffery S. Frensley <br> Jury Demand |

## DECLARATION OF SHAWNA CURTIS

I, Shawna Curtis, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am over eighteen years of age, and I am competent to testify to the matters set forth in this declaration. I make this declaration based on personal knowledge and/or knowledge reasonably made available to me.

2. I am a former employee of CoreCivic of Tennessee, LLC ("CoreCivic"), and I specifically was employed by the company from January 14, 2019, through March 17, 2020. I served as a correctional officer and then as a case manager at the Trousdale Turner Correctional Center ("Trousdale") during this timeframe.

3. I was not employed by CoreCivic on December 8, 2020, I did not work at Trousdale on December 8, 2020, and I did not classify Tymothy Willis ("Willis") on December 8, 2020.

4. I understand that my name appears on a Classification Custody Assessment Form ("Custody Form") for Willis that is dated December 8, 2020. My name does appear on the Custody Form, but the appearance of my name is a clerical error of unknown origin. I could not have completed the Custody Form. I was not employed by CoreCivic on December 8, 2020, I did not work at Trousdale on December 8, 2020, and I did not classify Willis on December 8, 2020. My employment records reflect as much as does my own awareness of my employment history.

5. A true and correct copy of my Separation Notice from CoreCivic is attached hereto as <u>Exhibit A</u>.

**THE REMAINDER OF THIS PAGE INTENTIONALLY IS LEFT BLANK**.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 07.16.2022

_Shawna Curtis_
Shawna Curtis

Respectfully submitted,

/s/ Joseph F. Welborn, III
Joseph F. Welborn, III (#15076)
joe.welborn@klgates.com
Erin Palmer Polly (#22221)
erin.polly@klgates.com
Terrence M. McKelvey (#36531)
terrence.mckelvey@klgates.com
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
(615) 780-6700
(615) 780-6799

*Counsel for Defendants CoreCivic of Tennessee, LLC, Damon Hininger, Steven Conry, Raymond Byrd, and Shawna Curtis*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel via U. S. Mail, first-class postage prepaid, this July 19, 2022, on the following:

| | |
|---|---|
| Daniel A. Horwitz<br>Lindsay E. Smith<br>Horwitz Law, PLLC<br>4016 Westlawn Drive<br>Nashville, Tennessee 37209 | Brice M. Timmons<br>Craig A. Edgington<br>Donati Law, PLLC<br>1545 Union Avenue<br>Memphis, Tennessee 38104 |

/s/ Joseph F. Welborn, III

4