STATE OF TENNESSEE
DEPARTMENT OF LABOR AND WORKFORCE DEVELOPMENT
DIVISION OF EMPLOYMENT SECURITY

# SEPARATION NOTICE



1. Employee's Name: Shawna _____ Curtis      2. SSN _____
   _First_  _Middle Initial_  _Last_
3. Last Employed: From: 01/14/19 to 03/17/20   Occupation: Case Manager
4. Where was work performed? Trousdale Turner Correctional Center
5. Reason for Separation:   ☐ Lack of Work   ☑ Discharge   ☐ Quit

   If lack of work, indicate if layoff is   ☐ Permanent   ☐ Temporary

   If temporary, when do you expect to recall this individual? _____
   _Date_

   If other than lack of work, explain the circumstances of this separation:

   > Leave-Max Leave Expired

6. Employee received:   ☐ Wages in Lieu of Notice   ☐ Separation Pay   ☐ Vacation Pay

   In the amount of $ _____ for period from _____ to _____

Employer's Name: Trousdale Turner Correctional Center

Address where additional information may be obtained:

140 Macon Way
_(Street or RFD)_

City: Hartsville   State: TN   Zip Code: 37074

Employer's Telephone Number: (615) 808-0400 _____
_(Area Code) (Number)  (Ext)_

Employer's E-Mail Address: _____

**EMPLOYER'S ACCOUNT NUMBER**

479331

_(Number shown on State Quarterly Wage Report (LB-0851) and Premium Report (LB-0456)_

I certify that the above worker has been separated from work and the information furnished hereon is true and correct. This report has been handed to or mailed to the worker.

_Peaches Poole_
_Signature of Official or Representative of the Employer who has first-hand knowledge of the separation._

Manager, Human Resources
_Title of Person Signing_

03/17/20
_Date Completed and Released to Employee_

## NOTICE TO EMPLOYER

Within 24 hours of the time of separation, you are required by Rule 0560-1-1-02 of the Tennessee Employment Security Law to provide the employee with this document, properly executed, giving the reasons for separation. If you subsequently receive a request for the same information on LB-0810, please give complete information in your response.

## NOTICE TO EMPLOYEE

IF YOU ARE FILING A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS <u>BY TELEPHONE OR INTERNET</u> YOU MAY BE INSTRUCTED TO MAIL OR FAX THE SEPARATION NOTICE TO THE TENNESSEE CLAIM CENTER. IF YOU ARE FILING A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS <u>IN-PERSON</u> PLEASE TAKE THIS NOTICE TO THE LABOR AND WORKFORCE DEVELOPMENT OFFICE.

LB-0489(R.5/06)   RDA N/A

**EXHIBIT A**