IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| G. MARIE NEWBY, individually, and as Administratrix of THE ESTATE OF TERRY CHILDRESS, | § § § § | |
| Plaintiffs, | § § | Case 3:22-cv-00093 |
| v. | § § | JURY DEMANDED |
| CORECIVIC OF TENNESSEE, LLC, et al., | § § § § | |
| Defendants. | § | |

**PLAINTIFFS' MOTION FOR REVIEW OF NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE [Doc. 53]**

Come now the Plaintiffs, through counsel, and pursuant to Fed. R. Civ. P. 72(a) and Local Rule 72.01, respectfully move this Court for review of the Magistrate's non-dispositive order entered July 15, 2022 (Doc. 53). Pursuant to Local Rule 72.01(a), a memorandum of law accompanies this motion.

Respectfully submitted,

/s/ Daniel A. Horwitz_____
Daniel A. Horwitz, BPR #032176
Lindsay E. Smith, BPR #035937
HORWITZ LAW, PLLC
4016 Westlawn Dr.
Nashville, TN 37209
daniel@horwitz.law
lindsay@horwitz.law
(615) 739-2888

Brice M. Timmons #29582
Craig A. Edgington #38205
DONATI LAW, PLLC
1545 Union Ave.
Memphis, Tennessee 38104
(901) 278-1004 – Telephone
(901) 278-3111 – Facsimile
brice@donatilaw.com
craig@donatilaw.com

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2022, a copy of the foregoing and all exhibits and attachments were sent via CM/ECF to:

Joe Welborn
Erin Palmer Polly
Terrence M. McKelvey
222 Second Avenue, South
Suite 1700
Nashville, Tennessee 37201
Joe.Welborn@klgates.com
Erin.Polly@klgates.com
terrence.mckelvey@klgates.com

*Counsel for Defendants*

By: /s Daniel A. Horwitz_____