**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| G. MARIE NEWBY, Individually, and As Administratrix of THE ESTATE OF TERRY CHILDRESS,      Plaintiffs,   v.   CORECIVIC OF TENNESSEE, LLC, as owner and operator of TROUSDALE TURNER CORRECTIONAL CENTER, DAMN HININGER, STEVE CONRY, RAYMOND BYRD, and SHAWNA CURTIS,      Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    No. 3:22-cv-00093 |

## <u>ORDER</u>

Defendants' unopposed Motion for Extension (Doc. No. 61) is **GRANTED**. Defendants shall respond to the pending Motion for Review (Doc. No. 59) no later than **August 19, 2022**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE