**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **G. MARIE NEWBY, Individually, and** ) | |
| **as Administratrix of THE ESTATE OF** ) | |
| **TERRY CHILDRESS** ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | **Civil Action No. 3:22-CV-00093** |
| ) | **Chief Judge Crenshaw/Frensley** |
| ) | |
| **CORECIVIC OF TENNESSEE, LLC,** ) | |
| **as owner and operator of TROUSDALE** ) | |
| **TURNER CORRECTIONAL CENTER,** ) | |
| **DAMON HININGER, STEVE CONRY,** ) | |
| **RAYMOND BYRD, and SHAWNA** ) | |
| **CURTIS,** ) | |
| **Defendants.** ) | |

## ORDER

Plaintiffs' Unopposed Motion to Extend Deadline to Amend to Add Parties Until August

29, 2022 (Docket No. 63) is GRANTED.

**IT IS SO ORDERED.**

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**