UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| G. MARIE NEWBY, Individually, and as Administratrix of THE ESTATE OF TERRY CHILDRESS,<br><br>    Plaintiffs,<br><br>v.<br><br>CORECIVIC OF TENNESSEE, LLC, as Owner and Operator of TROUSDALE TURNER CORRECTIONAL CENTER, DAMON HININGER, STEVE CONRY, RAYMOND BYRD, and SHAWNA CURTIS,<br><br>    Defendants. | Civil Action Number 3:22-CV-93<br>Chief Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Jeffery S. Frensley<br>Jury Demand |

## JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY

The parties hereby notify the Court that they have resolved this matter pending final documentation. The parties request that all pending motions and discovery obligations, including those of third parties, be stayed until an order of dismissal is entered.

Respectfully submitted,

/s/ Daniel A. Horwitz
Daniel A. Horwitz (#32176)
daniel@horwitz.law
Lindsay E. Smith (#35937)
lindsay@horwitz.law
Horwitz Law, PLLC
4016 Westlawn Drive
Nashville, Tennessee 37209
(615) 739-2888

Brice M. Timmons (#29582)
brice@donatilaw.com
Craig A. Edgington (#38205)
craig@donatilaw.com
Donati Law, PLLC
1545 Union Avenue
Memphis, Tennessee 38104
(901) 278-1004

*Counsel for Plaintiff G. Marie Newby*

/s/ Joseph F. Welborn, III
Joseph F. Welborn, III (#15076)
joe.welborn@klgates.com
Erin Palmer Polly (#22221)
erin.polly@klgates.com
Terrence M. McKelvey (#36531)
terrence.mckelvey@klgates.com
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
(615) 780-6700

*Counsel for Defendants CoreCivic of Tennessee, LLC, Damon Hininger, Steven Conry, Raymond Byrd, and Shawna Curtis*

## CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing has been served upon Filing Users via the electronic filing system and on other counsel/parties via U. S. Mail, first-class postage prepaid, this August 10, 2022, on the following:

Daniel A. Horwitz
Lindsay E. Smith
Horwitz Law, PLLC
4016 Westlawn Drive
Nashville, Tennessee 37209

Christopher Adams (#328180)
Trousdale Turner Correctional Center
WD218
140 Macon Way
Hartsville, Tennessee 37074

Brice M. Timmons
Craig A. Edgington
Donati Law, PLLC
1545 Union Avenue
Memphis, Tennessee 38104

/s/ Joseph F. Welborn, III

2