UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| G. MARIE NEWBY, Individually, and as Administratrix of THE ESTATE OF TERRY CHILDRESS, <br><br>   Plaintiffs, <br><br> v. <br><br> CORECIVIC OF TENNESSEE, LLC, as Owner and Operator of TROUSDALE TURNER CORRECTIONAL CENTER, DAMON HININGER, STEVE CONRY, RAYMOND BYRD, and SHAWNA CURTIS, <br><br>   Defendants. | Civil Action Number 3:22-CV-93 <br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Jeffery S. Frensley <br> Jury Demand |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs G. Marie Newby and The Estate of Terry Childress ("Plaintiffs") and Defendants CoreCivic of Tennessee, LLC, Damon Hininger, Steve Conry, Raymond Byrd, and Shawna Curtis ("Defendants") (collectively referred to as the "Parties"), hereby jointly stipulate and agree that Plaintiffs dismiss, with prejudice, Plaintiffs' claims asserted against Defendants and said parties shall bear their own costs and attorneys' fees.

Respectfully submitted,

/s/ Daniel A. Horwitz
Daniel A. Horwitz (#32176)
daniel@horwitz.law
Lindsay E. Smith (#35937)
lindsay@horwitz.law
Horwitz Law, PLLC
4016 Westlawn Drive
Nashville, Tennessee 37209
(615) 739-2888


Brice M. Timmons (#29582)
brice@donatilaw.com
Craig A. Edgington (#38205)
craig@donatilaw.com
Donati Law, PLLC
1545 Union Avenue
Memphis, Tennessee 38104
(901) 278-1004

*Counsel for Plaintiff G. Marie Newby*


/s/ Joseph F. Welborn, III
Joseph F. Welborn, III (#15076)
joe.welborn@klgates.com
Erin Palmer Polly (#22221)
erin.polly@klgates.com
Terrence M. McKelvey (#36531)
terrence.mckelvey@klgates.com
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
(615) 780-6700

*Counsel for Defendants CoreCivic of Tennessee, LLC, Damon Hininger, Steven Conry, Raymond Byrd, and Shawna Curtis*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of August, 2022, a copy of the foregoing and all exhibits and attachments were sent via CM/ECF to:

Joe Welborn
Erin Palmer Polly
Terrence M. McKelvey
222 Second Avenue, South
Suite 1700
Nashville, Tennessee 37201
Joe.Welborn@klgates.com
Erin.Polly@klgates.com
terrence.mckelvey@klgates.com

Counsel for Defendants

By:    /s Daniel A. Horwitz_____