UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| G. MARIE NEWBY, Individually, and As Administratrix of THE ESTATE OF TERRY CHILDRESS, <br><br> Plaintiffs, <br><br> v. <br><br> CORECIVIC OF TENNESSEE, LLC, as owner and operator of TROUSDALE TURNER CORRECTIONAL CENTER, DAMN HININGER, STEVE CONRY, RAYMOND BYRD, and SHAWNA CURTIS, <br><br> Defendants. | No. 3:22-cv-00093 |

## ORDER

On August 17, 2022, the parties filed a Joint Stipulation of Dismissal (Doc. No. 70). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file. Any pending Motions are **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE